ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 12 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| CHRISTOPHER ROBERT WEAST (01) | 4-14CR-023-y |

INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct
(Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess matter that contains any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and which was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described file visually depicting minors engaged in sexually explicit conduct and the lascivious exhibition of the genitals and

**Indictment – Page 1**

pubic area of said minors, to include prepubescent minors, as defined in 18 U.S.C. § 2256:

| File path | Description of the image |
|---|---|
| C\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property.

[rest of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, SN CNF8234HX7; and
2. One Western Digital external drive, SN,WCAV5C309672

seized from Weast's residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

Indictment – Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH                                                    FOREPERSON

Filed in open court this 12th day of February, A.D. 2014.

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE