AO 442     (Rev. 10/03) Warrant for Arrest

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 FEB 21  AM 10: 21

CLERK OF COURT

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

Christopher Robert Weast

## WARRANT FOR ARREST

Case Number: 4:14-CR-023-Y

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __Christopher Robert Weast__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petiton   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her (brief description of offense)

Possession of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

in violation of Title __18__ United States Code, Section(s) __2252 (a)(4)(B) and 2252 (b)(2)__

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

Magistrate Judge Jeffrey L. Cureton

Feb 12, 2014                Ft. Worth, TX
Date                        Location

By: M. Foley
    Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 833 Hallvale Dr, White Settlement, TX 76108 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/13/2014 | Matthew Womble | _Matt Womble_ |
| DATE OF ARREST | Special Agent/FBI | |
| 2/21/2014 | | |