# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JUDGE: JEFFREY L. CURETON | |
| DEPUTY CLERK: JULIE HARWELL | COURT REPORTER/TAPE NO: DIGITAL FILE |
| LAW CLERK: | USPO/PTSO: Amanda Garcia |
| INTERPRETER: | COURT TIME: 1 minute |
| A.M. / P.M. | DATE: February 21, 2014 |

☒ DIST. CR. NO. 4:14-CR-023-Y USDJ MEANS

UNITED STATES OF AMERICA § AISHA SALEEM, AUSA
V. §
CHRISTOPHER ROBERT WEAST § Peter Fleury (F)
DEFENDANT(S) NAME(S) AND NUMBER(S) § COUNSEL FOR DEFENDANTS APPT - (A), Retd - (R), FPD - (F)

- ■ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
- ☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
- ☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
- ☒ DATE OF FEDERAL ARREST/CUSTODY: 2/21/14 ☐ SURRENDER _____ ☐ RULE 5/32 ☐ APPEARED ON WRIT
- ☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
- ☒ DEFT FIRST APPEARANCE WITH COUNSEL.
- ☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
- ☒ REQUESTS APPOINTED COUNSEL.
- ☒ FINANCIAL AFFIDAVIT EXECUTED.
- ☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
- ☐ PRIVATE COUNSEL APPOINTED _____
- ☐ DEFT HAS RETAINED COUNSEL _____
- ☒ DETENTION HEARING SET FEBRUARY 26, 2014 AT 10:30 A.M.
- ☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
- ☐ COUNSEL DETERMINATION HEARING SET _____
- ☐ IDENTITY/REMOVAL HEARING SET _____
- ☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
- ☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
- ☒ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
- ☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
- ☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
- ☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
- ☒ DEFT ☐ MW REMANDED TO CUSTODY.
- ☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
- ☐ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
- ☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
- ☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
- ☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
- ☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy