
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

## MINUTE ORDER

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**FEB 21 2014**
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:14.CR.023-Y |
| Defendant: | CHRISTOPHER ROBERT WEAST (1), Sworn |
| Court Reporter: | Digital File |
| Interpreter: | |
| US attorney: | Aisha Saleem |
| Defense attorney: | Peter Fleury |
| Time in Court: | 2 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | February 21, 2014 |
| Status: | CHRISTOPHER ROBERT WEAST (1) enters a plea of not guilty as to count one charged in the one-count indictment |
| | Pre-Trial Conference is set for April 10, 2014, at 3:00 p.m. |
| | Trial is set for April 14, 2014 at 10:30 a.m. |
| | Defendant is continued ~~on bond~~. in custody |
| | Defendant waived reading of the indictment |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: _____