UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:14-CR-023-Y |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**
**OF DETENTION HEARING**

COMES NOW, the defendant CHRISTOPHER ROBERT WEAST, by and through his undersigned attorney, respectfully requests a one day continuance of the detention hearing in the above matter for the following reasons:

The defendant's preliminary and detention hearing is set for Wednesday, February 26, 2014, at 10:30 a.m. This motion is filed pursuant to Title 18 U.S.C. 3142 (f) which allows the accused to continue the hearing five (5) days. This request is made after having consulted with Mr. Weast, and he agrees with this request.

Wherefore premises considered, it is respectfully requested that the preliminary and detention hearing in this case be continued until Thursday, February 27, 2014.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: s/Peter Fleury
PETER FLEURY
Asst. Federal Public Defender
Texas State Bar No.07145600
819 Taylor Street, Rm 9A10
Fort Worth, TX  76102-4612
Ph. No.  817/978-2753

## CERTIFICATE OF CONFERENCE

  I hereby certify that I, PETER FLEURY, through Angela Saad, AFPD, attorneys for defendant, conferred with Aisha Saleem, the Assistant United States Attorney handling this matter, and was advised the government is not opposed to a continuance.

                s/Peter Fleury
                PETER FLEURY

## CERTIFICATE OF SERVICE

  I, PETER FLEURY hereby certify that on February 25, 2014, a copy of the foregoing motion was delivered to the United States Attorney's office at 801 Cherry St., Suite 1700, Fort Worth, Texas 76102.

                s/PeterFleury
                PETER FLEURY