UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:14-CR-023-Y (1) |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

**NOTICE OF DESIGNATION OF CASE ASSIGNMENT**

Pursuant to Miscellaneous Order No.  3 (Revised June 20, 2000) ("Criminal Justice Act

Plan"), § IV(b), the undersigned attorney has indicated by his or her signature that he or she is the

staff attorney designated to work on this case.

Dated: 2/28/14                                  s/Angela Saad
                                                ANGELA SAAD
                                                Assistant Federal Public Defender
                                                Northern District of Texas
                                                Texas State Bar No. 24059016
                                                819 Taylor Street, Room 9A10
                                                Fort Worth, Texas 76102
                                                (817) 978-2753

**CERTIFICATE OF SERVICE**

I, Angela Saad, hereby certify that on this the 28th day of February  2014, a copy of the foregoing notice was hand-delivered to the United States Attorney's Office at 801 Cherry Street, Ste. 1700, Fort Worth, TX 76102.

                                                s/Angela Saad
                                                ANGELA SAAD