UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:14-CR-0023 - Y |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

### DEFENDANT CHRISTOPHER ROBERT WEAST'S DESIGNATION OF EXPERT WITNESS

COMES NOW, the Defendant, CHRISTOPHER ROBERT WEAST, by his counsel, Angela Saad, Assistant Federal Public Defender, and hereby files this his written designation of expert in the above styled case, and shows the Court the following:

The defendant, Weast hereby designates Melissa Keck and Brett Welaj as experts for trial. It is anticipated that Ms. Keck and Mr. Welaj will provide expert testimony relating to forensic examinations of computer and computer devices.

        Respectfully submitted,
        JASON HAWKINS
        Federal Public Defender

        BY: /s/
        Angela Saad
        TX Bar No. 24059016
        Asst. Federal Public Defender
        819 Taylor Street, Room 9A10
        Fort Worth, TX 76102-6114
        817-978-2753
        Attorney for Defendant
        Christopher Robert Weast

## **CERTIFICATE OF SERVICE**

      I, Angela Saad, hereby certify that on March 11, 2014, a copy of the foregoing motion was hand delivered to Assistant United States Attorney Aisha Saleem at 801 Cherry St., Suite 1700, Fort Worth, Texas 76102-6897.

                                          /s/  
                                          Angela Saad