# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____
Plaintiff

v.

_____
Defendant

_____
Civil / Criminal Action No.

## NOTICE OF CORRECTION OF SIGNATURE OMISSION

On _____ I submitted a document by electronic means that was entered on the docket as document number _____, titled

[                                    ]

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and my typed name, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a).

Date: _____

s/ _____

Bar Number: _____

Address: _____

_____

_____

Telephone: _____

Fax: _____

E-mail: _____

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil or Criminal/Notices/Notice of Correction of Signature Omission