IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

UNITED STATES OF AMERICA

v.                                                          Criminal No. 4:14-CR-023-Y
                                                            ECF
CHRISTOPHER ROBERT WEAST (01)

GOVERNMENT'S RESPONSE TO WEAST'S MOTION
FOR CONTINUANCE

TO THE HONORABLE TERRY R. MEANS, UNITED STATES DISTRICT JUDGE:

    The United States, acting by and through the undersigned Assistant United States

Attorney for the Northern District of Texas, hereby submits this response to Weast's

Motion for Continuance:

    The government has no objection to Weast's request.  The government further

advises the Court that the undersigned attorney currently has no conflicts for the 90 days

following the April 14, 2014, trial setting.

                                        SARAH R. SALDAÑA
                                        UNITED STATES ATTORNEY

                                        /s/ *Aisha Saleem*
                                        AISHA SALEEM
                                        Assistant United States Attorney
                                        Texas State Bar No. 00786218
                                        801 Cherry Street, Suite 1700
                                        Fort Worth, Texas 76102
                                        Telephone: 817-252-5200
                                        Facsimile:  817-252-5455
                                        Email: aisha.saleem@usdoj.gov

**Response to Motion for Continuance - Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of March, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Angela Saad.

/s/ *Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney