IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-023-Y |
| | § | |
| CHRISTOPHER ROBERT WEAST (1) | § | |

<u>ORDER GRANTING MOTION TO CONTINUE TRIAL</u>

Pending before the Court is Defendant's Motion to Continue Trial (doc. 23). The government filed a response to the motion, indicating therein that it does not oppose a continuance. After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is, therefore, ORDERED that Defendant's Motion to Continue Trial is GRANTED. The trial of this cause is CONTINUED until **10:30 a.m. on Monday, June 16, 2014**. The pretrial conference is CONTINUED until **3:00 p.m. on Thursday, June 12.**

It is further ORDERED that the scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the deadline for filing pretrial motions is EXTENDED until **May 2**;

(2) the deadline for filing witness and exhibit lists is

      EXTENDED until **June 10**; and

(3)    the deadline for exchanging exhibit notebooks is EXTENDED until **June 12**.

SIGNED March 19, 2014.

                                                      _____
                                                    TERRY R. MEANS
                                                    UNITED STATES DISTRICT JUDGE