United States

v.

Christopher Robert Weast

4:14-CR-00023-Y-1

3/23/2014

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 26 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy
10:43<sup>AM</sup>

## Written Objections

1. I object to Mike Wamble's testimony entirely on grounds his testimony lacked relevence to the alleged charge and Mike Wamble lacks Personal Firsthand Knowledge of Christopher Robert Weast.

2. I object to Jeffery Cureton's statement of clear and convincing evidence on grounds that there wasn't any evidence entered on for the record during the alleged pretrial detention hearing.

3. I object to the presumption that I am a flight risk because the alleged charge only carries a maximum of a 10 year sentence and it isn't an alleged drug charge.

4. I object to all testimony given by Aisha Saleem because attorneys claiming to represent can only present facts and factual evidence.

3/23/2014

5. I object to the complaint in its entirety on ~~gu~~ grounds that Mike Wamble lacks Personal Firsthand Knowledge of the facts as well as lacking Personal Firsthand Knowledge of Christopher Robert Weast.

6. I object to Randy Watkins testimony given in his complaint on grounds his statements are retaliatory due to the charges I filed against him on or about July 12, 2012.

7. I object to Mike Wamble shielding Randy Watkins from prosecution in order to aide and assist Randy Watkins in his retaliation against me.

8. I object to the search warrant which I have factual evidence which proves there was no search warrant nor a warrant of arrest ever lawfully obtained by Randy Watkins.

3/23/2014

9. I object to the presumption that I am a flight risk on grounds that I have lived in White Settlement for 37 years, my daughter lives in Haltom City, my parents Bobbie and Larry Weast both live in White Settlement, My sister Melanie Weast and my Brother-n-law to be both live in White Settlement, my cousin Cheyanne Redwine and his Wife Amber Hall-Redwine both live in White Settlement therefore my family ties to this community are extremely strong and rooted with history.

10. I object to claim that I have not been gainfully employed on grounds that I have been gainfully contracting with SoCal Signings Co. based in California for the last 4 years, from 2010-2014.

11. I also object to not being gainfully employed statement on grounds that Prentice Mayhall and Melanie Weast both testified to the fact I would be working fulltime with Prentice Mayhall at Cowtown Autoglass.

3/23/2014

12. I object to Jeffery Cureton's findings of facts and Conclussions at law on grounds that the weight of the evidence clearly did not support pretrial detention.

13. I object to any and all other presumptions based on grounds that no factual evidence nor a witness with firsthand knowledge was entered on and for the record in support of those presumptions.

⇔47797-177⇔
Chris Weast
838 Hallvale DR
FORT Worth, TX 76108
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 MAR 26   AM 10: 43

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

