Order Removing Counsel and Notice of Sui Juris

☐ ORIGINAL



I hearby order that Angela Saad, Peter Fleury and Christopher A. Curtis be removed as counsel in the alleged "case", numbered 4:14-CR-00023-Y-1, referring to and in support of this order, Faretta v. California, 422 US 806, 45 L. Ed. 2d 562, 95 S. Ct. 2525, 77 ALR 2d 1233 (1975). see Mickens v. Taylor, 535 US 162, 152 L. Ed. 2d 291, 122 S. Ct. 1237 (2002)

Signed on this 13th day of April, Two-Thousand Fourteen AD and as God as my witness.

_[signature]_
Without Prejudice
Sui Juris

[Official Seal: C S O W]

1. I remove Angela Saad from this alleged "case" because she has never handled an alleged "case" like this and;

2. I preserve all of my objections to all "proceedings" which Angela Saad was involved on grounds her lack of experience in these alleged "cases" led to her ineffective assistance as well as her not objecting to anything. Mickens v. Taylor, 535 U.S. 162, 152 L. Ed. 2d 291, 122 S. Ct. 1237 (2002)

3. I renew my objection to the alleged arraignment hearing on grounds that it was held in front of an administrative hearing officer and;

4. I further object to the alleged arraignment hearing based on the fact that I do not understand the cause and nature of the charge nor was I in a condition to understand the cause and nature of the alleged "charge" on February 21, 2014 due to the

fact that not only was I under extreme duress but I was also under the influence of a powerful painkiller which was prescribed by my dentist and the agent let me take it before handcuffing me that morning.

5. Furthermore, this serves as notice that I will be moving forward Sui Juris not "pro se". Faretta v. California, 422 US 806, 45 L. Ed. 2d 562, 95 S. Ct. 2525, 77ALR2d 1233 (1975)

6. I order a new arraignment hearing be held so that I may be afforded the opportunity to have the cause and nature of the charge explained to me so that I understand the cause and nature of the alleged "charge".

7. I invoke the common law jurisdiction of this court.

8. I object to all administrative rulings and/or officers.

9. I object to the pretrial detention hearings which were had while Angela Saad was still involved in this alleged "case" due to her ineffective assistance because this was her first time working an alleged "case" like this one. Mickens v. Taylor, 535 US 162, 152 L. Ed. 2d 291, 122 S. Ct. 1237 (2002)

10. I also object to the clear and convincing evidence sheet filed by Jeffery Cureton based on grounds that I commanded Angela Saad to file an objection to the clear and convincing evidence sheet which she failed to do as ineffective counsel and;

11. Furthermore, I object to the findings of Fact and Conclusions at Law filed in the record by Jeffery Cureton based on grounds that I had ordered and commanded Angela Saad to the findings of Fact and Conclusions at Law and again she refused as ineffective counsel.

12. I object to this alleged "case" and/or "charge" being in this court since there exists no "Federal Common Law." citing Erie Railroad v. Tompkins, 304 U.S. 64, 58 S. Ct. 817 (1938)

13. I object to all "proceedings" had in this alleged "case" on grounds that Aisha Saleem has failed to submit, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me which deprives this court of jurisdiction to hear this alleged "case".

14. I object to any further "proceedings" until this court stops showing its ~~~~ bias for Aisha Saleem and makes her file factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, on and for the record.



Courtclerk,

I need copies of the indictment and all complaints filed in the record mailed to me. If you could, please just send me a copy of everything in the record.

April 13, 2014

*[signature]*
Sui Juris
Without Prejudice

FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119
Chris Weast 47797-177

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 APR 15  PM 12:46

CLERK OF COURT

Inta KeLegal Mail
Do Not Open

⇔47797-177⇔
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX  6102
United States

NORTH TEXAS TX PDC
DALLAS TX 750
14 APR 2014 PM 4 L

7510 2236 4195