Case 4:14-cr-00023-Y   Document 34   Filed 04/17/14   Page 1 of 3   PageID 77

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. 4:14-CR-023-Y |
| | § | |
| CHRISTOPHER ROBERT WEAST (1) | § | |

### ORDER CONSTRUING LETTER AS MOTION TO SUBSTITUTE COUNSEL

On April 10, 2014, this Court received a letter from Defendant requesting that his appointed counsel be removed and that he be allowed to proceed "Sui Juris" with federal public defender, Angela Saad, acting as his co-counsel. The Court construes Defendant's letter as a motion to substitute counsel. Thus, it is hereby ORDERED that the Clerk shall docket Defendant's April 10, 2014 letter as a motion to substitute counsel.

SIGNED April 17, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A



FROM: 47797177
TO:
SUBJECT:
DATE: 04/07/2014 08:03:20 PM

To Judge Terry Means,   On and For the Record

I have tried repeatedly to communicate with Angela Saad and Christopher A. Curtis regarding the fact that neither of them seem to be "representing" my best interests, much less, my interests whatsoever. I have copies of numerous emails which I have sent to Angela Saad regarding my case, to which I have received maybe three responses from Angela Saad. Angela's few responses did not address my concerns whatsoever. I have commanded her to file many things into my case including the objections I sent personally to file into the record which were removed from the record because of Angela Saad. Angela Saad then refused to file said objections on my behalf regarding the bond hearing as well as objections I have regarding the arraignment hearing and the fact that, at the time of the arraignment, I was on a prescription pain killer which my dentist had prescribed me. At the arraignment hearing, I was told by Angela Saad to say that I understood the nature and cause of the alleged charge. I explained to the magistrate Jeffery Cureton, that I was on the prescription pain killer, and that I was not sure if the effects had worn off at that point. I also explained that I thought I understood the nature and cause of the alleged charge but after the hearing, I quickly realized that I truly do not understand the cause and nature of the alleged charge. Furthermore, I feel as though I have not been properly arraigned nor was I given the proper information required for a reasonable man and/or woman to understand the cause and nature of the alleged charge. I also feel as though I was denied my option to proceed Sui Juris when magistrate Jeffery Cureton did not inform me of my options. According to my research, these are all absolute requirements which must be followed by the court. There are documents in the record which point to the fact I was never given the options of proceeding Sui Juris, having counsel appointed and/or hiring counsel myself. For example, there is an unsigned document in the record which purports to be a request for appointment of counsel which was never presented to me nor was I ever informed about said record, until my sister discovered it while getting updates on my case via Pacer. With all due respect, I now make this my notice to proceed Sui Juris with Angela Saad as my co-counsel. Furthermore, I wish to change my plea from "not guilty" to Innocent. It is my understanding that I am innocent of the alleged charge. Furthermore, I make this my notice to set a new arraignment hearing at the earliest time your court can accommodate sir, on or before the 18th day of April, 2014. I also wish to make this my notice that there shall be no administrative decision making or administrative rulings made in this alleged case. I respectfully order that only the official judicial officer of this court be allowed to sit in on these issues.

Respectfully,
Chris Weast



47197177
Chris Weast Jr
P.O. Box 15330
Federal Corrections Institution
Fort Worth, Texas 76164

⇔47797-177⇔
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

CLERK OF COURT

2014 APR 10 PM 12:05

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION