📜 ORIGINAL

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> FILED
> APR 1 6 2014
> CLERK, U.S. DISTRICT COURT
> By _____ Deputy

Chris Weast

v.   4:14-CR-00023-Y-1

Aisha Saleem

Counterclaim

CC: Saleem, Aisha

CC: Terry Means

CC: Fifth Circuit Court of Appeals

CC: Chris Weast - 47797177
    P.O. Box 15330 FCI Fort Worth
    Fort Worth, Texas [76119]

CC: The Supreme Court

## Counterclaim

My claim arises from unlawful kidnapping perpetrated by Aisha Saleem and several others who aided her. Aisha Saleem claimed and/or alleged I committed a code violation and had me kidnapped from my home on February 21, 2014. I have been unlawfully confined since February 21, 2014 as a direct result of Aisha Saleem's claim that I committed a code violation.

If Aisha Saleem could answer the following question, this court could bring this alleged code violation to an end without the need for expensive trials. The question is simple. Can Aisha Saleem produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me?

1. A close inspection of the record this court is keeping for this alleged code violation, numbered 4:14-CR-00023-Y-1, shows a complete lack of any factual evidence much less a witness with firsthand knowledge the constitution and codes are applicable to me.

2. I am being held against my will at FCI Fort Worth also known as the Federal Corrections Institution unlawfully due to the alleged code violation in the file numbered "4:14-CR-00023-Y-1", which was filed by Aisha Saleem in the name of a third party.

3. I have been forced to suffer and endure some of the most humiliating conditions as a direct result of Aisha Saleems alleged code violation which she claims I violated.

4. My reputation has been destroyed as a direct result of Aisha Saleem accusing me of this alleged code violation.

5. Aisha Saleem has sent men out to my families houses and shown them sick and disgusting pictures and videos of child pornography in a ruthless and willfully malicious attempt to destroy my name even more.

6. Aisha Saleem has failed to produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, in the alleged code violation numbered, "4:14-CR-00023-Y-1".

7. Can Aisha Saleem produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me?

8. Should this court need factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to Aisha Saleem, I offer Aisha Saleem's contract with the alleged "Plaintiff" in the record, listed as the "United States of America" and;

9. I also rely on Aisha Saleem's Oath of Office, which is also given to the "United States of America" and;

10. Furthermore, I rely on the witnesses to Aisha Saleem's contract as well as her oath as witnesses with firsthand knowledge that the constitution and codes are applicable to Aisha Saleem which also vest this court with jurisdiction over Aisha Saleem.

11. This court should order my release until such time that Aisha Saleem can offer, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me in order to prevent further injury to myself in the interest of justice.

12. Should Aisha Saleem fail to offer, on and for the record, into the file numbered, "4:14-CR-00023-Y-1", factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me within 60 days after receipt of this counterclaim, should and shall, stand as clear evidence that Aisha Saleem cannot

produce factual evidence and a witness with first-hand knowledge the constitution and codes are applicable to me.

## The Court shall Take Judicial Notice

13. In support of my question to Aisha Saleem, I offer the verbatim definition from Blacks Law Ninth Edition defining "Federal Common Law".

"Federal Common Law (1855) The body of decisional law derived from Federal courts when adjudicating federal questions and other matters of federal concern, such as disputes between the states and foreign relations, but excluding all cases governed by state law. An example is the nonstatutory law applying to interstate streams of commerce."

Upon Aisha Saleem's failure to produce the afforementioned factual evidence and witness with firsthand knowledge the constitution and codes are ~~q~~ applicable to me within (60) sixty-days, I should be compensated at a rate of ($50,000) Fifty-Thousand Dollars and Zero Cents, per day, ~~for~~ each day I have been unlawfully confined since February 21, 2014 due to Aisha Saleem's alleged code violation. Aisha Saleem should be ordered by this court to compensate me ($100,000), One hundred Thousand Dollars and Zero Cents within (60) Sixty days after the judgement is entered and the remaining balance within (2) Two Years following the date of the first payment.

Should Aisha Saleem attempt to object to this court releasing me until such time that Aisha Saleem produces, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, her objections should be overruled unless and until she

offers the afforementioned factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

I do, hereby order the release of Christopher Robert Weast on or before Thursday, the seventeenth day of April, Two-Thousand Fourteen AD in the year of our Lord, and our Lord as my witness, I make it so.

*Chris Weast*
Sovereign
Child of God

To the Clerk of the Court,

Could you please send me a file stamped copy of this counterclaim. The address is:

47797177
Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas [76119]

47797-177
Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas [76119]

REC
U.S. DIST
NORTHERN
FT WO
2014 APR 16 AM 11:54
CLERK

Legal Mail

Intake

⇔47797-177⇔
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX  6102
United States