ORIGINAL

April 16, 2014



United States

v.   4:14-CR-00023-Y-1

Chris Weast

Decree Absolvitor

Notice of Understanding and Decree Absolvitor Granted by and through the Authority of God, the Lord Almighty

1. I am Sovereign, a child of God vested with independent and supreme authority over myself Dei Gratia as an heir to this land as promised God himself in the coveant.

2. It is my understanding that I am not a subject of, nor slave to and/or property of Aisha Saleem or her client "United States of America".

3. It is my understanding further that, I am not a subject of, nor slave to, and/or property of any person and/or corporation.

4. It is my understanding that all corporations are capable of having constitutions and codes which apply to all those who work for, and have signed contracts agreeing to be subjected to said corporations constitution and codes.

2

5. It is my understanding that simply by being in a corporation's store, does not automatically make said people subject to that corporations constitution and codes.

6. It is my understanding that without a signed and valid contract, wherein I agreed to be subject to the constitution and codes of the "United States" in exchange for some form of compensation which holds value, I am not an employee of the "United States" and therefore this court is deprived of jurisdiction.

7. It is my understanding that unless Aisha Saleem is able to produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, this court must dismiss this code violation for "want of Jurisdiction".

3

8. It is my understanding that for this court to assume Jurisdiction beyond this point, would be an act of complete lawlessness by the members of this court.

9. It is my understanding that this, my Decree Absolvitor, upon being entered on and for the record, without objections which also state their authority over my understanding as well as factual evidence to accompany that alleged authority, will render my understandings the law in this alleged code violation, and will conclude all matters of this alleged code violation per this, my Decree Absolvitor.

4

It is hereby ordered and adjudged that this Decree Absolvitor be granted Dei Gratia. Furthermore, it is ordered and adjudged that Christopher Robert Weast be released from the custody of Rodney W. Chandler and the Federal Correctional Institution, located in Fort Worth. It is also ordered and adjudged that Aisha Saleem and the alleged "Plaintiff", "United States of America" also known as the "United States", return all property taken from 833 Hallvale Drive, Fort Worth, Texas [76108] on July 10, 2012. All items are to be returned in the same condition as they were in when said items were stolen. It is furthered ordered and adjudged that any and all charges associated with this matter, be dismissed with prejudice.

5

It is so ordered this _16th_ day of April, 2014.

(Official Seal: C/S/O/W)

_Chris Wheat_
Signed and Sealed by my hand on this _16th_ day of April, Two-Thousand Fourteen a.d. in the year of our Lord.

This is my Sovereign decree as God as my witness.

Chris Weast - 47791177
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 APR 18 PM 12:01

CLERK OF COURT

Court Clerk - Terry Means
501 West 10th Street Room 310
Fort Worth, Texas 76102

NORTH TEXAS TX PDC
17 APR 2014 PM 7 L