1

ORIGINAL

April 17, 2014

United States

v. 4:14-CR-00023-Y-1

Chris Weast

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 21 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Motion for Revocation of Detention Order

I request a revocation of the order for pretrial detention entered on March 3, 2014 by the magistrate, Jeffery Cureton, who I commanded Angela Saad to object to, however she did not follow my command. The grounds for this motion are as follows:

2.

April 17, 2014

1. Aisha Saleem has failed to offer, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

2. Aisha Saleem has failed to produce factual evidence and a witness with firsthand knowledge which show I am a subject of or slave to her client "United States of America."

3. Failure of Aisha Saleem to produce the afforementioned things goes straight to this courts lack of ~~ju~~ jurisdiction over myself.

3                                                                                    April 17, 2014

4. This court continues to secret the jurisdiction in which this code violation can even be heard or held as "case and/or cause".

5. To assume Aisha Saleem does not need to provide factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, is to assume I am a slave to Aisha Saleems client and therefore automatically subject to her clients codes and constitution.

6. I am neither a slave to nor subject of, Aisha Saleem.

4

April 17, 2014

I should therefore be released in the interest of justice, until Aisha Saleem offers, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me. Furthermore, I should be released, in the interest of justice, pending Aisha Saleem's answer to my counterclaim. I also order and command this court to reveal the Jurisdiction this code violation is ruled by, on and for the record.

For the foregoing reasons, I request that this court revoke the March 3, 2014, order of dentention issued by Jeffery Cureton. I

5

April 17, 2014

demand a prompt hearing on this motion.

Order on Motion

☐ Granted

_____
Judge

_____
Date of order

Court Clerk,

This letter is intended for Terry Means' court clerk. How are you ma'am? I have requested a copy of the record for the record numbered, 4:14-CR-00023-Y-1. I would be greatly appreciative if you would send me a copy of everything in the record. If you are already working on sending me copies, I apologize for my impatience. Oh, one more thing, could you please enclose the number where I can call to speak to the clerks office? Please include a file stamped copy of this motion as well.

Thank You,
Chris Weast



Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

Legal Mail

Intake

Court Clerk - Terry Means
Eldon B. Mahon Courthouse
501 West 10th Street
Room 310
Fort Worth, Texas 76102

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2014 APR 21   AM 10:42
CLERK OF COURT