Affidavit of Fact

🗒 ORIGINAL

My name is Chris Weast not CHRISTOPHER ROBERT WEAST. I have a good faith belief that the name "CHRISTOPHER ROBERT WEAST" is in fact a legal entity which belongs to the corporation known as the "United States". I, Chris Weast, on the other hand, am a living, breathing soul belonging only to God as one of his Children. I am Sovereign and therefore neither subject to, nor slave to any person and/or corporation.

Aisha Saleem has failed to offer, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me. This court has no jurisdiction over me without Aisha Saleem first producing, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

This court has failed to reveal, on and for the record, which jurisdiction the court is operating in, in order to hear this alleged code violation. This court is operating in complete secrecy and complete lawlessness. This court is assisting Aisha Saleem in her lawlessness by secreting all documents I file, from the record.

Aisha Saleem is contracted and paid by the alleged "Plaintiff", known as "United States of America". Terry Means, the alleged "judge" is also contracted by and paid by the alleged "Plaintiff". Jeffery Cureton is contracted and paid by the alleged "Plaintiff", and is alleged to be the "magistrate". Angela Saad Peter Fleury and Christopher A. Curtis are alleged to be "attorneys for the defendant" yet they too, are contracted and paid by the alleged "Plaintiff" known as "United States of America". The "Plaintiff" is not only contracting the alleged "Judge", "Magistrate", "Prosecutor" and alleged "attorneys for the defendant" but is also the one who pays the jurors on the jury's it convenes.

This court does not have my consent to hold me subject to this alleged code violation nor does Aisha Saleem or her alleged client, "United States of America". I am not a subject of Aisha Saleem. I am not a subject of "United States of America". I am not a subject of this court. I am not a subject of Terry Means. I am not a subject of Jeffery Cureton's. I should be released immediately and this alleged code violation dismissed until such time that Aisha Saleem can provide, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

Aisha Saleem is guilty of kidnapping, conspiracy to commit kidnapping as well as trespassing on my Sovereign being and soul.

I declare, as God as my witness that the foregoing facts are true and correct.

_Chris Wewst_       April 17, 2014
Sovereign       Executed on

47197177
Chris West
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

Intake

Legal

Court Clerk for Terry Means
501 W 10th Street
Room 310
Fort Worth, Texas 76102