# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

MAGISTRATE JUDGE: JEFFREY L. CURETON, PRESIDING
DEPUTY CLERK: JULIE HARWELL
LAW CLERK:
INTERPRETER:
TIME:

DIGITAL FILE
PTSO/USPO:
TOTAL COURT TIME: 7 min.
DATE: APRIL 22, 2014

☒ DIST. CR. No. **4:14-CR-023-Y**

UNITED STATES OF AMERICA　　§　　　　　　　　　　AISHA SALEEM, AUSA
　　　　　　　　　　　　　　§
　　　v.　　　　　　　　　　§
　　　　　　　　　　　　　　§
CHRISTOPHER ROBERT WEAST　　§　　　　　　　　　　ANGELA SAAD (F)
Defendant(s) Name(s) and Number(s)　　　　Counsel for Deft Appt - (A); Retd - (R); FPD - (F)

**FILED APR 22 2014 — CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS**

### HEARING ON MOTION

- ☒ Motion hearing held.
- ☐ Competency hearing held. ☐ Psychiatric report presented. Name of physician _____
- ☐ Testimony heard (See Witness Listing).
- ☐ ☐ Govt ☐ Deft (evidence presented) ☐ See Exhibit Listing
- ☐ Deft _____ motion to suppress ☐ granted ☐ denied ☐ granted in part.
- ☐ Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
- ☐ Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
- ☐ Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
- ☐ Deft _____ motion _____ ☐ granted ☐ denied ☐ moot.
- ☒ **Deft motion to substitute counsel** ☒ granted ☐ denied.
- ☐ Deft _____ motion _____ taken under advisement.
- ☐ Deft _____ motion _____ taken under advisement.
- ☐ Deft _____ oral motion _____ ☐ granted ☐ denied.
- ☐ Govt _____ oral motion _____ ☐ granted ☐ denied.
- ☐ Bond ☐ continued or ☐ revoked
- ☐ Deft bond ☐ set to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ Defendant Custody/Detention continued.
- ☐ Defendant REMANDED to custody.

OTHER PROCEEDINGS: Deft requests to proceed pro-se; court allows FPD to w/draw from representation; Deft allowed to represent himself (pro-se)

Adjourned until: _____