IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 4:14-CR-023-Y |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## ORDER ON MOTION TO SUBSTITUTE COUNSEL

The Court has before it Defendant's letter that has been construed as a motion to substitute counsel [Dkt. 34] referred to the undersigned by United States District Judge Terry R. Means on April 17, 2014. [Dkt. 36] On this day, the Court conducted a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975).

From the hearing, the Court finds that Defendant has knowingly and voluntarily waived his right to representation by court-appointed counsel. Defendant unequivocally answered the Court's questions with regard to the issue of self-representation and his understanding of the difficulties and dangers presented by such circumstances. Further, due to his clearly stated desire that he not have any counsel of record, the Court finds that standby counsel is not necessary or appropriate at this time.

IT IS THEREFORE ORDERED the Motion to Substitute is GRANTED and that the Federal Public Defender is hereby withdrawn from representation of Defendant at this time.

IT IS FURTHER ORDERED that Defendant be allowed to represent himself in this case unless or until further order of the Court.

Signed: April 22, 2014

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE