☐ ORIGINAL

April 21, 2014

United States

v.   civil No 4:14-CR-023-Y

Chris Weast



Written Objections

(Relates to Motion Referred to Magistrate Judge Cureton)

46

In the letters dated April 17, 2014 and titled "Order Referring Motion to Magistrate Judge" I object to all non-Judicial Decision making. I further object to any and all "Administrative Hearings" and/or "Administrative Rulings". Furthermore, I demand that all "Hearings" be had in front of the Judicial Officer.

I also object to and ask that the use of any codes be removed from the record which I did not expressly mention in my papers since Aisha

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 APR 23   PM 12:30

CLERK OF COURT

Legal Mail

Office of the Clerk
501 West Tenth Street, Room 310
Fort Worth, Texas 76102

41797177
Chris West
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 APR 23 PM 12:30

CLERK OF COURT

Legal

Office of the Clerk
501 West Tenth Street, Room 310
Fort Worth, Texas 76102

41797177
Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119