April 21, 2014

ORIGINAL

United States

v. 4:14-CR-00023-4-1

Chris Weast



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 23 2014  12:31p
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Letter to Clerk of the Court

Clerk of the Court, April 21, 2014

Are you receiving my motions, letters and requests? I have sent many attempts to correspond with the court and have heard absolutely nothing in return. I have also sent a letter to the Fifth Circuit Court of Appeals regarding this courts repeated failures to respond to my attempts to communicate with this court as well as with the record. I have asked more than once for copies of the entire record to be sent to me at; 47797177- Chris Weast, FCI Fort Worth P.O. Box 15330, Fort Worth, Texas 76119 yet I have not received anything in return from this court. I also sent an order to fire Angela Saad and Peter Fleury with cited cases as authorities to fire them and move forward Sui Juris yet I haven't received anything back from this court. What is the issue which is preventing this court from responding to me? If the court has decided to dismiss this code violation based

If the court has decided to dismiss this code violation based on its lack of Jurisdiction due to no factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me ever being entered, on and for the record, by Aisha Saleem then send me a copy of the dismissal along with the release papers to be freed from Rodney W. Chandler's custody at FCI Fort Worth. Be sure the copies are signed by the judge and stamped by the court.

April 21, 2014
Date

Chris West
Sui Juris

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 APR 23  PM 12: 31

CLERK OF COURT

Legal Mail

US District Ct Northern District
501 Worth Street Ste 310
Fort Worth, Texas 76102

47797177
Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119