To the clerk of the Court,

☑ ORIGINAL

My name is Chris Weast. I am writing because I need a copy of all documents, motions and/or any other paper(s) filed in the alleged code violation numbered 4:14-CR-023-Y. I also need a copy of any document which was filed and subsequently removed from the ~~record~~ record for any reason please.

Your help in this matter is greatly appreciated.

Thank You,
Chris Weast



47797177
Chris West
P.O. Box 15330
Fort Worth, Texas 76119
FCI Fort Worth

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 APR 24  AM 11:47
CLERK OF COURT

Legal Mail

NORTH TEXAS TX PRDC
DALLAS TX 750
APR 2014 PM 11

Office of the Clerk
501 West Tenth Street Room 310
Fort Worth, Texas 76102

7610236418S