# United States District Court
## Northern District of Texas

*Fort Worth Division*

April 25, 2014

Christopher Robert Weast
#47797-177
FCI Fort Worth
P.O. Box 15330
Fort Worth, TX 76119

Re: Your correspondence received in the U.S. District Clerk's Office on   Apr 24, 2014
    (processed by: mdf              )
    Case No./Style (if known):  4:14-CR-023-Y  USA v. Weast

☐ The clerk's office is unable to provide the requested forms.

☐ You have more than one case pending in the Northern District of Texas, and your document does not provide a case number. Write the correct case number on your document and return it for filing. The document can only be filed in one case. If you want to file it in more than one case, you must provide separate copies for each case.

☐ Your case was filed in or transferred to another judicial district. We are returning your document(s) so you may file them in that district. The correct court address is provided in the "Other" section at the bottom of this letter.

☐ Your case was filed in or transferred to another division in the Northern District of Texas. As a courtesy we have forwarded the original document(s) to that division. You must mail all future documents to the proper division. The correct division address is provided in the "Other" section at the bottom of this letter.

☐ Your case appears to have been filed in a state district court. We are returning your document(s) so you may file them in the correct court. If we can determine which address you should use, it will be provided in the "Other" section at the bottom of this letter.

☐ The Clerk's Office has no record of any case filed by you. The court's authority is limited to civil and criminal cases that have been filed before it. Absent such a case, no one associated with this court may provide you legal advice or assistance in this matter.

☐ Your case is currently pending before Judge _____

☐ Employees of the court are prohibited from giving legal advice.

☐ Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. If the case file must be retrieved from archives, a retrieval fee of $64 for one box and $39 for each additional box must be paid in advance. (Note: The court may direct the clerk to provide copies without cost to an indigent defendant proceeding pro se in a criminal case. However, the granting of in forma pauperis status under 28 U.S.C. § 1915 in a civil case does not entitle a litigant to free copies or services.) A summary of the page counts and necessary fees is provided:

☐ Pursuant to Local Rule 5.1 of the Local Rules for the United States District Court for the Northern District of Texas, "pleadings, motions, or other papers must not be sent directly to the judge." Such papers will not be filed but returned to the party or destroyed.

☐ Neither the Privacy Act nor the Freedom of Information Act, codified at 5 U.S.C. §§ 551 and 552, applies to the Judicial Branch. See 5 U.S.C. § 551 (1)(B) which excludes the courts of the United States from the definition of "agency" used in § 551 et seq. Of Title 5. See also *United States v. Frank*, 864 F.2d 992, 1013 (3rd Cir. 1988); *Warth v. Department of Justice*, 595 F.2d 521, 522-523 (9th Cir. 1979); *Cook v. Willingham*, 400 F.2d 885 (10th Cir. 1968).

☐ Internal Use Only: In the event the Clerk cannot respond to the correspondence (e.g., illegibility, etc.), note reason:

☒ Other:
> Mr. Weast,
>
> Please find the enclosed copy of the Court's record for the above-referenced case. However, the Court's record does not include documents that have been unfiled.
>
> Best regards,
>
> Deputy Clerk