ORIGINAL

In The United States District Court
For The Northern District of Texas

United States of America )

Plaintiff, )

Case No. 4:14-CR-023-Y

V.

Christopher Robert Weast )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 9 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## Counterclaim

I, Chris Weast, file this counterclaim against Aisha Saleem based on the following grounds:

## Facts

1. Aisha Saleem had me "arrested" on February 21, 2014 on behalf of her alleged client "United States of America" also known as "United States", under color of law.

2. I have been continually held against my will due to Aisha Saleem's complete trespass on this "cause" since February 21, 2014 up to and including the present day.

3. Aisha Saleem acted willfully and maliciously in order to have me "arrested" under color of law without first factually proving with factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

4. Aisha Saleem has failed to offer and/or produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me.

5. Aisha Saleem has failed to offer and/or produce, on and for the record, factual evidence and a witness with firsthand knowledge the alleged "offense" which she claims I violated, occured on territory under "Federal Jurisdiction."

6. Aisha Saleem has failed to offer factual evidence and a witness with firsthand know of a fully executed contract, wherein I had full disclosure, there was a meeting of the minds and both Aisha Saleem and I and/or "United States of America" and I, had both signed willingly, thereby making me subject to either parties.

7. I am not a subject of, nor slave to, Aisha Saleem.

8. I am not a subject of, nor slave to, "United States of America", Aisha Saleem's alleged client.

9. I am a witness against Randy Watkins in which I filed a sworn verified criminal complaint against him with the Tarrant County District Attorney's Office, on or about July 13, 2012.

10. The criminal charges I filed are still pending against Randy Watkins as of April 26, 2014.

11. Aisha Saleem, as learned Counsel, should know or reasonably should have known that any aggression she engaged in against me on behalf of Randy Watkins as an alleged witness against me, amounts to tampering with a witness.

12. Aisha Saleem's actions against me on behalf of Randy Watkins is the very definition of Prosecutorial Misconduct.

13. I have been under threat, duress and correshion since February 21, 2014 as a direct result of Aisha Saleem's malicious prosecution.

14. Aisha Saleem had a duty to me to first determine whether or not the constitution and codes are applicable to me before maliciously having me "arrested" for a code violation pertaining to her clients codes under color of law.

15. Aisha Saleem has offered no evidence of a duty which I allegedly had to her alleged client.

16. Aisha Saleem has offered no evidence of a duty being owed to her by me, for which she is seeking redress.

17. As of the date of this Counterclaim, I have been held against my will for (65) sixty-five days to which Aisha Saleem should be held liable to me for the amount of ($3,846.16), Three Thousand Eight Hundred Forty Six Dollars and sixteen cents per day that I have currently suffered through as a result of Aisha Saleem.

18. I do not have a contract with Aisha Saleem.

## Prayer

I pray that:

A. Aisha Saleem's complaint, on behalf of her alleged client, be dismissed with prejudice

B. I be awarded all sums due and owing to me based on Aisha Saleem's trespass on this "cause" as well as her trespass on my life, liberty and property under color of law, in the sum of at least $250,000.

C. I be awarded pre- and postjudgment interest as allowed by law.

D. I be granted any other relief that the court deems just and proper.

E. I be released from the custody of Rodney W. Chandler, Warden of (FCI) Federal Corrections Institution in Fort Worth.

Respectfully submitted,

Chris Weast U/T/A
Chris Weast 47797177
Sui Juris
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas [76119]

## Certificate of Service

I certify that I served a copy of the foregoing Counterclaim upon Aisha Saleem, Esq., AUS Attorney's Office, by mailing a copy to her at her offices at 801 Cherry Street Unit 4, Fort Worth, Texas 76102, this 28th day of April, 2014.

C.C. Megan J Fahey - megan.fahey@usdoj.gov


_Chris Weast_                           _April 26, 2014_
Chris Weast                             Date
Sui Juris



NORTH TEXAS TX 750
DALLAS TX 750
28 APR 2014 PM 11 L

Legal Mail

Clerk of the U.S. District Court
501 West Tenth Street Room 310
Fort Worth, Texas 76102

47191777
Chris Weast
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 APR 29 AM 10:41

CLERK OF COURT,