TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: OBJECTIONS
DATE: 05/03/2014 07:22:13 PM

ORIGINAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA )
)
v )  No. 4:14-CR-00023-Y-1
)
CHRISTOPHER ROBERT WEAST )

OBJECTIONS

1. I object strenuously to the Minute Entry on 2/21/2014 which states that I requested appointed counsel on grounds that I never asked for nor requested counsel nor was I ever given the option to choose by Jeffery Cureton.

2. I strenuously object to the alleged Financial Affidavit which was allegedly filled out by me on 2/21/2014 as shown on the docket entry sheet on grounds that I never completed a Financial Affidavit nor was I ever given the option of choosing not to fill it out by Jeffery Cureton.

3. I strenuously object to the Order Appointing Federal Public Defender on 2/21/2014 as shown on the Docket Entry sheet on grounds that I was never given the option to choose by Jeffery Cureton, between having an attorney and not having an attorney.

4. I strenuously object to the alleged arraignment hearing held on 2/21/2014 as listed on the Docket sheet on grounds I was and still am, under threat and duress as well as the fact that I was never given an option to not have Angela Saad and Christopher A. Curtis speak in my place. I also informed administrative officer Jeffery Cureton that I was under the influence of a prescribed painkiller which was affecting my ability to understand.

5. Furthermore, I strenuously object to the alleged arraignment hearing held on 2/21/2014 on grounds that I absolutely did not then nor do I now, understand the cause and nature of the alleged code violation.

6. I strenuously object to the alleged Unopposed Motion to Continue Detention Hearing filed by Peter Fleury on 2/25/2014 as shown on the Docket sheet on grounds I was not consulted first before taking a continuance.

7. I strenuously object to the Notice of Attorney Appearance filed by Angela Saad on 2/28/2014 as noted on the Docket sheet on grounds that I never requested an attorney nor would I have accepted an attorney had I been given the choice by Jeffery Cureton, as I should have been.

8. I strenuously object to the alleged Detention Hearing held before administrative hearing officer Jeffery Cureton on grounds that I was not allowed to ask questions I demanded be asked but the attorney, Angela Saad, who was forced upon

Case 4:14-cr-00023-Y   Document 54   Filed 05/06/14   Page 2 of 7   PageID 147

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A
---------------------------------------------------------------------------------------

me as counsel and allowed to speak in my place, absolutely refused to ask the questions I demanded and commanded her to ask.

9. I object to the Order Granting Detention allegedly held on 3/3/2014, on grounds I was not allowed to have the choice of being my own counsel at the alleged Detention Hearing nor was I given adequate information in order that I may understand the cause and nature of the alleged code violation.

10. I strenuously object to the Designation of the Experts filed by Aisha Saleem on grounds that I was never given the option to move forward Sui Juris as opposed to having Angela Saad forced upon me as alleged counsel who I would contend, is and was working for the alleged "Plaintiff", "UNITED STATES OF AMERICA", the entire time since she admitted that she was paid by the alleged "Plaintiff", "UNTIED STATES OF AMERICA."

11. I strenuously object to the "Designation of Experts" filed by Aisha Saleem on grounds that I have a Verified, Sworn Criminal Affidavit still pending against RANDY WATKINS, which charges him with Possession of Child Pornography under the Texas Penal Codes and this is a malicious retalliation against me as a witness against him in that case in order to intimidate me.

12. I strenuously object to both of the "Notice of Correction of Signature Omission" documents filed by Angela Saad on 3/11/2014 on grounds that Angela Saad would not have been my counsel had I been given the choice to move forward Sui Juris or absent counsel.

13. I strenuously object to the "Motion to Continue Trial and Motion to Enlarge Time to File Pretrial Motions" filed by Angela Saad on 3/17/2014 on grounds that Angela Saad never consulted me before taking any continuances nor would she have been my counsel had I been given the choice to move forward Sui Juris which would have preempted this continuance from ever being filed.

14. I strenuously object to my Objections being removed from the record by Terry Means on grounds that I had alleged counsel which was forced upon me by Jeffery Cureton who prevented me from having the option of how I would choose to move forward.

15. I strenuously object to the "Motion for Reconsideration" filed by Angela Saad on grounds of my standing objection that I was forced into counsel since I was not provided the opportunity to decide on my own and choose whether to have counsel or not.

16. I strenuously object to all Administrative Rulings on grounds that administrative hearing officers are not judges.

17. I strenuously object to all non-Judicial decision making and/or rulings.

18. I strenuously object to the document bearing Peter Fleury's alleged signature which lists many checkboxes which bear an "x" in many of the boxes such as: "Date of Federal Arrest", "First Appearance", "Advised of Rights/charges", "Financial

Case 4:14-cr-00023-Y Document 54 Filed 05/06/14 Page 3 of 7 PageID 148

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A
----------------------------------------------------------------------------------------

Affidavit Executed", and "Order Appointing Federal Public Defender" on grounds this document lists many things that were done in secret prior to my being arrested and/or being forced under threat and duress, into Jeffery Cureton's courtroom.

19. I strenuously object to the "Pretrial and Scheduling Order for Criminal Trial" on grounds that I was never properly arraigned by a judicial officer.

20. I strenuously object to being forced under threat and duress into Admiralty/Maritime Jurisdiction when I was not on a vessel nor was I on the water.

21. I strenuously object to the "Notice of Designation of Case Assignment" filed by Angela Saad dated 2/28/2014 on the grounds that I was not given the option of choosing to have counsel vs not having counsel.

22. I strenuously object to Jeffery Cureton's Part 1, "Findings of Fact on grounds that he only lists checkboxes for "Alternative Findings" yet offers no findings of fact to support the claim that I am an alleged "Serious risk not to appear" and "There is a serious risk that I will endanger the safety of another person or the community."

23. I strenuously OBJECT to part II of the "Order of Detention Pending Trial" on grounds there was a lack of evidence offered to determine there was "clear and convincing evidence."

24. I strenuously OBJECT to Jeffery Cureton claiming there was "Clear and Convincing Evidence" on grounds that Aisha Saleem only offered Hearsay and "Hearsay may not satisfy clear and convincing evidence." United States v. Bell, 673 F.Supp. 1429 (ED. Mich. 1987)

25. I strenuously OBJECT to Jeffery Cureton's claim of "Clear and Convincing Evidence" findings on grounds that "clear and convincing evidence means proof that particular defendant in therory poses a danger." United States v. Patriarca, 948 F.2d 789 (1st Cir. 1991) and "Presumption and general allegations of danger are insufficient." United States v. Jackson, 845 F.2d 1262 (5th Cir. 1988)

26. I strenuously OBJECT to the "Clear and Convincing Evidence" claim altogether as well as the alleged claim of "being a serious risk I will endanger the safety of another person or the community" on grounds that the judge "can't detain on presumption alone unless there is proof of future dangerousness." United States v. Dominguez, 783 F.2d 702 (7th Cir. 1986) as well as "conditions for release need not guarantee safety or presence, but need only reasonably assure both". United States v. Fortna, 769 F.2d 243 (5th Cir. 1985); United States v. Orta, 760 F.2d 887 (8th Cir. 1985)(en banc); United States v. Dreier, 596 F.Supp.2d 831 (S.D.N.Y. 2009) and "Factual representations of counsel are inadmissible." United States v. Yeaple, 605 F.Supp. 85, 87 (M.D.Pa 1985) which is exactly what Aisha Saleem was doing in the alleged Detention Hearing. She was offering "Factual Representations" through her own testimony.

27. I strenuously OBJECT to the claim of "Clear and Convincing Evidence" claiming a "serious risk I will not appear" on

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

grounds that "ability to flee not sufficient to justify detention." United States v Himler, 797 F.2d 156 (3d Cir. 1986)

28. I strenuously OBJECT to the use of any and all private law.

_____          _____
Sui Juris                            Date
Chris Weast - 47797177
FCI FORT WORTH
P.O. Box 15330
Fort Worth, Texas [76119]

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

grounds that "ability to flee not sufficient to justify detention." United States v Himler, 797 F.2d 156 (3d Cir. 1986)

28. I strenuously OBJECT to the use of any and all private law.

_Chris Roberts U/T/0_                                          Date _May 4, 2014_
Sui Juris
Chris Robert - 47797177
FCI FORT WORTH
P.O. Box 15330
Fort Worth, Texas [76119]

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Certificate of Service
DATE: 05/03/2014 07:28:42 PM

CERTIFICATE OF SERVICE

I, Chris Robert, hereby certify that on _May 5th, 2014_, a copy of the foregoing "OBJECTIONS" was sent via Postal Mail to the UNITED STATES ATTORNEY'S office at 801 Cherry Street, Unit 4, Fort Worth, Texas [76102] and addressed to AISHA SALEEM.

_May 4, 2014_
Date

_Chris Robert  V/7/0_
Sui Juris - Natural Person
Chris Robert



47797-177
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 MAY -6 PM 12:30

CLERK OF COURT

47797-177
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Clerk

Legal Mail

NORTH TEXAS
DALLAS TX 750
05 MAY 2014 PM 12