TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Notice of Exception
DATE: 05/08/2014 01:13:31 PM

ORIGINAL



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-Y-1
)
CHRISTOPHER ROBERT WEAST )

NOTICE OF EXCEPTION TO PLEA ENTERED AND CHANGE OF PLEA

I, Chris Robert. do hereby make this my notice of exception and objection to the "plea" I was coerced into making on February 21, 2014 due to the fact that I was under severe threat and duress as well as the fact that I was not afforded the opportunity to enter a knowing and willful plea with an honest Understanding of the Cause and Nature of the alleged "cause" and/or "case".

2. I, Chris Robert, was mislead to either through either Mistake of Fact, Mistake of Law, misrepresentation, fraud, constructive fraud, and/or coercion. This revocation of the "NOT GUILTY PLEA" for CHRISTOPHER ROBERT WEAST is effective from the date of the Clerk of the Courts file stamp shown at the top of this document.

3. As of the date of the Clerk of the Courts file stamp shown at the top of this document, CHRISTOPHER ROBERT WEAST amends his plea to a plea of INNOCENT.

4. CHRISTOPHER ROBERT WEAST strenuously maintains his innocence.

\S\ Chris Robert
Chris Robert - Sui Juris
Sovereign Aboriginal Natural Person Domiciled Abroad
Without Prejudice 1-207

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

--------------------------------------------------------------------------------

FROM: 47797177
TO:
SUBJECT: Certificate of Service
DATE: 05/08/2014 12:46:59 PM

CERTIFICATE OF SERVICE

I, Chris Robert, hereby certify that on  May 8, 2014 , a copy of the foregoing " Change of Plea " was sent via Postal Mail to the UNITED STATES ATTORNEY'S office at 801 Cherry Street, Unit 4, Fort Worth, Texas [76102] and addressed to AISHA SALEEM.

May 8, 2014
Date

/s/ Chris Robert
Sui Juris - Natural Person
Chris Robert



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 MAY 12 PM 12:27

CLERK OF COURT

NORTH TEXAS TX PRDC
DALLAS TX 750
09 MAY 2014 PM 4 L

Legal Mail

Intake

⇔47797-177⇔
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7510236185

⇔47797-177⇔
Christophe Weast
PO BOX .15330
FCI Fort Worth
FORT Worth, TX 76119
United States