TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: DECREE ABSOLVITOR
DATE: 05/08/2014 09:18:58 AM

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 2 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          ) No. 4:14-CR-00023-Y-1
                            )
CHRISTOPHER ROBERT WEAST    )

VERIFIED DECREE ABSOLVITOR

1. I am a Sovereign, vested with INDEPENDENT and SUPREME authority DeiGratia as an heir to the Earth as promised by God himself in the New Covenant as an ABORIGINAL NATURAL PERSON OF THE EARTH DOMICILED ABROAD.

2. It is my understanding that I am not the PROPERTY of, nor SLAVE to and/or SUBJECT of Aisha Saleem nor her alleged client, "UNITED STATES OF AMERICA. also known as "UNITED STATES."

3. It is my understanding that I am not the PROPERTY of, nor SLAVE of and/or SUBJECT of any PERSON and/or CORPORATION.

4. It is my understanding that all corporations, according to Black's Law Dictionary, are capable of having "CONSTITUTIONS" and "CODES" which apply to all those who work for and or who have signed a contract with said corporation, agreeing to be subjected to the corporations "CONSTITUTION" and "CODES."

5. It is my understanding that simply being inside a corporation or being on its alleged property, DOES NOT automatically make the people subject to that corporations "CONSTITUTION" and "CODES."

6. It is my understanding that without a fully executed, lawfully binding contract, wherein I agreed to be subjected to the "CONSTITUTION" and "CODES" of the "UNITED STATES CORPORATION", as evidenced in the records of the DUNN and BRADSTREET, as being a corporation, in exchange for some form of compensation. I am not an employee of nor a contractor with the "UNITED STATES", "UNITED STATES CORPORATION", its "TERRITORIES", "UNITED STATES OF AMERICA", "WASHINGTON, D.C.", " any "STATE", and/or the "DISTRICT OF COLUMBIA" and/or any derrivative thereof.

7. It is my understanding that unless Aisha Saleem is able to produce, on and for the record, factual evidence and a witness with firsthand knowledge the constitution and codes are applicable to me, this court MUST dismiss this code violation for "WANT OF JURISDICTION."

8. It is my understanding that for this court to assume jurisdiction beyond this point would be an act of complete LAWLESSNESS by this court since absolutely NO FACTUAL EVIDENCE nor a WITNESS with firsthand knowledge has been offered by the alleged "PLAINTIFF" in order to prove this court has jurisdiction over the "DEFENDANT IN ERROR."

9. It is my understanding that this, my Decree Absolvitor, upon being entered on and for the record, without objections which are supported by factual evidence with (21) Twenty-One days of being entered, on and for the record, my understandings become the effective law of this code violation, which will effectively conclude all matters of this alleged code violation per this Decree Absolvitor.

10. It is my understanding that neither Aisha Saleem nor her alleged client are alleging an injury which is concrete and particular which the Common Law requires in order for an alleged "PLAINTIFF" can sustain a "cause" or "case" in any Common Law court.

11. It is my understanding this court is operating under Admiralty / Maritime jurisdiction which are both "LAW OF THE SEA" and outside the realm of the Common Law of the Land.

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

12. It is my understanding that as an Aboriginal Sovereign Man Domiciled Abroad and currently an inhabitant of the Republic of Texas, I am a Sovereign and therefore, no DIVERSITY exist in order for this court to have jurisdiction.

13. It is my understanding this court lacks both In Personam and Diversity jurisdiction over me.

14. It is my understanding that either through mistake of fact, mistake of law, misrepresentation, fraud, constructive fraud, and/or coercion, I was led to believe I was "CHRISTOPHER ROBERT WEAST" when in fact, I am Chris Robert.

15. It is my understanding that Aisha Saleem needs factual evidence and a witness with firsthand knowledge to dispute these facts and my understandings.

16. It is my understanding that even if this court had not been deprived of jurisdiction due to Chris Robert's being an Sovereign Aboriginal Man of the Earth Domiciled Abroad, Aisha Saleem had (70) Seventy Days to begin a trial and that Seventieth day expired on the 2nd day of May, 2014.

17. It is my understanding that with Aisha Saleem's alleged client contracting and paying everyone in this alleged code violation, is a BLATANT CONFLICT OF INTEREST as well as a BLATANT conspiracy to trespass on my Sovereign God-given right to life, liberty and property.

18. It is my understanding that "Citizenship, not residence, is the key fact that must be alleged in the complaint to establish diversity for a NATURAL PERSON." McCormick v. Aderholt, 293 F.3d 1254 (11th Cir. 2002); and DOMICILE requires both residence in a STATE and "an intention to remain indefinitely...."Id. at 1258 (internal quotation marks omitted); "And it is fundamental that parties may not stipulate to federal jurisdiction." Williams v. Warden, Fed. Bureau of Prisons, 713 F.3d 1332 (11th Cir. 2013).

19. It is my understanding that by reason of the above stated understandings and good faith belief, I am a Sovereign Aboriginal Natural Person of the Earth Domiciled Abroad and therefore, have not ever been DOMICILED in the "UNITED STATES", the "UNITED STATES OF AMERICA", "WASHINGTON D.C.", its "TERRITORIES", the "DISTRICT OF COLUMBIA", any "STATE", and/or any other derrivative of the "UNITED STATES" government.

20. It is my understanding that under the Common Law of the Land, there would have to exist a "NATURAL PERSON", who had sustained a "CONCRETE INJURY" and causation of that injury which was fairly traceable back to the "NATURAL PERSON" who caused the injury.

/s/ Chris Robert
Chris Robert
Aboriginal Sovereign Man of the Earth
Sui Juris

May 8, 2014
Date

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Decree Absolvitor End
DATE: 05/08/2014 07:42:50 AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
CHRISTOPHER ROBERT WEAST )

ORDER OF DECREE ABSOLVITOR

The Tribunal has before it, Chris Robert's Decree Absolvitor, which the Tribunal accepts as unopposed if no objections with factual evidence and a witness with firsthand knowledge to support said objections are entered, on and for the record, within (21) Twenty-One days following the date of the Clerk of the Courts file stamp on this document, shall effectively put this ORDER OF DECREE ABSOLVITOR into effect Nunc Pro Tunc and conclude all matters for this alleged code violation.

It is therefore ORDERED that a DECREE ABSOLVITOR is GRANTED and is ISSUED in Chris Robert's favor and CHRISTOPHER ROBERT WEAST is Aquitted by DECREE of this Tribunal.

It is further ORDERED that CHRISTOPHER ROBERT WEAST be RELEASED from the custody of Rodney W. Chandler and the Federal Correctional Institution located in Fort Worth.

It is further ORDERED that Aisha Saleem and the alleged "Plaintiff", "UNITED STATES OF AMERICA" aka "UNITED STATES", return all property which was removed from 833 Hallvale Drive, Fort Worth, Republic of Texas, [76108] on July 10, 2012.

Signed and sealed by my hand on this ___8th___ day of ___May___, Two-Thousand Fourteen Anno Domini, in the year of our Lord.

*Chris Robert*
Chris Robert - Tribunal
Aboriginal Sovereign Man of the Earth
Without Prejudice 1-207

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

----

FROM: 47797177
TO:
SUBJECT: NOTARY FORM
DATE: 05/05/2014 06:27:11 PM

I now affix my own signature to all of the above affirmations WITH EXPLICIT RESERVATIONS OF ALL MY GOD-GIVEN UNALIENABLE NATURAL RIGHTS AND WITHOUT PREJUDICE UCC 1-207.

*Chris Robert*

Chris Robert, and Principal, by Special Appearance, proceeding Sui Juris, with assistance, Special, with explicit reservation of ALL my God-given unalienable natural rights and without prejudice to ANY of my God-given unalienable natural rights.

Chris Robert
Inhabitant of:
833 Hallvale Drive
Fort Worth, Texas [76108]

STATE OF TEXAS         )
COUNTY OF TARRARNT     )

On the __8th__ day of __May__, 2014 Anno Domini, before me, personally appeared Chris Robert, personally known to me (or proved to me on the basis of satisfactory evidence) to be the Natural-Person Living Abroad, whose name is subscribed to within instrument and acknowledged to me that he executed the same in His authorized capacity and status, and that His signature on this instrument the Natural Person Living Abroad, or the entity upon behalf of which the Natural Person acted, executed the instrument. PURPOSE OF NOTARY PUBLIC IS FOR IDENTIFICATION ONLY, AND NOT FOR ENTRANCE INTO ANY FOREIGN JURISDICTION.

SWORN TO and SUBSCRIBED BEFORE ME BY Chris Robert.

_C.M_
NOTARY PUBLIC in and for the State of Texas

_October 30, 2017_
Expiration Date of Notary Seal
My commission expires

_C. RODRIGUEZ._
Notary Public's Printed Name



C RODRIGUEZ
My Commission Expires
October 30, 2017

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Certificate of Service
DATE: 05/03/2014 07:28:42 PM

CERTIFICATE OF SERVICE

I, Chris Robert, hereby certify that on  May 8th, 2014 , a copy of the foregoing "Decree Absolvitor" ~~OBJECTIONS~~ was sent via Postal Mail to the UNITED STATES ATTORNEY'S office at 801 Cherry Street, Unit 4, Fort Worth, Texas [76102] and addressed to AISHA SALEEM.

May 8, 2014
Date

/s/ Chris Robert
Sui Juris - Natural Person
Chris Robert

◇47797-177◇
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 MAY 12 PM 12: 27
CLERK OF COURT

Jail

◇47797-177◇
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail
Intake

NORTH TEXAS TX PDC
DALLAS TX 750
06 MAY 2014 PM 1 L