IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**O R I G I N A L**

| UNITED STATES OF AMERICA | 4:14.CR.023-Y |
|---|---|
| VS | |
| CHRISTOPHER ROBERT WEAST (1) | |

**ORDER OF REFERRAL FOR ARRAIGNMENT
AND RECEIPT OF NOT GUILTY PLEA**

The above-styled and numbered cause is hereby REFERRED to United States Magistrate Judge Jeffrey L. Cureton for arraignment at **9:30 a.m.** on **May 21, 2014**. **All attorneys must be in Court by 9:00 a.m. to insure a timely start of the arraignment hearing**. Defense counsel is ORDERED to **IMMEDIATELY** notify Carmen Bush at 817-850-6673, if an interpreter will be needed at the arraignment.

SIGNED May 19, 2014.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/cb