FROM: 47797177
TO:
SUBJECT: Motion to Quash / Motion to Dismiss
DATE: 05/14/2014 07:01:01 PM



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 16 2014

CLERK, U.S. DISTRICT COURT
By_____
            Deputy

UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA     )
                             )
v                            ) No. 4:14-CR-023-Y-1
                             )
Christopher Robert Weast, Sui Juris, National )



ORAL HEARING DEMANDED

VERIFIED MOTION TO QUASH INDICTMENT / VERIFIED MOTION TO DISMISS INDICTMENT

TO THE HONORABLE JUDGE MEANS OF THIS COURT,

I COME, Sui Juris, National and Natural Person and MOVE this court to QUASH THE INDICTMENT / DISMISS THE INDICTMENT in this "case in error" and will show as
follows:

FACTS

1. I am not "CHRISTOPHER ROBERT WEAST" as it is a "Juristic Person" also known as a "FICTIONAL ENTITY" and/or "CORPORATION" and this court must address me by my Lawful name.

2. The alledged Indictment names "CHRISTOPHER ROBERT WEAST" as the alleged "DEFENDANT" which, as stated above, is a
"JURISTIC PERSON", "FICTIONAL ENTITY", "CORPORATION", "CORPORATE PERSON", "CORPORATE ENTITY" and/or some form
of "FICTIONAL CHARACTER" owned by the "UNITED STATES, Inc." and cannot be used to associate Christopher Robert Weast,
the Human, Flesh and Blood Natural Person with "CHRISTOPHER ROBERT WEAST".

3. Futhermore, the indictment states on the first page that the alleged pictures are located on a Western Digital External Hard Drive, however, when you turn to Page 2 of the Indictment and inspect the "FILE PATHS" of the three alleged images which were allegedly found, the "FILE PATHS" show that they are all located on DRIVE letter C which proves, by admission and
the prosecutor's own evidence, that the alleged files were in fact allegedly found on the "MAIN HARD DRIVE" which would indicate that Aisha Saleem's therory of the alleged "crime" suffers from a FATAL ERROR on the face of the Indictment when inspected on all four corners of the document.

4. This is a fatal error on the face of the indictment and cannot be cured due to the fact that it is equivalent to alleging that a murder was committed in Oklahoma when in fact it was committed in Ohio. Therefore, the Indictment should be QUASHED and/or DISMISSED WITH PREJUDICE.

WHEREFORE, PREMISES CONSIDERED, I, Christopher Robert Weast, Sui Juris, a National and Natural Person respectfully

prays that the court grant this Motion in all things.

5. Christopher Robert Weast has pending charges filed against Randy Watkins, the alleged expert witness for Aisha Saleem.

I affirm, under penalty of perjury, under the Common Law of America, without the "UNITED STATES", that the foregoing is true and correct, to the best of my current information, knowledge and belief, Per 28 U.S.C. 1746(1).

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

----------------------------------------------------------------

Use of Statute 28 U.S.C. 1746(1) is for purposes of making a sworn statement and therefore making this a Verified Motion and therefore is not to be construed as entering into any contracts and/or agreements of any kind.

/s/ *Christopher Robert Weast*
Christopher Robert Weast, Sui Juris, National
Natural Person and Human Being
All rights reserved including all God-given
Inherent Rights

## CERTIFICATE OF SERVICE

I, Christopher Robert Weast, hereby certify that a true and correct copy of the foregoing Motion to Quash Indictment / Motion to Dismiss Indictment or Information, was mailed to Aisha Saleem at US Attorney's Office, 801 Cherry Street, Unit 4, Fort Worth, Texas 76102, on this the __14th__ day of May, 2014.

/s/ *Christopher Robert Weast*
Christopher Robert Weast, Sui Juris, National

## ORDER

ON THIS the _____ day of _____, 2014, came on to be heard the foregoing MOTION TO QUASH INDICTMENT / MOTION TO DISMISS INDICTMENT, and same is hereby _____GRANTED / _____DENIED, to which action Christopher Robert Weast, sui juris, National and Natural Person excepted.

_____
Judge