UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 21 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**MINUTE ORDER**

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:14.CR.023-Y |
| Defendant: | CHRISTOPHER ROBERT WEAST (1), Sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | |
| US attorney: | Aisha Saleem |
| Defense attorney: | N/A - Pro se |
| Time in Court: | 2 min |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | May 21, 2014 |
| Status: | CHRISTOPHER ROBERT WEAST (1) enters a plea of not guilty as to counts one and two charged in the two-count ~~indictment.~~ SS Indictment |
| | Pre-Trial Conference is set for July 23, 2014, at 3:00 p.m. |
| | Trial is set for July 28, 2014, at 10:30 a.m. |
| | Defendant's detention is continued. |
| | ~~Defendant waived reading of the indictment~~ |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |
| Other Information: | Judge Cureton entered Plea of Not guilty for Defendant |