TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: MOTION TO DISMISS
DATE: 05/18/2014 08:39:34 PM

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 20 2014
CLERK, U.S. DISTRICT COURT
By _____ SS
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-023-Y-1
)
Christopher Robert Weast, sui juris, Natural Person ) **ORAL HEARING DEMANDED**
Defendant in error

## MOTION TO QUASH THE INDICTMENT

I am, Christopher Robert Weast, sui juris, a Natural Person, Sovereign National Free Man, MOTION TO QUASH THE INDICTMENT based on the facts as follows:

### AFFIDAVIT IN SUPPORT

I hereby swear and affirm that all herein stated is true, factual, sworn testimony before God, as stated.

### FACTS

1. The indictment fails to state Article III standing which states there must be a concrete and palpable injury in fact and/or actual or imment to the Plaintiff.

2. Aisha Saleem has failed to produce a valid complaint.

3. The complaint, if in existance, must list the true name of the Plaintiff. "Complaint must identify at least one plaintiff by true name; otherwise no action has commenced." Roe v. New York, (1970, SD NY) 49 F.R.D. 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

4. The indictment does not list an injured party.

5. There is no evidence of a complaining party anywhere in the record. "Complaint must identify at least one plaintiff by true name; otherwise no action has been commenced." Roe v. New York, (1970, SD NY) 49 F.R.D. 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

6. This court has no jurisdiction due to the fact that without a complaint which list the Plaintiff's true name, no action has commenced.

7. This court has erred time and time again by dismissing and/or striking my motions from the record without instructions of how pleadings are deficient and how to repair pleadings. "Court errs if court dismisses pro se litigant without instructions of how pleadings are deficient and how to repair pleadings." Haines v. Kerner, 404 U.S. 519 (1972).

8. I am not "CHRISTOPHER ROBERT WEAST", hereinafter referred to as "Corporate Fiction".

9. I was led to believe I was the "Corporate Fiction" through deception and fraud. "Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking untruth." Morrison v. Coddington, 662 P.2d 155, 135 Ariz. 480 (1983).

10. I had no knowledge of the intent, or the adhesions that are attached to the "Corporate Fiction" which attach me the Natural Person, to the "Corporate Fiction."

11. I am now aware that "CHRISTOPHER ROBERT WEAST" is the "Corporate Fiction" which is a straw construct being used

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

------------------------------------------------------------------------------------

as a Power of Attorney over me, the Natural Flesh and Blood Person and Spirit.

12. As with a contract, even on conciously made, the moment one discovers that it, (contract), has adhesions, hidden or nondisclosed purposes, obligations and intent, said contract becomes IMMEDIATELY VOID. The contract is not voidable, it is VOID. This is the law of contracts.

## MANDATORY JUDICIAL NOTICE

"The United States Supreme Court and numerous federal courts have ruled that when jurisdiction is challenged, IT MUST BE PROVEN, on the record, or the case must be dismissed." see Melo v. United States, 505 F.2d, 1026. "Once jurisdiction has been challenged, the court CANNOT proceed when it clearly appears that the court lacks jurisdiction. The court has no authority to reach merits, but, rather, should dismiss the case." Joyce v. United States, 474 F.2d 215

Inalienable Rights: Rights which are not capable of being surrendered or transferred without the consent of the one possessing such rights. Morrison v. State, Mo, App., 2422 SW 2d 97, 101

"The judicial power of the United States is limited by the doctrine of precedence." Anastoff v. United States (8th Cir. 2000)

"Complaint must identify at least one plaintiff by TRUE NAME; other wise no action has been commenced." Roe v. New York, (1970, SD NY) 49 F.R.D. 279, 14 FR Serv 2d 437, 8 ALR Fed 670.

"It is true that the Constitutional claim would warrant convening a three-judge court and that if a single judge rejects the statutory claim, a three-judge court must be called to consider the constitutional issue." Hagans v. Lavine, 415 US 528 at 545, 39 L.Ed. 577, 94 S. Ct., 1372 (N.Y. March 28, 1974).

"The court is to protect against any encroachment of Constitutionally secured liberties." Boyd v. US, 116 U.S. 616

"Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them." Miranda v. Arizona, 384 U.S. 436

"No trustee has more sacred duties than a public official and any scheme to obtain advantage by corrupting such and one must in the federal law be considered a scheme to defraud." Shushan v. United States, 117 F.2d 110 (CA5)

Sovereign: A PERSON, body or state in which Supreme authority is vested. Black's Law Dictionary (The Supreme Authority formerly belonging to the King was vested in The People - freeborn Natural Persons)

As stated in the Constitution, my documents must meet the standard "AS ANY REASONABLE PERSON WOULD UNDERSTAND."

I hereby swear and affirm that all herein stated is true, factual, sworn testimony before God, as stated.

Wherefore, I am asserting my SOVEREIGN AUTHORITY and I DEMAND this court QUASH THE INDICTMENT with prejudice for the unrefuted facts stated above. Though dismissal with or without prejudice is discretionary, the Presumption is that such dismissal should be WITH PREJUDICE. United States v. Angelini, 553 F.Supp. 367 (D. Mass. 1982).

*Christopher Robert Weast*
Christopher Robert Weast, sui juris, Sovereign Natural Person
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

## CERTIFICATE OF SERVICE

I, hereby certify that I have sent a true and correct copy of the foregoing MOTION TO QUASH THE INDICTMENT to Aisha Saleem, at her office located at, 801 Cherry Street, Unit 4, Fort Worth, Texas 76102, on this 19th day of May, 2014.

*Christopher Robert Weast*
Christopher Robert Weast, sui juris, Sovereign Natural Person

**47797-177**
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 MAY 20  PM 12:58

CLERK OF COURT

**47797-177**
Eldon B Mahon
Judge Means
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail
Inmate

NORTH TEXAS TX PDC
DALLAS TX 750
19 MAY 2014 PM 5 L

FOREVER