IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:14-CR-023-Y |
| | § | |
| CHRISTOPHER ROBERT WEAST (1) | § | |

## ORDER FOR REASSIGNMENT

The undersigned judge, having taken senior status, desires to have this case re-assigned to an active-status judge. The clerk of the Court is therefore DIRECTED to re-assign this case by random draw to another judge.

SIGNED May 22, 2014.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE