U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAY 2 3 2014

CLERK, U.S. DISTRICT COURT
By _____
　　　　　Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　§　　NO. 4:14-CR-023-A
　　　　　　　　　　　　　　　§
CHRISTOPHER ROBERT WEAST　　§

### O R D E R

On April 22, 2014, the United States Magistrate Judge
granted the motion of defendant, **CHRISTOPHER ROBERT WEAST**, to
substitute attorney, and ordered that defendant be allowed to
represent himself in this action.  The court has decided that
further consideration of the matter may be warranted, and is
ordering a hearing for that purpose.  Therefore,

The court ORDERS that defendant's motion to substitute
attorney be, and is hereby, set for hearing at 2:00 p.m. on May
28, 2014, in the Fourth Floor Courtroom of the United States
Courthouse, Fort Worth, Texas, at which time, date, and place
defendant and counsel assigned to represent the government in
this case are to be present for the hearing on defendant's motion
to substitute counsel.

SIGNED May 23, 2014.

_____
JOHN McBRYDE
United States District Judge