IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

<u>O R D E R</u>

Came on for consideration the following motions, filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**: (1) motion to dismiss "case in error"; (2) motion to quash indictment for improper grand jury procedures; (3) motion to compel law enforcement officials to turn over and advise the prosecuting attorney of all information acquired during the course of investigation; (4) verified motion to quash indictment/verified motion to dismiss indictment; and, (5) motion to quash indictment. Having reviewed the foregoing motions, the court finds that each is nonsensical and wholly without merit. Therefore,

The court ORDERS that the above-named motions be, and are hereby, denied.

SIGNED May 23, 2014.

JOHN McBRYDE
United States District Judge