


U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 28 2014

CLERK, U.S. DIST.
By _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

### MINUTE ORDER - COURTROOM HEARING

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

---

Case No.:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 05/28/14          Time:  2:00 p.m. - 2:15 p.m. (15 mins)

Government's counsel: Alex Lewis

Defendant's counsel: Pro se

==================================================================

Hearing for consideration of defendant's previous motion/request to represent himself.

Defendant present. Government to file by 2:00 p.m. on June 5, 2014, a motion on the matters raised during the hearing.

Hearing concluded.

Defendant remanded to custody.