TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT:
DATE: 05/29/2014 07:45:51 PM

*ORIGINAL*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:14-CR-023-A |
| | ) |
| Chris Robert, sui juris, ex rel | ) |
| CHRISTOPHER ROBERT WEAST | ) |

*[STAMP: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN - 2 2014 CLERK, U.S. DISTRICT COURT By _____ Deputy]*

### DEMAND FOR A COPY OF THE TRANSCRIPT
### THE MAY 28th HEARING

I, Chris Robert, am not asking to "represent" myself. I am myself and therefore cannot "represent" myself. This court must address me in my Lawful name. I am a Sovereign National of the Republic of Texas and this court must recognize me as such.

I am demanding a copy of the transcript from the hearing held on the twenty eigth day of the fifth month of this year of our Lord two thousand and fourteen. I am reserving ALL OF MY CONSTITUTIONAL RIGHTS as well as my God-given Inherent Rights. I am waiving any fees for said transcript as this court has forcibly drug me into its realm without any proof of a valid contract.

If this court or the prosecutor is aware of any contracts between this court and myself then I demand that said contracts be made available in the record of this court.

For the reasons stated herein, I demand a copy of the transcript from the Hearing held on the twenty eigth day of the fifth month of this year of our Lord two thousand and fourteen.

Respectfully submited,

*/s/ Chris Robert, sui juris*
Chris Robert, Sui Juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Forth Worth
P.O. Box 15330
Fort Worth, Republic of Texas [76119]

### CERTIFICATE OF SERVICE

I hereby certify that I delivered a true and correct copy of this motion to Aisha Saleem at her office located at 801 Cherry Street, Unit 4, Fort Worth, Republic of Texas, [76102].

*/s/ Chris Robert, sui juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST

### CERTIFICATE OF CONFERENCE

I hereby certify that my right to a phone and/or email access which would allow me access to conference with Aisha Saleem and therefore, I cannot be held to conferencing with Aisha Saleem.

*/s/ Chris Robert, sui juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST

⇔47797-177⇔
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT TX
FORT WORTH DIVISION

2014 JUN -2  AM 11: 37

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge ~~McBryde~~ McBryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail

