TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT:
DATE: 06/01/2014 05:55:07 PM

**ORIGINAL**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA  )
                          )
v.                        )
                          )
CHRISTOPHER ROBERT WEAST   )

DEMAND FOR PRODUCTION OF DOCUMENTS

COMES NOW, Chris Robert, sui juris, ex rel, on behalf of CHRISTOPHER ROBERT WEAST, and demands PRODUCTION OF DOCUMENTS necessary to the defense of WEAST.

All questions are to be answered and all discovery completed before June 7, 2014 before the deadline in Federal court to file for a motion to compel said discovery. All parties are going to be called as witnesses, will be cross examined and shall disclose fully and completely the information demanded.

All records herein requested are to be brought forth in a timely manner by all parties and discovery shall be completed before trial can proceed. Many records requested contain exculpatory evidence, necessary to WEAST's defense and for impeachment of witnesses. Any requested records that are withheld will be criminal obstruction of justice and withholding of evidence, and all parties are being held accountable in State and Federal Court, in Pending Case numbers which will be provided soon, for the ongoing conspiracy being enacted upon WEAST as well as me and my family.

In addition to the records listed in the attached Freedom of Information Act demand, specific disclosure of the following video tapes, audio tapes, audio recordings and documents are critical to any forthcoming hearings.

All records are discoverable under the Freedom of Information Act/Privacy Act and all information is critical to the public knowledge of the methods and operations of government agencies; also the People's right to know is paramount and as such I am lawfully entitled to every document bearing my lawful name or picture of Chris Robert or the name and/or picture of the defendant, CHRISTOPHER ROBERT WEAST. According to judge Bennett, Oregon Case law 1997, Lincoln County, anything the judge sees is to be disclosed to everyone or not allowed to be used in a court of evidence.

Any hearings or trials held before discovery is completed by all parties will be a violation of WEAST's civil rights and liberties of due process, and all parties shall be held accountable.

Parties specifically named are in ALL CAPS and are all being individually served, as well as those named in the body of the FOIA demand and addendum. All parties are expected to read the entire document and produce records that apply to them wherein demanded.

1. The PROSECUTOR shall produce a complete witness list, and complete information disclosing the intended testimony of each witness; also the relevance and purpose of each witnesses testimony that they are going to call. I expect an accurate list that will not be changed many times before trial. I expect this information in a timely manner, at least ten days before any trial in Federal Court.

2. The PROSECUTOR shall produce factual evidence and a witness with firsthand knowledge the codes and/or statutes are applicable to me. I expect all documents, evidence of contracts, contracts and/or any other evidence that I have consented and/or contracted to be subjected to the codes and/or statutes.

3. The PROSECUTOR shall produce factual evidence and a witness with firsthand knowledge of the alleged injury in this case in error as well as factual evidence of the causation which is fairly traceable to the Natural Person, Chris Robert.

4. The COURT shall produce records from every hearing in Case No. 4-14-CR-023-Y and 4-14-CR-023-A. All court AUDIO and

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

VIDEOTAPES, transcripts and exhibits shall be produced before hearings and/or trials.

5. The COURT shall produce a transcript videotape or audio recording of the hearing before JEFFERY CURETON on May, 21, 2014, in which JEFFERY CURETON violated my Sixth Amendment right to understand the Nature and Cause of the alleged accusation and/or alleged charges against WEAST.

6. The PROSECUTOR shall produce any and all documents, evidence, documents, materials which have been alleged in the erroneous indictment of WEAST.

7. The PROSECUTOR shall produce all Verified Criminal Complaints filed against Randy Watkins, including specifically the Verified Sworn Criminal Complaints filed against Randy Watkins with the TARRANT COUNTY DISTRICT ATTORNEY'S OFFICE on or about July 13, 2012.

8. The PROSECUTOR shall produce any evidence in the possession of the PROSECUTOR'S statements regarding filing for a Superseding Indictment if WEAST chose not to accept the PROSECUTOR'S original Plea Bargain Deal wherein she stated to Angela Saad and Christopher A. Curtis that she would seek a Superseding Indictment of Production of Child Pornography wherein WEAST would face a "lengthy" sentence as opposed to the gift the PROSECUTOR is giving him now with the 10 year cap.

9. The PROSECUTOR shall produce any and all documents, evidence, and material which shows that ANGELA SAAD and CHRISTOPHER A. CURTIS are in fact, paid by the PROSECUTOR'S alleged client, the UNITED STATES OF AMERICA and were claiming to be WEAST's attorney's without a written contract as evidence of any such contract between ANGELA SAAD, CHRISTOPHER A. CURTIS and/or PETER FLEURY.

10. The PROSECUTOR shall produce any and all evidence, documents, contracts, agreements and/or materials which proves the PROSECUTOR'S client is a Natural Person.

11. The PROSECUTOR shall produce factual evidence of the complaining party which is listed as the PROSECUTOR'S alleged client.

12. The PROSECUTOR shall produce all documents, pictures, audio recordings, video recordings, statements, complaints filed by her client, UNITED STATES, which tend to prove a concrete injury sustained by PROSECUTOR'S alleged client.

13. The PROSECUTOR shall produce the UNITED STATES to testify at trial. If UNITED STATES does not testify, WEAST's right to face all witnesses against him.

14. The COURT shall produce any and all Oaths of Office taken by alleged Judge McBryde as well as his Bar Card and all Oaths John McBryde has sworn to the Bar Association.

15. The COURT shall produce all documents pertaining to the contracts, agreements, and Oaths that Judge McBryde has with the alleged Plaintiff "UNITED STATES."

16. The PROSECUTOR shall produce all documents, materials, evidence, chain of custody logs of alleged evidence in this case in error including the original location of the evidence, any place the evidence was moved to, who access the alleged evidence between July 10, 2012 and the present date, Verified Proof that Brand New Hard Drives were brought out to 833 Hallvale Drive, Fort Worth, Republic of Texas, [76108] and a Verified Exact Copy was made of each hard drive before it was processed.

17. The PROSECUTOR shall produce all documents, evidence, and/or materials pertaining to the alleged Jurisdiction of this court which the prosecutor has failed to prove on and for the record including any contracts, agreements, or other materials which prosecutor claims as evidence that I am not a Republic of Texas National and domiciled abroad.

18. The PROSECUTOR shall produce all records, transcripts, evidence and witnesses from Child Support, Texas Attorney General case Allyson Reyes v. CHRISTOPHER ROBERT WEAST so that WEAST may show that this case stems from the vindictive conspiracy which began when WEAST started fighting with the Texas Attorney General.

19. The PROSECUTOR shall produce all records, transcripts, evidence and witnesses which tend to be exculpatory evidence in WEAST's favor.

Case 4:14-cr-00023-A   Document 74   Filed 06/03/14   Page 3 of 4   PageID 232

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A
----------------------------------------------------------------------------------------------

20. The PROSECUTOR shall produce all records, transcripts, evidence secured by the Internal Affairs Division of the Fort Worth Police Department regarding the investigation of RANDY WATKINS for any and all incidences which Randy Watkins has been charged and/or disciplined.

21. The PROSECUTOR shall produce all records, materials, evidence, reports, FBI Reports, and Police Reports filed by WEAST regarding Child Pornography on the Internet from January 1, 1994 to the present day.

22. The PROSECUTOR shall produce all records, documents, material, and/or evidence of the PROSECUTOR'S relationship with Randy Watkins and/or Matthew Womble.

23. The COURT shall produce all evidence, materials, documents, papers, audio recordings, and/or video recordings providing the ACTUAL Lawful Jurisdiction under which the COURT is operating and/or holding this criminal trial.

24. The PROSECUTOR shall produce all evidence, materials, papers and/or any other thing that could serve as proof that the alleged accusation and/or alleged charges took place on Federal Property and not the Sovereign lands of Texas.

25. The PROSECUTOR shall produce all records, papers, materials, evidence, witnesses, statements, and/or evidence of the Open Records Requests which were filed several times to the Municipal Court between July and December of 2012 wherein, no search warrant, nor search warrant affidavit, nor arrest warrant existed in the record during those times but it some how has manifested in 2014.

26. The DEPARTMENT OF JUSTICE shall produce all records, papers, contracts, agreements, material, and/or evidence which is being relied upon to claim the alleged statutes apply to WEAST.

27. JUDGE JUDITH WELLS shall produce all records, evidence, papers, documents, and/or material located within Cause Numbers _____ and _____.

28. The PROSECUTOR shall produce the names, ages, birthdates, and complaints, sworn testimony, witness statements and eye witness accounts signed by the alleged victims wherein the alleged victims claim I am the one who injured them.

29. The PROSECUTOR shall produce PROSECUTOR'S contract wherein the PROSECUTOR has contracted with a Natural Person known as the UNITED STATES to represent that Natural Person in criminal court.

30. The PROSECUTOR shall produce all papers, evidence, documents, records and sworn statements stating that PROSECUTOR'S client is not the CORPORATE UNITED STATES incorporated in the state of Colorado and listed on Dunn & Bradstreet as a corporation.

Respectfully,

*Chris Robert, Sui Juris*
Chris Robert, Sui Juris, National
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas [76119]

NORTHERN DISTRICT
FT WORTH DIVISION

2014 JUN -3 AM 11:08

CLERK OF COURT

47797-177
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

7610230541 0029

47797-177
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail
Do not Open
Sent 6/1/2014