TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Judicial Notice
DATE: 05/27/2014 06:35:02 PM

**ORIGINAL**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN - 3 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA,   )
                            )
v.                          ) No. 4:14-CR-00023-A-1
                            )
Chris Robert, sui juris, ex rel, / )
CHRISTOPHER ROBERT WEAST    )

MANDATORY JUDICIAL NOTICE
SUPERSEDING INFORMATION
COURT HAS NO JURISDICTION

MAKING AN OFFER OF PROOF ON AND FOR THE RECORD

This court shall take Judicial notice of the following information:

"And be it further enacted. That no summons, writ, declaration, return, process, judgment, or other proceedings in case in any of the courts or the United States, shall be abated, arrested, quashed or reversed, for any defect or want of form, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear to them, without regarding any imperfections, defects or want of form in such writ, declaration, or other pleading, returns process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any, time, permit either of the parties to amend any defect in the process of pleadings upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe." (a) Judiciary Act of September 24, 1789, Section 342, FIRST CONGRESS, Session 1, ch. 20, 1789

Due process provides that the "rights of pro se (Sui Juris) litigants are to be construed liberally and held to less stringent standards than formal pleadings drafted by lawyers; if court can reasonably read pleadings to state valid claim on which litigant could prevail, it should do so despite failure to cite proper legal authority, confusion of legal theories, poor syntax and sentence construction, or litigants unfamiliarity with pleading requirements." Spencer v Doe, (1998); Green v Branson, (1997); Boag v McDougall, (1998); Haines v Kerner, (1972)

The "Right to proceed pro se (Sui Juris) is fundamental statutory right that is afforded highest degree of protection." Devine v. Indian River County SchoolBd., 11th Cir. (1997).

This court will take Judicial Notice of the Constitution of the United States of America which was created for the Union and "WE THE PEOPLE."

This court will take Judicial Notice of the United States Constitution, Article III, Section 2, which states:

"The Trial of all Crimes, accept in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed."

This alleged crime allegedly took place within the Republic of Texas and therefore this court has no Jurisdiction over a State case.

Exhibit A clearly shows that the alleged code violation occurred within the State of Texas and therefore this court is usurping the Sovereignty of the State as well as my own Sovereignty under the Constitution, Amendment X.

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

----------

This court shall take Judicial Notice of the United States of America Constitution, Amendment X

Amendment X: The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the People.

This court shall take Judicial Notice of the United States of America Constitution, Amendment VI.

Amendment VI: In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defence.

This court shall take Judicial Notice of the United States Constitution, Amendment VIII

Amendment VIII: "Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted.

This court shall take Judicial Notice of the following:

U.S. Const. art. III, 2 provides that federal courts have jurisdiction only if presented with a "case" or "controversy." The requirement of a case or controversy imposes a dual limitation upon the federal courts. First, the requirement of a case or controversy serves to limit the business of the federal courts to questions presented in an adversary context and in a form historically viewed as capable of resolution through judicial process. Second, the requirement of a case or controversy serves to define the role assigned to the judiciary in a tripartite allocation of power to assure that the federal courts will not intrude into areas committed to other branches of government, This "dual limitation" found in the requirement of a case or controversy is enforced by what have been termed the justiciability doctrines of Article III, which state the fundamental limits on federal judicial power in our system of government. Concerns of justiciability go to the power of the federal courts to entertain disputes, and to the wisdom of their doing so. The justiciability doctrines include principles such as the prohibition against advisory opinions, standing, ripeness, mootness, and the political question doctrine. The Article III doctrine that requires a litigant to have standing to invoke the power of a federal court is perhaps the most important of these doctrines.

1. Article III, Section II of the Constitution of the United States of America clearly states that this alleged case, if pursued at all, should be pursued by the State of Texas and not by this court which lacks Subject-Matter Jurisdiction as well as In Personam Jurisdiction.

2. Amendment VI clearly states once again that the State in which the crime shall have been committed is the proper forum in which the criminal prosecution should occur.

3. Amendment VIII clearly states that; "Excessive bail shall not be required, nor excessive fines imposed", yet this court is using the Bail Reform Act to clearly deny bail to me even though have not been convicted of any crime.

4. This court is further in violation of my VIII amendment right due to the fact that this court violated my due process by using the Bail Reform Act, which is repugnant to the Constitution, in order to deny me my right to bail as stated in the Constitution.

5. Amendment X solidifies this by stating that powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the PEOPLE.

6. This court has violated my third, sixth, eighth and tenth amendment rights as well as every single one of my God-given inherent rights as a King and a Sovereign Republic of Texas National.

7. This court alleges that this alleged crime occurred on Federal Territory controlled by the UNITED STATES but this alleged crime did not occur within any jurisdiction of the UNITED STATES.

8. The warrant issued by the State of Texas is clear and convincing proof that the alleged crime occurred within the State of Texas which is actually the Republic of Texas and therefore;

9. This alleged crime should be heard by a competent court of Texas if Texas had chose to pursue the alleged case.

WHEREFORE, for the reasons stated in the foregoing, this court lacks Subject-Matter Jurisdiction, In Personam Jurisdiction as well as Diversity Jurisdiction and this court should Dismiss this alleged case for Want of Jurisdiction.

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

--------------------------------------------------------------------------------

Respectfully submitted,

*Chris Robert, sui juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas [76119]

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 28, 2014, I hand delivered a copy of the foregoing JUDICIAL NOTICE / COURT HAS NO JURISDICTION to Aisha Saleem due to the fact that this court did not notice me of this hearing properply so that I could notice Aisha Saleem sooner via mail.

*Chris Robert, sui juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF CONFERENCE

I HEREBY certify that I attempted to conference with Aisha Saleem but am being denied access to my phone account at FCI Fort Worth as punishment even though I have not been convicted of any crime.

*Chris Robert, sui juris*
Chris Robert, Sui Juris, ex rel
CHRISTOPHER ROBERT WEAST

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2014 JUN -3 AM 11:08

CLERK OF COURT

Legal Mail NORTH TEXAS TX P&DC
DALLAS TX 750
02 JUN 2014 PM 5 L

Do Not Open !!!

✧47797-177✧
Eldon B Mahon
Judge McBryde
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

✧47797-177✧
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States