ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

May 31, 2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 3 2014
11:08 am
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
)
v. ) No. 4:14-CR-023-A
)
)
Chris Robert, sui juris, ex rel )
CHRISTOPHER ROBERT WEAST )

## Notice of Interlocutory Appeal

I am Chris Robert, sui juris, ex rel, CHRISTOPHER ROBERT WEAST, Republic of Texas National, in the instant case with respect to the Denial of my Verified Motion to Quash Indictment / Verified Motion to Dismiss Indictment pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure.

Respectfully,
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas [76119]

United States District Court
Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA  )
                          )
v.                        ) No. 4:14-CR-023-A
                          )
Chris Robert, sui juris, ex rel )
CHRISTOPHER ROBERT WEAST  )

Notice of Interlocutory Appeal

I am Chris Robert, sui juris, ex rel, CHRISTOPHER ROBERT WEAST, in the instant case with respect to the Denial of my MOTION TO DISMISS "CASE in error" pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure.

May 31, 2014
Respectfully,
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas, [76119]

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

----------------------------------------------------------------------

FROM: 47797177
TO:
SUBJECT: Interlocutory Appeal
DATE: 05/27/2014 05:40:39 PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA  )
                          )
v.                        ) No. 4:14-CR-023-A-Y
                          )
Chris Robert, sui juris, ex rel )
CHRISTOPHER ROBERT WEAST  )

NOTICE OF INTERLOCUTORY APPEAL

I am Chris Robert, sui juris, ex rel, in the instant case with respect to the Denial of the MOTION TO DISMISS INDICTMENT, filed on or about 5/10/2014 and pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure.

May 27, 2014
Respectfully,

*Chris Robert, Sui Juris*
Chris Robert, sui juris, ex rel,
CHRISTOPHER ROBERT WEAST

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

--------------------------------------------------------------------------------

FROM: 47797177
TO:
SUBJECT: Interlocutory Appeal
DATE: 05/30/2014 02:51:53 PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) No. 4:14-CR-023-A-Y | |
| ) | |
| Chris Robert, sui juris, ex rel ) | |
| CHRISTOPHER ROBERT WEAST ) | |

NOTICE OF INTERLOCUTORY APPEAL

I am Chris Robert, sui juris, ex rel, in the instant case with respect to the Denial of the MOTION TO QUASH INDICTMENT FOR IMPROPER GRAND JURY PROCEEDINGS pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure.

May 27, 2014
Respectfully,

*Chris Robert, sui juris*
Chris Robert, sui juris, ex rel,
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas [76119]

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Interlocutory Appeal
DATE: 05/27/2014 07:24:17 PM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          ) No. 4:14-CR-023-A-Y
                            )
Chris Robert, sui juris, ex rel    )
CHRISTOPHER ROBERT WEAST    )

NOTICE OF INTERLOCUTORY APPEAL

I am Chris Robert, sui juris, ex rel, in the instant case with respect to the Denial of the MOTION TO QUASH INDICTMENT, filed on or about 5/10/2014 and pursuant to Rule 3 and 4 of the Federal Rules of Appellate Procedure.

May 27, 2014
Respectfully,

*Chris Robert, Sui Juris*
Chris Robert, sui juris, ex rel,
CHRISTOPHER ROBERT WEAST

⇔47797-177⇔
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT WORTH, TX 76119
United States

Legal Mail

⇔47797-177⇔
Judge Eldon B Mahon McBryde
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

DO NOT OPEN

CLERK OF COURT
2014 JUN -3 AM 11:08
RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

Federal Correctional Institution
3150 Horton Rd
Fort Worth, TX 76119
Date 6-2-14

This enclosed letter was processed through special handling procedures for forwarding to you. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.