TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Notice of Counsel
DATE: 06/03/2014 01:19:37 PM

**ORIGINAL**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:14-CR-023-A |
| | ) |
| Chris Robert, sui juris, ex rel | ) |
| CHRISTOPHER ROBERT WEAST | ) |

NOTICE OF COUNSEL

COMES NOW, Chris Robert, sui juris, ex rel, Sovereign Republic of Texas National, Natural Person on the land, on behalf of CHRISTOPHER ROBERT WEAST and notices this court as follows:

I, Chris Robert, am noticing this court that I am choosing to excercise my Inherent right to my choice of counsel. I have chosen Melanie Weast, P.D. Mayhall, Larry Weast, Kielon Sanders, Bobbie Weast, and Larry Weast Sr. as my chosen assistance of counsel.

This court, should know that "state Judges, as well as federal, have the responsibilty to respect and protect persons from violations of federal constitutional rights." Gross V. State of Illinois, 312 F.2d, 257 (7th Cir 1963)

The judge and prosecutor have a duty and are expected to know, as learned counsel, that "Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law govcerning his conduct." Jones v. Counce, 7 F.3d---1359, (8th Cir. 1993); Benitez v. Wolff, 985 F.3d 662 (2nd Cir. 1993).

To deny me the right to my choice of counsel would be a violation of my God-given Inherent Rights and is complete repugnant to the Constitution. I am sure the court is aware that "The Constitution of these United States is the Supreme Law of the land, Any law that is repugnant to the constitution is null and void of law." Marbury v. Madison, 5 US 137 and "the court is to protect against any encroachment of constitutionally secured liberty." Boyd v. United States, 116 US 616. A should should know that "where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 US 436.

The United States Court of Appeals was clear in its decision when they stated that, "Judges must maintain a high standard of judicial performance with particular emphasis upon conducting litigation with scrupulous fairness and impartiality." Plizer v. Lord, 456, F.2d 532, cert. denied, 92 S. Ct. 2411, US Ct. App. MN (1972).

For the reasons set forth herein, I am noticing this court of my God-given Inherent Right to cousel of my choice as well as my Sixth Admentment Right to my Choice of Counsel.

Respectfully,

*Chris Robert, sui Juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas, [76119]

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Certificate of Service
DATE: 06/03/2014 05:38:07 PM

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to conference with Aisha Saleem on June 2, 2014 regarding this "NOTICE OF COUNSEL". I was only given one call therefore I was unable to get in touch with Aisha Saleem. I am also being denied access to emailing her since FCI has .gov email addresses blocked on the email here. *Aisha Saleem is opposed to this.*

_June 2, 2014_  
Date

_Chris Robert, Sui Juris_  
Chris Robert, Sui Juris, ex rel, National
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF SERVICE

I, Chris Robert, hereby certify that on June 2, 2014, a copy of the foregoing "NOTICE OF COUNSEL" was sent via Postal mail to ~~Patsy Poole, 200 E. Weathford Street~~, Fort Worth, Texas [76102] and addressed to Patsy Poole. *Aisha Saleem 801 Cherry Street, Fort Worth*

_6/2/2014_  
Date
CHRISTOPHER ROBERT WEAST

_Chris Robert, Sui Juris_  
Chris Robert, sui juris, ex rel, National

⇔47797-177⇔
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

FT WORTH DIVISION

2014 JUN -5  AM 11: 46

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX PDC

Legal Mail
Don't OPEN