ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

NOTICE TO THE COURT REGARDING SERVICE

The United States of America, by and through the United States Attorney, files this notice to the Court regarding the service of a motion previously filed and would show as follows:

The Government filed a sealed motion with this Court on June 4, 2014.[1] In the Government's certificate of service, the undersigned attorney indicated that a copy of the motion would be provided via overnight mail to defendant. The defendant is in custody, and therefore the service of all motions and responses are made to the defendant's case manager K. Goldsby. The undersigned attorney learned on June 5, 2014, that the June 4th motion was not sent out by overnight mail the previous day; therefore, the undersigned attorney contacted Weast's case manager at FCI-Fort Worth and hand-delivered a copy of the motion to the case manager's attention on June 5, 2014.

---

[1] Government's Motion, ECF No. 77.

**Notice to the Court regarding Service - Page 1**

The government brings this to the Court's attention because, while the Government was able to take steps to ensure that the defendant timely received a copy of the motion as contemplated by the certificate of service, it was not actually served in the same manner as initially reflected in the government's certificate of service.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2014, the foregoing Government's Motion was served via overnight mail to Christopher Weast, Register No. 47797-177, c/o case manager K. Goldsby, Federal Correction Institute, 3150 Horton Road, Fort Worth, Texas 76119.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney