TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Motion for Production grand jury minutes
DATE: 06/04/2014 07:40:33 AM



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) No. 4:14-CR-023-Y-1 |
| | ) |
| Chris Robert, sui juris, ex rel, Natural Person | ) |
| CHRISTOPHER ROBERT WEAST | |

ORAL HEARING DEMANDED

MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES

I am Christopher Robert Weast, sui juris, Natural Person, National, Natural Flesh and Blood Sovereign Being and I MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES.

All questions must be answered before this court can lawfully proceed.

The following statements are sworn testimony, before God, as stated.

1. I am demand to examine the testimony of each witness who testified before the Grand Jury prior to any trial in order to prepare my defense.

2. I am contemplating that a particularized need can be shown for the testimony as follows:

   a. To impeach the witness;
   b. To discover prior inconsistent statements;
   c. To test the credibility of the prosecution's witnesses;
   d. To test the recollection of the prosecution's witnesses;
   e. To discover evidence favorable to me;
   f. To discover whether witnesses have personal firsthand knowledge of the facts

3. I am demanding that if the minutes of the Grand Jury have not been transcribed, the trial Court order the prosecuting attorney to have them transcribed at the expense of the prosecutor's office.

The following statements are sworn testimony, before God, as stated.

June 4, 2014
Date

Chris Robert, Sui Juris
Chris Robert, Sui Juris, Natural Person, ex rel,
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas 76119

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Certificate of Service
DATE: 06/04/2014 06:59:09 AM

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to conference with Aisha Saleem on June 2, 2014 regarding this "MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES". I was only given one call therefore I was unable to get in touch with Aisha Saleem. I am also being denied access to emailing her since FCI has .gov email addresses blocked on the email here.

June 4, 2014
Date

*Chris Robert, Sui Juris*
Chris Robert, Sui Juris, ex rel, National
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF SERVICE

I, Chris Robert, hereby certify that on June 2, 2014, a copy of the foregoing "MOTION FOR PRODUCTION AND INSPECTION OF GRAND JURY MINUTES" was sent via Postal mail to Aisha Saleem, 801 Cherry Street, Unit 4, Fort Worth, Texas [76102] and addressed to Aisha Saleem.

June 4, 2014
Date
CHRISTOPHER ROBERT WEAST

*Chris Robert, Sui Juris*
Chris Robert, sui juris, ex rel, National

*The prosecutor is unopposed to this motion in part and opposed in part.*

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2014 JUN -6  PM 12: 26

CLERK OF COURT

47797-177
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

47797-177
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail
Do not Open

NORTH TEXAS TX PDC
DALLAS TX 750
5 JUN 2014 PM 5 L