IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   NO. 4:14-CR-023-A |
| | § |
| CHRISTOPHER ROBERT WEAST | § |

### O R D E R

Came on for consideration a document titled "Motion for Production and Inspection of Grand Jury Minutes," filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**. A handwritten notation under the certificate of service states that the "prosecutor is unopposed to this motion in part and opposed in part." In light of this assertion, the court has determined that it would benefit from a response by the government. Therefore,

The court ORDERS that United States by June 13, 2014, file her response to the above-described motion.

SIGNED June 10, 2014.

_____
JOHN McBRYDE
United States District Judge