TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Clothing
DATE: 06/06/2014 09:54:36 AM

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 10 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 4-14-CR-023-A
)
Chris Robert, sui juris, ex rel )
CHRISTOPHER ROBERT WEAST )

### MOTION TO PERMIT APPEARANCES IN NORMAL CLOTHES WITHOUT SHACKLES OR OTHER RESTRAINTS

I move this court to permit me to make all future appearances in normal clothing and without shackles or other restraints. See Holbrook v. Flynn, 475 U.S. 522 (1985) holding that the use of special courtroom security arrangement involving having uniformed security personnel sit in the first rom of the courtroom spectator section did not entail the inherent prejudice of binding and gagging; Deck v. Missouri, 544 U.S. 622 (2005) holding that where a court, without adequate explanation, order the accused to wear shackles - leg irons, handcuffs and a belly chain - that will be seen by jury at the punishment phase of his capitol trial, the accused need not demonstrate actual prejudice to make out a due process claim;

Illinois v. Allen, 397 U.S. 337 (1970) holding that an obstreperous, disruptive accused may lose rights, including right to be present during trial, but due process under the Fifth Amendment requires that shackling and gagging should be tried only as a last resort due to the impact on the presumption of innocence, the right to communicate with counsel, and the necessity of an appearance of dignity in the judicial process.

Respectfully Submitted,

*Chris Robert, sui juris*
Chris Robert, sui juris, ex rel
CHRISTOPHER ROBERT WEAST
FCI Fort Worth
P.O. Box 15330
Fort Worth, Republic of Texas, [76119]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing motion on Aisha Saleem via Postal Mail to, 801 Cherry Street, Fort Worth, Texas [76102].

*Chris Robert, Sui Juris*
Chris Robert, sui juris

### CERTIFICATE OF CONFERENCE

I hereby certify that I attempted to conference with Aisha Saleem and was unable to due to the fact that my phone priviledges have been restricted unlawfully as punishment and no one here will allow me to make the necessary phone call today because the counselor, Goldsby is not here today. I anticipate that Aisha Saleem will oppose this motion.

*Chris Robert, Sui Juris*
Chris Robert, sui juris

