United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 12 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Chris Robert, sui juris, ex rel )
)
v. ) No. 4:14-CR-023-A
)
UNITED STATES OF AMERICA )

Application to Proceed
In Forma Pauperis

I, Chris Robert, sui juris, ex rel, Natural Person having Natural Rights as a Free Natural Sovereign National of the Republic of Texas, declare and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor of any obligation, I state that because I am being held hostage after being kidnapped, I am unable to pay in advance the filing fee for said proceedings or to give security for any obligation called a filing fee.

I believe I am entitled to relief.

I further declare the following statements are sworn testimony, before God, as stated.

1. I have not received any lawful money from any of the following sources: Business, profession, Rents, interest or dividends, pensions, annuities, life insurance payments, inheritances, and/or any other sources.

2. I do not own any lawful money accounts nor any checking or savings accounts.

3. I do not own any real estate, stocks, bonds, notes, or other valuable property excluding ordinary household furnishings and clothing.

I ~~further~~ declare the following statements are sworn testimony, before God, as stated.

June 9, 2014
Date

_Chris Robert, sui juris, ex rel_
Chris Robert, sui juris, ex rel
Without Prejudice
All Rights Reserved

47797-177
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

RECEIVED
2014 JUN 12 AM 11:49
CLERK OF COURT
NORTHERN DIST OF TX
FORT WORTH DIVISION

Legal Mail

47797-177
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail
Do not open

NORTH TEXAS TX PDC
17 JUN 2014 PM 5 L

June 9, 2014

7610236418S