U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 12 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

O R D E R

In order to conserve trial time, the court expects the parties to the above-captioned action to devote the necessary time and attention to the reaching of agreement on accuracy of transcripts of audio or video recordings that might be used in the trial of the action. To that end,

The court ORDERS that:

1. By 4:00 p.m. on June 20, 2014, each party who has given timely notice of intent to use any audio or video recording in the trial of this action shall:

    a. File with the Clerk, and deliver to the other party, a list of each recording such party might use in the trial, which list shall state as to each such recording (i) the date on which the recording was made, (ii) the identity of each person whose voice is heard on the recording, and (iii) an indication by the best descriptive means available of the parts of the recording such party might use; and

    b. File with the Clerk, and deliver to the other party, a transcript in the English language of each part the party might use of each recording.

  2. No party will be permitted to use at trial a part of a recording unless there has been compliance with the directives of paragraph 1 above by such party as to such part.

  3. By 4:00 p.m. on June 30, 2014, each party shall file with the Clerk, and deliver to the other party, an instrument advising of any disagreement the filing party has with the accuracy of any transcript that has been delivered in compliance with the directives of paragraph 1 above. Such instrument shall, as to each item of disagreement, set forth the text of the portion of the transcript with which there is disagreement and the text of a transcript in the English language of the same part of the recording that is contended by the filing party to be an accurate transcription.

  4. If there is disagreement, prior to 12:00 noon on July 7, 2014, the parties shall meet face-to-face in an effort to resolve each area of disagreement; and, by 4:00 p.m. on July 7, 2014, such parties shall file with the Clerk a written report, signed by the defendant and the attorney for the government, concerning the meeting, which shall

identify each person in attendance at the meeting, give the date of the meeting, state the place where the meeting occurred, give the beginning and ending time of the meeting, and state the progress, if any, made at the meeting toward resolution of areas of disagreement.  If the parties require the services of an interpreter or translator for there to be a meaningful meeting as required by this paragraph 4, they shall, by agreement, make arrangements for the needed interpreter or translator to participate in the meeting.

    5.  To whatever extent necessary to accomplish the requirements of paragraph 3 above, each party shall cooperate with the other in making recordings available to be played at the Fort Worth office of the United States Attorney for comparison against previously furnished transcripts.  Each party who questions the accuracy of any transcript is obligated to check the transcript against the recording prior to the deadline for the preparation and filing of the instrument contemplated by the first sentence of paragraph 3 above.

    6.  If a party does not by an instrument filed pursuant to the directives of paragraph 3 above question the accuracy of a transcript, such party shall be deemed to have agreed to the accuracy of such transcript.

Depending on the nature and extent of disagreements as to accuracy of transcripts, the court will determine whether, in order to resolve such disagreements, further meetings of counsel should be ordered.

SIGNED June 12, 2014.

_____
JOHN McBRYDE
United States District Judge