IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   NO. 4:14-CR-023-A |
| | § |
| CHRISTOPHER ROBERT WEAST | § |

## O R D E R

Came on for consideration a document titled "Motion to Permit Appearances in Normal Clothes Without Shackles or Other Restraints," filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**. Having considered such motion, the court concludes that it should be denied. If defendant persists in seeking such relief for purposes of his criminal trial, he can file a new motion one week prior to the date set for trial.

Therefore,

The court ORDERS that defendants's above-described motion be, and is hereby, denied.

SIGNED June 12, 2014.

JOHN McBRYDE
United States District Judge