IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 16 2014
CLERK, U.S. DISTRICT COURT
By _____
   Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

O R D E R

Came on for consideration a document titled "Motion for Production and Inspection of Grand Jury Minutes," filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**. Having considered the motion and the government's response, the court concludes that the motion should be denied. Therefore,

The court ORDERS that defendant's above-described motion be, and is hereby denied.

SIGNED June 16, 2014.

_____
JOHN McBRYDE
United States District Judge