TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

FROM: 47797177
TO:
SUBJECT: Production of Documents
DATE: 06/12/2014 02:35:03 PM



TO: Office of the Chief Judge

U.S. District Court

501 West Tenth Street, Room 310

Fort Worth [76102]

Texas State, USA

RE: 4:14-CR-00023-A, USA [sic] v. Weast et al.

Greetings Your Honor:

I assert the natural Rights given of my Creator aka unalienable "Natural Rights", because I am a child of the King, not a servant of Baal.

*Motion to Compel*

### NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS

Whenever resorting to a NOTICE AND DEMAND, instead of a FOIA Request, I rely upon the definition of "demand" in Black's Law Dictionary, 6th Edition, whereby "demand" necessarily implies a right of some kind.

All questions are to be answered and all discovery completed before June 7, 2014 before the deadline in Federal court to file for a motion to compel said discovery. All parties are going to be called as witnesses, will be cross examined and shall disclose fully and completely the information demanded.

All records herein requested are to be brought forth in a timely manner by all parties and discovery shall be completed before trial can proceed. Many records requested contain exculpatory evidence, necessary to WEAST's defense and for impeachment of witnesses. Any requested records that are withheld will be criminal obstruction of justice and withholding of evidence, and all parties are being held accountable in State and Federal Court, in Pending Case numbers which will be provided soon, for the ongoing conspiracy being enacted upon WEAST as well as Chris Robert and his family.

In addition to the records listed in the attached Freedom of Information Act demand, specific disclosure of the following video tapes, audio tapes, audio recordings and documents are critical to any forthcoming hearings.

All records are discoverable under the Freedom of Information Act/Privacy Act and all information is critical to the public knowledge of the methods and operations of government agencies; also the People's right to know is paramount and as such I am lawfully entitled to every document bearing my lawful name or picture of Chris Robert or the name and/or picture of the defendant, CHRISTOPHER ROBERT WEAST. According to judge Bennett, Oregon Case law 1997, Lincoln County, anything the judge sees is to be disclosed to everyone or not allowed to be used in a court of evidence.

Any hearings or trials held before discovery is completed by all parties will be a violation of WEAST's civil rights and liberties of due process, and all parties shall be held accountable.

Parties specifically named are in ALL CAPS and are all being individually served, as well as those named in the body of the FOIA demand and addendum. All parties are expected to read the entire document and produce records that apply to them wherein demanded.

1. The PROSECUTOR shall produce a complete witness list, and complete information disclosing the intended testimony of each witness; also the relevance and purpose of each witnesses testimony that they are going to call. WEAST expects an accurate list that will not be changed many times before trial. I expect this information in a timely manner, at least ten days before any trial in Federal Court.

2. The PROSECUTOR shall produce factual evidence and a witness with firsthand knowledge the codes and statutes are

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

applicable to me as a child of the King asserting my natural rights aka unalienable "Natural Rights" without my consent.

3. The PROSECUTOR shall produce factual evidence and a witness with firsthand knowledge of the alleged injury in this case in error as well as the causation which is fairly traceable to me, the Natural Person.

4. The COURT shall produce records from every hearing in Case No. 4-14-CR-023-Y and 4-14-CR-023-A. court AUDIO and VIDEOTAPES, transcripts and exhibits shall be produced before hearings and/or trials.

5. The COURT shall produce a transcript videotape or audio recording of the hearing before JEFFERY CURETON on May, 21, 2014, in which JEFFERY CURETON violated my Sixth Amendment right to understand the Nature and Cause of the alleged accusation and/or alleged charges against WEAST.

6. The PROSECUTOR shall produce the Procedural Manuals and Policy Manuals used by the Fort Worth Police Department. Specifically, the Policy and Procedure manuals pertaining to the investigation of Child Pornography, obtaining warrants, handling of evidence, chain of custody, search warrants, search warrant affidavits, arrest warrants, arrest warrant affidavits, and any other manuals and/or policies that are responsive to this request.

7. The PROSECUTOR shall produce Verified Criminal Complaints filed against RANDY WATKINS, including specifically the Verified Sworn Criminal Complaints filed against Randy Watkins with the TARRANT COUNTY DISTRICT ATTORNEY'S OFFICE on or about July 13, 2012.

8. The PROSECUTOR shall produce evidence of statements, witnesses to the statements, admission by Aisha Saleem, of her vindictiveness, in the PROSECUTOR'S OFFICE, which she made regarding filing for a Superseding Indictment. ANGELA SAAD and CHRISTOPHER A. CURTIS told me that AISHA SALEEM had told them that if WEAST chose not to accept the PROSECUTOR SALEEM'S original Plea Bargain Deal of a ten year cap, Aisha Saleem stated she would seek a Superseding Indictment of Production of Child Pornography and/or Distribution of Child Pornography wherein WEAST would face a "lengthy" sentence as opposed to the gift the she was giving him with the 10 year cap.

9. The PROSECUTOR shall produce documents, evidence, contracts, agreements, material and incentives which would act as a bribe to both ANGELA SAAD, CHRISTOPHER A. CURTIS, and PETER FLEURY which would show that ANGELA SAAD, CHRISTOPHER A. CURTIS and PETER FLEURY are in fact, paid and/or bribed by the PROSECUTOR'S alleged client, the UNITED STATES OF AMERICA and were claiming to be WEAST's attorney's without a written contract as evidence of any such contract between ANGELA SAAD, CHRISTOPHER A. CURTIS and/or PETER FLEURY.

10. The PROSECUTOR shall produce evidence, documents, contracts, agreements and/or materials which proves the PROSECUTOR'S client is a Natural Person.

11. The PROSECUTOR shall produce factual evidence of the complaining party which is listed as the PROSECUTOR'S alleged client.

12. The PROSECUTOR shall produce documents, pictures, audio recordings, video recordings, statements, complaints filed by her client in their native formats if electronic documents and in paper format if originals were on paper, UNITED STATES, which tend to prove a concrete injury sustained by PROSECUTOR'S alleged client.

13. The PROSECUTOR shall produce her client, the UNITED STATES to testify at trial. If UNITED STATES does not testify, WEAST's right to face all witnesses against him.

14. The COURT shall produce Oaths of Office taken by alleged Judge McBryde as well as his Bar Card and all Oaths John McBryde has sworn to the Bar Association.

15. The COURT shall produce documents pertaining to the contracts, agreements, connections and Oaths of Office as well as any Foreign Agent Registration cards, applications, and licenses that Judge McBryde has with the alleged Plaintiff "UNITED STATES."

16. The PROSECUTOR shall produce documents, materials, evidence, chain of custody logs of alleged evidence in this case in error including the original location of the evidence, any place the evidence was moved to, who access the alleged evidence between July 10, 2012 and the present date, Verified Proof that Brand New Hard Drives were brought out to 833 Hallvale Drive, Fort Worth, Republic of Texas, [76108] and a Verified Exact Copy was made of each hard drive before it was processed.

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

---

17. The PROSECUTOR shall produce documents, evidence, and/or materials pertaining to the alleged Jurisdiction of this court which the prosecutor has failed to prove on and for the record including any contracts, agreements, or other materials which prosecutor claims as evidence that I am not a Republic of Texas National and domiciled abroad.

18. The PROSECUTOR shall produce records, transcripts, evidence and witnesses from Child Support, Texas Attorney General case Allyson Reyes v. CHRISTOPHER ROBERT WEAST so that I may show that this case stems from the vindictive conspiracy which began when the Texas Attorney General's Office attempted to maliciously prosecute me.

19. The PROSECUTOR shall produce records, transcripts, evidence and witnesses which tend to be exculpatory evidence in my favor.

20. The CLERK OF COURT shall produce the U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS, expressly required by the Federal statutes at 5 U.S.C. 2903 (authority to administer), 2906 (custody) and 3331.

21. The PROSECUTOR shall produce records, materials, evidence, reports, FBI Reports, online reports and Police Reports filed by WEAST regarding Child Pornography on the Internet from January 1, 1994 to the present day.

22. The PROSECUTOR shall produce records, documents, material, and/or evidence of the PROSECUTOR'S relationship with Randy Watkins and/or Matthew Womble.

23. The COURT shall produce evidence, materials, documents, papers, audio recordings, and/or video recordings providing the ACTUAL Lawful Jurisdiction under which the COURT is operating and/or holding this criminal trial.

24. The PROSECUTOR shall produce evidence, materials, papers and/or any other thing that could serve as proof that the alleged accusation and/or alleged charges took place on Federal Property and not the Sovereign lands of Texas State.

25. The PROSECUTOR shall produce all records, papers, materials, evidence, witnesses, statements, and/or evidence of the Open Records Requests which were filed several times to the Municipal Court between July and December of 2012 wherein, no search warrant, nor search warrant affidavit, nor arrest warrant existed in the record during those times but it some how has manifested in 2014.

26. JUDGE JUDITH WELLS shall produce copies of records, evidence, papers, documents, and/or material located within Cause Numbers 325-365197-04 and 325-516716-12.

27. The PROSECUTOR shall produce the names, ages, birthdates, and complaints, sworn testimony, witness statements and eye witness accounts signed by the alleged victims wherein the alleged victims claim I am the one who injured them.

28. The PROSECUTOR shall produce PROSECUTOR'S contract with UNITED STATES and UNITED STATES OF AMERICA wherein AISHA SALEEM has contracted with a Natural Person known as the UNITED STATES and UNITED STATES OF AMERICA to represent that Natural Person in criminal court.

29. The PROSECUTOR shall produce Articles of Incorporation papers, Corporate Charter, evidence, documents, records and sworn statements stating that PROSECUTOR'S client is not the CORPORATE UNITED STATES incorporated in the state of Colorado and listed on Dunn & Bradstreet as a corporation.

30. The PROSECUTOR shall produce the (a) source file names (original name of the file when collected from the source custodian or system), (b) Source File Path (fully qualified file path from the root of the location from which the item was collected); (c) Last Modified Date and time (d) Document Types; (e) Custodian or Source (f) Production File Paths (g) MD5 Hash Values (h) Redacted Flags for each file (indication whether the content or metadata of the items has been altered after its collection from the source custodian or system), (i) Embedded Content Flag, (j) Deduplicated instances (by full file path); (k) UTC Offset (The UTC/GMT offset of the items modified date and time) for each file alleged to have been found on the laptop and/or Western Digital External Hard Drive.

31. The PROSECUTOR shall produce documents, evidence logs, creation dates, purchase dates of drives, manufacturer names of hard drives used, status of drives, date they were last tested before being used as forensically sound copies of the hard drives to be searched, lists of how many times each drive has been used in the lab for forensically sound duplicates.

TRULINCS 47797177 - WEAST, CHRISTOPHER ROBERT - Unit: FTW-J-A

----

FROM: 47797177
TO: Weast, Melanie
SUBJECT: Production of Documents 2
DATE: 06/12/2014 02:48:31 PM

33. The PROSECUTOR shall produce documents, contracts, agreements, and papers bearing my signature and/or mark, which the PROSECUTOR is relying on to evidence me allegedly affecting interstate commerce.

34. The COURT and PROSECUTOR shall produce contracts, agreements, documents, and/or binding papers, and binding documents which evidence that the JUDGE and PROSECUTOR are bound to the PROSECUTOR'S alleged client UNITED STATES.

35. The ATTORNEY GENERAL'S OFFICE shall produce documents, dates of employment, personell file, complaints, both electronic and/or paper, in their native formats, of Randy Watkins employment with the ATTORNEY GENERAL.

36. The FORT WORTH MUNICIPAL COURT CLERK shall produce records, documents (both electronic and physical), papers, images, evidence, certified copies of records kept by the FORT WORTH MUNICIPAL COURT pertaining to Christopher Robert Weast, warrants of arrest, search warrants, arrest warrant affidavits, search warrant affidavits, original filing dates of search warrant affidavits, original filing dates of arrest warrant affidavits, Appearances and Dates, original filing dates of documents filed in the record, and any other documents relevent to this request for cause number 325-365197-04.

37. The TARRANT COUNTY COURTHOUSE, JUDITH WELLS FILE CLERK shall produce documents (both electronic and physical), records, papers, images, evidence, certified copies of records kept by TARRANT COUNTY COURTHOUSE, JUDITH WELLS FILE, Attorney General documents, as well as any other documents relevent to this request for cause number 02-12-00488-CV.

38. The FORT WORTH POLICE DEPARTMENT INTERNAL AFFAIRS OFFICE shall produce records, documents, disciplinary reports, disciplinary actions taken on Randy Watkins, complaints filed within the last two years on Randy Watkins, and any other materials (both electronic and paper) which are relevent to this request.

39. TERRY MEANS shall produce documents (both electronic and paper) in the native file formats, papers, evidence, affidavits, complaints, sealed documents within the case 4:14-CR-023-Y bearing page ID numbers on them for inspection.

40. The COURT, CLERK OF THE COURT, PROSECUTOR shall produce "orders" and "search warrants" which comply with Section 1691 supra. See case law under 28 USCS 1691 and 28 USCA 1691, all of which case law is almost unanimous in their holding that violations of Section 1691 result in depriving the Court of jurisdiction in personam.

41. The CLERK OF COURT, PROSECUTOR and/or COURT shall produce the 28 U.S.C. 1441 through 1452 Notice of Removal from Texas State Court which was filed within 30 days of the United States of America (without the UNITED STATES), Code authoriza

Respectfully,

.
.

----

Chris Robert, Sui Juris, National, ex rel
CHRISTOPHER ROBERT WEAST

⇔47797-177⇔
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

Confidential

Special Mail

7E10235410E

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX 760

2014 JUN 6 AM

Confidential

Special Mail