IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUN 17 2014
CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO. 4:14-CR-023-A |
| § | |
| CHRISTOPHER ROBERT WEAST § | |

### ORDER UNFILING DOCUMENT

The Court has identified the following defect in the form of the document filed June 16, 2014, by defendant, **CHRISTOPHER ROBERT WEAST**, titled Motion to Compel:

**The motion is not signed. The signature of the attorney of record, which includes a party proceeding pro se, is required on each document filed. See Standing Order, filed in this action on May 22, 2014.**

Because of such defect, the court has determined that the document indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document.

SIGNED June 17, 2014.

_____
JOHN McBRYDE
United States District Judge