1

*Questions to the Court*     June 16, 2014

Office of the Presiding Judge
District Court of the United States of America ("DC Court")
510 West Tenth Street, Room 310
Fort Worth 76102
Texas State, USA   ORIGINAL

*U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 18 2014  10:36 am
CLERK, U.S. DISTRICT COURT
By _____ Deputy*

RE: 4:14-CR-00023-A, USA [sic] v. Weast et al.
("UNITED STATES OF AMERICA" is not a proper party, however)

Greetings Your Honor,

1. Isn't it true that in all courts of the United States of America, the people may plead and conduct their own cases as natural persons with natural Rights given of my Creator also known as "unalienable rights", because I am a child and heir elect of the King, not a servant of Baal or by counsel?

2. Is it true as an heir elect, I am also an heir to the Sovereign Powers granted to me by my Creator and therefore, this court has no jurisdiction?

2

June 16, 2014

3. Why does the Court and the Government (without the federal government) collude together if I am presumed innocent?

4. Why has John McBryde and Aisha Saleem not recused themselves from this case when both are listed as Defendants in cause number 096-272511-14 wherein Plaintiff is representative for Weast in Case #4:14-CR-00023-A?

5. Why did the Court rule on a motion filed by Aisha Saleem on behalf of the Government before the expiration of Seven day rule allowed for response to Government's alleged motion filed by a purported officer of the Government?

6. Why is the Court attempting to move forward without my consent and understanding of the nature and cause of the alleged charge?

7. Am I presumed Innocent of all of the elements of the alleged charge(s)?

8. Why did this Court practice Law from the

3                                                                                  June 16, 2014

bench at the May 28th, 2014 hearing where John McBryde clearly asked the Government if they had considered filing a motion for a competency hearing?

9. Why did this Court continue to practice law from the bench when John McBryde asked the Government why they hadn't sought a superseding indictment with a higher charge than the one listed on the current superseding indictment at the May 28th, 2014 (star Chamber) hearing?

10. Isn't it true that the alleged Government only filed the motion for competency hearing as well as the new Superseding Indictment because the Court suggested the government file them at the May 28th, 2014 (star chamber) hearing?

11. What jurisdiction is this court operating under?

12. Why has this court struck some of my motions based on a set of "Local Rules" which I have no access to?

4                                                                                       June 16, 2014

13. Is it true that I could not get a fair trial for Weast in this court if a conflict of interest existed?

14. Is it true that John McBryde the purported Judge and Aisha Saleem who claims to represent the ("UNITED STATES OF AMERICA") and not the United States of America are both representatives of the "UNITED STATES OF AMERICA" and not the United States of America?

15. Is it true that the UNITED STATES OF AMERICA is nothing more than a corporation?

16. Is it true that both John McBryde as the alleged Judge and Aisha Saleem as the alleged "Prosecutor" aka representative for the "Government" are both paid by the alleged Plaintiff?

17. Is this an Article III Court under the Constitution of the United States of America (without the UNITED STATES OF AMERICA)?

5                                                                June 16, 2014

18. Are this Courts officers credentials, i.e. Oaths of Office, valid SF-61s pursuant to 5 U.S.C. 2906, the Oath required by 28 U.S.C. 951, 5 U.S.C. 2104, 2903, 2906, 3331, 3332, 3333 and 5507... all filed into evidence in the case #4:14-CR-00023-A USA[sic] v. Weast et al.?

19. Is it true that in order for a "court of record" to exist, the court has to convene a civil law action?

20. Is it true that this Court has failed to convene a civil law action in file number 4:14-CR-00023-A?

21. Isn't it true that I am the only Real Party of Interest and beneficary listed in this file numbered 4:14-CR-00023-A?

22. Isn't it true that this court is a Court of Territorial Jurisdiction only?

I, Christopher Robert Weast, sui juris, ex rel, hereby verify that I am expressly not a "citizen of the United States" aka federal citizen: Pannill v. Roanoke), and Private Attorney General, Rotella v. Wood All Rights Reserved (cf. UCC 1-308)

