Letter and Counter-Claim Affidavit of Fact, June 16, 2014

☐ ORIGINAL

USA [SIC] v. Weast et. al.
Case in error # 4:14-CR-00023-A

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 18 2014    10:36
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Affidavit of Fact
Commercial Rebuttal Affidavit

Let the following document be put into the Court of record, on and for the record. In order for a Court of record to exist, the court has to convene a civil law action. This Court is not convened in Civil Law, but that it is in Session, let this Court now Convene in Civil Law for all to see and read. Christopher Robert Weast, the Real Party of Interest, (without the Public Nussance and nomme de guerre known as CHRISTOPHER ROBERT WEAST) am not CHRISTOPHER ROBERT WEAST; nomen non sufficit si res non sit de jure aut de facto. This Court is acting in invitum in invidiam Christopher Robert Weast as the Real Party of Interest. Iniquum est ingenuis hominibus non esse liberam rerum suarum alienationem. I, Christopher Robert Weast, am homo francus.

June 14, 2014

1. I, Christopher Robert Weast, am making this Commercial Rebuttal Affidavit as Actual Notice as well as Constructive Notice of this, my knowing and conscienous Rescission, Termination, and Revocation of my signatures on government documents, UNITED STATES, United States or any of its subsidiaries, based on the following facts, my signatures were obtained under conditions of mistake of fact, mistake of law, misrepresentation, fraud, constructive fraud, and/or coercion. This revocation of my signatures and/or marks applies to, but is not limited to, all documents contained within file number 4:14-CR-00023-A of this Court, Drivers License Number 15977594, Social Security Number 636031074, Selective Service Card and/or any other document which might be used to construe any form of commercial nexus between Christopher Robert Weast, the Real Party of Interest and the thing known as CHRISTOPHER ROBERT WEAST, and/or the UNITED STATES, UNITED STATES OF AMERICA or any of their countless subsidiary corporations.

2. I, Christopher Robert Weast, am not now, nor have I ever knowingly, intentionally and/or voluntarily, with

June 16, 2014

informed consent, entered into any personal, internal, public or private agreement, contract, stipulation, account or simular contrivance with the "UNITED STATES", the "FEDERAL GOVERNMENT" or the "DISTRICT OF COLUMBIA" or any of its territories, agencies, or subsidiary corporations.

3. By reason of the above-stated facts, I do hereby exercise my right to rescind, cancel, and to render null and void, from the time of signing, each and every document containing my signature and/or mark which would indicate in any manner whatsoever that I, Christopher Robert Weast, have any personal, internal, public or private agreement, contract, stipulation, account or simular contrivance with the "UNITED STATES", the "FEDERAL GOVERNMENT", the "DISTRICT OF COLUMBIA", the "Several States", "TERRITORIES" "agencies", or subsidiary corporations therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2014

*Chris Weast, sui juris, ex rel*
Chris Weast, sui juris, ex rel

June 16, 2014

Sincerely yours,

Chris Weast (chosen name)
Real Party of Interest
All Rights Reserved (cf. UCC 1-308)

⇔47797-177⇔
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

June 16, 2014

Confidential
Communications
Special Mail!

Official Business

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Confidential Communications
Special Business
Official Business

2014 JUN 18 AM 10:36
CLERK OF COURT