ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 18  PM 3: 39

CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S NOTICE OF TRANSCRIPTS

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, files this Notice Of Intent to Introduce Audio and Video Recordings as possible evidence in the trial of this cause pursuant to the Court's Scheduling Order and would show the Court the following:

**A.    Video Recordings –**

The government intends to use the following video recordings against the defendant at trial; for the video recordings that also include audio, the government does not intend to introduce the audio communications:

**1.    Charged video depicting child pornography**

The government intends to show the video file, **!!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi**, depicting child pornography as charged in Count Two of the indictment.

(i)    The video depicts an unknown minor female and an unknown adult male engaged in sexually explicit conduct; the government is unable to identify the date that the video was originally created;

(ii)    The video lasts approximately 1 minute and 43 seconds; the government requests the Court permit the government to show the jury the entire video to provide evidence that the victim is a minor engaged in sexually explicit conduct. There is no audio to this recording and no transcript for this video.

**2.    Video – upshorts.mov**

The government intends to show a video recorded by Weast in which he uses a recording device to focus primarily on the lower torso and genital area of a minor female who is wearing shorts.  Weast also appears in the video.  There is audio to the recording; however, the government does not intend to play the audio.

(i)     The video file appears to have been created on or about May 29, 2012.

(ii)    Weast's voice and the voice of a minor, D.R. are heard on the recording—however, the government does not intend to offer any audio and therefore has not prepared a transcript with this video.

(iii)   The video lasts approximately 5 minutes and 29 seconds. The government seeks to offer portions of the video that show Weast's face or show Weast's interest in minors, which can be seen in particular during the following approximated times: 00:48-00:52; 1:50-2:04; 2:08-2:20; 3:19-3:24; 4:08-4:12; and at 4:38.

**3.    Video – laying out.mov**

The government intends to show a video recorded by Weast in which he uses a recording device to focus on the lower torso and genital area of a minor female who is wearing shorts.  Weast also appears in the video.  There is audio to the recording; however, the government does not intend to play the audio.

(i)     The video file appears to have been created on or about March 31, 2012.

(ii)    Weast's voice and the voice of a minor, D.R., are heard on the recording; however, the government does not intend to offer any audio and therefore has not prepared a transcript with this video.

(iii)   The video lasts approximately 3 minutes and 15 seconds.  The government seeks to offer portions of the video that show Weast's face or show Weast's interest in minors, which can be seen in particular during the following approximated times: 0:27; 1:20; 1:28; 1:45-47; and 2:58-3:02.

4. **Video – Img_3925**

The government intends to show a video found on Weast's external hard drive which depicts a minor in Weast's home who is nude from the waist up.  There is no audio to the recording.

(i)     The video file appears to have been created on or about February 25, 2012.

(ii)     The only person visible in the video is a minor, K.L.  There is no audio; therefore, the government has not prepared a transcript.

(iii)     At this time the government believes this evidence is relevant for the purpose of impeachment or rebuttal.  As such, the government may seek to offer the entire video, which is approximately 1 minute and 4 seconds.

**B.     Audio Recordings –**

The government identifies the following audio recordings that the government

may offer as impeachment or rebuttal evidence against the defendant in trial:

1. **Audio recording of the interview of defendant**

(i)     The audio recording, which lasts approximately five minutes, is of an interview of defendant Weast conducted by R.D. Watkins on July 10, 2014;

(ii)     The voices heard on the recording are R.D. Watkins and defendant Weast;

(iii)     The government does not intend to introduce the audio recording other than for the purpose of impeachment or rebuttal.  A copy of the transcript is included; the government anticipates that it may use the portion of the recording/transcript in which R.D. Watkins advises Weast that he is free to leave, but the government otherwise is unaware of what portions, if any, would otherwise be relevant for trial.

2. **Audio recording of Weast with FWPD Internal Affairs**

(i)     This audio recording lasts approximately 6 minutes and 20 seconds and occurs on July 12, 2012.

(ii)     The voices on the recording are FWPD Internal Affairs Sgt. Sherri Thomson and defendant Weast.

(iii)   The government does not intend to introduce the audio recording other than for the purpose of impeachment or rebuttal.  A copy of the transcript is included; at this time the government is unaware of what portions, if any, would be relevant for trial.

**3.      Audio recording of Weast with FWPD Internal Affairs**

(i)   This audio recording is a second call from Weast to FWPD Internal Affairs.  The recording is approximately 12 minutes and 21 seconds, but the conversation with Weast actually lasts about 6 minutes and 53 seconds (the remainder of the recording is either blank or inaudible background noise) and takes place on or about July 25, 2012.

(ii)   The discernible voices heard on the recording are FWPD Internal Affairs Sgt. Benjamin and defendant Weast.

(iii)   The government does not intend to introduce the audio recording other than for the purpose of impeachment or rebuttal.  A copy of the transcript is included; at this time the government is unaware of what portions, if any, would be relevant for trial.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2014, the foregoing Government's Notice of Transcripts was served via overnight mail to Christopher Weast, Register No. 47797-177, Federal Correction Institute, 3150 Horton Road, Fort Worth, Texas 76119.

AISHA SALEEM
Assistant United States Attorney

*1*

TRANSCRIPT

1   Date:   7/10/2012

2   Time:   10:25 a.m.

3   Participant:  Christopher Weast (C. Weast)

4   Participant:  Officer R. D. Watkins (OFCR WATKINS)

5   Notation:  Unintelligible (UI)

6   Notation:  Speaking Simultaneously (SS)

7   ///////////////////////////////////////////////////

8   **(Event Chris Weast Interview 7-10-12.wav)   (00:05:55) – Interview of Chris**

9   **Weast from 7/10/2012.** ///////////////////////////////////////////////////

10  OFCR WATKINS:          Okay, uh we're in, in my car at the uh outside of 8-33

11                         Hallvale Drive, White Settlement, Texas. Today's date is

12                         July 10th, 2012 and it's about uh ten twenty-five um in

13                         the morning by my watch. I'm Officer R. D. WATKINS,

14                         3-4-3-9 with the Fort Worth Police Department Crimes

15                         Against Children Unit and I'm speaking with uh

16                         CHRISTOPHER WEAST, is that correct? Uh he's a

17                         white male, date of birth is one thirty one of seventy-

18                         four, is that correct?

19  C. WEAST:              I'm sorry?

20  OFCR WATKINS:          Is your birth date January 31st, 1974?

21  C. WEAST:              Mm hmm.

22  OFCR WATKINS:          Okay, I'm recording so you'll have to say yes or no.

23  C. WEAST:              (SS) Mm hmm, yes.

24

25

**Transcript  –  Page 1 of 5**

TRANSCRIPT

| | | |
|---|---|---|
| 1 | OFCR WATKINS: | Okay. Alright, I already told you uh CHRIS you're not |
| 2 | | under arrest and uh, I'm just here to talk to you today |
| 3 | | about uh, about this search warrant. Okay, do you want |
| 4 | | to talk to me about the search warrant? |
| 5 | C. WEAST: | (UI) Will you explain it to me? |
| 6 | OFCR WATKINS: | Well I will, uh but I just, you juh just got to know that |
| 7 | | you're, you're free to leave any time um but uh I just |
| 8 | | want to make sure you're, you understand you can talk |
| 9 | | to me er or not. I just wanna get information and details |
| 10 | | about this deal um and your computers and I've got |
| 11 | | some things to show you here, but yeah I'll explain that. |
| 12 | | It's um, pretty much uh, Peer-to-Peer file sharing is what |
| 13 | | this involves. Do you know what that's about?  Do you |
| 14 | | know what Peer-to-Peer file sharing is? |
| 15 | C. WEAST: | Am I supposed to know what that is? |
| 16 | OFCR WATKINS: | Well I'm, I'm askin' ya if you know what that is, like |
| 17 | | Limewire, BearShare? It's where you share files or |
| 18 | | music and stuff like that; download 'em from the |
| 19 | | internet, upload 'em to the internet. |
| 20 | C. WEAST: | I'm not, I'm not answering any question and I... |
| 21 | OFCR WATKINS: | Okay. |
| 22 | C. WEAST: | I mean I don't... |
| 23 | OFCR WATKINS: | Well here's the deal... |
| 24 | | |
| 25 | | |

**Transcript  –  Page 2 of 5**

TRANSCRIPT

| 1 | C. WEAST: | (SS) If you can tell me what this is and what this |
| 2 | | about… |
| 3 | OFCR WATKINS: | Yeah, I've downloaded sixty-six images of child |
| 4 | | pornography from a computer at this house that's named |
| 5 | | CHRIS. You're the only person at this house named |
| 6 | | CHRIS and that's why I'm here today. So I'm here to |
| 7 | | find out why there's child pornography on your |
| 8 | | computer and why it's bein' downloaded or why I'm |
| 9 | | able to download it from the internet. (PAUSE) Do you |
| 10 | | understand what I'm sayin'? (PAUSE) CHRIS, do you |
| 11 | | understand what I'm sayin'? |
| 12 | C. WEAST: | No, I don't. |
| 13 | OFCR WATKINS: | Well what don't you understand? I've downloaded sixty- |
| 14 | | six images of child pornography from a computer at this |
| 15 | | house that's named CHRIS. Do you have a computer |
| 16 | | named CHRIS? I already know I've talked to your Mom, |
| 17 | | she says you know computers, so I, if you say you don't |
| 18 | | know computers I'm gonna say that you're probably not, |
| 19 | | not tellin' me the truth. Would you like to see the images |
| 20 | | that I've downloaded? |
| 21 | C. WEAST: | No, I wouldn't. |
| 22 | OFCR WATKINS: | Is your Mom or Dad down, uh uploadin' these images of |
| 23 | | child pornography? |
| 24 | C. WEAST: | I don't know. |
| 25 | | |

**Transcript – Page 3 of 5**

TRANSCRIPT

| | | |
|---|---|---|
| 1 | OFCR WATKINS: | Are you uh uploading… |
| 2 | C. WEAST: | (SS) Am I, (UI) what am, what are you… |
| 3 | OFCR WATKINS: | I'm not uh, I told you, you're not under arrest. I'm here |
| 4 | | to find out who at this house put these images out for file |
| 5 | | sharing? The… |
| 6 | C. WEAST: | (SS) Put what images out for file sharing? |
| 7 | OFCR WATKINS: | These images right here, sixty-six of 'em that I've |
| 8 | | downloaded from a computer at this house. (PAUSE) So |
| 9 | | you don't, you know nothing about this? I'm taking |
| 10 | | every computer in the house to have 'em forensically |
| 11 | | analyzed. |
| 12 | C. WEAST: | Taking every computer in the house? |
| 13 | OFCR WATKINS: | (SS) Every sih, every, every single computer in that |
| 14 | | house absolutely. So I can determine if it's you, if it's |
| 15 | | your Dad, if it's your Mom, if it's your niece. Who's |
| 16 | | doin' it. |
| 17 | C. WEAST: | I don't know what you're talkin' about. |
| 18 | OFCR WATKINS: | Okay, well what I'm gonna do is I'm gonna have it |
| 19 | | forensically analyzed and uh we'll see how that goes and |
| 20 | | then what I'll probably do is come back with an arrest |
| 21 | | warrant and um arrest whoever uh it's shown that was |
| 22 | | doin' that. Anything else you'd like to say? |
| 23 | C. WEAST: | Uh, I'd like to go to the restroom. |
| 24 | | |
| 25 | | |

**Transcript – Page 4 of 5**

1   OFCR WATKINS:        Okay, alright we'll end the interview. It's ten thirty on

2                       July 10th, 2012 and we'll end the interview with

3                       CHRISTOPHER WEAST.

4   **(END OF RECORDING)**

5   ///////////////////////////////////////////////////////

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Transcript – Page 5 of 5**

2

TRANSCRIPT

C. Weast = Christopher Robert Weast
SGT = Sergeant Sherri Thomson

Incoming call to IAD on July 12, 2012

| | | |
|---|---|---|
| 1 | SGT: | Sergeant Thomson Internal Affairs? |
| 2 | | |
| 3 | C.WEAST: | Yes, I uh, my name is Chris Weast. |
| 4 | | |
| 5 | SGT: | Mmm-hmm. |
| 6 | | |
| 7 | C.WEAST: | I had been trying to get a hold of the Chief of Police. I guess I've been |
| 8 | | trying to get a hold of the wrong person. I'm looking for uh, I wanted |
| 9 | | complain about the officers that came out here to my family's home uh… |
| 10 | | |
| 11 | SGT: | Do you know them by name or description? |
| 12 | | |
| 13 | C.WEAST: | Uh description. They're…I know one of them by name. |
| 14 | | |
| 15 | SGT: | Okay what is his name? |
| 16 | | |
| 17 | C.WEAST: | His, his name is RD Watkins. Uh, Randy Watkins. |
| 18 | | |
| 19 | SGT: | Watkins? Okay. |
| 20 | | |
| 21 | C.WEAST: | Um, I mean they were they… |
| 22 | | |
| 23 | SGT: | What did they do when they arrived? |
| 24 | | |
| 25 | C.WEAST: | Uh, well they first they came up to door. |
| 26 | | |
| 27 | SGT: | Mmm-hmm. |
| 28 | | |
| 29 | C.WEAST: | Uh, and they, my mom was sitting on the, you know in her chair. |
| 30 | | |
| 31 | SGT: | Mmm-hmm. |
| 32 | | |
| 33 | C.WEAST: | And they came up, they were standing at the door. Uh, of course you |
| 34 | | know the door was opened but the screen door was closed and locked. |
| 35 | | |
| 36 | SGT: | Did they have a search warrant? |
| 37 | | |
| 38 | C.WEAST: | Yeah, they, they had a search warrant. |
| 39 | | |
| 40 | SGT: | Okay. |
| 41 | | |
| 42 | C.WEAST: | And, uh, when they, when my mom came to the door. Uh… |
| 43 | | |

TRANSCRIPT

C. Weast = Christopher Robert Weast
SGT = Sergeant Sherri Thomson

Incoming call to IAD on July 12, 2012

| | | |
|---|---|---|
| 1 | SGT: | Were you home at this time with her? |
| 2 | | |
| 3 | C.WEAST: | Yes. |
| 4 | | |
| 5 | SGT: | Okay. |
| 6 | | |
| 7 | C.WEAST: | There were five of us here. |
| 8 | | |
| 9 | SGT: | Okay. |
| 10 | | |
| 11 | C.WEAST: | Uh, do y'all train your officers to be belligerent and, and I mean just make |
| 12 | | malicious threat after malicious threat and… |
| 13 | | |
| 14 | SGT: | Well I mean describe malicious threat.  What is that to you?  What did he |
| 15 | | say? |
| 16 | | |
| 17 | C.WEAST: | Uh, telling, telling us that if we don't cooperate they're going to tear the |
| 18 | | house apart.  Telling us that they're, there are going to ruin our lives. |
| 19 | | |
| 20 | SGT: | Mmm-hmm. |
| 21 | | |
| 22 | C.WEAST: | And, and uh… |
| 23 | | |
| 24 | SGT: | Okay. |
| 25 | | |
| 26 | C.WEAST: | …also uh, telling us repeatedly that we were free to go.  But then when |
| 27 | | we, when I tried to exercise that right to be free to go, I found out |
| 28 | | immediately just how un free to go we were because the, uh, RD Watkins |
| 29 | | put his hand on his gun and said where are you going? |
| 30 | | |
| 31 | SGT: | Okay. Alright.  Let me tell you what our policy is.  Uh, you'll need to |
| 32 | | come downtown meet with me, you can call the Chief's office but they |
| 33 | | will simply send you to Internal Affairs because the Chief doesn't |
| 34 | | investigate complaints on officers that's why he created the Internal |
| 35 | | Affairs and Special Investigations Unit.  That's what we do is investigate |
| 36 | | any possible misconduct by sworn personnel. |
| 37 | | |
| 38 | C.WEAST: | Mmm-hmm. |
| 39 | | |
| 40 | SGT: | And uh, so you'll need to schedule an appointment based on your |
| 41 | | schedule.  We'll, we'll work around it.  And uh, you come downtown and |
| 42 | | you simply fill out a sworn statement of, of everything that you and I |

TRANSCRIPT

C. Weast = Christopher Robert Weast
SGT = Sergeant Sherri Thomson

Incoming call to IAD on July 12, 2012

| | | |
|---|---|---|
| 1 | | talked and anything else that happened.  And then we will put it, we will |
| 2 | | review it and at that point if we can find any, any misconduct or any |
| 3 | | policy violation then we will begin the investigation. |
| 4 | | |
| 5 | C.WEAST: | Okay cause I mean at this point I mean we're all ready to, I mean I know |
| 6 | | that, I've discussed with my folks and uh, other family members that were |
| 7 | | here. |
| 8 | | |
| 9 | SGT: | Mmm-hmm. |
| 10 | | |
| 11 | C.WEAST: | And we all are determined right now that we're you know when we, cause |
| 12 | | we were going to fill out complaints through the police department is what |
| 13 | | we thought we needed to do. |
| 14 | | |
| 15 | SGT: | Mmm-hmm. |
| 16 | | |
| 17 | C.WEAST: | And we're going to copy these complaints.  We're gonna send them to |
| 18 | | the, to…we were already going to plan on send them to the Fort Worth |
| 19 | | Internal Affairs, but also to the mayor and to the, uh, to the FBI because I |
| 20 | | mean they, it was a tier violation of our rights. |
| 21 | | |
| 22 | SGT: | Mmm-hmm. |
| 23 | | |
| 24 | C.WEAST: | The things that they were doing. |
| 25 | | |
| 26 | SGT: | Right, right and before we-- you can do whatever you want to do.  It |
| 27 | | doesn't matter to me, you can contact anybody and everybody.  We have a |
| 28 | | process and we see it through for everybody no matter who they know or |
| 29 | | who they say they're going to call.  That doesn't matter to me.  What |
| 30 | | matters to us in our unit is the truth.  The person who tells the truth is the |
| 31 | | one that gets the investigation on their behalf.  The one who isn't telling |
| 32 | | the truth doesn't get help.  So the truth is the truth. |
| 33 | | |
| 34 | C.WEAST: | Right. |
| 35 | | |
| 36 | SGT: | Whether it's coming from you or from the officer.  It doesn't matter.  It's |
| 37 | | already happened, it can't be changed and it's the truth.  And so that's all |
| 38 | | you do.  And all of these people that, when you send your letter or |
| 39 | | whatever to the mayor.  I'll wind up getting that as well because they ship |
| 40 | | everything to us.  They do not handle complaints but, feel free do |
| 41 | | whatever you want to do.  But in order to process your complaint through |
| 42 | | Internal Affairs of misconduct then you'll have to come down here in |
| 43 | | person.  You'll fill out a sworn statement and we'll take it from there like |

TRANSCRIPT

C. Weast = Christopher Robert Weast
SGT = Sergeant Sherri Thomson

Incoming call to IAD on July 12, 2012

| | | |
|---|---|---|
| 1 | | we do with everybody else on a daily basis.  The process is the process. |
| 2 | | |
| 3 | C.WEAST: | Okay, uh, and what, when… |
| 4 | | |
| 5 | SGT: | And I'll find out, I'll pull the copy of the warrant and find out what all it |
| 6 | | says.  The warrant may have said they can detain you, I don't know. |
| 7 | | Sometimes the judges put that in those search warrants that, until they're |
| 8 | | finished.  The occupants are to be detained.  If that's in there then we |
| 9 | | don't have a complaint in that particular issue.  If it isn't then we can look |
| 10 | | at that further.  But before I make any decision I'll have to meet with you |
| 11 | | in person and I would have to pull a copy of the warrant.  And see what |
| 12 | | they were given the right to do by the judge. |
| 13 | | |
| 14 | C.WEAST: | Okay.  Uh, and when do I need to…I mean can we schedule for me to |
| 15 | | come down uh, tomorrow? |
| 16 | | |
| 17 | SGT: | Um, I have a Monday at 10:00 AM and 11:00 AM available at this point. |
| 18 | | |
| 19 | C.WEAST: | Okay um, Monday at 11:00 AM will be fine. |
| 20 | | |
| 21 | SGT: | Okay I will see you then.  We're at 350 West Belknap, just go in, check in |
| 22 | | with lobby and uh, they'll call and we'll come down and get you. |
| 23 | | |
| 24 | C.WEAST: | Okay. |
| 25 | | |
| 26 | SGT: | And your last name is W-E-S-T-I-N? |
| 27 | | |
| 28 | C.WEAST: | Uh, W-E-A-S-T. |
| 29 | | |
| 30 | SGT: | W-E-A-S-T okay.  Weast?  W-E-A-S-T.  Okay and is it Christopher? |
| 31 | | |
| 32 | C.WEAST: | Uh, it's Chris. |
| 33 | | |
| 34 | SGT: | Chris.  And what address so I can pull up the warrant.  What is the address |
| 35 | | the warrant was issued at? |
| 36 | | |
| 37 | C.WEAST: | Uh, 833 Hallvale Drive. |
| 38 | | |
| 39 | SGT: | H-A? |
| 40 | | |
| 41 | C.WEAST: | And it's H-A-L-L-V, as in Victor,-A-L-E. |
| 42 | | |
| 43 | SGT: | And that's Fort Worth? |

TRANSCRIPT

C. Weast = Christopher Robert Weast
SGT = Sergeant Sherri Thomson

Incoming call to IAD on July 12, 2012

```
1
2    C.WEAST:      Yes.  Or it's White Settlement.
3
4    SGT:          Oh, okay.  Alright, alright let me pull up the warrant and I will see you at
5                  11:00 AM.
6
7    C.WEAST:      Alright thank you very much.
8
9    SGT:          Okay, bye-bye.
10
11   C. WEAST:     Bye-bye.
12
13
14
15
16
17
18
19
20
21
```

3

TRANSCRIPT

C. WEAST = CHRISTOPHER ROBERT WEAST
SGT = Sergeant Benjamin, Fort Worth Police Department

| | | |
|---|---|---|
| 1 | | 00:00 – 06:47 |
| 2<br>3 | SGT: | Chris Weast, no I'm typing a letter up to you right now. I was typing you a letter, I was feeling unloved, you hadn't called me back. |
| 4 | C. WEAST: | I apologize for the delay, I just, I've been busy the last two days and uh . . . |
| 5 | SGT: | Ok. |
| 6 | C. WEAST: | between work and uh, I had to go to a child support hearing. |
| 7<br>8 | SGT: | Ok. Well listen uh, here's why I'm calling you.  I got this notarized affidavit I believe from you. |
| 9 | C. WEAST: | Yes sir. |
| 10<br>11<br>12<br>13<br>14<br>15<br>16 | SGT: | Ok. Here's what I need to do though mister…uh, in order for me to investigate this officer, umm, and umm you know find out what what's going on with him, and you know, go through the whole nine yards, I'm gonna need you to give me a statement with specific details.  What we have right now on your affidavit is not detailed.  I need specific things, I need to meet with you have you pick out his picture, that kind of stuff ok.  Cause if we're going to investigate these irregularities these uh questionable acts made by this officer, we need your participation, ok? |
| 17 | C. WEAST: | Ok. |
| 18<br>19 | SGT: | Now um, he's got two items here that he's done that appear to be um, un- unacceptable.  So, when can you come see me? |
| 20 | C. WEAST: | Uh…I have to be at court all day tomorrow again. |
| 21 | SGT: | Ok. |
| 22 | C. WEAST: | Uh… |
| 23 | | ***Speaking over one another*** |
| 24 | C. WEAST: | I don't know what time I'll be out of court tomorrow, that's the problem. |
| 25 | SGT: | Ok, everyone is innocent til proven guilty, ok? |
| 26 | C. WEAST: | Right. |
| 27<br>28<br>29 | SGT: | And so, we don't accept anything until we've met with the person and then we investigate, so, you know the officer's innocent til proven guilty um, and the same goes for you.  If you've been charged with anything, you're innocent til proven guilty down |

C. WEAST = CHRISTOPHER ROBERT WEAST
SGT = Sergeant Benjamin, Fort Worth Police Department

| | | |
|---|---|---|
| 30<br>31<br>32 | | the road so, umm, what I need to do is just is is see you here and show you his photo and all that kind of stuff.  If you can't make it tomorrow what about um, let's see what is the date Chris? Chris today is Wednesday. |
| 33 | C. WEAST: | Today is the twenty four uh twenty fifth. |
| 34 | SGT: | Ok. So, what about Friday? |
| 35<br>36 | C. WEAST: | Uh, Friday I should well I can probably take a little bit of time off of work and come see ya.  Where are you located at? |
| 37<br>38 | SGT: | Well, I'm downtown Fort Worth, and I'm right beside, we're in the building right beside the Tarrant county college. Do you know where that is? |
| 39 | C. WEAST: | Uh . . . |
| 40 | SGT: | Uh 350 West Belknap. |
| 41 | C. WEAST: | I know where Belknap's at. |
| 42<br>43 | SGT: | Ok, 350 is um its gonna say on the front building Tarrant County Jail Fort Worth Police Department, Thomas R. Wyndham building. |
| 44 | C. WEAST: | Ok. |
| 45<br>46<br>47<br>48 | SGT: | And um, it's a brown brick building about four stories high, and uh, it's right beside a college.  What used to be Tandy Center became a college.  And uh, used to be where a housing unit used to live, be, located.  I don't know what else I can help you on there 350 West Belknap, if you if you um.. |
| 49 | C. WEAST: | I think that's the one right across from one uh, of the court buildings isn't it? |
| 50 | SGT: | It is. |
| 51 | C. WEAST: | Ok. |
| 52 | SGT: | Uh, there's a parking garage directly across from us. . . |
| 53 | C. WEAST: | Yeah |
| 54 | SGT : | . . . and there's a court building just caddy corner. |
| 55 | C. WEAST: | Yeah, the one with the green like trim? Yeah, I know exactly where you're talking about. |
| 56<br>57<br>58 | SGT: | Ok. You come up the steps to the front doors and uh there's a desk officer or person at that front window, you just say I'm here to meet Sgt. Benjamin and then um, I can get your statement, show you a photo, make sure that we have the right guy, that kind of |

TRANSCRIPT

C. WEAST = CHRISTOPHER ROBERT WEAST
SGT = Sergeant Benjamin, Fort Worth Police Department

| | | |
|---|---|---|
| 59 60 | | stuff, and get details ok?  Cause I'm guessing you're wanting to make a complaint against him, is that right? |
| 61 | C. WEAST: | Yes and uh my, my uh mom is also uh working on hers. |
| 62 | SGT: | Can you bring her with you? |
| 63 64 | C. WEAST: | I'll have to uh talk to her and see if she has, you know, the time on Friday to come with me . . . |
| 65 | SGT: | Ok. |
| 66 | C. WEAST: | . . . uh, because, you know, she was there as well . . . |
| 67 | SGT: | Uh huh, uh huh. |
| 68 | C. WEAST: | and uh . . . |
| 69 70 | SGT: | Well if she's a witness we would definitely need to speak with her to, 'cuz . . . Right now it would be your word against the officer. |
| 71 | C. WEAST: | Right. |
| 72 73 | SGT: | You know and so we would want her uh, information as well.  So a time, maybe you want to chat with her and find out a day when you can come in together. |
| 74 75 | C. WEAST: | Yeah, yeah, let me, let me uh, call her and see and I'll, I'll try to get back to you, uh, here in the next, within the hour. Are you still gonna be there within the hour? |
| 76 | SGT: | Yes I will be.  Do you have my number? |
| 77 | C. WEAST: | Yeah, this number that I just called you at? |
| 78 | SGT: | Uh, actually I just answered the general phone.  My number is 8-1-7 . . . |
| 79 | C. WEAST: | Oh, gimme just one second. I think let me . . . Ok what's the number? |
| 80 | SGT: | 8-1-7 |
| 81 | C. WEAST: | Uh huh |
| 82 | SGT: | 3-9-2 |
| 83 | C. WEAST: | Yes sir. |
| 84 | SGT: | 4-2-8-0 |
| 85 | C. WEAST: | 4-2-8-0? |

**Transcript - Page 3 of 4**

TRANSCRIPT

C. WEAST = CHRISTOPHER ROBERT WEAST
SGT = Sergeant Benjamin, Fort Worth Police Department

| | | |
|---|---|---|
| 86 | SGT: | Yes, what number did you call? |
| 87 | C. WEAST: | Uh, sounds like the number but. |
| 88 89 90 91 92 | SGT: | Ok, well whenever the phone rings, any one of us can pick it up so, maybe uh, maybe you called my direct number. I don't I don't recall now so…Either way now you've got it. Talk to your mom and figure out a day when you can come in and if that means next Monday, Tuesday, whenever, then that's fine too. Just long as we have a date, the investigation begins when I give your participation ok? |
| 93 | C. WEAST: | Ok |
| 94 | SGT: | Sounds good. |
| 95 | C. WEAST: | Alright I sure appreciate it Mr. Benjamin. |
| 96 97 98 | SGT: | Alright, well we're here to make sure our officers remain professional and uh they don't, they don't, do things that are wrong, cause we need to get rid of them if they're doing things wrong so. |
| 99 | C. WEAST: | Alright well I sure appreciate you your help on this. |
| 100 | SGT: | Well I'll look forward to hearing from you so we can plan a day, alright? |
| 101 | C. WEAST: | Ok, thank you very much. |
| 102 | SGT: | Thank you, bye bye. |
| 103 | C. WEAST: | Bye |

104   06:47 – 12:21

105   *Background noise such as television, unintelligible.  There appears to be a conversation between possibly*
106   *two females and a male in background as well, but it is greatly muffled and muted by white noise and*
107   *television and distance from recording device.*