ORIGINAL

U.S. District Court
Northern District of Texas
Fort Worth Division

June. 18, 2014

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 20 2014
CLERK, U.S. DISTRICT COURT
By ______
Deputy

Christopher Robert Weast, sui juris )
Non-Corporate Sovereign Entity )
) in re: 4:14-CR-00023-A
v. )
) ADMINISTRATIVE LAW JUDGE
UNITED STATES OF AMERICA ) JOHN MCBRYDE
FICTITIOUS CORPORATION ) PRINCIPLE TRUSTEE OF TRUST
CO-TRUSTEE OF TRUST ) FIDUCIARY RELATIONSHIP

Special Appearance Only

CORAM NON JUDICE OBJECTION FOR LACK OF RATIFICATION OF COMMENCEMENT FRCP RULE + CIVIL 17(a) interest party and Rule of Evidence 602 Lack of Personal Knowledge

All text used or reference material are as purported in from books or documents created by artificial person.

Let the following document be put into the Court of record on the record and for the record. In order for a Court of record to exist, the court has to convene a civil law action. This Court is not Convened in Civil Law,

June 18, 2014

but that it is in session, Let this Court now Convene in Civil Law for all to see and read. Christopher Robert Weast (Hereinafter "Beneficiary"), have never released my beneficiary standing, as all public equity comes from sweat equity of the Nationalist people of the national united states of America.

convene: To call together; to cause to assemble; to convoke. In the civil law, to bring an action.

---

(This part below the line is what is cited in this letter)

Session Noun:

1. any period devoted to a particular activity
2. a meeting of a court, parliament, or council
3. a series or period of such meetings:

a. A meeting of a legislative or judicial body for the purpose of transacting business.

b. A series of such meetings.

C. The term or duration of time that is taken by such a series of meetings.

d. the sitting together or meeting of a group; assembly, as of a court, legislature, council, ect.

e. a continuous, day-to-day series of such meetings

June 18, 2014

f. the term or period of such a meeting or meetings)

---

There are no real parties of interest as per Rule 17(1) Real Parties in Interest, and all claimants are artificial; therefore, an objection for lack of ratification of commencement is now being placed into the record. Rule 17(a) Real Parties in Interest states: "Every action shall be prosecuted in the name of the real party in interest." A real party in interest is an executor, administrator, guardian, bailee, trustee of an express trust, a party with whom or in whose name a contract has been made for the benefit of another. A real party in interest is also a party authorized by statute that may sue in that person's own name without joining the party for whose benefit the action is brought. When a statute of the United States so provides, an action for the use or benefit of another shall be brought in the name of the United States. "No action shall be dismissed on the ground that it is not prosecuted in the name of the real party in interest until a reasonable time has been allowed after objection for ratification of commencement of the action by," or joinder, or substitution of, "the real

June 18, 2014

party in interest;" and such ratification, joinder, or substitution shall have the same effect as if the action had been commenced in the name of the real party in interest." No action shall be dismissed ... after objection ... for ratification of commencement of the action by the real party in interest."

According to the civil rules of procedure, Rule 2, there is only one form of action, a civil action. Having only a civil action is important because 1) all crimes are commercial, (27 CFR 72.11) and 2) Every alleged crime has to have "nature and cause." Every alleged crime must be prosecuted in the name of the real people of the United States or of the state as a REAL PARTY IN INTEREST. Civil actions cannot be prosecuted by the PEOPLE OF THE STATE OF or the People of the State of, or THE STATE OF, or UNITED STATES OF AMERICA, or UNITED STATES, which are corporations, making such prosecution an impossibility.

According to the rules of evidence, the claimant has to have first hand knowledge and the prosecutor is required to file a joiner to the case in order to

June 18, 2014

attest to the knowledge and not hearsay testimony to the injury. Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944) makes the issue of fraud upon the court. The Prosecutor has brought fraud upon the court because representing an artificial government, and can only interact with their own kind. Since Christopher Robert Weast is Sovereign, the prosecutor as an artificial being has no personal authority or subject matter authority over this flesh and blood human being also known as a natural born, natural person.

RULES OF EVIDENCE ARTICLE VI. WITNESSES

Rule 602. Lack of Personal Knowledge

A witness may not testify to a matter unless evidence is introduced sufficient to support a finding of which the witness has personal knowledge. Evidence to prove personal knowledge may, but need not, consist of the testimony of the witness. This rule is subject to the provissions of Rule 703, relating to opinion testimony by expert witnesses.

June 18, 2014

The Prosecutor lacks personal knowledge in the case, and all statements are based on hearsay testimony that a corporation policy or a foreign entity received an injury. (See 28 USC 3002 section 15(A) + Volume 20: Corpus Juris Sec. 1785) The charges are in the name of the STATE OF TEXAS and UNITED STATES OF AMERICA. These are not the real parties of interest. It is stated in Penhallow vs. Doane's Administrator, 3 US 54, 1 L.Ed. 57, 3 Dall. 54 (1795): "In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this that no government as well as any law, agency, aspect, court, ect., can concern itself with anything other that corporate, artificial persons and the contracts between them."

---

This is more citations quoted in the letter

28 USC 3002 (15) "United States" means (A) a Federal corporation; (B) an agency, department, Commission, board, or other entity of the United States; or (C) an instrumentality of the United States.

June 18, 2014

4 Volume 20: Corpus Juris Sec. 1785
The United States government is a foreign corporation with respect to a state.

---

Again I state I am a non-corporate entity, flesh and blood sovereign human being also known as a "natural born natural person" who the prosecutor, as an artificial being representing a fictitious foreign state has no authority or jurisdiction over.

Rules of Evidence Article VIII. Hearsay

Rule 806. Attacking and Supporting Credibility of Declarant

When a hearsay statement, or a statement defined in Rule 801(d)(2)(C), (D), or (E), has been admitted in evidence, the credibility of the declarant may be attacked, and if attacked may be supported, by any evidence which would be admissible for those purposes if declarant had testified as a witness. Evidence of a statement or conduct by the declarant at any time, inconsistent with the declarant's hearsay statement, is not subject to any requirement that the declarant may have been afforded an opportunity to

June 18, 2014

deny or explain. If the party against whom a hearsay statement has been admitted calls the declarant as a witness, the party is entitled to examine the declarant on the statement as if under cross-examination.

All claims in this court were based on allegation and hearsay and the Rule of evidence about clear show where such evidence can be challenged on its credibility. At no time has a true injured party, a natural person, ever testified to such injury. The State and/or a government agency are acting as an artificial person by bringing such a claim. An artificial person is created and devised by human laws for the purposes of society and government, as distinguished from a natural person. Corporations are examples of artificial persons making this Court and its officiers artificial by legal definition.

The court can only operate in session and cannot convene in civil law. The courts are defined as a corporation through equity, or as administrative procedure act of 1946, and are under international law by Congressional act of 1933 and 1945. The administrative procedures act of 1946 holds a foreign state standing to the natural person of the natural government which belong to the people.

June 18, 2014

# Conclusion

The Court officiers by legal definition are Receivers and Trustees under 28 USC 754 and 959 and Christopher Robert Weast is the Beneficiary of the trust hereby and make such decree that the prosecutor's Public office pay all ~~costs~~ Court costs, fines and accept responsibility for all penalties of all allegations on the record and for the record in a Court of records that now convenes under Civil Law.

~~The Court officers~~

As Supreme Court Justice John Roberts stated in his acceptance speech, the Court is to be independent and cannot have a client. This court does. By failing to follow the plain language of 28 USC 451, et seq., take the averred pleadings as true pending the required writ and hearing on the matter, the court violated its oath of office, Petitioner's Due process rights, and its code of Judicial Conduct, rendering the proceedings a nullity ab initio.

28 USC 451 - Sec. 451 Definitions

June 18, 2014

28 USC - US Code - Title 28: Judiciary and Judicial Procedure

The term "judge of the United States" includes judges of the courts of appeals, district courts, Court of International Trade and any court created by Act of Congress, the judges of which are entitled to hold office during good behavior.

Please take judicial notice that I only engage with the understanding of this court that we are engaging under threat, duress, coercion and distress at the very least and reserving all rights relative to my sovereignty and U.C.C. Uniform Commercial Code 1-308 and 1-103. All rights reserved.

Christopher Robert Weast, sui juris, natural person, Beneficiary
P.O. Box 15330 47797177
Fort Worth, Texas State, USA

June 18, 2014

28 USC - US Code - Title 28: Judiciary and Judicial Procedure

The term "judge of the United States" includes judges of the courts of appeals, district courts, Court of International Trade and any court created by Act of Congress, the judges of which are entitled to hold office during good behavior.

Please take judicial notice that I only engage with the understanding of this court that I am engaging under threat, duress, coercion and distress at the very least and reserving all rights relative to my sovereignty. All Rights Reserved.

Verification

I, Christopher Robert Weast, sui juris, Real Party of Interest, Real Party in Interest, and natural person, hereby certify, under penalty of perjury, under the laws of the united States of America, without the "United States," without waiving any Rights, that the above statements of fact are true and correct, to the best of my current information, knowledge, and belief, so help Me God, pursant to 28 U.S.C. 1746(1).

Executed on: June 18, 2014
Christopher Robert Weast, sui juris
Real Party in Interest

Federal Correctional Institution
3150 Horton Rd.
Fort Worth, TX 76119
Date 6-19-14

This enclosed letter was processed through special mailing procedures for forwarding to you. This letter has been neither open nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Christopher Robert Weast, sui juris, natural person
FCI Fort Worth
P.O. Box 15330
Fort Worth 76119
Texas State, USA

NORTH TEXAS TX P&DC
DALLAS TX 750
19 JUN 2014 PM 6 L

USA FOREVER 2014

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION
2014 JUN 20 AM 11:37
CLERK OF COURT

Confidential Communications
Special Mail
Official Business

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

76102364165