ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 20  PM 3: 55

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## SECOND NOTICE TO THE COURT REGARDING SERVICE

The United States of America, by and through the United States Attorney, files this notice to the Court regarding the service of a notice previously filed and would show as follows:

Pursuant to the Court's Order, the government filed its notice of intent to use audio and video recordings on June 11, 2014, and sent via Federal Express a copy of such notice to Weast, care of his case manager K. Goldsby. On June 18, 2014, the Federal Express package containing the Government's notice was returned, unopened, with a notation "Inmate Refused" and "Return to Sender." (A copy of which is attached as Exhibit A.)

The government advises the Court that case manager Goldsby contacted the U.S. Attorney's Office on June 11, 2014, to advise that all correspondence from the United States Attorney's Office should be sent directly to Weast. However, the information came after the government had already prepared the notice for filing and prepared a copy for delivery to Weast's case manager.

Because the government's certificate of service already indicated that service was to be effected through case manager Goldsby, I left a message for the case manager to let him know that we would be sending this filing to him, but that thereafter, all future communications would be sent directly to Weast.

The government was not advised that any documents sent to Weast's case manager would be refused by Weast or returned unopened. However, on June 18, 2014, the government sent, via Federal Express, its notice regarding transcripts and copies of transcripts directly to Weast's attention, in conformance with the procedure requested by case manager Goldsby. Thus far, this document has not been returned or refused by the inmate. Therefore, unless otherwise directed by the Court, the government will resend the initial notice of intent to use recordings and all future correspondence to Weast via overnight mail to his attention, in conformity with the procedure requested by case manager Goldsby.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

**Second Notice to the Court regarding Service - Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, the foregoing Government's Motion was served via overnight mail to Christopher Weast, Register No. 47797-177, Federal Correction Institute, 3150 Horton Road, Fort Worth, Texas 76119.

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney

