ORIGINAL Copyright Truth Affidavit

Verified Declaration in the Nature by an Affidavit for Truth in Commerce and Contract by Waiver for Tort Presented by I, me, my, myself, addressee, Christopher Robert Weast, living soul, one for We the People under Original Common Law Jurisdiction by the Texas and united states of America Contracts, the Constitutions.

By the Republic and one )
)
of the several unite states )
) ss
Texas )
)
in America )



For:Whom it may concern:

In the matter for CHRISTOPHER ROBERT WEAST; CHRISTOPHER R WEAST; Christopher R Weast (and all derivatives thereof):

I, Me, My, Myself, addressee, Christopher Robert Weast (hereinafter "Title Owner") the undersigned for one We the People, Sovereign, natural born living souls, the Posterity, born upon the land in the one for several counties within the one

for the several states united for America, the undersigned Posterity, Creditors, Claimants and Secured Party, (hereinafter "I, Me, My, Myself, Title Owner") do hereby solemnly declare, say and state:

1. I, Me, My, Myself, the Title Owner am competent for stating the matters set forth herewith.

2. I, Me, My, Myself, the Title Owner have personal knowledge concerning the facts stated herein.

3. All the facts stated herein are true, correct, complete, and certain, not misleading, admissible as evidence, and if stating I, Me, My, Myself, the Title Owner shall so state.

## Plain Statement of Facts

A matter must be expressed for being resolved. In commerce, truth is sovereign. Truth is expressed in the form of an affidavit.

An affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A Truth Affidavit, under commercial

law, can only be satisfied: by Truth Affidavit Rebuttal, by payment, by agreement, by resolution, or by Common Law Rules, by a jury.

I, Me, My, Myself, the Title Owner, am expressing truth by this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addressee, Title Owner, Living soul, one for We the People under Original Common Law Jurisdiction for the Texas and United States of America Contracts, the Constitutions.

Whereas, the public record is the highest evidence form, I, Me, My, Myself, Title Owner, am hereby timely creating public record by Declaration with this Verified Declaration in the nature for a Truth Affidavit in Commerce and Contract for a Tort Waiver Presented by Me, addressee, living soul, the Title Owner, one for under We the People under Original Common Law Jurisdiction for the Texas and United States of America Contracts, the Constitutions.

1. Fact: The person known as CHRISTOPHER ROBERT WEAST or CHRISTOPHER R WEAST, (and all derivatives thereof) is fiction without form or substance, and any substance, and any resemblance for any natural born body living or dead is entirely intentional in commercial fraud by Genocide acts for We the People

for Texas from our Life, Liberty, Property, and Happiness Pursuit, among other Rights, for their self enrichment using their Texas Rules of Civil Procedure and/or Federal Rules of Civil Procedure, outside the law authority and our Courts by Original Jurisdiction.

2. Fact: I have place a copyright on the Fiction issued for Me without My Permission or consent by assent known as CHRISTOPHER ROBERT WEAST, CHRISTOPHER R WEAST, C ROBERT WEAST, Christopher R Weast (fiction) and all derivatives thereof, is now My private property and cannot be used without My prior written consent and then only under the terms set out in this contract.

3. Fact: The Fiction is My perfected securities and registered by contract with me and with the Secretary under State of Texas as such for Five years and is My recorded copyright Fiction by this declaration under original common law jurisdiction for one-hundred (100) years and is My private property, the Secured Party, for My Estate protection, My Life, and My Liberty. This Truth Affidavit of Copyright is nunc pro tunc to the thirty first day of the first month of this year of our Lord nineteen hundred and seventy four, A.D.

4. Fact: Using My Fiction on any document associated in any

manner with My Estate or Me, the holder in due course, Secured Party, Exempt from Levy, without My written prior consent is strictly forbidden and chargeable against each user and issuer in the amount, the sum certain for one thousand (1000.00) dollars, silver specie, in lawful coinage for the united states of America per user and per issuer per fiction per day.

5. Fact: Using My Fiction for the intended gains for themselves (the issuers or users) or for others for any of My Rights, my private property or any part about my Estate without full disclosure and my written prior consent is strictly forbidden and chargeable per each user and issuer, per day, in the amount of the sum certain for one million (1,000,000.00) dollars, silver specie, in lawful coinage for the United States of America as defined under Article 1, Section 10 of We the People's Contract/Constitution for the United States of America per using Fiction including any past, present, or future use.

6. Fact: Using My Fiction on any document associated in any manner with My Estate or me, the holder in due course, Secured Party, and Exempt From Levy, without my written prior consent is all the evidence required for enforcing this

agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the conditions and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract.

I, Me, My, Myself, the Title Owner, am not an expert in the Law, however I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, I will sincerely make every effort and amend my ways.

I, Me, My, Myself, the Title Owner, hereby and herein reserve the right for amending and make ~~sdoeistned~~ amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing me with your counter Declaration/Affidavit, proving with particularity by stating all requisite actual law, and not merely the ultimate

Facts and law conclusions, that this affidavit by Declaration is substantially and materially False sufficiently for changing materially my or the Fiction's status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter and this affidavit by Declaration will stand as Final judgment in this matter, and for the sum certain herein stated and will be in Full Force and effect against all parties, due and payable and enforceable by law.

The criminal penalties for commercial fraud are determined by jury, by law, the monetary value is set by me for violation against my rights, for breaching the law, the contract, Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States of America as defined by Article I, Section 10 under the Constitutions by We the People for the United States and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of Tarrant, Texas under this declaration.

The Undersigned, I, Me, My, Myself, the Title Owner, holder in due course for original, do herewith declare, state and say that I, Secured Party, issue this with sincere intent in truth, that I, Me, the undersigned Secured Party, am competent by stating the matters set forth herein, that the are true, correct, complete, and certain, admissible as evidence, reasonable, not misleading, and by My best knowledge, by me undersigned addressee.

Notice for the agent is notice for the principle applies under this notice.

Notice for the county clerk for the county Tarrant, Texas and record court for original jurisdiction, is notice to all.

I sign this document on this date, nunc pro tunc to the date of the thirty first day of the first month of this year of our Lord nineteen hundred and seventy four of the creation of FICTION(S).

Addressee signature, holder in due course, the Title Owner

_Christopher Robert Weast_                    June 19, 2014
Christopher Robert Weast                     Date

Temporary Mailing location

c/o P.O. Box 15330
Fort Worth Texas
Christopher Robert Weast
Addressee, Title Owner

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the Truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

## Jurat

Tarrant county ]

] ss:

Texas state ]

Having witnessed the signing and sealing of the forgoing Verified Declaration by Christopher Robert Weast, I place my hand and seal hereon as an authentic act as a Notary Public.

Subscribed and affirmed before me this __19th__ day for the sixth month in the year of our Lord and Savior, Two thousand and fourteen, A.D.

C Rodry  
Notary

6·19·14  
Date

October 30, 2017  
Commission Expires



C.RODRIGUEZ  
Printed Name



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX

2014 JUN 23 PM 12:28

CLERK OF COURT

47797-177
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Confidential Communications
Special Mail
Official Business

47797-177
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States