**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST (01)

No. 4:14-CR-023-Y
(Supersedes Indictment returned on February 12, 2014)

### SUPERSEDING INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

indorsed

| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2).

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpgeg.avi | A video of a nude minor female wearing a hood performing oral sex on a nude adult male; the video also depicts sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2).

**Superseding Indictment – Page 3**

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, serial number CNF8234HX7; and
2. One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL.

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

Christopher Robert Weast
Indorsement/Indorsee

Christopher Robert Weast
Indorsement/Indorsee

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

### SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252(a)(5)(B) and 2252(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

Defendant in Custody

_____
UNITED STATES DISTRICT JUDGE

*Christopher Robert Weast*
Indorsement/Indorsee

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 12th day of February, A.D. 2014.

Warrant to Issue

_____
UNITED STATES MAGISTRATE JUDGE

*Christopher Robert Weast*
Indorsement/Indorsee

RECEIVED
U.S. DISTRICT COURT
    DIST. OF TX
FORT WORTH DIVISION

2014 JUN 27 PM 12: 26

CLERK OF COURT

⇒47797-177⇐
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

⇒47797-177⇐
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

Confidential Communications! Special Official Business

Confidential Communications Special Mail