NORTHERN DISTRICT OF TEXAS
FILED

JUN 30 2014

CLERK, U.S. DISTRICT C...
By _____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST, | § | |
| | § | |
| Defendant. | § | |

### ORDER UNFILING DOCUMENT(S)

The court has determined the following defect(s) in the form of the document(s) filed June 27, 2014, by CHRISTOPHER ROBERT WEAST, titled SUPERSEDING INDICTMENT (Doc. 101):

**The document(s) must be in proper form.** See LCrR 49.3

**Additional copies are required.** See LCrR. 49.2(b)

Because of such defect(s), the court has determined that the document(s) indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document(s) be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document(s).

SIGNED ____6/30____, 2014.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE

**ORIGINAL**

**COPY**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 MAY 14 PM 1:57
CLERK OF COURT

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 27 2014
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-Y |
| | (Supersedes Indictment returned on February 12, 2014) |
| CHRISTOPHER ROBERT WEAST (01) | |

### SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

**Superseding Indictment – Page 1**

*indorsed*

| File path | Description of the image |
|---|---|
| C\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2).

Count Two
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpgeg.avi | A video of a nude minor female wearing a hood performing oral sex on a nude adult male; the video also depicts sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, serial number CNF8234HX7; and
2. One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

Christopher Robert Weast
Indorsement/Indorsee

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

### SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252(a)(5)(B) and 2252(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

Defendant in Custody

UNITED STATES DISTRICT JUDGE

*Christopher Robert West*
Indorsement/Indorsee

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH                                                  FOREPERSON

Filed in open court this 12th day of February, A.D. 2014.

Warrant to Issue

UNITED STATES MAGISTRATE JUDGE

Christopher Robert Weast
Indorsement/Indorsee

Christopher Robert Weast
Indorsement/Indorsee



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUN 27  PM 12: 26

CLERK OF COURT

≋47797-177✆
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

≋47797-177✆
Christophe Weast
PO BOX 15330
FCI Fort Worth
FORT Worth, TX 76119
United States

Confidential Communications Special Official Business

Confidential Communications Special Mail