ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | (Supersedes Indictment returned on June 11, 2014) |

## THIRD SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C:\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C:\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy -Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography that was shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| **File Name** | **Description of File** |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female who is wearing a hood and engaged in sexual intercourse with an adult male |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

## Forfeiture Notice
## (18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, serial number CNF8234HX7; and
2. One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

THIRD SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

DALLAS _____ FOREPERSON

Filed in open court this 01st day of July, A.D. 2014.

Defendant in Custody

_____
UNITED STATES MAGISTRATE JUDGE