UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL -7 PM 4:09

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § v. § § CHRISTOPHER ROBERT WEAST § § Defendant. § § | 4:14-CR-023 A |

## MOTION TO WITHDRAW

COMES NOW, Angela Saad, Assistant Federal Public Defender, attorney of record for defendant Christopher Robert Weast for the competency hearing scheduled July 8, 2014 at 10:30 AM, and respectfully moves this Court for an order granting Angela Saad and the Federal Public Defender for the Northern District of Texas, leave to withdraw as attorney of record.

The Federal Public Defender's office was appointed to represent the above defendant on June 5, 2014 in connection with the competency hearing and related matters.

This motion is based upon the grounds that the findings by Dr. Randall Rattan indicate that Mr. Weast is competent. Furthermore, the defendant has unequivocally indicated his desire to represent himself and proceed without the representation or assistance of the Federal Public Defender's Office.

Therefore, the Federal Public Defender's Office moves the Court to allow it to withdraw from its appointment, and to allow defendant Christopher Robert Weast to represent himself.

WHEREFORE, the defendant prays that this motion be granted and the Federal Public Defender's Office be allowed to withdraw.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: _____
ANGELA SAAD
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753

Attorney for Defendant
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF CONFERENCE

I hereby certify that I, Angela Saad, attorney for defendant, did confer with Aisha Saleem, the Assistant United States Attorney assigned to this matter, and she does not oppose this motion.

_____
ANGELA SAAD

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on this the 7th day of July 2014, a copy of the foregoing motion was hand delivered to the Court and Aisha Saleem, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

_____
ANGELA SAAD