ORIGINAL

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold                          COURT REPORTER/TAPE: Debbie Saenz
LAW CLERK _____                        USPO _____
DATE: July 8, 2014                               COURT TIME: 10:30 A.M.
A.M. 10:31 - 10:37; 10:47 - 10:49; 11:10 - 11:13; **(2:25 p.m. - 2:42 p.m. Held in the 2nd Floor Courtroom)**
TOTAL COURT TIME: 28 mins.                       CSO: Ray Urban

CR. No. 4:14-CR-023-A    DEFT NO. 1

| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
| --- | --- | --- |
| v. | § | |
| CHRISTOPHER ROBERT WEAST | § | ANGELA SAAD, FPD ☐ |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

## ARRAIGNMENT OF 3rd SUPERSEDING INDICTMENT

Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered

☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial  ☐ Guilty Plea  ✔ None   Days in Trial: _____   Hearing Concluded: ✔ Yes  ☐ No

☐ ...... Defendant SWORN.
✔ ...... Arraignment - Held on count(s) **1 and 2** of **2** count(s) of the 3RD Superseding Indictment and Forfeiture.
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☐ ...... Defense waived reading of the Superseding Indictment.
✔ ...... **Deft did not enter a plea. The court entered a plea of Not Guilty for the defendant.**
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
☐ ...... Waiver of Indictment, filed.
☐ ...... Plea Agreement accepted.                    ☐ Court defers acceptance of Plea Agreement.
☐ ...... Plea Agreement filed (see agreement for details).    ☐ ...... No Plea Agreement.
☐ ...... Plea Agreement included with Factual Resume.
☐ ...... Factual Resume filed.
☐ ...... Defendant is adjudged guilty as to Count(s) _____
☐ ...... Sentencing set _____ at 9:00 a.m.
✔ ...... Trial remain set for **July 28, 2014 at 8:30 a.m.**
☐ Pretrial motions due: _____. Discovery motions/Government Responses due: _____
☐ ...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ ...... PSI waiver filed.  ☐ PSI due: _____.  ☐ Presentence Referral Form to: _____
☐ ...... Defts bond ☐ set ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ forfeited
✔ ...... Deft Custody/Detention continued.
☐ ...... Deft REMANDED to custody.

✔ OTHER PROCEEDINGS: Govt read 3rd Superseding Indictment for the record.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 8 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy