

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 4:14-CR-023 A |
| CHRISTOPHER ROBERT WEAST | § § | |
| Defendant. | § § § | |

## SUPPLEMENTAL MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL

COMES NOW, Angela Saad, Assistant Federal Public Defender, attorney of record for defendant Christopher Robert Weast, and respectfully supplements the request to reconsider the appointment of the Federal Public Defender's Office, in lieu of Mr. Weast proceeding *pro se*.

The Federal Public Defender's Office has attempted to speak with Mr. Weast on multiple occasions and he has refused to speak with us. In anticipation of the trial in this case, defense counsel is stymied in its representation without having the opportunity to consult with Mr. Weast regarding his defense, his right to testify, and his confrontation rights. Based on this lack of communication, we further urge the Court to reconsider the appointment of the Federal Public Defender's Office.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: 
ANGELA SAAD
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10

Fort Worth, TX 76102
(817) 978-2753

Attorney for Defendant
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF CONFERENCE

I hereby certify that I, Angela Saad, attorney for defendant, did confer with Aisha Saleem, the Assistant United States Attorney assigned to this matter, and she does oppose this motion.

ANGELA SAAD

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on this the 10th day of July 2014, a copy of the foregoing motion was hand delivered to the Court and Aisha Saleem, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

ANGELA SAAD