```
 1                IN THE UNITED STATES DISTRICT COURT

 2                FOR THE NORTHERN DISTRICT OF TEXAS

 3                        FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:14-CR-023-A
                                  )
 5            Government,         )
                                  ) FORT WORTH, TEXAS
 6   VERSUS                       )
                                  ) APRIL 22, 2014
 7   CHRISTOPHER ROBERT WEAST,    )
                                  )
 8            Defendant.          ) 9:59 A.M.

 9

10                          VOLUME 1 OF 1
         TRANSCRIPT OF DIGITALLY RECORDED MOTION TO SUBSTITUTE
11               BEFORE THE HONORABLE JEFFREY CURETON
                UNITED STATES MAGISTRATE COURT JUDGE
12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MS. AISHA SALEEM
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
17
     FOR THE DEFENDANT:      MS. ANGELA SAAD
18                           MR. CHRIS CURTIS
                             ASSISTANT FEDERAL PUBLIC DEFENDER
19                           NORTHERN DISTRICT OF TEXAS
                             819 Taylor Street, Room 9A10
20                           Fort Worth, Texas  76102
                             Telephone:  817.978.2753
21
     TRANSCRIPTIONIST:       MS. DEBRA G. SAENZ, CSR, RMR, CRR
22                           501 W. 10th Street, Room 424
                             Fort Worth, Texas  76102
23                           Telephone:  817.850.6661
                             E-Mail: debbie.saenz@yahoo.com
24   Proceedings recorded by digital recording, transcript

25   produced by computer.
```

**I N D E X**

**PROCEEDING**                                                    **PAGE**

Motion to Substitute............................  03

Court's Findings................................  08

Transcriptionist's Certificate..................  10

Word Index......................................  11

```
1                      P R O C E E D I N G S
2                     April 22, 2014 - 9:59 a.m.
3              (Digital recording commencing at 9:59 a.m.)
4              COURT SECURITY OFFICER:  All rise.
5              THE COURT:  Thank you.  Please be seated.
6              All right.  The Court calls for hearing Cause Number
7    4:14-CR-23, United States versus Christopher Robert Weast.
8              I'm calling this hearing because an order referring
9    a motion to me has been filed by Judge Means, the District
10   Judge, after reviewing a letter written by Mr. Weast to the
11   Court, which has been construed as complaints about
12   court-appointed counsel.
13             And also there's an indication, Mr. Weast, that you
14   want to represent yourself in this matter, so I wanted to set
15   it for hearing and hear from you.
16             Tell me what's going on, Mr. Weast.
17             THE DEFENDANT:  I -- I sent a letter, another,
18   modified.  I don't know if the Court's received it yet.  It
19   should have.  It was the very next day I think I sent that.
20             THE COURT:  Okay.  Let's see.
21             THE DEFENDANT:  And I quoted Mickens v. Taylor --
22             THE COURT:  Uh-huh.
23             THE DEFENDANT:  -- on being able to reserve my
24   objections, as well as to terminate the attorney from the
25   case.
```

1           *THE COURT:* Okay.
2           *THE DEFENDANT:* And I also quoted Faretta v.
3  California.
4           *THE COURT:* Right.  This is a Faretta hearing.  I'm
5  allowing you the opportunity to represent --
6           *THE DEFENDANT:* Yeah, I want to --
7           *THE COURT:* Just a second.  First thing you're going
8  to have to learn is there's a procedure in criminal cases and
9  in all federal courts.  I speak.  I allow you to speak.  I may
10 allow the government to speak, if they have a position.  So
11 let's just take our time.  I'm not rushing you.
12          But if you're telling me you want to represent
13 yourself, the law requires, as you understand by reading
14 Faretta, that I inform you of certain things and make sure
15 that it's a knowing and voluntary waiver of counsel.
16          All right?
17          *THE DEFENDANT:* Yes, sir.
18          *THE COURT:* Okay.  So, let me begin, Mr. Weast, by
19 asking you:  Is it your desire to represent yourself?
20          *THE DEFENDANT:* Yes, sir.
21          *THE COURT:* And you understand that means proceeding
22 pro se?
23          *THE DEFENDANT:* Yes, sir.
24          *THE COURT:* Okay.  You have used the phrase "sui
25 juris."

1       *THE DEFENDANT:*  Yes.

2       *THE COURT:*  But we're talking about pro se
3  representation.

4       *THE DEFENDANT:*  I object to the term that -- I would
5  prefer sui juris.

6       *THE COURT:*  Okay.  And you know how to object?

7       *THE DEFENDANT:*  Yes, sir.

8       *THE COURT:*  That objection is overruled.  So you
9  know how to get a ruling.

10       Have you ever studied law?

11       *THE DEFENDANT:*  I've -- I've been doing quite a bit
12  of studying in the last two or three years, yes.

13       *THE COURT:*  Okay.  Have you ever represented
14  yourself in a criminal case before?

15       *THE DEFENDANT:*  In state court, yes.

16       *THE COURT:*  All right.  So how long ago was that?

17       *THE DEFENDANT:*  In the criminal case, I guess it's
18  been about a year, year-and-a-half.  And then in civil court,
19  it's been -- it's been ongoing still.

20       *THE COURT:*  Okay.  So you understand there are Rules
21  of Evidence?

22       *THE DEFENDANT:*  Yes.

23       *THE COURT:*  And you understand that there are
24  certain rules that might allow evidence to come into court,
25  and rules that might exclude evidence from court?

1       *THE DEFENDANT:*  Yes, sir.

2       *THE COURT:*  And you believe that you're familiar
3  enough with those to represent yourself?

4       *THE DEFENDANT:*  I believe that as long as I'm
5  allowed to study them and continue to study them as the case
6  progresses, yes.

7       *THE COURT:*  And you understand this is a criminal
8  case, and you could be facing significant penalties, if you
9  are convicted of the crime with which you're charged?

10      *THE DEFENDANT:*  I -- I don't understand the -- why
11 she's here, no.

12      *THE COURT:*  Well, that's a -- that's a different
13 issue.  My question was:  You understand this is a criminal
14 case, right?

15      *THE DEFENDANT:*  I -- yes, to the best of my
16 knowledge, I understand that.  And, I mean, I don't
17 understand -- we'll get to that later, I guess, because that's
18 probably not part of this hearing.

19      *THE COURT:*  Okay.  What I need to make you
20 understand is, if you represent yourself, you'll still be held
21 to those procedures and those rules.

22      *THE DEFENDANT:*  Yes, sir.

23      *THE COURT:*  Okay.  And that the consequence to you
24 of a criminal case could be a pretty significant penalty,
25 prison time and/or a fine, that sort of thing.

```
 1                  You understand all of that?  Yes?
 2                  THE DEFENDANT:  Yes, sir.
 3                  THE COURT:  All right.  You understand that if you
 4    represent yourself, you're on your own?  You don't get
 5    cocounsel.  I saw a reference to trying to have someone as
 6    cocounsel.
 7                  THE DEFENDANT:  Yes, sir.
 8                  THE COURT:  It's just you.  You understand that?
 9                  (No audible response heard on digital file)
10                  THE COURT:  I have to advise you that, in my
11    opinion, having a trained lawyer to represent you would be in
12    your best interest.  I think it's unwise for you to represent
13    yourself, but you do have that right.  And you've answered my
14    questions in such a way that it appears that that's the way
15    you wish to proceed.
16                  THE DEFENDANT:  Yes, sir.
17                  THE COURT:  Is that correct?
18                  THE DEFENDANT:  Yes, sir.
19                  THE COURT:  So, in light of knowing the penalty that
20    you might suffer if you're found guilty, and in light of all
21    the difficulties in representing yourself that I've touched
22    on, are you telling the Court that it's your voluntary
23    decision to forego representation by an attorney and to
24    represent yourself in this case?
25                  THE DEFENDANT:  Yes, sir.
```

```
 1              THE COURT:  All right.  I find the defendant has
 2   knowingly and voluntarily waived his right to counsel, and
 3   I'll, therefore, recommend to the district judge that you be
 4   allowed to proceed pro se and represent yourself in this
 5   matter.
 6              Ms. Saad, do you believe that the public defender
 7   should perform any role, such as standby counsel in this case,
 8   or has your relationship with the defendant deteriorated to
 9   such that that's not a realistic possibility?
10              MS. SAAD:  Your Honor, it's our position that if the
11   Court would want us to be standby counsel, we would be happy
12   to do that.  I do think it would be -- you know, that could be
13   something Mr. Weast could decide, if he would like to have us
14   as standby counsel in addition.
15              THE COURT:  Let me ask you, Mr. Weast:  Do you wish
16   to have standby counsel?  That's not a lawyer who is going to
17   be asking questions at your trial or filing motions on your
18   behalf, but that's someone who is present if there's an issue
19   that comes up and you need assistance, or do you want to go it
20   alone?
21              THE DEFENDANT:  If that's -- I mean, if they can be
22   there and are not listed as my attorney, then I have no
23   objections to that.
24              THE COURT:  All right.  Well, I'm going to take that
25   part under consideration.  I'll issue an order, but I'm going
```

```
 1   to make the finding, as I have, that you have voluntarily and
 2   knowingly waived your right to counsel and will proceed pro
 3   se.
 4            All right.  Are there any other things to consider
 5   in connection with Mr. Weast from the government's standpoint?
 6            MS. SALEEM:  No, Your Honor.
 7            THE COURT:  Mr. Weast, do you have any other issues
 8   to consider at this time?
 9            THE DEFENDANT:  My only question would be what
10   jurisdiction is this court being held under?
11            THE COURT:  Excuse me?
12            THE DEFENDANT:  What jurisdiction is this court
13   being held under?
14            THE COURT:  Under the Constitution of the United
15   States.
16            THE DEFENDANT:  The jurisdiction of the court, sir.
17            THE COURT:  Yes, sir.  This is a federal court,
18   you're charged with a federal crime, and you're going to stand
19   trial before a federal judge, and you are being held under
20   federal law.
21            So, maybe you need to do a little more research, and
22   if you have a motion attacking the subject-matter jurisdiction
23   of this court, please file it.
24            All right.  The defendant's remanded to the custody
25   of the United States Marshal.
```

1       Please don't waste the Court's time with useless
2  motions and ridiculous statements. The district judge will
3  not look with favor on that, I guarantee it.
4       *COURT SECURITY OFFICER:* All rise.
5       *THE COURT:* The attorneys are excused.
6       *(Digital recording concluded at 10:07 a.m.)*

**TRANSCRIBER'S CERTIFICATE**

     I, Debra G. Saenz, CSR, RMR, CRR, certify that the foregoing is a true and correct transcript to the best of my ability from the digital record of proceedings in the foregoing entitled matter.

     I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

     Signed this 11th day of July, 2014.


                         /s/ Debra G. Saenz

                         DEBRA G. SAENZ, CSR, RMR, CRR
                         Texas CSR No. 3158
                         Official Court Reporter
                         The Northern District of Texas
                         Fort Worth Division


CSR Expires:       12/31/15
Business Address:  501 W. 10th Street, Room 424
                   Fort Worth, Texas  76102
Telephone:         817.850.6661
E-Mail Address:    debbie.saenz@yahoo.com

| | | |
|---|---|---|
| /<br>/s [1] 10/17<br>**0**<br>03 [1] 2/3<br>08 [1] 2/4<br>**1**<br>10 [1] 2/5<br>10:07 [1] 10/6<br>10th [2] 1/22 10/23<br>11 [1] 2/6<br>11th [1] 10/15<br>12/31/15 [1] 10/22<br>15 [1] 10/22<br>1700 [1] 1/15<br>**2**<br>2014 [3] 1/6 3/2 10/15<br>22 [2] 1/6 3/2<br>23 [1] 3/7<br>**3**<br>3158 [1] 10/18<br>**4**<br>424 [2] 1/22 10/23<br>4:14-CR-023-A [1] 1/4<br>4:14-CR-23 [1] 3/7<br>**5**<br>501 [2] 1/22 10/23<br>**6**<br>6882 [1] 1/16<br>**7**<br>76102 [3] 1/20 1/22 10/23<br>76102-6882 [1] 1/16<br>**8**<br>801 [1] 1/15<br>817.252.5200 [1] 1/16<br>817.850.6661 [2] 1/23 10/24<br>817.978.2753 [1] 1/20<br>819 [1] 1/19<br>**9**<br>9:59 [3] 1/8 3/2 3/3<br>9A10 [1] 1/19<br>**A**<br>a.m [4] 1/8 3/2 3/3 10/6<br>ability [1] 10/10<br>able [1] 3/23<br>about [3] 3/11 5/2 5/18<br>addition [1] 8/14<br>Address [2] 10/23 10/25<br>advise [1] 7/10<br>after [1] 3/10<br>ago [1] 5/16<br>AISHA [1] 1/14<br>all [13]<br>allow [3] 4/9 4/10 5/24<br>allowed [2] 6/5 8/4<br>allowing [1] 4/5<br>alone [1] 8/20<br>also [2] 3/13 4/2<br>AMERICA [1] 1/4<br>and/or [1] 6/25<br>ANGELA [1] 1/17<br>another [1] 3/17<br>answered [1] 7/13 | any [3] 8/7 9/4 9/7<br>appears [1] 7/14<br>appointed [1] 3/12<br>APRIL [2] 1/6 3/2<br>are [8] 5/20 5/23 6/9 7/22 8/22 9/4 9/19 10/5<br>as [12]<br>ask [1] 8/15<br>asking [2] 4/19 8/17<br>assistance [1] 8/19<br>ASSISTANT [1] 1/18<br>attacking [1] 9/22<br>attorney [3] 3/24 7/23 8/22<br>attorneys [1] 10/5<br>audible [1] 7/9<br>**B**<br>be [13]<br>be -- you [1] 8/12<br>because [2] 3/8 6/17<br>been [6] 3/9 3/11 5/11 5/18 5/19 5/19<br>before [3] 1/11 5/14 9/19<br>begin [1] 4/18<br>behalf [1] 8/18<br>being [4] 3/23 9/10 9/13 9/19<br>believe [3] 6/2 6/4 8/6<br>best [3] 6/15 7/12 10/9<br>bit [1] 5/11<br>Business [1] 10/23<br>**C**<br>California [1] 4/3<br>calling [1] 3/8<br>calls [1] 3/6<br>can [1] 8/21<br>case [10] 1/4 3/25 5/14 5/17 6/5 6/8 6/14 6/24 7/24 8/7<br>cases [1] 4/8<br>Cause [1] 3/6<br>certain [2] 4/14 5/24<br>Certificate [2] 2/5 10/7<br>certify [2] 10/8 10/12<br>charged [2] 6/9 9/18<br>Cherry [1] 1/15<br>CHRIS [1] 1/18<br>CHRISTOPHER [2] 1/7 3/7<br>civil [1] 5/18<br>cocounsel [2] 7/5 7/6<br>come [1] 5/24<br>comes [1] 8/19<br>commencing [1] 3/3<br>complaints [1] 3/11<br>comply [1] 10/13<br>computer [1] 1/25<br>concluded [1] 10/6<br>Conference [1] 10/14<br>connection [1] 9/5<br>consequence [1] 6/23<br>consider [2] 9/4 9/8<br>consideration [1] 8/25<br>Constitution [1] 9/14<br>construed [1] 3/11<br>continue [1] 6/5<br>convicted [1] 6/9<br>correct [2] 7/17 10/9<br>could [4] 6/8 6/24 8/12 8/13<br>counsel [8] 3/12 4/15 8/2 8/7 8/11 8/14 8/16 9/2<br>court [18]<br>Court's [3] 2/4 3/18 10/1<br>court-appointed [1] 3/12<br>courts [1] 4/9<br>CR [2] 1/4 3/7 | crime [2] 6/9 9/18<br>criminal [6] 4/8 5/14 5/17 6/7 6/13 6/24<br>CRR [3] 1/21 10/8 10/18<br>CSR [5] 1/21 10/8 10/18 10/18 10/22<br>CURETON [1] 1/11<br>CURTIS [1] 1/18<br>custody [1] 9/24<br>**D**<br>day [2] 3/19 10/15<br>debbie.saenz [2] 1/23 10/25<br>DEBRA [4] 1/21 10/8 10/17 10/18<br>decide [1] 8/13<br>decision [1] 7/23<br>defendant [4] 1/8 1/17 8/1 8/8<br>defendant's [1] 9/24<br>defender [2] 1/18 8/6<br>DEPARTMENT [1] 1/14<br>desire [1] 4/19<br>deteriorated [1] 8/8<br>different [1] 6/12<br>difficulties [1] 7/21<br>digital [5] 1/24 3/3 7/9 10/6 10/10<br>DIGITALLY [1] 1/10<br>district [8] 1/1 1/2 1/15 1/19 3/9 8/3 10/2 10/19<br>DIVISION [2] 1/3 10/20<br>do [8] 7/13 8/6 8/12 8/12 8/15 8/19 9/7 9/21<br>doing [1] 5/11<br>don't [5] 3/18 6/10 6/16 7/4 10/1<br>**E**<br>E-Mail [2] 1/23 10/25<br>enough [1] 6/3<br>entitled [1] 10/11<br>ever [2] 5/10 5/13<br>evidence [3] 5/21 5/24 5/25<br>exclude [1] 5/25<br>Excuse [1] 9/11<br>excused [1] 10/5<br>Expires [1] 10/22<br>**F**<br>facing [1] 6/8<br>familiar [1] 6/2<br>Faretta [3] 4/2 4/4 4/14<br>favor [1] 10/3<br>federal [6] 1/18 4/9 9/17 9/18 9/19 9/20<br>fees [1] 10/12<br>file [2] 7/9 9/23<br>filed [1] 3/9<br>filing [1] 8/17<br>find [1] 8/1<br>finding [1] 9/1<br>Findings [1] 2/4<br>fine [1] 6/25<br>First [1] 4/7<br>forego [1] 7/23<br>foregoing [2] 10/9 10/10<br>format [1] 10/12<br>FORT [7] 1/3 1/5 1/16 1/20 1/22 10/20 10/23<br>found [1] 7/20<br>further [1] 10/12<br>**G**<br>get [3] 5/9 6/17 7/4<br>go [1] 8/19<br>going [6] 3/16 4/7 8/16 8/24 8/25 9/18<br>government [3] 1/5 1/14 4/10<br>government's [1] 9/5<br>guarantee [1] 10/3 |

## G

guess [2] 5/17 6/17
guilty [1] 7/20

## H

half [1] 5/18
happy [1] 8/11
has [4] 3/9 3/11 8/1 8/8
have [16]
having [1] 7/11
he [1] 8/13
hear [1] 3/15
heard [1] 7/9
hearing [5] 3/6 3/8 3/15 4/4 6/18
held [4] 6/20 9/10 9/13 9/19
here [1] 6/11
his [1] 8/2
Honor [2] 8/10 9/6
HONORABLE [1] 1/11
how [3] 5/6 5/9 5/16
huh [1] 3/22

## I

I -- I [1] 6/10
I -- yes [1] 6/15
I'll [2] 8/3 8/25
I'm [6] 3/8 4/4 4/11 6/4 8/24 8/25
I've [3] 5/11 5/11 7/21
I've -- I've [1] 5/11
Index [1] 2/6
indication [1] 3/13
inform [1] 4/14
interest [1] 7/12
is [14]
issue [3] 6/13 8/18 8/25
issues [1] 9/7
it [10] 3/15 3/18 3/18 3/19 4/19 7/14 8/12 8/19 9/23 10/3
it's [8] 4/15 5/17 5/19 5/19 7/8 7/12 7/22 8/10

## J

JEFFREY [1] 1/11
judge [6] 1/11 3/9 3/10 8/3 9/19 10/2
Judicial [1] 10/13
July [1] 10/15
juris [2] 4/25 5/5
jurisdiction [4] 9/10 9/12 9/16 9/22
just [3] 4/7 4/11 7/8
JUSTICE [1] 1/14

## K

know [4] 3/18 5/6 5/9 8/12
knowing [2] 4/15 7/19
knowingly [2] 8/2 9/2
knowledge [1] 6/16

## L

last [1] 5/12
later [1] 6/17
law [3] 4/13 5/10 9/20
lawyer [2] 7/11 8/16
learn [1] 4/8
let [2] 4/18 8/15
let's [2] 3/20 4/11
letter [2] 3/10 3/17
light [2] 7/19 7/20
like [1] 8/13
listed [1] 8/22
little [1] 9/21
long [2] 5/16 6/4
look [1] 10/3

## M

MAGISTRATE [1] 1/11
Mail [2] 1/23 10/25
make [3] 4/14 6/19 9/1
Marshal [1] 9/25
matter [4] 3/14 8/5 9/22 10/11
may [1] 4/9
maybe [1] 9/21
me [6] 3/9 3/16 4/12 4/18 8/15 9/11
mean [2] 6/16 8/21
means [2] 3/9 4/21
Mickens [1] 3/21
might [3] 5/24 5/25 7/20
modified [1] 3/18
more [1] 9/21
motion [4] 1/10 2/3 3/9 9/22
motions [2] 8/17 10/2
MR [1] 1/18
Mr. [8] 3/10 3/13 3/16 4/18 8/13 8/15 9/5 9/7
Mr. Weast [8] 3/10 3/13 3/16 4/18 8/13 8/15 9/5 9/7
MS [3] 1/14 1/17 1/21
Ms. [1] 8/6
Ms. Saad [1] 8/6
my [8] 3/23 6/13 6/15 7/10 7/13 8/22 9/9 10/9

## N

need [3] 6/19 8/19 9/21
next [1] 3/19
no [6] 1/4 6/11 7/9 8/22 9/6 10/18
NORTHERN [4] 1/2 1/15 1/19 10/19
not [6] 4/11 6/18 8/9 8/16 8/22 10/3
Number [1] 3/6

## O

object [2] 5/4 5/6
objection [1] 5/8
objections [2] 3/24 8/23
Official [1] 10/19
Okay [8] 3/20 4/1 4/18 4/24 5/6 5/13 5/20 6/19
Okay. [1] 6/23
Okay. And [1] 6/23
ongoing [1] 5/19
only [1] 9/9
opinion [1] 7/11
opportunity [1] 4/5
order [2] 3/8 8/25
other [2] 9/4 9/7
our [2] 4/11 8/10
overruled [1] 5/8
own [1] 7/4

## P

PAGE [1] 2/2
part [2] 6/18 8/25
penalties [1] 6/8
penalty [2] 6/24 7/19
perform [1] 8/7
phrase [1] 4/24
please [3] 3/5 9/23 10/1
position [2] 4/10 8/10
possibility [1] 8/9
prefer [1] 5/5
prescribed [1] 10/13
present [1] 8/18
pretty [1] 6/24
prison [1] 6/25
pro [4] 4/22 5/2 8/4 9/2
probably [1] 6/18
procedure [1] 4/8
procedures [1] 6/21
proceed [3] 7/15 8/4 9/2
proceeding [2] 2/2 4/21
proceedings [2] 1/24 10/10
produced [1] 1/25
progresses [1] 6/6
public [2] 1/18 8/6

## Q

question [2] 6/13 9/9
questions [2] 7/14 8/17
quite [1] 5/11
quoted [2] 3/21 4/2

## R

reading [1] 4/13
realistic [1] 8/9
received [1] 3/18
recommend [1] 8/3
record [1] 10/10
recorded [2] 1/10 1/24
recording [3] 1/24 3/3 10/6
reference [1] 7/5
referring [1] 3/8
relationship [1] 8/8
remanded [1] 9/24
Reporter [1] 10/19
represent [11]
representation [2] 5/3 7/23
represented [1] 5/13
representing [1] 7/21
requires [1] 4/13
research [1] 9/21
reserve [1] 3/23
response [1] 7/9
reviewing [1] 3/10
ridiculous [1] 10/2
right [13]
rise [2] 3/4 10/4
RMR [3] 1/21 10/8 10/18
ROBERT [2] 1/7 3/7
role [1] 8/7
Room [3] 1/19 1/22 10/23
rules [4] 5/20 5/24 5/25 6/21
ruling [1] 5/9
rushing [1] 4/11

## S

SAAD [2] 1/17 8/6
SAENZ [4] 1/21 10/8 10/17 10/18
SALEEM [1] 1/14
saw [1] 7/5
se [4] 4/22 5/2 8/4 9/3
seated [1] 3/5
second [1] 4/7
see [1] 3/20
sent [2] 3/17 3/19
set [1] 3/14
she's [1] 6/11
should [2] 3/19 8/7
Signed [1] 10/15
significant [2] 6/8 6/24
sir [13]
so [8] 3/14 4/10 4/18 5/8 5/16 5/20 7/19 9/21
someone [2] 7/5 8/18
something [1] 8/13
sort [1] 6/25
speak [3] 4/9 4/9 4/10
stand [1] 9/18
standby [4] 8/7 8/11 8/14 8/16
standpoint [1] 9/5

## S

state [1]  5/15
statements [1]  10/2
STATES [8]  1/1 1/4 1/11 1/14 3/7 9/15
 9/25 10/14
still [2]  5/19 6/20
Street [4]  1/15 1/19 1/22 10/23
studied [1]  5/10
study [2]  6/5 6/5
studying [1]  5/12
subject [1]  9/22
subject-matter [1]  9/22
SUBSTITUTE [2]  1/10 2/3
such [3]  7/14 8/7 8/9
suffer [1]  7/20
sui [2]  4/24 5/5
Suite [1]  1/15
sure [1]  4/14

## T

take [2]  4/11 8/24
talking [1]  5/2
Taylor [2]  1/19 3/21
Telephone [4]  1/16 1/20 1/23 10/24
Tell [1]  3/16
telling [2]  4/12 7/22
term [1]  5/4
terminate [1]  3/24
TEXAS [10]  1/2 1/5 1/15 1/16 1/19 1/20
 1/22 10/18 10/19 10/23
Thank [1]  3/5
that [41]
that's [8]  6/12 6/12 6/17 7/14 8/9 8/16
 8/18 8/21
that's -- I [1]  8/21
the -- why [1]  6/10
them [2]  6/5 6/5
then [2]  5/18 8/22
there [4]  5/20 5/23 8/22 9/4
there's [3]  3/13 4/8 8/18
therefore [1]  8/3
they [2]  4/10 8/21
thing [2]  4/7 6/25
things [2]  4/14 9/4
think [3]  3/19 7/12 8/12
this [15]
those [4]  6/3 6/21 6/21 10/13
three [1]  5/12
time [4]  4/11 6/25 9/8 10/1
touched [1]  7/21
trained [1]  7/11
TRANSCRIBER'S [1]  10/7
transcript [4]  1/10 1/24 10/9 10/12
TRANSCRIPTIONIST [1]  1/21
Transcriptionist's [1]  2/5
trial [2]  8/17 9/19
true [1]  10/9
trying [1]  7/5
two [1]  5/12

## U

Uh [1]  3/22
Uh-huh [1]  3/22
under [5]  8/25 9/10 9/13 9/14 9/19
understand [13]
understand -- we'll [1]  6/17
UNITED [8]  1/1 1/4 1/11 1/14 3/7 9/14
 9/25 10/14
unwise [1]  7/12
up [1]  8/19
us [2]  8/11 8/13
used [1]  4/24

useless [1]  10/1

## V

versus [2]  1/6 3/7
very [1]  3/19
VOLUME [1]  1/10
voluntarily [2]  8/2 9/1
voluntary [2]  4/15 7/22

## W

waived [2]  8/2 9/2
waiver [1]  4/15
want [5]  3/14 4/6 4/12 8/11 8/19
wanted [1]  3/14
was [3]  3/19 5/16 6/13
waste [1]  10/1
way [2]  7/14 7/14
we [1]  8/11
we'll [1]  6/17
we're [1]  5/2
WEAST [10]  1/7 3/7 3/10 3/13 3/16
 4/18 8/13 8/15 9/5 9/7
well [3]  3/24 6/12 8/24
what [3]  6/19 9/9 9/12
what's [1]  3/16
which [2]  3/11 6/9
who [2]  8/16 8/18
why [1]  6/10
will [2]  9/2 10/2
wish [2]  7/15 8/15
Word [1]  2/6
WORTH [7]  1/3 1/5 1/16 1/20 1/22
 10/20 10/23
would [7]  5/4 7/11 8/11 8/11 8/12 8/13
 9/9
written [1]  3/10

## Y

yahoo.com [2]  1/23 10/25
Yeah [1]  4/6
year [2]  5/18 5/18
year-and-a-half [1]  5/18
years [1]  5/12
yes [19]
yet [1]  3/18
you [51]
you'll [1]  6/20
you're [8]  4/7 4/12 6/2 6/9 7/4 7/20 9/18
 9/18
you've [1]  7/13
your [10]  4/19 7/4 7/12 7/22 8/8 8/10
 8/17 8/17 9/2 9/6
yourself [11]