```
                                                                    1
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
                             FORT WORTH DIVISION

UNITED STATES OF AMERICA         .   CRIMINAL ACTION NO.
                                 .   4:14-CR-023-A-1
V.                               .
                                 .   Fort Worth, Texas
CHRISTOPHER ROBERT WEAST         .   May 21, 2014
. . . . . . . . . . . . . . . . .




                          TRANSCRIPT OF PROCEEDINGS
                            (Arraignment Hearing)
                    BEFORE THE HONORABLE JEFFREY L. CURETON
                         UNITED STATES MAGISTRATE JUDGE




APPEARANCES:

For the Government:              MS. AISHA SALEEM
                                 United States Attorney's Office
                                 801 Cherry Street, Suite 1700
                                 Fort Worth, Texas  76102-6897
                                 (817) 252-5200

For the Defendant:               Pro Se


Court Reporter:                  MS. ANA P. WARREN
                                 U.S. District Court Reporter
                                 501 W. 10th Street, Room 201
                                 Fort Worth, Texas  76102-3637
                                 (817) 850-6681




Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription.
```

```
 1                      P R O C E E D I N G S

 2          (Commencing, 9:35 a.m.)

 3          THE COURT:  All right.  The Court has set for

 4   arraignment several cases, and as I call your name, if you

 5   will please come forward and stand before the bench, you will

 6   be joined by your counsel, if you have counsel.

 7          Cause Number 4:14-CR-23, United States versus Christopher

 8   Robert Weast.

 9          Mr. Weast, if you will, please come forward and stand at

10   the direction of the marshal.  Ms. Aisha Saleem is present for

11   the government.  Mr. Weast is proceeding pro se.

12          Cause Number 4:14-CR-105, United States versus Arturo

13   Lemus.  Mr. Doug Allen is present for the government.

14          Mr. Lemus, if you would come forward and stand at the

15   direction of the marshal, please, you will be joined by

16   counsel, Ms. Brennan, Erin Brennan with the public defender's

17   office.

18          Cause Number 4:14-CR-106, United States versus Aaron

19   McMahan.  Present for the government is Mr. Mike Worley in

20   place of Mr. Josh Burgess, and Mr. Dimitri Dube for the

21   defense.

22          Cause Number 4:14-CR-82, United States versus Marrico

23   Edward Spears.  Mr. Jay Weimer is present for the government.

24   Mr. John Sweeney for the defense.

25          MR. SWEENEY:  Mr. Ashworth, also.
```

3

1       THE COURT:  And Mr. Bruce Ashworth.  Thank you.
2    Cause Number 4:14-CR-87, United States versus Reginald
3  Guy.  Ms. Nancy Larson is present for the government.
4  Mr. Robin McCarty for the defense.
5    And in the same cause number, United States versus Abbas
6  Zahedi.  Mr. Timothy Baker is present for the defense.
7    Let me have each of the defendants please raise your right
8  hands and be sworn by my clerk.
9    (Defendants sworn by the clerk)
10       THE COURT:  Very well.  I'll note for the record that
11  all the defendants have answered in the affirmative.
12    Would you please state your full name for the record,
13  beginning with Mr. Weast?
14       DEFENDANT WEAST:  I'm sorry?
15       THE COURT:  Would you state your full name?
16       DEFENDANT WEAST:  Are we on the record?
17       THE COURT:  We are on the record.  Would you please
18  state your full name for this record?
19       DEFENDANT WEAST:  Would I --
20       THE COURT:  No.  State your name for the record,
21  Mr. Weast.
22       DEFENDANT WEAST:  Would I be able to have my hearings
23  in front of the sitting judge?
24       THE COURT:  This is a preliminary hearing for a not
25  guilty plea or arraignment.  You don't have a right to have

4

1   the consent or not consent to this preliminary proceeding.
2   You will have your --
3           DEFENDANT WEAST:  Does --
4           THE COURT:  Just a moment when I'm talking,
5   Mr. Weast.  This is what I warned you about at the last
6   hearing.
7           DEFENDANT WEAST:  I take exception --
8           THE COURT:  I hereby enter a not guilty plea on
9   behalf of Mr. Weast to all charges against him in the
10  superseding indictment.  He is remanded to the custody of the
11  United States Marshal.
12      Mr. Weast, I can't warn you enough not to do this
13  behavior --
14          DEFENDANT WEAST:  I take exception to the tone you're
15  taking with me --
16          THE COURT:  You will be before the district judge
17  from here on.
18          DEFENDANT WEAST:  Thank you.
19          THE COURT:  The judge will enter an order setting
20  your trial, and it will set forth all the instructions leading
21  up to trial.
22      If you would just follow the procedures and represent
23  yourself like you told me you were able to, you would be able
24  to participate in these proceedings.
25          DEFENDANT WEAST:  I take exception --

                                                                5

1           THE COURT:  I enter a not guilty on your behalf,

2    which I assume is what you want to do.  You don't want to

3    plead guilty, right?  Are you wanting to plead guilty today?

4           DEFENDANT WEAST:  I take exception to the tone you're

5    taking with me and the --

6           THE COURT:  That's fine.  You're remanded to the

7    custody of the United States Marshal.

8           DEFENDANT WEAST:  I take exception to the officers,

9    too --

10          THE COURT:  Your exception is noted for the record.

11       (End of proceedings as to Defendant Weast, 9:40 a.m.)

12

13

14

15                              -oOo-

16

17

18

19

20                           CERTIFICATE

21      I certify that the foregoing is a correct transcript from
         the record of proceedings in the above-entitled matter, and
22       that the transcript was prepared by me and under my
         supervision.
23
         s/  Ana P. Warren                        July 11, 2014
24       Ana P. Warren, CSR #2302                     Date
         U.S. District Court Reporter
25                              -oOo-