IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 14 PM 3: 34

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST(01) | |

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | R. Watkins | photo - house exterior | | | |
| 2. | R. Watkins | photo – living room | | | |
| 3. | R. Watkins | photo – living room computer | | | |
| 4. | R. Watkins | photo – kitchen | | | |
| 5. | R. Watkins | photo – hallway | | | |
| 6. | R. Watkins | photo – Weast's bedroom | | | |
| 7. | R. Watkins | photo – Weast's bedroom closet | | | |
| 8. | R. Watkins | photo – Weast's bedroom - computers | | | |
| 9. | R. Watkins | photo – Weast's bedroom – desk top | | | |
| 10. | R. Watkins | photo – Weast's bedroom close up | | | |

Government's Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - laptop | | | |
| 12. | R. Watkins<br>J. Thompson | photo – Weast's bedroom external drive | | | |
| 13. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk contents | | | |
| 14. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk - drives | | | |
| 15. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks | | | |
| 16. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks close up | | | |
| 17. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - hard drives | | | |
| 18. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – another drive | | | |
| 19. | R. Watkins<br>J. Thompson | photo- view from Weast's bedroom | | | |
| 20. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 21. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 22. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom - computer | | | |
| 23. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom – computer close up | | | |
| 24. | R. Watkins<br>J. Thompson | photo – hallway | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 25. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom | _____ | _____ | _____ |
| 26. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - computer | _____ | _____ | _____ |
| 27. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom – computer media | _____ | _____ | _____ |
| 28. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - closet | _____ | _____ | _____ |
| 29. | R. Watkins<br>J. Thompson | photo – Weast's mail | _____ | _____ | _____ |
| 30. | R. Watkins<br>J. Thompson<br>J. Willingham | Weast's laptop - photo | _____ | _____ | _____ |
| 31. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop photo (close up) | _____ | _____ | _____ |
| 32. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop (underneath) photo | _____ | _____ | _____ |
| 33. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop and hard drive photo | _____ | _____ | _____ |
| 34. | R. Watkins<br>J. Thompson<br>J. Willingham | Hard drive from laptop - photo | _____ | _____ | _____ |
| 35. | R. Watkins<br>J. Thompson<br>J. Willingham | W.D. External drive photo | _____ | _____ | _____ |
| 36. | R. Watkins<br>J. Willingham | W.D. External drive photo | _____ | _____ | _____ |

Government's Exhibit List - Page 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 37. | R. Watkins<br>S. Murray<br>J. Willingham | Laptop computer | _____ | _____ | _____ |
| 38. | R. Watkins<br>S. Murray<br>J. Willingham | Western Digital External drive | _____ | _____ | _____ |
| 39. | J. Willingham | Image of external drive | _____ | _____ | _____ |
| 40. | J. Willingham | Image of laptop | _____ | _____ | _____ |
| 41. | J. Willingham | Forensic Report | _____ | _____ | _____ |
| 42. | R. Watkins<br>J. Willingham | child pornography image - !10yo_tied… (count 1 image) | _____ | _____ | _____ |
| 43. | R. Watkins<br>J. Willingham | child pornography image – (Pthc) Tori…18.jpg (count 1 image) | _____ | _____ | _____ |
| 44. | R. Watkins<br>J. Willingham | child pornography image – (pthc) tori… (count 1 image) | _____ | _____ | _____ |
| 45. | R. Watkins<br>J. Willingham | child pornography image – (lolitaguy))… (count 1 image) | _____ | _____ | _____ |
| 46. | R. Watkins<br>J. Willingham | child pornography image - !!pthc lsm…. (count 1 image) | _____ | _____ | _____ |
| 47. | R. Watkins<br>J. Willingham | child pornography image – Lucifer's …. (count 1 image) | _____ | _____ | _____ |
| 48. | R. Watkins<br>J. Willingham | child pornography video- !!!!Pthc Donna… (count 2 video) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49. | R. Watkins<br>J. Willingham | still frames from video | _____ | _____ | _____ |
| 50. | J. Willingham | Directory - laptop (Users) | _____ | _____ | _____ |
| 51. | J. Willingham | Directory - laptop Users – expanded | _____ | _____ | _____ |
| 52. | J. Willingham | Directory – laptop Downloads – expanded | _____ | _____ | _____ |
| 53. | J. Willingham | Directory - laptop Program Files | _____ | _____ | _____ |
| 54. | J. Willingham | Directory - laptop Program Files – expanded | _____ | _____ | _____ |
| 55. | J. Willingham | Directory – laptop Shareaza | _____ | _____ | _____ |
| 56. | J. Willingham | Directory – laptop Shareaza Applications | _____ | _____ | _____ |
| 57. | J. Willingham | Directory – WD Drive Practice subdirectory | _____ | _____ | _____ |
| 58. | J. Willingham | Directory – WD Drive Practice subdirectory (expanded) | _____ | _____ | _____ |
| 59. | J. Willingham | Directory – WD Drive Destiny (expanded) | _____ | _____ | _____ |
| 60. | J. Willingham | Directory – WD Drive Practice\Pics (expanded) | _____ | _____ | _____ |
| 61. | J. Willingham | Video file - Upshorts | _____ | _____ | _____ |
| 62. | J. Willingham | Still images from Upshorts video file | _____ | _____ | _____ |
| 63. | J. Willingham | Video file – laying out | _____ | _____ | _____ |

Government's Exhibit List - Page 5

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64. | J. Willingham | Still image(s) from laying out video file | _____ | _____ | _____ |
| 65. | J. Willingham | Destiny/ID images | _____ | _____ | _____ |
| 66. | J. Willingham | Recently used files | _____ | _____ | _____ |
| 67. | J. Willingham | Search terms | _____ | _____ | _____ |
| 68. | J. Willingham | Video – K directory | _____ | _____ | _____ |
| 69. | J. Cullers/COR | AT&T /SBC Business records | _____ | _____ | _____ |
| 70. | P. Carlon | Western Digital Business records | _____ | _____ | _____ |
| 71. | Simmons Sgt. Benjamin | IAD records FWPD | _____ | _____ | _____ |
| 72. | Simmons Sgt. Benjamin J. Thompson | Transcript – IAD call w/ Thompson (July 12, 2012) | _____ | _____ | _____ |
| 73. | Simmons Sgt. Benjamin R. Watkins | Transcript – IAD call (July 25, 2012) | _____ | _____ | _____ |
| 74. | Simmons Sgt. Benjamin | Affid by C. Weast IAD records | _____ | _____ | _____ |
| 75. | Simmons Sgt. Benjamin | Affid by B. Weast | _____ | _____ | _____ |
| 76. | R. Watkins Sgt. Benjamin Simmons | Transcript- interview of C. Weast | _____ | _____ | _____ |
| 77. | self-authenticating | copyright notice | _____ | _____ | _____ |
| 78. | R. Watkins | screen capture Downloads/ "Chris" | _____ | _____ | _____ |

Government's Exhibit List - Page 6

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 79. | R. Watkins<br>A. Garza<br>M. Baggott<br>M. Womble | Weast DL photo | _____ | _____ | _____ |
| 80. | R. Watkins | undercover downloads screen captures – disk | _____ | _____ | _____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, the foregoing Government's Exhibit List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney