

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Randy Watkins<br>Detective<br>Fort Worth PD<br>Fort Worth, TX | Will testify about child pornography investigation of defendant, including execution of a search warrant at defendant's home, evidence seized, child pornography images, and statements made by Weast and others.<br><br>Probable fact and opinion witness and witness with specialized knowledge regarding peer-to-peer investigations. Also possible impeachment witness. | ____/____ |
| 2. | S. Murry<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, chain of custody.<br><br>Possible fact witness. | ____/____ |
| 3. | Sgt. Jim Thomson<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, statements of defendant and other witnesses, chain of custody.<br><br>Possible fact witness and impeachment witness. | ____/____ |

Government's Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 4. | James Willingham<br>Forensic Examiner<br>FWPD<br>Fort Worth, TX | Will testify about a forensic examination on computers, hard drives, and other storage devices seized, the relevant evidence found, and chain of custody; will also testify about the imaging and processing of forensic evidence.<br>Probable expert and opinion witness. | _____/_____ |
| 5. | Jonathan Cullers<br>AT&T | Custodian of records regarding Internet access at Weast's home.<br>Probable COR witness. | _____/_____ |
| 6. | Matthew Womble<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about investigation after accepting case for federal prosecution; interviews with witnesses other than Weast.<br>Possible fact or impeachment witness. | _____/_____ |
| 7. | Pablo Carlon<br>Western Digital | Will testify that the hard drive is manufactured outside Texas.<br>Probable COR witness | _____/_____ |
| 8. | Armando Garza<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest of Weast and interviews with family members.<br>Possible fact and impeachment witness | _____/_____ |
| 9. | Scott Thompson<br>TFO<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact and impeachment witness | _____/_____ |
| 10. | Michael Baggott<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness | _____/_____ |
| 11. | Edmond Grant<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness | _____/_____ |

Government's Witness List - Page 2

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 12. | Kaela Lindsay | Can testify about facts related to the child pornography investigation, including identification of Weast, his knowledge about computers, and his attraction to minors.<br>Probable fact witness | _____/_____ |
| 13. | Quenia Pierson | Can testify about facts related to Weast, including identification of Weast and his attraction to minors.<br>Possible fact witness and impeachment witness | _____/_____ |
| 14. | Sgt Benjamin<br>FWPD<br>Fort Worth, Texas | Can testify about Weast's IA report and dismissal of the investigation.<br>Possible fact or impeachment witness | _____/_____ |
| 15. | R.H. Simmons<br>FWPD<br>Fort Worth, Texas | Can testify as a custodian of records regarding IA complaint made by Weast<br>Possible COR, fact, and impeachment witness. | _____/_____ |
| 16. | Larry Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact witness and impeachment witness. | _____/_____ |
| 17. | Bobbie Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact and impeachment witness. | _____/_____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, the foregoing Government's Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney