UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Cause No. 4-14-CR-023 A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## TRIAL EXHIBIT LIST
## OF DEFENDANT CHRISTOPHER ROBERT WEAST

NOW COMES defendant, CHRISTOPHER ROBERT WEAST, by and through his attorney, Angela Saad, Assistant Federal Public Defender, and, pursuant to Local Rule 16.1 (b), hereby files this notice that at this time the defendant will not submit any exhibits.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: _____
Angela Saad
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102-4612

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on July 14, 2014, I hand-delivered the foregoing Trial Exhibit List with the clerk for th U.S. District Court, Northern District of Texas, and to AUSA Aisha Saleem.

_____
ANGELA SAAD

1