UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Cause No. 4-14-CR-023 A |
| | § § | |
| CHRISTOPHER ROBERT WEAST | § | |

## TRIAL WITNESS LIST
## OF DEFENDANT CHRISTOPHER ROBERT WEAST

NOW COMES defendant **CHRISTOPHER ROBERT WEAST**, by and through undersigned counsel, and pursuant to Local Rule 16.1(b), hereby files a list of witnesses he may call in his defense in the trial of this matter:

| NO. | WITNESS | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | Randy Watkins<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 2. | S. Murray<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 3. | Sgt. Jim Thompson<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 4. | James Willingham<br>Forensic Examiner, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 5. | Jonathon Cullers<br>AT&T<br>(fact, predicate witness) | _____ | _____ |

6.     Pablo Carlon  
    Western Digital  
    (fact, predicate witness)

7.     Matthew Womble  
    Special Agent, FBI  
    (fact witness)

8.     Armando Garza  
    Task Force Officer, FBI  
    (fact witness)

9.     Scott Thompson  
    Task Force Officer, FBI  
    (fact witness)

10.     Michael Baggott  
    Task Force Officer, FBI  
    (fact witness)

11.     Edmond Grant  
    Special Agent, FBI  
    (fact witness)

12.     Kaela Lindsay  
    (fact witness)

13.     Quenia Pierson  
    (fact witness)

14.     Sgt Benjamin  
    Fort Worth PD  
    (fact witness)

15.     R.H. Simmons  
    (fact witness)

16.     Larry Weast  
    (fact witness)

17.     Bobbie Weast  
    (fact witness)

18.  Melanie Weast
     (fact witness)                          _____          _____

19.  Prentice Mayhall
     (fact witness)                          _____          _____

20.  Tony Pagan
     Investigator, Federal Public Defender   _____          _____
     (fact, predicate witness)

21.  Larry Weast
     (fact witness)                          _____          _____

22.  Melissa Keck
     (expert, fact witness)                  _____          _____

23.  Brett Welaj
     (expert, fact witness)                  _____          _____


Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: /s/
Angela Saad
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX  76102-4612

3

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on July 14, 2014, I hand-delivered the foregoing Trial Witness List with the clerk for th U.S. District Court, Northern District of Texas, and to AUSA Aisha Saleem.

_____
ANGELA SAAD