ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 8 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

### MINUTE ORDER - COURTROOM HEARING

JUDGE: McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

---

Case No.: 14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/08/14
Time: 2:05 p.m. - 2:24 p.m. (19 mins)

Government's counsel: Aisha Saleem

Defendant's counsel: Angela Saad

===================================================================

Hearing on government's motion for mental competency exam.

Defendant present in courtroom during morning hearing, and by video conferencing in afternoon.

Dr. Randall Rattan, sworn and testified.

**Government exhibit 1, offered and admitted.**

Defendant found competent to represent himself. Due to defendant's continued obstructive conduct, Federal Public Defender appointed to represent defendant for trial.

Hearing concluded.

Defendant remanded to custody.