# United States District Court
## Northern District of Texas
### Fort Worth Division

☐ ORIGINAL

UNITED STATES OF AMERICA )
)
v. )  No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 16 2014

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

## Letter to Public Trustee

The private trustee requests the public ~~trustee~~ to please settle and discharge the following bills attached and listed below as follows:

1. Indictment – 4-14CR-023-Y

2. Superseding Indictment  4:14-CR-023-Y

3. Second Superseding Indictment  4:14-CR-023-A

4. Third Superseding Indictment  4:14-CR-023-A

Respectfully Submitted,

*Christopher Robert Weast*
Without Recourse/Private Trustee
Authorized Representative

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

FEB 1 2 2014

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| CHRISTOPHER ROBERT WEAST (01) | **4-14CR-023-y** |

### INDICTMENT

The Grand Jury Charges:

### Count One
#### Possession of a Visual Depiction of a Minor
#### Engaged in Sexually Explicit Conduct
#### (Violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of

Texas, defendant **Christopher Robert Weast** did knowingly possess matter that contains

any visual depiction that had been shipped and transported using any means and facility

of interstate and foreign commerce and which was produced using materials which had

been mailed and shipped and transported using any means and facility of interstate and

foreign commerce, including by computer, the production of such visual depiction

involved the use of a minor engaging in sexually explicit conduct, and such visual

depiction was of such conduct.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number

WCAV5C309672, containing the following described file visually depicting minors

engaged in sexually explicit conduct and the lascivious exhibition of the genitals and

**Indictment – Page 1**

Christopher Robert West

indorsement without Recourse
Authorized Representative

pubic area of said minors, to include prepubescent minors, as defined in 18 U.S.C. § 2256:

| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |

In violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2).

Christopher Robert Weast

indorsement without Recourse
Authorized Representative

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C.

§ 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual

depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film,

videotape, or other matter which contains any such visual depiction, which was produced,

transported, mailed, shipped, or received in the offense; (b) any property, real or personal,

constituting or traceable to gross profits or other proceeds obtained from the offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote

the commission of the offense and any property traceable to such property.

[rest of page intentionally left blank]

**Indictment – Page 3**

Christopher Robert Weast

indorsement without Recourse
Authorized Representative

The above-referenced property subject to forfeiture from the defendant includes,

but is not limited to, any interest of the defendant in the following:

1.  One HP laptop computer, SN CNF8234HX7; and
2.  One Western Digital external drive, SN, WCAV5C309672

seized from Weast's residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

**Indictment – Page 4**

Christopher Robert Weast

indorsement without Recourse
Authorized Representative

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

---

### THE UNITED STATES OF AMERICA

### VS.

### CHRISTOPHER ROBERT WEAST (01)

---

### INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

---

A true bill rendered:

--------------------------------------------------------------------

FORT WORTH                                          FOREPERSON

Filed in open court this 12th day of February, A.D. 2014.

--------------------------------------------------------------------

Warrant to Issue

--------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE

Christopher Robert Weast

indorsement Without Recourse
Authorized Representative

**ORIGINAL**

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 MAY 14  PM 1: 57

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST (01)

No. 4:14-CR-023-Y
(Supersedes Indictment returned on
February 12, 2014)

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of Child Pornography
### (Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of
Texas, defendant **Christopher Robert Weast** did knowingly possess material that
contains an image of child pornography that has been shipped and transported using any
means and facility of interstate and foreign commerce, and that was produced using
materials that have been mailed, shipped and transported in and affecting interstate and
foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number
WCAV5C309672, containing the following described files depicting child pornography,
as defined in 18 U.S.C. § 2256(8)(A):

Chris Weast   Christopher Robert Weast

indorsement without Recourse
Authorized Representative

| File path | Description of the image |
|---|---|
| C\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2).

Chris Weast   Christopher Robert Weast

indorsement without Recourse
Authorized Representative

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of

Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography

using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Weast** received the following described file depicting child

pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpgeg.avi | A video of a nude minor female wearing a hood performing oral sex on a nude adult male; the video also depicts sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2).

**Superseding Indictment – Page 3**

Chris Weast   Christopher Robert Weast

indorsement without Recourse
Authorized Representative

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

Chris Weast Christopher Robert Weast

indorsement Without Recourse
Authorized Representative

The above-referenced property subject to forfeiture from the defendant includes,

but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, serial number CNF8234HX7; and
2. One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.


A TRUE BILL

FOREPERSON


SARAH R. SALDAÑA
UNITED STATES ATTORNEY


AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov


**Superseding Indictment – Page 5**

*Chris Weast* Christopher Robert Weast

indorsement Without Recourse
Authorized Representative

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252(a)(5)(B) and 2252(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252(b)(2)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

-----------------------------------------------------------------

FORT WORTH                                          FOREPERSON

Filed in open court this 14th day of May, A.D. 2014.

-----------------------------------------------------------------

Defendant in Custody

-----------------------------------------------------------------

UNITED STATES DISTRICT JUDGE

Chris Weast  Christopher Robert Weast

indorsement without Recourse
Authorized Representative

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

INDICTMENT

18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)

Possession of a Visual Depiction of a Minor
Engaged in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH _____ FOREPERSON

Filed in open court this 12th day of February, A.D. 2014.

Warrant to Issue

_____
UNITED STATES MAGISTRATE JUDGE

*Chris Weast* Christopher Robert Weast

indorsement without Recourse
Authorized Representative

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 11  PM 4: 22

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST (01)

No. 4:14-CR-023-A
**(Supersedes Indictment returned
on May 14, 2014)**

## SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of

Texas, defendant **Christopher Robert Weast** did knowingly possess material that

contains an image of child pornography that has been shipped and transported using any

means and facility of interstate and foreign commerce, and that was produced using

materials that have been mailed, shipped and transported in and affecting interstate and

foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number

WCAV5C309672, containing the following described files depicting child pornography,

as defined in 18 U.S.C. § 2256(8)(A):

*Chris Weast   Christopher Robert Weast*

indorsement without Recourse
Authorized Representative

| File path | Description of the image |
|---|---|
| C\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy -Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

Chris Weast Christopher Robert Weast

indorsement without recourse
Authorized Representative

Count Two
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of

Texas, defendant **Christopher Robert Weast** did knowingly receive any child

pornography using any means and facility of interstate and foreign commerce, including

by computer.

Specifically, **Weast** received the following described file depicting child

pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female wearing a hood performing sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

*Chris Weast Christopher Robert Weast*

indorsement Without recourse
Authorized Representative

## Forfeiture Notice
### (18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

**Second Superseding Indictment – Page 4**

indorsement without recourse

Authorized Representative

The above-referenced property subject to forfeiture from the defendant includes,

but is not limited to, any interest of the defendant in the following:

1.    One HP laptop computer, serial number CNF8234HX7; and
2.    One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

**Second Superseding Indictment – Page 5**

Chris Weast   Christopher Robert Weast

Indorsement Without Recourse
Authorized Representative

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

---

### THE UNITED STATES OF AMERICA

### VS.

### CHRISTOPHER ROBERT WEAST (01)

---

### SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

------------------------------------------------------------------------

FORT WORTH                                    _____ FOREPERSON

Filed in open court this 11th day of June, A.D. 2014.

------------------------------------------------------------------------

Defendant in Custody

------------------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE

*Chris Weast*   *Christopher Robert Weast*

indorsement Without Recourse

~~Weast~~, Authorized Representative

Without Recourse

ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JUL -1  PM 3: 27

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST (01)

No. 4:14-CR-023-A
**(Supersedes Indictment returned
on June 11, 2014)**

## THIRD SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

*Chris Weast   Christopher Robert Weast*

indorsement Without Recourse
Authorized Representative



| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C:\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C:\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy -Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

*Chris Weast   Christopher Robert Weast*

indorsement Without Recourse
Authorized Representative

## Count Two
### Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of

Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography

that was shipped and transported in and affecting interstate and foreign commerce by any

means, including by computer.

Specifically, **Weast** received the following described file depicting child

pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female who is wearing a hood and engaged in sexual intercourse with an adult male |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

**Third Superseding Indictment – Page 3**

Chris Weast   Christopher Robert Weast

indorsement Without Recourse
Authorized Representative

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

Chris Weast Christopher Robert Weast

indorsement without Recourse
Authorized Representative

The above-referenced property subject to forfeiture from the defendant includes,

but is not limited to, any interest of the defendant in the following:

1. One HP laptop computer, serial number CNF8234HX7; and
2. One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

/FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

**Third Superseding Indictment – Page 5**

_Chris Weast_ Christopher Robert Weast
Indorsement Without Recourse
Authorized Representative

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

THIRD SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

DALLAS                                                              FOREPERSON

Filed in open court this 01st day of July, A.D. 2014.

Defendant in Custody

UNITED STATES MAGISTRATE JUDGE

*Chris Weast* Christopher Robert Weast

indorsement without Recourse

Authorized Representative

Special
Mail

Legal
Mail

Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas 76168
c/o

-AST

Special
Mail

Confidential

Communications

≈47797-177≈
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Do Not Open

Special
Mail

U.S. POSTAL SERVICE
FORT WORTH, TX
761
2014 JUL 15  AM 11:54
CLERK OF COURT

CLERK OF COURT
2014

