IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## O R D E R

Came on for consideration a memorandum in support of objection to jury charge, filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**. Having considered such motion, the court has determined that it would benefit from an expedited response by the government. Therefore,

The court ORDERS that United States by 3:00 p.m. on July 18, 2014, file her response to the above-described motion.

SIGNED July 17, 2014.

JOHN McBRYDE
United States District Judge