☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

[FILED STAMP: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUL 18 2014 @ 2:04 pm CLERK, U.S. DISTRICT COURT By ___ Deputy]

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST ) De Identitate Nominis

## AFFIDAVIT OF FACT

I am a king by divine right of kings, by the grace of God, and I come in peace.

I am filing this de identitate nominis, meaning of identical name, a writ to cause the release of a person of the same name as that of the true defendant, because I am not the true defendant.

CHRISTOPHER ROBERT WEAST in my conclusion, is a certificate, license and negotiable instrument which is the true defendant.

~~Negatio destruit neg~~

Negatio conclusionis est error in lege, or the denial of a conclusion is error in law.

It is my conclusion that CHRISTOPHER ROBERT WEAST is a fictitious name which is a feigned or pretended name employed by one relating it to another, not himself and a fictione juris (fiction of law).

A fiction of law will not prevail where the fact appears. Fictio juris non est ubi veritas. Fictio cedit veritati. Fiction gives way to truth.

I have come to the conclusion that CHRISTOPHER ROBERT WEAST is a fictious person which becomes a fictious payee better known as an imaginary person.

I have come to the conclusion that CHRISTOPHER ROBERT WEAST is a negotiable instrument being used in this case in order to bind the king but supreme power can dissolve itself; it cannot bind itself. Potestas suprema seipsum dissolvere potest, ligare non potest.

The UNITED STATES OF AMERICA is a foreign corporation, a corporation created by, or organized under, the laws of another state, government, or country and the UNITED STATES OF AMERICA is incorporated in the State of Colorado which means it is organized under, the laws of another state, government, or country because the states are all separate nations and foreign to each other.

I am being confined as the result of an error of law and an error of law injures. (Error juris nocet.)

I am not the alter ego, the other I or the other self.

I am not a vessel belonging to or employed in the government of the United States nor am I a vessel of the United States.

I have come to the conclusion that the certificate is the licensed vessel which belongs to the UNITED STATES.

Rex non potest peccare. (The king can do no wrong.

I offer the peace of the king (Pax regis) and the peace of the church (Pax ecclesiae).

I hold a private right in my individual capacity and known as jus privatum, and right I hold in a representative capacity is known as jus publicum.

I am awaiting the judicium Dei (the judgment of God and God alone, not a judge, can judge me.

The king is not bound by any statute, if he be not expressly named to be so bound. See Broon's Legal Maxims 72 (Roy n'est lie per ascun statute, si il ne soit expressement nosme).

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed on: July 16, 2014

James Joseph Smith
Authorized Representative
without Recourse



2014 JUL 18 PM 2:04
CLERK OF COURT

Chris Weast
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail
Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

July 16, 2014