July 16, 2014

1 of 6

United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 18 2014
2:04 p.m.
CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

AFFIDAVIT OF FACT
DECLARATION OF NATIONALITY
Ex Rel Superseding Information

I am a natural flesh and blood aboriginal and indigenous people, to the land, and I come in peace.

I am a National of the Republic of Texas which is the highest ranking "citizen" in a nation.

In a court of law, everything is based on information, therefore I present to the court Ex Rel or ex-relatione, regarding information concerning the fictional Corporate Person, which cannot speak for itself.

July 16, 2014



CHRISTOPHER ROBERT WEAST is a fictional corporate person which this court is using a presumption it is me but I am not it.

I am not the thing known as CHRISTOPHER ROBERT WEAST.

The designation of one is the exclusion of the other; and what is expressed prevails over what is implied. (designatio unius est exclusio alterius, et expressum facit cessare tacitum.)

Anyone may waive or renounce the benefit of a principle or rule of law that exists only for his protection, (Cuilbet licet juri pro se introducto renunciare.) and I waive and renounce all benefits and priviledges which exist for the corporate fiction, CHRISTOPHER ROBERT WEAST.

I am the Authorized Representative for CHRISTOPHER ROBERT WEAST as it, as a corporate fictional person, cannot speak for itself.

July 16, 2014



Authorized Representative means, a word of permission; to empower; to give a right to act, as an agent, an officer of a corporation or association, a trustee, executor, or administrator of an estate, or any other person empowered to act for another.

CHRISTOPHER ROBERT WEAST is civiliter mortuus meaning it is civilly dead, dead in the view of the law and/or one who has lost civil rights and capacities and is accounted as dead in the law.

I am alive in full life, meaning alive both civilly and physically, neither dead nor civiliter mortuus.

I am not aware of any point where I knowingly, willingly, willfully with the intention of consenting, agreed that I am the corporate fictional person known as CHRISTOPHER ROBERT WEAST and any such contract or agreement which might evidence otherwise, is void, ab initio, due to the fact that all contracts and/or agreements were obtained through a mistak of fact, mistake of law, fraud, constructive fraud, and/or fraud inducing the making of the contract.

July 16, 2014



I have never knowingly, willfully, willingly nor intentionally waived, revoked or relinquished my nationality nor am I aware of knowingly, willingly, willfully or intentionally consenting to a foreign corporate jurisdiction.

To refer errors to their orgin is to refute them. (Errores ad sua principia referre est refellere)

The court maybe working under the presumption that I aw representing the corporate fictional person, CHRISTOPHER ROBERT WEAST in some form of trust.

I am not aware of any point that I knowingly, willfully, willingly and/or intentionally agreed to, or consented to, being the corporate fictional person CHRISTOPHER ROBERT WEAST.

The corporate fictional person was created by the American Bank Note Company.

I am created by God, the creator of all people, and I am one of the people.

I am a human being, not a person as stated in the maxim, every person is a human being, but not every human being a person (Omnis persona est homo, sed non vicissim).

A presumption yields to the truth. (Praesumptio cedit veritati.)

A thing, to be brought to judgment, must be definite, (Oportet quod certa res deducatur in judicium) and I am not the thing CHRISTOPHER ROBERT WEAST.

I am unaware of any injured party therefore I am of the conclusion that this is not a tort action, so this must be a commercial crime, charged against the corporate fictional person CHRISTOPHER ROBERT WEAST.

I am being held, detained and confined unlawfully at the Federal Corrections Institute in Fort Worth Texas as though I am the Corporate Fictional person or fictious person and clearly I am not it now that I have ~~cleared~~ corrected the

errors, on and for the record.

I declare under penalty of perjury under the laws of the united states of America (without the UNITED STATES) that the foregoing is true and correct.

July 16, 2014
Executed on

James Joseph Smith
Authorized Representative
Without Recourse

~~James Joseph Smith~~ Chris Weast
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail Confidential Communications

NORTH TEXAS TX P&DC
DALLAS TX 750
17 JUL 2014 PM 6 L

Rosa Parks

Special Mail Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

CLERK OF COURT
2014 JUL 18 PM 2:04

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

Special Mail

76102364185