☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 18 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## PLEA TO JURISDICTION

I am challenging both the personal jurisdiction as well as the subject-matter jurisdiction based on the following:

Aisha Saleem and the government have failed to provide, in writing, the required proof of jurisdiction, on and for the record.

Aisha Saleem, as representative for the government, must provide, in writing, and on the record, the jurisdiction of this case.

I demand that Aisha Saleem, as representative for the government, provide the bid bond, on and for the record.

This court further loses jurisdiction, mainly subject-matter jurisdiction due to the fact the record reflects an unsigned warrant and where a warrant was not signed by a judge, the court loses both personal jurisdiction and subject-matter jurisdiction.

If this is a tort action, the government must provide evidence of an injured party.

If this is a commercial crime then the government must provide the bid bond for settlement or this court lacks jurisdiction.

Therefore, it is my conclusion that unless the government provides proof, in writing, of the jurisdiction, the court is without jurisdiction and must dismiss this case for want of jurisdiction.

Respectfully Submitted,

James Joseph Smith
Authorized Representative
Without Recourse

## Certificate of Conference

I Certify that I did not conference Aisha Saleem or the government. I assume that the government would oppose the Plea to Jurisdiction.

James Joseph Smith
Authorized Representative
Without Recourse

## Certificate of Service

I hereby certify that on July 14, 2014, the foregoing Plea to jurisdiction was ~~signed~~ served via postal mail to Aisha Saleem, 801 Cherry Street, Suite 1700, Fort Worth, Texas, 76102.

James Joseph Smith
Authorized Representative
Without Recourse

Chris Weese
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas 76119

Special Mail
Confidential Communications

NORTH TEXAS TX 760
DALLAS TX 750
17 JUL 2014 PM 5 L

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUL 18 PM 2:04

CLERK OF COURT

✧47797-177✧
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7510235418S