ORIGINAL  Case 4:14-cr-00023-A  Document 138  Filed 07/18/14  Page 1 of 2  PageID 771 

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 18  PM 2:33

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S PROPOSED INSTRUCTION

TO THE HONORABLE JOHN MCBRYDE, UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's order, the government files this proposed instruction relating to the defendant not appearing in Court during trial:

The parties have conferred regarding an agreed instruction addressing the defendant's absence from the courtroom, and although the instructions are similar, we were unable to reach a final agreement.

Therefore the government submits the proposed instruction:

<u>Government's proposed instruction</u>:

Members of the jury, you will have noticed that the defendant was not present in the courtroom. You are instructed that the defendant's absence has no bearing on whether the government has satisfied its burden of proof regarding its case. Therefore, you may not consider his absence for any purpose, either for or against the defendant, during your deliberations.

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:  817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, the foregoing Government's Response to Weast's Objection to the Charge was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney