IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER

After having received and reviewed the motion filed on behalf of defendant, **CHRISTOPHER ROBERT WEAST**, for leave to file supplemental designation of expert, the proposed supplemental designation of expert witness that would be filed if leave were to be granted, and the government's response to such motion for leave, the court has concluded that before ruling on such motion for leave defendant, through counsel, should be required to file with the court, and provide a copy to counsel for the government, by 10:00 a.m. on July 22, 2014, a document setting forth a complete statement of all opinions Bill McGregor would give if he testifies and the basis and reasons for each of the opinions. Therefore,

The court ORDERS that by 10:00 a.m. on July 22, 2014, defendant, through his counsel, file a document, and serve a copy on counsel for the government, setting forth a complete statement of all opinions Bill McGregor would give if he were to testify as

an expert witness and the basis and reasons for each of such opinions.

    SIGNED July 18, 2014.

                                     JOHN McBRYDE
                                     United States District Judge