UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Cause No. 4-14-CR-023 A |
| CHRISTOPHER ROBERT WEAST | § | |

## ORDER

On this day came the defendant, Christopher Robert Weast, through counsel, the Federal Public Defender's Office for the Northern District of Texas, and moved for this Court to for leave to deliver to the Court out of time the motion to suppress. The Court, having considered said motion, and the motion is granted/~~is not granted~~.

Signed ENTERED this 21 day of July, 2014.

FORT WORTH, TEXAS.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE