NORTHERN DISTRICT OF TEXAS
FILED

JUL 21 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER

After having considered the relief sought by the document filed in the above-captioned case on July 21, 2014, by defendant, **CHRISTOPHER ROBERT WEAST**, titled "Motion to Suppress Evidence Seized as a Result of an Unlawful Search and Seizure," and the government's response thereto, the court has concluded that such motion should be denied. As defendant recognized in his motion, the arguments on which he predicated his motion essentially have been rejected by other courts of appeals, and a United States District Court within the Fifth Circuit. Mot. at 5. The court is satisfied that the Fifth Circuit, if called upon to decide the issue, would align itself with the other courts on the issues pertinent to the motion. The court disagrees with defendant that the recent opinion of the Supreme Court in Riley v. California, 134 S.Ct. 2473 (2014) is applicable. As the other courts have held, there clearly was no reasonable expectation of privacy in the files defendant shared with the public, nor did he have any

reasonable expectation of privacy in the subscriber information maintained by the internet provider. Therefore,

The court ORDERS that such motion to suppress be, and is hereby, denied.

SIGNED July 21, 2014.

_____
JOHN McBRYDE
United States District Judge