United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy
```

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## AFFIDAVIT OF FACT

I am James Joseph Smith, formerly Christopher Robert Weast, in propria persona, National, Texas National (Republic of Texas), who is attached to the land aboriginal and Indigenous, not to the States/Corporations, as a natural person, a Natural flesh and blood being for the defendant CHRISTOPHER ROBERT WEAST (Hereinafter "The Corporate Fiction; Fictious Person; Defendant; The corporate construct; It") to show as follows:

## FACTS

1. I am James Joseph Smith, formerly Christopher Robert Weast, (Hereinafter "I; I am; Me; My; Myself.")

2. I am is not The Corporate Fiction.

3. The Corporate Fiction is not I am.

4. The court is acting ~~under~~ with the presumption that the Fictious Person has power of attorney over me.

5. It does not have power of attorney over I am.

6. It is not a he or a she nor is It a natural person, flesh and blood being

7. I am is a natural flesh and blood being.

8. I am is the authorized representative for It.

9. It is a corporate construct better known as a negotiable instrument which I am is not.

0. I am ~~coming~~ comes to this court in peace.

1. Aisha Saleem represents a foreign corporation as foreigners to the nation and therefore must prove the jurisdiction, on and for the record.

2. I am is not the property of any foreign corporation.

3. The designation of one is the exclusion of the other; and what is expressed prevails over what is implied, and I am is not It, and It is not I am.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2014

James Joseph Smith
Authorized Representative
Without Prejudice
Not a corporate fiction

Chris Weast A/R
47797-177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUL 21 PM 12: 36

CLERK OF COURT

Special Mail)
Confidential
Communication

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX PNDC
DALLAS TX 750
18 JUL 2014 PM 6 A