United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2014
12:36 pm cs
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## AFFIDAVIT OF FACT

I am James Joseph Smith, (Hereinafter "I am; me; I; My; Myself") a national of the Republic of Texas and divine peaceful, flesh and blood spirit and I come in peace as authorized representative for CHRISTOPHER ROBERT WEAST (Hereinafter "It; THE Corporate Fiction; THE Fictious Person")

## FACTS

1. The Corporate Fiction does not consent to Angela Saad, Peter Fleury and/or Christopher A. Curtis representing It.

2. The Corporate Fiction's authorized representative is ~~a~~ Me.

3. I am refusing to consent to this court, this court erroneous orders, and/or anything this court tries to do to me.

4. I am willing to plead ~~~~ ~~~~ The Corporate Fiction guilty on the condition that the government produce all of the bonds required in order to bring forth this commercial crime.

Executed on: July 17, 2014          James Joseph Smith
                                    Authorized Representative
                                    Without Recourse

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed on July 17, 2014           James Joseph Smith
Sent on July 17, 2014               Authorized Representative
                                    Without Recourse

United States District Court
Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST )

## AFFIDAVIT OF FACT

I am James Joseph Smith, divine flesh and blood being hereinafter referred to as ("I am, Me, My, Myself, King")

1. I am the natural flesh and blood divine being and currently restrained and confined at liberty at the Federal Corrections Institution (hereinafter "FCI")

2. FCI is unlawfully holding my incoming and outgoing mail unless it is addressed to the court from me or from me to the court.

3. I am making a record of the fact that FCI

employees are working in collusion with Aisha Saleem, John McBryde, Matt Womble, Randy Watkins, Angela Saad, Christopher A. Curtis, Peter Fleury, Jeffery Cureton, and Terry Means in order to unlawfully confine and restrain the king at liberty in order to add profits to their foreign corporations which they all represent.

4. I have been written a "shot" for using my chosen name on outgoing mail because FCI knows that they are confining and restraining real live people and not property known as birth certificates in their unlawful slavery scam.

5. To quote several FCI employees, "It is not about what you did, it is about what we say you did."

6. I am documenting the fact that I have sent out several pieces of mail which were addressed to my family and none of those items have been received by my family.

7. On Monday, July 14, 2014, I sent a legal size envelope to Bobbie Weast and as of Thursday, July 17, 2014 she has yet to receive it.

3 of 3

8. On or about July 3, 2014, FCI stopped a letter addressed to Bobbie Weast which had two envelopes in it, one with Winnie the Pooh drawn on it and the other with a Palm Tree drawn on it, and a motion for the court which was to be copied and filed in this unlawful alleged case against a sovereign.

9. I am not CHRISTOPHER ROBERT WEAST and this court can't force me to be, since it is a corporate fictious person and I am not.

10. FCI along with all co-conspirators, use this phony criminal just us system to turn people into slaves through the use of statutes created by a foreign corporation and the use of a fraudulent contract created when the people are babies.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

Executed On: July 17, 2014
Mailed on July 17, 2014

James Joseph Smith
Authorized Representative
Without Recourse

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 JUL 21   PM 12: 36

CLERK OF COURT

NORTH TEXAS TX P&DC
DALLAS TX 750
18 JUL 2014   PM 11 L

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

Chris Weast A/R
47797177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Republic of Texas, [76119]
USA

Special Mail)
Confidential
Communications