IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
JUL 21 2014
CLERK, U.S. DIST.
By _____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

O R D E R

The court has determined that a hearing should be held in the above-captioned action, pertaining to the upcoming trial of defendant, **CHRISTOPHER ROBERT WEAST**. Therefore,

The court ORDERS that a hearing be, and is hereby, set for 10:30 a.m. on July 22, 2014, in the Second Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place defendant, counsel assigned to represent defendant in this case, and counsel assigned to represent the government, are to be present for such hearing.

SIGNED July 21, 2014.

_____
JOHN McBRYDE
United States District Judge