

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
JUL 17 2014
CLERK, U.S. DISTRICT COURT
By _____

## CORRECTED MINUTE ORDER - TELEPHONE HEARING

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz

Case No. 4:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/17/14        Time: 3:24 p.m. - 4:06 p.m.

Government's counsel: Aisha Saleem

Defendant's counsel: Angela Saad, Chris Curtis

===============================================================================

Telephone conference/hearing to consider matters pertaining to trial.

By 3:00 p.m. on July 18, 2014: (1) the parties are to file agreed language for an instruction or explanation to provide the jury regarding defendant's absence from the courtroom, or, if the parties are unable to agree on such language, each party to file a document with suggested language for such an instruction or explanation; (2) counsel for defendant are to inform the court by written filing (i) if counsel are able to communicate with defendant concerning his cooperation with making a video for purposes of identification to the jury, and (ii) of ways to communicate with defendant during the trial if he is not in the courtroom during trial.

As to certain motions defendant indicated would be filed on July 18, 2014, the government is to file by 12:00 p.m. on July 21, 2014, a response to such motions.

Court granted motion in limine regarding prior conviction, except that if the government believes such evidence to be admissible or relevant counsel may approach the bench to raise that issue.

Motion in limine as to alleged acts of misconduct or extraneous offenses: item #1 denied; #2 granted on the assumption the government has done this; #3, denied; #4, granted on the assumption the government has done this; and #5, to be addressed during trial.

Hearing concluded.