ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 21 2014
CLERK, U.S. DISTRICT COURT
By _____

MINUTE ORDER - TELEPHONE HEARING

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Keith Johnson

---

Case No. 4:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/21/14          Time:  3:00 p.m. - 3:31 p.m.

Government's counsel: Aisha Saleem

Defendant's counsel: Angela Saad

===============================================================================

Telephone conference/hearing to consider matters pertaining to trial.

Hearing set for 10:30 a.m. on July 22, 2014, in second floor courtroom. Government, defendant, and defendant's appointed counsel to be present.

Hearing concluded.