☐ ORIGINAL

Office of the Presiding Judge
District Court of the United States ("DCUS")
501 West Tenth Street, Room 310
Fort Worth 76102
Texas, USA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 22 2014

CLERK, U.S. DISTRICT COURT
By _____ Deputy

RE: # 4:14-CR-00023-A, USA [sic] v. WEAST

Greetings Your Honor:

I am hereby lodging a FORMAL REQUEST for the following information from the following persons. I am formally requesting the bond identification numbers, Bond Policy Numbers, and Bond Carrier's name for the following persons:

Aisha Saleem
Angela Saad
Christopher A. Curtis
Peter Fleury
Megan Fahey
Matt Womble
Jeffery Cureton
Terry Means
The U.S. District Clerk of Court

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

Executed on July 19, 2014

James
Authorized Representative
Without Prejudice

Chris Weast A/R
47797-177
P.O. Box 15330
Fort Worth, Texas [76119]
Federal Corrections Institute
USA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
WORTH DIVISION
2014 JUL 22  PM 12:09
CLERK OF COURT

7510236418S

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
21 JUL 2014  PM 9 L

