U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 22 2014
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## ORDER

Came on for consideration a supplemental motion for leave for designation of expert witness, filed in the above action by defendant, **CHRISTOPHER ROBERT WEAST**. Having considered such motion, the court has determined that it would benefit from an expedited response by the government that takes into account the supplemental motion and the court's order signed July 18, 2014, pertaining to defendant's motion to file supplemental designation of expert. Therefore,

The court ORDERS that United States by 10:00 a.m. on July 23, 2014, file her response to the above-described motion, taking into account the things the court has directed the government to consider in its response.

SIGNED July 22, 2014.

_____
JOHN McBRYDE
United States District Judge