Terry Means,

I, hereby request your bond Identification Number,
Bond Policy Number, and your Bond Carrier's Name.

CC:
    The Court
    Aisha Saleem
    Angela Saad
    Peter Fleury
    Megan Fahey
    Matt Womble
    Jeffery Cureton
    Terry Means

RECEIVED

JUL 21 2014

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

July 19, 2014                    James
Date                             Authorized Representative
                                 Without Recourse



NORTH TEXAS TX P&DC
DALLAS TX 750
21 JUL 2004 PM 9 L

RECEIVED
JUL 2 1 2014
CHAMBERS OF
JUDGE TERRY R. MEANS

Legal Mail

Malce

Chris Weast A/R
47977177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

⇔47797-177⇔
Eldon B Mahon
Judge Terry R. Means
501 W 10TH ST
FORT Worth TX 76102
United States