

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER -COURTROOM HEARING

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Ana Warren
CSO: Charles Waybourn

Case No.:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/22/14          Time:  10:35 a.m. - 10:45 a.m.

Government's counsel: Aisha Saleem

Defendant's counsel: Angela Saad
================================================================================
Hearing to discuss pretrial matters.

Defendant, Christopher Robert Weast, present in courtroom.

Hearing concluded.

Defendant remanded to custody.