```
                                                                        1
 1                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF TEXAS
 2                          FORT WORTH DIVISION

 3   UNITED STATES OF AMERICA        .  CRIMINAL ACTION NO.
                                     .  4:14-CR-023-A-1
 4   V.                              .
                                     .  Fort Worth, Texas
 5   ROBERT CHRISTOPHER WEAST        .  July 22, 2014
     . . . . . . . . . . . . . . . . .
 6

 7

 8
                         TRANSCRIPT OF PROCEEDINGS
 9                          (Pretrial Hearing)
                   BEFORE THE HONORABLE JOHN MCBRYDE
10                    UNITED STATES DISTRICT JUDGE

11

12

13

14   APPEARANCES:

15   For the Government:           MS. AISHA SALEEM
                                   United States Attorney's Office
16                                 801 Cherry Street, Suite 1700
                                   Fort Worth, Texas  76102-6897
17                                 (817) 252-5200

18   For the Defendant:            MS. ANGELA R. SAAD
                                   Federal Public Defender
19                                 819 Taylor Street, Room 9A10
                                   Fort Worth, Texas  76102
20                                 (817) 978-2753

21   Court Reporter:               MS. ANA P. WARREN
                                   U.S. District Court Reporter
22                                 501 W. 10th Street, Room 502
                                   Fort Worth, Texas  76102-3637
23                                 (817) 850-6681

24
     Proceedings recorded by mechanical stenography; transcript
25   produced by computer-aided transcription.
```

1                    ***P R O C E E D I N G S***

2           (Commencing, 10:30 a.m.)

3           THE COURT:  Good morning.

4       We're here for a hearing, a pretrial hearing, in Case

5   Number 4:14-CR-023-A, United States of America versus

6   Christopher Robert Weast.  Let's see.  Ms. Saleem is here

7   representing the government.  Ms. Saad is here as attorney for

8   the defendant.

9       Ms. Saad, why don't you and your client come to the podium

10  a minute.

11      Mr. Weast, if you would join her at the podium.

12           DEFENDANT WEAST:  I'm not doing this because you're

13  ordering me to.  I'm doing this because I have a question for

14  the prosecutor, and I would like you to let me ask one

15  question and I will --

16           THE COURT:  Is that microphone functioning?

17           DEFENDANT WEAST:  Here we go.  I'm sorry.  Can you

18  hear me now?

19           THE COURT:  I don't think that microphone is

20  functioning.  I don't believe it's working.  Is either one of

21  them working?

22           MS. SAAD:  I don't think so, Your Honor.

23           THE COURT:  Are any of the microphones working?

24      Why don't we hold on and see if we can get somebody here.

25  We'll see if we can get somebody here that can turn them up.

1       You all can be seated a minute while we deal with the
2  microphone problem.
3       (Brief pause in proceedings)
4            THE COURT:  Ms. Saad, why don't you and your client
5  come back to the microphone?
6       Mr. Weast, state your full name for the record.
7            DEFENDANT WEAST:  James Joseph Smith, sir, and I have
8  one -- I have two questions for the prosecutor.
9            THE COURT:  What did you say your name is?
10           DEFENDANT WEAST:  James Joseph Smith, and I have two
11 questions for the prosecutor.  I have this question:
12      Since there is no injured party in this case, then I have
13 to assume it's a commercial crime.  So where is the bid bond
14 for this case?
15      Also, what jurisdiction are we operating in, ma'am?
16           THE COURT:  Mr. Weast, don't interrupt the
17 proceeding.  I'm trying to go forward --
18           DEFENDANT WEAST:  I'm not trying to interrupt your
19 proceeding, sir.  I'm not trying to address the Court at this
20 moment.  I'm trying to address the prosecutor who is suppose
21 to -- by the rules of the Court is suppose to prove the
22 jurisdiction on and for the record, and I would like to know
23 where is the bid bond since there is no injured party in this
24 case.  So, therefore, I must assume that this is a commercial
25 crime.  Where is the bid bond that is required by the same

1  rules of this Court that you're suppose to put into evidence?
2          THE COURT:  Mr. Weast, I want to try to explain to
3  you the procedures that we're going to follow.  If you will
4  listen, I'll explain those to you.
5      Why are you using a name different from your real name,
6  Mr. Weast?
7          DEFENDANT WEAST:  Because that is not my real name.
8  You're looking for some fiction, sir, and I am not your
9  fiction.
10          THE COURT:  Okay.
11          DEFENDANT WEAST:  And I'm sorry.  According to the
12  Maxims of Law where -- a fiction cannot stand where the
13  reality has come into play.
14          THE COURT:  Your case is going to trial before a jury
15  this coming Monday.  We're going to select a jury Monday
16  morning --
17          DEFENDANT WEAST:  Sir, like I said, I'm wishing to
18  challenge the jurisdiction, and I'm asking the prosecutor to
19  prove the jurisdiction on the record.  I'm not addressing the
20  Court.  I'm asking the prosecutor to prove the jurisdiction on
21  and for the record in this court, and where is the bid bond
22  that is required since this must be a commercial crime and
23  you're trying to get me to contract with you, and I refuse to
24  contract -- it's against my will to contract with you, ma'am.
25  So where is the bid bond that you have to have in order to

1   bond this claim?
2           THE COURT:  Mr. Weast, please listen to what I'm
3   saying --
4           DEFENDANT WEAST:  Sir, I don't understand what you're
5   saying because you're trying to avoid my question to the
6   prosecutor, and it's a simple question.  I'm not trying to be
7   disruptive to this Court.  I'm just trying to ask a simple
8   question.  Where is the bid bond that she is required to
9   produce, which is to bond this claim in order for this Court
10  to even be having this?  Where is that?
11     Ms. Aisha Saleem, the government, where is this claim -- I
12  mean, where is this bond that you're suppose to have?
13          THE COURT:  Mr. Weast, maybe I can answer your
14  question if you can express it in terms that I'll understand.
15  What is your question?
16          DEFENDANT WEAST:  My question is, where is the bid
17  bond that the government is required to have in order to
18  pursue this claim?
19          THE COURT:  Where is the what kind of bond?
20          DEFENDANT WEAST:  Bid bond.
21          THE COURT:  I don't believe there is such a --
22          DEFENDANT WEAST:  Yes, there is a bid bond.  She's
23  required to have a bond that's called a bid bond --
24          THE COURT:  We're going to --
25          DEFENDANT WEAST:  -- and I am trying to address the

6

1  United States Attorney, who knows what I'm talking about --
2  and you do, too, sir, the bond that she is required to have in
3  order to be carrying forward a commercial crime.
4          THE COURT:  Mr. Weast, we're going to have to go
5  forward --
6          DEFENDANT WEAST:  No, sir.  This Court cannot move
7  forward as long as there is a challenge to the jurisdiction,
8  and I am addressing the prosecutor to put on and for the
9  record the proof of the jurisdiction of this Court.
10     What jurisdiction are we operating on, ma'am, because I
11 have yet been able to find it?
12         THE COURT:  Mr. Weast, the jurisdiction of this
13 Court --
14         DEFENDANT WEAST:  This is not for the Court to
15 answer, sir.  This is for the prosecutor to answer.
16         THE COURT:  Do you want me to answer the question as
17 to what the jurisdiction --
18         DEFENDANT WEAST:  No, sir.  I would like for the
19 prosecutor to answer what jurisdiction she brought this claim
20 in.
21         THE COURT:  Okay.  It's apparent that the defendant
22 will not cooperate in any respect --
23         DEFENDANT WEAST:  I am not the defendant, sir.  I am
24 me, and the defendant is some fictitious entity that you all
25 have created.

1  THE COURT: Do you want to know what procedures we've
2  developed --
3  DEFENDANT WEAST: No, sir. I would like for the
4  prosecutor to offer on and for the record the proof of the
5  jurisdiction of this Court.
6  THE COURT: For the benefit of the attorneys, we're
7  going to pursue the procedures that we discussed in a
8  telephone conference. Apparently, the defendant does not want
9  to participate --
10  DEFENDANT WEAST: I am not the defendant, sir. I
11  would like for this Court to prove on and for the record that
12  I am the fictitious entity that this Court is pursuing because
13  I am not that fictitious entity. I am not that fictitious
14  person. I am not a fictitious corporate soul. I am a living,
15  breathing human being, sir. I am the voice of God as far as
16  this Court is concerned because the people are the voice of
17  God, and you know what I'm talking about, box day (phonetic),
18  sir, Maxim of Law, box day. The voice of the people is the
19  voice of God.
20  THE COURT: Mr. Weast, do you have any desire at all
21  to participate --
22  DEFENDANT WEAST: First off, sir, if you don't
23  address me lawfully -- my name is not Mr. Weast. It's
24  Mr. Joseph Smith, and you cannot address me by any other name
25  than my lawful name.

8

1    THE COURT:  Okay.  I'm going to remand the defendant
2  to custody so --
3    DEFENDANT WEAST:  Who is the defendant, sir, because
4  my name is James Joseph Smith?
5    THE COURT:  Okay.  The defendant is remanded to
6  custody so we can discuss some legal matters.
7    DEFENDANT WEAST:  Sir, you can avoid the questions
8  all you want, but the question to the prosecutor is, where is
9  the bid bond?
10    (To the marshals)  I'm not property.  So quit throwing me
11  around.
12    (Defendant is removed from the courtroom at this time)
13    THE COURT:  Okay.  Now that the defendant is out of
14  the room, we can proceed.
15    It's apparent that the defendant is not willing to
16  participate in the trial on a meaningful basis.  So we're
17  going to have to pursue the procedures that we discussed by
18  telephone yesterday.
19    I haven't heard whether we can set it up where the
20  defendant will be able to see the individual prospective
21  jurors --
22    (Brief pause in proceedings)
23    THE COURT:  I don't know whether we're going to be
24  able to arrange it where the defendant can see the individual
25  jurors during the voir dire, but we're going to work towards

1   that end.  If he can't, at least he will have audio where he
2   can hear what is going on in the courtroom.  And then I'll
3   leave it up to you, Ms. Saad, to see if the defendant wants to
4   cooperate in helping decide who the challenges should be
5   exercised against.
6       Do you have any sense that the defendant does want to
7   actually be in the courtroom and participate in the trial on a
8   meaningful and appropriate way?
9           MS. SAAD:  Your Honor, Mr. Fleury and I attempted to
10  speak with Mr. Weast this morning, but he did not speak with
11  us.  So I have no indication one way or another about his
12  request -- or preferences other than the previous ones of
13  wanting to represent himself, Your Honor.
14          THE COURT:  Okay.  I think we've done all we can do
15  today.  We'll explore further what we can do on the voir dire
16  to enable the defendant to see the examination of the panel,
17  at least the individual members when they stand up.
18      Do either -- does either attorney think there's anything
19  else we can accomplish today?
20      Apparently, not.
21          MS. SALEEM:  Not from the government, Your Honor.
22          MS. SAAD:  No, Your Honor.
23          THE COURT:  Okay.  Thank you all for being here.
24      (End of proceedings, 10:45 a.m.)
25                          -oOo-

10

1 <u>CERTIFICATE</u>

2     I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter, and
3 that the transcript was prepared by me and under my supervision.

4

  s/ Ana P. Warren                                  July 23, 2014
5 Ana P. Warren, CSR #2302                      Date
  U.S. District Court Reporter

6

7                            -oOo-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25