United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

1 of 5

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## POWER OF ATTORNEY

I, CHRISTOPHER ROBERT WEAST, Tarrant County Recorder's Office appoint James Joseph Smith, 833 Halivale Drive, Fort Worth, Texas as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

_____ (A) Real Property transactions, except transactions subject to D.C. Official Code 42-101.
_____ (B) Tangible personal property transactions.
_____ (C) Stock and Bond transactions.
_____ (D) Commodity and option transactions
_____ (E) Banking and other financial institution transactions.
_____ (F) Business operating transactions.
_____ (G) Insurance and annuity transactions.
_____ (H) Estate, trust, and other beneficiary transactions.
_____ (I) Claims and litigation.
_____ (J) Personal and family maintenance.
_____ (K) Benefits from social security, medicare, medicaid, or other governmental programs, or military service.
_____ (L) Retirement plan transactions.
_____ (M) Tax matters.
CRW (N) ALL OF THE POWERS LISTED ABOVE.

2 of 4

This Power of Attorney authorizes the person named below as my Attorney-in-Fact to do one or more of the following: To Sell, Lease, Grant, Encumber, Release, or Otherwise convey any Interest in my real Property and to execute Deeds and all other instruments on my behalf, Unless this Power of Attorney is otherwise limited herein to specific real Property.

Special Instructions: I, CHRISTOPHER ROBERT WEAST designate James Joseph Smith formerly known as Christopher Robert Weast, natural person, in full life and flesh and blood being, as the ~~☒~~ ~~Attorney~~ Settlor.

This power of attorney will continue to be effective even though I become disabled, incapacitated, or incompetent.

Signed this __10th__ day of July, 2014.

__CHRISTOPHER ROBERT WEAST__
Without Recourse /Authorized Representative

__63603/074__
Social Security Number

County of Tarrant
State of Texas

This document was acknowledged before us on __July 10, 2014__
                                                      Date

by __CHRISTOPHER ROBERT WEAST__.

_[signature]_                           Walsh X
Witness                                 _[signature]_
                                        Witness

_[signature]_ Kielon X                  _[signature]_
Witness                                 Witness

By accepting or acting under the appointment, the agent assumes the fiduciary and other legal responsibilities of an agent.

Respectfully Submitted,

CHRISTOPHER ROBERT WEAST
mailed July 10, 2014

### Certificate of Conference

I am unable to conference with the government because I am without the ability.

CHRISTOPHER ROBERT WEAST

### Certificate of Service

I sent a copy of this Power of Attorney to the Government at 801 Cherry Street by postal mail on July 10th, 2014 care of Aisha Saleem.

CHRISTOPHER ROBERT WEAST

Chris Weast A/R
Federal Corrections Institutions
P.O. Box 15330
Fort Worth, Texas [76119]

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 JUL 23  AM 11:40
CLERK OF COURT

Legal Mail

⇔47797-177⇔
Judge Eldon B Mahon ~McBryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Special Mail

Confidential Communications

NORTH TEXAS TX PDC
DALLAS TX 750
22 JUL 2014 PM 6 L

Rosa Parks USA FOREVER