IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 23  PM 3: 47

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE
AMENDED EXHIBIT AND WITNESS LISTS

The government respectfully requests leave to file the attached amended exhibit and witness lists. Trial is currently set for Monday, July 28, 2014.

The government filed its initial exhibit and witness lists on July 14, 2014. The government requests the Court permit the filing of an amended witness list to add one witness and an amended exhibit list to add one exhibit. Specifically, the government seeks to introduce the testimony of FBI Special Agent James Wines, who can testify that three of the images charged in Count One of the Indictment depict a real, identified minor. The exhibit that would be offered through Wines is a redacted copy of the minor's birth certificate.

The amended lists are necessary because the defendant has raised in their designation of an expert and requested jury charge instructions theories that suggest that the charged images and video do not depict actual minors. Even if the Court were to exclude defendant's proposed expert, the defense may still raise this issue through cross examination.

Therefore, the government submits that this witness's testimony is material and necessary to rebut anticipated defense issues and arguments raised in trial. Additionally, the government has supplemented expert witness James Willingham's testimony as providing testimony regarding file-sharing programs and possible impeachment or rebuttal evidence through his knowledge of facts or expertise.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone:   817-252-5200
Facsimile:    817-252-5455

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 23, 2014, the government conferred with counsel for the defendant, Christopher Robert Weast, about the government's request to file leave to amend exhibit and witness lists, and the defense opposes the government's request to amend the witness and exhibit lists.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2014, the foregoing Government's Motion for Leave to Amended Exhibit and Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

_____
AISHA SALEEM
Assistant United States Attorney

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST(01) | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | R. Watkins | photo - house exterior | | | |
| 2. | R. Watkins | photo – living room | | | |
| 3. | R. Watkins | photo – living room computer | | | |
| 4. | R. Watkins | photo – kitchen | | | |
| 5. | R. Watkins | photo – hallway | | | |
| 6. | R. Watkins | photo – Weast's bedroom | | | |
| 7. | R. Watkins | photo – Weast's bedroom closet | | | |
| 8. | R. Watkins | photo – Weast's bedroom - computers | | | |
| 9. | R. Watkins | photo – Weast's bedroom – desk top | | | |
| 10. | R. Watkins | photo – Weast's bedroom close up | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - laptop | | | |
| 12. | R. Watkins<br>J. Thompson | photo – Weast's bedroom external drive | | | |
| 13. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk contents | | | |
| 14. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk - drives | | | |
| 15. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks | | | |
| 16. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks close up | | | |
| 17. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - hard drives | | | |
| 18. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – another drive | | | |
| 19. | R. Watkins<br>J. Thompson | photo- view from Weast's bedroom | | | |
| 20. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 21. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 22. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom - computer | | | |
| 23. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom – computer close up | | | |
| 24. | R. Watkins<br>J. Thompson | photo – hallway | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 25. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom | | | |
| 26. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - computer | | | |
| 27. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom – computer media | | | |
| 28. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - closet | | | |
| 29. | R. Watkins<br>J. Thompson | photo – Weast's mail | | | |
| 30. | R. Watkins<br>J. Thompson<br>J. Willingham | Weast's laptop - photo | | | |
| 31. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop photo (close up) | | | |
| 32. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop (underneath) photo | | | |
| 33. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop and hard drive photo | | | |
| 34. | R. Watkins<br>J. Thompson<br>J. Willingham | Hard drive from laptop - photo | | | |
| 35. | R. Watkins<br>J. Thompson<br>J. Willingham | W.D. External drive photo | | | |
| 36. | R. Watkins<br>J. Willingham | W.D. External drive photo | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 37. | R. Watkins<br>S. Murray<br>J. Willingham | Laptop computer | | | |
| 38. | R. Watkins<br>S. Murray<br>J. Willingham | Western Digital External drive | | | |
| 39. | J. Willingham | Image of external drive | | | |
| 40. | J. Willingham | Image of laptop | | | |
| 41. | J. Willingham | Forensic Report | | | |
| 42. | R. Watkins<br>J. Willingham | child pornography image - !10yo_tied... (count 1 image) | | | |
| 43. | R. Watkins<br>J. Willingham | child pornography image – (Pthc) Tori...18.jpg (count 1 image) | | | |
| 44. | R. Watkins<br>J. Willingham | child pornography image – (pthc) tori... (count 1 image) | | | |
| 45. | R. Watkins<br>J. Willingham | child pornography image – (lolitaguy))... (count 1 image) | | | |
| 46. | R. Watkins<br>J. Willingham | child pornography image - !!pthc lsm.... (count 1 image) | | | |
| 47. | R. Watkins<br>J. Willingham | child pornography image – Lucifer's .... (count 1 image) | | | |
| 48. | R. Watkins<br>J. Willingham | child pornography video- !!!!Pthc Donna... (count 2 video) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49. | R. Watkins J. Willingham | still frames from video | | | |
| 50. | J. Willingham | Directory - laptop (Users) | | | |
| 51. | J. Willingham | Directory - laptop Users – expanded | | | |
| 52. | J. Willingham | Directory – laptop Downloads – expanded | | | |
| 53. | J. Willingham | Directory - laptop Program Files | | | |
| 54. | J. Willingham | Directory - laptop Program Files – expanded | | | |
| 55. | J. Willingham | Directory – laptop Shareaza | | | |
| 56. | J. Willingham | Directory – laptop Shareaza Applications | | | |
| 57. | J. Willingham | Directory – WD Drive Practice subdirectory | | | |
| 58. | J. Willingham | Directory – WD Drive Practice subdirectory (expanded) | | | |
| 59. | J. Willingham | Directory – WD Drive Destiny (expanded) | | | |
| 60. | J. Willingham | Directory – WD Drive Practice\Pics (expanded) | | | |
| 61. | J. Willingham | Video file - Upshorts | | | |
| 62. | J. Willingham | Still images from Upshorts video file | | | |
| 63. | J. Willingham | Video file – laying out | | | |

Government's Amended Exhibit List - Page 5

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64. | J. Willingham | Still image(s) from laying out video file | | | |
| 65. | J. Willingham | Destiny/ID images | | | |
| 66. | J. Willingham | Recently used files | | | |
| 67. | J. Willingham | Search terms | | | |
| 68. | J. Willingham | Video – K directory | | | |
| 69. | J. Cullers/COR | AT&T /SBC Business records | | | |
| 70. | P. Carlon | Western Digital Business records | | | |
| 71. | Simmons Sgt. Benjamin | IAD records FWPD | | | |
| 72. | Simmons Sgt. Benjamin J. Thompson | Transcript – IAD call w/ Thompson (July 12, 2012) | | | |
| 73. | Simmons Sgt. Benjamin R. Watkins | Transcript – IAD call (July 25, 2012) | | | |
| 74. | Simmons Sgt. Benjamin | Affid by C. Weast IAD records | | | |
| 75. | Simmons Sgt. Benjamin | Affid by B. Weast | | | |
| 76. | R. Watkins Sgt. Benjamin Simmons | Transcript- interview of C. Weast | | | |
| 77. | self-authenticating | copyright notice | | | |
| 78. | R. Watkins | screen capture Downloads/ "Chris" | | | |

Government's Amended Exhibit List - Page 6


| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 79. | R. Watkins<br>A. Garza<br>M. Baggott<br>M. Womble<br>K. Lindsay | Weast DL photo | | | |
| 80. | R. Watkins | undercover downloads screen captures – disk | | | |
| 81. | J. Wines | birth certificate of minor redacted | | | |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2014, the foregoing Government's Amended Exhibit List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S AMENDED WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Randy Watkins<br>Detective<br>Fort Worth PD<br>Fort Worth, TX | Will testify about child pornography investigation of defendant, including execution of a search warrant at defendant's home, evidence seized, child pornography images, and statements made by Weast and others.<br><br>Probable fact and opinion witness and witness with specialized knowledge regarding peer-to-peer investigations. Also possible impeachment witness. | _____/_____ |
| 2. | S. Murry<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, chain of custody.<br>Possible fact witness. | _____/_____ |
| 3. | Sgt. Jim Thomson<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, statements of defendant and other witnesses, chain of custody.<br>Possible fact witness and impeachment witness. | _____/_____ |

Government's Amended Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 4. | James Willingham<br>Forensic Examiner<br>FWPD<br>Fort Worth, TX | Will testify about a forensic examination on computers, hard drives, and other storage devices seized, relevant evidence found, chain of custody; will also testify about the imaging and processing of forensic evidence, file-sharing programs, and internet. Probable expert and opinion witness and possible fact, and impeachment witness. | ____/____ |
| 5. | Jonathan Cullers<br>AT&T | Custodian of records regarding Internet access at Weast's home.<br>Probable COR witness. | ____/____ |
| 6. | Matthew Womble<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about investigation after accepting case for federal prosecution; interviews with witnesses other than Weast.<br>Possible fact or impeachment witness. | ____/____ |
| 7. | Pablo Carlon<br>Western Digital | Will testify that the hard drive is manufactured outside Texas.<br>Probable COR witness. | ____/____ |
| 8. | Armando Garza<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest of Weast and interviews with family members.<br>Possible fact and impeachment witness. | ____/____ |
| 9. | Scott Thompson<br>TFO<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact and impeachment witness. | ____/____ |
| 10. | Michael Baggott<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness. | ____/____ |

Government's Amended Witness List - Page 2

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 11. | Edmond Grant<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness. | ____/____ |
| 12. | Kaela Lindsay | Can testify about facts related to the child pornography investigation, including identification of Weast, his knowledge about computers, and his attraction to minors.<br>Probable fact witness. | ____/____ |
| 13. | Quenia Pierson | Can testify about facts related to Weast, including identification of Weast and his attraction to minors.<br>Possible fact witness and impeachment witness. | ____/____ |
| 14. | Sgt Benjamin<br>FWPD<br>Fort Worth, Texas | Can testify about Weast's IA report and dismissal of the investigation.<br>Possible fact or impeachment witness. | ____/____ |
| 15. | R.H. Simmons<br>FWPD<br>Fort Worth, Texas | Can testify as a custodian of records regarding IA complaint made by Weast<br>Possible COR, fact, and impeachment witness. | ____/____ |
| 16. | Larry Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact witness and impeachment witness. | ____/____ |

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testifed |
|---|---|---|---|
| 17. | Bobbie Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact and impeachment witness. | _____/_____ |
| 18. | Jim Wines<br>Special Agent, FBI<br>New Haven, CT | Can testify minor who appears in three Count One images is an identified, real child; images produced outside of Texas.<br>Possible fact witness. | _____/_____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:   817-252-5455
Email: aisha.saleem@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, the foregoing Government's Amended Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney

Government's Amended Witness List - Page 4