IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER RE EXPERT WITNESS

On July 18, 2014, defendant, **CHRISTOPHER ROBERT WEAST**, filed a "Motion for Leave of Court to File Supplemental Designation of Expert"; the government responded in opposition on that same date; in response to an order, defendant filed a supplement to its motion for leave on July 22, 2014; on July 23, 2014, the government responded to the July 21 supplement; and, on that same date defendant filed a second supplement to its motion. After having considered all of the filings of the parties, the court has concluded that the court should have a hearing of the kind contemplated by Rule 104(a) of the Federal Rules of Evidence pertaining to the testimony defendant would propose to develop through Bill McGregor if he was allowed to testify as an expert witness at defendant's trial. Therefore,

The court ORDERS that such a hearing be held commencing at 11:00 a.m. on July 25, 2014, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place counsel for defendant, counsel for the government, and

proposed expert witness Bill McGregor are to be present; and, the court further ORDERS that defendant will be present in the courthouse for participation in the hearing by the procedures described in the order the court signed in this case earlier on the date of the signing of this order, and defense counsel will have sufficient personnel available at the courthouse to implement those procedures.

SIGNED July 23, 2014.

JOHN McBRYDE
United States District Judge