ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 24 AM 9:12

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | 4:14-CR-023 A |
| CHRISTOPHER ROBERT WEAST | § § | |
| Defendant. | § § | |

## MOTION FOR RECONSIDERATION ORDER RE EXPERT WITNESS AND IN THE ALTERNATIVE MOTION FOR CONTINUANCE

COMES NOW, Angela Saad, Assistant Federal Public Defender, attorney of record for defendant Christopher Robert Weast, and respectfully requests the Court reconsider the order regarding expert witness.

On July 23, 2014, the Court ordered a hearing pursuant to Federal Rules of Evidence 104(a). This order specified that counsel for the defendant, counsel for the government, and Bill McGregor be present on July 25, 2014 at 11:00 a.m.

Defense counsel does not ask for reconsideration for the hearing itself, but requests the Court reconsider the means in which Mr. McGregor is present. Mr. McGregor resides in Houston, Texas. Currently, the travel expense and expert services fees are based on his testimony on July 28, 2014. Two separate days of testimony would double his fees, which presents a steep cost to the Federal Public Defender's Office. Defense counsel respectfully requests the Court consider his testimony be conducted via telephone conference or video

conference on Friday, July 25, 2014. In the alternative, defense counsel requests that the hearing be held prior to the trial on Monday, July 28, 2014 at 8:00 a.m.

Defense counsel does not submit this request to cause unnecessary delay or to prevent the government the opportunity to question the witness. The government does not oppose the request to conduct the hearing via telephone or video conference. However, the government does oppose conducting the hearing on Monday, July 28 at 8:00 a.m.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: _____
ANGELA SAAD
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753

Attorney for Defendant
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF CONFERENCE

I hereby certify that I, Angela Saad, attorney for defendant, did confer with Aisha Saleem, the Assistant United States Attorney assigned to this matter, and she does not oppose telephone or video conferencing on July 25, 2014, but does oppose conducing the hearing prior to trial on July 28, 2014.

_____
ANGELA SAAD

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on this the 24th day of July 2014, a copy of the foregoing motion was hand delivered to the Court and Aisha Saleem, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

_____
ANGELA SAAD