☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2014   1:23 pm
                cts
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Affidavit of Fact

I am vox Dei, the voice of God just as the voice of the people is the voice of God or vox populi vox Dei (Hereinafter "I; I am; me; my; myself") son of my father and son of the Father, king of kings.

CHRISTOPHER ROBERT WEAST is my corporation sole as my status as a king is incorporated in order to give me and my successors legal capacities and advantages, particularly that of perpetuity, which I cannot have in my natural capacity.

I am not CHRISTOPHER ROBERT WEAST (Hereinafter "Defendant") since I am the king, and the Defendant is the perpetuity of the king since Henry, Edward or James may die, but the king survives them all.

I am the principle and The Defendant is the thing, therefore, this court has no authority to appoint an attorney, nor the power to force an attorney on me.

The court may be acting under the presumption that the Defendant is the principle but I am here to correct this error since I am the principle and The Defendant is the thing.

At any point where I erred and made a claim that I was the Defendant was a mistake of fact on my part and I am here to correct my errors and to refer errors to their origin is to refute them (Errores ad sua principia referre est refellere) and one who errs does not consent.

If any contracts or agreements exist at this moment, as of July 20, 2014, expressly or tacitly, verbally or in writing, said contracts and/or agreements are void ab initio because said contracts or agreements were obtained through a mistake of fact; mistake of law; mistake of law and fact; mistake; fraud; fraud in equity; fraud in the factum; fraud or dishonesty;

fraudulent concealment, fraudulent conversion, fraudulent conveyance, fraudulent joinder, fraudulent practice, fraudulent preference, fraudulent representation, fraudulent transfer, fraudulent use of process, Fraus dans locum contractui or translated as fraud inducing the making of the contract, and I cancel and terminate, revoke and rescind, withdraw and retract, ab initio, on the thirty first day of January, nineteen hundred and seventy four, all contracts and/or agreements, express or tacit, verbal or in writing, with the UNITED STATES, UNITED STATES OF AMERICA or any franchise or affiliate, because said contracts and agreements are void since said contracts and/or agreements are adhesion contracts, therefore making any contract and/or agreement with the Plaintiff void ab initio.

Although the court is making a presumption that the Defendant is the principle which would allow the court to act on the Defendant's behalf, I am the authorized agent and representative and I am the only one with the power to speak for the Defendant since I am the principle and the Defendant is the things since (res denominatur a principaliori parte) a thing receives its name from its principle part.

4

Ballentine's Law Dictionary, Third Edition, defines things as "inanimate objects" Gayer v. Whelan, 59 Cal. App. 255, 139 P2d 763; as the subject matter of a bequest, effects, goods, assets, or property, dependent upon the intent of the testator as such appears from the will. Arnolds Estate, 240 Pa 261, 87 A 590.

The defendant is not a testator since I am alive and no one is the heir of a person who is alive. Heath v. Hewitt, 127 NY 166, 27 NE 959 translated as (Nemo est haeres viventis.)

If there is a presumption that the Defendant is a cestui que vie or a person for the duration of whose lifetime an estate has been granted, the court is mistaken because I am alive and the Defendant is the estate in trust, held by the court as public trustee. The Defendant is the thing, the real thing of the trust and I am not the thing nor the property.

The Defendant is an artificial person, a person created by law or by authority of law, such as a corporation, as distinguished from a natural person, that is, a human being. See 18 Am J2d Corp 20.

The Prosecutor, representative of the corporation UNITED STATES OF AMERICA, has failed to offer proof of jurisdiction, on and for the record, in writing.

I am not a vessel, vessel belonging to or employed in the government of the United States nor a vessel of the United States as defined in Ballentine's Law Dictionary, Third Edition.

It is my conclusion that the Defendant, which is a certificate and a license, is the vessel, vessel belonging to or employed in the government of the United States and/or vessel of the United States

The Defendant, being an artificial person, could never be sovereign but I am as one of the people of the United States known as "the Sovereign people." Boyd v. Nebraska, 143 US 135, 36 L Ed 103, 12 S Ct 375.

The courts presumption that I am dead or that I have been lost at sea for more than seven years and ~~I am~~ therefore I am dead is now rebutted because I am alive and I am the beneficiary of this estate you are calling the Defendant.

6

ALL ~~Any~~ bonds created in the Defendant's name have been created without the principle's knowledge and therefore, all bonds in the fictious artificial person's name, being the Defendant, have been created fraudulently, without my consent and against my will.

I am not a ~~those a~~ bondholder, bondman as in a slave or a bond-tenant, a bondsman nor a copyhold tenant or a customary tenant nor have I ever contracted and/or agreed, expressly or tacitly, verbally or in writing and all presumed contracts and/or agreements, expressed or tacit, verbal or written, wherein my consent, if obtained, was obtained through a mistake a fact, mistake of law, mistake of law and fact, mistake, fraud, fraud in equity, fraud in the factum, fraud or dishonesty, fraudulent concealment, fraudulent conversion, fraudulent conveyance, fraudulent joinder, fraudulent practice, fraudulent preference, fraudulent representation, fraudulent transfer, fraudulent use of process, or fraus dans locum contractui translated as fraud inducing the making of the contract and/or agreement, therefore, I ~~am~~ cancel and terminate, revoke and rescind, withdraw and retract, ab initio of the thirty first day of the first month of the year nineteen hundred and

seventy four Anno Domini, all contracts and/or agreements, to be a bondholder, bondman, bond-tenant, bondsman, copyhold tenant and/or a customary tenant, expressed or tacit, verbal or in writing, with the Plaintiff, because said contracts and/or agreements are adhesion contracts, making all contracts and/or agreements with the Plaintiff, void ab initio.

In Ballentine's Law Dictionary, Third Edition, crime is defined as an offense against sovereignty, therefore, it is my conclusion that this court must be bringing charges against the artificial person which is the defendant because I am the living, breathing, in full life human being whose dominion is that of the Kingdom of Earth as one of the people as my birthright just as my ancestors before me, I am the ascendant our Lord, and the plaintiff's sovereignty was derived from the people and delegated power or authority cannot be delegated. Warner v. Martin, (US) 11 How 209, 223, 13 L Ed 667, 672.

I am potentate, and I am the supreme power and supreme power can dissolve itself; it cannot bind itself, and power does not

exist, except for good.

The Defendant is a negotiable instrument known as a bond which is used as a fictious person by the prosecutor in an attempt use the Defendant fictious person against the people who these bonds turn into slaves.

A bond is an obligation secured by a mortgage or deed of trust; a corporate obligation.

As defined in Ballentine's Law Dictionary, Third Edition, the United States is defined as a body politic and corporate, capable of attaining the objects for which it was created, by the means which are necessary for their attainment. Van Brocklin v Tennessee, 117 US 151, 29 L Ed 845, 6 S. Ct. 670.

The Defendant is a "birth certificate" which is printed on bond paper and used as a negotiable instrument which is actually a corporate bond of the United States Corporation making the people unknowing and unsuspecting bondholders or a person who is the holder or owner of a government bond,

9

mortgage bond, debenture, or other investment bond which is then used against the sovereign people, in order to bind the people in involuntary servitude as slaves.

A Corporate attorney for the United States Corporation then accuses the people of violating a code or statute which, in reality, are only applicable to fictious persons like the Defendant, ie the "Birth Certificate"

The Corporate attorney then uses a series of unknown bonds like bid bonds, performance bonds as well as other unknown bonds to bind people in debtors prisons.

I am requesting the Bond Identification Numbers, Bond Policy Numbers and Bond Carrier Numbers for Aisha Saleem, Angela Saad, Christopher A Curtis, Megan Fahey, and Peter Fleury.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

July 21, 2014
Executed on

James Joseph
Authorized Representative
Without Recourse

