JUL 2 4 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MINUTE ORDER - TELEPHONE CONFERENCE**

JUDGE : McBryde
LAW CLERK:
COURT REPORTER: Debbie Saenz

---

Case No.4:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/24/14          Time:  11:02 a.m - 11:13 a.m. (12 mins)

Government's counsel: Aisha Saleem

Defendant's counsel: Angela Saad and Chris Curtis

=========================================================================

Telephone conference/hearing to consider the government's motion to file amended exhibit and witness lists and defendant's motion for reconsideration of order re expert witness. The court ruled that:

1. The government's motion for leave to file amended exhibit and witness lists is to be heard at the hearing now scheduled for 11:00 a.m. on July 25, 2014, at which time the government is to have present FBI Special Agent James Wines ("Wines") and the original authenticated copy of the birth certificate and the redacted copy the government proposes to use as an exhibit.

2. By 4:00 p.m. on this date, the government is to file a memorandum providing the court whatever argument and authorities the government has in support of the admissibility of the proposed testimony of Wines and the proposed redacted copy of the birth certificate.

3. The defendant's motion for reconsideration is denied so that the hearing set for 11:00 a.m. on July 25, 2014, by the Order Re Expert Witness the court signed July 23, 2014, will go forward as ordered.

Hearing concluded.