IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER

Consistent with the discussions had and rulings made during a telephone conference conducted in the above-captioned case on the date of the signing of this order, with counsel for the government and counsel for defendant, **CHRISTOPHER ROBERT WEAST**, on the line,

The court ORDERS that the government's motion for leave to file additional witness and exhibit lists be heard commencing at 11:00 a.m. on July 25, 2014, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place counsel for defendant, counsel for the government, and FBI Special Agent James Wines ("Wines") are to be present.

The court further ORDERS that by 4:00 p.m. on the date of the signing of this order the government file a memorandum providing the court whatever legal authority it considers supports the receipt in evidence of the testimony it proposes to offer of Wines on the subject of the age of the child depicted in

three of the images charged in Count One of the indictment and in support of the proposed birth certificate exhibit.

The court further ORDERS that defendant's motion for reconsideration be, and is hereby, denied.

SIGNED July 24, 2014.

_____
JOHN MCBRYDE
United States District Judge

2