UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 4:14-CR-023-A (1) |
| | § § | |
| CHRISTOPHER ROBERT WEAST | § | |

### NOTICE OF ENTRY OF APPEARANCE OF CO-COUNSEL

The undersigned attorney has indicated by his signature that he is an attorney with the Federal Public Defender's Office and will be participating as co-counsel on this case along with attorney Angela Saad.

Dated: 7/24/14

CHRISTOPHER A. CURTIS
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 05270900
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
(817) 978-2753

### CERTIFICATE OF SERVICE

I, Christopher Curtis, hereby certify that on this the 24th day of July 2014, a copy of the foregoing notice was hand delivered to the United States Attorney's Office at 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897.

CHRISTOPHER CURTIS