ORIGINAL

*H/D.C. T.J. W/O with proposed pleadings*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25 AM 10: 40

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE SECOND AMENDED WITNESS AND EXHIBIT LISTS

The government respectfully requests leave to file the attached Second Amended witness list. Trial is currently set for Monday, July 28, 2014.

The government moves to amend its witness list to change the name of the Custodian of Records for AT&T. The government issued a subpoena to AT&T to provide a custodian of records to testify at trial.

AT&T originally provided the name of Jonathan Cullers to the government; however, the government learned on July 24, 2014, that listed person is not a custodian of records. On July 25, 2014, AT&T identified a person by the name of Denise Wilkerson as a custodian who can testify to the records contained in Government's Exhibit 69. The government submits substitution of custodian witnesses would not constitute unfair surprise to the defense, as the trial subpoena was issued for a custodial witness who will simply be providing testimony in support of the introduction of business records.

The government also moves to amend its exhibit list to reflect that Wilkerson, rather than Cullers, will be sponsoring the admission of Government Exhibit 69.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Aisha Saleem

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone:   817-252-5200
Facsimile:   817-252-5455

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 25, 2014, the government attempted to confer with counsel for the defendant, Christopher Robert Weast, about the government's request to file leave to amend exhibit and witness lists, and counsel was not available for a conference.

/s/ Aisha Saleem

AISHA SALEEM
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, the foregoing Government's Motion for Leave to Amended Exhibit and Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

/s/ Aisha Saleem

AISHA SALEEM
Assistant United States Attorney

1

Case 4:14-cr-00023-A   Document 173   Filed 07/25/14   Page 3 of 15   PageID 945

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST(01) | |

### GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | R. Watkins | photo – house exterior | | | |
| 2. | R. Watkins | photo – living room | | | |
| 3. | R. Watkins | photo – living room computer | | | |
| 4. | R. Watkins | photo – kitchen | | | |
| 5. | R. Watkins | photo – hallway | | | |
| 6. | R. Watkins | photo – Weast's bedroom | | | |
| 7. | R. Watkins | photo – Weast's bedroom closet | | | |
| 8. | R. Watkins | photo – Weast's bedroom - computers | | | |
| 9. | R. Watkins | photo – Weast's bedroom – desk top | | | |
| 10. | R. Watkins | photo – Weast's bedroom close up | | | |

Government's Second Amended Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - laptop | | | |
| 12. | R. Watkins<br>J. Thompson | photo – Weast's bedroom external drive | | | |
| 13. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk contents | | | |
| 14. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk - drives | | | |
| 15. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks | | | |
| 16. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks close up | | | |
| 17. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - hard drives | | | |
| 18. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – another drive | | | |
| 19. | R. Watkins<br>J. Thompson | photo- view from Weast's bedroom | | | |
| 20. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 21. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 22. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom - computer | | | |
| 23. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom – computer close up | | | |
| 24. | R. Watkins<br>J. Thompson | photo – hallway | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 25. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom | | | |
| 26. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - computer | | | |
| 27. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom – computer media | | | |
| 28. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - closet | | | |
| 29. | R. Watkins<br>J. Thompson | photo – Weast's mail | | | |
| 30. | R. Watkins<br>J. Thompson<br>J. Willingham | Weast's laptop - photo | | | |
| 31. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop photo (close up) | | | |
| 32. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop (underneath) photo | | | |
| 33. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop and hard drive photo | | | |
| 34. | R. Watkins<br>J. Thompson<br>J. Willingham | Hard drive from laptop - photo | | | |
| 35. | R. Watkins<br>J. Thompson<br>J. Willingham | W.D. External drive photo | | | |
| 36. | R. Watkins<br>J. Willingham | W.D. External drive photo | | | |

Government's Second Amended Exhibit List - Page 3

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 37. | R. Watkins<br>S. Murray<br>J. Willingham | Laptop computer | | | |
| 38. | R. Watkins<br>S. Murray<br>J. Willingham | Western Digital External drive | | | |
| 39. | J. Willingham | Image of external drive | | | |
| 40. | J. Willingham | Image of laptop | | | |
| 41. | J. Willingham | Forensic Report | | | |
| 42. | R. Watkins<br>J. Willingham | child pornography image - !10yo_tied…<br>(count 1 image) | | | |
| 43. | R. Watkins<br>J. Willingham | child pornography image – (Pthc) Tori…18.jpg<br>(count 1 image) | | | |
| 44. | R. Watkins<br>J. Willingham | child pornography image – (pthc) tori…<br>(count 1 image) | | | |
| 45. | R. Watkins<br>J. Willingham | child pornography image – (lolitaguy))…<br>(count 1 image) | | | |
| 46. | R. Watkins<br>J. Willingham | child pornography image - !!pthc lsm….<br>(count 1 image) | | | |
| 47. | R. Watkins<br>J. Willingham | child pornography image – Lucifer's ….<br>(count 1 image) | | | |
| 48. | R. Watkins<br>J. Willingham | child pornography video- !!!!Pthc Donna…<br>(count 2 video) | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49. | R. Watkins J. Willingham | still frames from video | | | |
| 50. | J. Willingham | Directory - laptop (Users) | | | |
| 51. | J. Willingham | Directory - laptop Users – expanded | | | |
| 52. | J. Willingham | Directory – laptop Downloads – expanded | | | |
| 53. | J. Willingham | Directory - laptop Program Files | | | |
| 54. | J. Willingham | Directory - laptop Program Files – expanded | | | |
| 55. | J. Willingham | Directory – laptop Shareaza | | | |
| 56. | J. Willingham | Directory – laptop Shareaza Applications | | | |
| 57. | J. Willingham | Directory – WD Drive Practice subdirectory | | | |
| 58. | J. Willingham | Directory – WD Drive Practice subdirectory (expanded) | | | |
| 59. | J. Willingham | Directory – WD Drive Destiny (expanded) | | | |
| 60. | J. Willingham | Directory – WD Drive Practice\Pics (expanded) | | | |
| 61. | J. Willingham | Video file - Upshorts | | | |
| 62. | J. Willingham | Still images from Upshorts video file | | | |
| 63. | J. Willingham | Video file – laying out | | | |

Government's Second Amended Exhibit List - Page 5

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64. | J. Willingham | Still image(s) from laying out video file | | | |
| 65. | J. Willingham | Destiny/ID images | | | |
| 66. | J. Willingham | Recently used files | | | |
| 67. | J. Willingham | Search terms | | | |
| 68. | J. Willingham | Video – K directory | | | |
| 69. | Denise Wilkerson COR | AT&T /SBC Business records | | | |
| 70. | P. Carlon | Western Digital Business records | | | |
| 71. | Simmons Sgt. Benjamin | IAD records FWPD | | | |
| 72. | Simmons Sgt. Benjamin J. Thompson | Transcript – IAD call w/ Thompson (July 12, 2012) | | | |
| 73. | Simmons Sgt. Benjamin R. Watkins | Transcript – IAD call (July 25, 2012) | | | |
| 74. | Simmons Sgt. Benjamin | Affid by C. Weast IAD records | | | |
| 75. | Simmons Sgt. Benjamin | Affid by B. Weast | | | |
| 76. | R. Watkins Sgt. Benjamin Simmons | Transcript- interview of C. Weast | | | |
| 77. | self-authenticating | copyright notice | | | |
| 78. | R. Watkins | screen capture Downloads/ "Chris" | | | |

Government's Second Amended Exhibit List - Page 6

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 79. | R. Watkins<br>A. Garza<br>M. Baggott<br>M. Womble<br>K. Lindsay | Weast DL photo | _____ | _____ | _____ |
| 80. | R. Watkins | undercover downloads screen captures – disk | _____ | _____ | _____ |
| 81. | J. Wines | birth certificate of minor redacted | _____ | _____ | _____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, the foregoing Government's Second Amended Exhibit List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney



Case 4:14-cr-00023-A   Document 173   Filed 07/25/14   Page 11 of 15   PageID 953

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 1. | Randy Watkins<br>Detective<br>Fort Worth PD<br>Fort Worth, TX | Will testify about child pornography investigation of defendant, including execution of a search warrant at defendant's home, evidence seized, child pornography images, and statements made by Weast and others.<br><br>Probable fact and opinion witness and witness with specialized knowledge regarding peer-to-peer investigations. Also possible impeachment witness. | _____/_____ |
| 2. | S. Murry<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, chain of custody.<br><br>Possible fact witness. | _____/_____ |
| 3. | Sgt. Jim Thomson<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, statements of defendant and other witnesses, chain of custody.<br><br>Possible fact witness and impeachment witness. | _____/_____ |

Government's Second Amended Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 4. | James Willingham<br>Forensic Examiner<br>FWPD<br>Fort Worth, TX | Will testify about a forensic examination on computers, hard drives, and other storage devices seized, relevant evidence found, chain of custody; will also testify about the imaging and processing of forensic evidence, file-sharing programs, and internet. Probable expert and opinion witness and possible fact, and impeachment witness. | ____/____ |
| 5. | Denise Wilkerson<br>AT&T | Custodian of records regarding Internet access at Weast's home.<br>Probable COR witness. | ____/____ |
| 6. | Matthew Womble<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about investigation after accepting case for federal prosecution; interviews with witnesses other than Weast.<br>Possible fact or impeachment witness. | ____/____ |
| 7. | Pablo Carlon<br>Western Digital | Will testify that the hard drive is manufactured outside Texas.<br>Probable COR witness. | ____/____ |
| 8. | Armando Garza<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest of Weast and interviews with family members.<br>Possible fact and impeachment witness. | ____/____ |
| 9. | Scott Thompson<br>TFO<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact and impeachment witness. | ____/____ |
| 10. | Michael Baggott<br>Task Force Officer<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness. | ____/____ |

Government's Second Amended Witness List - Page 2

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 11. | Edmond Grant<br>Special Agent<br>FBI<br>Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast.<br>Possible fact witness and impeachment witness. | _____/_____ |
| 12. | Kaela Lindsay | Can testify about facts related to the child pornography investigation, including identification of Weast, his knowledge about computers, and his attraction to minors.<br>Probable fact witness. | _____/_____ |
| 13. | Quenia Pierson | Can testify about facts related to Weast, including identification of Weast and his attraction to minors.<br>Possible fact witness and impeachment witness. | _____/_____ |
| 14. | Sgt Benjamin<br>FWPD<br>Fort Worth, Texas | Can testify about Weast's IA report and dismissal of the investigation.<br>Possible fact or impeachment witness. | _____/_____ |
| 15. | R.H. Simmons<br>FWPD<br>Fort Worth, Texas | Can testify as a custodian of records regarding IA complaint made by Weast<br>Possible COR, fact, and impeachment witness. | _____/_____ |
| 16. | Larry Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact witness and impeachment witness. | _____/_____ |

Government's Second Amended Witness List - Page 3

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testifed |
|---|---|---|---|
| 17. | Bobbie Weast<br>White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement.<br>Possible fact and impeachment witness. | _____/_____ |
| 18. | Jim Wines<br>Special Agent, FBI<br>New Haven, CT | Can testify minor who appears in three Count One images is an identified, real child; images produced outside of Texas.<br>Possible fact witness. | _____/_____ |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: aisha.saleem@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, the foregoing Government's Second Amended Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*/s/ Aisha Saleem*
AISHA SALEEM
Assistant United States Attorney