ORIGINAL
C.T.J
COPY HAND DELIVERED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25 AM 10: 42

CLERK OF COURT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (1) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

The United States Attorney for the Northern District of Texas, Sarah R. Saldaña, hereby respectfully advises the Court and all parties in interest that Special Assistant United States Attorney Dan Cole is entering his appearance as co-counsel.

Accordingly, it is requested that the clerk of the Court add the name of Dan Cole as counsel of record for the United States of America. Assistant United States Attorney Aisha Saleem will remain as lead counsel.

        Respectfully submitted

        SARAH R. SALDAÑA
        UNITED STATES OF ATTORNEY

        _____
        DAN COLE
        Special Assistant United States Attorney
        Tennessee State Bar No. 017929
        801 Cherry Street, Suite 1700
        Fort Worth, Texas 76102
        Telephone: 817-252-5200
        Facsimile: 817-252-5455

Notice of Substitution of Counsel - Page 1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2014, the foregoing was served by hand-delivery to Angela Saad, Assistant Federal Public Defender, 819 Taylor Street, Room 9A10, Fort Worth, Texas  76102.

_____
DAN COLE
Assistant United States Attorney

Notice of Appearance as Co-Counsel - Page 2