ORIGINAL

United States District Court

Northern District of Texas

Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25  AM 11: 54

CLERK OF COURT

UNITED STATES OF AMERICA    )

VS                          )  No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST    )

Surrender of Defendant and Release of Non-Defendant

I, James Joseph Smith, authorized representative, without recourse, of CHRISTOPHER ROBERT WEAST, named in this cause, do herby relinquish, defuse and wave all rights, benefits and privilege's to this document, which is a contract with the court and the government, over to the court on this date, July the twenty third day, two thousand and fourteen, July 23, 2014. CHRISTOPHER ROBERT WEAST is a fictitious name and not one of the people of God, I AM.

I have attached to this page (see attached) the Defendant.

Respectfully submitted,

*Christopher Robert Weast*

Authorized Representative, without recourse

1

# TARRANT COUNTY
## FORT WORTH, TEXAS

BR_709

**STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO.**

| | |
|---|---|
| 1. PLACE OF BIRTH | 2. USUAL RESIDENCE OF MOTHER |
| a. COUNTY: TARRANT | a. STATE: TEXAS  b. COUNTY: TARRANT |
| b. CITY OR TOWN: FORT WORTH | c. CITY OR TOWN: FORT WORTH  ZIP CODE: 76114 |
| c. NAME OF HOSPITAL OR INSTITUTION: NORTHWEST HOSPITAL, INC. | d. STREET ADDRESS: 2201 TRUE |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? YES [X] NO [ ] | e. IS RESIDENCE INSIDE CITY LIMITS? YES [X] NO [ ]  f. IS RESIDENCE ON A FARM? YES [ ] NO [X] |

**CHILD**
- 3. NAME: (a) First: CHRISTOPHER  (b) Middle: ROBERT  (c) Last: WEAST
- 4. DATE OF BIRTH: JANUARY 31, 1974
- 5. SEX: MALE
- 6a. THIS BIRTH: SINGLE [X]  TWIN [ ]  TRIPLET [ ]
- 6b. IF TWIN OR TRIPLET, WAS CHILD BORN: 1st [ ]  2nd [ ]  3rd [ ]

**FATHER**
- 7. NAME: (a) First: LARRY  (b) Middle: DAVID  (c) Last: WEAST
- 8. COLOR OR RACE: CAUCASIAN
- 9. AGE: 23 YEARS
- 10. BIRTHPLACE: TEXAS
- 11a. USUAL OCCUPATION: MECHANIC
- 11b. KIND OF BUSINESS OR INDUSTRY: AUTOMOTIVE COMPANY

**MOTHER**
- 12. MAIDEN NAME: (a) First: BOBBIE  (b) Middle: GWINN  (c) Last: WILLIAMS
- 13. COLOR OR RACE: CAUCASIAN
- 14. AGE: 20 YEARS
- 15. BIRTHPLACE: TEXAS
- 16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER: a. living: 1  b. born alive but now dead: 0  c. fetal deaths: 0

- 17. INFORMANT: BOBBIE WEAST
- 18. I hereby certify that this child was born alive on the date stated above at 8:55 p.m.
- 19a. ATTENDANT'S SIGNATURE: ROGER MOORE, M.D.
- 19b. ATTENDANT AT BIRTH: M.D. [X]  D.O. [ ]  MIDWIFE [ ]  OTHER [ ]
- 19c. ATTENDANT'S ADDRESS: 2100 HIWAY 183 N.W., FORT WORTH, TEXAS
- 19d. DATE SIGNED: JANUARY 31, 1974
- 20a. REGISTRAR'S FILE NO.: 709
- 20b. DATE REC'D BY LOCAL REGISTRAR: FEB 6 1974
- 20c. REGISTRAR'S SIGNATURE: Ruth S. Braddock

NW013467

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED July 15, 2014

*Mary Louise Garcia*
Mary Louise Garcia, County Clerk
Tarrant County, Texas

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.**

*Christopher Robert Weast*
*without recourse*

8133 Hallvale Dr.
Ft. Worth, TX 76108

United States District Court
Northern District of Texas
501 W. 10th St. Rm #310
Fort Worth, TX 76102-3643

USPS Priority Mail Express label / Return Receipt Requested

**FROM:**
Christopher Robert Weast
#47797-177
P.O. Box 15330
Ft. Worth, TX 76119

**TO:**
United States District Court
Northern District of Texas
501 W. 10th St. Rm #310
Fort Worth, TX 76102

Postage: $16.95
Return Receipt Fee: $2.70
Total Postage & Fees: $19.65

Date Accepted: 7/24/14
Time Accepted: 10:48 AM
Flat Rate, 1.4 oz
Scheduled Delivery: 7/25, Noon, Military

Label: EI 861287317 US

U.S. POSTAGE PAID
FT. WORTH, TX 76108
JUL 24 '14
AMOUNT $19.65
00013401-19

2014 JUL 25 AM 11:50
CLERK OF COURT