United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25  PM 12: 14

CLERK OF COURT

UNITED STATES OF AMERICA )
)
)
v. ) No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Affidavit of Fact

I am vox Dei, the voice of God, just as vox populi vox Dei, the voice of the people is the voice of God (Hereinafter "I; I am; me; my; myself"), son of our father, having dominion over the earth as my birthright.

## FACTS

1. Aisha Saleem has a personal relationship with Randy Watkins, the witness in her alleged case who originally started all of this.

2. Aisha Saleem and Randy Watkins do a convention together every year in which they both speak.

3. I have a good faith belief that Aisha Saleem was asked to take this case as a favor to Randy Watkins after I filed criminal charges against him in the Republic of Texas.

4. FCI refuses to allow my mail to go out without the fiction known as CHRISTOPHER ROBERT WEAST as the return name.

5. The Federal Corrections Institution, on July 23, 2014, tried to delivery a package to me addressed from Angela Saad, to which I wrote return to sender, not my attorney and my intials, JJ on the outside and requesting it be sent back.

6. The package was already opened when C/O Burns attempted to give it to me.

7. I did not look inside the package.

8. I do not consent to anything done by Angela Saad, Christopher A. Curtis, or Peter Fleury since I am suing each of them.

9. John McBryde, Angela Saad, Christopher A. Curtis, Peter Fleury or Aisha Saleem do not have power of attorney over the fictious person CHRISTOPHER ROBERT WERST. ~~and I did not~~

10. I have power of attorney over the fictious person CHRISTOPHER ROBERT WERST and I did not authorize Angela Saad, Christopher A. Curtis, or Peter Fleury to act on its behalf nor John McBryde or Aisha Saleem.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. (Without consenting to any foreign jurisdiction)

July 23, 2014
Executed on

_[signature]_
Authorized Representative
Without Recourse

mailed on July 23, 2014

Chris Weast A/R
47797177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FORT WORTH DIVISION

2014 JUL 25  PM 12: 14

CLERK OF COURT

Special Mail
Confidential
Communications

NORTH TEXAS TX P&DC
DALLAS TX 750
24 JUL 2014 PM 7 L

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610=84=05