Case 4:14-cr-00023-A Document 177 Filed 07/25/14 Page 1 of 3 PageID 969
Mailed on 7/23/2014
1 of 1
nd cert of
ervice

United States District Court
Northern District of Texas
ORIGINAL Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 JUL 25 PM 12: 15
CLERK OF COURT

UNITED STATES OF AMERICA )
)
)
v. ) No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Writ of Discovery

Aisha Saleem shall produce completed copies of her past seven years 1040 tax forms.

Angela Saad shall produce completed copies of her past seven years 1040 tax forms.

Peter Fleury shall produce complete copies of his past seven years tax forms.

Respectfully submitted,
James
Authorized Representative
Without Recourse

## Certificate of Conference

I hereby certify that I did not conference with Aisha Saleem, Angela Saad or Peter Fleury regarding this Writ of Discovery and I anticipate they oppose it.

James
Authorized Representative
Without Recourse

## Certificate of Service

I hereby certify that on July 23, 2014, the foregoing Writ of Discovery was served via postal mail to Aisha Saleem, 801 Cherry Street, Fort Worth, Texas, Angela Saad, Federal Public Defender's Office, 819 Taylor Street, room 9A10, Fort Worth, Texas and Peter Fleury at the Public Defender's Office, 819 Taylor Street, room 9A10, Fort Worth, Texas.

James
Authorized Representative
Without Recourse

Chris West A/R
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail
Confidential Communications

Court Copy

Mailed on 7/23/2014



⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Special Mail
Confidential Communications