United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25 PM 12: 15

CLERK OF COURT

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## Writ of Discovery

Aisha Saleem shall produce completed copies of her past seven years 1040 tax forms.

Angela Saad shall produce completed copies of her past seven years 1040 tax forms.

Peter Fleury shall produce completed copies of his past seven years 1040 tax forms.

Respectfully Submitted,
James Joseph Smith
Attorney-in-fact
Authorized Agent
Without Recourse

Chris Weast A/R
47797-177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail
Confidential Communications

Special Mail
Confidential Communications

⇔47797-177⇔
Attorney Angela Saad
819 W 10TH ST
FORT WORTH, TX 76102
United States

NORTH TEXAS TX PBDC
DALLAS TX 750
24 JUL 2014 PM 7 L

2014 JUL 25 PM 12:15
RECEIVED
CLERK OF COURT

