United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25 PM 12: 14

CLERK OF COURT

UNITED STATES OF AMERICA )
)
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

Motion to Dismiss
Wish to Dismiss
Affidavit of Fact

I am vox Dei, the voice of God, just as vox populi vox Dei, the voice of the people is the voice of God (Hereinafter "I; I am; me; my; myself"), son of our father, with dominion over the earth as my birthright.

## FACTS

It is my will and wish to have this case dismissed because "all law is for the protection of private property rights, all other is policy and policy requires consent."

At the July 22, 2014 hearing (Hereinafter "The Hearing"), Judge McBryde repeatedly shielded the prosecutor, Aisha Saleem (Hereinafter "Saleem"), from answering my questions regarding the jurisdiction of her claim.

I asked Saleem to prove jurisdiction, on and for the record, and Judge McBryde (Hereinafter "McBryde"), shielded Saleem by repeatedly attempting to answer my question for Saleem.

During The Hearing, I asked Saleem for proof of the jurisdiction as well as asking Saleem for the bid bond required to bond her claim and Saleem did not respond even once.

I explained that I was not asking McBryde, and that I was asking Saleem yet McBryde continued to shield Saleem by attempting to answer for Saleem each time I asked.

I have repeatedly informed McBryde that I do not consent to this courts orders, nor do I wish to contract with the court or Saleem yet I am still being restrained and confined at liberty against my will.

I have come to the conclusion that Saleem knowingly filed a claim with no jurisdiction, which is why Saleem refuses to answer my questions regarding jurisdiction and the bid bond. If Saleem had any proof of jurisdiction of her claim, Saleem would have placed proof on the record when asked for it, therefore, it is my wish to have this case dismissed with prejudice immediately and to have myself released immediately from the Federal Corrections Institute since I am not CHRISTOPHER ROBERT WEAST.

I declare under penalty of perjury under the laws of the united states of America that foregoing is true and correct.

July 22, 2014
Executed on:

James
Authorized Representative
Without Prejudice

## Certificate of Conference

I certify that I did not conference with the Government regarding the foregoing motion.

*James*
Authorized Representative
Without Prejudice

## Certificate of Service

I hereby certify that on July 23, 2014, the foregoing motion served via postal mail to Aisha Saleem at 801 Cherry Street, Fort Worth, Texas, [76102].

July 23, 2014
Executed on:

*James*
Authorized Representative
Without Prejudice

Chris West A/R
47797-177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]

Confidential Communications

Special Mail

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236418S

NORTH TEXAS TX P&DC
DALLAS TX 750
2014 JUL 25   PM 12:14
CLERK OF COURT

FOREVER