i

United States District Court
Northern District of Texas
Fort Worth Division

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25  PM 12: 15

CLERK OF COURT

UNITED STATES OF AMERICA )
)
)
v.                       ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Coram Non Judice
## Motion to Dismiss Agreed

I am vox Dei, the voice of God, just as the maxim of law states, vox populi vox Dei, the voice of the people is the voice of God, (Hereinafter "I; I am; me; my; myself"), son of our father, having dominion over the earth as part of my birthright.

## FACTS

1. At the Hearing on July 22, 2014, I came to a conclusion that I was before one who is not the judge, and that I was before a court which has not jurisdiction of the matter.

2

2. A proceeding had and determined by a court without such jurisdiction is said to be "coram non judice," the situation being the same as if there were no court.

3. At the Hearing on July 22, 2014, (Hereinafter "The Hearing"), I repeatedly asked the prosecutor, Aisha Saleem, representative for the UNITED STATES OF AMERICA, (Hereinafter "Saleem"), to prove jurisdiction, on and for the record, and Saleem sat there in tacit silence.

4. At The Hearing, Saleem sat in tacit silence each time I stated, on the record, that there is no jurisdiction in this alleged case.

5. Saleem's tacit silence falls under tacit law or that law which arises out of ~~silence~~ the silent consent and the customs and usages of the people and certain things which are tacit are regarded as expressed such as Saleem's silence when offered the chance to declare the jurisdiction, on and for the record, repeatedly and then, to prove, in writing, said jurisdiction, on and for the record and yet Saleem repeatedly sat there in silence, tacitly consenting.

3

6. Not only has Saleem sat in tacit silence when asked about the lack of jurisdiction, Saleem has sat in tacit silence regarding the numerous Affidavits of Fact which I have filed in the record, thereby, Saleem's assent is sufficient evidence of her agreement for this case to be dismissed agreed.

7. I stated on the record, at The Hearing, that there was no injured party, and therefore, this case must be a commercial crime, to which Saleem and McBryde refused to answer or address, once again consenting by their silence.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. (without consenting to a foreign jurisdiction)

Therefore, I have come to the conclusion that Saleem is in agreement with me when I say, this court has no jurisdiction in this alleged case, and therefore, this alleged case should be dismissed agreed since Saleem is in agreement with me regarding the lack of jurisdiction in this alleged case. Negatio conclusionis est error in lege or translated,

4

of jurisdiction in this alleged case. Negatio conclusionis est error in lege or translated, the denial of a conclusion is error in law.

July 23, 2014
Executed on

James
Authorized Representative
Without Recourse

### Certificate of Conference

I certify that I did not conference with the Government but I anticipate that the government is unopposed to this motion.

James
Authorized Representative
Without Recourse

### Certificate of Service

I certify that on July 23, 2014, I mailed a

5

Copy of the foregoing Coram Non Judice/Motion to Dismiss to Aisha Saleem at 801 Cherry Street, Unit 4, Fort Worth, Texas, USA.

James
Authorized Representative

Mailed on July 23, 2014   Without Recourse



Chris Weast A/R
47797177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
2014 JUL 25 PM 12:15
CLERK OF COURT

Special Mail
Confidential Communication

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236-4185