1

ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 25 PM 12: 15

CLERK OF COURT

UNITED STATES OF AMERICA )
)
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Affidavit of Fact

I am vox Dei, the voice of God just as vox populi vox Dei, the voice of the people is the voice of God (Hereinafter "I; I am; me; my; myself") and I follow divine law and dominion over the Earth is my birthright as one of the people just as my ancestors before me.

## FACTS

1. Aisha Saleem is attempting to use bonds secretly in order to profit off of turning me into a slave by using a fictious persons name to keep me in prison.

2. The fictious person's name is CHRISTOPHER ROBERT WEAST in all caps or capital letters.

3. Ballentine's Law Dictionary, Third Edition, defines a fictious person as an imaginary person.

4. I am not a fictious person and Fictio cedit veritati. Fictio juris non est, ubi veritas. Fiction gives way to truth. A fiction of law will not prevail where the fact appears.

5. Aisha Saleem's IRS 1040's would show that she has been profiting from bonds she uses to have people turned into slaves through fictious persons which, in reality, are birth certificates or other documents printed on bond paper, with an all capital letters version of a name like CHRISTOPHER ROBERT WEAST (Hereinafter "Defendant") which is used to trick people into saying they are it in a courtroom when a judge ask if you are the Defendant and you don't really notice the fact that the name is in all CAPITAL Letters so it couldn't be you because people don't write their names in all capitals.

6. Angela Saad, Peter Fleury, Christopher A. Curtis and Matt Womble all work and collude with Aisha Saleem to keep more people coming into their trap, (Hereinafter "The Trap")

7. The Trap is sophisticated, using a vast array of statutes and codes as alleged criminal law when in reality, Aisha Saleem is attempting to secure a contract from the people, binding the fictious person yet confining the real people as slaves while profiting from the bonds she obtains on each of the people.

8. Aisha Saleem uses bully tactics in attempts to make the people get scared and take a "plea bargain", contract which she use to secure bonds she uses to profit from while the people become slaves in "Federal Prisons" having never committed an actual common law crime.

9. Aisha Saleem has brought this alleged case against the Defendant under admiralty jurisdiction which as defined by Ballentine's Law Dictionary, Third

edition, as a special jurisdiction of maritime cases vested exclusively in the federal courts. The limits of admiralty jurisdiction are not prescribed by the Constitution or statute; they have been prescribed as the occasion arose by judicial interpretation. 2 Am J2d Adm 1-8.

10. Admiralty as defined in Ballentine's Law Dictionary, Third Edition, as the law of the sea and the practice pertaining thereto. Courts with jurisdiction in admiralty cases. See Bottomry bond; court of admiralty; droits of admiralty; general average; high court of admiralty; high seas; libel; lord high admiral; maritime law; navigable, et seq.; prize court; proceeding in admiralty; proctor; respondentia bond; salvage; sea laws; towage; vice-admiralty courts.

11. Aisha Saleem has brought an alleged "charge" with no injured party therefore this must be a commercial crime and Aisha Saleem must have evidence that she has bonded her claim with a bid bond.

12. Aisha Saleem must produce the bid bond and

bonds related to this case.

13. Aisha Saleem seeks to contract with me without producing the actual contracts, without consideration which is an essential of a valid and enforceable contract. 17 Am J2d Contr 86

14. I do not consent to any legal fictions in this case against the Defendant. The Defendant is a fiction and therefore has no ability to consent and I am one of the people and it is the people who delegated the peoples power to the government and power cannot be greater than that from which it is derived.

15. As one of the people, I am not subject to initiated law which are statutes enacted by the people as an initiative measure. The initiative is the power reserved to the people to propose laws and amendments to the constitution and to enact or reject the same at the polls, generally independent of the legislature. 28 Am J Rev Init & R 2.

6

16. I am one of the people and the Defendant is a fictious person, corporate fiction, or fiction and Designatio unius est exclusio alterius, et expressum facit cessare tacitum translated as the designation of one is the exclusion of the other; and what is expressed prevails over what is implied.

17. As one of the people who create law, I am not subject to the law, statutes and codes.

18. I was nee vife, meaning I was born alive and I have ascended from the people therefore making me one of the sovereign people.

19. As the foundational maxim states, all law is for the protection of private property rights, all other is policy and policy requires consent.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

July 22, 2014                                James
Executed on                                  Authorized Representative
                                             Without Recourse

Chris Weast A/R
47797-177
Federal Corrections Institute
P.O. Box 15330
Ft. Worth, Texas [76119]

Special Mail
Confidential Communications

NORTH TEXAS TX P&DC
DALLAS TX 750
24 JUL 2014 PM 8 L

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

2014 JUL 25 PM 12:15
CLERK US DISTRICT COURT
NORTHERN DIST TX
RECEIVED

7610236-4185