IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER

Consistent with the discussions had and rulings made in the above-captioned case at a hearing conducted earlier on the date of the signing of this order,

The court ORDERS the motions of defendant, **CHRISTOPHER ROBERT WEAST**, for leave to file supplemental designation of expert be, and are hereby, granted, with the proviso that the court has not determined that any of the proposed testimony by the proposed expert, Bill McGregor, ("McGregor") will be admissible at trial, a subject to which the court will return at the beginning or during the trial; and, the clerk is ORDERED to file the supplemental designation of expert witness tendered by defendant for filing.

The court further ORDERS that the motion filed by the government on July 23, 2014, for leave to file amended exhibit and witness lists and the motion filed by the government on July 25, 2014, for leave to file second amended witness and exhibit lists be, and are hereby, granted, and the clerk of court

is directed to file the second amended witness and exhibit lists tendered by the government with their July 25, 2014 motion.

The court further ORDERS that by 8:00 a.m. on July 28, 2014, each side shall deliver to Chambers a memorandum in support of its or his position on the admissibility of McGregor's testimony, making reference as appropriate to testimony he gave at today's hearing in support of the party's position on that subject.

SIGNED July 25, 2014.

JOHN McBRYDE
United States District Judge