UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

JUL 25 2014

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 4:14-CR-0023 - A |
| | § § | |
| CHRISTOPHER ROBERT WEAST | § | |

### DEFENDANT CHRISTOPHER ROBERT WEAST'S
### SUPPLEMENTAL DESIGNATION OF EXPERT WITNESS

COMES NOW, the Defendant, CHRISTOPHER ROBERT WEAST, by his counsel, Angela Saad, Assistant Federal Public Defender, and hereby files this his written designation of expert in the above styled case, and shows the Court the following:

The defendant hereby designates Bill McGregor as an expert for trial. It is anticipated that Mr. McGregor will provide expert testimony relating to digital forensics, including forensic examinations of computer and computer devices, forensic digital imaging, remote access, and hacking. Furthermore, Mr. GcGregor will testify regarding forensic image storage on digital devices including computers, mobile devices, and video devices, extensive data analysis and data consulting using a wide variety of forensic tools, installation/Configuration/Administration of Windows, Linux, OSX, and support/configure a wide variety of database, application, and network devices

Respectfully submitted,
JASON HAWKINS
Federal Public Defender

BY: _____
Angela Saad
TX Bar No. 24059016
Asst. Federal Public Defender
819 Taylor Street, Room 9A10
Fort Worth, TX 76102-6114
817-978-2753
Attorney for Defendant

## CERTIFICATE OF SERVICE

    I, Angela Saad, hereby certify that on July 18, 2014, a copy of the foregoing motion was hand delivered to Assistant United States Attorney Aisha Saleem at 801 Cherry St., Suite 1700, Fort Worth, Texas 76102-6897.

_____
Angela Saad