# ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUL 2 5 2014

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**MINUTE ORDER - COURTROOM HEARING**

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz
CSO:  Charles Waybourn

Case No.:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/25/14          Time:   11:08 a.m. -12:04 p.m.; 12:22 p.m. -12:39 p.m.

Government's counsel: Aisha Saleem, Dan Cole

Defendant's counsel: Angela Saad, Chris Curtis
=================================================================================

Hearing to consider pretrial motions.

Defendant, Christopher Robert Weast, present via video conference.

Defendant's motion for leave to file designation of expert witness granted.  Government's motion for leave to file additional witness and exhibit lists granted.

Defendant's Exhibits 1, 2, and 3 - admitted.

Hearing concluded.

Defendant remanded to custody.