ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 28  AM 9:08

CLERK OF COURT

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

I accept your charges for value and consideration in return and post settlement and closure 4:14-CR-00023-A and autotris and CUSIP account number 636031074.

Please use my exemption for full settlement and closure of this account as this account is prepaid and exempt from levy. Under rule 8 FRCP I accept the charges for value and consideration in return please use my exemption as principle for post settlement and closure of 4:14-CR-00023-A and CUSIP and autotris account number 636031074 as this account is prepaid and exempt from levy.

July 28, 2014

Chris Weast
Authorized Representative