ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 28  AM 9:08

CLERK OF COURT

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## Letter of Rogatory

I appoint attorney Angela Saad and Christopher A. Curtis as my fiduciary trustee for 4:14-CR-00023-A and autotris and CUSIP 636031074 and use my exemption as principle for full settlement and closure of this case and account.

Acceptance for honor and I want an accounting of the total amount of the bill of the full settlement and closure of the account 4:14-CR-00023-A and autotris and CUSIP 636031074.

July 28, 2014

Chris Weast
Authorized Representative