ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 28  AM 11: 29  cb

CLERK OF COURT

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Cause No. 4-14-CR-023 A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## SUPPLEMENTAL TRIAL EXHIBIT LIST
## OF DEFENDANT CHRISTOPHER ROBERT WEAST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTTED |
| --- | --- | --- | --- | --- | --- |
| 1. | James Willingham | Email Dated 7/23/14 - Virus Scan | | | |
| 2. | James Willingham | Email Dated 7/24/14 - Exif Data | | | |
| 3. | James Willingham | Email Dated 7/24/14 - Username Questions | | | |
| 4. | Bill McGregor | Resume | | | |
| 5. | Bill McGregor  James Willingham | Email Dated 7/24/14/ - Exif Data | | | |
| 6. | Bill McGregor  James Willingham | Email Dated 7/24/14 - Virus Scan | | | |

1

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: /s/ Angela Saad
Angela Saad
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102-4612

## CERTIFICATE OF SERVICE

I, Angela Saad, hereby certify that on July 28, 2014, I hand-delivered the foregoing Trial Exhibit List with the clerk for th U.S. District Court, Northern District of Texas, and to AUSA Aisha Saleem.

/s/ Angela Saad
ANGELA SAAD