ORIGINAL

United States District Court

Northern District of Texas

Fort Worth Division

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUL 28  AM 11: 46

CLERK OF COURT

UNITED STATES OF AMERICA    )

VS                          )  No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST    )

## Demand of Release of Non-Defendant

I, James Joseph Smith, authorized representative, without recourse for CHRISTOPHER ROBERT WEAST, named in this cause, do hereby submit into record on this date, July the twenty sixth day of two thousand and fourteen, July 26, 2014, my identification card as proof of my true and real identity as a natural person of GOD, I AM. CHRISTOPHER ROBERT WEAST is a fictitious name under contract with this court and the government and not a person of GOD, I AM. I furthermore demand my release from jail at FCI Fort Worth upon receipt of this document.

I have attached to this page (see attached) my identification card.

Respectfully submitted,

*James Joseph Smith*

Authorized Representative, without recourse

1

**James Joseph Smith**



**DOB: 01/31/1974**

United States District Court
Northern District of Texas
501 W. 10th St. Rm #310
Ft. Worth, TX 76102-3673

Scanned USPS Priority Mail Express envelope.

FROM:
Weast
833 Hallvale Dr.
Fort Worth, TX 76108

TO:
United States District Court
Northern District of Texas
501 W. 10th St. 76102-3673

Postage: $19.65
Date Accepted: 7-26-14, 11:30
Scheduled Date of Delivery: 7-28
Label: EI 881286577 US