United States District Court
Northern District of Texas
Fort Worth Division

🖺 ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 28 2014

12:54 p.m.
cts

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA    )
                            )
                            )
v.                          ) No. 4:14-CR-00023-A
                            )
                            )
CHRISTOPHER ROBERT WEAST, ex rel )

## Rejection of Trusteeship

I am vox Dei, the voice of God, just as vox populi vox Dei, the voice of the people is the voice of God, (Hereinafter "I; I am; me; my; myself") son of our father, and having dominion over the earth by my birthright.

## FACTS

I decline trusteeship for CHRISTOPHER ROBERT WEAST.

I reject the trusteeship for CHRISTOPHER ROBERT WEAST the birth certificate property.

I have returned said property to the rightful trustee, the court.

The property was signed for and accepted by the court on July 25, 2014.

I do not consent to this courts jurisdiction and it is my wish to be released immediately.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

July 24, 2014
Executed on

James
Authorized Representative
Without Recourse



Chris Weast A/R
47797-177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas 76119

Special
Mail
Confidential
Communications

Special
Mail

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102 —
United States