☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST, ex rel )

My Wish and Desire to be Dismissed Agreed Affidavit of Fact

## FACTS

1. I am vox Dei, the voice of God, just as vox populi vox Dei, the voice of the people is the voice of God, (Hereinafter "I; I am; me; my; myself"), son of our Father, and having dominion over the earth by my birthright.

2. It is my wish and desire to be released immediately since I am not the corporate citizen CHRISTOPHER ROBERT WEAST (Hereinafter "~~corpati~~ Corporation Sole").

3. I am, as of the twenty third day of the seventh month of this year two thousand and fourteen, disregarding corporate entity, piercing the corporate veil of the corporate entity, holding all officers individually responsible for my injuries which I am sustaining on a daily basis because I am being restrained and confined against my will.

4. I am not the Corporation Sole which is nothing more than property of the UNITED STATES OF AMERICA corporation.

5. I have repeatedly asked Aisha Saleem, representative for the foreign corporation known as the UNITED STATES OF AMERICA, (Hereinafter "Saleem"), to prove the jurisdiction of her case, on and for the record, and she has repeatedly failed to offer said proof of the jurisdiction, in writing, on and for the record.

6. Saleem's silence amounts to her consent and agreement that there is no jurisdiction in this alleged case.

7. The fact that Saleem has sat silent repeatedly instead of offering proof of jurisdiction is the same as those who are silent are deemed to have consented. Silence gives consent. Consentire videtur qui tacet.

8. The fact that Saleem has not been offering no resistance, she is considered to have consented to the Dismissal under Dismissed Agreed, having come to a meeting of the minds regarding the lack of jurisdiction in this alleged case.

9. Saleem has filed documents which do not address the lack of jurisdiction, therefore, I have refused to respond to her documents because jurisdiction comes before anything Saleem has filed.

10. Saleem and Matt Womble (Hereinafter "Womble"), had a meeting with Kaela Lindsey, wherein Saleem told Kaela Lindsey that she (Saleem), would make sure Corporation Sole did not get a fair trial.

11. Saleem knowingly, willfully and intentionally brought charges against the Corporation Sole in order

12. that she could personally profit from having me arrested, detained and confined under the Corporate Sole's fictional name and knowing I am one of the people.

13. Saleem ~~knew~~ knew this case had no authority in an article III court much less any court and that there was a want of jurisdiction in this alleged case.

14. Saleem has not placed the bid bond on the record.

15. Saleem has not placed the performance bond on the record.

16. Saleem does not and has not denied that this is a commercial crime.

17. I am one of the creators of statutes as one of the people and therefore statute do not apply to me.

18. Saleem has offered no evidence that I am a bondholder.

19. Saleem has failed to place the alleged contract or agreement, on the record.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct.

July 24, 2014
Executed on

/s/ James
Authorized Representative
Without Recourse

**Front of envelope (addressed to court):**

Special Mail — Confidential Communications

FORT WORTH TEXAS PSDC
25 JUL 2014 PM 6 L

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
2014 JUL 28 PM 12: 54
CLERK OF COURT

⇨47797-177⇨
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

75102354155

**Return address / back of envelope:**

Chris Weast
47747177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail