# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold                     COURT REPORTER: Ana Warren/Debbie Saenz
LAW CLERK _____
DATE HELD: July 28, 2014
A.M.9:47 - 11:09; *(Jury Empanelment 26 mins) 11:37 p.m. - 1:05 p.m.; 2:05 p.m. - 6:19 p.m.
TOTAL COURT TIME:7 hrs. 30 mins.           CSO: Ray Urban

CR. No. 4:14-CR-023-A(01)

| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
|---|---|---|
|  | § | DAN COLE, AUSA |
| v. | § |  |
|  | § | ANGELA SAAD, FPD |
| CHRISTOPHER ROBERT WEAST | § | CHRIS CURTIS, FPD |
| Defendants Name |  | Counsel for DeftsAppt-(A), Retd-®), FPD-(F) |

## 1st DAY JURY TRIAL

Trial Status:
  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
  ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
  ☐ Mistrial  ☐ Settled  ☐ Days in Trial:    Hearing Concluded: ✔ Yes

☐........  Deft._____ failed to appear, bench warrant to issue.
☐........  Pretrial Conference held prior to trial.
✔........  Voir dire begin *(9:47 a.m. - 11:09 a.m. (1 hr. 22 mins.)
✔........  Jury impaneled.  ✔Jury selected *(11:10 a.m. - 11:36 a.m. (26 mins.)  ✔Jury sworn
✔........  Jury trial held.
✔........  ✔Govt  ✔Defts evidence presented.
☐........  Deft _____ motion for _____ ☐ granted ☐ denied ☐ moo
☐........  Govt motion for _____ ☐ granted ☐ denied.
☐........  Deft _____ motion _____ taken under advisement.
☐........  Deft _____ motion _____ ☐ granted ☐ denied.
✔........  Evidence concluded.
✔........  Final arguments.
☐........  Court's charge to the jury.
☐........  Jury deliberating.  ☐.....Jury questions.
☐........  Jury verdict Rendered (See Verdict Form).
☐........  Court verdict Rendered (See Verdict Form).
☐........  Order for PSI, Disclosure and Sentencing dates.
☐........  Sentencing set for   at 9:00 a.m. (Order to follow)
✔........  Defendant's Custody continued.

☐........  **STATUS OF EXHIBITS:**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 28 2014
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

**PROCEEDINGS** _____

Adjourned until **Tuesday, July 29, 2014 at 9:00 a.m.**