

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Cause No. 4-14-CR-023 A |
| CHRISTOPHER ROBERT WEAST | | |

### TRIAL WITNESS LIST
### OF DEFENDANT CHRISTOPHER ROBERT WEAST

NOW COMES defendant **CHRISTOPHER ROBERT WEAST**, by and through undersigned counsel, and pursuant to Local Rule 16.1(b), hereby files a list of witnesses he may call in his defense in the trial of this matter:

| NO. | WITNESS | SWORN | TESTIFIED |
|---|---|---|---|
| 1. | ~~Randy Watkins~~<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 2. | S. Murray<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 3. | Sgt. Jim Thompson<br>Detective, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 4. | James Willingham<br>Forensic Examiner, Fort Worth PD<br>(fact witness) | _____ | _____ |
| 5. | Jonathon Cullers<br>AT&T<br>(fact, predicate witness) | _____ | _____ |

1

6. ~~Pablo Carlon
Western Digital
(fact, predicate witness)~~

7. Matthew Womble
Special Agent, FBI
(fact witness)

8. Armando Garza
Task Force Officer, FBI
(fact witness)

9. Scott Thompson
Task Force Officer, FBI
(fact witness)

10. Michael Baggott
Task Force Officer, FBI
(fact witness)

11. Edmond Grant
Special Agent, FBI
(fact witness)

12. Kaela Lindsay
(fact witness)

13. Quenia Pierson
(fact witness)

14. Sgt Benjamin
Fort Worth PD
(fact witness)

15. ~~R.H. Simmons
(fact witness)~~

16. Larry Weast
(fact witness)                             7/28    7/28

17. Bobbie Weast
(fact witness)

18. Melanie Weast
(fact witness)

19. Prentice Mayhall
(fact witness)

20. Tony Pagan
Investigator, Federal Public Defender
(fact, predicate witness)

21. Larry Weast
(fact witness)

22. Melissa Keck
(expert, fact witness)

23. Brett Welaj
(expert, fact witness)

24. McGregor    7/28    7/28

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: _____
Angela Saad
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102-4612

3

## CERTIFICATE OF SERVICE

    I, Angela Saad, hereby certify that on July 14, 2014, I hand-delivered the foregoing Trial Witness List with the clerk for th U.S. District Court, Northern District of Texas, and to AUSA Aisha Saleem.

_____
ANGELA SAAD