IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.                                              No. 4:14-CR-023-A

CHRISTOPHER ROBERT WEAST (01)

## GOVERNMENT'S SECOND AMENDED WITNESS LIST

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|-----|---------------|-----------------------------|-----------------|
| 1. | Randy Watkins<br>Detective<br>Fort Worth PD<br>Fort Worth, TX | Will testify about child pornography investigation of defendant, including execution of a search warrant at defendant's home, evidence seized, child pornography images, and statements made by Weast and others.<br><br>Probable fact and opinion witness and witness with specialized knowledge regarding peer-to-peer investigations. Also possible impeachment witness. | 7/28 7/28 |
| 2. | S. Murry<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, chain of custody.<br><br>Possible fact witness. | 7/28 7/28 |
| 3. | Sgt. Jim Thomson<br>Detective<br>FWPD<br>Fort Worth, TX | Will testify about execution of search warrant at defendant's home, statements of defendant and other witnesses, chain of custody.<br><br>Possible fact witness and impeachment witness. | 7/28 |

Government's Second Amended Witness List - Page 1

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|---|---|---|---|
| 4. | James Willingham Forensic Examiner FWPD Fort Worth, TX | Will testify about a forensic examination on computers, hard drives, and other storage devices seized, relevant evidence found, chain of custody; will also testify about the imaging and processing of forensic evidence, file-sharing programs, and internet.   Probable expert and opinion witness and possible fact, and impeachment witness. | 7/28 7/28 |
| 5. | Denise Wilkerson AT&T | Custodian of records regarding Internet access at Weast's home. Probable COR witness. | 7/28, 7/28 |
| 6. | Matthew Womble Special Agent FBI Fort Worth, TX | Can testify about investigation after accepting case for federal prosecution; interviews with witnesses other than Weast. Possible fact or impeachment witness. | 7/28 |
| 7. | Pablo Carlon Western Digital | Will testify that the hard drive is manufactured outside Texas. Probable COR witness. | 7/28 7/28 |
| 8. | Armando Garza Task Force Officer FBI Fort Worth, TX | Can testify about facts relating to the federal arrest of Weast and interviews with family members. Possible fact and impeachment witness. | 7/28 |
| 9. | Scott Thompson TFO FBI Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast. Possible fact and impeachment witness. | 7/28 |
| 10. | Michael Baggott Task Force Officer FBI Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast. Possible fact witness and impeachment witness. | 7/28 |

**Government's Second Amended Witness List - Page 2**

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testified |
|-----|---------------|----------------------------|-----------------|
| 11. | Edmond Grant Special Agent FBI Fort Worth, TX | Can testify about facts relating to the federal arrest and transport of Weast, to include any statements made by Weast. Possible fact witness and impeachment witness. | 7/28 |
| 12. | Kaela Lindsay | Can testify about facts related to the child pornography investigation, including identification of Weast, his knowledge about computers, and his attraction to minors. Probable fact witness. | 7/28 7/28 |
| 13. | Quenia Pierson | Can testify about facts related to Weast, including identification of Weast and his attraction to minors. Possible fact witness and impeachment witness. | 7/28 |
| 14. | Sgt Benjamin FWPD Fort Worth, Texas | Can testify about Weast's IA report and dismissal of the investigation. Possible fact or impeachment witness. | |
| 15. | R.H. Simmons FWPD Fort Worth, Texas | Can testify as a custodian of records regarding IA complaint made by Weast Possible COR, fact, and impeachment witness. | 7/28 |
| 16. | Larry Weast White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement. Possible fact witness and impeachment witness. | 7/28 |

**Government's Second Amended Witness List - Page 3**

| No. | Name/Position | Subject Matter of Testimony | Sworn/Testifed |
|-----|---------------|----------------------------|----------------|
| 17. | Bobbie Weast White Settlement, Texas | Can testify about knowledge and identification of Weast, knowledge of investigation, statements given to law enforcement. Possible fact and impeachment witness. | 7/28 |
| 18. | Jim Wines Special Agent, FBI New Haven, CT | Can testify minor who appears in three Count One images is an identified, real child; images produced outside of Texas. Possible fact witness. | 7/28/ 7/28 |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile:   817-252-5455
Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, the foregoing Government's Second Amended Witness List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

*Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney

Government's Second Amended Witness List - Page 4