COPY

NORTHERN DISTRICT OF TEXAS
FILED
JUL 25 2014
CLERK, U.S. DISTRICT COURT
By ______

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST(01)

No. 4:14-CR-023-A

## GOVERNMENT'S SECOND AMENDED EXHIBIT LIST

2014

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | R. Watkins | photo - house exterior | 7/28 | 7/28 | 7/28 |
| 2. | R. Watkins | photo – living room | | | |
| 3. | R. Watkins | photo – living room computer | | | |
| 4. | R. Watkins | photo – kitchen | | | |
| 5. | R. Watkins | photo – hallway | | | |
| 6. | R. Watkins | photo – Weast's bedroom | | | |
| 7. | R. Watkins | photo – Weast's bedroom closet | | | |
| 8. | R. Watkins | photo – Weast's bedroom - computers | | | |
| 9. | R. Watkins | photo – Weast's bedroom – desk top | | | |
| 10. | R. Watkins | photo – Weast's bedroom close up | | | |

1 – 29

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2014
CLERK, U.S. DISTRICT COURT
By ______
Deputy

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 11. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - laptop | 7/28 | 7/28 | 7/28 |
| 12. | R. Watkins<br>J. Thompson | photo – Weast's bedroom external drive | | | |
| 13. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk contents | | | |
| 14. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk - drives | | | |
| 15. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks | | | |
| 16. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – disks close up | | | |
| 17. | R. Watkins<br>J. Thompson | photo – Weast's bedroom - hard drives | | | |
| 18. | R. Watkins<br>J. Thompson | photo – Weast's bedroom desk – another drive | | | |
| 19. | R. Watkins<br>J. Thompson | photo- view from Weast's bedroom | | | |
| 20. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 21. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom | | | |
| 22. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom - computer | | | |
| 23. | R. Watkins<br>J. Thompson | photo – Lindsay's bedroom – computer close up | | | |
| 24. | R. Watkins<br>J. Thompson | photo – hallway | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 25. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom | 7/28 | 7/28 | 7/28 |
| 26. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - computer | | | |
| 27. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom – computer media | | | |
| 28. | R. Watkins<br>J. Thompson | photo – L. Weast's bedroom - closet | | | |
| 29. | R. Watkins<br>J. Thompson | photo – Weast's mail | | | |
| 30. | R. Watkins<br>J. Thompson<br>J. Willingham | Weast's laptop - photo | | | |
| 31. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop photo (close up) | | | |
| 32. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop (underneath) photo | | | |
| 33. | R. Watkins<br>J. Thompson<br>J. Willingham | Laptop and hard drive photo | | | |
| 34. | R. Watkins<br>J. Thompson<br>J. Willingham | Hard drive from laptop - photo | | | |
| 35. | R. Watkins<br>J. Thompson<br>J. Willingham | W.D. External drive photo | | | |
| 36. | R. Watkins<br>J. Willingham | W.D. External drive photo | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 37. | R. Watkins<br>S. Murray<br>J. Willingham | Laptop computer | 7/28 | 7/28 | 7/28 |
| 38. | R. Watkins<br>S. Murray<br>J. Willingham | Western Digital External drive | " | " | " |
| 39. | J. Willingham | Image of external drive | | | |
| 40. | J. Willingham | Image of laptop | | | |
| 41. | J. Willingham | Forensic Report | | | |
| 42. | R. Watkins<br>J. Willingham | child pornography image - !10yo_tied… (count 1 image) | 7/28 | 7/28 | 7/28 |
| 43. | R. Watkins<br>J. Willingham | child pornography image – (Pthc) Tori…18.jpg (count 1 image) | " | " | " |
| 44. | R. Watkins<br>J. Willingham | child pornography image – (pthc) tori… (count 1 image) | " | " | " |
| 45. | R. Watkins<br>J. Willingham | child pornography image – (lolitaguy))… (count 1 image) | " | " | " |
| 46. | R. Watkins<br>J. Willingham | child pornography image - !!pthc lsm…. (count 1 image) | " | " | " |
| 47. | R. Watkins<br>J. Willingham | child pornography image – Lucifer's …. (count 1 image) | " | " | " |
| 48. | R. Watkins<br>J. Willingham | child pornography video- !!!!Pthc Donna… (count 2 video) | 7/28 | 7/28 | 7/28 |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 49. | R. Watkins<br>J. Willingham | still frames from video | 7/28 | 7/28 | 7/28 |
| 50. | J. Willingham | Directory - laptop (Users) | | | |
| 51. | J. Willingham | Directory - laptop Users – expanded | | | |
| 52. | J. Willingham | Directory – laptop Downloads – expanded | | | |
| 53. | J. Willingham | Directory - laptop Program Files | | | |
| 54. | J. Willingham | Directory - laptop Program Files – expanded | | | |
| 55. | J. Willingham | Directory – laptop Shareaza | | | |
| 56. | J. Willingham | Directory – laptop Shareaza Applications | | | |
| 57. | J. Willingham | Directory – WD Drive Practice subdirectory | | | |
| 58. | J. Willingham | Directory – WD Drive Practice subdirectory (expanded) | | | |
| 59. | J. Willingham | Directory – WD Drive Destiny (expanded) | | | |
| 60. | J. Willingham | Directory – WD Drive Practice\Pics (expanded) | | | |
| 61. | J. Willingham | Video file - Upshorts | | | |
| 62. | J. Willingham | Still images from Upshorts video file | 7/28 | 7/28 | 7/28 |
| 63. | J. Willingham | Video file – laying out | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 64. | J. Willingham | Still image(s) from laying out video file | 7/28 | 7/28 | 7/28 |
| 65. | J. Willingham | Destiny/ID images | 7/28 | 7/28 | 7/28 |
| 66. | J. Willingham | Recently used files | 7/28 | 7/28 | 7/28 |
| 67. | J. Willingham | Search terms | 7/28 | 7/28 | 7/28 |
| ~~68.~~ | ~~J. Willingham~~ | ~~Video – K directory~~ | | | |
| 69. | Denise Wilkerson COR | AT&T /SBC Business records | 7/28 | 7/28 | 7/28 |
| 70. | P. Carlon | Western Digital Business records | 7/28 | 7/28 | 7/28 (by judge) |
| ~~71.~~ | ~~Simmons~~ Sgt. Benjamin | ~~IAD records~~ FWPD | | | |
| 72. | Simmons Sgt. Benjamin J. Thompson | Transcript – IAD call w/ Thompson (July 12, 2012) | | | |
| 73. | Simmons Sgt. Benjamin R. Watkins | Transcript – IAD call (July 25, 2012) | | | |
| 74. | Simmons Sgt. Benjamin | Affid by C. Weast IAD records | | | |
| 75. | Simmons Sgt. Benjamin | Affid by B. Weast | 7/28 | 7/28 | 7/28 |
| ~~76.~~ | ~~R. Watkins~~ Sgt. Benjamin Simmons | ~~Transcript- interview~~ of C. Weast | | | |
| ~~77.~~ | self-authenticating | copyright notice | | | |
| 78. | R. Watkins | screen capture Downloads/ "Chris" | 7/28 | 7/28 | 7/28 |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 79. | R. Watkins<br>A. Garza<br>M. Baggott<br>M. Womble<br>K. Lindsay | Weast DL photo | 7/28 | 7/28 | 7/28 |
| 80. | R. Watkins | undercover downloads screen captures – disk | | | |
| 81. | J. Wines | birth certificate of minor redacted | 7/28 | 7/28 | 7/28 |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2014, the foregoing Government's Second Amended Exhibit List was served by hand delivery to Angela Saad at 819 Taylor Street, Room 9A10, Fort Worth, Texas 76102.

AISHA SALEEM
Assistant United States Attorney