# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

HONORABLE John McBryde, PRESIDING  
DEPUTY CLERK: F. Arnold  COURT REPORTER: Debbie Saenz  
LAW CLERK _____  
DATE HELD: July 29, 2014  
A.M. 8:56 - 11:40  
TOTAL COURT TIME: 2 hrs./44 mins.  CSO: Ray Urban  

CR. No. 4:14-CR-023-A(01)

| UNITED STATES OF AMERICA | § | AISHA SALEEM, AUSA |
|---|---|---|
|  | § | DAN COLE, AUSA |
| v. | § |  |
|  | § | ANGELA SAAD, FPD |
| CHRISTOPHER ROBERT WEAST | § | CHRIS CURTIS, FPD |
| Defendants Name |  | Counsel for DeftsAppt-(A), Retd-®, FPD-(F) |

## 2nd DAY JURY TRIAL

Trial Status:
- ✔ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
- ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
- ☐ Mistrial  ☐ Settled     2 Days in Trial     Hearing Concluded: ✔ Yes

☐ ........ Deft. _____ failed to appear, bench warrant to issue.
☐ ........ Pretrial Conference held prior to trial.
☐ ........ Voir dire begin
☐ ........ Jury impaneled. ☐ Jury selected  ☐ Jury sworn
☐ ........ Jury trial held.
☐ ........ ☐ Govt  ☐ Deft's evidence presented.
☐ ........ Deft _____ motion for _____ ☐ granted ☐ denied ☐ moo
☐ ........ Govt motion for _____ ☐ granted ☐ denied.
☐ ........ Deft _____ motion _____ taken under advisement.
☐ ........ Deft _____ motion _____ ☐ granted ☐ denied.
☐ ........ Evidence concluded.
☐ ........ Final arguments.
✔ ........ Court's charge to the jury.
✔ ........ Jury deliberating.
✔ ........ Jury verdict Rendered (See Verdict Form).
✔ ........ Court's forfeiture instructions to the jury.
✔ ........ Forfeiture verdict Rendered (See Verdict Form).
✔ ........ Order for PSI, Disclosure and Sentencing dates.
✔ ........ Sentencing set for **November 14, 2014** at **9:00 a.m.** (Order to follow)
✔ ........ Defendant's Custody continued.

✔ ........ **STATUS OF EXHIBITS w/crd:** Govt Exhs. 1-38; 42 - 49;62, 64-67,69,70,75,78,79,81 - Admitted.
*(Exh. 37 - Laptop (Replaced with photo);Exh. 38 - Western Digital External drive (Replaced with photo);
Exh. 48 - DVD (Sealed); Exhs.42-47, 49 - Photographs (Sealed)).

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JUL 29 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

PROCEEDINGS _____