IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

## VERDICT OF THE JURY

1.

We, the jury, find the defendant, **CHRISTOPHER ROBERT WEAST**, _Guilty_ as to Count One of the Third Superseding Indictment.

2.

We, the jury, find the defendant, **CHRISTOPHER ROBERT WEAST**, _Guilty_ as to Count Two of the Third Superseding Indictment.

July 29, 2014

_____
Foreperson

ACCEPTED:

July 29, 2014

_____
JOHN McBRYDE
United States District Judge

For the information of the jury, the counts of the third superseding indictment read as follows:

<u>Count One</u>
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C:\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C:\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy - Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

<u>Count Two</u>
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive child pornography that was shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female wearing a hood performing sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

4