U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2014
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

### SPECIAL VERDICT FORM

We, the jury in the above-entitled case, find as follows concerning the forfeiture of property in this case:

Instruction:   Answer Yes or No in the spaces below.  If the Government has met its burden of proof, answer Yes; otherwise, answer No.

Question 1:

Did the Government prove by a preponderance of the evidence that the HP laptop computer, serial number CNF8234HX7, seized from the defendant's residence in White Settlement, Texas on July 10, 2012 was used or intended to be used to commit or to promote the offense charged in Count One of the Indictment?

ANSWER   _____yes_____

Question 2:

Did the Government prove by a preponderance of the evidence that the Western Digital external drive, serial number WCAV5C309672, seized from the defendant's residence in White Settlement, Texas on July 10, 2012, was used or intended to be used to commit or to promote the offense charged in Count One of the Indictment?

ANSWER ___yes___

Question 3:

Did the Government prove by a preponderance of the evidence that the HP laptop computer, serial number CNF8234HX7, seized from the defendant's residence in White Settlement, Texas on July 10, 2012 was used or intended to be used to commit or to promote the offense charged in Count Two of the Indictment?

ANSWER ___yes___

Question 4:

Did the Government prove by a preponderance of the evidence that the Western Digital external drive, serial number WCAV5C309672, seized from the defendant's residence in White Settlement, Texas on July 10, 2012 was used or intended to be

used to commit or to promote the offense charged in Count Two of the Indictment?

ANSWER   yes

July 29, 2014

ACCEPTED:

July 29, 2014

_____
Foreperson

_____
JOHN McBRYDE
United States District Judge

3