ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
JUL 28 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

MINUTE ORDER - DOCKET CALL

JUDGE : McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz
CSO: Ray Urban

Case No.:14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 07/28/14    Time: 8:35 a.m. - 8:43 a.m.; 9:05 a.m. -9:20 a.m.

Government's counsel: Aisha Saleem, Dan Cole

Defendant's counsel: Angela Saad, Chris Curtis
==========================================================================

Docket call.

Defendant, Christopher Robert Weast, present via video conference.

Defendant's motion for court to take judicial notice of congressional findings denied. Defendant's motion to file supplemental exhibit list granted.

Randy Watkins, S. Murry, Jim Thomson, James Willingham, Denise Wilkerson, Matthew Womble, Pablo Carlon, Armando Garza, Scott Thompson, Michael Baggott, Edmond Grant, Kaela Lindsay, Quenia Pierson, R.H. Simmons, Larry Weast, Bobbi Weast, Jim Wines, Tony Pagan, Brett Welaj, sworn.

Rule invoked.