United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
AUG - 4 2014   2:43 pm
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST, ex rel )

Affidavit of Fact
Acceptance for Honor
Settlement of Charges

I accept your charges for value and consideration in return and post settlement and closure of 4:14-CR-00023-A and Autotris and CUSIP account number 636031074.

Please use my exemption for full settlement and closure of this account as this account is prepaid and exempt from levy. Under Rule 8 FRCP I accept the charges for value and consideration in return please use my exemption as principle for post settlement and closure of 4:14-CR-00023-A and CUSIP and Autotris

account numbers 636031074 as this account is prepaid and exempt from levy.

I declare under penalty of perjury under the laws of the united states of America (without theseUnited States) that the foregoing is true and correct.

July 29, 2014
Executed on

James Joseph Smith
Authorized Representative
All rights Reserved
Without Recourse

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2014 AUG -4  PM 2:43

CLERK OF COURT

NORTH TEXAS TX P&DC
DALLAS TX 750
04 AUG 2014 PM 4 L

James Joseph Smith
47797177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special Legal Mail / Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Mailed on July 30, 2014 to the United States District Court