☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

```
UNITED STATES OF AMERICA    )
                            )
                            )
v.                          ) No. 4:14-CR-00023-A
                            )
                            )
CHRISTOPHER ROBERT WEAST, ex rel )
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 7 2014  11:19AM cts
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## Discharge Bond
## Dissolution Bond

CHRISTOPHER ROBERT WEAST promises to pay ($2,000,000.00) Two Million Dollars and Zero Cents upon the release of James Joseph Smith who is being held unlawfully under the all caps name, CHRISTOPHER ROBERT WEAST.



Official Seal
C | S
O | W
Chris Weast

Chris Weast
Authorized Representative
Without Recourse

August 4, 2014
Date



James Smith Chris Weast A/k
4779717
Federal Correctional Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special Mail
Confidential
Communications

NORTH TEXAS TX P&DC
DALLAS TX
04 AUG 2014 PM 8 L

I sue!!!
Property of I sue!!!

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FORT WORTH DIV

2014 AUG -7 AM 11: 19
CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236416S