


ORIGINAL

C.T.J.
w/o

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 AUG -8  PM 3:46

CLERK OF COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 4:14-CR-023 A |
| CHRISTOPHER ROBERT WEAST | § § § | |
| Defendant. | § § § | |

### SECOND MOTION TO WITHDRAW

COMES NOW, Angela Saad, Assistant Federal Public Defender, attorney of record for defendant Christopher Robert Weast, and respectfully moves this Court for an order granting Angela Saad and the Federal Public Defender for the Northern District of Texas, leave to withdraw as attorney of record.

On August 6, 2014, Angela Saad, defense counsel, was served with a lawsuit from James Joseph Smith, also referenced and known as Christopher Robert Weast. The suit is filed in the 348th District Court of Tarrant Count, cause number 348-273458-14. This lawsuit has also been served on Christopher Curtis and Peter Fleury on August 8, 2014. The Federal Public Defender's office is currently retaining counsel to represent all Assistant Federal Public Defender's named in the civil lawsuit.

Due to the claims alleged in the lawsuit and the lawsuit pending in another court, the Federal Public Defender's Office moves the Court to allow it to withdraw from its appointment,

and to allow defendant Christopher Robert Weast to represent himself.  The allegations and need to represent ourselves conflict with our duties to zealously represent our client while simultaneously maintaining our ethical duty of loyalty.

WHEREFORE, the defendant prays that this motion be granted and the Federal Public Defender's Office be allowed to withdraw.

Respectfully submitted,

JASON HAWKINS
Federal Public Defender
Northern District of Texas

BY: /s/
ANGELA SAAD
Asst. Federal Public Defender
TX State Bar No. 24059016
819 Taylor Street, Room 9A10
Fort Worth, TX 76102
(817) 978-2753

Attorney for Defendant
CHRISTOPHER ROBERT WEAST

## CERTIFICATE OF CONFERENCE

    I hereby certify that I, Angela Saad, attorney for defendant, did confer with Aisha Saleem, the Assistant United States Attorney assigned to this matter, and she does not oppose this motion.

_____
ANGELA SAAD

## CERTIFICATE OF SERVICE

    I, Angela Saad, hereby certify that on this the 8th day of August 2014, a copy of the foregoing motion was hand delivered to the Court and Aisha Saleem, Assistant United States Attorney, 801 Cherry Street, Suite 1700, Fort Worth, Texas 76102.

_____
ANGELA SAAD