☐ ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 1 2014     12:14 pm
                 cts

CLERK, U.S. DISTRICT COURT
By _____  (MT)
        Deputy

UNITED STATES OF AMERICA )
)
)
V. )Account No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

Motion to Discharge
Dissolving Bond

COMES NOW James Joseph Smith, formerly Christopher Robert Weast not CHRISTOPHER ROBERT WEAST, a natural human-being, not a ward or minor government official in any capacity nor a resident of the UNITED STATES or of the State of Texas, a natural man and child of the living God, and would show the following:

## Facts

## Mandatory Judicial Notice

2.

### Definitions from Blacks Law Fourth Edition

1. Dissolving Bond. A bond given to obtain the dissolution of a ~~writ~~ writ or process, particulary an attachment or an injunction, and conditioned to indemnify the opposite party or to abide the judgment to be given. see Sanger v. Hibbard, 2 Ind. T. 547, 53 S.W. 330.

2. Bond. A mere promise to pay. Deppe v. Lufkin, CCA Mass., 116 F.2d 483, 486.

3. Bond Creditor. A creditor whose debt is secured by a bond.

4. Promissory estoppel. The principle that a promise made without consideration may nonetheless be enforced to prevent injustice if the promisor should have reasonably expected the promisee to rely on the promise and if the promisee did actually rely on the promise to his or her detriment. (Blacks Law Ninth Edition)

5. Payment. (14c) 1. Performance of an obligation by the delivery of money or some other valuable thing accepted in partial or full discharge of the obligation. 2. The money or other valuable thing so delivered in satisfaction of an obligation. (Blacks Law Ninth Edition)

3

6. Money. UCC 1-201(24) 2. Assets that can be easily converted to cash <demand deposits are money>. (Blacks Law Ninth Edition)

7. Cash, n. (16c) 1. Money or its equivalent. 2. Currency or coins, negotiable checks, and balances in bank accounts.

8. Discharge, n. (15c) 1. Any method by which a legal duty is extinguished; esp., the payment of a debt or satisfaction of other obligation. 2. Bankruptcy. The release of a debtor from monetary obligations upon adjudication of bankruptcy; Discharge in Bankruptcy. Cf. Release (1) 3. The dismissal of a case. 4. The canceling or vacating of a court order. 5. The release of a prisoner from confinement. (Blacks Law Ninth Edition)

9. Commercial Paper. 1. An instrument, other than cash, for for the payment of money. Commercial paper – typically existing in the form of a draft (such as a check) or a note (such as a certificate of deposit) – is governed by Article 3 of the UCC.

4

10. Note, n. (17c) 1. A written promise by one party (the maker) to pay money to another party (the payee) or to bearer. A note is a two party negotiable instrument, unlike a draft (which is a three-party instrument). Also termed promissory note. (Blacks Law Ninth Edition)

11. Banker's note. A promissory note given by a private banker or an unincorporated banking institution. (Blacks Law Ninth Edition)

12. Banker. A private person who keeps a bank; one who is engaged in the business of banking. People v. Doty, 80 N.Y. 228; Auten v. Bank, 19 S.Ct. 628, 174 U.S. 125, 43 L.Ed 920.

13. Private Banker. One who carries on the business of banking without being incorporated. State of Missouri v. Angle, CCA.Mo., 236 F. 644, 650; Herzog v. Transatlantic Trust Co., Supp., 172 N.Y.S. 394, 395.

14. Currency. Coined money and such banknotes or other paper money as are authorized by law and do in fact circulate from hand to hand as the medium of exchange. Griswold v. Hepburn, 2 Duv., Ky., 33;

5

Insurance Co. v. Kupfer, 28 Ill. 332, 81 Am. Dec. 284.

The term "money" is synonymous with "currency," and imports any currency, token, bank notes, or other circulating medium in general use as the representative of value. People v. Miller, 292 Ill. App. 643, 11 N.E. 2d 827.

The following attached Dissolving Bond and Certified Check, as surety for Bond Number NE007175, are issued by CHRISTOPHER ROBERT WEAST, Bond Creditor, to dissolve all debts and/or bonds associated with account number 4:14-00023-A

CHRISTOPHER ROBERT WEAST is a private banker. State of Missouri v. Angle, C.C.A.Mo., 236 F. 644, 650; Herzog v. Transatlantic Trust Co., Sup., 172 N.Y.S. 394, 395.

CHRISTOPHER ROBERT WEAST offers the attached Dissolving Bond numbered NE007175, as full payment and settlement of this case and account.

6

For the foregoing reasons, James Joseph Smith, authorized representative for CHRISTOPHER ROBERT WEAST, makes it his wish to have this obligation dissolved and discharged due to full performance of the obligations, to release James Joseph Smith from prison.

Without Recourse

Chris Weast   Under Protest

Authorized Representative

All Rights Reserved



CHRISTOPHER ROBERT WEAST

August 8, 2014

$25,000,000. 00/00

Amount: Twenty Five Million Dollars and Zero Cents

Pay to the Order of:

Certified Check

Surety for Bond # NEOO7115

Memo

without Recourse

Brie Weast

Authorized Representative
All Rights Reserved

G36031D74

## Dissolving Bond

CHRISTOPHER ROBERT WEAST promises to pay ($10,000,000.00) Ten Million Dollars and Zero Cents immediately upon the release of James Joseph Smith who is being held, confined and detained unlawfully and contrary to the law under the name CHRISTOPHER ROBERT WEAST in the Bureau of Prisons Federal Correctional Institution in Fort Worth, Texas USA.

without Recourse

August 8, 2014
Date

Chris Weast
Authorized Representative
All Rights Reserved
Under Protest

Bond # NE007175



Chris West
H7941-
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special
Mail)
Confidential
Communications

<47797-177>
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX.
FT. WORTH DIVISION

2014 AUG 11   PM 12: 16

CLERK OF COURT