IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
AUG 11 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | NO. 4:14-CR-023-A |
| § | |
| CHRISTOPHER ROBERT WEAST § | |

O R D E R

Came on for consideration the second motion to withdraw, filed in the above action by the Federal Public Defender, seeking to withdraw from representation of defendant, **CHRISTOPHER ROBERT WEAST**. Having considered such motion, the court concludes that it should be denied.

The motion cites no legal authority to support the proposition that the Federal Public Defender is disqualified from representing defendant on the grounds raised in the motion. Nor does the motion attach as an exhibit the pleadings in the state court suit or provide the court any information on the nature of the claims asserted therein or how the same would cause the Public Defender to be disqualified. Accordingly, the court is denying the motion without prejudice to its being refiled with citations to legal authority, and providing the court a copy of

the pleadings, in support of the relief sought.

THE COURT SO ORDERS.

SIGNED August 11, 2014.

_____
JOHN McBRYDE
United States District Judge