ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | |

### GOVERNMENT'S RESPONSE TO COUNSEL'S SECOND MOTION TO WITHDRAW

TO THE HONORABLE JOHN MCBRYDE, UNITED STATES DISTRICT JUDGE:

The United States, acting by and through the undersigned Assistant United States Attorney for the Northern District of Texas, hereby submits this response to Defense Counsel's Second Motion to Withdraw:

The government does not object to counsel's request.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Aisha Saleem
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2014, the foregoing Government's Response was served via hand delivery to Angela Saad, Federal Public Defender's Office, 819 Taylor Street, room 9A10, Fort Worth, Texas 76102.

                                              /s/ Aisha Saleem
                                              AISHA SALEEM
                                              Assistant United States Attorney