ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 2 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

Bonafide Offer to Discharge Obligation

CHRISTOPHER ROBERT WEAST promises to pay ($ _____ ) _____ to the UNITED STATES OF AMERICA on or before July 31 2114 upon the release and discharge of CHRISTOPHER ROBERT WEAST from the Federal Bureau of Prisons Federal Correctional Institute located in Fort Worth, Texas, USA.

August 3, 2014
Date

_Chris Weast_
Authorized Representative
Without Recourse

Letter to the Clerk of Court,

I am requesting the CUSIP number for case number 4:14-CR-00023-A as well as the bond numbers associated with said case number. I need to know which surety company was used to create the bonds associated with the aforementioned case number.

July 30, 2014            James
                         Authorized Representative
                         Without Recourse

                         James Joseph Smith
                         C/o Chris Weast
                         47797177
                         Federal Corrections Institute
                         P.O. Box 15330
                         Fort Worth, Texas [76119]
                         USA

2014 AUG 12  AM 10: 24
CLERK OF COURT

NORTH TEXAS TX FRDC
DALLAS TX 750
11 AUG 2014 PM 5 L

James Smith Chris Weast A/R under Protest
4779177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special Mail
Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

7510235485