United States District Court
Northern District of Texas
Fort Worth Division

☒ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 1 4 2014    12:26 p
                  cto

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA )
)
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

## Promise to Pay
## Performance Bond

I, James Joseph Smith, by special appearance only, file this bond on behalf and in care of CHRISTOPHER ROBERT WEAST.

CHRISTOPHER ROBERT WEAST promises to pay ($5,000,000.00) Five Million Dollars and Zero Cents upon the immediate discharge and release of James Joseph Smith who is being unlawfully confined and detained at liberty by the ~~Bureau~~ Bureau of Prisons Federal Correctional Institution.

without Recourse
All Rights Reserved
without Prejudice

August 11, 2014
Date

*Chris Weast*
Authorized Representative
Under Protest



