# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-10640

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHRISTOPHER ROBERT WEAST,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 12, 2014, for want of prosecution. The appellant failed to timely pay docketing fee.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 14 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

4:14-CR-23-(1) A

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Peter A. Conners, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana
12 AUG 2014

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK



LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 12, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 14-10640    USA v. Christopher Weast
                          USDC No. 4:14-CR-23-1 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Peter A. Conners, Deputy Clerk
                              504-310-7685

cc w/encl:
    Mr. James Wesley Hendrix
    Mr. Christopher Robert Weast