NORTHERN DISTRICT OF TEXAS

FILED

AUG 20 2014

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA § 
§
VS. § NO. 4:14-CR-023-A
§
CHRISTOPHER ROBERT WEAST §

ORDER

In order to protect personal information of the jurors who
served in the trial conducted in the above-captioned case on
July 28-29, 2014, and of the persons who served on the panel from
which the jury was selected,

The court ORDERS that the entire voir dire examination of
the jury panel be, and is hereby, sealed, and that all
proceedings in which the identity of any person who served on the
jury, including the alternate, are disclosed, including the
proceedings related to the selection and seating of the regular
and alternate members of the jury, proceedings related to the
polling of the jury after the jury returned its verdict,
proceeding when the alternate was excused, and any proceeding
during which the name of any regular or alternate member of the
jury was disclosed be, and are hereby, sealed.

The court further ORDERS that all papers pertaining to the
above-captioned case that disclose the name or other personal
information of any member of the panel from which the jury was

selected or any member of the jury, regular or alternate, be, and are hereby, sealed.

The court further ORDERS that counsel for defendant, **CHRISTOPHER ROBERT WEAST**, not disclose to anyone the name or other personal information about any regular or alternate member of the jury, or any member of the panel from which the jury was selected, in the above-captioned case.

SIGNED August 20, 2014.


_____
JOHN MCBRYDE
United States District Judge