United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

UNITED STATES OF AMERICA )
)
)
v ) Account No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel )

Affidavit of Fact
Mandatory Judicial Notice



Chapter 62, 1871
16 United States Statutes at Large 419
Forty First Congress Session III
Chapter 62, 1871 Chap. LXII.

An act to provide a Government for the District of Columbia.

Be it enacted by the Senate and House of Representatives of the United States in Congress assembled, That all that part of the territory of the United States included within the limits of the District of Columbia be, and the same is hereby,

created into a government by the name of the District of Columbia, by which name it is hereby constituted a body corporate.

Blacks Law Fourth Edition Definitions

UNITED STATES NOTES. Promissory notes, resembling bank-notes, issued by the government of the United States.

UNITED STATES CURRENCY. Commonly understood to include every form of currency authorized by the United States government, whether issued directly by it or under its authority. Appel v. State, 28 Ariz. 416, 237 P. 190, 191.

Money. The term "moneys" is not of more extensive signification than "money," and means only cash, and not things in action. Mann v. Mann, 14 Johns., N.Y., 1, 7 Am. Dec. 416.

cash. Money or its equivalent; usually ready money. Kerlin v. Young, 159 Ga. 95, 125 S.E. 204, 207; Britain v. Rice, Tex. Civ. App., 204 S.W. 254, 256.

Bank notes or sight drafts. Lane v. Railey, 280 Ky. 319, 133 S.W.2d 74, 79, 80. Commercial paper. Commercial Credit Corporation v. Third & Lafayette Streets Garage, 131 Misc. 768, 228 N.Y.S. 166, 168.

Payment. A discharge of an obligation or debt, and part payment, if accepted, is a discharge pro tanto. Hattrem v. Burdick, 138 Or. 660, 6 P.2d 18, 19. In a more restricted legal sense payment is the performance of a duty, promise, or obligation, or discharge of a debt or liability, by the delivery of money or other value by a debtor to a creditor, where the money or other valuable thing is tendered and accepted as extinguishing debt or obligation in whole or in part. Also the money or other thing so delivered. Root v. Kelley, 39 Misc. 530, 80 N.Y. Supp. 482; Moulton v. Robison, 27 N.H. 554; Clay v. Lakenan, 101 Mo. App. 563, 74 S.W. 391.

Bond. A certificate or evidence of a debt. State v. Merchants Nat. Bank of Mobile, 230 Ala. 661, 162 So. 270; First State Bank of Kansas City v. Bone, 122 Kan. 493, 252 P. 250, 254.

Upon the Clerk accepting and filing of the same in the record, it will serve as prima facia evidence of acceptance as payment in full and discharge of the debt or obligation.

~~☒~~ I declare under penalty of perjury under the laws for the united states of America that the foregoing is true and correct.

August 6, 2014
Executed On

James Joseph Smith
Authorized Representative
Without Recourse
Sovereign Human Being

(Official seal: Chris Weast — C | S / O | W)

Chris Weast A/R Under Protest
47971177
Federal Correctional Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special Mail

Special Mail
Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States