Clerk of the Court,

ORIGINAL

I am requesting an Automatic Stay for account number 4:14-CR-00023-A. Please make sure you sign the Supersedas Block on the document as I provided the following ~~ch~~ Negotiable Instrument as collateral which is already filed in the record, in the form of a "Birth Certificate". Please send me a copy of this transaction.

Without Recourse
All Rights Reserved
Without Prejudice
Respectfully Submitted,
James Ali
Under Protest


OFFICIAL
J S
O A
SEAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 2 1 2014   1:53p
cb
CLERK, U.S. DISTRICT COURT
By _____
Deputy

2014 AUG 21 PM 1:53
CLERK OF COURT

NORTH TEXAS TX PSBC
DALLAS TX 750
20 AUG 2014 PM 8 L

Confidential
Communications

⇔47797-177⇔
Eldon B Mahon
Judge ~~McBride~~ McBryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7510295165

[Chris Weast]A/R Under Protest
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

Special
Mail