Letter to Chief Judge, ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION
2014 AUG 28 PM 1:49
CLERK OF COURT

Account Number 4:14-CR-00023-A
(USA sic v. CHRISTOPHER ROBERT WEAST, ex rel)

Special Appearance

## Questions to Court

1. Isn't it true that a "statute" means a kind of bond or obligation of record, being an abbreviation for "statute merchant" or "statute staple?"

2. Isn't it true that a "statute-merchant" is a security for a debt acknowledge to be due, entered into before the chief magistrate of some trading town, pursuant to the statute, by which not only the body of the debtor might be imprisoned, ~~but also his lands might~~ and his goods seized in satisfaction of the debt, but also his lands might be delivered to the creditor till out of the rents and profits of them the debt be satisfied?

3. Is it true that "statutable, or statutory" means that which is introduced or governed by statute law, as opposed to the common Law or equity. Thus, a court is said to have "statutory jurisdiction" when jurisdiction is given to it in certain matters by act of the legislature?

4. Is it presumed that I somehow agreed to, or contract with, the UNITED STATES through the alleged statute?

5. How many days can a judge ignore open motions on the record?

6. Can a judge ignore open motions and proceed to trial?

7. Can a judge arbitrarily and capriciously proceed after jurisdiction has been challenged?

8. Is this court imposing an obligation upon me?

9. Isn't it true that there is some kind of bond or bonds which this court is secreting from me?

10. Isn't it true that there is a bid bond?

11. Isn't it true that there is also a performance bond which is used as though I am in default on some alleged contract?

12. Isn't it true that there is also a payment bond which is also used as though I am in default on some alleged contract?

13. Isn't it true that, "All laws is for the protection of private property rights, all other is policy and policy requires consent?"

14. Isn't it true that all legislation is prima facie territorial?

15. Is it true that there is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within territorial jurisdiction of the [United States]?

16. Isn't it true that, in order for any judgment to be valid requires that the person understand the nature and cause of the charge(s) against him?

Respectfully Submitted,
without Prejudice
without Recourse
All Rights Reserved
James Ali
Authorized Representative
Under Protest
Under Threat & Duress



Chris Weast M/R Under Protest/Freeman
47797-177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]

Special Mail

Confidential Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States