ORIGINAL United States District Court

Office of the Presiding Judge,

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 AUG 28 PM 1:49

CLERK OF COURT

Account Number 4:14-CR-00023-A
(USA v CHRISTOPHER ROBERT WEAST, ex rel)

Request for Automatic Stay

I am requesting an automatic Stay from this court. I have loaned a copy of the negotiable instrument known as a birth certificate to the court in order to cash in the mutual funds attached to it in order to discharge whatever ever obligation is allegedly owed. Please sign the Supersedas Block and send me a copy.

without Prejudice   All Rights Reserved
without Recourse
Respectfully Submitted
James Ali
Under Protest
Authorized Representative

Chris West A/k Under Protest
47747177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas 76119
USA

Special Mail

Confidential Communications

⇦47797-177⇦
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX FRDC
DALLAS TX 750
27 AUG 2014 PM 2 L

RECEIVED
AUG 28 2014
CLERK, U.S. DISTRICT
NORTHERN DISTRICT O[F TEXAS]