United States District Court
Northern District for Texas
Fort Worth Division

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 29 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
v. ) Account No. 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST, ex rel ) Special Appearance

Superseding Information
Affidavit of Fact
Corrections of Errors

I made a mistake of fact when I answered yes to being CHRISTOPHER ROBERT WEAST, on February 21, 2014.

I made a mistake of fact when I, under duress, plead "not guilty" on February 21, 2014.

I made a mistake of fact when I claimed I had a "right" because I was under the impression we were talking about the [de jure Constitution] and not the [corporate Constitution of the UNITED STATES].

I don't understand the nature and/or cause of this matter.

I have repeatedly asked Judge McBryde questions which he has refused to answer about the "nature and cause" of this matter.

I revoke and withdraw my consent-in-error, ab initio, to the 31st of January (1974) since I have never knowingly, willingly, willfully with the intention, given my consent to the corporation known as the [United States].

I do not understand what conflict or controversy there ever was in this matter which rose to the level of a "case" since I'm not aware of a conflict or controversy existing at any point during this alleged "case".

Admiralty and maritime jurisdictions were merged with the law and equity jurisdictions in 1966 (see: Federal Rules of Civil Procedure, notes equity to Supplementary Rules for Certain Admiralty and Maritime Claims.) All four causes of action (or natures of the cause) which were once separate and distinct are now rolled into one set of rules and indistinguishable from one another in our modern courts. Federal Rules of Civil Procedure, (FRCP) Rule 1 provides that: "These rules govern the procedure in the [United States district courts] in all suits of a civil nature

whether cognizable as cases at law or in equity or in [Admiralty] with the exceptions stated in rule 81." Rule 2 provides that: "There shall be one form of action to be known "the civil action." FRCP Rule 9(h) provides in part: "If the claim is cognizable only in admiralty, it is an admiralty or maritime claim for those purposes whether so identified or not." FRCP Rule 38(e) provides that: "These rules shall not be construed to create a right to a trial by jury of the issues in an admiralty or maritime claim within the meaning of rule 9(h).

All cases in law, equity, admiralty or maritime, are now classified as "Civil Action." Civil maritime and admiralty actions require a contract between the plaintiff and [defendant] for the plaintiff to have standing to sue. For the plaintiff to have standing and for the court to have jurisdiction of the subject matter, there must be in existence a Bona Fide contract binding the accused into the criminal maritime jurisdiction. I have not signed any contract or other obligation that binds me to the maritime or admiralty jurisdiction. I did not convey any interest, right or myself to the [Corporate United States or any corporate state.]

"Subject matter jurisdiction cannot be waived by parties, conferred by consent, or ignored by the court." Babcock and Wilson v. Parsons Corp., 430 F.2d 531 (1920).

Subject matter jurisdiction may not be waived and courts may raise the issue sua sponte FRCP, Rule 12(h).

"Judgment of court lacking jurisdiction is void." Burnham v. Superior Court of California, County of Marin, 495 U.S. 604, 110 S. Ct. 2105, 109 L. Ed. 2d 631 (1990).

I am not nor have I ever agreed to being a [14th amendment semi slave status citizen.]

[UNITED STATES is a Corporation. see Title 28 USC 3002 (15)(A).]

According to the [U.S. immigration and nationality act, section 1101(a)(42) and section 207(e)] the Family of nations will not recognize you as a member of the human race if you do not have a nationality and you are considered a refugee.

I am a Moorish National.

5 of 6

My name is James Ali.

I made a mistake of fact at the first hearing in front of McBryde when I alleged to have rights under the [Constitution and Bill of Rights] because I did not know there was a presumption of operating under the corporate [United States Constitution.]

Presumptions

1) Is it presumed that my body is a vessel under 18 U.S.C. 7(1)?

2) Is it presumed that the [United States] acquired the land where the [United States] is exercising its special maritime and territorial jurisdiction; was conveyed to the [United States] by the [Legislature] of the Republic of Texas, and if so, where is the enactment by the Republic of Texas [Legislature] that conveyed the land as mandated by [Article IV, section 3?]

3) Is it presumed that the Republic of Texas did not enter the Union of the [several states] on equal footing with all the others according to the [equal footing doctrine] and is not a Republic, but remains a territory?

4) Is it a presumption that the [Social Security insurance] contract has bound the ["defendant"] into the ["special maritime jurisdiction"?]

5) Is it presumed that the ["defendant"] was engaged in interstate commerce?

All Rights Reserved
Without Prejudice
Without Recourse
*James Ali*   James Ali
Authorized Representative
Under Protest

OFFICIAL
J S
O A
SEAL

6 of 6

I declare under penalty of perjury under the laws of the united states of America (without the United States) that the foregoing is true and correct.

All Rights Reserved
Without Prejudice
Without Recourse

executed on August 24, 2014

James
Authorized Representative
Under Protest

Oath for Superseding Information, Affidavit of Fact, Corrections of Errors

