IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:14-CR-023-A |
| | § | |
| CHRISTOPHER ROBERT WEAST | § | |

ORDER

The court has concluded that the relief sought by the document filed by Angela Saad ("Saad"), as attorney of record for defendant Christopher Robert Weast ("Weast"), on August 14, 2014, titled "Defendant's Motion for Reconsideration of Second Motion to Withdraw," should be denied.

The civil suit that gave rise to Saad's concerns, as expressed in such motion for reconsideration, has now been dismissed. Moreover, even if the civil suit had not been dismissed, the court would have misgivings concerning the merit of the motion for reconsideration. Therefore,

The court ORDERS that such motion for reconsideration be, and is hereby, denied.

On page three of such motion, the request is made that Weast be allowed to represent himself. The court is unaware of any change in circumstances that would make appropriate self-representation by Weast at this time. However, if there is any change in circumstances that would indicate that self-

representation by Weast would be appropriate at this time, the court invites the filing of a document informing the court of the change.

    SIGNED September 2, 2014.

                                                      _____
                                                    JOHN McBRYDE
                                                    United States District Judge