United States District Court

Clerk of the Court,

I am requesting a 2 Criminal Justice Act form which is supposed to be something to request the transcripts of all hearings had in a cause.

August 29, 2014
Date

All Rights Reserved
without Recourse
Respectfully Submitted
without Prejudice
James Ali
Authorized Representative
Under Protest

[Official Seal: USOA]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 3 2014   12:03pm
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ORIGINAL

Chris West Freeman Not a Slave
47797-177
Federal Corrections Institute
P.O. Box 15330
Fort Worth, Texas [76119]
USA

Special Mail

Special Mail
Confidential Communications

NORTH TEXAS TX PSDC
DALLAS TX 750
02 SEP 2014 PM 10 L

◇47797-177◇
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States