United States District Court
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP – 4 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA )
)
v. ) Account Number: 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST, ex rel ) Special Appearance

## Motion for Mistrial

Now Comes James Ali, for the defendant CHRISTOPHER ROBERT WEAST by special appearance to show the following:

### FACTS/AFFIDAVIT

1. Aisha Saleem knowingly and intentionally proceeded arbitrarily and capriciously, to trial, knowing that she had been served with a lawsuit filed against her on June 11, 2014 and which Saleem was served with on July 17, 2014 by defendant's authorized representative.

2. Trial for defendant was held on July 28 and 29th, 2014.

3. On or about June 2014, Aisha Saleem and Matt Womble met with Kaela Lindsey, at which point Saleem and Womble assured Lindsey that they would make sure CHRISTOPHER ROBERT WEAST would not get a fair trial, that "Defendant" would not be allowed in the courtroom and that "Defendant" would be found guilty no matter what.

4. At the July 28 and 29th, 2014 trial, Saleem and Womble's promise to Kaela Lindsey became a reality when John McBryde excluded me from the entire trial to prevent me from asking questions.

5. I was not allowed to be present in the courtroom at any point during the alleged "trial."

6. Saleem did not recuse herself after being served with my lawsuit on July 17, 2014.

7. Attached as proof, is the affidavit of the Texas Constable who attempted to serve McBryde six times and then filed an affidavit, in which he stated his good faith belief is McBryde knowingly and intentionally avoided being served.

8. McBryde was aware of my lawsuit against him and yet McBryde arbitrarily and capriciously continued proceeding in this alleged case knowing he had a substantial financial interest in this alleged case.

9. McBryde held an alleged arraignment hearing wherein I asked several questions which McBryde was apparently unable to answer due to the fact that he had me removed from the court claiming that he was taking recess.

10. McBryde resumed the "hearing" yet I was kept in some room, hands and feet shackled, and unable to speak on the record due to the fact a marshal kept the TV/Monitor thing muted, preventing me from asking questions.

I declare under penalty of perjury under the laws of the united states of America (without the United States) that the foregoing is true and correct.

executed on August 30, 2014

OFFICIAL
J S
O A
SEAL

All Right Reserved
without Prejudice
without Recourse
James
Authorized Representative
Under Protest
Under Threat and Duress

NORTH TEXAS TX PDC
DALLAS TX 753
03 SEP 2014 PM 6 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2014 SEP -4  PM 12: 48

CLERK OF COURT

⟺47797-177⟺
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Chris Weast@Freeman Under Protest
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]
Non Domestic, Non Federal

Confidential
Communications

Special Mail

Mailed on September 1, 2014