Office of the Clerk,

☐ ORIGINAL

Account Number 4:14-CR-00023-A
(USA v. CHRISTOPHER ROBERT WEAST)

Request for Automatic Stay

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 9 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

[ ]

Supersedas Block/Clerk's signature

I am requesting an automatic stay for the third time from this court based on the fact that I have loaned this court the [Birth Certificate] which is a Negotiable Instrument, in order that the trustee may cash out the appropriate amount of mutual funds in order to settle and discharge this account. Please remember to sign the Supersedas Block above to indicate my status. If there is a form I need to use in order to request my remedy in the form of the Automatic Stay, please send it to me in the self addressed stamped envelope I have provided. If this letter will suffice, please send me a copy in the S.A.S.E.

September 7, 2014

Thank You
Chris Weast
Private State
OFFICIAL SEAL OF WEAST CLAN

Chris Weast Freeman
47797-177
Federal Correctional Institution
P.O. Box 15330
Fort Worth, Texas [76119]
Non Domestic, Non Federal

Confidential
Communications

Confidential
Communications

Confidential
Communications

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX 760
DALLAS TX
05 SEP 2014 PM 3 L

2014 SEP -9 AM 11: 45

RECEIVED
US DIST COURT
NORTHERN DIST TX