Clerk of the Court,

(USA v. Christopher Robert Weast)

Account Number 4:14-CR-00023-A

☐ ORIGINAL

Could you please send me a copy of the indictments in this alleged "case"? Also, who is the Trustee? I also need to know the total amount of the obligation which the court imposed upon me allegedly without lawful authority to do so?

September 10, 2014
Date

Thank You,
Chris Weast
Private State

September 10, 2014
Mailed on

*Envelope image:*

Return address (handwritten):
Chris Weast Freeman
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas [76119]
Non Domestic, Non Federal

[Legal Mail]

Postmark: NORTH TEXAS TX PMDC / DALLAS TX 750 / 12 SEP 2014 PM 8 L

Confidential Communications

Received stamp: 2014 SEP 15 PM 2:46 CLERK OF COURT

Addressee:
⇨47797-177⇦
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX [76102]
Non Domestic, Non Federal

7510 2364 185