District court of the united state
Northern District of Texas
Fort Worth Division

☐ ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 25 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
)
)
v. ) Civil Action No 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST )

## Motion to Dismiss

The [defendant] moves the court to dismiss this case against for the following reasons:

1. THE RESERVATION OF MY RIGHTS.

I explicitly reserve all of my rights. UCC 1-308 which was formally UCC 1-207.

§ 1-308. Performance or Acceptance Under Reservation of Rights.

(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

2. FURTHER ADVISEMENT

This is to advise that all of the actions of the court and all others in these cases against [Defendant] are in violation of...

A. USC Title 18 > Part I > Chapter 13 > § 242 Deprivation of rights under color of law.

B. USC Title 18 > Part I > Chapter 13 > § 241 Conspiracy against rights

Wherefore, [Defendant] prays for the foregoing speedy relief.

Kindest and Warmest regards,

Chris Weast
Without Prejudice (UCC 1-308)
Under Protest

Christopher Robert Weast
c/o 833 Hallvale Drive
    Fort Worth, Texas
    Non Domestic, Non Federal
    817-343-7001

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 SEP 25 PM 12: 04

CLERK OF COURT

[Nevada postage stamp]

NORTH TEXAS TX PDC
DALLAS TX 750
29 SEP 2014 PM 1 L

Confidential Communications

⟨47797-177⟩
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX [76102]

Non Domestic Non Federal

Chris Weast Freeman Under Protest
47797177
Federal Correctional Institution
P.O. Box 15330
Fort Worth, Texas [76119]
Non Domestic, Non Federal