IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
SEP 29 2014
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:14-CR-023-A |
| § | |
| CHRISTOPHER ROBERT WEAST § | |

ORDER

The court has received the presentence investigation report pertaining to defendant, **CHRISTOPHER ROBERT WEAST**, which shows that his guideline imprisonment range is 360 months to life imprisonment, but that because of the statutory maximum applicable to the offenses of conviction, his guideline range becomes 360 months. The presentence report discloses that defendant has refused to cooperate with his attorneys or the probation office in matters pertaining to preparation for the sentencing hearing. The court thinks important that the defendant have a full understanding and appreciation of his sentencing potential so that he can reconsider his refusals to cooperate between now and the date of the sentencing. The court has concluded that defendant should be brought before the court at 2:00 p.m. on Wednesday, October 1, 2014, so that the court can be certain that the defendant understands his sentencing

potential and the importance of assisting his attorneys from this point forward in the sentencing process.  Therefore,

The court ORDERS that a hearing be conducted in the above-captioned case at 2:00 p.m. on October 1, 2014, in the Fourth Floor Courtroom of the United States Courthouse, Fort Worth, Texas, at which time, date, and place defendant, counsel for defendant, and counsel for the government are to be present.

SIGNED September 29, 2014.

_____
JOHN McBRYDE
United States District Judge