ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
OCT - 1 2014
CLERK, U.S. DISTRICT COURT
By _____
  Deputy

## MINUTE ORDER - COURTROOM HEARING

JUDGE: McBryde
LAW CLERK: Marjorie Panter
COURT REPORTER: Debbie Saenz
CSO: Jim Hunn

---

Case No.: 14-CR-023-A
USA v. Christopher Robert Weast

Date Held: 10/01/14         Time: 1:58 p.m. - 2:01 p.m.; 2:15 p.m. - 2:27 p.m. (15 mins)

Government's counsel: Aisha Saleem

Defendant's counsel: Chris Curtis

---

Hearing to discuss defendant's sentencing exposure.

Defendant, Christopher Robert Weast, present via video conferencing from another room.

Hearing concluded.

Defendant remanded to custody.