U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 6 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:14-CR-00023-A |
| v. | |
| CHRISTOPHER ROBERT WEAST | |

## PRELIMINARY ORDER OF FORFEITURE

Pending before the Court is the government's motion for preliminary order of forfeiture. After review of the motion, the Court concludes that it should be and hereby is **granted**.

In the third superseding indictment filed in this case on July 1, 2014, the government gave notice it would seek forfeiture of property from defendant Christopher Robert Weast ("the defendant") based on his conviction of the offenses alleged in counts one and two and pursuant to 18 U.S.C. § 2253, specifically the following: one HP laptop computer, SN# CNF8234HX7 and one Western Digital external drive SN# WCAV5C309672 ("the property"). The jury convicted the defendant on counts one and two and found the property was used or intended to be used to commit or to promote the commission of those offenses. Based upon the jury's verdict and the evidence presented at trial concerning counts one and two, the government has established the requisite nexus between the property and the offenses alleged in counts one and two of the third superseding indictment. Therefore, the property is hereby condemned and forfeited to the

**Preliminary Order of Forfeiture (Weast) - Page 1**

government subject pursuant to 18 U.S.C. § 2253, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to 21 U.S.C. § 853(g) and Fed. R. Crim. P. 32.2, the property shall be seized by the U.S. Marshals Service (or its designee) and held in its secure custody and control pending a final order of forfeiture. Additionally, in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), the government shall post notice of this preliminary order of forfeiture on the official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days informing the public of the government's intent to dispose of the property. The notice shall declare that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court no later than 60 days after the first day of the posting of the notice and serve a copy thereof on Aisha Saleem, assistant United States attorney, and/or Megan Fahey, assistant United States attorney, Burnett Plaza Suite 1700, 801 Cherry Street Unit #4, Fort Worth, Texas 76102. This notice shall also state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property and any additional facts supporting the petitioner's claim and the relief sought. Further, the government shall send, by means reasonably calculated to reach the person, direct written notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture. Such written notice shall be by means reasonably calculated to reach the

person. Pursuant to U.S.C. 21 § 853(n)(2), any person receiving such written notice must file a petition with the Court in the manner and with the contents set out above within 30 days of receipt of the written notice.

Further, upon adjudication of all third-party interests, if any, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c) in which all interests will be addressed.

SIGNED this 6 day of October 2014.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE