ORIGINAL

United States district court
Northern district of Texas
Fort Worth division



UNITED STATES OF AMERICA )
v.                       ) Civil No. 4:14-CR-00023-A
CHRISTOPHER ROBERT WEAST ) Special Appearance Only

## Motion to Show Cause Why the Government has Failed to Prove Subject Matter and Territorial Jurisdiction on the Record in Writing

COMES NOW Chris Freeman, (formerly known as Christopher Robert Weast)(Hereinafter "The Private Man; The Private Freeman") and files this Motion to Show Cause why the Government has failed to Prove Subject-Matter and Territorial Jurisdiction on the Record in Writing as well as In Personam Jurisdiction and Diversity Jurisdiction and would show the following:

Pursuant to the seven elements of jurisdiction, the Government has failed to satisfy any of the seven elements explained as follows:

1. The accused must be properly identified, identified

10/6/2014
1 of 10

in such a fashion there is no room for mistaken identity. The individual must be singled out from all others; otherwise, anyone could be subject to arrest and trial without benefit of "wrong party" defense. Almost always the means of identification is a person's proper name, BUT, any means of identification is equally valid if said means differentiates the accused without doubt, yet the indictment list the "Defendant" as a Franchise of the [United States] under the [title] of CHRISTOPHER ROBERT WEAST in the style and yet the accusation uses the proper name previously used by The Private Man who is a sentient man with morals who used to be known as Christopher Robert Weast.

2. According to the [United States] style manual, all names which are used in all caps (ALL CAPITOL LETTERS) shall be used to designate fictious names, and The Private Man is not a fictious thing nor is The Private Man a government franchise. If the indictment were not distinctly indicating two different things then the accusation would be in all caps as well but clearly the indictment is referring to two distinct and separate things.

3. The Private Man is not and never has been the "Defendant", CHRISTOPHER ROBERT WEAST.

4. The statute must be identified by its proper or common name. A number is insufficient. For any act to be triable as an offense, it must be declared to be a crime yet, nowhere in the indictment does the government declare the accusations to be a crime.

5. The indictment is in presumptive language, first presuming that the man, Christopher Robert Weast and the government franchise CHRISTOPHER ROBERT WEAST are the same when in fact they are not the same.

6. The indictment fails to list the common names of each accusation and using numbers and letters solely to describe charge is insufficient.

7. The indictment is supposed to describe the acts of the alleged offense in non-prejudicial language and detail so as to enable a natural [person] of average intelligence to understand the nature and cause of the charge(s) yet the indictment ~~does~~

makes use of repeated presumptions in order to build an alleged prima facie case and fails to state any facts in support of the allegation. The indictment uses conclusions as basis for probable cause.

8. There is a lack of a sworn verified complaint who is an identifiable human being who alleges to be the injured party and a man cannot begin to face his accuser otherwise since any third party, agency, or institution making a complaint is nothing more than hearsay.

9. The record reflects a lack of proof of proper service and process on a foreign sovereign and if lawful process may be abrogated in placing a foreign sovereign in jeopardy, then any means may be utilized to deprive a man of his freedom and all political dissent may be stifled by utilization of defective process.

10. The court must be one of competent jurisdiction, to have valid process, the tribunal must be a creature of its constitution, in accord with the law of its creation, i.e. an article III judge.

Without the limiting factor of a court of competent jurisdiction, all men would be in jeopardy of loss of liberty being imposed at any bureaucrat's whim. It is conceivable that the procedure could devolve to one in which the accuser, the trier of facts, and the executioner would all be one and the same as is the case here now.

11. The indictment alleges that the allegation occurred in the Fort Worth division of the Northern District of Texas which is impossible since The Private Man has never been domiciled in the Fort Worth Division of the Northern District of Texas because the Private Man is a Natural Citizen of Heaven, domiciled in Heaven and transient foreigner on the soil of the Earth.

12. Failure to effect a lawful arraignment whereby the accused understands the nature and cause of the charge(s) is in effect obtained with no lawful notice and the charge(s) must be dismissed for failure to provide lawful notice.

13. Angela Saad and Christopher A. Curtis and Peter Fleury were all forced on this alleged "case" because

an attorney's first duty is to the courts and the public, not to the client, and wherever the duties to his client conflict with those he owes as an <u>officer of the court in the administration of justice, the former must yield to the latter.</u> Clients are also called "wards" of the court in regard to their relationship with their attorneys. See Corpus Juris Secundum (CJS), Volume 7, Section 4, Attorney & Client.

14. In order for [United States] to obtain and accept grant of jurisdiction by the state, department or agency must acquire ownership of parcel, it must secure consent to jurisdiction from the state, and it must indicate acceptance either by formal acceptance to the governor of the state or by complying with relevent state law requirements. [U.S. v. Johnson, C.A.2 (N.Y.) 1993, 994 F.2d 980, certiorari denied 114 S.Ct. 418, 510 U.S. 959, 126 L.Ed.2d 364].

15. "Or in such Other manner as may be prescribed by laws within this section providing that the head or other authorized officer of any department or independent establishment or agency of the federal government may accept [40 U.S.C.A. §3112] or secure state's consent to or cession of

jurisdiction over lands by filing notice or in such other manner as may be prescribed by laws of state does not relate to decision of [United States] as to whether it shall acquire jurisdiction but relates to mode by which acceptance of jurisdiction is indicated. [DeKalb County, Ga. v. Henry C. Beck Co., C.A.5 (Ga.) 1967, 382 F.2d 992].

16. [Title 40 U.S.C.A. §3112] Acceptance of jurisdiction by [United States], acquisition of jurisdiction from states-- Generally, this section created a definite method of acceptance of jurisdiction so that all men could know whether the government had obtained no jurisdiction at all or partial jurisdiction or exclusive jurisdiction. [Adams v. U.S., U.S.La. 1943, 63 S.Ct. 1122, 319 U.S. 312, 87 L.Ed. 1421].

17. "The record must show that the statute was complied with." [In re Marriage of Stefiniw, 253 Ill. App. 3d 196, 625 N.E.2d 358 (1st Dist. 1993)], however, under no possible view of the record, could any reasonably prudent man conclude that [Title 40 U.S.C.A. §3112] has been complied with in this alleged "cause."

18. "All legislation is prima facie territorial." [American Banana

Co. v. U.S. Fruit, 213, U.S. 347 at 357-358]

19. "There is a canon of legislative construction which teaches Congress that, unless a contrary intent appears [legislation] is meant to apply only within territorial jurisdiction of the [United States"] [U.S. v. Spelar, 338 U.S. 217 at 222].

20. "The [United States] never held any municipal sovereignty, jurisdiction, or right of soil in Alabama or any of the new states which were formed... The [United States] has no [Constitution] capacity to exercise municipal jurisdiction, sovereignty or eminent domain, within the limits of a state or elsewhere, except in the cases in which it is expressly granted." [Pollard v. Hagan, 44 U.S.C. 213, 221, 223].

21. "No sanction can be imposed absent proof of jurisdiction." [Stanard v. Olesen, 74 S.Ct. 768].

22. Once challenged, jurisdiction cannot be assumed and must be decided. [Maine v. Thiboutot, 100 S.Ct. 250]

23. The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative

proceedings." [Hagan v. Lavine, 415 U.S. 533].

24. If any tribunal finds absence of proof of jurisdiction over person and subject-matter, the case must be dismissed. [Louisville R.R. v. Motley, 211 U.S. 149, 29 S.Ct. 42].

25. [Title 18 U.S.C. § 7] specifies that territorial jurisdiction of the [United States] extends only outside the boundaries of lands belonging to any of the 50 states, and [Title 40 U.S.C. § 3112] specifies the legal condition that must be fulfilled for the [United States] government to have exclusive or shared jurisdiction within the area of lands belonging to the states of the Union, however, The Private Freeman is a transient foreigner on the soil not within area of lands belonging to the states of the Union nor ~~~~ outside the boundaries of lands belonging to the 50 states.

Therefore, The Private Freeman declares his will, wish and desire to force the government to Show Cause Why the [Government] Should Not Prove Jurisdiction, on the record, for the record, in

writing and if not done within 10 days, dismiss this void judgment for Lack of Jurisdiction.

Executed on: October 6, 2014

Without Recourse
All Rights Reserved
Without Prejudice   UCC
*Chris Freeman*   1-308
Chris Freeman
Under Protest

I declare under the laws of God that the foregoing is true and correct to the best of my knowledge.

Executed on October 6, 2014

without Prejudice
*Chris Freeman* UCC 1-308
Chris Freeman
Under Protest



Chris Freeman [Weast]
47797-177
Federal Correction Institute
P.O. Box 15330
Fort Worth, Texas
USA
[Non Domestic, Non Federal]

[Legal Mail]

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas
[Non Domestic, Non Federal]