☐ ORIGINAL

United States district court
Northern district of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 1 0 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA )
                         )
                         )
v.                       ) Civil No. 4:14-CR-00023-A
                         )
                         )
CHRISTOPHER ROBERT WEAST ) Special Appearance Only

Objections
Affidavit of Sovereign Immunity
Withdrawal of Consent
Expressed or Implied

COMES NOW Chris Freeman, (formerly known as Christopher Robert Weast), sui juris, (Hereinafter "The Private Freeman"), and files this Affidavit of Sovereign Immunity, Objections, and Withdrawal of Consent Expressed or Implied.

## FACTS

1. I, Chris Freeman, The Private Freeman, was witness to the arraignment held in case number 4:14-CR-00023-A

and the "defendant" was not present in the court room on February 21, 2014.

2. The Private Freeman was a witness with firsthand knowledge to the hearing held on March 3, 2014 and the "defendant" was not present in the courtroom on March 3, 2014.

3. The "defendant" was not present at the April 22, 2014 hearing.

4. "Defendant" did not answer any of the Court's questions because The Private Freeman answered these questions in error and The Private Freeman does not consent to being the "defendant".

5. The "defendant" was not present in the courtroom on May 21, 2014.

6. The "defendant" was not present in the courtroom on May 28, 2014.

7. McBryde used an unlawful presumption on May 28, 2014 wherein The Private Freeman was forced under threat and duress in handcuffs and shackles

and McBryde repeatedly called The Private Freeman the "defendant" presumptively yet The Private Freeman is not, and never has been, the "defendant."

8. The Private Freeman was forced under threat and duress in handcuffs and ankle shackles, against his will on July 8, 2014 where McBryde once again tried to presume that The Private Freeman was the "defendant" yet the "defendant" was not present in the courtroom on July 8, 2014 because the Private Freeman is not the defendant and does not consent to being the defendant.

9. If the Private Freeman had ever been the "alleged defendant" then the July 17, 2014 Telephone Conference between McBryde, Angela Saad, and Aisha Saleem would constitute Ex Parte communications, therefore, The Private Freeman concludes that McBryde, the court, Angela Saad, and Aisha Saleem all agree that the Private Freeman is not the "defendant."

10. The Private Freeman was forced under threat and duress in handcuffs and ankle shackles, against his will, on July 22, 2014 where McBryde once again used

presumption to benefit the government by presuming that I, The Private Freeman, was the alleged defendant, however, the "defendant" was not present in the courtroom on July 22, 2014.

11. I, the Private Freeman hereby revoke, rescind, cancel and terminate the Power of Attorney Filed in error on July 23, 2014.

I declare that the foregoing is true and correct to the best of my knowledge, so help me God.

All Rights Reserved
Without Prejudice

October 8, 2014          Chris Freeman UCC 1-308

Executed on               Chris Freeman under threat & duress

Under Protest / Without Recourse

Chris Freeman [writ] Jail

4297177

Federal Correctional Institution

P.O. Box 15330

Ft. Worth, Texas

USA

Non Domestic, Non Federal

U.S. DISTRICT COURT
NORTHERN DIST. OF TX

2014 OCT 10  AM 11: 37

CLERK OF COURT

Mailed On October 8, 2014

Legal Mail

NORTH TEXAS TX 760
DALLAS TX 750
09 OCT 2014 PM 9 L

◇47797-177◇
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, ◉ Texas ~USA

Non Domestic, Non Federal