ORIGINAL

# CERTIFICATE OF SERVICE

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2014
CLERK, U.S. DISTRICT COURT
By _____
       Deputy
```

Republic/State of __Texas__ )
Subscribed and Affirmed )
County of __Tarrant__ )

I, __[signature]__, the undersigned mailer/server, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the __16 of October__, 20__14__, that, on behalf of (name) __Christopher West__, a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | Challenge to Subject Matter Jurisdiction / Affidavit of Denial | 3 |
| 2 | Mandatory Judicial Notice | 48 |
| 3 | Affidavit of Citizenship, Domicile, and Tax Status | 25 |
| 4 | Affidavit of Fact, Motion/Pleading Attachment | 14 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of __4__ documents with combined total of __[illegible]__ pages.

2. That I personally mailed said document(s) via (initial those which apply):

__X__ United States Postal Office, by regular mail, postage prepaid
____ United States Postal Office, by **Certified Mail** # _____,
     Return Receipt Requested
____ United Parcel Service (UPS), tracking number # _____
____ Federal Express, tracking number # _____
____ Other (specify): _____

at said City and State, one (1) complete set of **ORIGINAL/COPIED** (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| # | Recipient(s) |
|---|---|
| 1 | Court, 501 W 10th St, RM 310, Fort Worth, Texas USA Non Domestic Non Federal |
| 2 | Aisha Saleem, 801 Cherry Street, St. 1700, Fort Worth, Texas USA Non Domestic Non Federal |
| 3 | |
| 4 | |
| 5 | |

3. That I am at least 18 years of age;

4. That I am not related to _Christopher West_ by blood, marriage, adoption, or employment, but serve as a "disinterested third party" (herein "Server"); and further,

5. That I am in no way connected to, or involved in or with, the person and/or matter at issue in this instant action.

I now affix my signature to these affirmations.

(Signature): _Kielon Muhammad Bey_____, Mailer/Server

(Printed name): _Kielon Muhammad Bey_____

## NOTARY PUBLIC'S JURAT

Subscribed and sworn to (or affirmed) before me on this _16th_ day of _October_, 20_14_, by _Keiton Sanders_____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

WITNESS my hand and official seal.

_____ SEAL

Notary Public

[SEAL: LATICE MARIE COLEMAN, My Commission Expires October 20, 2016]

My Commission Expires On: _10. 20. 2016_

Christopher Robert of the family Weast
47797-177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas
Non Domestic, Non Federal

Mailed on 10/16/2014

Legal Mail

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas
USA
Non Domestic, Non Federal