United States district court
Norther district of Texas
Fort Worth division

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 20 2014
1:25P.
CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES OF AMERICA )
Fiction )
)
V. ) Civil No: 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )
Fiction ) Special Appearance Only

Challenge to Subject-Matter Jurisdiction
Affidavit of Denial
Motion to Dismiss

I, Christopher Robert of the family Weast, a living, breathing Man, declare in my own handwriting that the following facts are true and correct to the best of my knowledge and belief, so help me God.

I hereby deny that the following corporations exist: UNITED STATES, UNITED STATES OF AMERICA, THE STATE OF TEXAS, STATE OF TEXAS, TARRANT COUNTY, COUNTY OF TARRANT, THE COUNTY OF TARRANT, CITY OF FORT WORTH, THE CITY OF FORT WORTH, FORT WORTH, THE CITY OF FORT WORTH

POLICE DEPARTMENT, CHRISTOPHER ROBERT WEAST, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, THE U.S. SUPREME COURT, STATE OF TEXAS, FEDERAL CORRECTIONAL INSTITUTION, TERRY R. MEANS, JOHN MCBRYDE, U.S. DISTRICT COURT, U.S. DEPARTMENT OF JUSTICE, USDOJ, UNITED STATES DEPARTMENT OF JUSTICE, FCI FORT WORTH, BOP, UNITED STATES COURT OF APPEALS, NEW ORLEANS, LOUISIANA, UNITED STATES ATTORNEY, U.S. ATTORNEY, ALL BAR ASSOCIATIONS, and ALL OTHER CORPORATE MEMBERS WHO ARE OR WHO MAY BE ASSOCIATED WITH COMPLAINTS AGAINST MY NATURAL BODY.

If any man or woman desires to answer this affidavit, please answer in the manner of this affidavit, with notarized affidavit, using your Christian or family name for signature, and mail to the below named notary, address provided, within five (5) days or default will be obtained.

I declare in my own handwriting that the Following Facts are true and correct to the best of my knowledge and belief, so help me God.




/s/ Chris Weast

On the 16th day of October, 2014 A.D., a Man who identified himself as Christopher Robert of the family Weast appeared before me, a notary, and attested to the truth of this affidavit with his signature.

/s/ L. Coleman

10.16.14
Date

L. Coleman
Printed Name of Notary

10.20.2016
Commission Expires On

Federal Correctional Institution
3150 Horton Rd
Ft. Worth, Texas
76119
Notary's Mailing Address

Christopher Robert of the Family Weast
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas
Non Domestic, Non Federal

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2014 OCT 20 PM 1:25
CLERK OF COURT

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
17 OCT 2014 PM 9 L




Intake

⇔47797-177⇔
Eldon B Mahon
Judge ~~Means~~ McBryde
501 W 10TH ST
Room 310
FORT Worth, Texas
Non Domestic, Non Federal

Mailed on 10/16/2014

75102X9759