UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 4:14:CR-023-A |
| CHRISTOPHER ROBERT WEAST (1) | | |

## ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR DOWNWARD DEPARTURE

Came before this Court the defendant's motion for leave to file a motion for downward departure or downward variance, filed on October 21, 2014, and after considering such motion, it is the opinion of this Court that the motion should be GRANTED/~~DENIED~~.

It is therefore ordered that the defendant's sentencing memorandum and request for downward departure or downward variance marked as "Attachment A" and attached to the motion for leave be filed by the clerk.

Signed this 21 day of October, 2014

_____
John H. McBryde
United States District Judge