ORIGINAL

District Court of the United States
Northern District of Texas
Fort Worth Division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

UNITED STATES OF AMERICA )
Corporate Fiction )
)
)
V. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST )
Unlawful Franchise )

### FAMILY ARTICLES OF PRIVATE INCORPORATION AND POWER OF ATTORNEY

COMES NOW, Christopher Robert of the House of Weast and files this, Family Articles of Private Incorporation and Power of Attorney, pages 1-4 and attached hereinafter.



Respectfully Submitted,

Christopher Robert
Father Weast

House of SEAL

October 25, 2014

# FAMILY ARTICLES OF PRIVATE INCORPORATION AND POWER OF ATTORNEY FORM INSTRUCTIONS

Last revised: 6-1-2009
Source: http://sedm.org

1. **PURPOSE OF THIS FORM**
    1.1. There are occasions, especially in a legal setting, where members of a family need legal assistance from the Father and where the Father is called upon to assist or represent his Wife and/or children before others such as those in the government.
    1.2. This form establishes the family unit as a private corporation in which the Father:
        1.2.1. Is the patriarch and the "CEO"
        1.2.2. Has delegated and power of attorney authority from the Wife and children of the family to represent these parties on their behalf, to speak for them, and to not identify when or if they are doing so in a delegated authority capacity.
    1.3. This form is retroactive and applies from the date of birth in the case of the children and the date of marriage in the case of the wife.
    1.4. Situations in which this form can be useful include:
        1.4.1. At a deposition of a spouse by third parties.
        1.4.2. When parents are filling out and submitting government forms or applications such as the DS-11 passport application on behalf of their wife or child and in which they are called upon to correspond with or talk with the acceptance agent for the form.
        1.4.3. Cases where the Father decides to represent a minor child in the application approval process and is accused by the acceptance agent of either misrepresenting or impersonating the party they are helping.
2. **PREPARATION INSTRUCTIONS:**
    2.1. Fill in names of all family members and the last name (family name) in the opening paragraph.
    2.2. Have each family member sign and date the end.
3. **RESOURCES FOR FURTHER STUDY:**
    3.1. *Family Issues and Feminism Topic Page*, Family Guardian Website
        http://famguardian.org/Subjects/FamilyIssues/familyissues.htm
    3.2. *Family Law, Dating, Marriage, and Divorce Topic Page*, Family Guardian Website
        http://famguardian.org/Subjects/FamilyLaw/FamilyLaw.htm
    3.3. *Family Constitution*, Form #13.003-basis for this delegation of authority order.
        http://sedm.org/Forms/FormIndex.htm

# FAMILY ARTICLES OF PRIVATE INCORPORATION
# AND POWER OF ATTORNEY

Comes now __Christopher Robert_____ (the "Members") of the __Weast__ Family Corporate (the "Family"), our earthly private body politic, who collectively and individual depose and say:

## 1  Ecclesiastical Incorporation Statement

We are the __Weast__ Family Corporate, an unregistered private Family ministry and foreign state dedicated to serving the best interests of one another. It is self-evident that this relationship is divinely appointed and ordained by God the Creator in His Law. We exist for the mutual and exclusive beneficial interest of each member; serving each other's needs as our Heavenly Father instructs, to bless one another, to minister to one another and to secure one another's well being over and above all else. All of this is accomplished in obedience and fidelity to the laws of the Holy Bible, as the Holy Spirit leads and directs each Member pursuant to Gen. 2:24, Matt. 19:6, Mark 10:8, Eph. 5:31. We regard the Bible as God's Holy and Sacred Law book and our obedience to it as the essence of our religious worship protected by the First Amendment.

*United States Constitution, Amendment I*

*Congress shall make no law [and Courts shall enforce no law] respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

The effective date and time period governed by this agreement shall be from the date of birth in the case of the children to the present time or the date of marriage to the present in the case of the Wife and shall be in full force and effect until withdrawal from the Family. Not unlike the "allegiance" that forms the foundation of the modern state (22 U.S.C. §212), our love and affection for our God and for each other is our common bond. A Member may withdraw from the Family upon any of the following:

1. By marriage or divorce.
2. By reaching the age of 21, and by transmitting a notice in writing to the Family. Withdrawal shall become effective on the date such notice is received.

## 2  Collective and Individual Power of Attorney

It is our sincere and firm belief that the Father of the Family is appointed by God (Gen. 3:16, Num. 1:4, Num. 7:2) to represent and govern the Family Corporate in all matters spiritual and legal and commercial. He is a fiduciary for all and acts with God's delegated authority in that capacity pursuant to 1 Cor. 11:3. This includes all external affairs and interactions between foreign states/persons and the Wife and/or children who are 21 years of age or younger (Prov. 22:6, Prov. 29:15, 17, 23:13.). For the purposes of this indenture, any government/person other than this private corporation is a foreign government/person. We rely on the Father as our officer, legal defense, power of attorney, provider, and spokesperson both collectively or individually. God's law appoints the Father, __Christopher Robert__, to do all the following for us individually and collectively in any and all matters which affect any Family Member in pursuit of life, liberty or other essential freedoms:

1. Represent us legally in any and all manners.
2. Correspond in writing on our behalf.
3. Behave and act as us.
4. Speak on our behalf.
5. Be a pseudonym for any one of us individually or all of us collectively. Any pseudonym representation of any Member of the Family may and shall at the discretion of Father be nothing more than an approved extension of the performance of the duties and service the Father has agreed to take on while securing each Member, and the Family,

best interests. When the Father speaks, it shall be the same as if a Member was speaking individually, and the receiving party may rely and depend on the words or other information as completely as if the words had been spoken or written by an individual Family Member. All actions taken by Father in the course of engaging a third party for any product, service or good is merely done in furtherance of God's delegation of authority order and trust indenture, the Holy Bible, as a trustee to secure the interests of the Family and will never be done to misrepresent or otherwise receive the benefit or service the Family is not lawfully eligible for.

6. To do all of the above without the necessity or requirement to even disclose to the hearer that this is what he is doing.

**Christopher Robert** (Father), leads us and is the Father for all practical intents and purposes. When the Father speaks, he speaks for the Family and each Member individually at his discretion. The Father has my unqualified trust, permission, and allegiance to behave as if me both orally and in writing, whether he chooses to disclose that is what he is doing or not.

The Father truthfully represents us as both Family and Member, as a human being, and when Father is speaking for the Family or a Member, it's being done to secure our essential rights, whether that speech is made as a pseudonym of any Member or as a Family corporate, it's made at the sole discretion of the Father and as he deems fit. There is no controversy in fact or in law that when the Father of **West** Family Corporate speaks in regards to a Corporate matter, it's done as Family or as a Member as each situation demands. Whether or not he speaks as if a Member or as Family, or if he speaks as if he was a Member individually or on a Member's behalf, the truth or the outcome of the result of the speech would be no different as if a Member was speaking for themselves, or as for the Family. His protected speech on my behalf or on behalf of the Family is done so without misrepresentation, and the person receiving the speech may depend on it as if it was that of an individual Member or the Family and the Family will vigorously defend any claim or action against the Father while in the performance of his duties.

## 3 Limitation of Delegated Authority of Individual Family Members to Contract with any Foreign Government

Members of Family individually regard the Holy Bible as a trust indenture and themselves as stewards and trustees of God 24 hours a day, seven days a week. See *Delegation of Authority Order from God to Christians*, Form #13.007 (http://sedm.org/Forms/FormIndex.htm). This trust indenture is a legal contract and the purpose of establishing government is to protect the exercise of one's right to contract. The trust/contract forbids any Family member to contract with or engage in any kind of commerce with the government. Any documents signed by or on behalf of any member of the Family which might cause a surrender of any right, property, interest, or degree of sovereignty of any member is therefore beyond the delegated authority of every member individually and of no legal force and effect. We cannot serve more than one master, and our Master is God and ONLY God. See: Luke 16:13.

The result of the above is that we are forbidden by our religion to participate in any government "benefit", franchise, or "public right", including the right to be protected that attaches to one's choice of domicile/residence. The Bible says that we are transient foreigners, pilgrims, and nonresidents during our short time here. We believe these Biblical prohibitions are an exercise of our protected right NOT to contract with the government for protection, because all government franchises are contracts in law. Otherwise, they could convey no interest to the government in the first place.

> "*You shall make no covenant [contract or franchise] with them [foreigners, pagans], nor with their [pagan government] gods [laws or judges]. They shall not dwell in your land [and you shall not dwell in theirs by becoming a "resident" in the process of contracting with them], lest they make you sin against Me [God]. For if you serve their gods [under contract or agreement or franchise], it will surely be a snare to you."*
> [Exodus 23:32-33, Bible, NKJV]

> "*For our citizenship is in heaven, from which we also eagerly wait for the Savior, the Lord Jesus Christ*"
> [Philippians 3:20, Bible, NKJV]

*"These all died in faith, not having received the promises, but having seen them afar off were assured of them, embraced them **and confessed that they were strangers and pilgrims on the earth.**"*
*[Hebrews 11:13, Bible, NKJV]*

*"Beloved, I beg you **as sojourners and pilgrims [temporarily occupying the world]**, abstain from fleshly lusts which war against the soul..."*
*[1 Peter 2:1, Bible, NKJV]*

***"Do you not know that friendship [and citizenship] with the world is enmity with God? Whoever therefore wants to be a friend [or "resident"] of the world makes himself an enemy of God."***
*[James 4:4, Bible, NKJV]*

*"And **do not be conformed to this world**, but be transformed by the renewing of your mind, that you may prove what is that good and acceptable and perfect will of God."*
*[Romans 12:2, Bible, NKJV]*

## 4   Our Corporate Beliefs as a Family

As a Family, and as Member, our shared belief is that we are endowed by our Creator and not by any man or government with unalienable rights that cannot be contracted or bargained away by any commercial or legal process in relation to any government outside of the government established by the Holy Bible and this indenture in furtherance of it. That is what makes them "unalienable". No Member of the Family can lawfully be compelled to compromise or bargain away those essential freedoms, or to provide false testimony against the Family, or do anything else against God's Holy Law. The Father sole existence and purpose is to protect each Member and the Family to whatever extent lawfully necessary.

Each Member of the Family is exclusive property of the Creator under God's law and trust indenture. Deut. 10:4. We have no delegated authority to consent to convey a property interest in ourselves or any of our possessions, which are God's property, to any third party including any foreign government. The Family depends on the Father to fight for and secure these divine rights to the best of his ability, and without end to tirelessly defend us both spiritually and physically, economically and legally. The Family and Members need and depend on his role as Father when necessary for him to defend our individual and collective rights.

We consent to govern our lives in accordance with the following document: Family Constitution, Form #13.003 (http://sedm.org/Forms/FormIndex.htm), and especially those provisions dealing with how we relate to foreign governments/persons.

Signed in the presence of each Member, and agreed this 25th day of October, 2014

| House of Christopher E Roberts | |
|---|---|
| Father | Mother |
| Weast Son/Daughter #1 | Son/Daughter #2 |
| Son/Daughter #3 | Son/Daughter #4 |

Christopher Robert
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

[Legal Mail]

RECEIVED
OCT 28 2014
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS