☐ ORIGINAL

District Court of the United States
Northern District



UNITED STATES OF AMERICA )
Corporation )
 )
v. ) No. 4:14-CR-00023-A
 )
 )
CHRISTOPHER ROBERT WEAST )
Unlawful Franchise ) Special Visitation Only

## Power of Attorney

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand, this notice and free will writing, revoking the Power of Attorney (doc 159) Filed under a Mistake of Fact and Mistake of Law, and refiling this Power of Attorney, Filed by Christopher Robert on this 30th Day of October in the Year Two Thousand and Fourteen.

The Powers granted by this document are broad and sweeping. They are absolute. If you have any questions about these Powers, obtain competent legal advice. I, the living soul manifest may revoke this Power of Attorney if I later wish to do so.

I, CHRISTOPHER ROBERT WEAST appoint Christopher Robert, a living soul manifest known as Man, temporary post location c/o 833 Hallvale Drive, Fort Worth, Texas State as my agent (attorney-in-fact to act for me in any lawful way with respect to the

following initialed Subjects:

To grant all of the following powers, initial the line in front of (A) and ignore the lines in front of the other powers.

Initial _____ (A) Real property transactions.
_____ (B) Tangible personal property transactions.
_____ (C) Stock and Bond transactions.
_____ (D) Commodity and option transactions.
_____ (E) Banking and other financial institution transactions.
_____ (F) Business operating transactions.
_____ (G) Insurance and annuity transactions.
_____ (H) Estate, trust, and other beneficiary transactions.
_____ (I) Claims and Litigation.
_____ (J) Personal and family maintenance.
_____ (K) ~~Benefits from~~ Retirement plan transactions.
CRW (L) All of the Powers listed above.

You need not initial any other lines if you initial line (L).

Unless directed otherwise above, this Power of Attorney is effective immediately and will continue until it is revoked.

This power of attorney will continue to be effective even though I become disabled, incapacitated, or incompetent.

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand, this notice and free will writing of Power of Attorney by Christopher Robert on this 30th Day of October in the Year Two Thousand and fourteen.

*[Seal: House of Weast]*

*Christopher Roberts*
Christopher Robert - House of Weast
Estate Dignitary - Member -

Witness Quorum

*[signatures]*

Failure to adhere to this lawful Power of Attorney will serve as proof that I, the living soul Manifest, known as Man, am not the thing associated with CHRISTOPHER ROBERT WEAST, and furthermore, as proof of John McBryde's bias and prejudice against me, the living soul manifest, who McBryde wishes to turn into a slave in direct violation of the Thirteenth Amendment of the Constitution for the united states of America.

Christopher Robert WEAST
7797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal

[Legal Mail]

NORTH TEXAS TX PDC
DALLAS TX 753

2014 NOV -3 PM 1:38
CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

7510236405

Scan into Record