

District Court of the United States
Northern District of Texas
Fort Worth Division

ORIGINAL

UNITED STATES OF AMERICA )
Corporation )
)
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST )
Franchise ) Special Appearance Only

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 10 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

Questions for Prosecutor
Affidavit of Fact
Motion to Dismiss

1. I demand to see, and to have Aisha Saleem as well as all other alleged government attorneys Foreign Agent Registration Cards since Aisha Saleem and all other alleged government attorneys are card carrying, dues paying, members of a private club known as the "Bar Association" and are representing a foreign corporation known as UNITED STATES and UNITED STATES OF AMERICA which is NOT the de jure united states of America government and

therefore is an act which has as its purpose the overthrow the government by force.

2. 18 U.S.C. §2386 requires registration by certain organizations which engage in political activity, civilian military activity, is under foreign control, or <u>has as its purpose the overthrow the government by force.</u>

3. 18 U.S.C. §951 provides criminal penalties for anyone, other than a diplomat, to operate as an agent of a foreign government without first notifying the Attorney General, unless the agent is engaged in legal commercial transaction. This statute is aimed at foreign government controlled agents engaged in non-political activities.

4. Finally, 50 U.S.C. §851, requires registration of persons who have knowledge of or have received instruction or assignment in espionage, counterespionage or sabotage service or tactics of a foreign country or political party.

5. Furthermore, I demand to see Jeffery Cureton's Foreign Agent Registration Card as well as Terry Means and John McBryde's Foreign Agent Registration Cards since all are active members of a private club which they pay dues to and the clubs objective is, the overthrow of the de jure united states of America government and belonging to the Communist Party.

6. Legislature may not pass and judiciary may not enforce any law that violates natural Law.

In [Hooker v. Canal Co.,] a Connecticut case, the court say:

"The fundamental maxims of a free government require that the Right of personal liberty and private property should be held sacred."

They cite and approve the expressions of Marshall, C.J., in [Fletcher v. Peck:]

"And it may well be doubted whether the nature of society and of government does not prescribe some limits to the legislative power,"

This whole subject is fully treated in the late decision of [Booth v. Woodbury, FN36, 32 Connecticut, 118], where it is expressly held that the legislature can pass no laws contrary to the 'principles of natural

justice.'

All these cases, and jurisprudence of Connecticut on
*133 this subject, are in harmony with and in fact
founded upon the case of [Calder v. Bull, FN37, 3
Dallas, 386], a case which went from Connecticut
to this court; and the expressions in [Goshen v.
Stonington] are almost identical with those of
Mr. Justice Chase, where he says:

"I cannot subscribe to the omnipotence of a State
Legislature, or that it is absolute and without
control, although its authority should not be expressly
restrained by the Constitution or fundamental law
of the State."

Therefore, for the foregoing reasons, I conclude
that John McBryde, Aisha Saleem, Angela Saad,
Christopher A. Curtis, Peter Fleury and Megan Fahey
are Required and Must Produce their Foreign Agent
Registration Cards.

Respectfully Submitted,
/s/ Christopher Robert (Pro Hac Vice)
All Rights Reserved
Without Prejudice

Christopher Robert House of wows
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal

NORTH TEXAS TX P&DC
DALLAS TX 750
07 NOV 2014 PM 9 L

[Legal Mail]

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

U.S. DISTRICT COURT
2014 NOV 10 PM 2:17
CLERK OF COURT

7510236465