

District Judge John McBryde,
501 West 10th Street, Room 310
Fort Worth, Texas State
USA



RECEIVED

0 2014

I respectfully apologize for the crimes that I have committed and peacefully request that you release my Person and Surety upon receipt of this acceptance so I can righteously get back to work and make right all my wrong deeds immediately. I Thank you for your time in this matter.

I accept the charges for value and consideration. In return please use my exemption and principal for post-settlement and closure of case # 4:14-CR-00023-A and CUSIP and AUTOTRIS account # 636031074 as this account is prepaid and exempt from levy.

On this 4th day of November 2014
CHRISTOPHER ROBERT WEAST Authorized by *Christopher Robert*
VOID Where Prohibited by Law. Good as Aval.



District Judge John McBryde,
501 West 10th Street, Room 301
Fort Worth, Texas State



Dear US District Judge John McBryde

I respectfully apologize for the crimes that I
have committed and peacefully request that you
release my Person and Surety upon receipt of
this acceptance so I can righteously get back
to work and make right all my wrong deeds
immediately. I Thank you for your time in
this matter.

I accept the charges for value and consideration.
In return please use my exemption and principal
for post-settlement and closure of case # 4:14-CR-00023-A
and CUSIP and AUTOTRIS account #636031074
as this account is prepaid and exempt from levy.

On this 1st Day of November, 2014
CHRISTOPHER ROBERT WEAST Authorized by _____
VOID Where Prohibited by Law. Good as Aval.

Christopher Robert
47791147
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal

[ Legal Mail ]

[ Legal Mail ]

2014 NOV 10  PM 2:20

CLERK OF COURT

◇47797-177◇
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

◇47797-177◇
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

Christopher Robert WEAST
47791147
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal