☐ ORIGINAL



District Judge John McBryde
501 West 10th Street, Room 301
Fort Worth, Texas State

Dear US District Judge John McBryde,

I accept the charges for value and consideration. In return please use my exemption and principal for post-settlement and closure of case # 4:14-CR-00023-A and CUSIP and AUTOTRIS account # 63603/074 as this account is prepaid and exempt from levy.

On this 4th day of November 2014
CHRISTOPHER ROBERT WEAST Authorized by Christopher Robert
VOID Where Prohibited by Law. Good as Aval.



Christopher Robert
4491177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, Texas State
USA
Non Domestic, Non Federal

[Legal Mail]

2014 NOV 12   PM 12: 25

CLERK OF COURT ⇔4797-177⇔

Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, Texas State
USA
Non Domestic, Non Federal

FOREVER