ORIGINAL

United States district court
Northern district of Texas
fort Worth division

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 2 2014

CLERK, U.S. DISTRICT COURT

By _____
              Deputy

UNITED STATES OF AMERICA )
                         )
                         )
v.                       ) Civil No. 4:14-CR-00023-A
                         )
                         )
CHRISTOPHER ROBERT WEAST )
Franchise                ) Special Appearance Only

Affidavit of Fact
in Support of Motion to Dismiss
For Lack of Subject-Matter Jurisdiction

## FACTS

1. I, Chris Freeman, (formerly known as Christopher Robert Weast) Declare that the "defendant" has not been present, in the courtroom, at any of the times wherein a "hearing" was had in this alleged "case."

2. I, Chris Freeman, Am not, nor have I ever been, a "legal person" as defined in the [United States]

Statutes.

3. I, Chris Freeman, a Natural Sentient Man, born of Natures God, making Chris Freeman a foreign Sovereign to the [United States] as I Am a Citizen of Heaven, domiciled in Heaven a National of the united Sovereigns of Earth, living on the soil and permenantly attached to the soil of earth, currentt transient Foreigner on the soil known as the Republic of Texas.

4. [Title 28 USCS §§ 1604] defines Immunity of a Foreign state from jurisdiction as attached as Exhibit B3, although the [United States] definition fails to define Foreign Sovereigns of God or his Divine Domicile for His sons and daughters in Heaven.

5. Attached as Exhibit C1 is a copy of the united Sovereigns of Earth Declaration of Independence, held in Congress on October 2, 2014 and adopted as the same.

6. We are a People on the soil of the Earth, assuring among the powers of the earth, the separate and

equal station to which the Laws of Nature and of Nature's God entitles them.

7. The united Sovereigns of Earth are not subject to the jurisdiction of the [United States].

I declare that the foregoing is true and correct to the best of my knowledge so help me God.

Executed on: October 6th, 2014

All Rights Reserved
without Prejudice of
without Recourse

_Chris Freeman_ [Dec 1-308]
Chris Freeman, Sovereign Ambassador
Under Protest

~~To Whom It May~~ concern,

Exhibit C1

§ 1604.          Immunity of a foreign state from jurisdiction

Subject to existing international agreements to which the United States is a party at the time of enactment of this Act [enacted Oct. 21, 1976] a foreign state shall be immune from the jurisdiction of the courts of the United States and of the States except as provided in sections 1605-1607 of this chapter [28 USCS §§ 1605-1607].

(Added Oct. 21, 1976, P. L. 94-583, § 4(a), 90 Stat. 2892.)

*Exhibit B3*

USCS                                       1

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

47797177



Chris Weast Under Protest
#49717177
Federal Correctional Institution
P.O. Box 15330
Fort Worth, Texas
Non Domestic, Non Federal

CLERK OF COURT ◇47797-177◇
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth. ➤ (zip code exempt)
Texas state
USA
Non Domestic, Non Federal

NORTH TEXAS TX PRDC
DALLAS TX 750
10 NOV 2014 PM 4 L

2014 NOV 12 PM 12:25

White-Throated Sparrow