District Court of the United States
Northern District of Texas
Fort Worth division

☐ ORIGINAL

UNITED STATES OF AMERICA )
Fiction )
)
)
v. ) No. 4:14-CR-00023-A
)
)
CHRISTOPHER ROBERT WEAST, ex rel. )
Franchise/Fiction ) Special Appearance Only

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 12 2014
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Notice to Agent is Notice to Principle
Notice to Principle is Notice to Agent

Angela Saad and Christopher A. Curtis or ANGELA SAAD and CHRISTOPHER A. CURTIS are both relieved of their positions as Trustees for CHRISTOPHER ROBERT WEAST.

I, Christopher Robert of the House of Weast, Estate Dignitary-Member-, hereby remove Christopher A. Curtis, CHRISTOPHER A. CURTIS and Angela Saad,

and ANGELA SAAD from account number 4:14-CR-00023-A effective, ab initio, to February 21, 2014 pursuant to the Constitution for the United States of America, Amendment IV, Right of Counsel.

Please modify to the proper name Christopher Robert rather than CHRISTOPHER ROBERT WEAST and Temporary Post Location, C/o FCI P.O. Box 15330, Fort Worth, Texas State, rather than FCI Fort Worth, P.O. Box 15330, Ft. Worth, TX 76119 United States as per 18 USC 1342.

"Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both."

Any unlawful actions maintained by your corporation will be returned as unacceptable mail as per 18 USC 1342.

Let the record reveal this Executor has been proclaimed as per the County Recorder. I authorize the use of the proper name as exemplified herein, without Capitalization, as Christopher Robert only, renouncing any and all hypothecation. BANK and assigns shall use Temporary Post Location, C/o 833 Hallvale Drive, Fort Worth, Texas State 76108, only as per 18 USC 1342. Any unlawful violation of this proclamation, or any other by deceit, act, motion, trick, simulation, or any other willful crime will be met with contracted charges pursuant to fee schedule herein.

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

The attached legislation is to be distributed to all known agents, affiliates, associations, cosigns, et. al.

The Oridinance of Estates is a Public Law designed to allow you the opportunity to rectify, resolve, and

cure any mistakes your agency has been involved in under Corporate Policy and agenda.

As you know, human trafficking is unlawful, however, Corporate Policy has allowed you by Private Acts and Acts of Commerce to kidnap human beings and bring them before Courts maintained by Banks, under Color of Law. This action is known as Privateering.

This is the only notice you will receive. Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent, meaning if you are not with Authorization to Cure you are required by Law to Notify your Superiors, and if you are in a position of Authority, and one of your agents shall unlawfully Kidnap a human being, you shall also be held accountable.

Ignorance of the Law is No Excuse.

If your Corporation/Foreign State is operating under Private Act and Acts of Commerce, you are without Sovereignty and Immunity, as per 28 U.S.C. 97 (Foreign Sovereign Immunities Act).

Commercial Crimes, are defined under 27 C.F.R. 72.11.

Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.

                DATED this 24th day of October, 2014.
                Executor

I, a living soul manifest, now bear witness with

my own eyes and attest through my own hand, this notice and free will writing by Christopher Robert on this 24th Day of October in the Year Two Thousand and Fourteen.

*Christopher Robert*
Estate Dignitary - Member

House of SEAL
Weast

House of SEAL
Weast

House of SEAL
Weast

*[signature]*

*[signature]*

*[signature]*

*Johnny David*

- - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - -

NORTH TEXAS TX 750
DALLAS TX 750
10 NOV 2014 PM 3 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

2014 NOV 12  PM 12: 28

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, - (zip code exempt)
Texas state
USA
Non Domestic, Non Federal

7510245759

Christopher Robert House of Weast
47797177
Federal Corrections Institution
P.O. Box 15330
Fort Worth, (zip code exempt)
Texas state
USA
Non Domestic, Non Federal