ORIGINAL
C.T.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. 4:14-CR-00023-A |
|---|---|
| v. | |
| CHRISTOPHER ROBERT WEAST | |

## NOTICE REGARDING PUBLICATION OF FORFEITURE ORDER

In accordance with 21 U.S.C. § 853(n)(1), Federal Rule of Criminal Procedure 32.2(b)(6)(C), and this Court's October 6, 2014, Preliminary Order of Forfeiture, notice of the forfeiture was posted on the official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 10, 2014 and ending November 8, 2014.

This is shown by the Advertisement Certification Report (Exhibit A), generated by the Consolidated Asset Tracking System (CATS).[1]

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

/s/ Megan J. Fahey
Megan J. Fahey
Assistant United States Attorney
Texas State Bar No. 24043655
Burnett Plaza Suite 1700
801 Cherry Street Unit 4
Fort Worth, Texas 76102-6882
Telephone: 817-252-5200
Facsimile: 817-252-5455
megan.fahey@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon Angela R. Saad, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 13th day of November 2014.

/s/ Megan J. Fahey
Megan J. Fahey
Assistant United States Attorney

---

[1] CATS is a consolidated database for seized assets that tracks their activity as they move through the forfeiture process. Both CATS and www.forfeiture.gov are managed by the Department of Justice's Asset Forfeiture Management Staff, Justice Management Division.

**Notice Regarding Publication of Forfeiture Order (Weast) - Page 2**



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 10, 2014 and November 08, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Christopher Robert Weast

**Court Case No:**      4:14-CR-023-A
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/10/2014 | 24.0 | Verified |
| 2 | 10/11/2014 | 24.0 | Verified |
| 3 | 10/12/2014 | 24.0 | Verified |
| 4 | 10/13/2014 | 24.0 | Verified |
| 5 | 10/14/2014 | 24.0 | Verified |
| 6 | 10/15/2014 | 24.0 | Verified |
| 7 | 10/16/2014 | 24.0 | Verified |
| 8 | 10/17/2014 | 24.0 | Verified |
| 9 | 10/18/2014 | 24.0 | Verified |
| 10 | 10/19/2014 | 24.0 | Verified |
| 11 | 10/20/2014 | 24.0 | Verified |
| 12 | 10/21/2014 | 24.0 | Verified |
| 13 | 10/22/2014 | 24.0 | Verified |
| 14 | 10/23/2014 | 24.0 | Verified |
| 15 | 10/24/2014 | 24.0 | Verified |
| 16 | 10/25/2014 | 24.0 | Verified |
| 17 | 10/26/2014 | 24.0 | Verified |
| 18 | 10/27/2014 | 24.0 | Verified |
| 19 | 10/28/2014 | 24.0 | Verified |
| 20 | 10/29/2014 | 24.0 | Verified |
| 21 | 10/30/2014 | 24.0 | Verified |
| 22 | 10/31/2014 | 24.0 | Verified |
| 23 | 11/01/2014 | 24.0 | Verified |
| 24 | 11/02/2014 | 24.0 | Verified |
| 25 | 11/03/2014 | 24.0 | Verified |
| 26 | 11/04/2014 | 24.0 | Verified |
| 27 | 11/05/2014 | 24.0 | Verified |
| 28 | 11/06/2014 | 24.0 | Verified |
| 29 | 11/07/2014 | 24.0 | Verified |
| 30 | 11/08/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



GOVERNMENT EXHIBIT
CASE NO. 4:14-CR-023-A
EXHIBIT NO. A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# COURT CASE NUMBER: 4:14-CR-023-A; NOTICE OF FORFEITURE

Notice is hereby given that on October 06, 2014, in the case of <u>U.S. v. Christopher Robert Weast</u>, Court Case Number 4:14-CR-023-A, the United States District Court for the Northern District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

One Hewlett Packard Computer Laptop, Serial No.: CNF8234HX7 and one Western Digital external drive Serial No.: WCAV5C309672 (12-FBI-008819), which was seized from Christopher Robert Weast on or about July 10, 2012 in White Settlement, Texas

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 10, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 501 West Tenth Street, Room #310, Fort Worth, TX 76102, and a copy served upon Assistant United States Attorney Megan Fahey, Burnett Plaza, Suite 1700, 801 Cherry Street, Unit #4, Fort Worth, TX 76102-6897. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.