ORIGINAL

United States District Court

Northern District of Texas

Fort Worth Division



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 3 2014
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

United States of America  )

vs                        ) No. 4:14-CR-00023-A

Christopher Robert Weast  )


District Judge John McBryde

501 West 10th Street, Room 301

Fort Worth, Texas State


Dear US District Judge John McBryde,


I respectfully apologize for the crimes that I have committed and peacefully request that you release my Person and Surety upon receipt of this acceptance, so I can righteously get back to my work and make right all my wrong deeds immediately. I thank you for your time in this matter.


I accept the charges for value and consideration. In return, please use my exemption and principal for post-settlement and closure of case #4:14-CR-00023-A and CUSIP and AUTOTRIS account #636031074 as this account is prepaid and exempt from levy.

*Page 2 of 2*

On this 1st Day of November, 2014

CHRISTOPER ROBERT WEAST Authorized by *Chris Robert*

VOID Where Prohibited by Law. Good as Aval.

