# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION
### MINUTE ORDER

**FILED NOV 14 2014**
CLERK, U.S. DISTRICT COURT
By _____ Deputy

HONORABLE John McBryde, PRESIDING
DEPUTY CLERK: F. Arnold
LAW CLERK _____
INTERPRETER:
A.M. 9:55 - 9:57; 10:17 - 11:21
TOTAL COURT TIME: 1 hr./6 mins.

COURT REPORTER: Debbie Saenz
USPO _____
COURT TIME: 9:00 A.M.
DATE HELD: November 14, 2014
CSO: Ray Urban

CR. No. 4:14-CR-023-A  DEFT NO.01

UNITED STATES OF AMERICA § AISHA SALEEM, AUSA
§
v. §
§
CHRISTOPHER ROBERT WEAST § CHRIS CURTIS, FPD ☐
Defendant's Name    Counsel for Deft. Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

**Hearing Type:** ☐ Sentencing Hearing - Contested  ✔ Sentencing Hearing - Non-Evidentiary

**Trial Status:** ✔ Completed by Jury Verdict on July 29, 2014.  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered  ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)  ☐ Mistrial  ☐ Guilty Plea  ✔ 2 Days in Trial  Hearing Concluded: ✔ Yes ☐ No

✔ Sentencing held. ✔ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Pre Sentencing Guidelines
☐ New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward
✔ **SENTENCING TEXT:**
- ☐ Deft. placed on: Probation for _____ years.
- ✔ Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of 360 months. *(See Below)*
- ✔ Deft. placed on: Supervised Released for _5_ years. *See Below*
- ☐ Count(s) _____ of Original Indictment dismissed on government's motion as to this defendant.
- ✔ Original Indictment, Superseding Indictment, and 2nd Superseding Indictment are dismissed on government's motion as to this defendant.
- ✔ $200.00 special assessment on Count(s) 1 and 2 ($100.00 per count) of the Third Superseding Indictment.

✔ Deft Advised of his right to appeal. Deft Did Not signed the right to appeal.
☐ Deft requests Clerk to enter notice of Appeal.
✔ Deft Custody/Detention continued.
☐ Deft REMANDED to custody. ☐ Court recommends incarceration at _____.
☐ Court Recommends to the Bureau of Prisons that defendant be allowed to participate in the Residential Drug Abuse Treatment Program.

✔ **OTHER PROCEEDINGS:** Doc. 259 - Moot.

**Sentencing Text Cont.:** Deft committed for a term of 120 months as to count 1 of the third superseding indictment and 240 months as to count 2 of the third superseding indictment to run consecutively, for a total sentence of 360 months.

**Supervised Release Text Cont.:** Deft shall be on supervised release for a term of five (5) years, on counts 1 and 2 of the third superseding indictment, to run concurrently.