To Whom it May Concern,

☐ ORIGINAL

Common Law Discovery Per
Copley Press v. Superior Court of San Diego, (1992)

I Am requesting the bond numbers for Aisha
Saleem, Terry Means, John McBryde, Jeffery
Cureton, Christopher A. Curtis, Peter Fleury, and
Angela Saad. I have requested this information
from said Public officials to wit, not one of them
was forthcoming with their bond numbers as required
by the Uniform Bonding Code.

Please send responses to:

Christopher Robert   House of Weast
47797177                  Estate Dignitary - Member -
Federal Corrections Institution
P.O. Box 15330
Fort Worth (zip exempt)
Texas state
United Sovereigns of Earth
Non Domestic, Non Federal

C.C.

Accredited Surety and Casualty Company, Inc.
P.O. Box 140855
Orlando zip exempt
Florida state
USA

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 4 2014

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

Ace American Insurance Company
436 Walnut Street
P. O. Box 1000
Philadelphia (zip exempt)
Pennsylvania state
USA

Ace Property and Casualty Insurance Company
436 Walnut Street
P. O. Box 1000
Philadelphia (zip exempt)
Pennsylvania state
USA

Acstar Insurance Company
30 South Road
Farmington (zip exempt)
Connecticut state
USA

Aegis Security Insurance Company
P. O. Box 3153
Harrisburg (zip exempt)
Pennsylvania state
USA

All America Insurance Company
800 S. Washington Street
Van Wert (zip exempt)
Ohio state
USA

Allegheny Casualty Company
One Newark Center, 20th Floor
Newark (zip exempt)
New Jersey state
USA


Allegheny Surety Company
4217 Steubenville Pike
Pittsburgh (zip exempt)
Pennsylvania state
USA


Allied Property and Casualty Insurance Company
One West Nationwide Blvd., 1-04-701
Columbus (zip exempt)
Ohio state
USA


Allied World Insurance Company
199 Water Street
New York (zip exempt)
New York state
USA


AMCO Insurance Company
One West Nationwide Blvd., 1-04-701
Columbus (zip exempt)
Ohio state
USA

American Alternative Insurance Corporation
555 College Road East
P. O. Box 5241
Princeton (zip exempt)
New Jersey state
USA

American Automobile Insurance Company
777 San Marin Drive,
Novato (zip exempt)
California state
USA

American Bankers Insurance Company of Florida
11222 Quail Roost Drive
Miami (zip exempt)
Florida state
USA

American Casualty Company of Reading, Pennsylvania
333 Wabash Ave
Chicago (zip exempt)
Ilinois state
USA

American Contractors Indemnity Company
601 South Figueroa Street, 16th Floor
Los Angeles (zip exempt)
California state
USA

American Fire and Casualty Company
62 Maple Avenue
Keene (zip exempt)
New Hampshire state
USA


American Guarantee and Liability Insurance Company
1400 American Lane, Tower I, 18th Floor
Schaumburg (zip exempt)
Illinois state
USA


American Home Assurance Company
175 Water Street, 18th Floor
New York (zip exempt)
New York state
USA


American Insurance Company
777 San Marin Drive
Novato (zip exempt)
California state
USA


American Road Insurance Company
One American Road, MD 7600
Dearborn (zip exempt)
Michigan state
USA

American Safety Casualty Insurance Company
100 Galleria Parkway, S.E. Suite 700
Atlanta (zip exempt)
Georgia state
USA


American Service Insurance Company, Inc.
150 Northwest Point Blvd., Suite 300
Elk Grove Village (zip exempt)
Illinois state
USA


American Southern Insurance Company
P.O. Box 723030
Atlanta (zip exempt)
Georgia state
USA


American Surety Company
250 East 96th Street, Suite 202
Indianapolis (zip exempt)
Indiana state
USA


Amerisure Insurance Company
P.O. Box 2060
Farmington Hills (zip exempt)
Michigan state
USA

Antilles Insurance Company
P.O. Box 9023507
San Juan (zip exempt)
Puerto Rico


Arch Insurance Company
300 Plaza Three
Jersey City (zip exempt)
New Jersey state
USA


Arch Reinsurance Company
445 South Street, Suite 220
P.O. Box 1988
Morristown (zip exempt)
New Jersey state
USA


Argonaut Insurance Company
P.O. Box 469011
San Antonio (zip exempt)
Texas state
USA


Aspen American Insurance Company
175 Capital Boulevard, Suite 300
Rocky Hill (zip exempt)
Connecticut state
USA

Atlantic Specialty Insurance Company
150 Royall Street
Canton (zip exempt)
Massachusetts state
USA

Auto-Owners Insurance Company
P.O. Box 30660
Lansing (zip exempt)
Michigan state
USA

Axis Insurance Company
11680 Great Oaks Way, Ste. 500
Alpharetta (zip exempt)
Georgia state
USA

Bankers Insurance Company
P.O. Box 15707
St. Petersburg (zip exempt)
Florida state

Bankers Standard Insurance Company
436 Walnut Street
P.O. Box 1000
Philadelphia (zip exempt)
Pennsylvania state
USA

Beazley Insurance Company, Inc.
30 Batterson Park Road
Farmington (zip exempt)
Connecticut state

Berkley Insurance Company
475 Steamboat Road
Greenwich (zip exempt)
Connecticut state

Berkley Regional Insurance Company
11201 Douglas Avenue
Urbandale (zip exempt)
Iowa state

Bituminous Casualty Corporation
320-18th Street
Rock Island (zip exempt)
Illinois state

Bond Safeguard Insurance Company
10002 Shelbyville Road, Suite 100
Louisville (zip exempt)
Kentucky state

Boston Indemnity Company, Inc.
21 High Street, Suite 208B
North Andover (zip exempt)
Massachusettes state

Brierfield Insurance Company
6300 University Parkway
Sarasota (zip exempt)
Florida state

British American Insurance Company
P. O. Box 1590
Dallas (zip exempt)
Texas state

Capitol Indemnity Corporation
P. O. Box 5900
Madison (zip exempt)
Wisconsin state

Capitol Preferred Insurance Company, Inc.
2255 Killearn Center Boulevard
Tallahassee (zip exempt)
Florida state

Carolina Casualty Insurance Company
11201 Douglas Avenue
Urbandale (zip exempt)
Iowa state

Centennial Casualty Company
2200 Woodcrest Place, Suite 200
Birmingham (zip exempt)
Alabama state

Central Mutual Insurance Company
800 South Washington Street
Van Wert (zip exempt)
Ohio state

Century Surety Company
550 Polaris Parkway
Westerville (zip exempt)
Ohio state

Cherokee Insurance Company
34200 Mound Road
Sterling Heights (zip exempt)
Michigan state

Chubb Indemnity Insurance Company
15 Mountain View Road
Warren (zip exempt)
New Jersey state

Cincinnati Casualty Company
P.O. Box 145496
Cincinnati (zip exempt)
Ohio state

Citizens Insurance Company of America
~~1000 American Lane, Tower 1, 18th Floor~~
808 North Highlander Way
Howell (zip exempt)
Michigan state

Colonial American Casualty and Surety Company
1400 America Lane, Tower I, 18th Floor
Schaumburg (zip exempt)
Illinois state

Colonial Surety Company
50 Chestnut Ridge Road
Montvale (zip exempt)
New Jersey state

Companion Property and Casualty Insurance Company
P.O. Box 100165
Columbia (zip exempt)
South Carolina state

Continental Casualty Company
333 S. Wabash Ave.
Chicago (zip exempt)
Illinois state

Continental Heritage Insurance Company
6140 Parkland Blvd., Ste 321
Mayfield Heights (zip exempt)
Ohio state

Continental Insurance Company
333 Wabash Ave.
Chicago (zip exempt)
Illinois

Contractors Bonding and Insurance Company
9025 N. Lindbergh Drive
Peoria, (zip exempt)
Illinois state

Cooperative de Seguros Multiples de Puerto Rico
P.O. Box 363846
San Juan (zip exempt)
Puerto Rico

CorePointe Insurance Company
401 South Old Woodward Avenue, Suite 300
Birmingham (zip exempt)
Michigan state

Cumis Insurance Society, Inc.
P.O. Box 1084
Madison (zip exempt)
Wisconsin state

Cumis Specialty Insurance Company, Inc.
P.O. Box 1084
Madison (zip exempt)
Wisconsin state

Darwin National Assurance Company
1690 New Britain Avenue, Suite 101
Farmington (zip exempt)
Connecticut state

Developers Surety and Indemnity Company
P.O. Box 19725
Irvine (zip exempt)
California state

Employers Insurance Company of Wausau
2000 Westwood Drive
Wausau (zip exempt)
Wisconsin state

Employers Mutual Casualty Company
P.O. Box 712
Des Moines (zip exempt)
Iowa state

Endurance American Insurance Company
333 Westchester Avenue
White Plains (zip exempt)
New York state

Endurance Reinsurance Corporation of America
333 Westchester Avenue
White Plains (zip exempt)
New York state

Erie Insurance Company
100 Erie Insurance Place
Erie (zip exempt)
Pennsylvania state

Everest Reinsurance Company
P.O. Box 830
Liberty Comern (zip exempt)
New Jersey state


Evergreen National Indemnity Company
6140 Parkland Blvd., Ste 321
Mayfield Heights (zip exempt)
Ohio state


Executive Risk Indemnity Inc.
15 Mountain View Road
Warren (zip exempt)
New Jersey state


Explorer Insurance Company
P.O. Box 85563
San Diego (zip exempt)
California state


Farmers Alliance Mutual Insurance Company
P.O. Box 1401
McPherson (zip exempt)
Kansas state


Farmington Casualty Company
One Tower Square
Hartford (zip exempt)
Connecticut state

Farmland Mutual Insurance Company
One West Nationwide Blvd., 1-04-701
Columbus (zip exempt)
Ohio state

FCCI Insurance Company
6300 University Parkway
Sarasota (zip exempt)
Florida state

Federal Insurance Company
15 Mountain View Road
Warren (zip exempt)
New Jersey state

Federated Mutual Insurance Company
121 East Park Square
Owatonna (zip exempt)
Minnesota

Fidelity National Property and Casualty Insurance Company

Fidelity and Deposit Company of Maryland
1400 American Lane, Tower I, 18th Floor
Schaumburg (zip exempt)
Illinois state

Fidelity and Guaranty Insurance Company
385 Washington Street
St. Paul (zip exempt)
Minnesota state

Fidelity and Guaranty Insurance Underwriters, Inc.
385 Washington Street
St. Paul (zip exempt)
Minnesota state


Financial Casualty & Surety, Inc.
3131 Eastside, Suite 600
Houston (zip exempt)
Texas state


Financial Pacific Insurance Company
P.O. Box 73909
Cedar Rapids (zip exempt)
Iowa state


Fireman's Fund Insurance Company
777 San Marin Drive
Novato (zip exempt)
California state


First Founders Assurance Company
6 Mill Ridge Lane
Chester (zip exempt)
New Jersey state


First Liberty Insurance Corporation
2815 Forbs Avenue, Suite 200
Hoffman Estates (zip exempt)
Illinois state

General Casualty Company of Wisconsin
One General Drive
Sun Prairie (zip exempt)
Wisconsin state

General Reinsurance Corporation
120 Long Ridge Road
Stamford (zip exempt)
Connecticut state

Granite Re, Inc.
14001 Quailbrook Drive
Oklahoma City (zip exempt)
Oklahoma

Granite State Insurance Company
175 Water Street, 18th Floor
New York (zip exempt)
New York state

Christopher Robert
#49177
Federal Corrections Institution
P.O. Box 15330
Fort Worth (zip exempt)
Texas state
United Sovereigns of Earth
Non Domestic, Non Federal

RECEIVED
... DIST. COURT
... DIST. OF TX
... DIVISION

2014 NOV 14  PM 12: 17

CLERK OF COURT

House of
Weast
Estate Dignitary - Member -

≈47797-177≈
Eldon B Mahon
Judge Mcboyate
501 W 10TH ST
Room 310
FORT Worth, zip exempt
Texas state
United Sovereigns of Earth
Non Domestic, Non Federal

Frank