C T J

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 2 6 2014

CLERK, U.S. DISTRICT COURT
By _____
         Deputy

District Court of the United States
Judicial District of Texas

NOV 2 6 2014

UNITED STATES OF AMERICA )

V.                                              ) No 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST ) ~~Special~~ ~~the~~ Visitation Only

Notice of Appeal

~~This is~~ Comes Now CHRISTOPHER ROBERT
WEAST by and through his counsel, Christopher
Robert Weast, pro hac vice and files this,
his Notice of Appeal.

All Rights Reserved
Without Recourse
/s/ Christopher Roberts Weast
Pro Hac Vice

U.S. COURT OF APPEALS
FILED
NOV 2 6 2014
FIFTH CIRCUIT

C T S

RECEIVED

DEC - 1

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 01, 2014

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

     USA v. CHRISTOPHER ROBERT WEAST
     DC NO. 4:14-CR-23-1

Dear Ms. Mitchell:

I am forwarding a notice of appeal erroneously sent to us.  We
have noted the date received here. When you file the notice of
appeal, please use that date, see FED R. APP. P. 4(d).

     Sincerely,

     LYLE W. CAYCE, Clerk

     *Claudia N. Farrington*

     By: _____
     Claudia N. Farrington, Deputy Clerk
     504-310-7706