UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>CHRISTOPHER ROBERT WEAST,<br>Defendant | §<br>§<br>§<br>§   4:14-CR-023-A   (1)<br>§<br>§ |

### NOTICE OF SUBSTITUTION OF COUNSEL

Defendant, **CHRISTOPHER ROBERT WEAST**, hereby notifies this Court of the substitution of counsel on the above-captioned matter. CHRISTOPHER CURTIS, Assistant Federal Public Defender, was assigned to handle this case at the district court level. JERRY V. BEARD, Assistant Federal Public Defender, will be handling the appeal on this case.

Respectfully submitted,

BY: _____
CHRISTOPHER CURTIS
Assistant Federal Public Defender
Texas State Bar No. 05270900
for JERRY V. BEARD
Asst. Federal Public Defender
Texas State Bar No. 01973515
525 Griffin Street; Suite 629
Dallas, TX 75202
(214) 767-2746(TEL)
(214) 767-2886(FAX)

### CERTIFICATE OF SERVICE

I, CHRISTOPHER CURTIS, hereby certify that on December 1, 2014, a copy of the foregoing was hand delivered to United States Attorney's Office, 801 Cherry St., Suite 1700, Fort Worth, TX 76102.

_____
CHRISTOPHER CURTIS