ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC – 3 2014
11:41 am

CLERK, U.S. DISTRICT COURT
By _____ Deputy

District Court of the United States
Judicial District of Texas

UNITED STATES OF AMERICA )
)
v. ) No 4:14-CR-00023-A
)
CHRISTOPHER ROBERT WEAST )

## Notice of Appeal

Now Comes CHRISTOPHER ROBERT WEAST by and through his counsel and files this, His notice of Appeal.

"without Recourse" "All Rights Reserved"
/S/ Christopher Robert, Pro Hac Vice
Under Protest

House of
Weast
Estate Dignitary-Member
❖47797-177❖
Eldon B Mahon
Judge Mcbryde
C/o 501 W 10TH ST
Room 310
FORT Worth, ◼ zip exempt
Texas state
Non Domestic, Non Federal

Christopher Robert
47797-177
Federal Corrections Institution
P.O. Box 15330
Fort Worth (zip exempt)
Texas state
Non Domestic, Non Federal

CLERK OF COURT
2014 DEC -3 AM 11:41

RECEIVED