ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 DEC 23  PM 3: 38

CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:14-CR-023-A |
| v. | |
| CHRISTOPHER ROBERT WEAST | |

## GOVERNMENT'S MOTION AND BRIEF FOR ISSUANCE OF A FINAL ORDER OF FORFEITURE

The United States of America ("the government") requests a final order of forfeiture, stating the following in support:

1. The court entered a preliminary order forfeiting one HP laptop computer, SN# CNF8234HX7 and one Western Digital external drive SN# WCAV5C309672 ("the property") from defendant Christopher Robert Weast ("the defendant") pursuant to 18 U.S.C. § 2253(a). (Dkt. No. 245.)

2. In accordance with law, the government published notice of the forfeiture on a website (www.forfeiture.gov) for at least 30 consecutive days beginning October 10, 2014. (Dkt. No. 279.) Pursuant to 21 U.S.C. § 853(n)(2), any person asserting a legal interest in the property could, no later than 60 days after the first day of publication on the government website, petition the court for a hearing to adjudicate the validity of his/her interest in that property. No petitions have been filed, and the deadline to file a petition (December 10, 2014) has passed. The defendant's sentence and judgment of conviction included the property's forfeiture. (Dkt. No. 283.)

3. The government asks the court to enter a final order of forfeiture.

          Respectfully submitted,

          SARAH R. SALDAÑA
          UNITED STATES ATTORNEY

          /s/ Megan J. Fahey
          Megan J. Fahey
          Assistant United States Attorney
          Texas State Bar No. 24043655
          Burnett Plaza Suite 1700
          801 Cherry Street Unit 4
          Fort Worth, Texas 76102-6882
          Telephone: 817-252-5200
          Facsimile: 817-252-5455
          megan.fahey@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon Jerry V. Beard, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 23rd day of December, 2014.

          /s/ Megan J. Fahey
          Megan J. Fahey
          Assistant United States Attorney