IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 4:14-CR-023-A |
| v. | |
| CHRISTOPHER ROBERT WEAST | |

### FINAL ORDER OF FORFEITURE

Pending before the court is the government's Motion and Brief for Issuance of a Final Order of Forfeiture. After review of the motion, the Court concludes it should be and is hereby GRANTED.

In the preliminary order of forfeiture filed in this case on October 6, 2014, the government gave notice it would seek forfeiture of property from defendant Christopher Robert Weast ("the defendant") based on his conviction of the offense alleged in counts one and two and pursuant to 18 U.S.C. § 2253(a), specifically one HP laptop computer, SN# CNF8234HX7 and one Western Digital external drive SN# WCAV5C309672 ("the property"). Publication of the property's forfeiture has been completed, notice of the property's forfeiture has been served, the time for filing petitions under 21 U.S.C. § 853(n) has expired, and no petitions have been filed. The defendant's sentence and judgment of conviction included the forfeiture.

It is therefore ordered that all right, title, and interest to the property are forfeited to the government to be disposed of according to law. It is further ordered that the United

States Marshalls Service (or its designee) shall seize, maintain, and dispose of the property pursuant to law.

SIGNED December 23, 2014.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE