```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF TEXAS

 3                        FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:14-CR-023-A
                                  )
 5            Government,         )
                                  ) FORT WORTH, TEXAS
 6   VERSUS                       )
                                  )
 7   CHRISTOPHER ROBERT WEAST,    )
                                  )
 8            Defendant.          )

 9

10                         VOLUME 1 OF 16
          TRANSCRIPT OF MASTER INDEX OF PROCEEDINGS
11             BEFORE THE HONORABLE JOHN McBRYDE
         UNITED STATES DISTRICT COURT JUDGE, AND A JURY
12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MS. AISHA SALEEM
                             MR. ALEX LEWIS
15                           MR. DAN COLE
                             UNITED STATES DEPARTMENT OF JUSTICE
16                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
17                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
18
     FOR THE DEFENDANT:      MR. CHRISTOPHER ROBERT WEAST
19                           #47797-177
                             BOP Fort Worth FCI
20                           P.O. Box 15330
                             Fort Worth, Texas  76119
21
                             MS. ANGELA SAAD
22                           MR. PETER FLEURY
                             MR. CHRIS CURTIS
23                           ASSISTANT FEDERAL PUBLIC DEFENDER
                             NORTHERN DISTRICT OF TEXAS
24                           819 Taylor Street, Room 9A10
                             Fort Worth, Texas  76102
25                           Telephone:  817.978.2753
```

```
 1    COURT REPORTER:           MS. DEBRA G. SAENZ, CSR, RMR, CRR
                                501 W. 10th Street, Room 424
 2                              Fort Worth, Texas  76102
                                Telephone:  817.850.6661
 3                              E-Mail: debbie.saenz@yahoo.com

 4

 5    Proceedings reported by mechanical stenography, transcript

 6    produced by computer.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | **CHRONOLOGICAL MASTER INDEX** | | |
|---|---|---|---|
| **DATE** | **PROCEEDING** | **VOLUME** | **DKT ENTRY** |
| -- | Master Index | 1 | 309 |
| 5/21/14 | Arraignment | 2 | 117 |
| | (Ana Warren, CSR) | | |
| 5/28/14 | Motion to Substitute Attorney | 3 | 310 |
| 7/8/14 | Competency Hearing and Arraignment | 4 | 311 |
| 7/17/14 | Telephone Conference | 5 | 312 |
| 7/21/14 | Telephone Conference | 6 | 305 |
| | (Keith Johnson, CSR) | | |
| 7/22/14 | Pretrial Conference | 7 | 158 |
| | (Ana Warren, CSR) | | |
| 7/24/14 | Telephone Conference | 8 | 313 |
| 7/25/14 | Pretrial Hearing | 9 | 314 |
| 7/28/14 | Docket Call | 10 | 306 |
| | (Ana Warren CSR) | | |
| 7/28/14 | Voir Dire (SEALED BY COURT) | 11 | 307 |
| | (Ana Warren, CSR) | | |
| 7/28/14 | Jury Trial (Morning session) | 12 | 308 |
| | (Ana Warren, CSR) | | |
| 7/28/14 | Jury Trial (Afternoon session) | 13 | 315 |
| 7/29/14 | Jury Trial | 14 | 316 |
| 10/1/14 | Hearing | 15 | 317 |
| 11/14/14 | Sentencing | 16 | 318 |