1                    IN THE UNITED STATES DISTRICT COURT

2                   FOR THE NORTHERN DISTRICT OF TEXAS

3                          FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,     ) CASE NO. 4:14-CR-023-A
                                   )
5            Government,           )
                                   ) FORT WORTH, TEXAS
6   VERSUS                         )
                                   ) MAY 28, 2014
7   CHRISTOPHER ROBERT WEAST,      )
                                   )
8            Defendant.            ) 1:59 P.M.

9

10                           VOLUME 3 OF 16
            TRANSCRIPT OF MOTION TO SUBSTITUTE ATTORNEY
11            BEFORE THE HONORABLE JOHN McBRYDE
               UNITED STATES DISTRICT COURT JUDGE

12

13  A P P E A R A N C E S:

14  FOR THE GOVERNMENT:      MR. ALEX LEWIS
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
17
    FOR THE DEFENDANT:       MR. CHRISTOPHER ROBERT WEAST
18  PRO SE                   #47797-177
                             BOP Fort Worth FCI
19                           P.O. Box 15330
                             Fort Worth, Texas  76119
20
    COURT REPORTER:          MS. DEBRA G. SAENZ, CSR, RMR, CRR
21                           501 W. 10th Street, Room 424
                             Fort Worth, Texas  76102
22                           Telephone:  817.850.6661
                             E-Mail: debbie.saenz@yahoo.com
23

24  Proceedings reported by mechanical stenography, transcript

25  produced by computer.

**I N D E X**

| PROCEEDING | PAGE |
|---|---|
| Proceedings...................................... | 03 |
| Reporter's Certificate........................... | 18 |
| Word Index...................................... | 19 |

1             **P R O C E E D I N G S**

2                May 28, 2014 – 1:59 p.m.

3          *COURT SECURITY OFFICER:*  All rise.

4             Hear ye, hear ye, hear ye, the United States

5    District Court for the Northern District of Texas at Fort

6    Worth is now in session, the Honorable John McBryde presiding.

7             Let us pray.  God bless the United States and this

8    Honorable Court.  Amen.

9             Please be seated.

10          *THE COURT:*  Good afternoon.

11          *MR. LEWIS:*  Afternoon, Judge.

12          *THE COURT:*  Okay.  We're here for a hearing in

13   Number 4:14-CR-023-A.  It's United States of America versus

14   Christopher Robert Weast.

15             And let's see.  Ms. -- are you filling in for

16   Ms. Saleem?

17          *MR. LEWIS:*  Yes, for today only, sir.  Alex Lewis

18   for the government, Judge.

19          *THE COURT:*  Okay.  And the defendant's representing

20   himself.

21             Come to the microphone and state your full name for

22   the record.  Come up to the podium --

23          *THE DEFENDANT:*  To the podium?

24          *THE COURT:*  -- and state your full name for the

25   record.

1          *THE DEFENDANT:*  My -- my name is Chris Weast.

2          *THE COURT:*  What's your full name?

3          *THE DEFENDANT:*  Well, that would be a legal

4    interpret- --

5          *THE COURT:*  Give me your full name.

6          *THE DEFENDANT:*  In the Court's opinion, my name

7    would be --

8          *THE COURT:*  Okay.  Take him into custody --

9          *THE DEFENDANT:*  -- Christopher Robert Weast.

10         *THE COURT:*  -- until he's ready to give me his full

11   name.

12         *THE DEFENDANT:*  Am I being denied my right to defend

13   myself here, sir?

14         *THE COURT:*  Are you willing to give me your full

15   name?

16         *THE DEFENDANT:*  I just told you, it's Christopher

17   Robert Weast.

18         *THE COURT:*  Okay.  Mr. Weast, it will be better if

19   you'll -- you can stay up at the microphone.

20         *THE DEFENDANT:*  Oh, okay.  I'm sorry.

21         *THE COURT:*  It will be better if you don't play

22   games with the Court because it's just not going to work well

23   if you do.

24         *THE DEFENDANT:*  I assure you, Your Honor, I do not

25   wish to play games with the Court.

1          THE COURT:  Okay.  Well, let's -- let's quit doing

2     it.

3          The reason I arranged for this is the government has

4     caused a superseding indictment to be returned, and you had

5     informed the magistrate judge at an earlier proceeding that

6     you preferred to serve as your own counsel, in other words, to

7     represent yourself.

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  I don't know for sure the consequences

10    of the new indictment, but it may be that there are some

11    consequences that would cause you to want to reconsider the

12    issue of whether you will represent yourself, and that's one

13    of the reasons we're having this hearing, to give you an

14    opportunity to reconsider it, if you wish.  You can be seated.

15         And let me ask you a question or two.  Why don't you

16    come up to the microphone now.

17         MR. LEWIS:  Yes, sir.

18         THE COURT:  Tell me what, if any, change the

19    superseding indictment would have as far as the punishment

20    potential is concerned.

21         MR. LEWIS:  Yes, Your Honor.

22         On the superseding indictment, Count 1 is possession

23    of child pornography.  A possession of child pornography

24    conviction carries between a sentence of zero to 10 years.

25         The superseding indictment also added Count 2, which

1    is receipt of child pornography, which carries a minimum of 5

2    years in prison and up to a maximum of 20 years in prison,

3    Your Honor.

4         THE COURT:  So, under the indictment as it now

5    exists, the defendant is potentially subject to a sentence of

6    imprisonment of 30 years?

7         MR. LEWIS:  That is correct, sir.

8         THE COURT:  And is there some fine associated with

9    it?

10        MR. LEWIS:  Yes, Judge.  I believe it was a $250,000

11   fine, is the maximum fine on that for each count, so I think

12   the total would be $500,000.

13        THE COURT:  And then is there a --

14        Mr. Weast, are you listening to what is being said?

15        THE DEFENDANT:  Yes, sir.

16        THE COURT:  Okay, because it's very important.  So

17   far it's been developed that you're subjecting -- you'll be

18   subject to a term of imprisonment of 30 years, if you're

19   convicted of the offenses charged by the superseding

20   indictment, and you're subjecting yourself to the potential of

21   a $500,000 fine in addition to that term of imprisonment.

22        Is there term of supervised release associated

23   with -- with the superseding indictment?

24        MR. LEWIS:  There is, Judge.  On Count 2, receipt of

25   child pornography carries up to a term of life of supervised

1    release, a term of no less than 5 years, however.  So it's a

2    minimum of 5 years up to a term of lifetime supervision of

3    life.

4              THE COURT:  Okay.  Do you understand those things,

5    Mr. Weast?

6              THE DEFENDANT:  No, sir.  If I could, I would like

7    to ask some questions so I could understand more clearly.

8              THE COURT:  Okay.  Listen closely.  I noticed you're

9    reading something as he's talking, so listen closely.

10             So far he's explained that under the superseding --

11   Mr. Weast, come back up to the microphone, so I can see that

12   you're listening instead of reading.

13             So far he's explained that your -- under the

14   superseding indictment, if you were to be convicted of those

15   offenses, you would be subject to a term of imprisonment of 30

16   years; plus, you would be subject to having to pay a fine of a

17   total of $500,000; plus, you would be subject to service

18   of -- being supervised for the rest of your life.

19             Now, do you understand those are the penalties you

20   are subjecting yourself to, if --

21             THE DEFENDANT:  I --

22             THE COURT:  -- you're convicted of the offenses

23   charged by Counts 1 and 2 of the superseding indictment?

24             THE DEFENDANT:  Your Honor, am I entitled to a -- to

25   a fair hearing in this -- in this courtroom?

1          THE COURT:  I'm simply asking if you understand

2    that.

3          THE DEFENDANT:  I'm asking if I'm entitled to a fair

4    hearing.

5          THE COURT:  Yes, you're entitled to a fair hearing,

6    but --

7          THE DEFENDANT:  Okay.  I --

8          THE COURT:  -- at this time, we're going to --

9          THE DEFENDANT:  May I ask one more question?

10         THE COURT:  Yes.  You're entitled to --

11         THE DEFENDANT:  Am I presumed innocent of these

12   charges, sir?

13         THE COURT:  Yes, you're presumed innocent of these

14   charges.

15         THE DEFENDANT:  Am I --

16         THE COURT:  Now, that's the last -- that's the last

17   interruption I want to have from you.

18         THE DEFENDANT:  I'm not trying to interrupt, sir.

19   I'm just trying to understand.

20         THE COURT:  You are interrupting, and I don't want

21   anymore interruptions.

22         And I'm going to ask you again:  Do you

23   understand --

24         THE DEFENDANT:  No, sir, I do not understand

25   what -- because I'm not understanding if I'm presumed innocent

1    of all of the elements of those charges.

2           THE COURT:  Do you want to continue to represent

3    yourself?

4           THE DEFENDANT:  Yes, sir.

5           THE COURT:  Okay.

6           THE DEFENDANT:  Do I not have the right to represent

7    myself, sir?

8           THE COURT:  No, you have the right to.  You have the

9    constitutional right to represent yourself.  I think you would

10   be very ill-advised if you choose to do that, particularly

11   with the attitude you have.

12          THE DEFENDANT:  Sir, I'm simply trying to ask some

13   questions.  That's it.

14          THE COURT:  Juries are not very receptive to

15   defendants who have bad attitudes, and I would suggest that

16   you give some serious thought to changing your attitude, if

17   you intend to continue to represent yourself.

18          THE DEFENDANT:  Sir, I have a question.  Can I have

19   a question?

20          THE COURT:  I --

21          THE DEFENDANT:  Is it necessary for --

22          THE COURT:  Pardon me.  Pardon me.  Mr. Weast, I'll

23   invite you to talk when I want you to talk.

24          THE DEFENDANT:  Is the judge making a judicial

25   determination that I don't have a right to a First Amendment

1   to ask questions in this courtroom?

2           *THE COURT:*  Let me ask you another question.

3           *MR. LEWIS:*  Yes, Your Honor.

4           *THE COURT:*  The superseding indictment, in the

5   heading under Count 1 --

6           *MR. LEWIS:*  Yes, Your Honor.

7           *THE COURT:*  -- and then also in the heading under

8   Count 2 --

9           *MR. LEWIS:*  Yes, Your Honor.

10          *THE COURT:*  -- says it's a violation in Count 1 of

11  18 United States Code Sections 2252A(a)(5)(B) and 2252(b)(2).

12  I'm wondering if that shouldn't be, the second one,

13  2252A(b)(2)?

14          *MR. LEWIS:*  Oh, I see what the Court is saying.

15          *THE COURT:*  Pardon?

16          *MR. LEWIS:*  I understand what the Court is asking.

17          *THE COURT:*  Is it correct?  Should it be a capital

18  A?

19          *MR. LEWIS:*  Yes, I believe it should be, to mirror

20  the first statute that was proposed.

21          *THE COURT:*  And you have the same problem on Count

22  2.

23          *MR. LEWIS:*  Correct.  Correct, Your Honor.

24          *THE COURT:*  I don't know whether that's a defect

25  that has to be dealt with by a superseding indictment or how

1    you deal with that.  I'll let you make whatever motion is

2    appropriate.

3            MR. LEWIS:  We'll take care of that problem, sir.

4    Thank you.

5            THE COURT:  Okay.  Mr. Weast, before we go any

6    further, let me get some additional information about your

7    ability to represent yourself.

8            Have you ever represented yourself in a -- in a

9    criminal case before?

10           THE DEFENDANT:  Yes.  And isn't it -- isn't it the

11   Supreme Court's opinion that the right to proceed pro se, sui

12   juris, is a fundamental statutory right that is afforded the

13   highest degree of protection as -- as was stated in Devine

14   versus The Indian River County School Board?

15           THE COURT:  Mr. Weast, my question was:  Have you

16   ever represented yourself in a criminal case before?

17           THE DEFENDANT:  And I do believe I answered this

18   question, sir.

19           THE COURT:  When did you do that?

20           THE DEFENDANT:  Plenty of times in state court.

21           THE COURT:  And what kind of cases were they?

22           THE DEFENDANT:  And is the Court going to answer my

23   question that the Supreme Court is -- are you going to

24   acknowledge that the Supreme Court has stated that the right

25   to proceed pro se, sui juris, is a fundamental statutory right

1    and is afforded the highest degree of protection, as they

2    stated in Devine versus Indian River County School Board?

3             And also, I'm -- if I can, the Supreme Court has

4    also stated that due process provides that the rights of a pro

5    se, sui juris, litigant are to be construed liberally and have

6    the less stringent standards than formal pleadings drafted by

7    lawyers.  If Court can reasonably read pleadings to state

8    valid claim on which litigant could prevail, it should do so

9    despite failure to cite proper legal authority, confusion of

10   legal theories, poor syntax and sentence construction, or

11   litigant's unfamiliarity with pleading requirements.

12            This was from Spencer v. Doe in 1998, Green v.

13   Branson in 1997 --

14            THE COURT:  I'm going to interrupt you a minute.

15            Let me ask you a question.  I have some question as

16   to the competence of this defendant, even to be represented by

17   an attorney.

18            MR. LEWIS:  Yes, Your Honor.

19            THE COURT:  And I have some concern as to whether he

20   needs to be committed to evaluate his competence.

21            Have you given --

22            THE DEFENDANT:  I object to this, sir, and I will

23   not consent to a -- to what you're about to insinuate.

24            THE COURT:  Has your -- pardon me.

25            Has your office given some thought to instituting

1    some kind of proceeding along those lines?

2              MR. LEWIS:  Judge, I have not had any conversations

3    with the attorney handling the case, however, I will be

4    speaking with her about that, as well as the other attorneys

5    that have handled parts of this case as well.  We will

6    definitely take that into consideration, Your Honor.

7              THE DEFENDANT:  And, Your Honor, I --

8              THE COURT:  Pardon me.  Don't interrupt while I'm

9    discussing something with the attorney for the government.

10             The first step would be to have him taken, where, to

11   Carswell, in all probability?

12             MR. LEWIS:  Yes, sir.

13             THE COURT:  And evaluated as to whether he

14   understands the charges against him, I guess would be the

15   first issue?

16             MR. LEWIS:  Yes, sir.

17             THE COURT:  And whether or not he can competently

18   assist his defense counsel?

19             THE DEFENDANT:  I take exception to this --

20             MR. LEWIS:  Yes, sir.

21             THE DEFENDANT:  -- this tone of -- this tone of

22   questioning back and forth --

23             MR. LEWIS:  Yes, Your Honor, and I --

24             THE DEFENDANT:  -- between the two of you.  I take

25   exception to it because I am not consenting to this.  I am

1     perfectly --

2          MR. LEWIS:  I, at this point in time, share the

3     Court's concerns about being able to conduct just the simplest

4     of hearings with this individual, and so we'll take that into

5     consideration.

6          THE DEFENDANT:  I take exception, and I object to

7     the prosecutor's tone over here.

8          THE COURT:  Well, let me give a deadline for the

9     government --

10          THE DEFENDANT:  What's he insinuating?

11          THE COURT:  -- giving some input on the issue by

12     filing some kind of motion, if appropriate.

13          MR. LEWIS:  Yes, sir.

14          THE COURT:  And if you haven't --

15          THE DEFENDANT:  I want to file a motion to dismiss

16     right now because the indictment is defective.

17          THE COURT:  Have him be seated.

18          How long do you think it would take the government

19     to decide whether some action should be taken along the lines

20     we're talking about?

21          MR. LEWIS:  If the Court could give until the mid --

22     mid next week, that way the attorney handling the case will be

23     available once again, and that, therefore, we can have some

24     discussion -- I can have some discussions with those

25     attorneys, if that's --

1          THE COURT:  Do you think you could have filed

2  whatever needs to be filed by, oh, say, 2:00 Wednesday?

3          MR. LEWIS:  Yes, Your Honor, I believe so.  And if

4  not, we would ask for -- I'll file an appropriate motion

5  asking for a brief continuance, if needed at that point in

6  time, but that will be the first deadline that we set.

7          THE COURT:  Well, why don't we do it 2:00 Thursday.

8          THE DEFENDANT:  I object to this, to this manner

9  of -- and, Your Honor, I would like this Court to take

10  judicial notice of the entire Constitution of the United

11  States, including all of the Bill of Rights, which this Court

12  is supposed to be upholding and protecting.

13          I've been threatened by the guard standing behind me

14  over here --

15          SPECTATOR:  Yeah.

16          THE DEFENDANT:  -- and I take exception to being

17  threatened by the guards while I'm in a hearing that I'm

18  supposed to have a right to.

19          SPECTATOR:  Yeah.

20          THE COURT:  You're supposed to stand up when you're

21  addressing the Court, Mr. Weast.

22          THE DEFENDANT:  I was made to sit down, sir.

23          THE COURT:  I'm telling you to stand up when you're

24  addressing the Court.  You weren't addressing the Court when

25  you were told to sit down.

1          *THE DEFENDANT:*  I -- I am asking this Court --

2          *THE COURT:*  Okay.  Mr. Weast, I'm raising a question

3   as to whether or not you have the mental competence to

4   even --

5          *THE DEFENDANT:*  And I am asking the Court --

6          *THE COURT:*  -- to represent yourself --

7          *THE DEFENDANT:*  -- judicial notice --

8          *THE REPORTER:*  Hold on.  I can only take one at a

9   time.

10         *THE COURT:*  I think that's something that needs to

11  be explored.  I've tried to have a meaningful hearing on the

12  issue of whether or not you're competent to represent

13  yourself.  You won't allow me to have such a hearing.

14         So far, the determination has been that you are

15  competent to represent yourself in a sense.  That's what the

16  magistrate judge ruled, that you -- I don't know the exact

17  words he used, but let me find those.

18         *THE DEFENDANT:*  And I would ask that this Court take

19  judicial notice of the entire Constitution of the United

20  States of America, and the Bill of Rights, and the rights that

21  I'm supposed to be afforded in this courtroom that are

22  supposed to be protected by the judge.

23         And I also would like to go ahead and request a copy

24  of the transcript of this, of this hearing, as soon as it's

25  over, or has the Court determined that I do not have a right

1    to a copy of this transcript?

2         THE COURT:  The magistrate judge made a finding when

3    you appeared before him, I believe it was April 20, 2014, that

4    you knowingly and voluntarily waived your right to counsel,

5    and, therefore, he allowed you to proceed without a counsel

6    and represent yourself.

7         I thought maybe we could explore that further and

8    see if there was any issue that needs to be dealt with based

9    on the fact that the superseding indictment's been returned.

10        THE DEFENDANT:  And --

11        THE COURT:  Because of your disruptiveness, we

12   aren't able to have such a hearing, so we're going to

13   recess -- we'll adjourn this hearing.

14        THE DEFENDANT:  May I ask you a question?

15        THE COURT:  And if you would, give me something by

16   the 2:00 Thursday deadline.

17        THE DEFENDANT:  Your Honor, may I ask you a

18   question?

19        THE COURT:  The defendant's remanded to custody.

20        THE DEFENDANT:  You never did answer my question as

21   to whether or not we were --

22        COURT SECURITY OFFICER:  All rise.

23        THE DEFENDANT:   -- I was presumed innocent of all

24   the elements of the charge.

25        (End of Proceedings)

1            **REPORTER'S CERTIFICATE**

2        I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3   foregoing is a true and correct transcript from the record

4   of proceedings in the foregoing entitled matter.

5        I further certify that the transcript fees format

6   comply with those prescribed by the Court and the Judicial

7   Conference of the United States.

8        Signed this 15th day of January, 2015.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15   CSR Expires:        12/31/15

16   Business Address:   501 W. 10th Street, Room 424
                         Fort Worth, Texas  76102
17

18   Telephone:          817.850.6661

19   E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

## $

$250,000 [1] 6/10
$500,000 [3] 6/12 6/21 7/17

## -

-- I [1] 17/23
-- you [1] 4/19

## /

/s [1] 18/10

## 0

03 [1] 2/3

## 1

10 [1] 5/24
10th [2] 1/21 18/16
12/31/15 [1] 18/15
15 [1] 18/15
15330 [1] 1/19
15th [1] 18/8
16 [1] 1/10
1700 [1] 1/15
177 [1] 1/18
18 [2] 2/4 10/11
19 [1] 2/5
1997 [1] 12/13
1998 [1] 12/12
1:59 [2] 1/8 3/2

## 2

20 [2] 6/2 17/3
2014 [3] 1/6 3/2 17/3
2015 [1] 18/8
2252 [1] 10/11
2252A [2] 12/11 10/13
28 [2] 1/6 3/2
2:00 [2] 15/2 17/16
2:00 Thursday [1] 15/7

## 3

30 [3] 6/6 6/18 7/15
3158 [1] 18/11

## 4

424 [2] 1/21 18/16
47797-177 [1] 1/18
4:14-CR-023-A [2] 1/4 3/13

## 5

501 [2] 1/21 18/16

## 6

6882 [1] 1/16

## 7

76102 [2] 1/21 18/16
76102-6882 [1] 1/16
76119 [1] 1/19

## 8

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 18/18

## A

a -- in [1] 11/8
ability [1] 11/7
able [2] 14/3 17/12
about [5] 11/6 12/23 13/4 14/3 14/20
acknowledge [1] 11/24
action [1] 14/19
added [1] 5/25

addition [1] 6/21
additional [1] 11/6
Address [2] 18/16 18/19
addressing [3] 15/21 15/24 15/24
adjourn [1] 17/13
advised [1] 9/10
afforded [3] 11/12 12/1 16/21
afternoon [2] 3/10 3/11
again [2] 8/22 14/23
against [1] 13/14
ahead [1] 16/23
ALEX [2] 1/14 3/17
all [6] 3/3 9/1 13/11 15/11 17/22 17/23
allow [1] 16/13
allowed [1] 17/5
along [2] 13/1 14/19
also [5] 5/25 10/7 12/3 12/4 16/23
am [8] 4/12 7/24 8/11 8/15 13/25 13/25 16/1 16/5
Amen [1] 3/8
Amendment [1] 9/25
AMERICA [3] 1/4 3/13 16/20
another [1] 10/2
answer [2] 11/22 17/20
answered [1] 11/17
any [4] 5/18 11/5 13/2 17/8
anymore [1] 8/21
appeared [1] 17/3
appropriate [3] 11/2 14/12 15/4
April [1] 17/3
April 20 [1] 17/3
are [12] 3/15 4/14 5/10 6/14 7/19 7/20 8/20 9/14 11/23 12/5 16/14 16/21
aren't [1] 17/12
arranged [1] 5/3
as [18] 5/6 5/19 5/19 6/4 6/7 9/11 9/13 11/13 12/1 13/3 13/4 13/4 13/5 13/13 16/3 16/24 16/24 17/20
ask [12] 5/15 7/7 8/9 8/22 9/12 10/1 10/2 12/15 15/4 16/18 17/14 17/17
asking [6] 8/1 8/3 10/16 15/5 16/1 16/5
assist [1] 13/18
associated [2] 6/8 6/22
assure [1] 4/24
attitude [2] 9/11 9/16
attitudes [1] 9/15
attorney [5] 1/10 12/17 13/3 13/9 14/22
attorneys [1] 13/4 14/25
authority [1] 12/9
available [1] 14/23

## B

back [2] 7/11 13/22
bad [1] 9/15
based [1] 17/8
be [35]
because [6] 4/22 6/16 8/25 13/25 14/16 17/11
been [6] 6/17 15/13 16/14 16/14 17/9
before [5] 1/11 11/5 11/9 11/16 17/3
behind [1] 15/13
being [5] 4/12 6/14 7/18 14/3 15/16
believe [5] 6/10 10/19 11/17 15/3 17/3
better [2] 4/18 4/21
between [2] 5/24 13/24
Bill [2] 15/11 16/20
bless [1] 3/7
Board [2] 11/14 12/2
BOP [1] 1/18
Box [1] 1/19
Branson [1] 12/13
brief [1] 15/5
Business [1] 18/16

## C

can [10] 4/19 5/14 9/18 12/3 12/7 13/17 14/23 14/24 16/8
capital [1] 10/17
care [1] 11/3
carries [3] 5/24 6/1 6/25
Carswell [1] 13/11
case [6] 1/4 11/9 11/16 13/3 13/5 14/22
cases [1] 11/21
cause [1] 5/11
caused [1] 5/4
Certificate [2] 2/4 18/1
certify [2] 18/2 18/5
change [1] 5/18
changing [1] 9/16
charge [1] 17/24
charged [2] 6/19 7/23
charges [4] 8/12 8/14 9/1 13/14
Cherry [1] 1/15
child [4] 5/23 5/23 6/1 6/25
choose [1] 9/10
Chris [1] 4/1
CHRISTOPHER [5] 1/7 1/17 3/14 4/9 4/16
cite [1] 12/9
claim [1] 12/8
clearly [1] 7/7
closely [2] 7/8 7/9
Code [1] 10/11
come [4] 3/21 3/22 5/16 7/11
committed [1] 12/20
competence [3] 12/16 12/20 16/3
competent [2] 16/12 16/15
competently [1] 13/17
comply [1] 18/6
computer [1] 1/25
concern [1] 12/19
concerned [1] 5/20
concerns [1] 14/3
conduct [1] 14/3
Conference [1] 18/7
confusion [1] 12/9
consent [1] 12/23
consenting [1] 13/25
consequences [2] 5/9 5/11
consideration [2] 13/6 14/5
Constitution [2] 15/10 16/19
constitutional [1] 9/9
construction [1] 12/10
construed [1] 12/5
continuance [1] 15/5
continue [2] 9/2 9/17
conversations [1] 13/2
convicted [3] 6/19 7/14 7/22
conviction [1] 5/24
copy [2] 16/23 17/1
correct [5] 6/7 10/17 10/23 10/23 18/3
could [6] 7/6 7/7 12/8 14/21 15/1 17/7
counsel [4] 5/6 13/18 17/4 17/5
count [8] 5/22 5/25 6/11 6/24 10/5 10/8 10/10 10/21
Counts [1] 7/23
County [2] 11/14 12/2
court [27]
Court's [3] 4/6 11/11 14/3
courtroom [3] 7/25 10/1 16/21
CR [2] 1/4 3/13
criminal [2] 11/9 11/16
CRR [3] 1/20 18/2 18/11
CSR [5] 1/20 18/2 18/11 18/11 18/15
custody [2] 4/8 17/19

## D

deadline [3]   14/8 15/6 17/16
deal [1]   11/1
dealt [2]   10/25 17/8
debbie.saenz [1]   1/22 18/19
DEBRA [4]   1/20 18/2 18/10 18/11
decide [1]   14/19
defect [1]   10/24
defective [1]   14/16
defend [1]   4/12
defendant [4]   1/8 1/17 6/5 12/16
defendant's [2]   3/19 17/19
defendants [1]   9/15
defense [1]   13/18
definitely [1]   13/6
degree [2]   11/13 12/1
denied [1]   4/12
DEPARTMENT [1]   1/14
despite [1]   12/9
determination [2]   9/25 16/14
determined [1]   16/25
developed [1]   6/17
Devine [2]   11/13 12/2
did [2]   11/19 17/20
discussing [1]   13/9
discussion [1]   14/24
discussion -- I [1]   14/24
discussions [1]   14/24
dismiss [1]   14/15
disruptiveness [1]   17/11
DISTRICT [7]   1/1 1/2 1/11 1/15 3/5 3/5
 18/12
DIVISION [2]   1/3 18/13
do [16]   4/23 4/24 7/4 7/19 8/22 8/24 9/2
 9/6 9/10 11/17 11/19 12/8 14/18 15/1
 15/7 16/25
Doe [1]   12/12
doing [1]   5/1
don't [9]   4/21 5/9 5/15 8/20 9/25 10/24
 13/8 15/7 16/16
down [2]   15/22 15/25
drafted [1]   12/6
due [1]   12/4

## E

E-Mail [2]   1/22 18/19
each [1]   6/11
earlier [1]   5/5
elements [2]   9/1 17/24
End [1]   17/25
entire [2]   15/10 16/19
entitled [5]   7/24 8/3 8/5 8/10 18/4
entitled to [1]   8/10
evaluate [1]   12/20
evaluated [1]   13/13
even [2]   12/16 16/4
ever [2]   11/8 11/16
exact [1]   16/16
exception [4]   13/19 13/25 14/6 15/16
exists [1]   6/5
Expires [1]   18/15
explained [2]   7/10 7/13
explore [1]   17/17
explored [1]   16/11

## F

fact [1]   17/9
failure [1]   12/9
fair [3]   7/25 8/3 8/5
far [5]   5/19 6/17 7/10 7/13 16/14
FCI [1]   1/18
fees [1]   18/5

## file [2]   14/15 15/4

filed [2]   15/1 15/2
filing [1]   14/12
filling [1]   3/15
find [1]   16/17
finding [1]   17/2
fine [5]   6/8 6/11 6/11 6/21 7/16
first [5]   9/25 10/20 13/10 13/15 15/6
for -- I'll [1]   15/4
for the [1]   14/8
foregoing [2]   18/3 18/4
formal [1]   12/6
format [1]   18/5
FORT [9]   1/3 1/5 1/16 1/18 1/19 1/21
 3/5 18/13 18/16
forth [1]   13/22
full [6]   3/21 3/24 4/2 4/5 4/10 4/14
fundamental [2]   11/12 11/25
further [3]   11/6 17/7 18/5

## G

games [2]   4/22 4/25
get [1]   11/6
give [8]   4/5 4/10 4/14 5/13 9/16 14/8
 14/21 17/15
given [2]   12/21 12/25
giving [1]   14/11
go [2]   11/5 16/23
God [1]   3/7
going [7]   4/22 8/8 8/22 11/22 11/23
 12/14 17/12
Good [1]   3/10
government [7]   1/5 1/14 3/18 5/3 13/9
 14/9 14/18
Green [1]   12/12
guard [1]   15/13
guards [1]   15/17
guess [1]   13/14

## H

had [2]   5/4 13/2
handled [1]   13/5
handling [2]   13/3 14/22
has [8]   5/3 10/25 11/24 12/3 12/24
 12/25 16/14 16/25
have [30]
haven't [1]   14/14
having [2]   5/13 7/16
he [6]   12/19 13/13 13/17 14/10 16/17
 17/5
he's [4]   4/10 7/9 7/10 7/13
heading [2]   10/5 10/7
hear [3]   3/4 3/4 3/4
hearing [11]   3/12 5/13 7/25 8/4 8/5
 15/17 16/11 16/13 16/24 17/12 17/13
hearings [1]   14/4
her [1]   13/4
here [4]   3/12 4/13 14/7 15/14
highest [2]   11/13 12/1
him [5]   4/8 13/10 13/14 14/17 17/3
himself [1]   3/20
his [3]   4/10 12/20 13/18
Hold [1]   16/8
Honor [15]   4/24 5/21 6/3 7/24 10/3 10/6
 10/9 10/23 12/18 13/6 13/7 13/23 15/3
 15/9 17/17
HONORABLE [3]   1/11 3/6 3/8
how [2]   10/25 14/18
however [2]   7/1 13/3

## I

I'll [3]   9/22 11/1 15/4
I'm [19]

## I've [2]   15/13 16/11

ill [1]   9/10
ill-advised [1]   9/10
important [1]   6/16
imprisonment [4]   6/6 6/18 6/21 7/15
including [1]   15/11
Index [1]   2/5
Indian [2]   11/14 12/2
indictment [13]   5/4 5/10 5/19 5/22 5/25
 6/4 6/20 6/23 7/14 7/23 10/4 10/25
 14/16
indictment's [1]   17/9
individual [1]   14/4
information [1]   11/6
informed [1]   5/5
innocent [4]   8/11 8/13 8/25 17/23
input [1]   14/11
insinuate [1]   12/23
insinuating [1]   14/10
instead [1]   7/12
instituting [1]   12/25
intend [1]   9/17
interpret [1]   4/4
interrupt [3]   8/18 12/14 13/8
interrupting [1]   8/20
interruption [1]   8/17
interruptions [1]   8/21
invite [1]   9/23
is [29]
is -- are [1]   11/23
isn't [2]   11/10 11/10
issue [5]   5/12 13/15 14/11 16/12 17/8
it [20]
it's [8]   3/13 4/16 4/22 6/16 6/17 7/1
 10/10 16/24

## J

January [1]   18/8
JOHN [2]   1/11 3/6
judge [11]   1/11 3/11 3/18 5/5 6/10 6/24
 9/24 13/2 16/16 16/22 17/2
judicial [5]   9/24 15/10 16/7 16/19 18/6
Juries [1]   9/14
juris [3]   11/12 11/25 12/5
just [4]   4/16 4/22 8/19 14/3
JUSTICE [1]   1/14

## K

kind [3]   11/21 13/1 14/12
know [3]   5/9 10/24 16/16
knowingly [1]   17/4

## L

last [2]   8/16 8/16
lawyers [1]   12/7
legal [3]   4/3 12/9 12/10
less [2]   7/1 12/6
let [8]   3/7 5/15 10/2 11/1 11/6 12/15
 14/8 16/17
let's [3]   3/15 5/1 5/1
LEWIS [2]   1/14 3/17
liberally [1]   14/3
life [6]   6/25 7/3 7/18
lifetime [1]   7/2
like [3]   7/6 15/9 16/23
lines [2]   13/1 14/19
listen [2]   7/8 7/9
listening [2]   6/14 7/12
litigant [2]   12/5 12/8
litigant's [1]   12/11
long [1]   14/18

## M

made [2]   15/22 17/2

## M

magistrate [3] 3/5 16/16 17/2
Mail [1] 1/22 18/19
make [1] 11/1
making [1] 9/24
manner [1] 15/8
matter [1] 18/4
maximum [2] 6/2 6/11
may [6] 1/6 3/2 5/10 8/9 17/14 17/17
maybe [1] 17/7
McBRYDE [2] 1/11 3/6
me [17] 4/5 4/10 4/14 5/15 5/18 9/22
9/22 10/2 11/6 12/15 12/24 13/8 14/8
15/13 16/13 16/17 17/15
meaningful [1] 16/11
mechanical [1] 1/24
mental [1] 16/3
microphone [4] 3/21 4/19 5/16 7/11
mid [2] 14/21 14/22
minimum [2] 6/1 7/2
minute [1] 12/14
mirror [1] 10/19
more [2] 7/7 8/9
motion [5] 1/10 11/1 14/12 14/15 15/4
MR [2] 1/14 1/17
Mr. [9] 4/18 6/14 7/5 7/11 9/22 11/5
11/15 15/21 16/2
Mr. Weast [9] 4/18 6/14 7/5 7/11 9/22
11/5 11/15 15/21 16/2
MS [1] 1/20
Ms. [2] 3/15 3/16
Ms. -- are [1] 3/15
Ms. Saleem [1] 3/16
my [7] 4/1 4/1 4/6 4/12 11/15 11/22
17/20
myself [2] 4/13 9/7

## N

name [8] 3/21 3/24 4/1 4/2 4/5 4/6 4/11
4/15
necessary [1] 9/21
needed [1] 15/5
needs [4] 12/20 15/2 16/10 17/8
never [1] 17/20
new [1] 5/10
next [1] 14/22
no [6] 1/4 7/1 7/6 8/24 9/8 18/11
NORTHERN [4] 1/2 1/15 3/5 18/12
not [16] 4/22 4/24 8/18 8/24 8/25 9/6
9/14 12/23 13/2 13/17 13/25 15/4 16/3
16/12 16/25 17/21
notice [3] 15/10 16/7 16/19
noticed [1] 7/8
now [6] 3/6 5/16 6/4 7/19 8/16 14/16
Number [1] 3/13

## O

object [3] 12/22 14/6 15/8
of -- and [1] 15/9
of -- being [1] 7/18
offenses [3] 6/19 7/15 7/22
office [1] 12/25
Official [1] 18/12
oh [3] 4/20 10/14 15/2
okay [13] 3/12 3/19 4/8 4/18 4/20 5/1
6/16 7/4 7/8 8/7 9/5 11/5 16/2
once [1] 14/23
one [4] 5/12 8/9 10/12 16/8
only [2] 3/17 16/8
opinion [2] 4/6 11/11
opportunity [1] 5/14
other [2] 5/6 13/4

## P

over [3] 14/7 15/14 16/25
own [1] 5/6
p.m [2] 1/8 3/2
P.O [1] 1/19
PAGE [1] 2/2
pardon [5] 9/22 9/22 10/15 12/24 13/8
particularly [1] 9/10
parts [1] 13/5
pay [1] 7/16
penalties [1] 7/19
perfectly [1] 14/1
play [2] 4/21 4/25
pleading [1] 12/11
pleadings [2] 12/6 12/7
Please [1] 9/9
Plenty [1] 11/20
plus [2] 7/16 7/17
podium [2] 3/22 3/23
point [2] 14/2 15/5
poor [1] 12/10
pornography [4] 5/23 5/23 6/1 6/25
possession [2] 5/22 5/23
potential [2] 5/20 6/20
potentially [1] 6/5
pray [1] 3/7
preferred [1] 5/6
prescribed [1] 18/6
presiding [1] 3/6
presumed [4] 8/11 8/13 8/25 17/23
prevail [1] 12/8
prison [2] 6/2 6/2
pro [4] 1/18 11/11 11/25 12/4
probability [1] 13/11
problem [2] 10/21 11/3
proceed [3] 11/11 11/25 17/5
proceeding [3] 2/2 5/5 13/1
proceedings [1] 1/24 2/3 17/25 18/4
process [1] 12/4
produced [1] 1/25
proper [1] 12/9
proposed [1] 10/20
prosecutor's [1] 14/7
protected [1] 16/22
protecting [1] 15/12
protection [2] 11/13 12/1
provides [1] 12/4
punishment [1] 5/19

## Q

question [14] 5/15 8/9 9/18 9/19 10/2
11/15 11/18 11/23 12/15 12/15 16/2
17/14 17/18 17/20
questioning [1] 13/22
questions [3] 7/7 9/13 10/1
quit [1] 5/1

## R

raising [1] 16/2
read [1] 12/7
reading [2] 7/9 7/12
ready [1] 4/10
reason [1] 5/3
reasonably [1] 12/7
reasons [1] 5/3
receipt [2] 6/1 6/24
receptive [1] 9/14
recess [1] 17/13
recess -- we'll [1] 17/13
reconsider [2] 5/11 5/14
record [3] 3/22 3/25 18/3
release [2] 6/22 7/1

## Remanded

remanded [1] 17/19
reported [1] 1/24
REPORTER [2] 1/20 18/12
Reporter's [2] 2/4 18/1
represent [11] 5/7 5/12 9/2 9/6 9/9 9/17
11/7 16/6 16/12 16/15 17/6
represented [3] 11/8 11/16 12/16
representing [1] 3/19
request [1] 16/23
requirements [1] 12/11
rest [1] 7/18
returned [2] 5/4 17/9
right [13] 4/12 9/6 9/8 9/9 9/25 11/11
11/12 11/24 11/25 14/16 15/18 16/25
17/4
rights [4] 12/4 15/11 16/20 16/20
rise [2] 3/3 17/22
River [2] 11/14 12/2
RMR [3] 1/20 18/2 18/11
ROBERT [5] 1/7 1/17 3/14 4/9 4/17
Room [2] 1/21 18/16
ruled [1] 16/16

## S

SAENZ [4] 1/20 18/2 18/10 18/11
said [1] 6/14
Saleem [1] 3/16
same [1] 10/21
say [1] 15/2
saying [1] 10/14
says [1] 10/10
School [2] 11/14 12/2
se [4] 1/18 11/11 11/25 12/5
seated [3] 3/9 5/14 14/17
second [1] 10/12
Sections [1] 10/11
see [4] 3/15 7/11 10/14 17/8
sense [1] 16/15
sentence [3] 5/24 6/5 12/10
serious [1] 9/16
serve [1] 5/6
service [1] 7/17
session [1] 3/6
set [1] 15/6
share [1] 14/2
should [4] 10/17 10/19 12/8 14/19
shouldn't [1] 10/12
Signed [1] 18/8
simplest [1] 14/3
simply [2] 8/1 9/12
sir [22]
sit [2] 15/22 15/25
so [14] 6/4 6/11 6/16 7/1 7/7 7/9 7/10
7/11 7/13 12/8 14/4 15/3 16/14 17/12
some [15] 5/10 6/8 7/7 9/12 9/16 11/6
12/15 12/19 12/25 13/1 14/11 14/12
14/19 14/23 14/24
something [4] 7/9 13/9 16/10 17/15
soon [1] 16/24
sorry [1] 4/20
speaking [1] 13/4
Spencer [1] 12/12
stand [2] 15/20 15/23
standards [1] 12/6
standing [1] 15/13
state [4] 3/21 3/24 11/20 12/7
stated [4] 11/13 11/24 12/2 12/4
STATES [11] 1/1 1/4 1/11 1/14 3/4 3/7
3/13 10/11 15/11 16/20 18/7
statute [1] 10/20
statutory [2] 11/12 11/25
stay [1] 4/19
stenography [1] 1/24

## S

step [1]  13/10
Street [3]  1/15 1/21 18/16
stringent [1]  12/6
subject [5]  6/5 6/18 7/15 7/16 7/17
subjecting [3]  6/17 6/20 7/20
subjecting -- you'll [1]  6/17
SUBSTITUTE [1]  1/10
such [2]  16/13 17/12
suggest [1]  9/15
sui [3]  11/11 11/25 12/5
Suite [1]  1/15
superseding [12]  5/4 5/19 5/22 5/25 6/19 6/23 7/10 7/14 7/23 10/4 10/25 17/9
supervised [3]  6/22 6/25 7/18
supervision [1]  7/2
supposed [5]  15/12 15/18 15/20 16/21 16/22
Supreme [4]  11/11 11/23 11/24 12/3
sure [1]  5/9
syntax [1]  12/10

## T

take [12]  4/8 11/3 13/6 13/19 13/24 14/4 14/6 14/18 15/9 15/16 16/8 16/18
taken [2]  13/10 14/19
talk [2]  9/23 9/23
talking [2]  7/9 14/20
Telephone [3]  1/16 1/22 18/18
Tell [1]  5/18
telling [1]  15/23
term [7]  6/18 6/21 6/22 6/25 7/1 7/2 7/15
TEXAS [10]  1/2 1/5 1/15 1/16 1/19 1/21 3/5 18/11 18/12 18/16
than [2]  7/1 12/6
Thank [1]  11/4
that [51]
that's [8]  5/12 8/16 8/16 9/13 10/24 14/25 16/10 16/15
then [2]  6/13 10/7
theories [1]  12/10
there [6]  5/10 6/8 6/13 6/22 6/24 17/8
therefore [2]  14/23 17/5
these [2]  8/11 8/13
they [2]  11/21 12/1
things [1]  7/4
think [5]  6/11 9/9 14/18 15/1 16/10
this [30]
those [8]  7/4 7/14 7/19 9/1 13/1 14/24 16/17 18/6
thought [3]  9/16 12/25 17/7
threatened [2]  15/13 15/17
Thursday [2]  15/7 17/16
time [4]  8/8 14/2 15/6 16/9
times [1]  11/20
to insinuate [1]  12/23
today [1]  3/17
told [2]  4/16 15/25
tone [3]  13/21 13/21 14/7
total [2]  6/12 7/17
transcript [6]  1/10 1/24 16/24 17/1 18/3 18/5
tried [1]  16/11
true [1]  18/3
trying [3]  8/18 8/19 9/12
two [2]  5/15 13/24

## U

under [5]  6/4 7/10 7/13 10/5 10/7
understand [8]  7/4 7/7 7/19 8/1 8/19
8/23 8/24 10/16
understanding [1]  8/25
understands [1]  13/14
unfamiliarity [1]  12/11
UNITED [11]  1/1 1/4 1/11 1/14 3/4 3/7 3/13 10/11 15/10 16/19 18/7
until [2]  4/10 14/21
up [3]  3/22 4/19 5/16 6/2 6/25 7/2 7/11 15/20 15/23
upholding [1]  15/12
us [1]  3/7
used [1]  16/17

## V

valid [1]  12/8
versus [4]  1/6 3/13 11/14 12/2
very [3]  6/16 9/10 9/14
violation [1]  10/10
VOLUME [1]  1/10
voluntarily [1]  17/4

## W

waived [1]  17/4
want [6]  5/11 8/17 8/20 9/2 9/23 14/15
was [9]  6/10 10/20 11/13 11/15 12/12 15/22 17/3 17/8 17/23
way [1]  14/22
we [9]  11/5 13/5 14/23 15/4 15/6 15/7 17/7 17/11 17/21
we'll [3]  11/3 14/4 17/13
we're [5]  3/12 5/13 8/8 14/20 17/12
WEAST [15]  1/7 1/17 3/14 4/1 4/9 4/17 4/18 6/14 7/5 7/11 9/22 11/5 11/15 15/21 16/2
Wednesday [1]  15/2
week [1]  14/22
well [7]  4/3 4/22 5/1 13/4 13/5 14/8 15/7
were [4]  7/14 11/21 15/25 17/21
weren't [1]  15/24
what [8]  5/18 6/14 8/25 10/14 10/16 11/21 12/23 16/15
what -- because [1]  8/25
What's [2]  4/2 14/10
whatever [2]  11/1 15/2
when [6]  9/23 11/19 15/20 15/23 15/24 17/2
where [1]  13/10
whether [9]  5/12 10/24 12/19 13/13 13/17 14/19 16/3 16/12 17/21
which [4]  5/25 6/1 12/8 15/11
while [2]  13/8 15/17
who [1]  9/15
why [2]  5/15 15/7
will [8]  4/18 4/21 5/12 12/22 13/3 13/5 14/22 15/6
willing [1]  4/14
wish [2]  4/25 5/14
with -- with [1]  6/23
without [1]  17/5
won't [1]  16/13
wondering [1]  10/12
Word [1]  2/5
words [2]  5/6 16/17
work [1]  4/22
WORTH [9]  1/3 1/5 1/16 1/18 1/19 1/21 3/6 18/13 18/16
would [19]

## Y

yahoo.com [2]  1/22 18/19
ye [3]  3/4 3/4 3/4
Yeah [2]  15/15 15/19
years [8]  5/24 6/2 6/2 6/6 6/18 7/1 7/2
7/16
Yes [22]
you [70]
you -- I [1]  16/16
you'll [2]  4/19 6/17
you're [14]  6/17 6/18 6/20 7/8 7/12 7/22 8/5 8/10 8/13 12/23 15/20 15/20 15/23 16/12
your [29]
yourself [14]  5/7 5/12 6/20 7/20 9/3 9/9 9/17 11/7 11/8 11/16 16/6 16/13 16/15 17/6

## Z

zero [1]  5/24