1                  IN THE UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF TEXAS

3                        FORT WORTH DIVISION

4   UNITED STATES OF AMERICA,      ) CASE NO. 4:14-CR-023-A
                                    )
5            Government,            )
                                    ) FORT WORTH, TEXAS
6   VERSUS                         )
                                    ) JULY 8, 2014
7   CHRISTOPHER ROBERT WEAST,       )
                                    )
8            Defendant.             ) 10:31 A.M.

9

10                      VOLUME 4 OF 16
          TRANSCRIPT OF COMPETENCY HEARING AND ARRAIGNMENT
11             BEFORE THE HONORABLE JOHN McBRYDE
               UNITED STATES DISTRICT COURT JUDGE

12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MS. AISHA SALEEM
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
17
     FOR THE DEFENDANT:      MR. CHRISTOPHER ROBERT WEAST
18                           #47797-177
                             BOP Fort Worth FCI
19                           P.O. Box 15330
                             Fort Worth, Texas  76119
20
                             MS. ANGELA SAAD
21                           MR. PETER FLEURY
                             ASSISTANT FEDERAL PUBLIC DEFENDER
22                           NORTHERN DISTRICT OF TEXAS
                             819 Taylor Street, Room 9A10
23                           Fort Worth, Texas  76102
                             Telephone:  817.978.2753
24

25

```
1    COURT REPORTER:          MS. DEBRA G. SAENZ, CSR, RMR, CRR
                              501 W. 10th Street, Room 424
2                             Fort Worth, Texas  76102
                              Telephone:  817.850.6661
3                             E-Mail: debbie.saenz@yahoo.com

4

5    Proceedings reported by mechanical stenography, transcript

6    produced by computer.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

PROCEEDING                                              PAGE

Proceedings........................................  04

Competency Hearing Commences.......................  14

TESTIMONY OF RANDALL RATTAN

  Direct Examination by Ms. Saleem................  17

  Cross-Examination by Mr. Weast.................  25

Closing Statement by Ms. Saleem...................  27

Closing Statement by Ms. Saad....................  27

Court's Ruling....................................  28

Arraignment on Third Superseding Indictment......  28

Court enters not guilty plea for defendant.......  36

Court appoints counsel...........................  39

Reporter's Certificate...........................  41

Word Index.......................................  42

**GOVERNMENT'S EXHIBIT INDEX**

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|-----|-------------|---------|----------|
| 1 | Rattan Report | 20 | 20 |

1                          **P R O C E E D I N G S**

2                      July 8, 2014 – 10:31 a.m.

3              *COURT SECURITY OFFICER:*  All rise.

4              *THE DEFENDANT:*  I do not consent.

5              *COURT SECURITY OFFICER:*  Hear ye, hear ye, hear ye,

6      the United States District Court --

7              *THE DEFENDANT:*  I don't consent, sir.

8              *COURT SECURITY OFFICER:*  -- for the Northern

9      District of Texas at Fort Worth is now in session, the

10     Honorable John McBryde presiding.

11             Let us pray.  God bless the United States and this

12     Honorable Court.  Amen.

13             Please be seated.

14             *THE COURT:*  Good morning.

15             *MS. SALEEM:*  Good morning.

16             *THE DEFENDANT:*  Sir, the first thing I'm going to

17     ask you is if you can tell your goons over here to get off my

18     case, quit threatening me, and quit trying to force me into

19     doing things that I don't consent to.  That would be the first

20     thing that I would like to put on the record here today, is

21     that these guys -- this guy just physically put his hands on

22     me.  He has no right to do so.  I do not consent to anything

23     this court is doing.

24             And the second thing I'd like to point out, sir, is

25     that I have come to a conclusion.  I have come to a conclusion

1    that this Court is operating a cestui que vie trust in which

2    this Court has tried to attempt to illegally turn this into

3    something it's not.

4          Are we on the record?  Are we -- are we -- good.

5          *THE COURT:*  Okay.  We're --

6          *THE DEFENDANT:*  Because you, sir, are the trustee.

7          You, ma'am, have been trying to act like you're the

8    fiduciary, and I'd like to turn this in to the court right

9    now.  I'm the beneficiary here, and I waive all benefits to

10   this trust.

11         I'd like to hand this to the Court, if we could, and

12   turn this in because I do not consent.  I waive all benefits

13   and privileges to this.  I don't want it, and I waive -- I am

14   dissolving all the franchises.

15         This Court has no -- no jurisdiction to be hearing

16   this today.  This Court has tried to do everything in its

17   power.  I have my witnesses out here as to what this Court is

18   trying to do, and I'm going to -- I'm going to get up and

19   leave, unless this Court shows me somewhere, some way that

20   this Court has jurisdiction, because this corporation has no

21   more jurisdiction than the consent you give it.  There's your

22   defendant right there.

23         (Mr. Weast beginning to stand)

24         *THE DEFENDANT:*  Tell your goon to get his hand off

25   of me, sir.

1                 *THE COURT:*  If you would, please be quiet.

2                 We're here for a hearing today in Case Number

3     4:14-CR-023-A.  It's United States of America versus --

4                 *THE DEFENDANT:*  I'd like to put this on the record,

5     that I'm being forced by this guy here.

6                 What's your name, sir?  What's your name?

7                 *THE COURT:*  Mr. Weast, if you would, please --

8                 *THE DEFENDANT:*  No, I won't, sir.  I don't consent

9     to anything that you're doing, sir, and this court is nothing

10    more than a corporation trying to act -- the United States

11    here in this case is nothing more than a corporation trying to

12    act in the place of an actual human being.

13                I am the actual human being in this courtroom, sir.

14    I am not this all capital -- my name is C -- capital C, lower

15    h, lower r, lower i, lower s, not this all-cap name.

16                *THE COURT:*  Okay.  Mr. Weast, if you would --

17                *THE DEFENDANT:*  No, sir, I do -- I do not consent to

18    anything that you have to say, sir.  Nothing that you have to

19    say.  I do not consent to it.

20                *THE COURT:*  Okay.  We're here for a hearing --

21                *THE DEFENDANT:*  No, we're not, sir.  You are here

22    for a hearing that I am being forced to be here for.  I just

23    got drug from up there -- down there at the -- at this cell

24    down here.  Everything in this entire matter has been

25    forceful.  I have not once been here on my own accord, not

1    once.

2        THE COURT:  Okay.  Mr. Weast, do you have anything

3    else you wish to say before I proceed?

4        THE DEFENDANT:  We are not -- there's no need to be

5    proceeding here, sir.  You have no jurisdiction to proceed.

6    And until you prove that you have some jurisdiction to

7    proceed, we're not proceeding, sir, because I do not consent

8    to you proceeding to do anything.

9        THE COURT:  Is it your plan to continue to interrupt

10   so we cannot proceed?

11       THE DEFENDANT:  Sir, like I said, I'd like to

12   present this document to the Court.  You can have your

13   document.  This is the document that the Court is actually

14   proceeding against is this bond.

15       THE COURT:  Okay.  Mr. Weast, I would appreciate it

16   if you would --

17       THE DEFENDANT:  I am not consenting to anything that

18   this Court does, sir.  You do not have jurisdiction to be

19   doing anything until this Court proves it has jurisdiction to

20   do anything.  This court is a court of limited jurisdiction,

21   if any jurisdiction at all, which is operating in admiralty

22   jurisdiction.  This court is operating under an Article IV at

23   best, and I am part of, we, the people, and I do not consent

24   to anything this court is trying to do today.

25       THE COURT:  Does the marshal service have a means of

1  gagging a defendant?

2          THE DEFENDANT:  What, you think that because you gag

3  me and force me to do -- into all this stuff that you're

4  trying to do, that that somehow is going to give you

5  jurisdiction over me, sir?

6          THE COURT:  Does the marshal service have a means of

7  gagging him, so we can proceed?

8          MR. THOMPSON:  Your Honor, I'll have -- I'd have to

9  have a discussion.  I'd ask that I might be able to speak with

10  you about that and perhaps recess for 10 minutes.

11          THE COURT:  Yes, why don't we recess for a few

12  minutes.

13          Y'all can take the defendant back down.  We'll

14  recess for 10 minutes.

15          COURT SECURITY OFFICER:  All rise.

16          THE DEFENDANT:  This needs to be in the court

17  record.

18          (Recess)

19          (Defendant not present)

20          COURT SECURITY OFFICER:  All rise.

21          (Judge enters)

22          COURT SECURITY OFFICER:  Please be seated.

23          THE COURT:  We're extending our recess for another

24  15 minutes, approximately.  We're going to see if we can

25  develop a plan for the defendant to be able to communicate

1    with the courtroom from the cell block.

2            And if -- I have your Motion to Withdraw, Ms. Saad,

3    and we're just going to have to leave that in abeyance until

4    we see where we're going.

5            MS. SAAD:  Yes, Your Honor.

6            THE COURT:  For the time being, you're continuing to

7    represent him in the matters pertaining to the mental

8    competency.

9            MS. SAAD:  Yes, Your Honor.

10           THE COURT:  And if you -- he -- our plan is for the

11   defendant to hear what's going on in the courtroom in the cell

12   block and to -- if the Court wishes, to allow him then to

13   communicate with the courtroom over a speaker we'll have in

14   the courtroom.  You can either be in the cell block to assist

15   him in that way or continue to be in the courtroom in case

16   there is something that would require some cross-examination.

17           Frankly, I don't know what the government plans to

18   present on the motion, so I'll leave that up to you as to

19   whether you want to try to do what you would need to do as the

20   court-appointed attorney by being with him outside the cell

21   block, but across the bar, so to speak, or up here.  I'll

22   leave that up to you to decide which would be the best way to

23   handle that.

24           MS. SAAD:  Yes, Your Honor.  And I guess with this

25   new information, I guess during this recess, if I could have

1    the opportunity to just consult with counsel, additional

2    cocounsel to just confirm how we want to proceed.

3              THE COURT:  And who is the additional co-counsel?

4              MS. SAAD:  Well, Chris Curtis has been assisting me

5    with this case, but he's not in the office this week, but I

6    just wanted to --

7              THE COURT:  Oh, you want -- you want an opportunity

8    during the recess to get on the phone and call somebody?

9              MS. SAAD:  Yes, Your Honor.  Yes, Your Honor.

10             THE COURT:  Oh, you have that opportunity.

11             MS. SAAD:  Thank you, Your Honor.

12             THE COURT:  Okay.  And we'll take a -- it will be

13   about a 15-minute recess until the marshal service has an

14   opportunity to set up what needs to be set up.

15             MS. SAAD:  Thank you, Your Honor.

16             THE COURT:  Okay.

17             COURT SECURITY OFFICER:  All rise.

18             (Recess)

19             (Defendant and Ms. Saad present via speaker from

20             cell block)

21             COURT SECURITY OFFICER:  All rise.

22             (Judge enters)

23             COURT SECURITY OFFICER:  Please be seated.

24             THE COURT:  Okay.  We're back on Number

25   4:14-CR-023-A.  I don't believe I've ever been able to put of

1  record the cause number before.

2          We're going to take a further recess until 2:00

3  because we're going to have to set up a system where the

4  defendant can communicate with us from the cell block, and

5  where he can hear us in the cell block, and we don't have the

6  facilities now to do it, but we think by 2:00 we can gain

7  those facilities.

8          If -- Mr. Thompson from the marshal's office is

9  here.  If you could make known to the defendant what our plans

10 are, and tell him that if he can assure us that he will not be

11 disruptive, he can come back into the courtroom.

12         But if he continues to plan his -- continues to be

13 disruptive, then we won't permit him to come back to the

14 courtroom.

15         Can you convey that to him?

16         *MR. THOMPSON:*  Yes, Your Honor, I will.

17         *THE COURT:*  And if he expresses a willingness to

18 cooperate and come back into the courtroom at 2:00, you can

19 bring him back to the courtroom.

20         *MR. THOMPSON:*  Yes, Your Honor.

21         *THE COURT:*  But we'll still be set up in case we

22 have to communicate the way we were talking about earlier.

23         *MR. THOMPSON:*  Yes, Your Honor.

24         *THE COURT:*  Okay.  Where is Ms. Saad?  Did she

25 abandon us?

1          *MS. SAAD:*  Your Honor, I'm here with the defendant

2     in the cell block.

3          *THE DEFENDANT:*  You're not.  You're not my -- you're

4     not my attorney.

5          *THE COURT:*  Oh, okay.  I didn't know we had this set

6     up, so I apologize for not taking that into account, Ms. Saad.

7     I'm sure the defendant just heard what I said.

8          *MR. THOMPSON:*  Yes, Your Honor.

9          *THE DEFENDANT:*  She's not my attorney.

10         *MS. SAAD:*  Yes, Your Honor, we do have it set up,

11    and everything that was just said was said in front of the

12    defendant and myself.

13         *THE DEFENDANT:*  I --

14         *THE COURT:*  Okay.  This is directed to Mr. Weast

15    then.

16         Mr. Weast, we're going to have a better telephone

17    setup at 2:00 so we can communicate the way we're

18    communicating now, but with better equipment at 2:00.

19         I think you've already heard what I told

20    Mr. Thompson, and that is, that if you'll assure the Court

21    that you will not disrupt the proceedings, we'll allow you to

22    come back to the courtroom at 2:00.  Otherwise, we're going to

23    continue to conduct the proceedings the way we are now, but

24    with better equipment, resuming at 2:00.

25         Do you wish to commit that you will conduct yourself

1   properly, if you come back into the courtroom?  You can

2   respond to that.

3           THE DEFENDANT:  As one of the people of the United

4   States, I want this court to recuse the judge because this

5   judge has no jurisdiction, and this attorney standing on the

6   other side of this fence has no authority to be speaking on my

7   behalf.

8           DEPUTY U.S. MARSHAL:  Will you do better at 2:00 or

9   not was the question.  I just want an --

10          THE DEFENDANT:  I'm not answering no questions --

11          DEPUTY U.S. MARSHAL:  Okay.

12          THE DEFENDANT:  -- because this Court has no

13   authority to be --

14          (Phone muted in cell block)

15          THE COURT:  Okay.  So we'll -- apparently he doesn't

16   want to come back to the courtroom with any assurance that

17   he'll conduct himself properly, Mr. Thompson, so we'll resume

18   at 2:00 and will continue to communicate the way we're

19   communicating now, but with better equipment.

20          MR. THOMPSON:  Yes, Your Honor.

21          MS. SAAD:  Yes, Your Honor.

22          COURT SECURITY OFFICER:  All rise.

23          (Recess)

24          (Resuming at 2:05 p.m., as follows:)

25          (Defendant present via video conference)

```
1              (Defense counsel present in courtroom)

2              COURT SECURITY OFFICER:  All rise.

3              (Judge enters)

4              COURT SECURITY OFFICER:  Please be seated.

5              THE COURT:  Okay.  We're back on Number

6    4:14-CR-023-A.  I don't believe I was ever able to get out

7    this morning what the style was.  It's United States of

8    America versus Christopher -- Christopher Robert Weast.

9              And Ms. Saleem's here for the government.

10             MS. SALEEM:  Yes, Your Honor.

11             THE COURT:  And who is this with you, Ms. Saleem?

12             MS. SALEEM:  Your Honor, this is the case agent,

13   Special Agent Womble.

14             THE COURT:  Okay.  And then are you going to be in

15   here or with the defendant?

16             MS. SAAD:  Your Honor, I'll be here during the

17   hearing.

18             THE COURT:  Pardon?

19             MS. SAAD:  I will be here during the hearing.

20             THE COURT:  Okay.  Very good.  Ms. Saad is here for

21   the defendant, just in connection with this hearing.

22             As is obvious, we've moved from the fourth floor

23   courtroom, my usual courtroom, to the second floor courtroom

24   because of it being better suited for the kind of

25   communication we're having to have with the defendant out of
```

1    the courtroom.

2            The purpose of the hearing was to consider a motion

3    filed by the government sometime back for a hearing to

4    determine the mental -- defendant's mental competency, and

5    that's the reason we're here today, the main reason.  There

6    are other matters we can deal with while we're here.

7            Is the -- I think we still have the communication

8    set up where the defendant is hearing what's going on in the

9    courtroom; is that correct?

10           MR. THOMPSON:  Yes, Your Honor.

11           THE COURT:  And he's in the holding cell just on the

12   other side of the wall there?

13           MR. THOMPSON:  No, Your Honor, he's in the --

14           THE DEFENDANT:  No, I'm in a room back here.

15           (Audio muted from conference room)

16           THE COURT:  I'm sorry, what was that?

17           MR. THOMPSON:  That was the defendant, Your Honor.

18   They currently have it muted by the defendant in the third

19   floor in a conference room.

20           THE COURT:  Okay.  I can see him on a monitor here.

21   Oh, I have two monitors.

22           And where is he located?

23           MR. THOMPSON:  Your Honor, he's located in the

24   conference room on the third floor of the courthouse.

25           THE COURT:  Okay.  This is directed to the

1    defendant.

2          Mr. Weast, I would much prefer that you be in the

3    courtroom attending the hearing.  And if I had some assurance

4    from you that I felt that I could rely on that you would

5    conduct yourself appropriately, I would have you come into the

6    courtroom.

7          Do you wish to give me any kind of assurance that

8    you would conduct yourself appropriately if I were to allow

9    you to come into the courtroom?

10         THE DEFENDANT:  Yeah, I have a question for you,

11   sir.  Why are you practicing law from the bench, telling the

12   USA about the competency hearing, and why is there an attorney

13   in there who I did not hire, who I do not have a contract

14   with, and is in there supposedly representing some piece of

15   property that is not me?

16         THE COURT:  If I were to allow you to come into the

17   courtroom, Mr. Weast, would you be cooperative and not

18   interrupt the proceedings and respond as appropriately when

19   the Court makes an inquiry of you?

20         THE DEFENDANT:  Would you please answer my question,

21   sir?

22         THE COURT:  Okay.  I take it that you're not willing

23   to do that.  If there's any change in your attitude --

24         THE DEFENDANT:  I'm assuming that you're not going

25   to answer my question.

```
1              THE COURT:  Okay.  Okay.  We can proceed then.

2              Ms. Saleem, do you wish to offer any evidence in

3    support of the government's motion?

4              MS. SALEEM:  Yes, Your Honor.

5              THE COURT:  Okay.  You may proceed.

6              MS. SALEEM:  Your Honor, the government would call

7    Randall Rattan.

8              THE COURT:  Okay.  Raise your right hand to be

9    sworn.

10             Do you solemnly swear that all the testimony you

11   give in this case will be the truth, the whole truth, and

12   nothing but the truth, so help you God?

13             THE WITNESS:  Yes, sir.

14             THE COURT:  Okay.  Come up and be seated.

15             For the record, does the defendant have the ability

16   to see what's going on in the courtroom?

17             MR. THOMPSON:  Yes, Your Honor.

18             THE COURT:  Okay.  Okay.  You may proceed.

19                          RANDALL RATTAN,

20   having been first duly sworn, testified as follows:

21                        DIRECT EXAMINATION

22   BY MS. SALEEM:

23   Q.      Can you go ahead and please state your name for the

24   record, and what do you do for a living?

25   A.      My name is Randall Rattan.  I'm a forensic
```

1    psychologist at the Federal Correctional Institution in Fort

2    Worth, Texas.

3    Q.      Specifically, were you asked to conduct an evaluation

4    of Christopher Robert Weast to determine whether or not he's

5    competent?

6    A.      I was.

7    Q.      And did you have an opportunity to see Mr. Weast in

8    the courtroom this morning?

9    A.      Yes.

10   Q.      And was that the same individual that you conducted

11   your competency evaluation of?

12   A.      It was.

13   Q.      Now, with respect to -- first, just very briefly, do

14   you have special qualifications that enable you to conduct

15   such examinations?

16   A.      I do.

17   Q.      What are they?

18   A.      I have a bachelor's degree in English from Texas Tech

19   University, I have a Ph.D. in Clinical Psychology from the

20   University of North Texas, and I'm board certified in forensic

21   psychology by the American Board of Forensic Psychology.

22   Q.      And how long have you been conducting forensic

23   examinations?

24   A.      Approximately 12 years.

25   Q.      Now, with respect to Mr. Weast, were you able to

1   interview him?

2   A.      I spoke to Mr. Weast, and he said that he explicitly

3   gave his nonconsent to be interviewed.

4   Q.      Were you still able to conduct an examination, or at

5   least arrive at an opinion, with respect to whether or not

6   Mr. Weast is competent to stand trial?

7   A.      Yes.

8   Q.      And specifically, did you prepare a report in

9   connection with that -- with -- I guess with your evaluation?

10  A.      Yes.  We have technically prepared a preliminary

11  report based on the -- the warden's final signature has yet to

12  be rendered, but in the interest of being expedient, we have

13  provided that to the Court.

14  Q.      Now, even though Mr. Weast did not specifically agree

15  to provide his consent with respect to further interviews, how

16  are you able to make an evaluation as to competency in that

17  kind of a circumstance?

18  A.      We've observed him for sometime at the FCI.  He's

19  been with us since March.  And we've had an opportunity to

20  speak to others who have had contact with him, both inside the

21  institution and also in the community, and we've had the

22  opportunity to read some of his filings and writings, and

23  we've had the opportunity to listen to phone calls that have

24  been recorded in the standard course of our security measures

25  at the FCI.

1   Q.      And based on, I guess, your complete evaluation of

2   the case, to the extent that you could do that, did you arrive

3   at a conclusion as to whether the defendant is suffering from

4   a mental disease or defect rendering him mentally incompetent

5   to the extent that he is unable to understand the nature and

6   consequences of the proceedings against him or to assist

7   properly in his defense?

8   A.      Yes, we did.

9   Q.      And what was that conclusion?

10  A.      That there was insufficient information to support a

11  clinical inference that he has a severe psychiatric disorder,

12  a severe mental disease or defect.  And basically, without

13  that showing, there's no predicate to say that he's not

14  competent.

15  Q.      So then, ultimately, is your conclusion that he is

16  competent to stand trial?

17  A.      The information suggests that he is.

18  Q.      Now, that report that you were able to prepare, that

19  preliminary report, is that Government's Exhibit 1?

20  A.      Yes, it is.

21          MS. SALEEM:  And at this time the government moves

22  to admit into evidence Government's Exhibit 1.

23          THE COURT:  Okay.  It's received.

24  Q   (BY MS. SALEEM)  Finally, Dr. Rattan, with respect -- you

25  also had an opportunity to observe Mr. Weast engage in certain

outbursts this morning at the initial part of the hearing at

10:30.  Did Mr. Weast's behavior, did that change your

decision or opinion with respect to Mr. Weast's competence?

A.      No, it did not.

Q.      And can you explain why that -- why it did not

change?

A.      Mr. Weast's focus on the illegitimacy, the

insufficiency of the Federal Government as to jurisdiction,

and to identification, and just the tactic of not playing by

the rules, are kind of standard tactics, if you will, of the

loosely rubricked group called sovereign citizens.  It's not

uncommon at all.  As a matter of fact, it tended to support

the position that he -- his anti-government leanings and

views.

Q.      So, in other words --

        THE COURT:  Let me ask a question.  Is that a cult,

or what is that you're calling sovereign citizens?  What --

what is that?

        THE WITNESS:  That is a complex question, Your

Honor.  Probably not a cult in the sense that it's not a set

of religious views that are the core features of it.  The core

features being the insufficiency of governments to sanction

individuals.  It's a group of individuals who we would say

have overvalued ideas that are just, almost by definition,

deviant, that most don't hold, and in this case, regarding the

1    insufficiency of the federal government to govern.

2              And there's a -- good literature on these folks and

3    their tactics, and he appears to be a member of that very

4    loosely-banded community.  These are not bizarre or unusual

5    beliefs or practices for that subset of individuals.

6              THE COURT:  Did you discuss that with the defendant

7    when you -- did he interview you (sic) at all?

8              THE WITNESS:  He did not, Your Honor.  He did not

9    want to speak.  He didn't want to be in the room with me.

10             THE COURT:  Well, did -- you didn't have an

11   opportunity then to discuss those matters with him?

12             THE WITNESS:  I did not.

13             THE COURT:  Okay.  Go ahead.

14   Q    (BY MS. SALEEM)  Did you -- did you observe any paranoid

15   behavior by the defendant?

16   A.       Well, he certainly has a mistrust of the government,

17   to say the least.  But we really observed him engaging in

18   normal behaviors until he became a study, a study case, per

19   the order.  He gets along reasonably well in our jail unit

20   community.

21             He socializes appropriately with a couple of select

22   individuals, who he has a relationship with.  He is not a

23   behavioral problem.  So when I saw his behavior in the

24   courtroom today, I was -- I wouldn't say mildly surprised, but

25   that's certainly not characteristic of his day-to-day behavior

1   at our institution.

2   Q.      Okay.  So even if he exhibits some paranoid behavior,

3   it is not reflective of a mental disease or defect that you

4   could identify?

5   A.      You know, like the report hopefully elucidates, he

6   has some personality pathology and it probably -- I mean, it

7   could rise to the level of something that's diagnoseable, but

8   it's not what's called a clinical condition or disorder that

9   we would call, for the purpose of the statute, a severe mental

10  disease or defect, personality or traits that are deeply

11  engrained.  They are just kind of our normal ways of

12  interacting with the world, and he certainly has some of those

13  paranoid features is what we would say.

14          Paranoia is a symptom that is throughout our

15  diagnostic books.  In multiple different disorders, you can

16  find paranoia, all the way from psychotic disorders to

17  personality features, which I'm listing those under for the

18  purpose of the report.

19  Q.      And again, from listening to phone calls, and in

20  talking to other individuals who had access to Mr. Weast, you

21  have -- you have seen nothing that indicates that Mr. Weast is

22  unable to understand what is going on in the courtroom, and he

23  has the ability, if he chooses, to prepare a defense on his

24  behalf?

25  A.      Yes.

1              *MS. SALEEM:*  I'll pass the witness, Your Honor.

2              *THE COURT:*  Do you have any indication that he's

3    able to control his conduct in the courtroom?

4              *THE WITNESS:*  He has certainly controlled his

5    conduct reasonably well throughout the three to four months

6    that we've had him.

7              *THE COURT:*  No, I'm talking about in the courtroom.

8              *THE WITNESS:*  Based on this morning's behavior, I

9    don't believe so.  I think he's -- it's both a tactic, and

10   it's also, I think a function of the passion with which he

11   wishes to avoid a negative outcome here today.

12             *THE COURT:*  In other words, you think he's doing it

13   on purpose to obstruct the trial?

14             *THE WITNESS:*  I do.

15             *THE COURT:*  Okay.  Do you have any questions you

16   want to ask him?

17             *MS. SAAD:*  No, Your Honor.

18             *THE COURT:*  Okay.  This is directed to Mr. Weast.

19             Mr. Weast, do you have any questions you wish to

20   pose to this witness?  Apparently, he's not -- Mr. Weast, can

21   you hear what I'm saying?

22             *THE DEFENDANT:*  -- answer you, sir, but they have

23   got this thing on mute.

24             *THE COURT:*  Do you have any questions you wish to

25   pose to this witness?

1           *THE DEFENDANT:*  Yeah.

2                       **CROSS—EXAMINATION**

3     **BY MR. WEAST:**

4     *Q.*       How well do you know me, sir?

5           *THE COURT:*  Did you understand his question?

6           *THE WITNESS:*  I do, Your Honor.

7                As the report notes, I think I know enough to say

8     that there is insufficient evidence to say that you're not

9     competent.

10    *Q*   *(BY MR. WEAST)*  That's not my question, sir.  Let me

11    repeat the question.  Let me rephrase it.  How many days have

12    you ever spoke to me, sir?

13    *A.*       I spoke to you and I gave you some informed consent

14    for 20 to 30 minutes --

15    *Q.*       Now answer my question.  How many days, one, two,

16    three, four?  How many days have you spoke to me?

17    *A.*       Less than 1 day, 20 to 30 minutes.

18    *Q.*       And you're making all of these opinions based on that

19    one day -- that one 30-minute thing?

20    *A.*       I am.

21    *Q.*       Then how are you qualified, sir, to make any opinion?

22    *A.*       I'm board certified in forensic psychology by

23    the American Board of Forensic Psychologists.

24    *Q.*       That is not answering the question, sir.

25           *THE DEFENDANT:*  I move to strike every bit of

1   testimony this witness has given based on the fact that he,

2   himself, just gave testimony that he does not -- is not

3   qualified to make this decision.

4           THE COURT:  Okay.  Do you have anything else,

5   Mr. Weast, you wish to ask him?

6           THE DEFENDANT:  Like I said, I'm -- I don't even

7   understand why we're here.

8           Why are we here, sir?  Because I'm sitting here in a

9   room away from the courtroom, and you're up there having this

10  mock thing that you've got going here.  I move to -- for you

11  to recuse yourself, Judge, because you are clearly biased in

12  these matters, and you've proven that by practicing law from

13  the bench, and you're the one that said to the -- I'm not sure

14  who it was because Aisha Saleem did not show up for the

15  government that day, but you're the one that put the thought

16  in his head to file this motion for a competency hearing.

17          And I move that you -- you, sir, need to take

18  yourself off this case because you're clearly biased and

19  emphatic because you have done nothing but -- whenever Aisha

20  Saleem filed for the government, you ruled on this motion way

21  before I had a chance to even put in a response to it as we,

22  the people, as we the sovereign people sitting right here, I'm

23  sorry if it doesn't bode well with all the people that are

24  sitting here from the British government, but that is the way

25  it goes here in the United States.  We are sovereign as -- as

1    of the Treaty of Paris 1783, so I'm not sure what we're doing

2    here.

3            THE COURT:  Okay.

4            THE DEFENDANT:  I'm not your property.

5            THE COURT:  Okay.  Ms. Saleem, do you have anything

6    else -- you can step down.  Thank you.

7            Do you have anything else you want to offer?

8            MS. SALEEM:  No, Your Honor.

9            THE COURT:  Okay.  Does the defendant have any

10   evidence that the defendant wishes to offer?

11           MS. SAAD:  No, Your Honor.

12           THE COURT:  Okay.  Does the government have any

13   statement it wishes to make before I make a ruling?

14           MS. SALEEM:  Just briefly, Your Honor.

15           THE COURT:  Okay.

16           MS. SALEEM:  We would just submit that based upon

17   the report that's been submitted, as well as the testimony

18   today, that you find the defendant is competent.  We

19   understand that he has engaged in a number of outbursts, has

20   shown some paranoid behavior, but those don't arise to the

21   level of incompetence as a licensed psychologist was able to

22   advise the Court today, and that's all we have.

23           THE COURT:  Okay.  And do you have anything you wish

24   to state on behalf of the defendant?

25           MS. SAAD:  Yes, Your Honor.  We would agree with

1    the -- Ms. Saleem in terms of competency; that there has been

2    very little evidence, much less a preponderance of the

3    evidence, to indicate that Mr. Weast is incompetent, and so we

4    would ask for a ruling of competence, Your Honor.

5            THE COURT:  Okay.  The report, this Exhibit 1

6    report, really doesn't conclude that he is competent.  It

7    simply says that the person who prepared the report was unable

8    to obtain sufficient information to form an opinion that he

9    was not competent, and I believe that's basically what the

10   witness said from the stand.

11           Bearing in mind that the law contemplates that for

12   there to be a determination that the defendant is unable to

13   understand the nature and consequences of the proceedings

14   against him or to assist properly in his defense, for there to

15   be a finding of those facts, the Court has to be persuaded by

16   a preponderance of the evidence that those are the facts, and

17   I don't have any evidence that those are the facts in this

18   case, so I can't make the findings necessary to cause him to

19   be determined to be mentally incompetent for trial purposes.

20   That's my finding, that I cannot make such a finding.

21           Okay.  We now have some other matters that we need

22   to deal with while we're in the courtroom.

23           We have a -- let me find what -- we have a Third

24   Superseding Indictment and a Second Superseding Indictment,

25   and I don't believe we ever had an arraignment on the Second

1   Superseding Indictment.

2              Is that your understanding, Ms. Saleem?

3              MS. SALEEM:  That's correct, Your Honor.  However,

4   there were some errors in the second superseding, so I don't

5   know if it's necessary to do the arraignment on the second

6   one, but we do have a third superseding that's corrected with

7   all the errors now.

8              THE COURT:  Okay.  This is directed to Mr. Weast.

9              Mr. Weast, have you received the Third Superseding

10  Indictment that was filed in this case on July 1?

11             THE DEFENDANT:  No, sir.

12             THE COURT:  You have not?

13             THE DEFENDANT:  No.

14             THE COURT:  Okay.  Ms. Saleem, has one been tendered

15  to him?

16             MS. SALEEM:  Your Honor, yes.  We did -- we did send

17  one by overnight express to the defendant, as well as prior to

18  the hearing this morning, we provided another copy of the

19  superseding indictment.

20             THE COURT:  You did what this morning?

21             MS. SALEEM:  This morning we also provided another

22  copy of the superseding indictment.

23             THE COURT:  How did you provide it to him?

24             MS. SALEEM:  I handed it to Mr. Weast.  He refused

25  to actually physically accept a copy of it from me because he

1   indicated that he would not accept any documents from me,

2   however, I placed them on the counsel table where he was

3   seated.

4           THE COURT:  Okay.  Mr. Fleury, are you joining as

5   cocounsel?

6           MR. FLEURY:  Yes, Your Honor.

7           THE COURT:  Okay.

8           MR. FLEURY:  Sorry for not having asked permission

9   first.

10          THE COURT:  Pardon?

11          MR. FLEURY:  Sorry for not announcing and asking

12   permission first.

13          THE COURT:  Okay.  Let the record reflect that

14   Mr. Fleury has joined Ms. Saad at the table as cocounsel for

15   the defendant.

16          Mr. Weast -- Mr. Weast, listen to what we're doing

17   now.  A Third Superseding Indictment has been returned by the

18   grand jury, and it was filed on July 1, 2014.  At this time

19   I'm going to have it read aloud by Ms. Saleem, so you'll know

20   exactly what the Third Superseding Indictment charges against

21   you.

22          MS. SAAD:  Your Honor --

23          MR. FLEURY:  May we interrupt just a minute, Your

24   Honor?

25          THE COURT:  Pardon?

1          *MS. SAAD:*  Your Honor, what I would like to address

2     with the Court, perhaps before doing an arraignment in this

3     case, is addressing Mr. Weast's Faretta rights to represent

4     himself.

5          Mr. Weast has indicated from --

6          *THE COURT:*  Okay.  I'll relieve you of

7     representation of the defendant in connection with the

8     hearing, but I'm going to ask that you and Mr. Fleury stay in

9     the courtroom in case something else develops.

10          *MS. SAAD:*  Yes, Your Honor.

11          *THE COURT:*  Okay.  At this time, Ms. Saleem will

12     read the Third Superseding Indictment.

13          And listen closely, Mr. Weast, because I'm going to

14     ask you a question or two about it after it's been read.

15          *MS. SALEEM:*  United States of America -- United

16     States of America versus Christopher Robert Weast, Third

17     Superseding Indictment.

18          The Grand Jury Charges:  Count 1, possession of

19     child pornography, violation of 18 USC Sections 2252A(a)(5)(B)

20     and 2252A(b)(2).

21          On or about July 10, 2012, in the Fort Worth

22     Division of the Northern District of Texas, defendant

23     Christopher Robert Weast did knowingly possess material that

24     contains an image of child pornography that was produced using

25     materials that have been mailed, shipped, and transported in

1    and affecting interstate and foreign commerce, by any means,

2    including by computer.

3            Specifically, Weast possessed a Western Digital

4    external hard drive, serial number WCAV5C309672, containing

5    the following described files depicting child pornography, as

6    defined in 18 USC Section 2256(8)(A):

7            File path:  C\Practice\Pics\!10yo_tied_to_2chairs

8    010-1.jpg.  Description of the image:  Still image depicting a

9    nude minor female gagged and tied by her legs to two chairs.

10           C\Practice\Pics\(Pthc) Tori at 9Yo-My Younger

11   Sister-18.jpg.  Still image depicting a nude minor female

12   lying on a bed with one leg lifted to expose her genital area.

13           C\Practice\Pics\(pthc) tori

14   9yo-my_younger_sister-36.jpg.  Still image depicting a nude

15   minor female lying on a bed with her legs spread apart to

16   expose her genital area.

17           C\Practice\Pics\((lolitaguy))sandra-teen model

18   nude-beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo

19   9yo 8yo 7yo 6yo.jpg.  Still image depicting a nude minor

20   female lying on a bed with her legs spread apart and one of

21   her fingers touching her genital area.

22           C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla

23   pre-teen young little girls harry potter

24   jenny-img20041009171217.jpg.  Still image depicting a seated

25   prepubescent female nude from the waist down with legs bent to

1    expose her genital area.

2              C\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied

3    Nude With Legs Spread Wide Apart Showing 'Open Pussy-Lucifer's

4    Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg.

5    Still image depicting a mostly nude minor female lying on a

6    bed with her hands tied with yellow rope above her head and

7    her legs spread apart and tied with yellow rope.

8              In violation of 18 USC Section 2252A(a)(5)(B) and

9    2252A(b)(2).

10             Count 2, receipt of child pornography, in violation

11   of 18 USC Sections 2252A(a)(2)(A) and 2252A(b)(1).

12             On or about June 28th, 2012, in the Fort Worth

13   Division of the Northern District of Texas, defendant

14   Christopher Robert Weast did knowingly receive child

15   pornography that was shipped and transported in and affecting

16   interstate and foreign commerce by any means, including by

17   computer.

18             Specifically, Weast received the followed described

19   file depicting child pornography, as defined in 18 USC Section

20   2256(8)(A):

21             File name:  !!!!Pthc Donna 9Yo Kinderkutje Pedo

22   Babyj R@Ygold Rides Cock Mpeg.avi.  Description of file:  A

23   video of a nude minor female who is wearing a hood and engaged

24   in sexual intercourse with an adult male.

25             In violation of 18 USC Sections 2252A(a)(2)(A) and

1    2252A(b)(1).

2              Forfeiture Notice, 18 USC Section 2253:

3              Upon conviction of either of the offenses alleged in

4    Counts 1 and 2, and pursuant to 18 USC Section 2253(a),

5    defendant Weast shall forfeit to the United States of America:

6    (a) any visual depiction described in 18 USC Section 2252A,

7    and any book, magazine, periodical, film, videotape, or other

8    matter which contains any such visual depiction, which was

9    produced, transported, mailed, shipped, or received in the

10   respective offense; (b) any property, real or personal,

11   constituting or traceable to gross profits or other proceeds

12   obtained from the respective offense; and (c) any property,

13   real or personal, used or intended to be used to commit or to

14   promote the commission of the respective offense and any

15   property traceable to such property.

16             The above-referenced property subject to forfeiture

17   from the defendant includes, but is not limited to, any

18   interest of the defendant in the following:

19             1.  One HP laptop computer, serial number

20   CNF8234HX7; and

21             2.  One Western Digital external hard drive, serial

22   number WCAV5C309672.

23             Seized from Weast's residence in White Settlement,

24   Texas, on July 10, 2012.

25             *THE COURT:*  Mr. Weast, you've heard the Second (sic)

1    Superseding Indictment read.  At this time I'll ask you what

2    you plead to the offenses charged by Counts 1 and 2 of the

3    Second (sic) Superseding Indictment.

4              Do you plead guilty or not guilty?

5         THE DEFENDANT:  May I ask you a question, sir?

6         THE COURT:  Do you plead guilty or not guilty?

7         THE DEFENDANT:  May I ask you a question, sir?

8         THE COURT:  I would prefer that you respond to my

9    question and that is --

10        THE DEFENDANT:  Sir, what jurisdiction is this court

11   operating under?

12        THE COURT:  Mr. Weast, do you wish to respond to my

13   question asking whether you plead guilty or not guilty?

14        THE DEFENDANT:  I'm -- sir, I'll get to your

15   question in a minute.  I'm only trying to ask you:  What

16   jurisdiction is the court operating under?

17             Isn't it true that the court is operating under

18   admiralty jurisdiction?

19        THE COURT:  Okay.  I'll enter a plea of not guilty.

20        THE DEFENDANT:  That is not -- you are not allowed

21   to enter a plea of not guilty when I have not refused to

22   plead.

23        THE COURT:  Okay.  I'll ask you again then and give

24   you an opportunity to plead.

25             What do you plead to the offenses charged by the

1    Third Superseding --

2              *THE DEFENDANT:*  And again, I'm going to ask you --

3    I'm not refusing to plead.  I am asking you:  What

4    jurisdiction is the Court trying to proceed under, sir?

5              *THE COURT:*  Okay.  I'll enter a plea of not --

6              *THE DEFENDANT:*  I --

7              *THE COURT:*  I'll enter a plea of not guilty on

8    behalf of the defendant as to both counts of the indictment,

9    and that's the Third Superseding Indictment.

10             Mr. Weast, I take it you are still maintaining that

11   you should be permitted to represent yourself; is that

12   correct?

13             *THE DEFENDANT:*  Sir, I still am asking you what

14   jurisdiction is this Court operating under and trying to

15   proceed under because everything you're doing right now is

16   illegal and unlawful, and I would like to know, also, where is

17   the Article III injured party in this matter, and who is the

18   real party in interest over there because I don't even feel

19   like I'm the real party in interest on this side because I'm

20   not your defendant, sir.

21             So who is the real party in interest?

22             *THE COURT:*  Okay.  Mr. Weast, the Supreme Court has

23   defined constitutionally permissible ways for a trial judge to

24   handle an obst- -- I'm having a hard time saying it -- an

25   obstreperous defendant like you.

1          The Court can bind and bag -- and gag the defendant,

2     and allow him to stay in the courtroom in that condition.  The

3     Court can cite him for contempt.  The Court can take him out

4     of the courtroom until he promises to conduct himself

5     properly.

6          The Supreme Court went on to say, and I'm referring

7     to Illinois versus Allen, reported at 397 U.S. 343.  The Court

8     went on to say that the defendant can lose his right to be

9     present in trial if, after he has been warned by the judge

10    that he will be removed, if he continues to be -- continues

11    his disruptive behavior.  He never -- nevertheless insists on

12    conducting himself in a manner so disorderly, disruptive, and

13    disrespectful of the court that his trial cannot be carried on

14    with him in the courtroom.

15         You have indicated to me, Mr. Weast, that that is

16    the condition we're faced with here.  I think it also follows,

17    from what I've read, that the Court can order that you be

18    represented by counsel, particularly in the circumstance when

19    you're out of the courtroom.

20         Do you have any comments you wish to make on that

21    subject?

22         *THE DEFENDANT:*  Actually, I didn't hear what you

23    said because everybody in here -- they are jerks.  Can you

24    move me out?  They are trying to keep me from this, and this

25    is one sham of a hearing.  This is nothing but a kangaroo

1    court.  This is worse than any state court I've ever had to

2    deal with.  This is the -- absolutely a corrupt court.  This

3    kangaroo court is -- you want your piece of property, come get

4    it.  It's right here.  It's called a birth certificate bond

5    and it's a license.

6            You tell me what part of this I'm not understanding,

7    sir.  You tell me what your definition of the word

8    "understanding" is.

9            THE COURT:  Mr. Weast --

10            THE DEFENDANT:  What definition are you using?

11            THE COURT:  Mr. Weast, I would love to give you an

12    opportunity to join us in the courtroom and conduct yourself

13    properly and continue to represent yourself, but you've

14    indicated to me that you simply cannot do that without being

15    disruptive.

16            Is there any possibility that you would change your

17    mind?

18            THE DEFENDANT:  How am I being disruptive, sir?

19    Because I'm asking questions?

20            THE COURT:  Say whatever you want to say at this

21    time.  I'm asking you a question:  Do you want to try to join

22    us in the courtroom?

23            THE DEFENDANT:  I know what you want.  You want me

24    to answer your question, so that you have some kind of power

25    over me, sir, and you want to hand this power to those

1    attorneys out there, who I'm just going to add to the lawsuit

2    that I'm going to sue them, too.

3          So how am I supposed to answer your question, if you

4    won't answer my question as to how I'm being disruptive?

5          THE COURT:  Okay.  It appears to me that the Court

6    is going to have to continue to cause the defendant to be

7    outside the courtroom during the proceedings.

8          I consider it inappropriate that the defendant

9    represent himself under those circumstances, so I'm appointing

10   an attorney for the defendant, to represent him in this case,

11   and the appointment is of the Office of the Federal Public

12   Defender of the Northern District of Texas.

13         MS. SAAD:  Your Honor, we -- as his attorney, and

14   given that he has indicated that he does want to represent

15   himself, out of that duty to our client, we would just object

16   to having -- not allowing him to represent himself, just for

17   the record.

18         THE COURT:  Okay.  Ms. Saad, if the point is reached

19   where you feel comfortable that the defendant can conduct

20   himself properly -- or Mr. Fleury, either one of you, you'll

21   both be involved in the representation -- that he can conduct

22   himself properly and not be disruptive in the courtroom, we'll

23   consider my ruling.

24         But as the matters now stand, I don't think we can

25   have a trial with the defendant in the courtroom without him

being disruptive and preventing the proceedings from going

forward, and I don't feel comfortable with him being outside

the courtroom during a trial or other proceedings without an

attorney being in the courtroom representing him, so that's

where we are.

      Ms. Saad, I think the defendant is entitled to know

that he's making some pretty important decisions, what the

penalties he's subjecting himself to by the new offenses

charged by the indictment.

      Do you happen to know offhand?

      *MS. SALEEM:*  I do, Your Honor.

      Your Honor, with respect to Count 1, the possession

of child pornography, the penalty range is zero to 10 years

with a $250,000 fine as well.

      As to Count 2, it's a mandatory minimum of 5 years

to 20 years, and, again, another $250,000 fine, or up to, or

twice the pecuniary gain or twice the pecuniary loss to

victims, in the event that there are those who are identified.

      In addition to that, for each count, there is a term

of supervised release that would be no less than 5 years, up

to life.  And if the defendant were to be convicted on both

counts, and if at some point he were to be revoked, those

terms, while they would run concurrently, a revocation could

lead to additional time in incarceration.

      *THE COURT:*  Okay.  You've heard the penalties you're

1   subjecting yourself to, Mr. Weast, that you are subject to by

2   reason of the counts of the indictment.  You want to take into

3   account the seriousness of the charges against you in making

4   whatever decisions you make, and I hope your decision finally

5   is that you will cooperate and not be disruptive in the

6   courtroom, and if you wish to continue to represent yourself

7   at that time, and conduct yourself appropriately, I hope you

8   do so.

9         I believe that's all we have to do today.  Court's

10  adjourned.

11         *COURT SECURITY OFFICER:*  All rise.

12         *(End of Proceedings)*

13                **REPORTER'S CERTIFICATE**

       I, Debra G. Saenz, CSR, RMR, CRR, certify that the

14  foregoing is a true and correct transcript from the record

    of proceedings in the foregoing entitled matter.

15       I further certify that the transcript fees format

    comply with those prescribed by the Court and the Judicial

16  Conference of the United States.

       Signed this 15th day of January, 2015.

17

18                   /s/ Debra G. Saenz

                   DEBRA G. SAENZ, CSR, RMR, CRR

19                  Texas CSR No. 3158

                   Official Court Reporter

20                  The Northern District of Texas

                   Fort Worth Division

21  CSR Expires:      12/31/15

22  Business Address:   501 W. 10th Street, Room 424

                   Fort Worth, Texas  76102

23

    Telephone:        817.850.6661

24

    E-Mail Address:    debbie.saenz@yahoo.com

25

**$**

$250,000 [2] 40/14 40/16

**'**

'Open [1] 33/3

**-**

-- continues [1] 11/12
-- I'm [1] 36/24

**/**

/s [1] 41/17

**0**

010-1.jpg [1] 32/8
04 [1] 3/3

**1**

1.jpg [1] 32/8
10 [5] 8/10 8/14 31/21 34/24 40/13
10:30 [1] 21/2
10:31 [2] 1/8 4/2
10th [2] 2/1 41/22
10yo [2] 32/7 32/18
11yo [1] 32/18
12 [1] 18/24
12/31/15 [1] 41/21
12yo [1] 32/18
13yo [1] 32/18
14 [1] 3/4
14yo [1] 32/18
15 [2] 8/24 41/21
15-minute [1] 10/13
15330 [1] 1/19
15th [1] 41/16
16 [1] 1/10
17 [1] 3/6
1700 [1] 1/17
177 [1] 1/18
1783 [1] 27/1
18 [9] 31/19 32/6 33/8 33/11 33/19
  33/25 34/2 34/4 34/6
18.jpg [1] 32/11

**2**

20 [5] 3/19 3/19 25/14 25/17 40/16
2012 [3] 31/21 33/12 34/24
2014 [3] 1/6 4/2 30/18
2015 [1] 41/16
2252A [9] 31/19 31/20 33/8 33/9 33/11
  33/11 33/25 34/1 34/6
2253 [2] 34/2 34/4
2256 [2] 32/6 33/20
25 [1] 3/7
27 [2] 3/8 3/9
28 [2] 3/10 3/11
28th [1] 33/12
2:00 [9] 11/2 11/6 11/18 12/17 12/18
  12/22 12/24 13/8 13/18
2:05 [1] 13/24
2chairs [1] 32/7

**3**

30 [1] 25/17
30 minutes [1] 25/14
30-minute [1] 25/19
3158 [1] 41/18
343 [1] 37/7
36 [1] 3/12
36.jpg [1] 32/14
39 [1] 3/13
397 [1] 37/7

**4**

4 [1] 3/14
42 [1] 3/15
424 [2] 2/1 41/22
47797-177 [1] 1/18
4:14-CR-023-A [4] 1/4 6/3 10/25 14/6

**5**

501 [2] 2/1 41/22

**6**

6882 [1] 1/16
6yo.jpg [1] 32/19

**7**

76102 [3] 1/23 2/2 41/22
76102-6882 [1] 1/16
76119 [1] 1/19
7yo [1] 32/19

**8**

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 2/2 41/23
817.978.2753 [1] 1/23
819 [1] 1/22
8yo [1] 32/19

**9**

9A10 [1] 1/22
9yo [4] 32/19 32/22 33/2 33/21
9Yo-My [2] 32/10 32/14

**A**

a -- it [1] 10/12
a -- let [1] 28/23
a.m [2] 1/8 4/2
abandon [1] 11/25
abeyance [1] 9/3
ability [2] 17/15 23/23
able [10] 8/9 8/25 10/25 14/6 18/25 19/4
  19/16 20/18 24/3 27/21
about [8] 8/10 10/13 11/22 16/12 24/7
  31/14 31/21 33/12
above [2] 33/6 34/16
above-referenced [1] 34/16
absolutely [1] 38/2
accept [2] 29/25 30/1
access [1] 23/20
accord [1] 6/25
account [2] 12/6 41/3
across [1] 9/21
act [3] 5/7 6/10 6/12
act -- the [1] 6/10
actual [2] 6/12 6/13
actually [3] 7/13 29/25 37/22
add [1] 39/1
addition [1] 40/19
additional [3] 10/1 10/3 40/24
address [3] 31/1 41/22 41/24
addressing [1] 31/3
adjourned [1] 41/10
admiralty [2] 7/21 35/18
admit [1] 20/22
ADMITTED [1] 3/18
adult [1] 33/24
advise [1] 27/22
affecting [2] 32/1 33/15
after [2] 31/14 37/9
again [4] 23/19 35/23 36/2 40/16
against [5] 7/14 20/6 28/14 30/20 41/3
agent [2] 14/12 14/13

agree [2] 19/14 27/25
ahead [2] 17/23 22/12
AISHA [3] 1/14 28/14 26/19
all [24] 4/3 5/9 5/12 5/14 6/14 6/15 7/21
  8/3 8/15 8/20 10/17 10/21 13/22 14/2
  17/10 21/12 22/7 23/16 25/18 26/23
  27/22 29/7 41/9 41/11
all-cap [1] 6/15
alleged [1] 34/3
Allen [1] 37/7
allow [5] 9/12 12/21 16/8 16/16 37/2
allowed [1] 35/20
allowing [1] 39/16
almost [1] 21/24
along [1] 22/19
aloud [1] 30/19
already [1] 12/19
also [6] 19/21 20/25 24/10 29/21 36/16
  37/16
am [11] 5/13 6/13 6/14 6/22 7/17 7/23
  25/20 36/3 36/13 38/18 39/3
Amen [1] 4/12
AMERICA [6] 1/4 6/3 14/8 31/15 31/16
  34/5
America -- United [1] 31/15
American [2] 18/21 25/23
an obst [1] 36/24
ANGELA [1] 1/20
announcing [1] 30/11
another [4] 8/23 29/18 29/21 40/16
answer [7] 16/20 16/25 24/22 25/15
  38/24 39/3 39/4
answering [2] 13/10 25/24
anti [1] 21/13
anti-government [1] 21/13
any [27] 7/21 13/16 16/7 16/23 17/2
  22/14 24/2 24/15 24/19 24/24 25/21
  27/9 27/12 28/17 30/1 32/1 33/16 34/6
  34/7 34/8 34/10 34/12 34/14 34/17
  37/20 38/1 38/16
anything [13] 4/22 6/9 6/18 7/2 7/8 7/17
  7/19 7/20 7/24 26/4 27/5 27/7 27/23
apart [4] 32/15 32/20 33/3 33/7
apologize [1] 12/6
apparently [2] 13/15 24/20
appears [2] 22/3 39/5
appointed [1] 9/20
appointing [1] 39/9
appointment [1] 39/11
appoints [1] 3/13
appreciate [1] 7/15
appropriately [5] 16/5 16/8 16/18 22/21
  41/7
approximately [2] 8/24 18/24
are [36] 5/4 5/4 5/4 5/6 6/21 7/4 11/10
  12/23 14/14 15/6 16/11 18/17 19/16
  21/10 21/21 21/24 22/4 23/10 23/11
  25/21 26/8 26/11 26/23 26/25 28/16
  28/17 30/4 35/20 36/10 37/23 37/24
  38/10 40/5 40/18 40/18 41/1
area [4] 32/12 32/16 32/21 33/1
arise [1] 27/20
arraignment [5] 1/10 3/11 28/25 29/5
  31/2
arrive [2] 19/5 20/2
Article [2] 7/22 36/17
as [32] 5/17 9/18 9/19 13/3 13/24 14/22
  16/18 17/20 19/16 20/3 21/8 21/12 25/7
  26/21 26/22 26/25 26/25 27/17 27/17
  27/21 29/17 29/17 30/4 30/14 32/5
  33/19 36/8 39/4 39/13 39/24 40/14
  40/15
as -- as [1] 26/25

**A**

ask [14] 4/17 8/9 21/16 24/16 26/5 28/4
 31/8 31/14 35/1 35/5 35/7 35/15 35/23
 36/2
asked [2] 18/3 30/8
asking [6] 30/11 35/13 36/3 36/13 38/19
 38/21
assist [3] 9/14 20/6 28/14
ASSISTANT [1] 1/21
assisting [1] 10/4
assuming [1] 16/24
assurance [3] 13/16 16/3 16/7
assure [2] 11/10 12/20
attempt [1] 5/2
attending [1] 16/3
attitude [1] 16/23
attorney [8] 9/20 12/4 12/9 13/5 16/12
 39/10 39/13 40/4
attorneys [1] 39/1
Audio [1] 15/15
authority [2] 13/6 13/13
avoid [1] 24/11
away [1] 26/9

**B**

Babyj [1] 33/22
bachelor's [1] 18/18
back [12] 8/13 10/24 11/11 11/13 11/18
 11/19 12/22 13/1 13/16 14/5 15/3 15/14
bag [1] 37/1
banded [1] 22/4
bar [1] 9/21
based [6] 19/11 20/1 24/8 25/18 26/1
 27/16
basically [2] 20/12 28/9
be [54]
be -- continues [1] 37/10
beach [1] 32/18
Bearing [1] 28/11
became [1] 22/18
because [21] 5/6 5/12 5/20 7/7 8/2 11/3
 13/4 13/12 14/24 26/8 26/11 26/14
 26/18 26/19 29/25 31/13 36/15 36/18
 36/19 37/23 38/19
bed [4] 32/12 32/15 32/20 33/6
been [16] 5/7 6/24 6/25 10/4 10/25
 17/20 18/22 19/19 19/24 27/17 28/1
 29/14 30/17 31/14 31/25 37/9
before [6] 1/11 7/3 11/1 26/21 27/13
 31/2
beginning [1] 5/23
behalf [4] 13/7 23/24 27/24 36/8
behavior [8] 21/2 22/15 22/23 22/25
 23/2 24/8 27/20 37/11
behavioral [1] 22/23
behaviors [1] 22/18
being [15] 6/5 6/12 6/13 6/22 9/6 9/20
 14/24 19/12 21/22 38/14 38/18 39/4
 40/1 40/2 40/4
beliefs [1] 22/5
believe [6] 10/25 14/6 24/9 28/9 28/25
 41/9
bench [2] 16/11 26/13
beneficiary [1] 5/9
benefits [2] 5/9 5/12
bent [1] 32/25
best [2] 7/23 9/22
better [6] 12/16 12/18 12/24 13/8 13/19
 14/24
biased [2] 26/11 26/18
bind [1] 37/1
birth [1] 38/4

**B (continued)**

bit [1] 25/25
bizarre [1] 22/4
bless [1] 4/11
block [9] 9/1 9/12 9/14 9/21 10/20 11/4
 11/5 12/2 13/14
board [4] 18/20 18/21 25/22 25/23
bode [1] 26/23
bond [2] 7/14 38/4
book [1] 34/7
books [1] 23/15
BOP [1] 1/18
both [5] 19/20 24/9 36/8 39/21 40/21
Box [1] 1/19
briefly [2] 18/13 27/14
bring [1] 11/19
British [1] 26/24
Business [1] 41/22
but -- whenever [1] 26/19

**C**

C.jpg [1] 33/4
call [3] 10/8 17/6 23/9
called [3] 21/11 23/8 38/4
calling [1] 21/17
calls [2] 19/23 23/19
can [30] 4/17 7/12 8/7 8/13 8/24 9/14
 11/4 11/5 11/6 11/10 11/11 11/15 11/18
 12/17 13/1 15/6 15/20 17/1 17/23 21/5
 23/15 24/20 27/6 37/1 37/3 37/3 37/8
 37/17 37/23 39/19 39/21 39/24
can't [1] 28/18
cannot [4] 7/10 28/20 37/13 38/14
cap [1] 6/15
capital [2] 6/14 6/14
capital -- my [1] 6/14
carried [1] 37/13
case [18] 1/4 4/18 6/2 6/11 9/15 10/5
 11/21 14/12 17/11 20/2 21/25 22/18
 26/18 28/18 29/10 31/3 31/9 39/10
cause [3] 11/1 28/18 39/6
cell [11] 6/23 9/1 9/11 9/14 9/20 10/20
 11/4 11/5 12/2 13/14 15/11
certain [1] 20/25
certainly [4] 22/16 22/25 23/12 24/4
certificate [3] 3/14 38/4 41/13
certified [2] 18/20 25/22
cestui [1] 5/1
chairs [1] 32/9
chance [1] 26/21
change [4] 16/23 21/2 21/6 38/16
characteristic [1] 22/25
charged [3] 35/2 35/25 40/9
charges [3] 30/20 31/18 41/3
Cherry [1] 1/15
child [7] 31/19 31/24 32/5 33/10 33/14
 33/19 40/13
chooses [1] 23/23
Chris [1] 10/4
CHRISTOPHER [8] 1/7 1/17 14/8 14/8
 18/4 31/16 31/23 33/14
circumstance [2] 19/17 37/18
circumstances [1] 39/9
cite [1] 37/3
citizens [2] 21/11 21/17
clearly [2] 26/11 26/18
client [1] 39/15
clinical [3] 18/19 20/11 23/8
closely [1] 31/13
Closing [2] 3/8 3/9
CNF8234HX7 [1] 34/20
co [1] 10/3
co-counsel [1] 10/3

**C (continued)**

Cock [1] 33/22
counsel [3] 10/2 30/5 39/16
Collection [1] 33/2
Collection-9Yo [1] 33/2
come [13] 4/25 4/25 11/11 11/13 11/18
 12/22 13/1 13/16 16/5 16/9 16/16 17/14
 38/3
comfortable [2] 39/19 40/2
Commences [1] 3/4
comments [1] 37/20
commerce [2] 32/1 33/16
commission [1] 34/14
commit [2] 12/25 34/13
communicate [6] 8/25 9/13 11/4 11/22
 12/17 13/18
communicating [2] 12/18 13/19
communication [2] 14/25 15/7
community [3] 19/21 22/4 22/20
competence [2] 21/3 28/4
competency [9] 1/10 3/4 9/8 15/4 16/12
 18/11 19/16 26/16 28/1
competent [8] 18/5 19/6 20/14 20/16
 25/9 27/18 28/6 28/9
complete [1] 20/1
complex [1] 21/19
comply [1] 41/15
computer [4] 2/6 32/2 33/17 34/19
conclude [1] 28/6
conclusion [5] 4/25 4/25 20/3 20/9
 20/15
concurrently [1] 40/23
condition [3] 23/8 37/2 37/16
conduct [15] 12/23 12/25 13/17 16/5
 16/8 18/3 18/14 19/4 24/3 24/5 37/4
 38/12 39/19 39/21 41/7
conducted [1] 18/10
conducting [2] 18/22 37/12
conference [5] 13/25 15/15 15/19 15/24
 41/16
confirm [1] 10/2
connection [3] 14/21 19/9 31/7
consent [13] 4/4 4/7 4/19 4/22 5/12 5/21
 6/8 6/17 6/19 7/7 7/23 19/15 25/13
consenting [1] 7/17
consequences [2] 20/6 28/13
consider [3] 15/2 39/8 39/23
constituting [1] 34/11
constitutionally [1] 36/23
consult [1] 10/1
contact [1] 19/20
containing [1] 32/4
contains [3] 31/24 34/8
contemplates [1] 28/11
contempt [1] 37/3
continue [7] 7/9 9/15 12/23 13/18 38/13
 39/6 41/6
continues [4] 11/12 11/12 37/10 37/10
continuing [1] 9/6
contract [1] 16/13
control [1] 24/3
controlled [1] 24/4
convey [1] 11/15
convicted [1] 40/21
conviction [1] 34/3
cooperate [2] 11/18 41/5
cooperative [1] 16/17
copy [3] 29/18 29/22 29/25
core [2] 21/21 21/21
corporation [3] 5/20 6/10 6/11
correct [4] 15/9 29/3 36/12 41/14
corrected [1] 29/6
Correctional [1] 18/1
corrupt [1] 38/2

## C

could [8] 5/11 9/25 11/9 16/4 20/2 23/4 23/7 40/23
counsel [6] 3/13 10/1 10/3 14/1 30/2 37/18
count [5] 31/18 33/10 40/12 40/15 40/19
counts [5] 34/4 35/2 36/8 40/22 41/2
couple [1] 22/21
course [1] 19/24
court [57]
Court's [2] 3/10 41/9
court-appointed [1] 9/20
courthouse [1] 15/24
courtroom [44]
CR [4] 1/4 6/3 10/25 14/6
cross [3] 3/7 9/16 25/2
cross-examination [3] 3/7 9/16 25/2
CRR [3] 2/1 41/13 41/18
CSR [5] 2/1 41/13 41/18 41/18 41/21
cult [2] 21/16 21/20
currently [1] 15/18
Curtis [1] 10/4
C\Practice\Pics\ [5] 32/7 32/10 32/13 32/17 32/22
C\Practice\Pics\Lucifer's [1] 33/2

## D

day [6] 22/25 22/25 25/17 25/19 26/15 41/16
day -- that [1] 25/19
day-to-day [1] 22/25
days [3] 25/11 25/15 25/16
Ddogprn [1] 33/4
deal [3] 15/6 28/22 38/2
debbie.saenz [2] 2/3 41/24
DEBRA [4] 2/1 41/13 41/17 41/18
decide [1] 9/22
decision [3] 21/3 26/3 41/4
decisions [2] 40/7 41/4
deeply [1] 23/10
defect [4] 20/4 20/12 23/3 23/10
defendant [52]
defendant's [1] 15/4
DEFENDER [2] 1/21 39/12
defense [4] 14/1 20/7 23/23 28/14
defined [3] 32/6 33/19 36/23
definition [3] 21/24 38/7 38/10
degree [1] 18/18
DEPARTMENT [1] 1/14
depicting [8] 32/5 32/8 32/11 32/14 32/19 32/24 33/5 33/19
depiction [2] 34/6 34/8
described [3] 32/5 33/18 34/6
DESCRIPTION [3] 3/18 32/8 33/22
determination [1] 28/12
determine [2] 15/4 18/4
determined [1] 28/19
develop [1] 8/25
develops [1] 31/9
deviant [1] 21/25
diagnoseable [1] 23/7
diagnostic [1] 23/15
did [27] 11/24 16/13 18/7 19/8 19/14 20/2 20/8 21/2 21/2 21/4 21/5 22/6 22/7 22/8 22/8 22/10 22/12 22/14 22/14 25/5 26/14 29/16 29/16 29/20 29/23 31/23 33/14
did -- we [1] 29/16
did -- you [1] 22/10
didn't [4] 12/5 22/9 22/10 37/22
different [1] 23/15
Digital [2] 32/3 34/21

Direct [2] 3/6 17/21
directed [4] 13/14 15/25 21/18 29/8
discuss [2] 22/6 22/11
discussion [1] 8/9
disease [4] 20/4 20/12 23/3 23/10
disorder [2] 20/11 23/8
disorderly [1] 37/12
disorders [2] 23/15 23/16
disrespectful [1] 37/13
disrupt [1] 12/21
disruptive [10] 11/11 11/13 37/11 37/12 38/15 38/18 39/4 39/22 40/1 41/5
dissolving [1] 5/14
DISTRICT [11] 1/1 1/2 1/11 1/15 1/22 4/6 4/9 31/22 33/13 41/20
DIVISION [4] 1/3 31/22 33/13 41/20
do [58]
document [3] 7/12 7/13 7/13
documents [1] 30/1
does [8] 7/18 7/25 8/6 17/15 26/2 27/9 27/12 39/14
doesn't [3] 13/15 26/23 28/6
doing [9] 4/19 4/23 6/9 7/19 24/12 27/1 30/16 31/2 36/6
don't [19] 4/7 4/19 5/13 6/8 8/11 9/17 10/25 11/5 14/6 21/25 24/9 26/6 27/20 28/17 28/25 29/4 36/18 39/24 40/2
done [1] 26/19
Donna [1] 33/21
down [5] 6/23 6/24 8/13 27/6 32/25
Dr [1] 20/24
drive [2] 32/4 34/21
drug [1] 6/23
duly [1] 17/20
during [6] 9/25 10/8 14/6 14/19 39/7 40/3
duty [1] 39/15

## E

E-Mail [2] 2/3 41/24
each [1] 40/19
earlier [1] 11/22
either [3] 9/14 34/3 39/20
else [5] 7/3 26/4 27/6 27/7 31/9
else -- you [1] 27/6
elucidates [1] 23/5
emphatic [1] 26/19
enable [1] 18/14
End [1] 41/12
engage [1] 20/25
engaged [2] 27/19 33/23
engaging [1] 22/17
English [1] 18/18
engrained [1] 23/11
enter [4] 35/19 35/21 36/5 36/7
enters [4] 3/12 8/21 10/22 14/3
entire [1] 6/24
entitled [2] 40/6 41/14
equipment [3] 12/18 12/24 13/19
errors [2] 29/4 29/7
evaluation [5] 18/3 18/11 19/9 19/16 20/1
even [5] 19/14 23/2 26/6 26/21 36/18
event [1] 40/18
ever [5] 10/25 14/6 25/12 28/25 38/1
every [1] 25/25
everybody [1] 37/23
everything [4] 5/16 6/24 12/11 36/15
evidence [8] 17/2 20/22 25/8 27/10 28/2 28/3 28/16 28/17
exactly [1] 30/20
examination [6] 3/6 3/7 9/16 17/21 19/4

25/2
examinations [2] 18/15 18/22
EXHIBIT [4] 3/17 20/19 20/22 28/5
exhibits [1] 28/2
expedient [1] 19/12
Expires [1] 41/21
explain [1] 21/5
explicitly [1] 19/2
expose [3] 32/12 32/16 33/1
express [1] 29/17
expresses [1] 11/17
extending [1] 8/23
extent [2] 20/2 20/5
external [2] 32/4 34/21

## F

faced [1] 37/16
facilities [2] 11/6 11/7
fact [2] 21/12 26/1
facts [3] 28/15 28/16 28/17
Faretta [1] 31/3
FCI [3] 1/18 19/18 19/25
features [4] 21/21 21/22 23/13 23/17
federal [5] 1/21 18/1 21/8 22/1 39/11
feel [3] 36/18 39/19 40/2
fees [1] 41/15
felt [1] 16/4
female [7] 32/9 32/11 32/15 32/20 32/25 33/5 33/23
fence [1] 13/6
few [1] 8/11
fiduciary [1] 5/8
file [5] 26/16 32/7 33/19 33/21 33/22
filed [4] 15/3 26/20 29/10 30/18
files [1] 32/5
filings [1] 19/22
film [1] 34/7
final [1] 19/11
finally [2] 20/24 41/4
find [3] 23/16 27/18 28/23
finding [3] 28/15 28/20 28/20
findings [1] 28/18
fine [2] 40/14 40/16
fingers [1] 32/21
first [6] 4/16 4/19 17/20 18/13 30/9 30/12
FLEURY [5] 1/21 30/4 30/14 31/8 39/20
floor [4] 14/22 14/23 15/19 15/24
focus [1] 21/7
folks [1] 22/2
followed [1] 33/18
following [2] 32/5 34/18
follows [3] 13/24 17/20 37/16
force [2] 4/18 8/3
forced [2] 6/5 6/22
forceful [1] 6/25
foregoing [2] 41/14 41/14
foreign [2] 32/1 33/16
forensic [6] 17/25 18/20 18/21 18/22 25/22 25/23
forfeit [1] 34/5
forfeiture [2] 34/2 34/16
form [1] 28/8
format [1] 41/15
FORT [13] 1/3 1/5 1/16 1/18 1/19 1/23 2/2 4/9 18/1 31/21 33/12 41/20 41/22
forward [1] 40/2
four [2] 24/5 25/16
fourth [1] 14/22
franchises [1] 5/14
Frankly [1] 9/17
front [1] 12/11
function [1] 24/10

## F

further [3]  11/2 19/15 41/15

## G

gag [2]  8/2 37/1
gagged [1]  32/9
gagging [2]  8/1 8/7
gain [2]  11/6 40/17
gave [3]  19/3 25/13 26/2
genital [4]  32/12 32/16 32/21 33/1
get [7]  4/17 5/18 5/24 10/8 14/6 35/14 38/3
gets [1]  22/19
girls [1]  32/23
give [6]  5/21 8/4 16/7 17/11 35/23 38/11
given [2]  26/1 39/14
go [2]  17/23 22/13
God [2]  4/11 17/12
goes [1]  26/25
going [26]  4/16 5/18 5/18 8/4 8/24 9/3 9/4 9/11 11/2 11/3 12/16 12/22 14/14 15/8 16/24 17/16 23/22 26/10 30/19 31/8 31/13 36/2 39/1 39/2 39/6 40/1
good [5]  4/14 4/15 5/4 14/20 22/2
goon [1]  5/24
goons [1]  4/17
got [3]  6/23 24/23 26/10
govern [1]  22/1
government [15]  1/5 1/14 9/17 14/9 15/3 17/6 20/21 21/8 21/13 22/1 22/16 26/15 26/20 26/24 27/12
government's [4]  3/17 17/3 20/19 20/22
governments [1]  21/22
grand [2]  30/18 31/18
gross [1]  34/11
group [2]  21/11 21/23
guess [4]  9/24 9/25 19/9 20/1
guilty [10]  3/12 35/4 35/4 35/6 35/6 35/13 35/13 35/19 35/21 36/7
guy [2]  4/21 6/5
guys [1]  4/21
guys -- this [1]  4/21

## H

had [12]  12/5 16/3 19/19 19/20 19/21 19/23 20/25 23/20 24/6 26/21 28/25 38/1
hand [4]  5/11 5/24 17/8 38/25
handed [1]  29/24
handle [2]  9/23 36/24
hands [2]  4/21 33/6
happen [1]  40/10
hard [3]  32/4 34/21 36/24
harry [1]  13/17
has [33]  4/22 5/2 5/15 5/16 5/20 5/20 6/24 7/19 10/4 10/13 13/5 13/6 13/12 19/11 20/11 22/16 22/22 23/6 23/12 23/23 24/4 26/1 27/19 27/19 28/1 28/15 29/14 30/14 30/17 31/5 36/22 37/9 39/14
have [79]
have -- you [1]  23/21
having [6]  14/25 17/20 26/9 30/8 36/24 39/16
having -- not [1]  39/16
he [53]
he'll [1]  13/17
he's [13]  10/5 15/11 15/13 15/23 18/4 19/18 20/13 24/2 24/9 24/12 24/20 40/7 40/8
he's -- it's [1]  24/9
head [2]  26/16 33/6

## I

hear [7]  4/5 4/5 4/5 9/11 11/5 24/21 37/21
heard [4]  12/7 12/19 34/25 40/25
hearing [19]  1/10 3/4 5/15 6/2 6/20 6/22 14/17 14/19 14/21 15/2 15/3 15/8 16/3 16/12 21/1 26/16 29/18 31/8 37/25
help [1]  17/12
her [11]  32/9 32/12 32/15 16 32/20 32/21 32/21 33/1 33/6 33/6 33/7
here [7]  4/17 4/20 5/9 5/17 6/2 6/5 6/11 6/20 6/21 6/22 6/24 6/25 7/5 9/21 11/9 12/1 14/9 14/15 14/16 14/19 14/20 15/5 15/6 15/14 15/20 24/11 26/7 26/8 26/8 26/10 26/22 26/24 26/25 27/2 37/16 37/23 38/4
here -- they [1]  37/23
him [33]  8/7 9/7 9/12 9/15 9/20 11/10 11/13 11/15 11/19 15/20 19/1 19/18 19/20 20/4 20/6 22/11 22/17 24/6 24/16 26/5 28/14 28/18 29/15 29/23 37/2 37/3 37/3 37/14 39/10 39/16 39/25 40/2 40/4
himself [11]  13/17 26/2 31/4 37/4 37/12 39/9 39/15 39/16 39/20 39/22 40/8
hire [1]  16/13
his [20]  4/21 5/24 11/12 19/3 19/15 19/22 20/7 21/13 22/23 22/25 23/23 24/3 24/4 25/5 26/16 28/14 37/8 37/11 37/13 39/13
hold [1]  21/25
holding [1]  15/11
Honor [45]
Honor. [1]  21/20
Honor. Probably [1]  21/20
HONORABLE [3]  1/11 4/10 4/12
hood [1]  33/23
hope [2]  41/4 41/7
hopefully [1]  23/5
how [12]  10/2 18/22 19/15 25/4 25/11 25/15 25/16 25/21 29/23 38/18 39/3 39/4
however [2]  29/3 30/2
HP [1]  34/19
human [2]  6/12 6/13

## I

I'd [7]  4/24 5/8 5/11 6/4 7/11 8/8 8/9
I'll [12]  8/8 9/18 9/21 14/16 24/1 31/6 35/1 35/14 35/19 35/23 36/5 36/7
I'm [41]  4/16 5/9 5/18 5/18 6/5 12/1 12/7 13/10 15/14 15/16 16/24 17/25 18/20 23/17 24/7 24/21 25/22 26/6 26/8 26/13 26/22 27/1 27/4 30/19 31/8 31/13 35/14 35/15 36/2 36/3 36/19 36/24 37/6 38/6 38/19 38/21 39/1 39/2 39/4 39/9
I'm -- I [1]  26/6
I've [3]  10/25 37/17 38/1
ideas [1]  21/24
identification [1]  21/9
identified [1]  40/18
identify [1]  23/4
if -- I [1]  9/2
III [1]  36/17
illegal [1]  36/16
illegally [1]  5/2
illegitimacy [1]  21/7
Illinois [1]  37/2
image [8]  31/24 32/8 32/8 32/11 32/14 32/19 32/24 33/5
img20041009171217.jpg [1]  32/24
important [1]  40/7
inappropriate [1]  39/8
incarceration [1]  40/24
includes [1]  34/17

## I

including [2]  32/2 33/16
incompetence [1]  27/6
incompetent [5]  26/4 28/3 28/19
Index [2]  3/15 3/17
indicate [1]  28/3
indicated [5]  30/1 31/5 37/15 38/14 39/14
indicates [1]  24/2
indication [1]  24/2
indictment [17]  3/11 28/24 28/24 29/1 29/10 29/19 29/22 30/17 30/20 31/12 31/17 35/1 35/3 36/8 36/9 40/9 41/2
individual [1]  18/10
individuals [5]  21/23 21/23 22/5 22/22 23/20
inference [1]  20/11
information [4]  9/25 20/10 20/17 28/8
informed [1]  25/13
initial [1]  21/1
injured [1]  36/17
inquiry [1]  16/19
inside [1]  19/20
insists [1]  37/11
institution [3]  18/1 19/21 23/1
insufficiency [3]  21/8 21/22 22/1
insufficient [2]  20/10 25/8
intended [1]  34/13
interacting [1]  23/12
intercourse [1]  33/24
interest [5]  19/12 34/18 36/18 36/19 36/21
interrupt [2]  7/9 16/18 30/23
interstate [2]  32/1 33/16
interview [2]  19/1 22/7
interviewed [1]  19/3
interviews [1]  19/15
involved [1]  39/21
is [100]
is -- you [1]  38/3
Isn't [1]  35/17
it [42]
it -- an [1]  36/24
it's [16]  5/3 6/3 14/7 20/23 21/11 21/20 21/23 23/8 24/9 24/10 29/5 31/14 38/4 38/4 38/5 40/15
its [1]  5/16
IV [1]  7/22

## J

jail [1]  22/19
January [1]  41/16
jenny [2]  32/24 33/2
jenny-img20041009171217.jpg [1]  32/24
jerks [1]  37/23
JOHN [2]  1/11 4/10
join [2]  38/12 38/21
joined [1]  30/14
joining [1]  30/4
judge [9]  1/11 8/21 10/22 13/4 13/5 14/3 26/11 36/23 37/9
Judicial [1]  41/15
JULY [6]  1/6 4/2 29/10 30/18 31/21 34/24
July 1 [2]  29/10 30/18
July 10 [2]  31/21 34/24
June [1]  33/12
June 28th [1]  33/12
jurisdiction [18]  5/15 5/20 5/21 7/5 7/6 7/18 7/19 7/20 7/21 7/22 8/5 13/5 21/8 35/10 35/16 35/18 36/4 36/14
jury [2]  30/18 31/18
just [22]  4/21 6/22 9/3 10/1 10/2 10/6

## J

just... [16] 12/7 12/11 13/9 14/21 15/11
18/13 21/9 21/24 23/11 26/2 27/14
27/16 30/23 39/1 39/15 39/16
JUSTICE [1] 1/14

## K

kangaroo [2] 37/25 38/3
keep [1] 37/24
kidzilla [1] 32/22
kind [6] 14/24 16/7 19/17 21/10 23/11
38/24
Kinderkutje [1] 33/21
know [11] 9/17 12/5 23/5 25/4 25/7 29/5
30/19 36/16 38/23 40/6 40/10
knowingly [2] 31/23 33/14
known [1] 11/9

## L

laptop [1] 34/19
law [3] 16/11 26/12 28/11
lawsuit [1] 39/1
lead [1] 40/24
leanings [1] 21/13
least [2] 19/5 22/17
leave [4] 5/19 9/3 9/18 9/22
leg [1] 32/12
legs [6] 32/9 32/15 32/20 32/25 33/3
33/7
less [3] 25/17 28/2 40/20
let [6] 4/11 21/16 25/10 25/11 28/23
30/13
level [2] 23/7 27/21
license [1] 38/5
licensed [1] 27/21
life [1] 40/21
lifted [1] 32/12
like [14] 4/20 4/24 5/7 5/8 5/11 6/4 7/11
7/11 23/5 26/6 31/1 36/16 36/19 36/25
limited [2] 7/20 34/17
listen [3] 19/23 30/16 31/13
listening [1] 23/19
listing [1] 23/17
literature [1] 22/2
little [2] 28/2 32/23
living [1] 17/24
located [2] 15/22 15/23
lolita [1] 32/18 33/4
lolitaguy [1] 32/17
long [1] 18/22
loosely [2] 21/11 22/4
loosely-banded [1] 22/4
lose [1] 37/8
loss [1] 40/17
love [1] 38/11
lower [4] 6/14 6/15 6/15 6/15
lsm [1] 32/22
Lucifer's [1] 33/3
lying [4] 32/12 32/15 32/20 33/5

## M

ma'am [1] 5/7
magazine [2] 32/22 34/7
Mail [2] 2/3 41/24
mailed [2] 31/25 34/9
main [1] 15/5
maintaining [1] 36/10
make [10] 11/9 19/16 25/21 26/3 27/13
27/13 28/18 28/20 37/20 41/4
makes [1] 16/19
making [3] 25/18 40/7 41/3
male [1] 33/24

mandatory [1] 40/15
manner [1] 27/12
many [3] 25/17 25/15 25/16
March [1] 19/19
marshal [3] 7/25 8/6 10/13
marshal's [1] 11/8
material [1] 31/23
materials [1] 31/25
matter [5] 6/24 21/12 34/8 36/17 41/14
matters [6] 9/7 15/6 22/11 26/12 28/21
39/24
may [5] 17/5 17/18 30/23 35/5 35/7
McBRYDE [2] 1/11 4/10
me [30] 4/18 4/18 4/22 5/19 5/25 8/3
8/3 8/5 10/4 16/7 16/15 21/16 22/9 25/4
25/10 25/11 25/12 25/16 28/23 29/25
30/1 37/15 37/24 37/24 38/6 38/7 38/14
38/23 38/25 39/5
mean [2] 23/6
means [4] 7/25 8/6 32/1 33/16
measures [1] 19/24
mechanical [1] 2/5
member [1] 22/3
mental [7] 9/7 15/4 15/4 20/4 20/12 23/3
23/9
mental -- defendant's [1] 15/4
mentally [2] 20/4 28/19
might [1] 8/9
mildly [1] 22/24
mind [2] 28/11 38/17
minor [6] 32/9 32/11 32/15 32/19 33/5
33/23
minute [4] 10/13 25/19 30/23 35/15
minutes [6] 8/10 8/12 8/14 8/24 25/14
25/17
mistrust [1] 22/16
mock [1] 26/10
model [1] 32/17
monitor [1] 15/20
monitors [1] 15/21
months [1] 24/5
more [3] 5/21 6/10 6/11
morning [8] 4/14 4/15 14/7 18/8 21/1
29/18 29/20 29/21
morning's [1] 24/8
most [1] 21/25
mostly [1] 33/5
motion [6] 9/2 9/18 15/2 17/3 26/16
26/20
move [4] 25/25 26/10 26/17 37/24
moved [1] 14/22
moves [1] 20/21
Mpeg.avi [1] 33/22
MR [5] 1/17 1/21 3/7 5/23 25/3
Mr. [47]
Mr. Fleury [4] 30/4 30/14 31/8 39/20
Mr. Thompson [3] 11/8 12/20 13/17
Mr. Weast [36] 6/7 6/16 7/2 7/15 12/14
12/16 16/2 16/17 18/7 18/25 19/2 19/6
19/14 20/25 23/20 23/21 24/18 24/19
24/20 26/5 28/3 29/8 29/9 29/24 30/16
30/16 31/5 31/13 34/25 35/12 36/10
36/22 37/15 38/9 38/11 41/1
Mr. Weast's [4]  21/2 21/3 21/7 31/3
MS [8]  1/14 1/20 2/1 3/6 3/8 3/9 10/19
17/22
Ms. [16]  9/2 11/24 12/6 14/9 14/11
14/20 17/2 27/5 28/1 29/2 29/14 30/14
30/19 31/11 39/18 40/6
Ms. Saad [7]  9/2 11/24 12/6 14/20
30/14 39/18 40/6
Ms. Saleem [7]  14/11 17/2 27/5 29/2

29/14 30/19 31/11
Ms Saleem's [1] 14/9
much [2] 16/2 28/2
multiple [1] 23/15
mute [1] 24/23
muted [3] 13/14 15/15 15/18
my [21]  4/17 5/17 6/14 6/25 12/3 12/4
12/9 13/6 14/23 16/20 16/25 17/25
25/10 25/15 28/20 32/10 32/14 35/8
35/12 39/4 39/23
myself [1] 12/12

## N

name [7]  6/6 6/6 6/14 6/15 17/23 17/25
33/21
nature [2] 20/5 28/13
necessary [2] 28/18 29/5
need [4] 7/4 9/19 26/17 28/21
needs [2] 8/16 10/14
negative [1] 24/11
never [1] 37/11
never -- nevertheless [1] 37/11
nevertheless [1] 37/11
new [2] 9/25 40/8
no [27]  1/4 3/18 4/22 5/15 5/15 5/20 6/8
6/17 6/21 7/4 7/5 13/5 13/6 13/10 13/12
15/13 15/14 20/13 21/4 24/7 24/17 27/8
27/11 29/11 29/13 40/20 41/18
no -- no [1] 5/15
nonconsent [1] 19/3
normal [2] 22/18 23/11
North [1] 18/20
NORTHERN [8]  1/2 1/15 1/22 4/8 31/22
33/13 39/12 41/19
not [85]
not -- is [1] 26/2
not -- there's [1] 7/4
not -- you [1] 35/20
notes [1] 25/7
nothing [7] 6/9 6/11 6/18 17/12 23/21
26/19 37/25
Notice [1] 34/2
now [16] 4/9 5/9 11/6 12/18 12/23 13/19
18/13 18/25 19/14 20/18 25/15 28/21
29/7 30/17 36/15 39/24
nude [6] 32/9 32/11 32/14 32/18 32/19
32/25 33/3 33/5 33/23
nude-beach [1] 32/18
number [8] 6/2 10/24 11/1 14/5 27/19
32/4 34/19 34/22

## O

object [1] 39/15
observe [2] 20/25 22/14
observed [2] 19/18 22/17
obst [1] 36/24
obstreperous [1] 36/25
obstruct [1] 24/13
obtain [1] 28/8
obtained [1] 34/12
obvious [1] 14/22
off [3] 4/17 5/24 26/18
offense [3] 34/10 34/12 34/14
offenses [4] 34/3 35/2 35/25 40/8
offer [3] 17/2 27/7 27/10
OFFERED [1] 3/18
offhand [2] 40/10
office [3] 10/5 11/8 39/11
Official [1] 41/19
Oh [4] 4/17 5/24 26/18
okay [52]
Okay. [2] 10/12 13/15
Okay. And [1] 10/12

# O

Okay. So [1] 15/15
once [2] 6/25 7/1
one [15] 13/3 25/15 25/19 25/19 26/13 26/15 29/6 29/14 29/17 32/12 32/20 34/19 34/21 37/25 39/20
only [1] 35/15
operating [7] 5/1 7/21 7/22 35/11 35/16 35/17 36/14
opinion [4] 19/5 21/3 25/21 28/8
opinions [1] 25/18
opportunity [12] 10/1 10/7 10/10 10/14 18/7 19/19 19/22 19/23 20/25 22/11 35/24 38/12
order [2] 22/19 37/17
other [10] 13/6 15/6 15/12 21/15 23/20 24/12 28/21 34/7 34/11 40/3
others [1] 19/20
Otherwise [1] 12/22
our [9] 8/23 9/10 11/9 19/24 22/19 23/1 23/11 23/14 39/15
out [9] 4/24 5/17 14/6 14/25 37/3 37/19 37/24 39/1 39/15
outbursts [2] 21/1 27/19
outcome [1] 24/11
outside [3] 9/20 39/7 40/2
over [5] 4/17 8/5 9/13 36/18 38/25
overnight [1] 29/17
overvalued [1] 21/24
own [1] 6/25

# P

p.m [1] 13/24
P.O [1] 1/19
PAGE [1] 3/2
paranoia [2] 23/14 23/16
paranoid [4] 22/14 23/2 23/13 27/20
Pardon [3] 14/18 30/10 30/25
Paris [1] 27/1
part [3] 7/23 21/1 38/6
particularly [1] 37/18
party [4] 36/17 36/18 36/19 36/21
pass [1] 24/1
passion [1] 24/10
path [1] 32/7
pathology [1] 23/6
pecuniary [2] 40/17 40/17
Pedo [2] 33/4 33/21
penalties [2] 40/8 40/25
penalty [1] 40/13
people [5] 7/23 13/3 26/22 26/22 26/23
per [1] 22/14
perhaps [2] 8/10 31/2
periodical [1] 34/7
permissible [1] 36/23
permission [2] 30/8 30/12
permit [1] 11/13
permitted [1] 36/11
person [1] 28/7
personal [2] 34/10 34/13
personality [3] 23/6 23/10 23/17
persuaded [1] 28/15
pertaining [1] 9/7
PETER [1] 1/21
Ph.D [1] 18/19
phone [4] 10/8 13/14 19/23 23/19
physically [2] 4/21 29/25
piece [2] 16/14 38/3
place [1] 6/12
placed [1] 30/2
plan [4] 7/9 8/25 9/10 11/12
plan his [1] 11/12
plans [2] 9/17 11/9
playing [1] 21/9
plea [5] 3/12 35/19 35/21 36/5 36/7
plead [8] 35/2 35/4 35/6 35/13 35/22 35/24 35/25 36/3
please [8] 4/13 6/1 6/7 8/22 10/23 14/4 16/20 17/23
point [3] 4/24 39/18 40/22
pornography [7] 31/19 31/24 32/5 33/10 33/15 33/19 40/13
pose [2] 24/20 24/25
position [1] 21/13
possess [1] 31/23
possessed [1] 32/3
possession [2] 31/18 40/12
possibility [1] 38/16
potter [1] 32/23
power [3] 5/17 38/24 38/25
practices [1] 22/5
practicing [2] 16/11 26/12
pray [1] 4/11
pre [1] 32/23
pre-teen [1] 32/23
predicate [1] 20/13
prefer [1] 16/2 35/8
preliminary [2] 19/10 20/19
prepare [3] 19/8 20/18 23/23
prepared [2] 19/10 28/7
preponderance [2] 28/2 28/16
prepubescent [1] 32/25
prescribed [1] 41/15
present [7] 7/12 8/19 9/18 10/19 13/25 14/1 37/9
presiding [1] 4/10
preteen [1] 32/18
pretty [1] 40/7
preventing [1] 40/1
prior [1] 29/17
privileges [1] 5/13
probably [2] 21/20 23/6
probably -- I [1] 23/6
problem [1] 22/23
proceed [11] 7/3 7/5 7/7 7/10 8/7 10/2 17/1 17/5 17/18 36/4 36/15
proceeding [5] 3/2 7/5 7/7 7/8 7/14
proceedings [12] 2/5 3/3 12/21 12/23 16/18 20/6 28/13 39/7 40/1 40/3 41/12 41/14
proceeds [1] 34/11
produced [3] 2/6 31/24 34/9
profits [1] 34/11
promises [1] 37/4
promote [1] 24/14
properly [8] 13/1 13/17 20/7 28/14 37/5 38/13 39/20 39/22
property [8] 16/15 27/4 34/10 34/12 34/15 34/15 34/16 38/3
prove [1] 7/6
proven [1] 26/12
proves [1] 7/19
provide [2] 19/15 29/23
provided [3] 19/13 29/18 29/21
psychiatric [1] 20/11
psychologist [2] 18/1 27/21
Psychologists [1] 25/23
psychology [4] 18/19 18/21 18/21 25/22
psychotic [1] 23/16
pthc [5] 32/10 32/13 32/22 33/4 33/21
Ptsc [1] 33/4
PUBLIC [2] 1/21 39/11
purpose [4] 15/2 23/9 23/18 24/13
purposes [1] 28/19
pursuant [1] 34/4

# Q

qualifications [1] 18/14
qualified [2] 25/21 26/3
que [1] 5/1
question [21] 13/9 16/10 16/20 16/25 21/16 21/19 25/5 25/10 25/11 25/15 25/24 31/14 35/5 35/7 35/9 35/13 35/15 38/21 38/24 39/3 39/4
questions [5] 13/10 24/15 24/19 24/24 38/19
quiet [1] 6/1
quit [2] 4/18 4/18

# R

Raise [1] 17/8
RANDALL [4] 3/5 17/7 17/19 17/25
range [1] 40/13
RATTAN [6] 3/5 3/19 17/7 17/19 17/25 20/24
reached [1] 39/18
read [6] 19/22 30/19 31/12 31/14 35/1 37/17
real [5] 34/10 34/13 36/18 36/19 36/21
really [2] 22/17 28/6
reason [3] 15/5 15/5 41/2
reasonably [2] 22/19 24/5
receipt [1] 33/10
receive [1] 33/14
received [4] 20/23 29/9 33/18 34/9
recess [11] 8/10 8/11 8/14 8/18 8/23 9/25 10/8 10/13 10/18 11/2 13/23
record [10] 4/20 5/4 6/4 8/17 11/1 17/15 17/24 30/13 39/17 41/14
recorded [1] 19/24
recuse [2] 13/4 26/11
referenced [1] 34/16
referring [1] 37/6
reflect [1] 30/13
reflective [1] 23/3
refused [2] 29/24 35/21
refusing [1] 36/3
regarding [1] 21/25
relationship [1] 22/22
release [1] 40/20
relieve [1] 31/6
religious [1] 21/21
rely [1] 16/4
removed [1] 37/10
rendered [1] 19/12
rendering [1] 20/4
repeat [1] 25/11
rephrase [1] 25/11
report [9] 3/19 19/8 19/11 20/18 20/19 23/5 23/18 25/7 27/17 28/5 28/6 28/7
reported [2] 2/5 37/7
REPORTER [2] 2/1 41/19
Reporter's [2] 3/14 41/13
represent [9] 9/7 31/3 36/11 38/13 39/9 39/10 39/14 39/16 41/6
representation [2] 31/7 39/21
represented [1] 37/18
representing [2] 16/14 40/4
require [1] 9/16
residence [1] 34/23
respect [7] 18/13 18/25 19/5 19/15 20/24 21/3 40/12
respective [3] 34/10 34/12 34/14
respond [4] 13/2 16/18 35/8 35/12
response [1] 26/21

Pussy [1] 33/3
Pussy-Lolfers [1] 33/3
put [6] 4/20 4/21 6/4 10/25 26/15 26/21

**R**

resume [1] 13/7
resuming [2] 12/24 13/24
returned [1] 30/17
revocation [1] 40/23
revoked [1] 40/22
Rides [1] 33/22
right [8] 4/22 5/8 5/22 17/8 26/22 36/15 37/8 38/4
rights [1] 31/3
rise [9] 4/3 8/15 8/20 10/17 10/21 13/22 14/2 23/7 41/11
RMR [3] 2/1 41/13 41/18
ROBERT [7] 1/7 1/17 14/8 18/4 31/16 31/23 33/14
room [9] 1/22 2/1 15/14 15/15 15/19 15/24 22/9 26/9 41/22
rope [2] 33/6 33/7
rubricked [1] 21/11
ruled [1] 26/20
rules [1] 21/10
ruling [4] 3/10 27/13 28/4 39/23
run [1] 40/23

**S**

SAAD [10] 1/20 3/9 9/2 10/19 11/24 12/6 14/20 30/14 39/18 40/6
SAENZ [4] 2/1 41/13 41/17 41/18
said [9] 7/11 12/7 12/11 12/11 19/2 26/6 26/13 28/10 37/23
SALEEM [14] 1/14 3/6 3/8 14/11 17/2 17/22 26/14 26/20 27/5 28/1 29/2 29/14 30/19 31/11
Saleem's [1] 14/9
same [1] 18/10
sanction [1] 21/22
sandra [1] 32/17
sandra-teen [1] 32/17
saw [1] 22/23
say [14] 6/18 6/19 7/3 20/13 21/23 22/17 22/24 23/13 25/7 25/8 37/6 37/8 38/20 38/20
saying [2] 24/21 36/24
says [1] 28/7
seated [7] 4/13 8/22 10/23 14/4 17/14 30/3 32/24
second [8] 4/24 14/23 28/24 28/25 29/4 29/5 34/25 35/3
Section [6] 32/6 33/8 33/19 34/2 34/4 34/6
Sections [3] 31/19 33/11 33/25
security [1] 19/24
see [5] 8/24 9/4 15/20 17/16 18/7
seen [1] 23/21
Seized [1] 34/23
select [1] 22/21
send [1] 29/16
sense [1] 22/10
serial [3] 32/4 34/19 34/21
seriousness [1] 41/3
service [3] 7/25 8/6 10/13
session [1] 4/9
set [8] 10/14 10/14 11/3 11/21 12/5 12/10 15/8 21/20
Settlement [1] 34/23
setup [1] 12/17
severe [3] 20/11 20/12 23/9
sexual [1] 33/24
shall [1] 34/5
sham [1] 37/25
she [1] 11/24
She's [1] 12/9

shipped [3] 31/25 33/15 34/9
should [1] 36/11
show [1] 26/14
showing [2] 20/13 33/3
shown [1] 27/20
shows [1] 5/19
sic [3] 22/7 34/25 35/3
side [3] 13/6 15/12 36/19
signature [1] 19/11
Signed [1] 41/16
simply [2] 28/7 38/14
since [1] 19/19
sir [39] 4/7 4/16 4/24 5/6 5/25 6/6 6/8 6/9 6/13 6/17 6/18 6/21 7/5 7/7 7/11 7/18 8/5 16/11 16/21 17/13 24/22 25/4 25/10 25/12 25/21 25/24 26/8 26/17 29/11 35/5 35/7 35/10 35/14 36/4 36/13 36/20 38/7 38/18 38/25
sister [2] 32/11 32/14
Sister-18.jpg [1] 32/11
sister-36.jpg [1] 32/14
sitting [3] 26/8 26/22 26/24
so [27] 4/22 7/10 8/7 9/18 9/21 12/6 12/17 13/15 13/17 17/12 20/15 21/15 22/23 23/2 24/9 27/1 28/3 28/18 29/4 30/19 36/21 37/12 38/24 39/3 39/9 40/4 41/8
socializes [1] 22/21
solemnly [1] 17/10
some [9] 5/19 7/6 9/16 16/3 16/14 19/22 23/2 23/6 23/12 25/13 27/20 28/21 29/4 38/24 40/7 40/22
somebody [1] 10/8
somehow [1] 8/4
something [4] 5/3 9/16 23/7 31/9
sometime [2] 15/3 19/18
somewhere [1] 5/19
sorry [4] 15/16 26/23 30/8 30/11
sovereign [4] 21/11 21/17 26/22 26/25
speak [4] 8/9 9/21 19/20 22/9
speaker [2] 9/13 10/19
speaking [1] 13/6
special [2] 14/13 18/14
specifically [5] 18/3 19/8 19/14 32/3 33/18
spoke [4] 19/2 25/12 25/13 25/16
spread [4] 32/15 32/20 33/3 33/7
stand [5] 5/23 19/6 20/16 28/10 39/24
standard [2] 19/24 21/10
standing [1] 13/5
state [3] 17/23 27/24 38/1
statement [3] 3/8 3/9 27/13
STATES [15] 1/1 1/4 1/11 1/14 4/6 4/11 6/3 6/10 13/4 14/7 26/25 31/15 31/16 34/5 41/16
statute [1] 23/9
stay [2] 31/8 37/2
stenography [1] 2/5
step [1] 27/6
still [11] 11/21 15/7 19/4 32/8 32/11 32/14 32/19 32/24 33/5 36/10 36/13
Street [4] 1/15 1/22 2/1 41/22
strike [1] 25/25
study [2] 22/18 22/18
stuff [1] 8/3
style [1] 14/7
subject [3] 34/16 37/21 41/1
subjecting [2] 40/8 41/1
submit [1] 27/16
submitted [1] 27/17
subset [1] 22/5
such [4] 18/15 28/20 34/8 34/15
sue [1] 39/2

suffering [1] 20/3
sufficient [1] 29/8
suggests [1] 20/17
Suite [1] 1/15
suited [1] 14/24
superseding [17] 3/11 28/24 28/24 29/1 29/4 29/6 29/9 29/22 30/17 30/20 31/12 31/17 35/1 35/3 36/1 36/9
supervised [1] 40/20
support [3] 17/3 20/10 21/12
supposed [1] 39/3
supposedly [1] 16/14
Supreme [2] 36/22 37/6
sure [3] 12/7 26/13 27/1
surprised [1] 22/24
swear [1] 17/10
sworn [2] 17/9 17/20
symptom [1] 23/14
system [1] 11/3

**T**

table [2] 30/2 30/14
tactic [2] 21/9 24/9
tactics [2] 21/10 22/3
take [8] 8/13 10/12 11/2 16/22 26/17 36/10 37/3 41/2
taking [1] 12/6
talking [3] 11/22 23/20 24/7
Taylor [1] 1/22
Tech [1] 18/18
technically [1] 19/10
teen [2] 32/17 32/23
telephone [5] 1/16 1/23 2/2 12/16 41/23
tell [5] 4/17 5/24 11/10 38/6 38/7
telling [1] 16/11
tended [1] 21/12
tendered [1] 29/14
term [1] 40/19
terms [2] 28/1 40/23
testified [1] 17/20
testimony [5] 3/5 17/10 26/1 26/2 27/17
TEXAS [19] 1/2 1/5 1/15 1/16 1/19 1/22 1/23 2/2 4/9 18/2 18/18 18/20 31/22 33/13 34/24 39/12 41/18 41/19 41/22
than [6] 5/21 6/10 6/11 25/17 38/1 40/20
Thank [3] 10/11 10/15 27/6
that [172]
that -- with [1] 19/9
that's [13] 15/5 22/25 23/7 25/10 27/17 27/22 28/9 28/20 29/3 29/6 36/9 40/4 41/9
the -- at [1] 6/23
the -- I [1] 15/7
the -- I'm [1] 26/13
the -- Ms. Saleem [1] 28/1
the American [1] 25/23
their [1] 22/3
them [2] 30/2 39/2
then [9] 9/12 11/13 12/15 14/14 17/1 20/15 22/11 25/21 35/23
there [21] 5/22 6/23 6/23 9/16 15/5 15/12 16/12 16/13 16/14 20/10 25/8 26/9 28/17 28/12 28/14 29/4 36/18 38/16 39/1 40/18 40/19
there -- down [1] 6/23
there's [5] 5/21 7/4 16/23 20/13 22/2
these [5] 4/21 22/2 22/4 25/18 26/12
they [7] 15/18 18/17 23/11 24/22 37/23 37/24 40/23
thing [4] 4/16 4/20 4/24 24/23 25/19 26/10
things [1] 4/19

## T

think [11] 5/2 11/6 12/19 15/7 24/9
24/10 24/12 25/7 37/16 39/24 40/6
third [12] 3/11 15/18 15/24 28/23 29/6
29/9 30/17 30/20 31/12 31/16 36/1 36/9
this [95]
Thompson [3] 11/8 12/20 13/17
those [13] 11/7 22/11 23/12 23/17 27/20
28/15 28/16 28/17 38/25 39/9 40/18
40/22 41/15
though [1] 19/14
thought [1] 26/15
threatening [1] 4/18
three [2] 24/5 25/16
throughout [2] 23/14 24/5
tied [5] 32/7 32/9 33/2 33/6 33/7
time [9] 9/6 20/21 30/18 31/11 35/1
36/24 38/21 40/24 41/7
to -- for [1] 26/10
to -- I'm [1] 5/18
to -- if [1] 9/12
to be [1] 13/13
today [10] 4/20 5/16 6/2 7/24 15/5 22/24
24/11 27/18 27/22 41/9
told [1] 12/19
too [1] 39/2
tori [2] 32/10 32/13
touching [1] 32/21
traceable [2] 34/11 34/15
traits [1] 23/10
transcript [4] 1/10 2/5 41/14 41/15
transported [3] 31/25 33/15 34/9
Treaty [1] 27/1
trial [9] 19/6 20/16 24/13 28/19 36/23
37/9 37/13 39/25 40/3
tried [2] 5/2 5/16
true [2] 35/17 41/14
trust [2] 5/1 5/10
trustee [1] 5/6
truth [3] 17/11 17/11 17/12
try [2] 9/19 38/21
trying [11] 4/18 5/7 5/18 6/10 6/11 7/24
8/4 35/15 36/4 36/14 37/24
turn [3] 5/2 5/8 5/12
twice [2] 40/17 40/17
two [4] 15/21 25/15 31/14 32/9

## U

U.S [1] 37/7
ultimately [1] 20/15
unable [4] 20/5 23/22 28/7 28/12
uncommon [1] 21/12
under [9] 7/22 23/17 35/11 35/16 35/17
36/4 36/14 36/15 39/9
underage [2] 32/18 33/4
understand [6] 20/5 23/22 25/5 26/7
27/19 28/13
understanding [3] 29/2 38/6 38/8
unit [1] 22/19
UNITED [15] 1/1 1/4 1/11 1/14 4/6 4/11
6/3 6/10 13/3 14/7 26/25 31/15 31/15
34/5 41/16
University [2] 18/19 18/20
unlawful [1] 36/16
unless [1] 5/19
until [7] 7/6 7/19 9/3 10/13 11/2 22/18
37/4
unusual [1] 22/4
up [17] 5/18 6/23 9/18 9/21 9/22 10/14
10/14 11/3 11/21 12/6 12/10 15/8 17/14
26/9 26/14 40/16 40/20
upon [2] 27/16 34/3

## V

us [8] 4/11 11/4 11/5 11/10 11/25 19/19
38/12 38/22
USA [1] 16/12
USC [9] 31/19 32/6 33/8 33/11 33/19
33/25 34/2 34/4 34/6
used [2] 34/13 34/13
using [2] 31/24 38/10
usual [1] 14/23

versus [5] 1/6 6/3 14/8 31/16 37/7
very [4] 14/20 18/13 22/3 28/2
via [2] 10/19 13/25
victims [1] 40/18
video [2] 14/25 33/23
videotape [1] 34/7
vie [1] 5/1
views [2] 21/14 21/21
violation [4] 31/19 33/8 33/10 33/25
visual [2] 34/6 34/8
VOLUME [1] 1/10

## W

waist [1] 32/25
waive [3] 5/9 5/12 5/13
waive -- I [1] 5/13
wall [1] 15/12
want [20] 5/3 9/19 10/2 10/7 10/7 13/4
13/9 13/16 22/9 22/9 24/16 27/7 38/3
38/20 38/21 38/23 38/23 38/25 39/14
41/2
wanted [1] 10/6
warden's [1] 19/11
warned [1] 37/9
was [24] 12/11 12/11 13/9 14/6 14/7
15/2 15/16 15/17 18/6 18/10 18/12 20/9
20/10 22/24 26/14 27/21 28/7 28/9
29/10 30/2 30/18 31/24 33/15 34/8
was -- I [1] 22/24
way [10] 5/19 9/15 9/22 11/22 12/17
12/23 13/18 23/16 26/20 26/24
ways [2] 23/11 36/23
WCAV5C309672 [2] 32/4 34/22
we [57]
we -- are [1] 5/4
we -- as [1] 39/13
we'll [8] 8/13 9/13 10/12 11/21 12/21
13/15 13/17 39/22
we're [25] 5/5 6/2 6/20 6/21 7/7 8/23
8/24 9/3 9/4 10/24 11/2 11/3 12/16
12/17 12/22 13/18 14/5 14/25 15/5 15/6
26/7 27/1 28/22 30/16 37/16
we've [6] 14/22 19/18 19/19 19/21
19/23 24/6
wearing [1] 33/23
WEAST [49]
Weast's [5] 21/2 21/3 21/7 31/3 34/23
week [1] 10/5
well [10] 10/4 22/10 22/16 22/19 24/5
25/4 26/23 27/17 29/17 40/14
went [2] 37/6 37/8
were [6] 11/22 16/8 16/16 18/3 18/25
19/4 20/18 29/4 40/21 40/22
Western [2] 32/3 34/21
what [39] 5/17 8/2 9/17 9/19 10/14 11/9
12/7 12/19 14/7 15/16 17/24 18/17 20/9
21/17 21/17 21/18 23/13 23/22 24/21
27/1 28/9 28/23 29/20 30/16 30/20 31/1
35/1 35/10 35/15 35/25 36/3 36/13
37/17 37/22 38/6 38/7 38/10 38/23 40/7
what -- we [1] 28/23
what's [6] 6/6 6/6 9/11 15/8 17/16 23/8
whatever [2] 38/20 41/4

when [5] 16/18 22/7 22/23 35/21 37/18
whenever [1] 36/19
where [10] 9/4 14/3 17/5 11/24 15/8
15/22 30/2 36/16 39/19 40/5
whether [5] 9/19 18/4 19/5 20/3 35/13
which [7] 5/1 7/21 9/22 23/17 24/10
34/8 34/8
while [3] 15/6 28/22 40/23
White [1] 34/23
who [15] 10/3 14/11 16/13 16/13 19/20
21/23 22/22 23/20 26/14 28/7 33/23
36/17 36/21 39/1 40/18
whole [1] 17/11
why [7] 8/11 16/11 16/12 21/5 21/5 26/7
26/8
Wide [1] 33/3
will [13] 10/12 11/10 11/16 12/21 12/25
13/8 13/18 14/19 17/11 21/10 31/11
37/10 41/5
willing [1] 16/22
willingness [1] 11/17
wish [11] 7/3 12/25 16/7 17/2 24/19
24/24 26/5 27/23 35/12 37/20 41/6
wishes [4] 9/12 24/11 27/10 27/13
Withdraw [1] 9/2
without [4] 20/12 38/14 39/25 40/3
witness [5] 24/1 24/20 24/25 26/1 28/10
witnesses [1] 5/17
Womble [1] 14/13
won't [3] 6/8 11/13 39/4
word [2] 3/15 38/7
words [2] 21/15 24/12
world [1] 23/12
worse [1] 38/1
WORTH [13] 1/3 1/5 1/16 1/18 1/19
1/23 2/2 4/9 18/2 31/21 33/12 41/20
41/22
would [32] 4/19 4/20 6/1 6/7 6/16 7/15
7/16 9/16 9/19 9/22 16/2 16/4 16/5 16/8
16/17 16/20 17/6 21/23 23/9 23/13
27/16 27/25 28/4 30/1 31/1 35/8 36/16
38/11 38/16 39/15 40/20 40/23
wouldn't [1] 22/24
writings [1] 19/22

## Y

Y'all [1] 8/13
yahoo.com [2] 2/3 41/24
ye [3] 4/5 4/5 4/5
Yeah [2] 16/10 25/1
years [5] 18/24 40/13 40/15 40/16 40/20
yellow [2] 33/6 33/7
yes [28] 8/11 9/5 9/9 9/24 10/9 10/9
11/16 11/20 11/23 12/8 12/10 13/20
13/21 14/10 15/10 17/4 17/13 17/17
18/9 19/7 19/10 20/8 20/20 23/25 27/25
29/16 30/6 31/10
yet [1] 19/11
Ygold [2] 33/4 33/22
you [188]
you -- did [2] 22/7 22/14
you -- he [1] 9/10
you'll [3] 12/20 30/19 39/20
you're [19] 5/7 6/9 8/3 9/6 12/3 12/3
12/3 16/22 16/24 21/17 25/8 25/18 26/9
26/13 26/15 26/18 36/15 37/19 40/25
you've [6] 12/19 26/10 26/12 34/25
38/13 40/25
young [2] 32/23 33/4
younger [2] 32/10 32/14
your [72]
yourself [11] 12/25 16/5 16/8 26/11
26/18 36/11 38/12 38/13 41/1 41/6 41/7

Z

zero [1] 40/13