1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                    FORT WORTH DIVISION

4    UNITED STATES OF AMERICA,    ) CASE NO. 4:14-CR-023-A
            Government,           )
5                                 ) FORT WORTH, TEXAS
     VERSUS                       )
6                                 ) JULY 25, 2014
     CHRISTOPHER ROBERT WEAST,    )
7            Defendant.           ) 11:08 A.M.

8

9                         VOLUME 9 OF 16
                  TRANSCRIPT OF PRETRIAL HEARING
10             BEFORE THE HONORABLE JOHN McBRYDE
               UNITED STATES DISTRICT COURT JUDGE
11

12   A P P E A R A N C E S:

13   FOR THE GOVERNMENT:      MS. AISHA SALEEM
                              MR. DAN COLE
14                            UNITED STATES DEPARTMENT OF JUSTICE
                              NORTHERN DISTRICT OF TEXAS
15                            801 Cherry Street, Suite 1700
                              Fort Worth, Texas  76102-6882
16                            Telephone:  817.252.5200

17   FOR THE DEFENDANT:       MR. CHRISTOPHER ROBERT WEAST
     (via video conference)   #47797-177
18                            BOP Fort Worth FCI
                              P.O. Box 15330
19                            Fort Worth, Texas  76119

20                            MR. PETER FLEURY
                              ASSISTANT FEDERAL PUBLIC DEFENDER
21                            NORTHERN DISTRICT OF TEXAS
                              819 Taylor Street, Room 9A10
22                            Fort Worth, Texas  76102
                              Telephone:  817.978.2753
23
                              MS. PATRICIA TOVAR, Paralegal
24

25

```
1   FOR THE DEFENDANT:        MS. ANGELA SAAD
    (in courtroom)            MR. CHRIS CURTIS
2                             ASSISTANT FEDERAL PUBLIC DEFENDER
                              NORTHERN DISTRICT OF TEXAS
3                             819 Taylor Street, Room 9A10
                              Fort Worth, Texas  76102
4                             Telephone:  817.978.2753

5   COURT REPORTER:           MS. DEBRA G. SAENZ, CSR, RMR, CRR
                              501 W. 10th Street, Room 424
6                             Fort Worth, Texas  76102
                              Telephone:  817.850.6661
7                             E-Mail: debbie.saenz@yahoo.com

8

9   Proceedings reported by mechanical stenography, transcript

10  produced by computer.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# I N D E X

| **PROCEEDING** | **PAGE** |
|---|---|

Proceedings...................................... 04

TESTIMONY OF BILL McGREGOR

  Direct Examination by Mr. Curtis............... 09

  Cross-Examination by Ms. Saleem................ 23

  Redirect Examination by Mr. Curtis............. 31

Court's Ruling on Defendant's Motion............. 32

TESTIMONY OF JAMES WINES

  Direct Examination by Ms. Saleem............... 34

  Cross-Examination by Ms. Saad.................. 39

Court's Ruling on government's motion............ 49

Further pretrial discussions..................... 49

Reporter's Certificate........................... 62

Word Index....................................... 63

## DEFENDANT'S EXHIBIT INDEX

| NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Bill McGregor CV | 10 | 10 |
| 2 | 7/24/14 E-mail | 19 | 19 |
| 3 | 7/24/14 E-mail | 16 | 16 |

1                          **P R O C E E D I N G S**

2                      July 25, 2014 – 11:08 a.m.

3              *(Defendant Weast present via video conference)*

4              *COURT SECURITY OFFICER:*  All rise.

5                  Hear ye, hear ye, hear ye, the United States

6    District Court for the Northern District of Texas at Fort

7    Worth is now in session, the Honorable John McBryde presiding.

8                  Let us pray.  God bless these United States and this

9    Honorable Court.

10                 Please be seated.

11             *THE COURT:*  Good morning.

12             *ALL PRESENT:*  Morning.

13             *THE COURT:*  Okay.  We're here on Number

14   4:14-CR-023-A.  It's United States of America versus

15   Christopher Robert Weast.

16                 Ms. Saleem is here for the government.

17                 And who is this you have with you?

18             *MS. SALEEM:*  Your Honor, I have co-counsel, Dan

19   Cole.

20             *THE COURT:*  Okay.

21             *MR. COLE:*  Morning.

22             *THE COURT:*  Let's see.  I got an entry of

23   appearance, I believe this morning, from Mr. Cole.

24             *MR. COLE:*  Yes, Your Honor.  That's correct.

25             *THE COURT:*  Okay.  And then Ms. Saad's here for the

1    defendant, along with Mr. Curtis.

2            *MS. SAAD:*  Yes, Your Honor.

3            *MR. CURTIS:*  Yes, Your Honor.

4            *THE COURT:*  Okay.  Now, my understanding is that the

5    defendant is in the conference room on the third floor, and

6    that he has audio access to the courtroom where he can hear

7    what's going on, and will have visual access to the witness

8    stand, if anybody testifies.

9            And do you have a clerk or somebody in the room with

10   the defendant?

11           *MS. SAAD:*  Yes, Your Honor.  We do have one of our

12   staff with him, communicating with us via this computer at

13   this time.

14           Mr. Weast has indicated that he --

15           *THE COURT:*  What's his name?

16           *MS. SAAD:*  Oh, her name is Patricia Tovar.

17           *THE COURT:*  Patricia what?

18           *MS. SAAD:*  Tovar, T-O-V-A-R.

19           *THE COURT:*  Ms. Tovar, can you hear us?

20           *MR. CURTIS:*  She's typing right now, Your Honor.

21   She responded and said, his name is not Mr. Weast.

22           *THE COURT:*  She said what?

23           *MS. SAAD:*  She's communicating Mr. Weast's

24   communications that he is not Mr. Weast, and that I am not

25   his -- I, meaning Ms. Saad, am not his attorney.

1              THE COURT:  Okay.  For the record, the people in the

2    third floor conference room, including Ms. Tovar, can

3    communicate with defense counsel over a computer, an internet

4    computer set up.

5              And that, what you're telling me now, Ms. Saad, is

6    what you -- the communication you received from the third

7    floor?

8              MS. SAAD:  That's correct, Your Honor.

9              THE COURT:  And I take it that she also indicated

10   that they can hear us here?

11             MR. CURTIS:  I'm not sure she's having time to

12   communicate that to us, Your Honor.  She's typing quite a bit

13   of information -- I'm sorry, Your Honor.  I apologize.

14             She's typing quite a bit of information that

15   Mr. Weast wants us to tell you.  She just communicated that,

16   yes, we can hear you, so the record should reflect they can

17   hear us, Your Honor.

18             THE COURT:  Okay.  Ms. Tovar, can you and Mr. Weast

19   see the witness box from where you are?

20             MR. CURTIS:  She's typing, Your Honor.

21             MS. SAAD:  Yes, Your Honor.  She says, yes.

22             THE COURT:  Okay.  Very good.

23             We have two matters scheduled for hearing.

24             One is the motion of the defendant to supplement the

25   defendant's exhibit list by the designation of an expert by

1    the name of Bill McGregor.

2            And the other is a motion by the government to

3    supplement its witness and exhibit list by adding as a witness

4    FBI Special Agent James Wines, and as an exhibit, a copy, a

5    redacted copy -- maybe two exhibits, the actual birth

6    certificate of one of the persons the government says is

7    depicted on some of the images that are alleged in Count 1 and

8    a redacted copy.

9            Do you have both on the exhibit list?

10           MS. SALEEM:  Your Honor, we are only offering the

11   redacted copy, but we are making the original available

12   for -- or we've made or are making the original available for

13   inspection today, in the event that the question regarding the

14   admissibility of the redacted copy has to go to the

15   redactions.

16           THE COURT:  Okay.  Now, I received a second motion

17   by the government to amend the witness and exhibit list, and

18   all it has to do with is the change of the identity of a

19   records custodian.

20           Am I correct on that?

21           MS. SALEEM:  That's correct, Your Honor.

22           THE COURT:  I take it there's no objection to that?

23           MS. SAAD:  No, Your Honor.  No objections to that.

24           And, Your Honor --

25           THE COURT:  And the only change in the exhibit list

1    suggested by that was to add, on the exhibit list, that the

2    new custodian would be the person -- a person to offer that

3    exhibit.

4            Okay.  Go ahead.  Did you have something you wanted

5    to say?

6            MS. SAAD:  Your Honor, I just wanted to ensure the

7    communications I'm receiving are just on the record:  That

8    Mr. Weast wants to proceed pro se, and that he's questioning

9    the jurisdiction of the court.  And so I just wanted to make

10   sure that that objection is noted, and we can proceed.

11           THE COURT:  Okay.  That's fine.  You have conveyed

12   his objection.

13           MS. SAAD:  Thank you, Your Honor.

14           THE COURT:  Okay.  You may proceed.  We'll go

15   forward with the defendant's motion first.  That was the first

16   one filed, so you may proceed, Ms. Saad.

17           MR. CURTIS:  Thank you, Your Honor.

18           THE COURT:  Are you taking the laboring oar on this,

19   Mr. Curtis?

20           MR. CURTIS:  Yes, sir, I am, Your Honor.

21           THE COURT:  You may proceed.

22           MR. CURTIS:  Thank you.  Your Honor, the defense

23   calls Bill McGregor.

24           THE COURT:  Okay.  Come forward.  Raise your right

25   hand to be sworn.

```
 1              (Witness sworn)
 2              THE COURT:  Okay.  Come up and be seated.  The
 3     witness stand is over here.
 4              Okay.  You may proceed, Mr. Curtis.
 5              MR. CURTIS:  Thank you, Your Honor.
 6                        JAMES WILLIAM McGREGOR,
 7     having been first duly sworn, testified as follows:
 8                        DIRECT EXAMINATION
 9     BY MR. CURTIS:
10     Q.      Mr. McGregor, would you state your full name, please.
11     A.      James William McGregor.
12     Q.      And how are you employed, Mr. McGregor?
13     A.      Through E-Investigations.
14     Q.      And would you spell that for the court reporter,
15     please.
16     A.      E, investigations, I-N-V-E-S-T-I-G-A-T-I-O-N-S.
17     Q.      Caught you offguard.  It's all one word, correct?
18     A.      We space it, but there's -- there's -- it's --
19     Q.      All right.  And do you go by Bill?
20     A.      Yes, sir.
21              THE COURT:  Is that your company or --
22              THE WITNESS:  No, sir.
23              THE COURT:  Okay.
24     Q   (BY MR. CURTIS)  Is it -- is E-Investigations a forensic
25     specialist company?
```

1    A.      Yes, sir.

2    Q.      All right.  And are you a digital forensic

3    specialist?

4    A.      Pretty much anything with a storage device, sir.

5    Q.      When you say, "a storage device", are you -- is one

6    of your key areas of expertise forensic imaging and storage of

7    those images on digital devices, including computers, mobile

8    devices, and video devices?

9    A.      Yes, sir.

10   Q.      Okay.  I'd ask you to look at what's in front of you

11   and marked as pretrial -- Defendant's Pretrial Exhibit Number

12   1.  Do you see that?

13   A.      Yes, sir.

14   Q.      And what is that?

15   A.      It's my CV.

16          MR. CURTIS:  Your Honor, at this time I'd offer into

17   evidence Defendant's Pretrial Hearing Exhibit Number 1.

18          THE COURT:  It's received.

19          MR. CURTIS:  Thank you, Your Honor.

20   Q   (BY MR. CURTIS)  Now, are images that are transferred on

21   the internet, downloaded through the internet, are they

22   actually digitally-stored data?

23   A.      Yes, sir.

24   Q.      And that's whether it's a photograph or a video, it's

25   digitally-stored data?

1    A.      Yes, sir.

2    Q.      And what does that mean, exactly?

3    A.      Pretty much anything on the computer or mobile

4    devices, ones and zeros.  Everything breaks down to computer

5    language, even pictures that you see.

6    Q.      Would you briefly tell the Court your training and

7    experience and education that you have that qualifies you as

8    an expert in the area of forensic image storing?

9    A.      I have an associate's in computers.  I have a

10   bachelor's in computers.

11            THE COURT:  Where is your associate's from?

12            THE WITNESS:  Sir, it's from the Air Force,

13   actually, out of a community college of the Air Force.

14            THE COURT:  You did what?

15            THE WITNESS:  Community college of the Air Force,

16   sir.

17            THE COURT:  What community -- you mean the Air Force

18   has a community college?

19            THE WITNESS:  Yes, sir.  We're the only branch of

20   the military with a college.

21            THE COURT:  Where do you attend school when you take

22   that?

23            THE WITNESS:  We actually go to training in school

24   in the military.

25            THE COURT:  You don't have a classroom, you --

1          *THE WITNESS:*  Yes, we --

2          *THE COURT:*  -- just do it over the computer?

3          *THE WITNESS:*  No, it was a classroom.  Biloxi,

4    Mississippi is where I actually trained for computers.

5          *THE COURT:*  How long a -- how long of a course is

6    that?

7          *THE WITNESS:*  That was about four months for my

8    computer course.

9          *THE COURT:*  How many hours a day?

10         *THE WITNESS:*  All day, sir, 8 hours, normally, a

11   day.

12         *THE COURT:*  Go ahead.  Where is your bachelor's

13   degree from?

14         *THE WITNESS:*  From Bellevue University, which is

15   outside of Offutt Air Force Base.

16         *THE COURT:*  Is that also through the Air Force?

17         *THE WITNESS:*  No.  That's its own private college.

18         *THE COURT:*  And what -- is that a one-year course or

19   what?

20         *THE WITNESS:*  After I got my associate's through the

21   Air Force, I transferred my credits and then finished my

22   bachelor's there, so I took two years or so there.

23         *THE COURT:*  Okay.  Very good.

24         You may proceed.

25         *MR. CURTIS:*  Thank you, Your Honor.

1    *Q    (BY MR. CURTIS)* Mr. McGregor, are you working on your

2    master's?

3    *A.*      Yes, sir.  I'm approximately four classes short of my

4    Master's in Management Information Science with a minor in

5    digital forensics from the same school.

6    *Q.*      All right.  And digital forensics will -- that's a

7    term that covers the testimony that I'm hoping that we can get

8    into court through you, that we've discussed before trial

9    today, correct?

10   *A.*      Correct.

11   *Q.*      Digital forensics would be a general term that covers

12   that area?

13   *A.*      Yes, sir.

14   *Q.*      Okay.  Speaking of that, you've been employed to

15   testify regarding two general areas in the trial of this case,

16   which starts next Monday.

17        The first one is that computers are susceptible to

18   remote access and hacking via the internet, via wireless

19   routers, via access by other individuals, and via other means.

20        The second general area we're asking you to testify

21   about is whether it's possible for someone to look at a

22   certain visual depiction, whether it's a photo or a video, and

23   determine that it's an actual minor or not, whether that's

24   possible to do that.

25        Are you qualified to testify as an expert on those

1    two questions?

2    A.        Yes, sir.

3    Q.        And tell the Judge, I think you probably covered this

4    with your CV and your testimony a minute ago, but what else

5    qualifies you to testify as an expert in that area?

6    A.        Other than my forensic background and forensic

7    training, I've had a little more than 15 years of IT training

8    through military, government, and through school, as well as

9    my jobs in the government, through the military and the

10   government, and private sector.

11   Q.        When you were with the government, you were with the

12   Air Force, correct?

13   A.        I went Air Force, and then DOD Air Force, and then I

14   went private sector with SAIC working with the military.  I

15   spent four years in Iraq/Afghanistan embedded with the

16   military for IT stuff.

17   Q.        And so the work you did while you were with the

18   military and the government was with computers?

19   A.        All-encompassing, yes.  We did databases over there

20   and pretty much everything down to if your mouse was broken or

21   something, because obviously being short-manned over there,

22   everybody did everything.

23   Q.        Okay.  And you have -- during that time, you had both

24   secret clearance and top secret clearance, correct?

25   A.        Yes, sir.  I started off with TS/SCI clearance, and

1    then as I moved towards the private sector, I got away from

2    it.  It was demoted to a secret, and now I'm without.

3    Q.      Now, what is your opinion regarding the -- whether a

4    computer, a home computer in particular, such as a laptop or a

5    tower, is susceptible to hacking or remote access?

6    A.      In my opinion, anything that is on the internet is

7    susceptible to hacking.  It's just a matter of time and

8    opportunity.

9    Q.      Okay.  I'd ask you to look at Defendant's Exhibit

10   Number 3, I believe.  It's in front of you.  Is that an

11   e-mail?

12   A.      Yes, sir.

13   Q.      And does it contain information that Ms. Saad and I

14   passed on to you, that came from the government's expert,

15   regarding a virus scan on the computer in question in this

16   case?

17   A.      Yes, sir.

18   Q.      All right.  And does -- and did you review the

19   results of that virus scan done by the government expert?

20   A.      Yes.

21   Q.      Okay.  Do you have an opinion as to whether the

22   computer in question in this case is susceptible to

23   hacking -- I'm sorry, yeah, hacking, remote access?

24   A.      Based on what I got from the government with their

25   scan, there are multiple, multiple exploits that could be used

1   to gain access to the person's PC.

2   Q.      And what are exploits?  Explain that word.

3   A.      Ways into a machine, something that somebody can use

4   to gain access or privileged access to a machine.

5   Q.      All right.  Now, regarding your opinion as to whether

6   a person can look at an image, whether it's a still photo or a

7   video image, and tell whether it is an actual or real minor in

8   that image, what is your opinion in that regard?

9   A.      With technology the way it is today, I don't believe

10  that anybody can look at a video and state beyond a shadow of

11  a doubt that it hasn't been altered in some way.

12  Q.      And is that -- would that opinion remain true for

13  images that may have been created back around 2004?

14  A.      Even more so, in my opinion, because the videos back

15  then and pictures back then were more grainy, and they didn't

16  have the megapixels that they have now.

17          MR. CURTIS:  Your Honor, I forgot to offer

18  Defendant's Pretrial Hearing Exhibit 3.

19          THE COURT:  Okay.  It's received.

20          MR. CURTIS:  Thank you, Your Honor.

21  Q   (BY MR. CURTIS)  Would you look at Defendant's Pretrial

22  Exhibit Number 2.  Is that an e-mail that contains some

23  information passed on to you from the government's expert?

24  A.      Yes, sir.

25  Q.      And that information is in response to our request

1   for what's call metadata or EXIF data?

2   A.      Okay.

3   Q.      I'm going to spell EXIF data because I was saying it

4   wrong until yesterday.  It's E-X-I-F?

5   A.      Correct.

6   Q.      Okay.  Now, tell the Judge what EXIF data or metadata

7   is.

8   A.      The EXIF data is embedded data within a picture to

9   tell all of its properties, the pixel heights, the -- how many

10  megapixels it is, what was used.  If you take one from a

11  camera, it will say that it was on a Canon, it will say it was

12  on an iPhone.  And in this case, one of them showed that it

13  was in Photoshop at some point.

14  Q.      Okay.  One of the images in question showed that it

15  had been handled by Photoshop; is that correct?

16  A.      Yes, sir.

17  Q.      And of course -- go ahead and explain briefly what

18  Photoshop is.

19  A.      Photoshop is a well-known, pretty robust program that

20  basically allows you to change images.

21  Q.      Manipulate images?

22  A.      Manipulate.  It has a wide variety of things that you

23  can do with Photoshop.  Most are geared towards changing an

24  image in some form or fashion.

25  Q.      And is that digital manipulation?  Is that what that

1    is?

2    A.       Yes.

3    Q.       Okay.  And you can look at this metadata or EXIF data

4    and see if -- first, you can look to see if the original, or

5    what purports to be the original, creation of the image is in

6    there, correct?

7    A.       Yes, but --

8    Q.       I didn't say that right at all.  Would you correct

9    how I said that?

10   A.       It will give you the creation date, as well as the

11   save dates.  It will also -- like I said, it will give you

12   actually what saved it.  We use this a lot whenever we're

13   doing mobile devices, so you can say this image was from an

14   iPhone, it was saved at this time, and created at this time,

15   so you can say it's pretty well a real image.

16   Q.       And with regard to the metadata or EXIF data, with

17   regard to the images in the indictment in the case,

18   you -- that was provided to you, by us, from the government's

19   expert, correct?

20   A.       Correct.

21   Q.       And for most of the images, there is no metadata or

22   EXIF data that would show the original creation; is that

23   correct?

24   A.       Yes, sir.

25   Q.       Okay.  And their one image does have the -- show that

1    it's been handled by Photoshop?

2    A.        Yes, sir.

3    Q.        And you have not seen those images yet, correct?

4    A.        No, sir.

5    Q.        Okay.  We're planning on -- hoping that you could

6    look, view those images today?

7    A.        Yes.

8    Q.        But that doesn't change your general opinion that you

9    just can't tell whether computer images on a computer are

10   manipulated or not?

11   A.        Not in the least.

12   Q.        And to be clear and be fair, you can't look at this

13   metadata and tell the Judge that they have been photoshopped

14   or manipulated, correct?

15   A.        No.  I could make a guess based on it, but you can't

16   be 100 percent.

17   Q.        There's just no way to be sure either way, is there?

18   A.        Correct.

19            THE COURT:  What is there on this Exhibit 2?  Are

20   you offering Exhibit 2?

21            MR. CURTIS:  I am offering Exhibit 2 at this time,

22   Your Honor.

23            THE COURT:  It's received.

24            What, on Exhibit 2, tells you that one of the images

25   had at some point in time been in Photoshop?

1          THE WITNESS:  It's -- I don't know if yours is

2     printed the same way, but about three-quarters down the page,

3     sir, where it says, exclamation ten-year-old tied, if you see

4     at the end, it says, contains metadata, indicating that it was

5     handled in Photoshop.  That was the, I guess, government's

6     response when we asked for it.

7          THE COURT:  Oh, I find it.  I find it.  When you say

8     it was handled in Photoshop, what does that -- does that

9     necessarily mean anything?

10          THE WITNESS:  It means that at some point in time it

11     was loaded into and saved from Photoshop, so, no, it doesn't

12     necessarily mean anything, but it could mean something, I

13     guess I should -- if I'm stating that correctly.  Just by

14     loading it in there, you would have to have a reason to load

15     it in there.  Photoshop is a specific program.  You don't use

16     it for just viewing a picture.  You would actually be doing

17     something with it in most counts.

18          THE COURT:  Do some people store things in

19     Photoshop?

20          THE WITNESS:  Store things?  Not really, sir.  Most

21     times you're using Photoshop for a specific reason.

22          THE COURT:  Okay.  Okay.  Anything else, Mr. Curtis?

23          MR. CURTIS:  Yes, Your Honor.  I think I have one

24     other question.

25     Q    (BY MR. CURTIS)  I forgot to ask you, when images are

1    passed along the internet, transferred through the internet,

2    do they often lose their metadata or their EXIF data?

3    A.      Yes.  Not only do they lose it, sometimes that can be

4    manipulated, too.  But, yeah, the more and more it's passed

5    around, the more and more things can get skewed or lost.

6    Q.      Okay.  And that's pretty common, correct?

7    A.      Yes, sir.

8    Q.      And is your opinion that nobody can really look at an

9    image that's on a computer and tell whether it's an actual

10   person or real person?  Or, for that matter, is that generally

11   accepted in the computer science community?  I mean, is that a

12   generally accepted idea?  It's not anything earth shattering

13   or --

14   A.      No, yeah, it's -- it's something -- whenever you see

15   things on the internet, a lot of times you got to take it with

16   a grain of salt because you don't know if it's real, and I

17   think that's being more and more accepted throughout.  As

18   people see parodies and stuff like that, you just don't know,

19   is it real or isn't it real.

20   Q.      So it's not -- it's not really some new theory, it's

21   pretty much generally accepted in your community?

22   A.      Yes, and -- uh-huh, pretty much everywhere.

23          THE COURT:  Let me interrupt a minute.

24          Looking at Exhibit 2, there's no mention of metadata

25   as to the last three images listed.  As I read the exhibit,

1    there are four images listed.

2              Is that correct?

3              THE WITNESS:  I think there's three images and a

4    movie, a clip, or -- was there another one on the other page?

5    Oh, yeah, there's three images and a clip it looks like.

6              THE COURT:  Which one is the movie?

7              THE WITNESS:  The one at the top that starts with

8    all exclamation points and ends in dot A-D-I.

9              THE COURT:  Okay.  The last three, then, are just

10   single images?

11             THE WITNESS:  Yes, sir.

12             THE COURT:  And I don't see any mention of metadata

13   in any one of those three.

14             THE WITNESS:  The second-to-last one, sir.

15             THE COURT:  Oh, okay.  That's where you found the

16   Photoshop.

17             THE WITNESS:  Yes, sir.

18             THE COURT:  Was there no indication of metadata on

19   the second and final entries?

20             THE WITNESS:  According to the government, sir, no.

21   This is what we got from them.

22             THE COURT:  What does it mean if it doesn't have any

23   metadata?

24             THE WITNESS:  It was probably lost along the way.

25   When people copy them back and forth and distribute them

1    around the internet, it was probably lost.

2              *THE COURT:*  Okay.  Okay.  Go ahead.

3              *MR. CURTIS:*  I think I have one more, Your Honor.

4    Q    *(BY MR. CURTIS)*  Your training and experience and the

5    work that you do now, the part -- part of your job is to

6    conduct forensic analysis regarding digital images?  That's

7    part of what you do, correct?

8    A.       Yes, sir.

9    Q.       Okay.

10             *MR. CURTIS:*  Pass the witness, Your Honor.

11             *THE COURT:*  Okay.  Go ahead.

12                          **CROSS-EXAMINATION**

13   **BY MS. SALEEM:**

14   Q.       Mr. McGregor, when you say that you are involved in

15   digital imaging, isn't that really about copying data from one

16   storage device to another storage device and then processing

17   that data?

18   A.       Yes, we do that quite often also.

19   Q.       Okay.  And isn't that different from what's being

20   used today as far as --

21   A.       Image.

22   Q.       -- an image of a picture?

23   A.       Yes.  We use those terms differently.

24   Q.       Okay.  So what is your training and experience as it

25   relates to making -- rendering opinions about visual

1    depictions, as opposed to just looking at data?

2    A.        As far as looking at a painting or a picture for what

3    it is, we -- I don't have, except for common knowledge of

4    Photoshop and manipulation of things like that.  We never

5    look -- in the forensic world, we never look at a picture as

6    is.  We look at a picture as ones and zeros, EXIF data,

7    metadata, all the SHA-1 hash values that were taken via the

8    forensic report that was done.  We never look at it for face

9    value.  We look at it as data.

10   Q.        So your training doesn't really encompass analyzing

11   whether a visual depiction involves a real or a virtual minor?

12   A.        Well, training doesn't involve image authentication,

13   no, but as far as in the IT world where we -- I mean, the

14   internet is based on pictures, based on visual stuff, so, I

15   mean, this is done all the time in the IT world where you take

16   pictures and you look at them and say, okay, well, this is

17   real, this is -- and I've -- I've actually been on other court

18   cases where we have to verify things like that.

19          So as far as do we just look at a picture, like your

20   original question, no, we don't just look at a picture, but we

21   do look at it, as well as data.  So training, IT, and

22   forensic.

23   Q.        Now, you understand that there is a difference, of

24   course, between morphing an image versus altering data in a

25   visual depiction; is that fair to say?

1    *A.*        Yes.

2    *Q.*        What is morphing?

3    *A.*        Whenever you take something that's there and change

4    it just a little bit to something else to depict it as -- say

5    you take a young person and make them old, take an old person

6    and make them young.  You still have the same general image

7    there, but you just made it a little bit different.

8    *Q.*        And that includes -- are you familiar with composite

9    images as well?

10   *A.*        As the term.  Like I said, I'm not any kind of

11   graphics artist or image analyst.

12   *Q.*        Okay.  So you're not here to -- you're not here to

13   testify that any of the images are composite images; is that

14   correct?

15   *A.*        No.

16   *Q.*        Or the video is a composite video?

17              *THE COURT:*  He just said that was not correct, so I

18   think maybe you ended up with a double negative, but do you

19   want to try again.

20              *MS. SALEEM:*  I will clarify.

21   *Q*   *(BY MS. SALEEM)*  You're not testifying --

22              *THE COURT:*  Just ask him a question and don't tell

23   him what he's not doing.

24   *Q*   *(BY MS. SALEEM)*  Do you have any testimony to present

25   regarding whether any of the images or videos are composite

1    images or videos?

2    A.      No, ma'am.

3    Q.      Do you have any testimony to present whether the

4    images or videos are morphed images or videos?

5    A.      No.

6    Q.      Are you -- you mentioned, current state of technology

7    is such that you can't look at an image and detect if it's a

8    real or virtual.  Is that what you said earlier?

9    A.      Correct.

10   Q.      What technology are you referring to?

11   A.      Internets, the digital age.  Everything is going

12   digital now, so, I mean, it's hard to tell whether a digital

13   image is real or not.

14           THE COURT:  Let me interrupt there just a minute.

15           Some people might be able to, don't you think?

16           THE WITNESS:  Yes, sir.  Just like the people that

17   authenticate paintings and stuff like that, there are certain

18   nuances and things like that, but on the opposite end of the

19   spectrum, there are really good people that manipulate, too.

20           THE COURT:  Okay.  Is there any study as to what

21   percentage of the people who look at the images on the

22   internet, over a computer, are able to tell whether it's a

23   real image as opposed to an altered image?

24           THE WITNESS:  None that I know of, sir.  But most of

25   the things like what you're talking about, it's based on the

1    other picture, so you would take and analyze one picture based

2    on that other picture.  I think in this case we don't know

3    whether that other picture is true either.

4         THE COURT:  Okay.  But we're -- I think I'm more

5    interested in finding out if there are any studies as to what

6    percentage of the people who look at images can detect whether

7    it's altered, as opposed to a genuine real thing.

8         THE WITNESS:  I do not know of any study, but I

9    would make an assumption based on, like I said, multiple years

10   in the IT field, that that number would be very low, based on

11   just looking at a digital photograph.  When you have a

12   painting or something tangible, you can look at lines,

13   strokes, and all that kind of stuff.  When it's digital on the

14   screen, none of that's there, so you have to rely on what

15   you're seeing, and it would be very, very difficult to say

16   this is that exact picture or this hasn't been manipulated at

17   all from anything else.

18        THE COURT:  Okay.  Go ahead.

19   Q   (BY MS. SALEEM)  Aside from the internet itself, what

20   other technology are you relying on to come to this

21   conclusion?

22   A.       To the conclusion of?

23   Q.       That no one can tell that an image is real or

24   virtual.

25   A.       Experience.  Like I said, out in the -- I mean,

1    magazines, things like that, I mean, people, whenever they

2    morph things or change things, they have to put little --

3    little notes at the bottom saying, this isn't real, this is a

4    cartoon, or this is depicted, so people don't think that it's

5    real.

6    Q.       So no area of expertise on that, right?

7    A.       Just experience.

8    Q.       With respect to altering photos, you mentioned that

9    can be done through Photoshop; is that right?

10   A.       Yes.

11   Q.       Altering can refer to, what, brightening or darkening

12   pictures?

13   A.       Yes.

14   Q.       Enlarging a picture?

15   A.       Yes.

16   Q.       Cropping a photo?

17   A.       Yes.

18   Q.       Could it include rotating images?

19   A.       Yes.

20   Q.       Shortening a video?

21   A.       A video or an image?

22   Q.       A video.

23   A.       Well, Photoshop, as the normal Photoshop, doesn't do

24   videos.   It does images.   There are other more standard video

25   editing tools.

1    *Q.*      Okay.  And does that all fit in with your -- your

2    opinion that images are altered, if they have been cropped or

3    enlarged or brightened?

4    *A.*      They are altered, enhanced.

5             THE COURT:  What has been your experience with child

6    pornography?

7             THE WITNESS:  I've done several other cases, similar

8    to this one, where we analyzed the images, just like we are

9    here, sir.

10            THE COURT:  Have you given testimony in child

11   pornography cases before?

12            THE WITNESS:  Actually, no.  Whenever I've done the

13   child pornography cases, I've submitted all my reports.  We've

14   been the actual investigator, like what the government has

15   done.  We went and investigated them, did our reports, and

16   submitted them to the judges there, and the judges accepted

17   the testimony based on submitting the CVs and submitting what

18   we wrote.

19            THE COURT:  Is there any study as to how many

20   alterations there are in child pornography?

21            THE WITNESS:  Not that I know of, sir.

22            THE COURT:  Okay.

23            THE WITNESS:  That's not something that I've

24   studied.

25            THE COURT:  Okay.

1    *Q    (BY MS. SALEEM)*  Are you here to render any other

2    opinions?

3           *THE COURT:*  Do you know anything about the child

4    pornography industry, who makes them and how they are

5    distributed or that sort of thing?

6           *THE WITNESS:*  I know, basically, what I've came

7    across in the forensics world, the sort of underworld of

8    distribution.  As far as detecting people doing it and things

9    of that nature, no, sir.  We usually are in defense of and

10   we -- they have already -- the clients have already been

11   caught, and we try and validate whether those are actual child

12   porn or not, but --

13          *THE COURT:*  Have you ever been able to actually make

14   a decision?

15          *THE WITNESS:*  On?

16          *THE COURT:*  Whether it's a real person.

17          *THE WITNESS:*  No, sir.

18          *THE COURT:*  Okay.

19   *Q    (BY MS. SALEEM)*  Are you offering any other opinions in

20   connection with this investigation or at trial?

21   *A.*      No, ma'am.

22          *MS. SALEEM:*  I pass the witness.

23          *THE COURT:*  Okay.  You can step down.

24          I guess you're through with him, aren't you?

25          *MR. CURTIS:*  I had a couple of follow-up questions,

1    Your Honor.

2              *THE COURT:*  Okay.  Go ahead.

3                     **REDIRECT EXAMINATION**

4    **BY MR. CURTIS:**

5    *Q.*      Mr. McGregor, the most precise way to -- well, all

6    images, when they are kept on a computer, are digital data,

7    correct?

8    *A.*      Yes, sir.

9    *Q.*      That's what the image is, it's the digital data that

10   you study?

11   *A.*      Yes, sir.

12   *Q.*      And that's what you analyze?

13   *A.*      Yes, sir.

14   *Q.*      It's a series of zeros and ones, correct?

15   *A.*      Yes.

16   *Q.*      Is that the most precise way to determine whether or

17   not an image has been altered or not?

18   *A.*      A digital image, yes.

19   *Q.*      And even that, you just -- there's no way you can say

20   for 100 percent, one or the other?

21   *A.*      No, because all data can be manipulated.

22             *MR. CURTIS:*  Okay.  I'll pass the witness, Your

23   Honor.

24             *THE COURT:*  Okay.  You can step down.

25             You wanted him to be excused for today?

1          MR. CURTIS:  Your Honor, if the Court's approved him

2    as an expert and he's allowed to come back --

3          THE COURT:  I haven't made a decision.

4          MR. CURTIS:  Okay.

5          THE COURT:  And I may not make a decision until

6    later on.

7          MR. CURTIS:  All right.  I understand.

8          THE COURT:  I would suggest that both of you order

9    that transcript and be prepared to give me a brief based on

10   what you've heard today --

11         MR. CURTIS:  Yes, sir.

12         THE COURT:  -- early Monday morning.

13         MR. CURTIS:  All right.

14         THE COURT:  I assume the court reporter can do it.

15   If she can't, we'll have to make other arrangements.

16         MR. CURTIS:  Yes, sir.  Your Honor, otherwise, I

17   would like him to be excused, but I think he's going to

18   actually look at the images before he leaves town today, so

19   he'll be around.

20         THE COURT:  Okay.  Very good.

21         Okay.  Is that all you have in support of your

22   expert, in support of your motion?

23         MR. CURTIS:  Yes, Your Honor.

24         THE COURT:  Okay.  I think what I'm going to do is

25   I'm going to grant the motion authorizing you to designate

```
1    him.

2              MR. CURTIS:  Yes, sir.

3              THE COURT:  That's all you've asked for so far.

4              MR. CURTIS:  Yes, sir.

5              THE COURT:  But I haven't made a determination that

6    he's qualified to testify, but I'm going to let you designate

7    him, and if the decision is made that he's qualified to

8    testify, he will have been designated.

9              MR. CURTIS:  Yes, Your Honor.

10             THE COURT:  Isn't that all you've asked for so far?

11             MR. CURTIS:  That is what we've asked for so far.

12             THE COURT:  Okay.  Okay.  I'll do that.

13             MR. CURTIS:  Thank you, Your Honor.

14             THE COURT:  Okay.  You may proceed with your

15   motion.

16             MS. SALEEM:  Your Honor, at this time we will call

17   James Wines.

18             THE COURT:  Raise your right hand to be sworn.

19             (Witness sworn)

20             THE COURT:  Okay.  Come up and be seated.

21             THE WITNESS:  Yes, Your Honor.

22             THE COURT:  Okay.  You may proceed.

23             MS. SALEEM:  Thank you.

24                        JAMES J. WINES,

25   having been first duly sworn, testified as follows:
```

| | |
|---|---|
| 1 | **DIRECT EXAMINATION** |
| 2 | **BY MS. SALEEM:** |
| 3 | *Q.*      Can you go ahead and state your name for the record, |
| 4 | please. |
| 5 | *A.*      Yes.  My name is James, middle initial J, Wines, |
| 6 | W-I-N-E-S. |
| 7 | *Q.*      What do you do for a living? |
| 8 | *A.*      I am a special agent with the FBI. |
| 9 | *Q.*      And what do you do with the FBI as a special agent? |
| 10 | *A.*      I currently work child exploitation matters with the |
| 11 | FBI, and I've been working child exploitation matters since |
| 12 | the beginning of 2010.  I'm currently the task force |
| 13 | coordinator for the Connecticut Child Exploitation Task Force, |
| 14 | which is run out of the New Haven Division of the FBI. |
| 15 | *Q.*      How long have you been with law enforcement? |
| 16 | *A.*      I have been with law enforcement for over 20 years. |
| 17 | *Q.*      How long have you had opportunities to work with |
| 18 | child exploitation investigations? |
| 19 | *A.*      I have been working child exploitation investigations |
| 20 | exclusively for the last four-and-a-half years. |
| 21 | *Q.*      I'm going to direct your attention to Government's |
| 22 | Exhibits 43, 44, and 45. |
| 23 |           *THE COURT:*  Are those trial exhibits? |
| 24 |           *MS. SALEEM:*  Yes, Your Honor. |
| 25 |           *THE COURT:*  In your trial exhibit book? |

1              *MS. SALEEM:*  Yes, Your Honor.

2              *THE COURT:*  I didn't bring my trial exhibit book in.

3    I should have.  Do you have one I can be looking at?

4              *MS. SALEEM:*  Your Honor, actually, he's looked at

5    them.  We could tender those because, since it's contraband,

6    we don't have copies of them.  We just have the originals.

7              *THE WITNESS:*  I could provide it to Your Honor, if

8    you'd like.

9              *THE COURT:*  That's fine.  You can go ahead and

10   testify and then I'll look.

11             *THE WITNESS:*  Okay.

12   *Q*   *(BY MS. SALEEM)*  Are you familiar with Government's

13   Exhibits 43, 44 and 45?

14   *A.*      Yes, I am.

15   *Q.*      And just for purposes of the record, what is the file

16   name that's listed on Government's Exhibit 43?

17   *A.*      Government's Exhibit 43 has the file name:  (Pthc)

18   Tori -- T-O-R-I -- 9Yo-My Younger Sister-18.jpg.

19             *THE COURT:*  Let me interrupt you a minute.

20             *MS. SALEEM:*  Yes.

21             *THE COURT:*  My exhibit book wouldn't have that in it

22   anyway, would it?

23             *MS. SALEEM:*  Your exhibit book would only have the

24   file name, but it does not have the --

25             *THE COURT:*  Okay.  So, forget about my exhibit book.

1    I think somebody went to get it.  Go ahead.

2    Q    (BY MS. SALEEM)   With respect to Government's Exhibit 44,

3    what is the file name of that exhibit?

4    A.       The file name of that exhibit is:  (Pthc) Tori --

5    T-O-R-I -- 9Yo-my_younger_sister-36.jpg.

6    Q.       And then with respect to Government's Exhibit Number

7    45, what is the name of that file?

8    A.       The name of that file is:  ((lolitaguy)) sandra -

9    teen model nude - beach lolita preteen underage 12yo 11yo 13yo

10   14yo 10yo 9yo 8yo 7yo 6yo.jpg.

11   Q.       Are you familiar with the individual what appears in

12   all three of those exhibits?

13   A.       Yes, I am.

14   Q.       How are you familiar with that individual?

15   A.       I am familiar with this individual through my

16   participation in the investigation and prosecution of the

17   individual who produced these images.

18   Q.       Now, how -- can you -- can you tell when you -- how

19   old was the person that you met who was in the pictures?

20   A.       The individual that was in the pictures, I met her

21   when she was 15 years old.

22   Q.       Did the person that you -- well, the person that you

23   met, did she look similar, different?  How did she compare to

24   the person in the images that you just observed?

25   A.       When I met her, I recognized her as a slightly older

1    child, the same child as depicted in the images.

2    Q.      What were the similarities?

3    A.      Similarities were how her face looked, her hair,

4    the -- I mean, everything about her.  It was only -- some of

5    these images were taken in 2006.  I met her in 2011.

6    She -- she had not changed much, other than normal age

7    progression.

8    Q.      Now, the person that is depicted in Government's

9    Exhibits 43, 44, and 45, are they a real minor?

10   A.      Yes.

11   Q.      With respect to those three exhibits, are there

12   multiple people in those images, or is there just one person

13   in each exhibit?

14   A.      No, there's just one, one person in each exhibit, and

15   it's the individual who I know.

16   Q.      In addition to meeting this person, have you provided

17   a copy of the birth certificate of this minor?

18   A.      Yes, I have.

19   Q.      Now, you actually have with you a -- the original

20   certified copy of the birth certificate?

21   A.      Yes, I do.

22   Q.      And in addition to the original, do you have

23   Government's Exhibit 81, which is a redacted copy of the birth

24   certificate?

25   A.      Yes, I do.

1    Q.        I'm going to ask you to tender that 81 to the Court.

2            THE WITNESS:  Here you go, Your Honor.

3    Q   (BY MS. SALEEM)  Are you the person who actually made the

4    redactions on Government's Exhibit 81?

5    A.      Yes.  I created that redacted birth certificate using

6    the original certified copy of the birth certificate, which

7    had been obtained from the Connecticut Department of Public

8    Health.

9            THE COURT:  Do you have the original?

10           THE WITNESS:  Yes, I do, Your Honor.

11           THE COURT:  Let me see it.

12           THE WITNESS:  You can see the raised seal.

13   Q   (BY MS. SALEEM)  And on both the original, as well as the

14   redacted copy of the birth certificate, is there a seal on

15   there that it's from a -- from a state department?

16   A.      There are seals on it.  On the original, there is

17   actually a raised seal, that you can actually feel, that does

18   not translate when you create the redacted copy.

19           THE COURT:  Okay.  I'm -- I'm looking at exhibits --

20   Government's Exhibit 73, which is the original, and it appears

21   to be properly authenticated by the Connecticut authorities.

22   And I'm looking at Exhibit 81, and it appears to be an

23   identical copy with certain things blacked out, for whatever

24   it's worth.

25   Q   (BY MS. SALEEM)  And just for clarification, Special

1    Agent Wines, with respect to the information that was

2    redacted, is that personal identifiers that would protect the

3    identity of the minor, who is also appearing in Government's

4    Exhibits 43, 44, and 45?

5    A.    Yes.  I made the redactions to protect the identity

6    of the victim.

7            MS. SALEEM:  We will pass the witness.

8            THE COURT:  Okay.  You got any questions you want to

9    ask him?

10           MS. SAAD:  Yes, Your Honor.

11                      **CROSS-EXAMINATION**

12   **BY MS. SAAD:**

13   Q.    Agent Wines, you are -- you testified that your

14   experience is specifically in the child exploitation division,

15   correct?

16   A.    No, I said I've been doing that for the last four

17   years.  I have other areas of investigative experience as

18   well.

19   Q.    So, in 2011, you were just beginning your work and

20   training in the child exploitation division, approximately?

21   A.    I had been working in child exploitation for about a

22   year-and-a-half when I met the victim.

23   Q.    And you have received training in the child

24   exploitation -- in interviews of victims, correct?

25   A.    Yes.

1    Q.      And you've -- how many times have you interviewed

2    this minor you're referring to?

3    A.      I never participated in a substantive interview of

4    her.  The interviews of her were done by our victim

5    specialists.

6    Q.      So you've never -- you've never personally -- you've

7    been present when these interviews were done?

8    A.      I viewed the recordings that were created when the

9    interviews were done.

10   Q.      And --

11          THE COURT:  Were they video interviews?

12          THE WITNESS:  Yes, they were, Your Honor.

13          THE COURT:  And how many -- how many times was she

14   interviewed that you saw?

15          THE WITNESS:  I've reviewed one video, and it was a

16   fairly extensive video.  It was done after she was first

17   recovered.

18          THE COURT:  Okay.

19   Q    (BY MS. SAAD)  So you have no personal interaction with

20   this victim?

21   A.      Yes, I have several personal interactions with this

22   victim.

23   Q.      Okay.  When was that first personal interaction with

24   her?

25   A.      First personal interaction was in 2011.

Q.      Okay.  Prior to 2011, were -- you testified that you
had been involved in the investigation of this production
case?

A.      Correct.

Q.      And prior to your first interaction with her, you had
conversations with other law enforcement officers about this
production case?

A.      I had conversations with other law enforcement
officers, yes.

Q.      You have -- you either read a report or spoke to some
type of outcry witness?

A.      I don't know what you mean by "outcry witness."

Q.      The -- the nature or the origin of this investigation
began through a NCMEC investigation with the National Child of
Missing Exploitated Children (sic) with an outcry witness.
Could you explain how this investigation originated?

A.      This investigation -- this investigation originated
from our Innocent Image and National Initiative Unit, which is
a nationally-based unit that has individuals embedded at the
National Center for Missing and Exploited Children, but the
FBI initiated this investigation based on images that were
recovered in child pornography investigations.

Q.      Okay.  So you've viewed these images that the
government has identified as Exhibits 43, 44 and 45, prior to
ever speaking with this person that you spoke to in 2011?

1    *A.*      Yes.

2    *Q.*      You've read reports about investigations about the

3    production of those specific investigations -- of those

4    investigations about those images?

5    *A.*      Yes.

6    *Q.*      You've spoken to the -- the defendant that was

7    responsible for some type of images like these, prior to

8    speaking with this person in 2011?

9    *A.*      I have been present with the defendant, but I've

10   never had a substantive conversation with him about what he

11   did.

12   *Q.*      You've read reports by this defendant or --

13           *THE COURT:*  What defendant are you referring to?

14           *MS. SAAD:*  I'll clarify, Your Honor.

15           *THE COURT:*  The defendant who made the pornographic

16   images?

17           *MS. SAAD:*  Yes, Your Honor.

18           *THE COURT:*  Is that who you were referring to?

19           *THE WITNESS:*  Yes.  I've read reports of statements

20   he has made.

21   *Q*   *(BY MS. SAAD)*  And you read those before you met with

22   this individual in 2011?

23   *A.*      Yes.

24   *Q.*      And those reports admitted to taking those

25   photographs?

1    A.       In those reports, he admitted producing the images,

2    yes.

3    Q.       He identified where he lived?

4    A.       Where he was living at the time, yes.

5    Q.       He identified who was in those photographs?

6    A.       Yes.

7    Q.       He identified the name of that person?

8    A.       Yes.

9    Q.       He gave a description of her?

10   A.       I don't recall him giving a specific physical

11   description, no.

12   Q.       He told you her age?

13   A.       He didn't tell me anything.  In the reports, there

14   may have been a reference to his age -- to her age; I don't

15   recall specifically.

16   Q.       You read other reports of statements by other -- let

17   me just step back.  Referring to that statement --

18            THE COURT:  Let me clarify something.  I think she's

19   asking, he told you, or things like that.  You never talked to

20   him, did you, or did you?

21            THE WITNESS:  Not directly about this, the

22   substantive conduct, no.

23            THE COURT:  You simply saw -- what you're telling us

24   you learned from him was through reports?

25            THE WITNESS:  Correct.

```
1              THE COURT:  That somebody else took?

2              THE WITNESS:  Yes.

3              THE COURT:  Okay.  Go ahead.  I wanted to clarify

4    that.

5    Q    (BY MS. SAAD)  And the defendant responsible for the

6    production of these images told you that that person --

7              THE COURT:  I think he said he had never talked to

8    that defendant.

9              Is that correct?

10             THE WITNESS:  He didn't tell me anything about the

11   substance of the offense directly.

12   Q    (BY MS. SAAD)  Let me clarify.  You read reports where he

13   stated that he resided in the same house as this person?

14   A.     Yes.

15   Q.     Based on his statements that were included in these

16   reports, that lead to the interview with this person, correct?

17   A.     No.  She had been interviewed prior to any contact

18   with this individual.  She is the one who actually identified

19   him as the offender.

20   Q.     And so -- and so prior to meeting with her in 2011,

21   you reviewed her statements also?

22   A.     As I stated, I had reviewed the video of the

23   interview with our victim specialist, the forensic interview

24   where she actually disclosed what happened to her.

25   Q.     And in that, those videos, she states that that is
```

1  her in those images?

2  A.      Yes.

3       THE COURT:  Did you need to get that from her, or

4  could you see from looking at her that it was --

5       THE WITNESS:  It's plain to me from looking at the

6  images that it's the same girl.  But in addition to that, in a

7  recorded interview with the victim specialist in a forensic

8  interview, she disclosed that she is the individual in the

9  pictures and that she had been victimized by the individual

10  who was ultimately convicted of this crime.

11  Q.      And Agent Wines, in -- in doing your investigation,

12  you have all the knowledge of all these reports you've read

13  and the video recordings that you've reviewed, prior to ever

14  meeting with this person, correct?

15  A.      That's correct.

16  Q.      And --

17       THE COURT:  Ms. Saad, I think you're taking a lot of

18  time up on something that is meaningless.  If he has knowledge

19  of things that are not gained from sources that would cause it

20  to be questionable, then the fact that he also gained the

21  knowledge from some other sources is irrelevant, and I think

22  that's what you're developing now, and I think that's a waste

23  of time, but go ahead if you want to continue.

24       MS. SAAD:  Yes, Your Honor.  In response to the

25  Court's concern, is our opinion is that that is -- let me

```
1    finish my line of questioning, and I'll address that matter.

2              THE COURT:  Okay.  Go ahead and finish your line of

3    questioning.

4    Q   (BY MS. SAAD)  Agent Wines, prior to -- you never met

5    with this victim when she was 9 years old or 10 years old?

6              THE COURT:  Did you meet with her before?

7              THE WITNESS:  She was not -- no.  No, I didn't.  She

8    was not identified until 2009.

9              THE COURT:  Don't go back over things he's already

10   gone over.  He's already told us when he first learned about

11   it, when he first saw the video and when he first knew about

12   her.  Let's don't go back over those things.

13   Q   (BY MS. SAAD)  Agent Wines, you were not present when

14   those photos were taken, correct?

15   A.       No, I was not.

16             THE COURT:  Let's don't get into silly things.  Get

17   down to some meaningful questions.

18             MS. SAAD:  Yes, Your Honor.

19   Q   (BY MS. SAAD)  Your identification occurred five years

20   after those photos were taken?

21             THE COURT:  And he's already said that.

22             MS. SAAD:  Yes, Your Honor.

23   Q   (BY MS. SAAD)  Agent Wines, in making your identification

24   here today, you are relying on the totality of your

25   investigation in order to make this identification?
```

1   A.       I'm primarily relying on the fact that I have

2   actually met her in person on several occasions, and I can

3   tell and I believe that it is the same girl that is depicted

4   in these images.

5   Q.       And in --

6            THE COURT:  I think he's answered your question.

7   Let's don't keep going around asking the same thing different

8   ways.

9            MS. SAAD:  Yes.  Yes, Your Honor.  Permission to

10  consult with cocounsel, Your Honor?

11           THE COURT:  Do what?

12           MS. SAAD:  Permission to consult with cocounsel?

13           THE COURT:  Yes, you can consult with cocounsel.

14           (Conferring)

15  Q   (BY MS. SAAD)  Based on your statement, Agent Wines, that

16  you're primarily relying on your interaction with this victim,

17  it's fair to say that you are also taking into consideration

18  all of your investigation --

19           THE COURT:  Let's don't get into that again.  I just

20  told you not to.  Do you have any other questions you want to

21  ask?

22  Q   (BY MS. SAAD)  Did -- during your investigation and your

23  discussions with this person, did -- were you shown

24  photographs of this person when they were 9 or 11 years old

25  that are not these images?

1    A.      Yes.   I've seen hundreds of photographs of this

2    individual.

3    Q.      And when viewing those images, you were told by

4    others that that is -- that was her at that time?

5            THE COURT:  Did you need to know, based on what

6    somebody told you that that was her, or could you tell from

7    looking at the images?

8            THE WITNESS:  Once I met her in person, I could tell

9    that she was the person in the images, regardless of what

10   anyone had told me previously.

11           THE COURT:  Let's go on to something else.  I think

12   you're just being redundant.

13           Okay.  Can he be excused as a witness?

14           MS. SALEEM:  No objections from the government.

15           THE COURT:  Okay.  You're excused as a witness.

16   Thank you.

17           THE WITNESS:  Thank you, Your Honor.

18           May I have the original birth certificate, sir?

19           THE COURT:  Yes, I'm sorry.  You want the original?

20           THE WITNESS:  Yes.  Thank you very much, Your Honor.

21           THE COURT:  Is -- before he leaves, he's taking the

22   original of the birth certificate with him.  Is there any

23   reason why that should be retained?

24           I'll ask the defendant.

25           MS. SAAD:  We have no objections to the redaction of

```
1    the birth certificate, specifically, Your Honor.
2              THE COURT:  Okay.  Thank you.
3              THE WITNESS:  Thank you.
4              THE COURT:  Okay.  Do you have any other evidence
5    you want to offer in support of your -- Mr. Weast's -- Wines?
6              MS. SALEEM:  No, Your Honor, unless the Court did
7    want to review the exhibits with respect to the images that
8    were charged that the witness identified.
9              THE COURT:  You want me to review the exhibits?
10             MS. SALEEM:  You had inquired about that --
11             THE COURT:  I don't need to see the exhibits.
12             MS. SALEEM:  Then we will not offer them at this
13   time.
14             THE COURT:  Okay.  Well, I grant the motion of the
15   government to amend its exhibit list and witness list to
16   include Mr. Wines as a witness and to include the redacted
17   photograph as an exhibit.
18             Okay.  There are two or three other things I wanted
19   to deal with today and that's mostly having to do with
20   instructions.
21             I have prepared the instruction that I think would
22   be appropriate to read to the jury about the defendant's
23   absence from the courtroom.
24             I'll tell you what, why don't we take about a
25   15-minute recess and let me get some things organized here
```

1   that I want to talk about while we're all together and while

2   the defendant's listening.

3               COURT SECURITY OFFICER:  All rise.

4               (Recess)

5               (Defendant Weast present via video conference)

6               COURT SECURITY OFFICER:  All rise.

7               (Judge enters)

8               COURT SECURITY OFFICER:  Please be seated.

9               THE COURT:  Okay.  We're back on Number

10  4:14-CR-023-A, United States of America versus Christopher

11  Robert Weast.

12              And the attorneys are all back in the courtroom.

13              Ms. Tovar, are you and Mr. Weast in communication

14  with the court?

15              MS. SAAD:  Your Honor, I've asked if they are, and,

16  yes, they are in communication with the court.

17              THE COURT:  Okay.  I have prepared a proposed

18  instruction to explain to -- to tell the jury not to pay any

19  attention to the fact that the defendant is not in the

20  courtroom, in so many words.  I'm going to hand -- hand this

21  down.  I've got a copy for each of the lawyers.

22              I'm going to read it, the proposed instruction:

23              The defendant, Christopher Robert Weast, is not

24  present in the courtroom.  You are instructed that you shall

25  not speculate why he is not present, nor should you even

1    discuss that matter amongst yourselves.  He will be

2    represented in the courtroom throughout the trial by his

3    attorneys.

4            Defendant's absence from the courtroom has no

5    relevance to any decision that you are to make in this case

6    and has no bearing on whether the government satisfies or has

7    satisfied its burden to establish beyond a reasonable doubt

8    the defendant's guilt of one or both of the offenses charged

9    against the defendant by the third superseding indictment in

10   this case.  Therefore, you are not to consider defendant's

11   absence from the courtroom for any purpose, either for or

12   against the defendant, during your deliberations.

13           Does the government have any objection or

14   suggestions relative to that instruction?

15           *MS. SALEEM:*  Your Honor, I have no objections, but

16   the thought occurs to me:  Will the Court also address that

17   matter during jury selection?

18           *THE COURT:*  I thought I would, during jury

19   selection, give an abbreviated thing and tell them that I

20   would be giving them more -- further instructions on that once

21   the jury is selected.

22           And the abbreviated version would be that:  You'll

23   notice the defendant's not in the courtroom.  You're not to

24   give any consideration to that in any way.  And I'll give the

25   jury, who is actually selected, more instructions once they

1    are seated.

2              Does the defendant have any objection or suggestion?

3         MS. SAAD:  Your Honor, we have no objections to this

4    proposed instruction.  However, we want to confirm our

5    standing and running objection to his not being present in the

6    courtroom during this trial.

7         THE COURT:  You think it would be to his advantage

8    to be in the courtroom?

9         MS. SAAD:  No, Your Honor.  We're just conveying our

10   client's objection, Your Honor.

11        THE COURT:  Okay.  Okay.  That's the objection I'll

12   use -- I mean, the instruction I'll use then.

13             I have done a revised version of the agreed Charge.

14   I've made the changes we discussed during a telephone

15   conference hearing we had on the subject of the Charge, and

16   the revised version has the changes that the Court indicated

17   the Court would make during that telephone conference hearing.

18             I've added a more detailed instruction about not

19   going to social media and looking at things like that than was

20   in there.  I've elaborated on that.  Let's see if there's -- I

21   think that pretty well covers everything I did.

22             There's a sentence that usually shows up in the

23   charges that I'm given about no one is going to question your

24   deliberations or inquire about your deliberations.  I have

25   started adding a sentence to that part of it where I

1    say -- well, here it is.  Other than the -- here's the

2    sentence I've put in:

3          Other than the possibility that the Court will make

4    an inquiry into whether deliberations were conducted properly,

5    your deliberations will be secret, and you will never have to

6    explain your verdict to anyone.

7          What I add is the first part of that sentence.  The

8    end part is already in there.  I think those are the changes I

9    made.

10          I'm going to hand down three copies of that, one for

11   each side, and then if the defense counsel wants to give a

12   copy to Mr. Weast, there's a copy for him.

13          We use the word "actual", "actual" minor.  I notice

14   the court decisions tend to use the word "real."  I don't

15   think it makes any difference.  I'm just making that

16   observation.

17          And I'm also -- I didn't realize this until this

18   morning when I, again, looked at the pattern jury charges,

19   that there's no -- in the Fifth Circuit Pattern Jury Charge,

20   there's no -- nothing in the proposed Charge that makes an

21   issue as to whether it's an "actual" or "real", as opposed to

22   something else, but both of you apparently have agreed that

23   the word "actual" should be in there, so we'll leave it in

24   there.

25          The only issue is if both of you agree to change

1    that to "real", we'll change it to "real" -- the word

2    "actual" -- but you don't need to decide now.

3          The forfeiture instructions and the forfeiture

4    verdict form appear to be proper.  I don't have any further

5    issues on that.

6          Getting back to the instruction that I read into the

7    record, it occurred to me that at least there's a theoretical

8    possibility that the defendant would choose to testify.  And

9    if he makes that choice, then -- well, my question is:  Do you

10   think we need to take that into account, Ms. Saleem, in this

11   instruction?  My preference would be not to.  I think the

12   instruction is worded in such a way that it would not be

13   inconsistent with him testifying.

14         And I'll ask both of you:  Do you think something

15   needs to be put in there that would anticipate the possibility

16   he'll testify?

17         Ms. Saleem?

18         *MS. SALEEM:*  Your Honor, I've thought about that

19   possibility as well, but I don't know that there's any way for

20   us to include an instruction about the possibility of him

21   testifying --

22         *THE COURT:*  Without emphasizing him not testifying.

23         *MS. SALEEM:*  Exactly.

24         *THE COURT:*  I'm inclined to agree with that.  What's

25   your thought on that?

1              *MS. SAAD:*  We would agree, Your Honor.

2              *THE COURT:*  Okay.  Let's see if I had anything else

3      I wanted to discuss.

4              Oh, I suspect there are persons who would find it

5      very offensive to look at the images that I suppose -- I take

6      it the government's going to be offering all of these images?

7              *MS. SALEEM:*  Yes, Your Honor.

8              *THE COURT:*  And is it the government's intention to

9      play the video that one of the -- that is involved in one of

10     these?

11             *MS. SALEEM:*  Your Honor, we -- we believe we may

12     have worked it out such that we have -- we can provide a

13     laptop for the jury to take back during deliberations to

14     actually view the video.

15             We do believe that they have to view the actual

16     video, but we also did take still images in the event --

17             *THE COURT:*  You're going to offer the video and the

18     laptop?

19             *MS. SALEEM:*  It's a sanitized laptop, so we're not

20     actually offering the video -- I mean, excuse me.  We're not

21     offering the laptop into evidence.  We're going to offer the

22     video into evidence, but we'll provide a sanitized laptop for

23     the members of the jury to just put the video in when they are

24     in deliberation.

25             *THE COURT:*  You're assuming somebody will know how

1   to work it.

2          MS. SALEEM:  Well, we can provide instructions as

3   well, with the agreement of defense.

4          THE COURT:  Do y'all have any disagreement with what

5   she's just described?

6          MS. SAAD:  No, Your Honor.  We would just assume

7   that that -- based on sanitized, that would mean not

8   accessible to the internet or any other type of outside

9   information, but I think that's -- I'm inferring that from

10  what the government is saying.

11         THE COURT:  Okay.  Okay.  Should I say anything to

12  the jury panel about what they are going to have to be exposed

13  to during the trial to give them an opportunity to make known

14  some concerns as to whether they want to be on the jury?  I've

15  never -- we haven't had one of these, so I don't know what

16  kind of problems you might run into.

17         What's your thought on that?

18         MS. SALEEM:  Your Honor, I believe that you could

19  instruct them that -- that while images may be distasteful or

20  uncomfortable to them, that, just like with any other

21  evidence, they have an obligation to review it, and unless

22  they have some type of extraordinary circumstance, bias, or

23  prejudice that prevents them from participating in that, that

24  they could follow the Court's instructions.

25         THE COURT:  Well, what I had in mind was telling the

1    panel that this is a case where somebody's accused of

2    possessing and receiving child pornography, and necessarily,

3    during the course of the trial, the jury will be -- child

4    pornography will be displayed to the jury, and then drop that

5    at that point, and then later on ask:  Is there anything about

6    this case that would cause any of you to think it would be

7    difficult for you to participate as a juror?

8            Does that seem reasonable to approach it that way?

9        MS. SALEEM:  Yes, Your Honor, although we would ask

10   that you would couch it in terms of, it may be difficult, but

11   is there anyone who simply -- who just could not follow your

12   instructions to observe the images or the video.

13       THE COURT:  Well, of course, I've generally covered

14   that.

15           Okay.  Is what I'm suggesting suitable to the

16   defendant?

17       MS. SAAD:  Your Honor, we have no objection to that

18   suggestion.  We would just ask, in addition, that based on --

19   if any of the jurors, after viewing these images, would be

20   able to still follow the Court's instructions that the

21   defendant is innocent until proven guilty beyond a reasonable

22   doubt.

23           The concern is that after viewing this, there's --

24   they will be unable or unwilling to listen to the evidence to

25   determine whether these elements are proven.

1          THE COURT:  Okay.  Well, let me work on it and try

2    to come up with something that would satisfy both of you that

3    would be appropriate.

4          MS. SALEEM:  And if I may, Your Honor, that concern

5    by the defense may be alleviated if -- if we proceed in this

6    trial the way the Court normally does, with respect to the

7    images and the videos would not actually be shown to the jury

8    until deliberation.

9          THE COURT:  Well, that's the way it normally works,

10   and if you're not going to display the video, that's the way

11   it will work in this trial.

12         Y'all want to get together between now and Monday

13   morning, or between now and late this afternoon, and try to

14   come up with something I can say to the jury that would be

15   mutually acceptable to both of you?  Why don't you do that.

16         MS. SAAD:  Yes, Your Honor.

17         THE COURT:  Okay.  Let's see if I had anything else.

18         I think that takes care of everything I have.  Let

19   me interrupt a minute to ask the court reporter something.

20         (Conferring with court reporter)

21         THE COURT:  Are the two of you going to be someplace

22   where she can deliver a copy of the testimony of McGregor, I

23   think his name is, to you tomorrow?

24         MS. SALEEM:  Yes, Your Honor.

25         THE COURT:  Okay.  Because I do want a memorandum

1    from both of you Monday morning that would make reference to

2    things in his testimony that bear on your position, and I'll

3    try to make a decision sometime early in the day.

4             That's all I have.

5             MR. CURTIS:  Your Honor, could I have an opportunity

6    to convey some of the questions that Mr. Weast conveyed to us

7    during this hearing to the Court?

8             THE COURT:  If they are meaningful questions.  We

9    got five or six things from him filed today --

10            MR. CURTIS:  Okay.

11            THE COURT:  -- that are his usual nonsense.

12            MR. CURTIS:  He has objected to the jurisdiction and

13   wants the Court to -- he's asked the Court to tell him what

14   jurisdiction we're operating under.  I wanted to convey that

15   to the Court.

16            THE COURT:  Okay.

17            MR. CURTIS:  And pretty much, it's the

18   jurisdictional argument.

19            And the name, he claims not to be Christopher Weast.

20            And also, he's advised us that he's suing the Judge

21   for $27 million, I think is the amount, Your Honor.

22            THE COURT:  Okay.

23            MR. CURTIS:  Thank you.

24            THE COURT:  Okay.  Y'all are excused.

25            MS. SAAD:  Actually, Your Honor, I apologize.  It

1    occurred to me one additional concern that might come up on

2    Monday, if the Court has time?

3         THE COURT:  Yes.

4         MS. SAAD:  After the close of the government's case,

5    we were wanting to have an advisement to Mr. Weast about his

6    right to testify.  It just -- and if he could have the

7    opportunity to either make a decision or not as to whether or

8    not he wants to testify.

9         I recognize that the jurors --

10        THE COURT:  We'll take a recess when the government

11   rests, and that will give you an opportunity to go down and

12   talk to him, if he'll talk to you.

13        MS. SAAD:  Thank you, Your Honor.

14        MR. CURTIS:  Thank you, Your Honor.

15        THE COURT:  Is that -- does that satisfy your

16   concern?

17        MR. CURTIS:  I think so.

18        MS. SAAD:  Yes, Your Honor.

19        THE COURT:  Okay.  Unless you want to first offer

20   other evidence, if you have other evidence you want to offer.

21   If you do, then I'll let you offer the other evidence first,

22   and then tell me when you want to take a recess.

23        MR. CURTIS:  That would probably be the best way to

24   do it, Your Honor.

25        THE COURT:  Okay.  That's the way we'll do it, and

1    then you'll just have to tell me when you want to -- say you

2    want to approach the bench, and come up here and tell me what

3    your wish is.

4              MS. SAAD:  Yes, Your Honor.

5              THE COURT:  Okay.  Did you offer this --

6              COURT SECURITY OFFICER:  All rise.

7              THE COURT:  Not quite yet.

8              Did you offer this redacted certificate as an

9    exhibit here?

10             MS. SALEEM:  Not in -- no, not at this time.

11             THE COURT:  Okay.  Well, here it is.  I'm handing it

12   back to you.

13             MS. SALEEM:  Thank you.

14             MR. CURTIS:  Your Honor, I do offer the pretrial

15   Exhibits 1, 2, and 3.

16             THE COURT:  The three, they are part of the record

17   of this hearing, of this morning's hearing.

18             MR. CURTIS:  Thank you, Your Honor.

19             COURT SECURITY OFFICER:  All rise.

20             (End of Proceedings)

21

22

23

24

25

1                       REPORTER'S CERTIFICATE

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6     comply with those prescribed by the Court and the Judicial

7     Conference of the United States.

8          Signed this 15th day of January, 2015.

9

10                         /s/ Debra G. Saenz

11                         DEBRA G. SAENZ, CSR, RMR, CRR
                           Texas CSR No. 3158
12                         Official Court Reporter
                           The Northern District of Texas
13                         Fort Worth Division

14

15    CSR Expires:        12/31/15

16    Business Address:   501 W. 10th Street, Room 424
                          Fort Worth, Texas  76102
17

18    Telephone:          817.850.6661

19    E-Mail Address:     debbie.saenz@yahoo.com

20

21

22

23

24

25

**$**
$27 [1]  59/21
$27 million [1]  59/21

**-**
-- to [1]  50/18
-- you [1]  41/10

**/**
/s [1]  62/10

**0**
04 [1]  3/3
09 [1]  3/5

**1**
10 [3]  3/19 3/19 46/5
100 percent [2]  19/16 31/20
10th [2]  5/25 62/16
10yo [1]  36/10
11 [1]  47/24
11:08 [2]  1/7 4/2
11yo [1]  36/9
12/31/15 [1]  62/15
12yo [1]  36/9
13yo [1]  36/9
14 [2]  3/20 3/21
14yo [1]  36/10
15 [3]  14/7 36/21 62/15
15-minute [1]  49/25
15330 [1]  1/18
15th [1]  62/8
16 [3]  1/9 3/21 3/21
1700 [1]  1/15
177 [1]  1/17
18.jpg [1]  35/18
19 [2]  3/20 3/20

**2**
20 [1]  34/16
2004 [1]  16/13
2006 [1]  37/5
2009 [1]  46/8
2010 [1]  34/12
2011 [8]  37/5 39/19 40/25 41/1 41/25
 42/8 42/22 44/20
2014 [2]  1/6 4/2
2015 [1]  62/8
23 [1]  3/6
25 [2]  1/6 4/2

**3**
31 [1]  3/7
3158 [1]  62/11
32 [1]  3/8
34 [1]  3/10
36.jpg [1]  36/5
39 [1]  3/11

**4**
424 [2]  2/5 62/16
43 [7]  34/22 35/13 35/16 35/17 37/9
 39/4 41/24
44 [6]  34/22 35/13 36/2 37/9 39/4 41/24
45 [6]  34/22 35/13 36/7 37/9 39/4 41/24
47797-177 [1]  1/17
49 [2]  3/12 3/13
4:14-CR-023-A [3]  1/4 4/14 50/10

**5**
501 [2]  2/5 62/16

**6**
62 [1]  3/14
63 [1]  3/15
6882 [1]  1/15
6yo.jpg [1]  36/10

**7**
7/24/14 [2]  3/20 3/21
73 [1]  38/20
76102 [4]  1/22 2/3 2/6 62/16
76102-6882 [1]  1/15
76119 [1]  1/19
7yo [1]  36/10

**8**
801 [1]  1/15
81 [4]  37/23 38/1 38/4 38/22
817.252.5200 [1]  1/16
817.850.6661 [2]  2/6 62/18
817.978.2753 [2]  1/22 2/4
819 [2]  1/21 2/3
8yo [1]  36/10

**9**
9A10 [2]  1/21 2/3
9yo [1]  36/10
9Yo-My [2]  35/18 36/5

**A**
a -- from [1]  38/15
a -- the [1]  37/19
A-D-I [1]  22/8
a.m [2]  1/7 4/2
abbreviated [2]  51/19 51/22
able [4]  26/15 26/22 30/13 57/20
about [31]  12/7 13/21 20/2 23/15 23/25
 26/25 30/3 35/25 37/4 39/21 41/6 42/2
 42/2 42/4 42/10 43/21 44/10 46/10
 46/11 49/10 49/22 49/24 50/1 52/18
 52/23 52/24 54/18 54/20 56/12 57/5
 60/5
absence [3]  49/23 51/4 51/11
acceptable [1]  58/15
accepted [5]  21/11 21/12 21/17 21/21
 29/16
access [9]  5/6 5/7 13/18 13/19 15/5
 15/23 16/1 16/4 16/4
accessible [1]  56/8
According [1]  22/20
account [1]  54/10
accused [1]  57/1
across [1]  30/7
actual [12]  7/5 13/23 16/7 21/9 29/14
 30/11 53/13 53/13 53/21 53/23 54/2
 55/15
actually [23]  10/22 11/13 11/23 12/4
 18/12 20/16 24/17 29/12 30/13 32/18
 35/4 37/19 38/3 38/17 38/17 44/18
 44/24 47/2 51/25 55/14 55/20 58/7
 59/25
add [2]  8/1 53/7
added [1]  52/18
adding [2]  7/3 52/25
addition [4]  37/16 37/22 45/6 57/18
additional [1]  60/1
address [4]  46/1 51/16 62/16 62/19
admissibility [1]  7/14
admitted [3]  3/18 42/24 43/1
advantage [1]  52/7
advised [1]  59/20
advisement [1]  60/5
Afghanistan [1]  14/15

after [6]  12/20 40/16 46/20 57/19 57/23
 69/4
afternoon [1]  58/13
again [3]  25/19 47/19 53/18
against [2]  51/9 51/12
age [5]  26/11 37/6 43/12 43/14 43/14
age -- to [1]  43/14
agent [10]  7/4 34/8 34/9 39/1 39/13
 45/11 46/4 46/13 46/23 47/15
ago [1]  14/4
agree [3]  53/25 54/24 55/1
agreed [2]  52/13 53/22
agreement [1]  56/3
ahead [13]  8/4 12/12 17/17 23/2 23/11
 27/18 31/2 34/3 35/9 36/1 44/3 45/23
 46/2
Air [10]  11/12 11/13 11/15 11/17 12/15
 12/16 12/21 14/12 14/13 14/13
AISHA [1]  1/13
all [38]  4/4 7/18 9/17 9/19 10/2 12/10
 13/6 14/19 15/18 16/5 17/9 18/8 22/8
 24/7 24/15 27/13 27/17 29/1 29/13 31/5
 31/21 32/7 32/13 32/21 33/3 33/10
 36/12 45/12 45/12 47/18 50/1 50/3 50/6
 50/12 55/6 59/4 61/6 61/19
All-encompassing [1]  14/19
alleged [1]  7/7
alleviated [1]  58/5
allowed [1]  32/2
allows [1]  17/20
along [3]  5/1 21/1 22/24
already [6]  30/10 30/10 46/9 46/10
 46/21 53/8
already -- the [1]  30/10
also [12]  6/9 12/16 18/11 23/18 39/3
 44/21 45/20 47/17 51/16 53/17 55/16
 59/20
also -- I [1]  53/17
also -- like [1]  18/11
alterations [1]  29/20
altered [6]  16/11 26/23 27/7 29/2 29/4
 31/17
altering [3]  24/24 28/8 28/11
although [1]  57/9
am [9]  5/24 5/25 7/20 8/20 19/21 34/8
 35/14 36/13 36/15
amend [2]  7/17 49/15
AMERICA [3]  1/4 4/14 50/10
amongst [1]  51/1
amount [1]  59/21
analysis [1]  23/6
analyst [1]  25/11
analyze [2]  27/1 31/12
analyzed [1]  29/8
analyzing [1]  24/10
And in [1]  47/5
ANGELA [1]  2/1
another [2]  22/4 23/16
answered [1]  47/6
anticipate [1]  54/15
any [34]  22/12 22/13 22/22 25/10 25/13
 25/24 25/25 26/3 26/20 27/5 27/8 29/19
 30/1 30/19 39/8 44/17 47/20 48/22 49/4
 50/18 51/5 51/11 51/13 51/24 51/24
 52/2 53/15 54/4 54/19 56/4 56/8 56/20
 57/6 57/19
anybody [2]  5/8 16/10
anyone [3]  48/10 53/6 57/11
anything [15]  10/4 11/3 15/6 20/9 20/12
 20/22 21/12 27/17 30/3 43/13 44/10
 55/2 56/11 57/5 58/17
anyway [1]  35/22
apologize [2]  6/13 59/25

## A

apparently [1] 53/22
appear [1] 54/4
appearance [1] 4/23
appearing [1] 39/3
appears [3] 36/11 38/20 38/22
approach [2] 57/8 61/2
appropriate [2] 49/22 58/3
approved [1] 32/1
approximately [1] 13/3 39/20
are [81]
are -- you [1] 39/13
area [5] 11/8 13/12 13/20 14/5 28/6
areas [3] 10/6 13/15 39/17
aren't [1] 30/24
argument [1] 59/18
around [5] 16/13 21/5 23/1 32/19 47/7
arrangements [1] 32/15
artist [1] 25/11
as [68]
Aside [1] 27/19
ask [13] 10/10 15/9 20/25 25/22 38/1
39/9 47/21 48/24 54/14 57/5 57/9 57/18
58/19
asked [6] 20/6 33/3 33/10 33/11 50/15
59/13
asking [3] 13/20 43/19 47/7
ASSISTANT [2] 1/20 2/2
associate's [1] 11/9 11/11 12/20
assume [2] 32/14 56/6
assuming [1] 55/25
assumption [1] 27/9
attend [1] 11/21
attention [2] 34/21 50/19
attorney [1] 5/25
attorneys [2] 50/12 51/3
audio [1] 5/6
authenticate [1] 26/17
authenticated [1] 38/21
authentication [1] 24/12
authorities [1] 38/21
authorizing [1] 32/25
available [2] 7/11 7/12
away [1] 15/1

## B

bachelor's [3] 11/10 12/12 12/22
back [13] 16/13 16/14 16/15 22/25 32/2
43/17 46/9 46/12 50/9 50/12 54/6 55/13
61/12
background [1] 14/6
Base [1] 12/15
based [17] 15/24 19/15 24/14 24/14
26/25 27/1 27/9 27/10 29/17 32/9 41/19
41/21 44/15 47/15 48/5 56/7 57/18
basically [2] 17/20 30/6
be [60] 4/10 8/2 8/25 9/2 13/11 15/25
18/5 19/12 19/12 19/16 19/17 20/16
21/3 26/15 27/10 27/15 28/9 31/21
31/25 32/9 32/17 32/19 33/18 33/20
35/3 38/21 38/22 45/20 48/8 48/23
49/22 50/8 51/1 51/20 51/22 52/7 52/8
53/5 53/23 54/4 54/11 54/12 54/15 55/6
56/12 56/14 56/19 57/3 57/4 57/6 57/10
57/19 57/24 58/3 58/5 58/7 58/14 58/21
59/19 60/23
be -- child [1] 57/3
beach [1] 36/9
bear [1] 59/2
bearing [1] 51/6
because [7] 14/21 16/14 17/3 21/16
31/21 35/5 58/25

been [31] 9/7 13/14 16/11 16/13 17/15
19/3 19/13 19/25 24/17 27/16 29/2 29/5
29/14 30/10 30/13 31/17 33/8 33/25
34/11 34/15 34/16 34/19 38/7 39/16
39/21 40/7 41/2 42/9 43/14 44/17 45/9
before [7] 1/10 13/8 29/11 32/18 42/21
46/6 48/21
began [1] 41/14
beginning [2] 34/12 39/19
being [5] 14/21 21/17 23/19 48/12 52/5
believe [7] 4/23 15/10 16/9 47/3 55/11
55/15 56/18
Bellevue [1] 12/14
bench [1] 61/2
best [1] 60/23
between [3] 24/24 58/12 58/13
beyond [3] 16/10 51/7 57/21
bias [1] 56/22
BILL [5] 3/4 3/19 7/1 8/23 9/19
Biloxi [1] 12/3
birth [10] 7/5 37/17 37/20 37/23 38/5
38/6 38/14 48/18 48/22 49/1
bit [4] 6/12 6/14 25/4 25/7
blacked [1] 38/23
bless [1] 4/8
book [5] 34/25 35/2 35/21 35/23 35/25
BOP [1] 1/18
both [11] 7/9 14/23 32/8 38/13 51/8
53/22 53/25 54/14 58/2 58/15 59/1
bottom [1] 28/3
box [1] 1/18 6/19
branch [1] 11/19
breaks [1] 11/4
brief [1] 32/9
briefly [1] 11/6 17/17
brightened [1] 29/3
brightening [1] 28/11
bring [1] 35/2
broken [1] 14/20
burden [1] 51/7
Business [1] 62/16

## C

call [2] 17/1 33/16
calls [1] 8/23
came [2] 15/14 30/6
camera [1] 17/11
can [44] 5/6 5/19 6/2 6/10 6/16 6/16
6/18 8/10 13/7 16/3 16/6 16/10 17/23
18/3 18/4 18/13 18/15 21/3 21/5 21/8
27/6 27/12 27/23 28/9 28/11 30/23
31/19 31/21 31/24 32/14 34/3 35/3 35/9
36/18 36/18 38/12 38/17 47/2 47/13
48/13 55/12 56/2 58/14 58/22
can't [5] 19/9 19/12 19/15 26/7 32/15
Canon [1] 17/11
care [1] 58/18
cartoon [1] 28/4
case [14] 1/4 13/15 15/16 15/22 17/12
18/17 27/2 41/3 41/7 51/5 51/10 57/1
57/6 60/4
cases [4] 24/18 29/7 29/11 29/13
caught [2] 9/17 30/11
cause [2] 45/19 57/6
Center [1] 41/20
certain [3] 13/22 26/17 38/23
certificate [13] 3/14 7/6 37/17 37/20
37/24 38/5 38/6 38/14 48/18 48/22 49/1
61/8 62/1
certified [2] 37/20 38/6
certify [2] 62/2 62/5
change [8] 7/18 7/25 17/20 19/8 25/3
28/2 53/25 54/1

changed [1] 37/6
changes [3] 53/14 54/16 54/8
changing [1] 17/23
Charge [4] 52/13 52/15 53/19 53/20
charged [2] 49/8 51/8
charges [2] 52/23 53/18
Cherry [1] 1/15
child [21] 29/5 29/10 29/13 29/20 30/3
30/11 34/10 34/11 34/13 34/18 34/19
37/1 37/1 39/14 39/20 39/21 39/23
41/14 41/22 57/2 57/3
Children [2] 41/15 41/20
choice [1] 54/9
choose [1] 54/8
CHRIS [1] 2/1
CHRISTOPHER [6] 1/6 1/17 4/15 50/10
50/23 59/19
Circuit [1] 53/19
circumstance [1] 56/22
claims [1] 59/19
clarification [1] 38/25
clarify [5] 25/20 42/14 43/18 44/3 44/12
classes [1] 13/3
classroom [2] 11/25 12/3
clear [1] 19/12
clearance [3] 14/24 14/24 14/25
clerk [1] 5/9
client's [1] 52/10
clients [1] 30/10
clip [2] 22/4 22/5
close [1] 60/4
co [1] 4/18
co-counsel [1] 4/18
cocounsel [3] 47/10 47/12 47/13
COLE [3] 1/13 4/19 4/23
college [5] 11/13 11/15 11/18 11/20
12/17
come [9] 8/24 9/2 27/20 32/2 33/20 58/2
58/14 60/1 61/2
common [2] 21/6 24/3
communicate [2] 6/3 6/12
communicated [1] 6/15
communicating [2] 5/12 5/23
communication [3] 6/6 50/13 50/16
communications [2] 5/24 8/7
community [6] 11/13 11/15 11/17 11/18
21/11 21/21
company [2] 9/21 9/25
compare [1] 36/23
comply [1] 62/6
composite [4] 25/8 25/13 25/16 25/25
computer [18] 2/10 5/12 6/3 6/4 11/3
11/4 12/12 12/8 15/4 15/4 15/15 15/22
19/9 19/9 21/9 21/11 26/22 31/6
computers [6] 10/7 11/9 11/10 12/4
13/17 14/18
concern [5] 45/25 57/23 58/4 60/1 60/16
concerns [1] 56/14
conclusion [2] 27/21 27/22
conduct [2] 23/6 43/22
conducted [1] 53/4
conference [8] 1/17 4/3 5/5 6/2 50/5
52/15 52/17 62/7
Conferring [2] 47/14 58/20
confirm [1] 52/4
Connecticut [3] 34/13 38/7 38/21
connection [1] 30/20
consider [1] 51/10
consideration [2] 47/17 51/24
consult [3] 47/10 47/12 47/13
contact [1] 44/17
contain [1] 15/13
contains [2] 16/22 20/4

## C

continue [1] 45/25
contraband [1] 35/5
conversation [1] 42/10
conversations [2] 41/6 41/8
convey [2] 59/6 59/14
conveyed [2] 8/11 59/6
conveying [1] 52/9
convicted [1] 45/10
coordinator [1] 34/13
copies [2] 35/6 53/10
copy [17] 7/4 7/5 7/8 7/11 7/14 22/25
37/17 37/20 37/23 38/6 38/14 38/18
38/23 50/21 53/12 53/12 58/22
copying [1] 23/15
correct [37] 4/24 6/8 7/20 7/21 9/17
13/9 13/10 14/12 14/24 17/5 17/15 18/6
18/8 18/19 18/20 18/23 19/3 19/14
19/18 21/6 22/2 23/7 25/14 25/17 26/9
31/7 31/14 39/15 39/24 41/4 43/25 44/9
44/16 45/14 45/15 46/14 62/3
correctly [1] 20/13
couch [1] 57/10
could [16] 15/25 19/5 19/15 20/12 28/18
35/5 35/7 41/16 45/14 46/6 48/8 56/18
56/24 57/11 59/5 60/6
counsel [3] 4/18 6/3 53/11
Count [1] 7/7
counts [1] 20/17
couple [1] 30/25
course [7] 12/5 12/8 12/18 17/17 24/24
57/3 57/13
course -- go [1] 17/17
court [30] 1/1 1/10 2/5 4/6 4/9 8/9 9/14
11/6 13/8 24/17 32/14 38/1 49/6 50/14
50/16 51/16 52/16 52/17 53/3 53/14
58/6 58/19 58/20 59/7 59/13 59/13
59/15 60/2 62/6 62/12
Court's [6] 3/8 3/12 32/1 45/25 56/24
57/20
courtroom [12] 2/1 5/6 49/23 50/12
50/20 50/24 51/2 51/4 51/11 51/23 52/6
52/8
covered [2] 14/3 57/13
covers [3] 13/7 13/11 52/21
CR [3] 1/4 4/14 50/10
create [1] 38/18
created [4] 16/13 18/14 38/5 40/8
creation [3] 18/5 18/10 18/22
credits [1] 12/21
crime [1] 45/10
cropped [1] 29/2
Cropping [1] 28/16
Cross [4] 3/6 3/11 23/12 39/11
Cross-Examination [4] 3/6 3/11 23/12
39/11
CRR [3] 2/5 62/2 62/11
CSR [5] 2/5 62/2 62/11 62/11 62/15
current [1] 26/6
currently [2] 34/10 34/12
CURTIS [9] 2/1 3/5 3/7 5/1 8/19 9/4 9/9
20/22 31/4
custodian [2] 7/19 8/2
CV [3] 3/19 10/15 14/4
CVs [1] 29/17

## D

DAN [2] 1/13 4/18
darkening [1] 28/11
data [21] 10/22 10/25 17/1 17/3 17/6
17/8 17/8 18/3 18/16 18/22 21/2 23/15
23/17 24/1 24/6 24/9 24/21 24/24 31/6
31/9 31/21
databases [1] 14/18
date [1] 18/10
dates [1] 18/11
day [5] 12/9 12/10 12/11 59/3 62/8
deal [1] 49/19
debbie.saenz [2] 2/7 62/19
DEBRA [4] 2/5 62/2 62/10 62/11
decide [1] 54/2
decision [7] 30/14 32/3 32/5 33/7 51/5
59/3 60/7
decisions [1] 53/14
defendant [25] 1/7 1/17 2/1 4/3 5/1 5/5
5/10 6/24 42/6 42/9 42/12 42/13 42/15
44/5 44/8 48/24 50/5 50/19 50/23 51/9
51/12 52/2 54/8 57/16 57/21
defendant's [15] 3/8 3/17 6/25 8/15
10/11 10/17 15/9 16/18 16/21 49/22
50/2 51/4 51/8 51/10 51/23
DEFENDER [2] 1/20 2/2
defense [6] 6/3 8/22 30/9 53/11 56/3
58/5
degree [1] 12/13
deliberation [2] 55/24 58/8
deliberations [6] 51/12 52/24 52/24 53/4
53/5 55/13
deliver [1] 58/22
demoted [1] 45/24
department [3] 1/14 38/7 38/15
depict [5] 25/4
depicted [5] 7/7 28/4 37/1 37/8 47/3
depiction [3] 13/22 24/11 24/25
depictions [1] 24/1
described [1] 56/5
description [3] 3/18 43/9 43/11
designate [2] 32/25 33/6
designated [1] 33/8
designation [1] 6/25
detailed [1] 52/18
detect [2] 26/7 27/6
detecting [1] 30/8
determination [1] 33/5
determine [3] 13/23 31/16 57/25
developing [1] 45/22
device [4] 10/4 10/5 23/16 23/16
devices [5] 10/7 10/8 10/8 11/4 18/13
did [23] 8/4 11/14 14/17 14/19 14/22
15/18 29/15 36/22 36/23 36/23 42/11
43/20 43/20 45/3 46/6 47/22 47/23 48/5
49/6 52/21 55/16 61/5 61/8
Did -- during [1] 47/22
didn't [7] 16/15 18/8 35/2 43/13 44/10
46/7 53/17
difference [2] 24/23 53/15
different [4] 23/19 25/7 36/23 47/7
differently [1] 23/23
difficult [3] 27/15 57/7 57/10
digital [16] 10/2 10/7 13/5 13/6 13/11
17/25 23/6 23/15 26/11 26/12 26/12
27/11 27/13 31/6 31/9 31/18
digitally [2] 10/22 10/25
digitally-stored [1] 10/22 10/25
direct [5] 3/5 3/10 9/8 34/1 34/21
directly [2] 43/21 44/11
disagreement [1] 56/4
disclosed [2] 44/24 45/8
discuss [2] 51/1 55/3
discussed [2] 13/8 52/14
discussions [2] 3/13 47/23
display [1] 58/10
displayed [1] 57/4
distasteful [1] 56/19
distribute [1] 22/25

distributed [1] 30/5
distribution [1] 30/8
DISTRICT [9] 1/1 1/2 1/10 1/14 1/21 2/2
4/6 4/6 62/12
division [5] 1/3 34/14 39/14 39/20 62/13
do [52] 5/9 5/11 7/9 7/18 9/19 10/12
11/21 12/2 13/24 15/21 17/23 20/18
21/2 21/3 23/5 23/7 23/18 24/19 24/21
25/18 25/24 26/3 27/8 28/23 30/3 32/14
32/24 33/12 34/7 34/7 34/9 34/9 35/3
37/21 37/22 37/25 38/9 38/10 47/11
47/20 49/4 49/19 54/9 54/14 55/15 56/4
58/15 58/25 60/21 60/24 60/25 61/14
DOD [1] 14/13
does [56] 11/2 15/13 15/18 18/25 20/8
20/8 22/22 28/24 29/1 35/24 38/17
51/13 52/2 57/8 58/6 60/15
does -- and [1] 15/18
doesn't [6] 19/8 20/11 22/22 24/10
24/12 28/23
doing [6] 18/13 20/16 25/23 30/8 39/16
45/11
don't [30] 11/25 16/9 20/1 20/15 21/16
21/18 22/12 24/3 24/20 25/22 26/15
27/2 28/4 35/6 41/12 43/10 43/14 46/9
46/12 46/16 47/7 47/19 49/11 49/24
53/14 54/2 54/4 54/19 56/15 58/15
done [32] 15/19 24/8 24/15 28/9 29/7
29/12 29/15 40/4 40/7 40/9 40/10 62/13
dot [1] 22/8
double [1] 25/18
doubt [3] 16/11 51/7 57/22
down [9] 11/4 14/20 20/2 30/23 31/24
46/17 50/21 53/10 60/11
downloaded [1] 10/21
drop [1] 57/4
duly [2] 9/7 33/25
during [12] 14/23 47/22 51/12 51/17
51/18 52/6 52/14 52/17 55/13 56/13
57/3 59/7

## E

E-Investigations [2] 9/13 9/24
e-mail [6] 2/7 3/20 3/21 15/11 16/22
62/19
E-X-I-F [1] 17/4
each [4] 37/13 37/14 50/21 53/11
earlier [1] 26/12
early [2] 32/12 59/3
earth [1] 21/12
editing [1] 28/25
education [1] 11/7
either [5] 19/17 27/3 41/10 51/11 60/7
elaborated [1] 52/20
elements [1] 57/25
else [9] 14/4 20/22 25/4 27/17 44/1
48/11 53/22 55/2 58/17
embedded [3] 14/15 17/8 41/19
emphasizing [1] 54/22
employed [2] 9/12 13/14
encompass [1] 24/10
encompassing [1] 14/19
end [4] 20/4 26/18 53/8 61/20
ended [1] 25/18
ends [1] 22/8
enforcement [4] 34/15 34/16 41/6 41/8
enhanced [1] 29/4
enlarged [1] 29/3
Enlarging [1] 28/14
ensure [1] 8/6
enters [1] 50/7
entitled [1] 62/4
entries [1] 22/19

## E

entry [1] 4/22
establish [1] 51/7
even [4] 11/5 16/14 31/19 50/25
event [2] 7/13 55/16
ever [3] 30/13 41/25 45/13
everybody [1] 14/22
everything [7] 11/4 14/20 14/22 26/11 37/4 52/21 58/18
everywhere [1] 21/22
evidence [9] 10/17 49/4 55/21 55/22 56/21 57/24 60/20 60/20 60/21
exact [1] 27/16
exactly [2] 11/2 54/23
Examination [10] 3/5 3/6 3/7 3/10 3/11 9/8 23/12 31/3 34/1 39/11
except [1] 24/3
exclamation [2] 20/3 22/8
exclusively [1] 34/20
excuse [1] 55/20
excused [5] 31/25 32/17 48/13 48/15 59/24
exhibit [40] 3/17 6/25 7/3 7/4 7/9 7/17 7/25 8/1 8/3 10/11 10/17 15/9 16/18 16/22 19/19 19/20 19/21 19/24 21/24 21/25 34/25 35/2 35/16 35/17 35/21 35/23 35/25 36/2 36/3 36/4 36/6 37/13 37/14 37/23 38/4 38/20 38/22 49/15 49/17 61/9
exhibits [14] 7/5 34/22 34/23 35/13 36/12 37/9 37/11 38/19 39/4 41/24 49/7 49/9 49/11 61/15
EXIF [9] 17/1 17/3 17/6 17/8 18/3 18/16 18/22 21/2 24/6
experience [8] 11/7 23/4 23/24 27/25 28/7 29/5 39/14 39/17
expert [10] 6/25 11/8 13/25 14/5 15/14 15/19 16/23 18/19 32/2 32/22
expertise [2] 10/6 28/6
Expires [1] 62/15
explain [5] 16/2 17/17 41/16 50/18 53/6
explain to [1] 50/18
Exploitated [1] 41/15
exploitation [9] 34/10 34/11 34/13 34/18 34/19 39/14 39/20 39/21 39/24
exploitation -- in [1] 39/24
Exploited [1] 41/20
exploits [2] 15/25 16/2
exposed [1] 56/12
extensive [1] 40/16
extraordinary [1] 56/22

## F

face [2] 24/8 37/3
fact [3] 45/20 47/1 50/19
fair [3] 19/12 24/25 47/17
fairly [1] 40/16
familiar [5] 25/8 35/12 36/11 36/14 36/15
far [8] 23/20 24/2 24/13 24/19 30/8 33/3 33/10 33/11
fashion [1] 17/24
FBI [6] 7/4 34/8 34/9 34/11 34/14 41/21
FCI [1] 1/18
FEDERAL [2] 1/20 2/2
feel [1] 38/17
fees [1] 62/5
field [1] 27/10
Fifth [1] 53/19
file [7] 35/15 35/17 35/24 36/3 36/4 36/7 36/8
filed [2] 8/16 59/9

final [1] 22/19
find [3] 20/7 20/7 55/4
finding [1] 27/5
fine [2] 8/11 35/9
finish [2] 46/1 46/2
finished [1] 22/1
first [16] 8/15 8/15 9/7 13/17 18/4 33/25 40/16 40/23 40/25 41/5 46/10 46/11 46/11 53/7 60/19 60/21
fit [1] 29/1
five [2] 46/19 59/9
FLEURY [1] 1/20
floor [3] 5/5 6/2 6/7
follow [4] 30/25 56/24 57/11 57/20
follow-up [1] 30/25
follows [2] 9/7 33/25
for -- or [1] 7/12
force [12] 11/12 11/13 11/15 11/17 12/15 12/16 12/21 14/12 14/13 14/13 34/12 34/13
foregoing [2] 62/3 62/4
forensic [12] 9/24 10/2 10/6 11/8 14/6 14/6 23/6 24/5 24/8 24/22 44/23 45/7
forensics [4] 13/5 13/6 13/11 30/7
forfeiture [2] 54/3 54/3
forget [1] 35/25
forgot [2] 16/17 20/25
form [2] 17/24 54/4
format [1] 62/5
FORT [11] 1/3 1/5 1/15 1/18 1/19 1/22 2/3 2/6 4/6 62/13 62/16
forth [1] 22/25
forward [2] 8/15 8/24
found [1] 22/15
four [6] 12/7 13/3 14/15 22/1 34/20 39/16
four-and-a-half [1] 34/20
front [2] 10/10 15/10
full [1] 9/19
further [4] 3/13 51/20 54/4 62/5

## G

gain [2] 16/1 16/4
gained [2] 45/19 45/20
gave [1] 43/9
geared [1] 17/23
general [5] 13/11 13/15 13/20 19/8 25/6
generally [4] 21/10 21/12 21/21 57/13
genuine [1] 27/7
get [9] 13/7 21/5 36/1 45/3 46/16 46/16 47/19 49/25 58/12
Getting [1] 54/6
girl [2] 45/6 47/3
give [9] 18/10 18/11 32/9 51/19 51/24 51/24 53/11 56/13 60/11
given [2] 29/10 52/23
giving [2] 43/10 51/20
go [22] 7/14 8/4 8/14 9/19 11/23 12/12 17/17 23/2 23/11 27/18 31/2 34/3 35/9 36/1 38/2 44/3 45/23 46/2 46/9 46/12 48/11 60/11
God [1] 4/8
going [21] 5/7 17/3 26/11 32/17 32/24 32/25 33/6 34/21 38/1 47/7 50/20 50/22 52/19 52/23 53/10 55/6 55/17 55/21 56/12 58/10 58/21
gone [1] 46/10
good [5] 4/11 6/22 12/23 26/19 32/20
got [9] 4/22 12/20 15/1 15/24 21/15 22/21 39/8 50/21 59/9
government [22] 1/4 1/13 4/16 7/2 7/6 7/7 7/14 14/8 14/9 14/10 14/11 14/18 15/19 15/24 22/20 29/14 41/24 48/14 49/15

51/6 51/13 56/10 60/10
government's [19] 3/13 15/14 16/23 18/18 20/5 34/21 35/12 35/16 35/17 36/2 36/6 37/8 37/23 38/4 38/20 39/3 55/6 55/8 60/4
grain [1] 21/16
grainy [1] 16/15
grant [2] 32/25 49/14
graphics [1] 25/11
guess [4] 19/15 20/5 20/13 30/24
guilt [1] 51/8
guilty [1] 57/21

## H

hacking [5] 13/18 15/5 15/7 15/23 15/23
hacking -- I'm [1] 15/23
had [24] 14/7 14/23 17/15 19/25 30/25 34/17 37/6 38/7 39/21 41/2 41/5 41/8 42/10 44/7 44/17 44/22 45/9 48/10 49/10 52/15 55/2 56/15 56/25 58/17
hair [1] 37/3
half [2] 34/20 39/22
hand [5] 8/25 33/18 50/20 50/20 53/10
hand -- hand [1] 50/20
handing [1] 61/11
handled [4] 17/15 19/1 20/5 20/8
happened [1] 44/24
hard [1] 26/12
has [20] 5/6 5/14 7/14 7/18 11/18 17/22 29/5 29/14 31/17 35/17 41/19 41/24 42/20 45/18 51/4 51/6 51/6 52/16 59/12 60/2
hash [1] 24/7
hasn't [2] 16/11 27/16
have [98]
have -- during [1] 14/23
have -- we [1] 55/12
Haven [1] 34/14
haven't [3] 32/3 33/5 56/15
having [4] 6/11 9/7 33/25 49/19
he [38] 5/6 5/6 5/14 5/24 25/17 32/18 33/8 42/10 42/20 43/1 43/3 43/3 43/4 43/5 43/7 43/9 43/12 43/13 43/19 44/7 44/7 44/10 44/12 44/13 45/18 45/20 46/10 46/11 46/11 48/13 48/21 50/25 51/1 54/9 59/12 59/6 60/6 60/8
he'll [3] 32/19 54/16 60/12
he's [15] 8/8 25/23 32/2 32/17 33/6 33/7 35/4 46/9 46/10 46/21 47/6 48/21 59/13 59/20 59/20
Health [1] 38/8
hear [8] 4/5 4/5 4/5 5/6 5/19 6/10 6/16 6/17
heard [1] 32/10
hearing [9] 1/9 6/23 10/17 16/18 52/15 52/17 59/7 61/17 61/17
heights [1] 17/9
her [27] 5/16 36/20 36/25 36/25 37/3 37/3 37/4 37/5 40/4 40/4 40/24 41/5 43/9 43/12 43/14 44/20 44/21 44/24 45/1 45/3 45/4 46/6 46/12 47/2 48/4 48/6 48/8
here [16] 4/13 4/16 4/25 6/10 9/3 25/12 25/12 29/9 30/1 38/2 46/24 49/25 53/1 61/2 61/9 61/11
here's [1] 53/1
him [23] 5/12 25/22 25/23 30/24 31/25 32/1 32/17 33/1 33/7 39/9 42/10 43/10 43/20 43/24 44/19 48/22 53/12 54/13 54/20 54/22 59/9 59/13 60/12
his [14] 5/15 5/21 5/25 5/25 8/12 43/14 44/15 51/2 52/5 52/7 58/23 59/2 59/11 60/5

## H

his -- [1] 5/25
home [1] 15/4
Honor [85]
HONORABLE [3] 1/10 4/7 4/9
hoping [2] 13/7 19/5
hours [2] 12/9 12/10
house [1] 44/13
how [20] 9/12 12/5 12/5 12/9 17/9 18/9
29/19 30/4 34/15 34/17 36/14 36/18
36/18 36/23 37/3 40/1 40/13 40/13
41/16 55/25
how -- can [1] 36/18
However [1] 52/4
huh [1] 21/22
hundreds [1] 48/1

## I

I'd [3] 10/10 10/16 15/9
I'll [13] 31/22 33/12 35/10 42/14 46/1
48/24 49/24 51/24 52/11 52/12 54/14
59/2 60/21
I'm [32] 6/11 6/13 8/7 13/3 13/7 15/2
15/23 17/3 20/13 25/10 27/4 32/24
32/25 33/6 34/12 34/21 38/1 38/19
38/19 38/22 47/1 48/19 50/20 50/22
52/23 53/10 53/15 53/17 54/24 56/9
57/15 61/11
I've [23] 11/4 14/24 17/4 29/7 29/12
29/13 29/23 30/6 34/11 39/16 40/15
42/9 42/19 48/1 50/15 50/21 52/14
52/18 52/20 53/2 54/18 56/14 57/15
I-N-V-E-S-T-I-G-A-T-I-O-N-S [1] 9/16
idea [1] 21/12
identical [1] 38/23
identification [3] 46/19 46/23 46/25
identified [7] 41/24 43/3 43/5 43/7 44/18
46/8 49/8
identifiers [1] 39/2
identity [3] 7/18 39/3 39/5
if -- if [1] 58/5
image [26] 11/8 16/6 16/7 16/8 17/24
18/5 18/13 18/15 18/25 21/9 23/21
23/22 24/12 24/24 25/6 25/11 26/7
26/13 26/23 26/23 27/23 28/21 31/9
31/17 31/18 41/18
images [62] 7/7 10/7 10/20 16/13 17/14
17/20 17/21 18/17 18/21 19/3 19/6 19/9
19/24 20/25 21/25 22/1 22/3 22/5 22/10
23/6 25/9 25/13 25/13 25/25 26/1 26/4
26/4 26/21 27/6 28/18 28/24 29/2 29/8
31/6 32/18 36/17 36/24 37/1 37/5 37/12
41/21 41/23 42/4 42/7 42/16 43/1 44/6
45/1 45/6 47/4 47/25 48/3 48/7 48/9
49/7 55/5 55/6 55/16 56/19 57/12 57/19
58/7
imaging [2] 10/6 23/15
in -- in [1] 45/11
in -- no [1] 61/10
inclined [1] 54/24
include [4] 28/18 49/16 49/16 54/20
included [1] 44/15
includes [1] 25/8
includes -- are [1] 25/8
including [2] 6/2 10/7
inconsistent [1] 54/13
Index [2] 3/15 3/17
indicated [1] 5/14 6/9 52/16
indicating [1] 20/4
indication [1] 22/18
indictment [2] 18/17 51/9
individual [11] 36/11 36/14 36/15 36/17
36/20 37/15 42/22 44/18 45/8 45/9 48/2
individuals [2] 13/16 41/19
industry [1] 30/4
inferring [1] 56/9
information [8] 6/13 6/14 13/4 15/13
16/23 16/25 39/1 56/9
information -- I'm [1] 6/13
initial [1] 34/5
initiated [1] 41/21
Initiative [1] 41/18
innocent [2] 41/18 57/21
inquire [1] 52/24
inquired [1] 49/10
inquiry [1] 53/4
inspection [1] 7/13
instruct [1] 56/19
instructed [1] 50/24
instruction [11] 49/21 50/18 50/22 51/14
52/4 52/12 52/18 54/6 54/11 54/12
54/20
instructions [8] 49/20 51/20 51/25 54/3
56/2 56/24 57/12 57/20
intention [1] 55/8
interaction [5] 40/19 40/23 40/25 41/5
47/16
interactions [1] 40/21
interested [1] 27/5
internet [13] 6/3 10/21 10/21 13/18 15/6
21/1 21/1 21/15 23/1 24/14 26/22 27/19
56/8
Internets [1] 26/11
interrupt [4] 21/23 26/14 35/19 58/19
interview [6] 40/3 44/16 44/23 44/23
45/7 45/8
interviewed [3] 40/1 40/14 44/17
interviews [5] 39/24 40/4 40/7 40/9
40/11
investigated [1] 29/15
investigation [13] 30/20 36/16 41/2
41/13 41/14 41/16 41/17 41/17 41/21
45/11 46/25 47/18 47/22
investigation -- this [1] 41/17
investigations [9] 9/13 9/16 9/24 34/18
34/19 41/22 42/2 42/3 42/4
investigations -- of [1] 42/3
investigative [1] 39/17
investigator [1] 29/14
involve [1] 24/12
involved [3] 23/14 41/2 55/9
involves [1] 24/11
iPhone [2] 17/12 18/14
Iraq [1] 14/15
Iraq/Afghanistan [1] 14/15
irrelevant [1] 45/21
is [154]
Is -- before [1] 48/21
is -- let [1] 45/25
is -- that [1] 48/4
isn't [5] 21/19 23/15 23/19 28/3 33/10
issue [2] 53/21 53/25
issues [1] 54/5
it [115]
it -- is [1] 9/24
it's [49] 4/14 9/17 9/18 10/15 10/18
10/24 10/24 11/12 13/21 13/22 13/23
15/7 15/10 16/6 16/19 17/4 18/15 19/1
19/23 20/1 21/4 21/9 21/12 21/14 21/14
21/16 21/20 21/20 21/20 26/7 26/12
26/22 26/25 27/7 27/13 28/4 30/16 31/9
31/14 35/5 37/15 38/15 38/24 45/5 45/6
47/17 53/21 55/19 59/17
It's -- I [1] 20/1

## J

JAMES [7] 3/9 7/4 9/6 9/11 33/17 33/24
34/5
January [1] 62/8
job [1] 23/5
jobs [1] 14/9
JOHN [2] 1/10 4/7
JUDGE [6] 1/10 14/3 17/6 19/13 50/7
59/20
judges [1] 29/16 29/16
Judicial [1] 62/6
JULY [2] 1/6 4/2
jurisdiction [3] 8/9 59/12 59/14
jurisdictional [1] 59/18
juror [1] 57/7
jurors [2] 57/19 60/9
jury [16] 49/22 50/18 51/17 51/18 51/21
51/25 53/18 53/19 55/13 55/23 56/12
56/14 57/3 57/4 58/7 58/14
just [45] 6/15 8/6 8/7 8/9 12/2 15/7 19/9
19/17 20/13 20/16 21/18 22/9 24/1
24/19 24/20 25/4 25/7 25/17 25/22
26/14 26/16 27/11 28/7 29/8 31/19 35/6
35/15 36/24 37/12 37/14 38/25 39/19
43/17 47/19 48/12 52/9 53/15 55/23
56/5 56/6 56/20 57/11 57/18 60/6 61/1
just -- and [1] 60/6
JUSTICE [1] 1/14

## K

keep [1] 47/7
kept [1] 31/6
key [1] 10/6
kind [3] 25/10 27/13 56/16
knew [1] 46/11
know [15] 20/1 21/16 21/18 26/24 27/2
27/8 29/21 30/3 30/6 37/15 41/12 48/5
54/19 55/25 56/15
knowledge [4] 24/3 45/12 45/18 45/21
known [2] 17/19 56/13

## L

laboring [1] 8/18
language [1] 11/5
laptop [6] 15/4 55/13 55/18 55/19 55/21
55/22
last [5] 21/25 22/9 22/14 34/20 39/16
late [1] 58/13
later [2] 32/6 57/5
law [4] 34/15 34/16 41/6 41/8
lawyers [1] 50/21
lead [1] 44/16
learned [2] 43/24 46/10
least [2] 19/11 54/7
leave [1] 53/23
leaves [2] 32/18 48/21
let [14] 4/8 21/23 26/14 33/6 35/19
38/11 43/16 43/18 44/12 45/25 49/25
58/1 58/18 60/21
Let's [9] 4/22 46/12 46/16 47/7 47/19
48/11 52/20 55/2 58/17
like [22] 18/11 21/18 22/5 24/4 24/18
24/19 25/10 26/16 26/17 26/18 26/25
27/9 27/25 28/1 29/8 29/14 32/17 35/8
42/7 43/19 52/19 56/20
line [2] 46/1 46/2
lines [1] 27/12
list [8] 6/25 7/3 7/9 7/17 7/25 8/1 49/15
49/15
listed [3] 21/25 22/1 35/16

## L

listen [1]  57/24
listening [1]  50/2
little [5]  14/7 25/4 25/7 28/2 28/3
lived [1]  43/3
living [2]  34/7 43/4
load [1]  20/14
loaded [1]  20/11
loading [1]  20/14
lolita [1]  36/9
lolitaguy [1]  36/8
long [4]  12/5 12/5 34/15 34/17
look [28]  10/10 13/21 15/9 16/6 16/10
16/21 18/3 18/4 19/6 19/12 21/8 24/5
24/5 24/6 24/8 24/9 24/16 24/19 24/20
24/21 26/7 26/21 27/6 27/12 32/18
35/10 36/23 55/5
look -- in [1]  24/5
looked [3]  35/4 37/3 53/18
looking [11]  21/24 24/1 24/2 27/11 35/3
38/19 38/22 45/4 45/5 48/7 52/19
looks [1]  22/5
lose [2]  21/2 21/3
lost [3]  21/5 22/24 23/1
lot [3]  18/12 21/15 45/17
low [1]  27/10

## M

ma'am [2]  26/2 30/21
machine [2]  16/3 16/4
made [11]  7/12 25/7 32/3 33/5 33/7
38/3 39/5 42/15 42/20 52/14 53/9
magazines [1]  28/1
mail [6]  2/7 3/20 3/21 15/11 16/22 62/19
make [16]  8/9 19/15 25/5 25/6 27/9
30/13 32/5 32/15 46/25 51/5 52/17 53/3
56/13 59/1 59/3 60/7
makes [4]  30/4 53/15 53/20 54/9
making [5]  7/11 7/12 23/25 46/23 53/15
making -- rendering [1]  23/25
Management [1]  13/4
manipulate [3]  17/21 17/22 26/19
manipulated [5]  19/10 19/14 21/4 27/16
31/21
manipulation [2]  17/25 24/4
manned [1]  14/21
many [7]  12/9 17/9 29/19 40/1 40/13
40/13 50/20
many -- how [1]  40/13
marked [1]  10/11
master's [2]  13/2 13/4
matter [6]  15/7 21/10 46/1 51/1 51/17
62/4
matters [3]  6/23 34/10 34/11
may [16]  8/14 8/16 8/21 9/4 12/24 16/13
32/5 33/14 33/22 43/14 48/18 55/11
56/19 57/10 58/4 58/5
maybe [2]  7/5 25/18
McBRYDE [2]  1/10 4/7
McGREGOR [12]  3/4 3/19 7/1 8/23 9/6
9/10 9/11 9/12 13/1 23/14 31/5 58/22
me [24]  6/5 21/23 26/14 32/9 35/19
38/11 43/13 43/17 43/18 44/10 44/12
45/5 45/25 48/10 49/9 49/25 51/16 54/7
58/1 58/19 60/1 60/22 61/1 61/2
me. [1]  55/20
me.  We're [1]  55/20
mean [17]  11/2 11/17 20/9 20/12 20/12
21/11 22/22 24/13 24/15 26/12 27/25
28/1 37/4 41/12 52/12 55/20 56/7
meaning [1]  5/25
meaningful [2]  46/17 59/8

meaningless [1]  45/18
means [2]  13/19 20/10
mechanical [1]  2/9
media [1]  52/19
meet [1]  46/6
meeting [3]  37/16 44/20 45/14
megapixels [2]  16/16 17/10
members [1]  55/23
memorandum [1]  58/25
mention [2]  21/24 22/12
mentioned [2]  26/6 28/8
met [10]  36/19 36/20 36/23 36/25 37/5
39/22 42/21 46/4 47/2 48/8
metadata [13]  17/1 17/6 18/3 18/16
18/21 19/13 20/4 21/2 21/24 22/12
22/18 22/23 24/7
middle [1]  34/5
might [3]  26/15 56/16 60/1
military [7]  11/20 11/24 14/8 14/9 14/14
14/16 14/18
million [1]  59/21
mind [1]  56/25
minor [9]  13/4 13/23 16/7 24/11 37/9
37/17 39/3 40/2 53/13
minute [6]  14/4 21/23 26/14 35/19 49/25
58/19
Missing [2]  41/15 41/20
Mississippi [1]  12/4
mobile [3]  10/7 11/3 18/13
model [1]  36/9
Monday [5]  13/16 32/12 58/12 59/1 60/2
months [1]  12/7
more [15]  17/6 16/14 16/15 21/4 21/4
21/5 21/5 21/17 21/17 23/3 27/4 28/24
51/20 51/25 52/18
more -- further [1]  51/20
morning [8]  4/11 4/12 4/21 4/23 32/12
53/18 58/13 59/1
morning's [1]  61/17
morph [1]  28/2
morphed [1]  26/4
morphing [2]  24/24 25/2
most [7]  17/23 18/21 20/17 20/20 26/24
31/5 31/16
mostly [1]  49/19
motion [10]  3/8 3/12 6/24 7/2 7/16 8/15
32/22 32/25 33/15 49/14
mouse [1]  14/20
moved [1]  15/1
movie [2]  22/4 22/6
MR [7]  1/13 1/17 1/20 2/1 3/5 3/7 4/23
6/18 8/8 8/19 9/4 9/9 9/10 10/12 11/3
20/22 23/14 31/4 31/5 49/5 49/16 50/13
53/12 59/6 60/5
Mr. Curtis [6]  5/1 8/19 9/4 9/9 20/22
31/4
Mr. McGregor [5]  9/10 9/12 13/1 23/14
31/5
Mr. Weast [10]  5/14 5/21 5/24 6/15 6/18
8/8 50/13 53/12 59/6 60/5
Mr. Weast's [2]  5/23 49/5
Mr. Wines [1]  49/16
MS [8]  1/13 1/23 2/1 2/5 3/6 3/10 3/11
34/2
Ms. [15]  4/16 4/25 5/19 5/25 6/2 6/5
6/18 8/16 15/13 23/13 39/12 45/17
50/13 54/10 54/17
Ms. Saad [6]  5/25 6/5 8/16 15/13 39/12
45/17
Ms. Saad's [1]  4/25
Ms. Saleem [4]  4/16 23/13 54/10 54/17
Ms. Tovar [5]  5/19 6/2 6/18 50/13

much [8]  10/4 11/3 14/20 21/21 21/22
32/6 48/20 59/17
multiple [4]  15/25 15/25 27/9 37/12
mutually [1]  58/15
my [22]  5/4 10/15 12/7 12/20 12/21
12/21 13/3 14/6 14/9 15/6 16/14 29/13
34/5 35/2 35/18 35/21 35/25 36/5 36/15
36/1 54/9 54/11

## N

name [17]  5/15 5/16 5/21 7/1 9/10 34/3
34/5 35/16 35/17 35/24 36/3 36/4 36/7
36/8 43/7 58/23 59/19
National [3]  41/14 41/18 41/20
nationally [1]  41/19
nationally-based [1]  41/19
nature [2]  30/9 41/13
NCMEC [1]  41/14
necessarily [3]  20/9 20/12 57/2
need [5]  45/3 48/5 49/11 54/2 54/10
needs [1]  54/15
negative [1]  25/18
never [12]  24/4 24/5 24/8 40/3 40/6
40/6 42/10 43/19 44/7 46/4 53/5 56/15
never -- we [1]  56/15
never -- you've [1]  40/6
new [3]  8/2 21/20 34/14
next [1]  13/16
no [54]  1/4 3/18 7/22 7/23 7/23 9/22
12/3 12/17 18/21 19/4 19/15 19/17
20/11 21/14 21/24 22/18 22/20 24/13
24/20 25/15 26/2 26/5 27/23 28/6 29/12
30/9 30/17 30/21 31/19 31/21 37/14
39/16 40/19 43/11 43/22 44/17 46/7
46/7 46/15 48/14 48/25 49/6 51/4 51/6
51/15 52/3 52/9 52/23 53/19 53/20 56/6
57/17 61/10 62/11
no -- in [1]  53/19
no -- nothing [1]  53/20
nobody [1]  21/8
none [2]  26/24 27/14
nonsense [1]  59/11
normal [2]  28/23 37/6
normally [3]  12/10 58/6 58/9
NORTHERN [6]  1/2 1/14 1/21 2/2 4/6
62/12
not [65]
not -- no [1]  46/7
not testifying [1]  25/21
noted [1]  8/10
notes [1]  28/3
nothing [1]  53/20
notice [2]  51/23 53/13
now [21]  4/7 5/4 5/20 6/5 7/16 10/20
15/2 15/3 16/5 16/16 17/6 23/5 24/23
26/12 36/18 37/8 37/19 45/22 54/2
58/12 58/13
nuances [1]  26/18
nude [1]  36/9
number [8]  4/13 10/11 10/17 15/10
16/22 27/10 36/6 50/9

## O

oar [1]  8/18
objected [1]  59/12
objection [9]  7/22 8/10 8/12 51/13 52/2
52/5 52/10 52/11 57/17
objections [5]  7/23 48/14 48/25 51/15
52/3
obligation [1]  56/21
observation [1]  53/16
observe [1]  57/12
observed [1]  36/24

## O

obtained [1] 38/7
obviously [1] 14/21
occasions [1] 47/2
occurred [3] 46/19 54/7 60/1
occurs [1] 51/16
off [1] 14/25
offender [1] 44/19
offense [1] 44/11
offenses [1] 51/8
offensive [1] 55/5
offer [13]  8/2 10/16 16/7 49/5 49/12
 55/17 55/21 60/19 60/20 60/21 61/5
 61/8 61/14
OFFERED [1] 3/18
offering [7] 7/10 19/20 19/21 30/19 55/6
 55/20 55/21
offguard [1] 9/17
officers [2] 41/6 41/9
Official [1] 62/12
Offutt [1] 12/15
often [2] 21/2 23/18
Oh [5] 5/16 20/7 22/5 22/15 55/4
okay [90]
Okay. [6] 8/11 16/19 21/6 33/14 49/4
 49/14
Okay.  And [1] 21/6
Okay.  Do [1] 49/4
Okay.  It's [1] 16/19
Okay.  That's [1] 8/11
Okay.  Well [1] 49/14
Okay.  You [1] 37/4
old [8] 20/3 25/5 25/5 36/19 36/21 46/5
 46/5 47/24
older [1] 36/25
once [3] 48/8 51/20 51/25
one [38] 5/11 6/24 7/6 8/16 9/17 10/5
 12/18 13/17 17/10 17/12 17/14 18/25
 19/24 20/23 22/4 22/6 22/7 22/13 22/14
 23/3 23/15 27/1 27/23 29/8 31/20 35/3
 37/12 37/14 37/14 40/15 44/18 51/8
 52/23 53/10 55/9 55/9 56/15 60/1
one-year [1] 12/18
ones [3] 11/4 24/6 31/14
only [7] 7/10 7/25 11/19 21/3 35/23 37/4
 53/25
only -- some [1] 37/4
operating [1] 59/14
opinion [11] 15/3 15/6 15/21 16/5 16/8
 16/12 16/14 19/8 21/8 29/2 45/25
opinions [3] 23/25 30/2 30/19
opportunities [1] 34/17
opportunity [5] 15/8 56/13 59/5 60/7
 60/11
opposed [4] 24/1 26/23 27/7 53/21
opposite [1] 26/18
order [2] 32/8 46/25
organized [1] 49/25
origin [1] 41/13
original [16] 7/11 7/12 18/4 18/5 18/22
 24/20 37/19 37/22 38/6 38/9 38/13
 38/16 38/20 48/18 48/19 48/22
originals [1] 35/6
originated [2] 41/16 41/17
other [34] 7/2 13/19 13/19 14/6 20/24
 22/4 24/17 27/1 27/2 27/3 27/20 28/24
 29/7 30/1 30/19 31/20 32/15 37/6 39/17
 41/6 41/8 43/16 43/16 45/21 47/20 49/4
 49/18 53/1 53/3 56/8 56/20 60/20 60/20
 60/21
other -- let [1] 43/16
others [1] 48/4

otherwise [1] 32/16
out [9] 5/11 16/25 29/15 40/1 41/18
 44/23 45/25 52/4 52/9
out [6] 11/13 27/5 27/25 34/14 38/23
 55/12
outcry [3] 41/11 41/12 41/15
outside [2] 12/15 56/8
over [10] 6/3 9/3 12/2 14/19 14/21
 26/22 34/16 46/9 46/10 46/12
own [1] 12/17

## P

P.O [1] 1/18
page [3] 3/2 20/2 22/4
painting [2] 24/2 27/12
paintings [1] 26/17
panel [2] 56/12 57/1
Paralegal [1] 1/23
parodies [1] 21/18
part [7] 23/5 23/5 23/7 52/25 53/7 53/8
 61/16
participate [1] 57/7
participated [1] 40/3
participating [1] 56/23
participation [1] 36/16
particular [1] 15/4
pass [4] 23/10 30/22 31/22 39/7
passed [4] 15/14 16/23 21/1 21/4
PATRICIA [3] 1/23 5/16 5/17
pattern [2] 53/18 53/19
pay [1] 50/18
PC [1] 16/1
people [13] 6/1 20/18 21/18 22/25 26/15
 26/16 26/19 26/21 27/6 28/1 28/4 30/8
 37/12
percent [2] 19/16 31/20
percentage [2] 26/21 27/6
Permission [2] 47/9 47/12
person [29] 8/2 8/2 16/6 21/10 21/10
 25/5 25/5 30/16 36/19 36/22 36/22
 36/24 37/8 37/12 37/14 37/16 38/3
 41/25 42/8 43/7 44/6 44/13 44/16 45/14
 47/2 47/23 47/24 48/8 48/9
person's [1] 16/1
personal [5] 39/2 40/19 40/21 40/23
 40/25
personally [1] 40/6
personally -- you've [1] 40/6
persons [2] 7/6 55/4
PETER [1] 1/20
photo [3] 13/22 16/6 28/16
photograph [3] 10/24 27/11 49/17
photographs [4] 42/25 43/5 47/24 48/1
photos [3] 28/8 46/14 46/20
Photoshop [18] 17/13 17/15 17/18
 17/19 17/23 19/1 19/25 20/5 20/8 20/11
 20/15 20/19 20/21 22/16 24/4 28/9
 28/23 28/23
photoshopped [1] 19/13
physical [1] 43/10
picture [14] 17/8 20/16 23/22 24/2 24/5
 24/6 24/19 24/20 27/1 27/1 27/2 27/3
 27/16 28/14
pictures [8] 11/5 16/15 24/14 24/16
 28/12 36/19 36/20 45/9
pixel [1] 17/9
plain [1] 45/5
planning [1] 19/5
play [1] 55/9
please [5] 4/10 9/10 9/15 34/4 50/8
point [4] 17/13 19/25 20/10 57/5
points [1] 22/8
porn [1] 30/12

pornographic [1] 42/15
pornography [8] 29/6 29/14 29/13 29/20
 30/4 41/22 57/2 57/4
position [1] 59/2
possessing [1] 57/2
possibility [5] 53/3 54/8 54/15 54/19
 54/20
possible [2] 13/21 13/24
pray [1] 4/8
precise [2] 31/5 31/16
preference [1] 54/11
prejudice [1] 56/23
prepared [3] 32/9 49/21 50/17
prescribed [1] 62/6
present [10] 4/3 25/24 26/3 40/7 42/9
 46/13 50/5 50/24 50/25 52/5
presiding [1] 4/7
preteen [1] 36/9
pretrial [8] 1/9 3/13 10/11 10/11 10/17
 16/18 16/21 61/14
pretrial -- Defendant's [1] 10/11
pretty [10] 10/4 11/3 14/20 17/19 18/15
 21/6 21/21 21/22 52/21 59/17
prevents [1] 56/23
previously [1] 48/10
primarily [2] 47/1 47/16
printed [1] 20/2
prior [8] 41/1 41/5 41/24 42/7 44/17
 44/20 45/13 46/4
private [4] 12/17 14/10 14/14 15/1
privileged [1] 16/4
pro [1] 8/8
probably [4] 14/3 22/24 23/1 60/23
problems [1] 56/16
proceed [10] 8/8 8/10 8/14 8/16 8/21
 9/4 12/24 33/14 33/22 58/5
PROCEEDING [1] 3/2
proceedings [4] 2/9 3/3 61/20 62/4
processing [1] 23/16
produced [2] 2/10 36/17
producing [1] 43/1
production [4] 41/2 41/7 42/3 44/6
program [2] 17/19 20/15
progression [1] 37/7
proper [1] 54/4
properly [2] 38/21 53/4
properties [1] 17/9
proposed [4] 50/7 50/22 52/4 53/20
prosecution [1] 36/16
protect [2] 39/2 39/5
proven [2] 57/21 57/25
provide [4] 35/7 55/12 55/22 56/2
provided [2] 18/18 37/16
Pthc [2] 35/17 36/4
PUBLIC [3] 1/20 2/2 38/7
purports [1] 18/5
purpose [1] 51/11
purposes [1] 35/15
put [4] 28/2 53/2 54/15 55/23

## Q

qualified [3] 13/25 33/6 33/7
qualifies [2] 11/7 14/5
quarters [1] 20/2
question [10] 7/13 15/15 15/22 17/14
 20/24 24/20 25/22 47/6 52/23 54/9
questionable [1] 45/20
questioning [3] 8/8 46/1 46/3
questions [7] 14/1 30/25 39/8 46/17
 47/20 59/6 59/8
quite [4] 6/12 6/14 23/18 61/7

## R

Raise [2] 8/24 33/18

**R**

raised [2] 38/12 38/17
read [12] 21/25 41/10 42/2 42/12 42/19 42/21 43/16 44/12 45/12 49/22 50/22 54/6
real [21] 16/7 18/15 21/10 21/16 21/19 21/19 24/11 24/17 26/8 26/13 26/23 27/7 27/23 28/3 28/5 30/16 37/9 53/14 53/21 54/1 54/1
realize [1] 53/17
really [6] 20/20 21/8 21/20 23/15 24/10 26/19
reason [3] 20/14 20/21 48/23
reasonable [3] 51/7 57/8 57/21
recall [2] 43/10 43/15
received [6] 6/6 7/16 10/18 16/19 19/23 39/23
receiving [2] 8/7 57/2
recess [4] 49/25 50/4 60/10 60/22
recognize [1] 60/9
recognized [1] 36/25
record [8] 6/1 6/16 8/7 34/3 35/15 54/7 61/16 62/3
recorded [1] 45/7
recordings [2] 40/8 45/13
records [1] 7/19
recovered [2] 40/17 41/22
redacted [11] 7/5 7/8 7/11 7/14 37/23 38/5 38/14 38/18 39/2 49/16 61/8
redaction [1] 48/25
redactions [3] 7/15 38/4 39/5
Redirect [2] 3/7 31/3
redundant [1] 48/12
refer [1] 28/11
reference [2] 43/14 59/1
referring [5] 26/10 40/2 42/13 42/18 43/17
reflect [1] 6/16
regard [3] 16/8 18/16 18/17
regarding [7] 7/13 13/15 15/3 15/15 16/5 23/6 25/25
regardless [1] 48/9
relates [1] 23/25
relative [1] 51/14
relevance [1] 51/5
rely [1] 27/14
relying [4] 27/20 46/24 47/1 47/16
remain [1] 16/12
remote [3] 13/18 15/5 15/23
render [1] 30/1
rendering [1] 23/25
report [2] 4/10 41/10
reported [1] 2/9
reporter [6] 2/5 9/14 32/14 58/19 58/20 62/12
Reporter's [2] 3/14 62/1
reports [13] 29/13 29/15 42/2 42/12 42/19 42/24 43/1 43/13 43/16 43/24 44/12 44/16 45/12
represented [1] 51/2
request [1] 16/25
resided [1] 44/13
respect [7] 28/8 36/2 36/6 37/11 39/1 49/7 58/6
responded [1] 5/21
response [3] 16/25 20/6 45/24
responsible [2] 42/7 44/5
rests [1] 60/11
results [1] 15/19
retained [1] 48/23
review [4] 15/18 49/7 49/9 56/21
reviewed [4] 40/15 44/21 44/22 45/13
revised [2] 52/13 52/16
right [14] 5/20 8/24 9/19 10/3 13/6 15/18 16/5 18/6 28/6 28/9 32/7 32/13 33/18 60/6
rise [5] 4/4 50/3 50/6 61/6 61/19
RMR [3] 2/5 62/2 62/11
ROBERT [5] 1/6 1/17 4/15 50/11 50/23
robust [1] 17/19
room [7] 1/21 2/3 2/5 5/5 5/9 6/2 62/16
rotating [2] 28/18
routers [1] 13/19
Ruling [2] 3/8 3/12
run [2] 34/14 56/16
running [1] 52/5

**S**

SAAD [8] 2/1 3/11 5/25 6/5 8/16 15/13 39/12 45/17
Saad's [1] 4/25
SAENZ [4] 2/5 62/2 62/10 62/11
SAIC [1] 14/14
said [12] 5/21 5/22 18/9 18/11 25/10 25/17 26/8 27/9 27/25 39/16 44/7 46/21
SALEEM [8] 1/13 3/6 3/10 4/16 23/13 34/2 54/10 54/17
salt [1] 31/16
same [8] 13/5 20/2 25/6 37/1 44/13 45/6 47/3 47/7
sandra [1] 36/8
sanitized [5] 35/19 55/22 56/7
satisfied [1] 51/7
satisfies [1] 51/6
satisfy [2] 58/2 60/15
save [1] 18/11
saved [3] 18/12 18/14 20/11
saw [3] 40/14 43/23 46/11
say [19] 8/5 10/5 17/11 17/11 18/8 18/13 18/15 20/7 23/14 24/16 24/25 25/4 27/15 31/19 47/17 53/1 56/11 58/14 61/1
say -- well [1] 53/1
saying [3] 17/3 28/3 56/10
says [4] 6/21 7/6 20/3 20/4
scan [3] 15/15 15/19 15/25
scheduled [1] 6/23
school [4] 11/21 11/23 13/5 14/8
SCI [1] 14/25
science [2] 13/4 21/11
screen [1] 27/14
se [1] 8/8
seal [3] 38/12 38/14 38/17
seals [1] 38/16
seated [5] 4/10 9/2 33/20 50/8 52/1
second [4] 7/16 13/20 22/14 22/19
second-to-last [1] 22/14
secret [4] 14/24 14/24 15/2 53/5
sector [3] 14/10 14/14 15/1
see [17] 4/22 6/19 10/12 11/5 18/4 18/4 20/3 21/14 21/18 22/12 38/11 38/12 45/4 49/11 52/20 55/2 58/17
seeing [1] 27/15
seem [1] 57/8
seen [2] 19/3 48/1
selected [2] 51/21 51/25
selection [2] 51/17 51/19
sentence [4] 52/22 52/25 53/2 53/7
series [1] 31/14
session [1] 4/7
set [1] 6/4
several [3] 29/7 40/21 47/2
SHA [1] 24/7
SHA-1 [1] 24/7
shadow [1] 16/10
shall [1] 50/24
shattering [1] 31/12
she [25] 5/21 5/22 6/9 6/15 6/21 32/15 36/21 36/23 36/23 37/6 37/6 40/13 40/16 44/17 44/18 44/24 44/25 45/8 45/8 45/9 46/5 46/7 46/7 48/9 58/22
She -- she [1] 37/6
she's [8] 5/20 5/23 6/11 6/12 6/14 6/20 43/18 56/5
short [2] 13/3 14/21
short-manned [1] 14/21
Shortening [1] 28/20
should [7] 6/16 20/13 35/3 48/23 50/25 53/23 56/11
should -- if [1] 20/13
show [2] 18/22 18/25
showed [2] 17/12 17/14
shown [2] 47/23 58/7
shows [1] 52/22
sic [1] 41/15
side [1] 53/11
Signed [1] 62/8
silly [1] 46/16
similar [1] 29/7 36/23
similarities [2] 37/2 37/3
simply [2] 43/23 57/11
simply -- who [1] 57/11
since [2] 34/11 35/5
single [1] 22/10
sir [46] 8/20 9/20 9/22 10/1 10/4 10/9 10/13 10/23 11/1 11/12 11/16 11/19 12/10 13/3 13/13 14/2 14/25 15/12 15/17 16/24 17/16 18/24 19/2 19/4 20/3 20/20 21/7 22/11 22/14 22/17 22/20 23/8 26/16 26/24 29/9 29/21 30/9 30/17 31/8 31/11 31/13 32/11 32/16 33/2 33/4 48/18
sister [2] 35/18 36/5
Sister-18.jpg [1] 35/18
sister-36.jpg [1] 36/5
six [1] 59/9
skewed [1] 21/5
slightly [1] 36/25
so [39] 6/16 8/9 8/16 12/22 12/22 14/17 16/14 18/13 18/15 20/11 21/20 23/24 24/10 24/14 24/19 24/21 25/12 25/17 26/12 27/1 27/14 28/4 28/6 32/18 33/3 33/10 33/11 35/25 39/19 40/6 40/19 41/23 44/20 44/20 50/20 53/23 55/19 56/15 60/17
so -- and [1] 44/20
social [1] 52/19
some [19] 7/7 16/11 16/22 17/13 17/24 19/25 20/10 20/18 21/20 26/15 37/4 41/10 42/7 45/21 46/17 49/25 56/14 56/22 59/6
somebody [6] 5/9 16/3 36/1 44/1 48/6 55/25
somebody's [1] 57/1
someone [1] 13/21
someplace [1] 58/21
something [18] 8/4 14/21 16/3 20/12 20/17 21/14 25/3 25/4 27/12 29/23 43/18 45/18 48/11 53/22 54/14 58/2 58/14 58/19
sometime [1] 59/3
sometimes [1] 21/3
sorry [3] 6/13 15/23 48/19
sort [2] 30/5 30/7
sources [2] 45/19 45/21
space [1] 9/18
speaking [3] 13/14 41/25 42/8
special [4] 7/4 34/8 34/9 38/25

## S

specialist [4]  9/25 10/3 44/23 45/7
specialists [1]  40/5
specific [4]  20/15 20/21 42/3 43/10
specifically [3]  39/14 43/15 49/1
spectrum [1]  26/19
speculate [1]  50/25
spell [2]  9/14 17/3
spent [1]  14/15
spoke [2]  41/10 41/25
spoken [1]  42/6
staff [1]  5/12
stand [2]  5/8 9/3
standard [1]  28/24
standing [1]  52/5
started [2]  14/25 52/25
starts [2]  13/16 22/7
state [5]  9/10 16/10 26/6 34/3 38/15
stated [2]  44/13 44/22
statement [2]  43/17 47/15
statements [4]  42/19 43/16 44/15 44/21
states [10]  1/1 1/4 1/10 1/14 4/5 4/8
 4/14 44/25 50/10 62/7
stating [1]  20/13
stenography [1]  2/9
step [3]  30/23 31/24 43/17
still [4]  16/6 25/6 55/16 57/20
storage [5]  10/4 10/5 10/6 23/16 23/16
store [2]  20/18 20/20
stored [1]  10/22 10/25
storing [1]  11/8
Street [5]  1/15 1/21 2/3 2/5 62/16
strokes [1]  27/13
studied [1]  29/24
studies [1]  27/5
study [4]  26/20 27/8 29/19 31/10
stuff [5]  14/16 21/18 24/14 26/17 27/13
subject [1]  52/15
submitted [2]  29/13 29/16
submitting [2]  29/17 29/17
substance [1]  44/11
substantive [3]  40/3 42/10 43/22
such [4]  15/4 26/7 54/12 55/12
suggest [1]  32/8
suggested [1]  8/1
suggesting [1]  57/15
suggestion [2]  52/7 57/18
suggestions [1]  51/14
suing [1]  59/20
suitable [1]  57/15
Suite [1]  1/15
superseding [1]  51/9
supplement [2]  6/24 7/3
support [3]  32/21 32/22 49/5
suppose [1]  55/5
suppose -- I [1]  55/5
sure [3]  6/11 8/10 19/17
susceptible [4]  13/17 15/5 15/7 15/22
suspect [1]  55/4
sworn [6]  8/25 9/1 9/7 33/18 33/19
 33/25

## T

T-O-R-I [2]  35/18 36/5
T-O-V-A-R [1]  5/18
take [17]  6/9 7/22 11/21 17/10 21/15
 24/15 25/3 25/5 25/5 27/1 49/24 54/10
 55/5 55/13 55/16 60/10 60/22
taken [4]  24/7 37/5 46/14 46/20
takes [1]  58/18
taking [5]  8/18 42/24 45/17 47/17 48/21
talk [3]  50/1 60/12 60/12

talked [2]  43/19 44/7
talking [1]  26/25
tangible [1]  27/12
task [2]  34/12 34/13
Taylor [2]  1/21 2/3
technology [4]  16/9 26/6 26/10 27/20
teen [1]  36/9
telephone [1]  1/16 1/22 2/4 2/6 52/14
 52/17 62/18
tell [26]  6/15 11/6 14/3 16/7 17/6 17/9
 19/9 19/13 21/9 25/22 26/12 26/22
 27/23 36/18 43/13 44/10 47/3 48/6 48/8
 49/24 50/18 51/19 59/13 60/22 61/1
 61/2
telling [3]  6/5 43/23 56/25
tells [1]  19/24
ten [1]  20/3
ten-year-old [1]  20/3
tend [1]  53/14
tender [2]  35/5 38/1
term [3]  13/7 13/11 25/10
terms [2]  23/23 57/10
testified [4]  9/7 33/25 39/13 41/1
testifies [1]  5/8
testify [12]  13/15 13/20 13/25 14/5
 25/13 33/6 33/8 35/10 54/8 54/16 60/6
 60/8
testifying [4]  25/21 54/13 54/21 54/22
testimony [10]  3/4 3/9 13/7 14/4 25/24
 26/3 29/10 29/17 58/22 59/2
TEXAS [14]  1/2 1/5 1/14 1/15 1/19 1/21
 1/22 2/2 2/3 2/6 4/6 62/11 62/12 62/16
than [6]  14/6 14/7 37/6 52/19 53/1 53/3
Thank [19]  8/13 8/17 8/22 9/5 10/19
 12/25 16/20 33/13 33/23 48/16 48/17
 48/20 49/2 49/3 59/23 60/13 60/14
 61/13 61/18
that [325]
that -- based [1]  56/7
that -- does [2]  20/8 60/15
that -- that [1]  56/19
that -- would [1]  16/12
that's [31]  4/24 6/8 7/21 8/11 10/24
 12/17 13/6 13/23 21/6 21/9 21/22 21/25
 23/6 25/3 27/14 29/23 31/9 31/12 33/3
 35/9 35/16 45/15 45/22 45/22 49/19
 52/11 56/9 58/9 58/10 59/4 60/25
that's -- I'm [1]  56/9
the -- here's [1]  53/1
the -- I [2]  27/25 37/4
the -- that [1]  53/9
the -- the [2]  41/13 42/6
the -- whether [1]  15/3
their [4]  15/24 18/25 21/2 21/2
them [18]  17/12 22/21 22/25 22/25
 24/16 25/5 25/6 29/15 29/16 30/4 35/6
 49/12 51/19 51/20 56/13 56/19 56/20
 56/23
them. [1]  35/5
them. We [1]  35/5
then [21]  4/25 12/21 14/13 14/13 15/1
 16/15 16/15 22/9 23/16 35/10 36/6
 45/20 49/12 52/12 53/11 54/9 57/4 57/5
 60/21 60/22 61/1
then -- well [1]  54/9
theoretical [1]  54/7
theory [1]  21/20
there [44]  12/22 12/22 14/19 14/21
 15/25 18/16 18/21 19/17 19/19 20/14
 20/15 22/1 22/4 22/18 24/23 25/3 25/7
 26/14 26/17 26/16 26/20 27/5 27/14
 28/24 29/16 29/19 29/20 37/11 37/12
 38/14 38/15 38/16 38/16 43/13 48/22

49/18 52/20 53/8 53/23 53/24 54/15
 55/4 57/5 57/5
there's [17]  7/22 9/18 9/18 19/17 21/24
 22/3 22/5 31/19 37/14 52/20 52/22
 53/12 53/19 53/20 54/7 54/19 57/23
there's -- I [1]  52/22
there's -- there's [1]  9/18
Therefore [1]  51/10
these [16]  4/8 36/17 37/5 40/7 41/23
 42/7 44/6 44/15 45/12 47/4 47/25 55/6
 55/10 56/15 57/19 57/25
they [32]  6/1 6/16 10/21 16/15 16/16
 19/13 21/2 21/3 28/1 28/2 29/2 29/4
 30/4 30/10 31/6 37/9 40/11 40/12 47/24
 51/15 50/16 51/25 55/15 55/23 56/12
 56/14 56/21 56/22 56/24 57/24 59/8
 61/16
thing [4]  27/7 30/5 47/7 51/19
things [24]  17/22 20/18 20/20 21/5
 21/15 24/4 24/18 26/18 26/25 28/1 28/2
 28/2 30/8 38/23 43/19 45/19 46/9 46/12
 46/16 49/18 49/25 52/19 59/2 59/9
think [34]  14/3 20/23 21/17 22/3 23/3
 25/18 26/15 27/2 27/4 28/4 32/17 32/24
 36/1 43/18 44/7 45/17 45/21 45/22 47/6
 48/11 49/21 52/7 52/21 53/8 53/15
 54/10 54/11 54/14 56/9 57/6 58/18
 58/23 59/21 60/17
third [4]  5/5 6/2 6/6 51/9
this [85]
those [28]  10/7 13/25 19/3 19/6 22/13
 23/23 30/11 34/23 35/5 36/12 37/11
 37/12 42/3 42/3 42/4 42/21 42/24 42/24
 43/1 43/5 44/25 45/1 46/12 46/14 46/20
 48/3 53/8 62/6
thought [5]  51/16 51/18 54/18 54/25
 56/17
three [11]  20/2 21/25 22/3 22/5 22/9
 22/13 36/12 37/11 49/18 53/10 61/16
three-quarters [1]  20/2
through [14]  9/13 10/21 12/16 12/20
 13/8 14/8 14/8 14/9 21/1 28/9 30/24
 36/15 41/14 43/24
throughout [2]  21/17 51/2
tied [1]  20/3
time [19]  5/13 6/11 10/16 14/23 15/7
 18/14 18/14 19/21 19/25 20/10 24/15
 33/16 43/4 45/18 45/23 48/4 49/13 60/2
 61/10
times [4]  20/21 21/15 40/1 40/13
to -- he's [1]  59/13
to -- say [1]  61/1
to -- well [1]  31/5
to -- you [1]  46/4
to -- you're [1]  25/12
today [11]  7/13 13/9 16/9 19/6 23/20
 31/25 32/10 32/18 46/24 49/19 59/9
together [2]  50/1 58/12
told [8]  43/12 43/19 44/6 46/10 47/20
 48/3 48/6 48/10
tomorrow [1]  58/23
too [2]  21/4 26/19
took [2]  12/22 44/1
tools [1]  28/25
top [2]  14/24 22/7
Tori [2]  35/18 36/4
totality [1]  46/24
TOVAR [7]  1/23 5/16 5/18 5/19 6/2 6/18
 50/13
towards [2]  15/1 17/23
tower [1]  12/5
town [1]  32/18
trained [1]  12/4

**T**

training [11] 11/6 17/23 14/7 14/7 23/4 23/24 24/10 24/12 24/21 39/20 39/23
transcript [5] 1/9 2/9 32/9 62/3 62/5
transferred [3] 10/20 12/21 21/1
translate [1] 38/18
trial [12] 13/8 13/15 30/20 34/23 34/25 35/2 51/2 52/6 56/13 57/3 58/6 58/11
true [3] 16/12 27/3 62/3
try [5] 25/19 30/11 58/1 58/13 59/3
TS [1] 14/25
TS/SCI [1] 14/25
two [7] 6/23 7/5 12/22 13/15 14/1 49/18 58/21
type [4] 41/11 42/7 56/8 56/22
typing [4] 5/20 6/12 6/14 6/20

**U**

uh [1] 21/22
uh-huh [1] 21/22
ultimately [1] 45/10
unable [1] 57/24
uncomfortable [1] 56/20
under [1] 59/14
underage [1] 36/9
understand [2] 24/23 32/7
understanding [1] 5/4
underworld [1] 30/7
unit [2] 41/18 41/19
UNITED [9] 1/1 1/4 1/10 1/14 4/5 4/8 4/14 50/10 62/7
University [1] 12/14
unless [3] 49/6 56/21 60/19
until [6] 17/4 32/5 46/8 53/17 57/21 58/8
unwilling [1] 57/24
up [11] 6/4 9/2 25/18 30/25 33/20 45/18 52/22 58/2 58/14 60/1 61/2
us [13] 4/8 5/12 6/16 6/12 6/15 6/17 18/18 43/23 46/10 54/20 59/6 59/20
use [8] 16/3 18/12 20/15 23/23 52/12 52/12 53/13 53/14
use -- I [1] 52/12
used [3] 15/25 17/10 23/20
using [2] 20/21 38/5
usual [1] 59/11
usually [2] 30/9 52/22

**V**

validate [1] 30/11
value [1] 24/9
values [1] 24/7
variety [1] 17/22
verdict [2] 53/6 54/4
verify [2] 24/18
version [3] 51/22 52/13 52/16
versus [4] 1/5 4/14 24/24 50/10
very [8] 6/22 12/23 27/10 27/15 27/15 32/20 48/20 55/5
via [9] 1/17 4/3 5/12 13/18 13/18 13/19 13/19 24/7 50/5
victim [9] 39/6 39/22 40/4 40/20 40/22 44/23 45/7 46/5 47/16
victimized [1] 45/9
victims [1] 39/24
video [29] 1/17 4/3 10/8 10/24 13/22 16/7 16/10 25/16 25/16 28/20 28/21 28/22 28/24 40/11 40/15 40/16 44/22 45/13 46/11 50/5 55/9 55/14 55/16 55/17 55/20 55/22 55/23 57/12 58/10
video -- I [1] 55/20
videos [8] 16/14 25/25 26/1 26/4 26/4

28/24 44/25 58/7
view [3] 11/19 6/55/1 56/15
viewed [2] 40/8 41/23
viewing [4] 20/16 48/3 57/19 57/23
virtual [3] 24/11 26/8 27/24
virus [2] 15/15 15/19
visual [6] 5/7 13/22 23/25 24/11 24/14 45/22
VOLUME [1] 1/9

**W**

W-I-N-E-S [1] 34/6
want [18] 25/19 39/8 45/23 47/20 48/19 49/5 49/7 49/9 50/1 52/4 56/14 58/12 58/25 60/19 60/20 60/22 61/1 61/2
wanted [8] 8/4 8/6 8/9 31/25 44/3 49/18 55/3 59/14
wanting [1] 60/5
wants [6] 6/15 8/8 53/11 59/13 60/8
was [52] 8/1 8/15 12/3 12/7 14/18 14/20 15/2 17/3 17/10 17/11 17/11 17/13 18/13 18/14 18/18 20/4 20/5 20/8 20/11 22/4 22/18 22/24 23/1 24/8 25/17 36/19 36/19 36/20 36/21 37/4 39/1 40/13 40/15 40/16 40/16 40/23 40/25 42/6 43/4 43/5 43/24 45/4 45/10 46/5 46/7 46/8 46/15 48/4 48/6 48/9 52/19 56/25
waste [1] 45/22
way [18] 16/9 16/11 19/17 19/17 20/2 22/24 31/5 31/16 31/19 51/24 54/12 54/19 57/8 58/6 58/9 58/10 60/23 60/25
ways [2] 16/3 47/8
we [66]
we -- I [2] 24/3 24/13
we -- we [1] 55/11
we'll [7] 8/14 32/15 53/23 54/1 55/22 60/10 60/25
we're [13] 4/13 11/19 13/20 18/12 19/5 27/4 50/1 50/9 52/9 55/19 55/20 55/21 59/14
we're -- I [1] 27/4
we've [4] 7/12 13/8 29/13 33/11
WEAST [18] 1/6 1/17 4/3 4/15 5/14 5/21 5/24 6/15 6/18 8/8 50/5 50/11 50/13 50/23 53/12 59/6 59/19 60/5
Weast's [2] 5/23 49/5
well [25] 14/8 17/19 18/10 18/15 24/12 24/16 24/21 25/9 28/23 31/5 36/22 38/13 39/18 49/14 52/21 53/1 54/9 54/19 56/2 56/3 56/25 57/13 58/1 58/9 61/11
well-known [1] 17/19
went [4] 14/13 14/14 29/15 36/1
were [28] 14/11 14/11 14/17 16/15 24/7 37/2 37/3 37/5 39/19 40/4 40/7 40/8 40/9 40/11 40/12 41/1 41/21 42/18 44/15 46/13 46/14 46/20 47/23 47/24 48/3 49/8 53/4 60/5
what [74]
what's [7] 5/7 5/15 10/10 17/1 23/19 54/24 56/17
whatever [1] 38/23
when [31] 10/5 11/21 14/11 20/6 20/7 20/25 22/25 23/14 27/11 27/13 31/6 36/18 36/21 36/25 38/18 39/22 40/7 40/8 40/23 46/5 46/10 46/11 46/11 46/13 47/24 48/3 53/18 55/23 60/10 60/22 61/1
whenever [5] 18/12 21/14 25/3 28/1 29/12
where [19] 5/6 6/19 11/11 11/21 12/4 12/12 20/3 22/15 24/13 24/15 24/18 29/8 43/3 43/4 44/12 44/24 52/25 57/1

58/22
whether [27] 10/24 13/23 13/22 13/23 15/3 15/21 16/5 16/6 16/7 19/9 21/9 24/11 25/25 26/5 26/20 26/22 27/3 27/6 30/11 30/16 31/16 51/6 53/4 53/21 56/14 57/25 60/7
which [8] 12/14 13/16 22/6 34/14 37/23 38/6 38/20 41/18
while [4] 14/17 50/1 50/1 56/19
who [18] 4/17 26/21 27/6 30/4 36/17 36/19 37/15 38/3 39/3 42/15 42/18 43/5 44/18 45/10 51/25 55/4 57/11 57/11
why [4] 48/23 49/24 50/25 58/15
wide [1] 17/22
will [23] 5/7 13/6 17/11 17/11 18/10 18/11 18/11 18/11 20 33/8 33/16 39/7 49/12 51/1 51/16 53/3 53/5 53/5 55/25 57/3 57/4 57/24 58/11 60/11
WILLIAM [2] 9/6 9/11
WINES [14] 3/9 7/4 33/17 33/24 34/5 39/1 39/13 45/11 46/4 46/13 46/23 47/15 49/5 49/16
wireless [1] 13/18
wish [1] 61/3
within [1] 17/8
without [2] 15/2 54/22
witness [20] 5/7 6/19 7/3 7/3 7/17 9/1 9/3 23/10 30/22 31/22 33/19 39/7 41/11 41/12 41/15 48/13 48/15 49/8 49/15 49/16
word [7] 3/15 9/17 16/2 53/13 53/14 53/23 54/1
worded [1] 54/12
words [1] 50/20
work [8] 14/17 23/5 34/10 34/17 39/19 56/1 58/1 58/11
worked [1] 55/12
working [5] 13/1 14/14 34/11 34/19 39/21
works [1] 58/9
world [4] 24/5 24/13 24/15 30/7
worth [12] 1/3 1/5 1/15 1/18 1/19 1/22 2/3 2/6 4/7 38/24 62/13 62/16
would [47] 8/2 9/10 9/14 11/6 13/11 16/12 16/21 18/8 18/22 20/14 20/16 27/1 27/9 27/10 27/15 32/8 32/17 35/22 35/23 39/2 45/19 49/21 51/18 51/20 51/22 52/7 52/17 54/8 54/11 54/12 54/15 55/1 55/4 56/6 56/7 57/6 57/6 57/9 57/10 57/18 57/19 58/2 58/3 58/7 58/14 59/1 60/23
wouldn't [1] 35/21
wrong [1] 17/4
wrote [1] 29/18

**Y**

y'all [3] 56/4 58/12 59/24
yahoo.com [2] 2/7 62/19
ye [3] 4/5 4/5 4/5
yeah [4] 15/23 21/4 21/14 22/5
year [3] 12/18 20/3 39/22
year-and-a-half [1] 56/22
years [12] 12/22 14/7 14/15 27/9 34/16 34/20 36/21 39/17 46/5 46/5 46/19 47/24
yes [106]
yesterday [1] 17/4
yet [2] 19/3 61/7
you [279]
you -- how [1] 36/18
you -- is [1] 10/5
you -- that [1] 18/18
you -- the [1] 6/6

## Y

you -- well [1]  36/22
you -- you [1]  26/6
you'd [1]  35/8
you'll [2]  51/22 61/1
you're [19]  6/5 20/21 25/12 25/12 25/21
 26/25 27/15 30/24 40/2 43/23 45/17
 45/22 47/16 48/12 48/15 51/23 55/17
 55/25 58/10
you've [14]  13/14 32/10 33/3 33/10 40/1
 40/6 40/6 40/6 41/23 42/2 42/6 42/12
 45/12 45/13
you've -- how [1]  40/1
young [2]  25/5 25/6
younger [2]  35/18 36/5
your [144]
your -- your [1]  29/1
yours [1]  20/1
yourselves [1]  51/1

## Z

zeros [3]  11/4 24/6 31/14