1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF TEXAS

3                  FORT WORTH DIVISION

4    UNITED STATES OF AMERICA,    ) CASE NO. 4:14-CR-023-A
              Government,         )
5                                 ) FORT WORTH, TEXAS
     VERSUS                       )
6                                 ) JULY 29, 2014
     CHRISTOPHER ROBERT WEAST,    )
7            Defendant.           ) 8:56 A.M.

8

9                     VOLUME 14 OF 16
                 TRANSCRIPT OF JURY TRIAL
10          BEFORE THE HONORABLE JOHN McBRYDE
        UNITED STATES DISTRICT COURT JUDGE, AND A JURY

11

12   A P P E A R A N C E S:

13   FOR THE GOVERNMENT:     MS. AISHA SALEEM
                             MR. DAN COLE
14                           UNITED STATES DEPARTMENT OF JUSTICE
                             NORTHERN DISTRICT OF TEXAS
15                           801 Cherry Street, Suite 1700
                             Fort Worth, Texas  76102-6882
16                           Telephone:  817.252.5200

17   FOR THE DEFENDANT:      MR. CHRISTOPHER ROBERT WEAST
     (via video conference)  #47797-177
18                           BOP Fort Worth FCI
                             P.O. Box 15330
19                           Fort Worth, Texas  76119

20                           MR. PETER FLEURY
                             ASSISTANT FEDERAL PUBLIC DEFENDER
21                           NORTHERN DISTRICT OF TEXAS
                             819 Taylor Street, Room 9A10
22                           Fort Worth, Texas  76102
                             Telephone:  817.978.2753

23                           MS. PATRICIA TOVAR, Paralegal

24

25

```
1   FOR THE DEFENDANT:        MS. ANGELA SAAD
    (in courtroom)           MR. CHRIS CURTIS
2                            ASSISTANT FEDERAL PUBLIC DEFENDER
                             NORTHERN DISTRICT OF TEXAS
3                            819 Taylor Street, Room 9A10
                             Fort Worth, Texas  76102
4                            Telephone:  817.978.2753

5   COURT REPORTER:          MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 424
6                            Fort Worth, Texas  76102
                             Telephone:  817.850.6661
7                            E-Mail: debbie.saenz@yahoo.com

8

9   Proceedings reported by mechanical stenography, transcript

10  produced by computer.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# I N D E X

**PROCEEDING**                                                      **PAGE**

Charge conference................................. 04

Charge read....................................... 11

Message from Defendant/Offer of Proof (jury out). 37

Jury verdict...................................... 42

Forfeiture Charge read............................ 46

Argument by Ms. Saleem............................ 53

Forfeiture verdict................................ 56

Sentencing information (jury out)................. 58

Re: Government's Exhibits (jury out)............. 60

Reporter's Certificate............................ 63

Word Index........................................ 64

**P R O C E E D I N G S**

1

2                    July 29, 2014 - 8:56 a.m.

3              *(Defendant Weast not present via video conference)*

4              *(Jury not present)*

5              COURT SECURITY OFFICER:  All rise.

6              (Judge enters)

7              COURT SECURITY OFFICER:  Please be seated.

8              THE COURT:  Okay.  We're here for a resumption of

9   the trial in Case Number 4:14-CR-023-A, United States of

10  America versus Christopher Robert Weast.

11              In reviewing the Charge this morning, I found two

12  areas that need either to be changed or deleted.

13              On pages 7 and 8 -- if each of you would get your

14  proposed Charge in front of you.  Here's a copy you can look

15  at.

16              MR. CURTIS:  Thank you, Your Honor.  I think Angela

17  has our Charge.

18              THE COURT:  Here's a copy.  Here's something else,

19  Mr. Curtis, if you would.

20              MR. CURTIS:  Yes, sir.

21              THE COURT:  Here's a page that I've changed for each

22  of you.

23              Okay.  On pages 7 and 8, the paragraph that starts

24  fairly close to the bottom of the page, in determining whether

25  any statement claimed to have been made by the defendant, so

1    on, and going through the top of page 8, paragraph at the top

2    of page 8, I don't think that's applicable because I don't

3    think there was any evidence of any statement the defendant

4    made.

5            So my thought is that that ought to come out, unless

6    somebody has a disagreement.

7                MS. SALEEM:  None from the government.

8                MR. CURTIS:  I don't see a problem.

9                MS. SAAD:  No, none from defense.

10               THE COURT:  Okay.  Well, I'm going to take those two

11   paragraphs out, in determining whether, so on, near the bottom

12   of page 7, and the entire paragraph at the top of page 8, you

13   may consider, so on.

14           Now, the other change I made, I've given you a

15   retyped page 4.  I've taken out the sentence:  Also certain

16   testimony or other evidence has been ordered removed from the

17   record, and you have been instructed to disregard this

18   evidence.  Do not consider any testimony or other evidence

19   which has been removed from your consideration in reaching

20   your decision.

21           That touches on some of the things I instructed the

22   jury, but I don't believe it's quite accurate, and so I've

23   replaced it with the language in the new one I've given you,

24   which says:  You have been instructed not to consider certain

25   evidence and to consider other evidence for limited purposes.

```
1    You are reminded of those instructions and your obligation to

2    follow them.  I think that more accurately describes what

3    happened during the trial.

4            Does the government have any objection to

5    substituting what I put in the new one for what was in the old

6    one?

7            MS. SALEEM:  No, Your Honor.

8            THE COURT:  Does the defendant?

9            MR. CURTIS:  I'm trying to still figure out what's

10   the difference.

11           THE COURT:  Well, I don't know that I -- do you know

12   what the old one was?  Do you want me to read it again?

13           MR. CURTIS:  I'm comparing them, Your Honor.  I was

14   just --

15           MS. SAAD:  Here, it's this one.

16           MR. CURTIS:  Oh, I'm sorry.  I'm looking -- that's

17   why I can't tell the difference.  I'm looking at the new

18   Charge.

19           THE COURT:  My point is the old one doesn't

20   accurately describe what I said, but the new one does.

21           MS. SAAD:  We have no objections, Your Honor.

22           THE COURT:  Pardon?

23           MS. SAAD:  We have no objections.

24           THE COURT:  Okay.  Well, we'll make that change.

25           Okay.  Those are the only changes I had.  There were
```

1    two jurors that had not arrived as of a few moments ago, as of

2    the time I came in the courtroom.  As soon as they arrive,

3    we'll be back in session.

4           MR. CURTIS:  May I mention something, Your Honor?

5    With regard to the laptop that's going to go back there, I'm

6    not real computer savvy myself.  It does look like there -- I

7    don't think there's anything they can access, other than just

8    playing the disk, the video, but I was just going to request

9    the Court to instruct them that they are not to use that

10   laptop.  I think it may be in there, but they shouldn't use

11   that laptop for anything other than viewing the video.

12          THE COURT:  I don't mind telling them that.

13          MR. CURTIS:  I just want that to be clear.

14          THE COURT:  Where is the laptop?  Is it in here?

15          MS. SALEEM:  Yes, Your Honor.

16          THE COURT:  Let me see it and the instructions that

17   go with it.

18          MR. CURTIS:  They are pretty -- the instructions are

19   pretty good, and I don't think they will have a problem using

20   it, Your Honor, but there's some other programs on it that I

21   think -- or that show up when you open the directory.  I don't

22   think they can access anything, and I trust the jury to use it

23   for the right purpose.

24          MR. COLE:  Do you want the laptop, too, Your Honor?

25          THE COURT:  What is he talking about, that there are

1    other programs show up when you open it?

2              MR. COLE:  You have to power it on.

3              MR. CURTIS:  May I approach, Your Honor?  I don't

4    think it's a problem.  I just wanted to be clear that they

5    aren't supposed to use it.

6              THE COURT:  Okay.  Now, it's on.  What is the

7    potential problem that you're talking about, Mr. Curtis?

8              MR. CURTIS:  Okay.  Control, alt, delete, right.  I

9    can't do it.  I can't even do that.  Here we go.  Where's

10   delete on it?

11             Thank you.  Go ahead.  Thanks for helping me.

12             MS. SALEEM:  And then our password is "Courtroom!"

13             MR. CURTIS:  Exclamation point, and enter, and that

14   should take us right to where all they have to do is play the

15   video, Your Honor, which looks good.

16             But if you go down here to this start, and you go to

17   the programs, see it shows some snipping tools.  I don't think

18   they can get any of these things.

19             MS. SALEEM:  That's my understanding, Your Honor.

20             MR. CURTIS:  And I can't get into anything, so I

21   just want to make sure that they understand they are --

22             THE COURT:  Well, I'd rather not have to give them

23   special instructions, unless there's a good reason for doing

24   it.

25             MR. CURTIS:  Here, you -- go ahead, Angela.  I

1    couldn't get the calculator off there.

2            MS. SAAD:  It does allow you to access other

3    programs, I mean, but -- like Microsoft Word.

4            MR. CURTIS:  I think it's harmless, Your Honor.  I

5    just would feel better if they had an instruction not to use

6    it for anything but to play the video.

7            THE COURT:  Well, I don't mind telling them that.  I

8    just --

9            MR. CURTIS:  I trust the jury would follow that

10   instruction, if the Court told them to do that.

11           THE COURT:  I'll tell them that.

12           MR. CURTIS:  Thank you.

13           THE COURT:  What if they get the disk in there and

14   look at it and want to see it again?  How do they go about

15   doing that?  Is there something that -- a replay or do they

16   have to pull it out and start over again or --

17           MS. SALEEM:  I believe they can just hit play again,

18   Your Honor.

19           THE COURT:  Do what?

20           MS. SALEEM:  I believe they can just -- when it

21   shows up on the screen, there's a play button.  They could

22   play it again.  It should automatically --

23           THE COURT:  Is it obvious how they do that?

24           MS. SALEEM:  It should be pretty obvious, Your

25   Honor.

1                    THE COURT:  I just wondered if you need to add that

2      to the instructions.

3                    MS. SALEEM:  We can.  We can do it.  Out of an

4      abundance of caution, we can do that.

5                    THE COURT:  Do you have any problem with that?

6                    MS. SAAD:  No, Your Honor.

7                    THE COURT:  Let's add that to the instructions, and

8      how they play it again, if they decide they want to, without

9      starting all over again.

10                    Are they all here?

11                    COURT SECURITY OFFICER:  They are here, Judge.

12                    THE COURT:  Why don't you get them all out here.

13                    Let me run back there a second, and I'll be out in a

14      moment.

15                    COURT SECURITY OFFICER:  All rise.

16                    THE COURT:  Before I go, let me find out,

17      is -- Ms. Tovar, are you there?

18                    MS. SAAD:  She is connected, Your Honor.  We're

19      waiting to see if the defendant is present.

20                    Your Honor, Ms. Tovar is there, but the defendant is

21      still not there.

22                    THE COURT:  Do we know what his situation is?

23                    COURT SECURITY OFFICER:  They told me he was there a

24      few minutes -- or going there a few minutes ago.  Apparently,

25      he's just in --

1              THE COURT:  Okay.  Well, let's wait until he's

2    there.  And I think I'd like to confirm he's there before I

3    go -- before you bring the jury in, so let's sit down a

4    minute.

5              MS. SAAD:  Your Honor, she just informed us that he

6    is walking into the room that she is in.

7              THE COURT:  Mr. Weast, are you -- let's see.  Can he

8    hear me?  I'm sure he can.

9              MR. CURTIS:  He can hear you.

10             THE COURT:  Mr. Weast, are you there?

11             MR. CURTIS:  She's texting -- I mean, she is typing.

12   She says, we are ready, Your Honor.

13             THE COURT:  Okay.  We'll get the jury in.

14             (Recess)

15             (Defendant Weast present via video conference)

16             COURT SECURITY OFFICER:  All rise.

17             (Jury present)

18             (Judge enters)

19             COURT SECURITY OFFICER:  Please be seated.

20             THE COURT:  Good morning.

21             THE JURY:  Morning, Your Honor.

22             THE COURT:  I'm going to read the instructions that

23   explain to you what the law applicable to the case is and some

24   factors to consider in your deliberations.  They are rather

25   lengthy.

1          You don't have a copy of these in the jury room when

2    you go to deliberate, so listen closely.  I'll explain to you

3    in a minute the things you do have -- or will have in the jury

4    room, but you will not have these instructions, so listen very

5    closely.

6          In the jury room (sic), there are, in effect, two

7    judges.  I am one of the judges, the jury is the other.  It is

8    my duty to preside over the trial and to decide what evidence

9    is proper for your consideration.  It is also my duty at the

10   end of the trial to explain the rules of law that you must

11   follow and apply in arriving at your verdict.

12         First, I will give you some general instructions,

13   which apply in every case, for example, instructions about

14   burden of proof and how to judge the believability of

15   witnesses.  Next, I will give you some specific rules of law

16   about this particular case.  And, finally, I will explain the

17   procedures you should follow in your deliberations.

18         You, as jurors, are the judges of the facts, but in

19   determining what actually happened, that is, in reaching your

20   decision as to the facts, it is your sworn duty to follow all

21   of the rules of law as I explain them to you.

22         You have no right to disregard or give special

23   attention to any one instruction or to question the wisdom or

24   correctness of any rule I may state to you.  You must not

25   substitute or follow your own notion or opinion as to what the

1   law is or ought to be.  It is your duty to apply the law as I

2   explain it to you, regardless of the consequences.

3         It is also your duty to base the verdict solely upon

4   the evidence received during the trial and the law as given

5   and explained to you by the Court, without prejudice or

6   sympathy for or against the defendant.  That was the promise

7   you made and the oath you took upon being accepted as jurors,

8   and the Court and the parties have the right to expect nothing

9   less.

10         The indictment or formal charge against the

11   defendant is not evidence of guilt.  Indeed, the defendant is

12   presumed by the law to be innocent.  The law does not require

13   the defendant to prove his innocence or produce any evidence

14   at all.

15         The defendant has been charged with violations of

16   federal law.  The indictment or formal charge against the

17   defendant is not evidence of guilt.  The defendant is presumed

18   by law to be innocent.  No inference whatever may be drawn

19   from the election of the defendant not to testify.  The

20   government has the burden of proving the defendant guilty

21   beyond a reasonable doubt, and if it fails to do so, you must

22   acquit the defendant.

23         While the government's burden of proof is a strict

24   or heavy burden, it is not necessary that the defendant's

25   guilt be proved beyond all possible doubt.  It is only

1    required that the government's proof exclude any reasonable

2    doubt concerning the defendant's guilt.

3         A "reasonable doubt" is a doubt based upon reason

4    and common sense after careful and impartial consideration of

5    all the evidence in the case.  Proof beyond a reasonable

6    doubt, therefore, is proof of such a convincing character that

7    you would be willing to rely and act upon it without

8    hesitation in the most important of your own affairs.

9         As I told you earlier, it is your duty to determine

10   the facts.  In doing so, you must consider only the evidence

11   presented during the trial, including the sworn testimony of

12   the witnesses and the exhibits.

13        Remember that any statements, objections, or

14   arguments made by the lawyers are not evidence.  The function

15   of the lawyers is to point out those things that are most

16   significant or most helpful to their side of the case, and in

17   so doing to call your attention to certain facts or inferences

18   that might otherwise escape your notice.  In the final

19   analysis, however, it is your own recollection and

20   interpretation of the evidence that controls in the case.

21   What the lawyers say is not binding upon you.

22        Now, during the trial I sustained objections to

23   certain questions and exhibits.  You must disregard those

24   questions and exhibits entirely.  Do not speculate what the

25   witness would have said if permitted to answer the question or

1    as to the contents of an exhibit.

2         You have been instructed not to consider certain

3    evidence and to consider other evidence for limited purposes.

4    You are reminded of those instructions and your obligation to

5    follow them.  Your verdict must be based solely on the legally

6    admissible evidence and testimony.

7         Do not assume from anything I may have said or done

8    during the trial that I have any opinion concerning any of the

9    issues in this case.  Except for the instructions to you on

10   the law, you should disregard anything I may have said during

11   the trial in arriving at your own findings as to the facts.

12        While you should consider only the evidence, you are

13   permitted to draw reasonable inferences from the testimony and

14   exhibits as you feel are justified in the light of common

15   experience.  In considering the evidence, you may make

16   deductions and reach conclusions which reason and common sense

17   leads you to draw from the facts which have been established

18   by the evidence.

19        You should not be concerned about whether the

20   evidence is direct evidence or circumstantial evidence.  You

21   should consider and weigh all of the evidence that was

22   presented to you.  "Direct evidence" is testimony of one who

23   asserts actual knowledge of a fact, such as an eyewitness.

24   "Circumstantial evidence" is proof of a chain of events and

25   circumstances indicating that something is or is not a fact.

1              The law makes no distinction between the weight you

2     may give to either direct or circumstantial evidence, but the

3     law requires that you, after weighing all the evidence,

4     whether direct or circumstantial, be convinced of the guilt of

5     the defendant beyond a reasonable doubt before you can find

6     him guilty.

7              I remind you that it is your job to decide whether

8     the government has proved the guilt of the defendant beyond a

9     reasonable doubt.  In doing so, you must consider all of the

10    evidence.  This does not mean, however, that you must accept

11    all of the evidence as true or correct.

12             You are the sole judges of the credibility or

13    believability of each witness and the weight to be given that

14    witness's testimony.  An important part of your job will be

15    making judgments about the testimony of the witnesses who

16    testified in this case.  You should decide whether you believe

17    all, or some part, or none of what each person had to say, and

18    how important that testimony was.

19             In making that decision, I suggest that you ask

20    yourself a few questions:

21             Did the person impress you as honest?  Did the

22    witness have any particular reason not to tell the truth?  Did

23    the witness have a personal interest in the outcome of the

24    case?  Did the witness have any relationship with either the

25    government or the defense?  Did the witness seem to have a

good memory?  Did the witness clearly perceive the things

about which the witness testified?  Did the witness have the

opportunity and ability to understand the questions clearly

and answer them directly?  Did the witness's testimony differ

from the testimony of other witnesses?  These are a few of the

considerations that will help you determine the accuracy of

what each witness said.

          Your job is to think about the testimony of each

witness you have heard and decide how much you believe of what

each witness had to say.  In making up your mind and reaching

a verdict, do not make any decision simply because there were

more witnesses on one side or the other -- than the other.  Do

not reach a conclusion on a particular point just because

there were more witnesses testifying for one side on that

point.  You will always bear in mind that the law never

imposes upon the defendant in a criminal case the burden or

duty of calling any witnesses or producing any evidence.

          During the trial, you heard the testimony of

witnesses who expressed opinions concerning various

scientific, technical, or other matters involving specialized

knowledge.  If scientific, technical, or other specialized

knowledge might assist the jury in understanding the evidence,

or in determining a fact in issue, a witness qualified by

knowledge, skill, experience, training, or education may

testify and state an opinion concerning such matters.

1          Merely because such a witness has expressed an

2     opinion does not mean, however, that you must accept that

3     opinion.  You should judge such testimony like any other

4     testimony.  You may accept or reject it and give it as much

5     weight as you think it deserves, considering the witness's

6     education and experience, the soundness of the reasons given

7     for the opinion, and all other evidence in the case.

8          Okay.  Now, so far I've given you some general

9     instructions on how to evaluate the believability of witnesses

10    and that sort of thing.  I'm now to the point where I'm going

11    to be giving you some specific instructions on what the law is

12    applicable to this particular case, and what the government

13    has to prove to find the defendant guilty of Count 1, and

14    then, separately, Count 2.

15         Count 1 of the third superseding indictment alleges

16    that the defendant violated 18 United States Code Section

17    225A(a)(5)(B) (sic).  Title 18 United States Code Section

18    225A(a)(5)(B) (sic) makes it a crime to knowingly possess any

19    book, magazine, periodical, film, videotape, computer disk, or

20    any other material that contains an image of child pornography

21    that was produced using material that have been mailed or

22    shipped or transported in or affecting interstate or foreign

23    commerce by any means, including a computer.

24         For you to find the defendant guilty of this crime,

25    that is, the crime charged by Count 1, you must be convinced

1    that the government has proved each of the following beyond a

2    reasonable doubt, and I'm going to list first, second, and

3    third, the things the government has to prove to cause the

4    defendant to be guilty of the offense charged by Count 1 of

5    the indictment.

6           First, that the defendant knowingly possessed an

7    item that contains an image of child pornography, as alleged

8    in the indictment.

9           Second, that the material was produced using

10   materials that had been mailed or shipped or transported in or

11   affecting interstate or foreign commerce, including by

12   computer.

13          Third, that when the defendant possessed the

14   material, the defendant knew the material contained child

15   pornography.

16          Let me go over those again.  These are the three

17   things, three elements, the government has to prove beyond a

18   reasonable doubt for the defendant to be found guilty of the

19   offense charged by Count 1 of the indictment.

20          First, that the defendant knowingly possessed an

21   item that contains an image of child pornography, as alleged

22   in the indictment.

23          Second, that the material was produced using

24   materials that had been mailed or shipped or transported in or

25   affecting interstate or foreign commerce, including by

1    computer.

2            And third, that when the defendant possessed the

3    material, the defendant knew the material contained child

4    pornography.

5            Okay.  I'm going to talk about Count 2 of the

6    indictment now.

7            Count 2 of the third superseding indictment alleges

8    that the defendant violated Title 18 United States Code

9    Section 2252A(a)(2)(A).  Title 18 United States Code Section

10    2252A(a)(2)(A) makes it a crime to knowingly receive any child

11    pornography that has been shipped or transported in or

12    affecting interstate or foreign commerce by any means,

13    including by computer.

14            Now, for you to find the defendant guilty of this

15    crime, the crime charged by Count 2 of the indictment, you

16    must be convinced that the government has proved each of the

17    following beyond a reasonable doubt, and, again, I'm going to

18    tell you the exact things the government has to prove beyond a

19    reasonable doubt for the defendant to be found guilty of the

20    offense charged by Count 2.

21            First, that the defendant knowingly received an item

22    of child pornography, as alleged in the indictment.

23            Second, that the item of child pornography had been

24    shipped or transported in or affecting interstate or foreign

25    commerce by a means -- by any means, including a computer.

1          And third, that when the defendant received the

2     item, the defendant knew the item was child pornography.

3          Now, I'm going to go ahead now and explain some of

4     the terms that I used when I was telling you what the elements

5     are that have to be proved.

6          The word to "receive" means something -- means to

7     knowingly accept or take possession of something.  Receipt

8     does not require proof of ownership.

9          Now, the term "child pornography" means any visual

10    depiction, including any photograph, film, video, picture, or

11    computer image or picture, whether made or produced by

12    electronic, mechanical, or other means, of sexually explicit

13    conduct, where the production of such visual depiction

14    involves the use of a minor engaging in sexually explicit

15    conduct.  Such visual depiction must be of an actual minor.

16         Now, the term "minor" means any person under the age

17    of 18 years.

18         The term "visual depiction" includes data stored on

19    computer disk or by electronic means, which is capable of

20    conversion into a visual image that has been transmitted by

21    any means, whether or not stored in a permanent format.

22         The term "computer" means an electronic, magnetic,

23    optical, electrochemical, or other high speed data processing

24    device performing logical, arithmetic, or storage functions,

25    and includes any data storage facility or communications

1  facility directly related to or operating in conjunction with

2  such a device, but such term does not include an automated

3  typewriter, or typesetter, or portable held calculator, or

4  other similar device.

5       Now, the term "sexually explicit conduct" means

6  actual or simulated sexual intercourse, including

7  genital-genital, oral-genital, anal-genital, and oral-anal,

8  whether between persons of the same or opposite sex;

9  bestiality; sadistic or masochistic abuse; or lascivious

10  exhibition of the genitals or pubic area of any person.

11       Be cautioned that not every exposure of the genitals

12  or pubic area constitutes lascivious exhibition.  Whether a

13  visual depiction constitutes a lascivious exhibition requires

14  a consideration of the overall content of the material.

15       You may consider such factors as whether the focal

16  point of the visual depiction is on the child's genitalia or

17  pubic area; whether the setting of the depiction is sexually

18  suggestive, that is, in a place or pose associated with sexual

19  activity; whether the child is depicted in an unnatural pose

20  or in inappropriate attire, considering the age of the child;

21  whether the child is fully or partially nude; whether the

22  visual depiction suggests sexual coyness or a willingness to

23  engage in sexual activity; or whether the depiction is

24  designed to elicit a sexual response in the viewer.  This list

25  is not exhaustive, and no single factor is dispositive.

1           The word "knowingly" as that term is being used in

2    this Charge, means that the act was done voluntarily and

3    intentionally, not because of mistake or accident. the

4    government must show that the defendant had knowledge of the

5    sexually explicit nature of the material.

6           The government must also prove that the defendant

7    had knowledge that the image involved the actual use of a

8    minor.  Although the defendant need not have specific

9    knowledge as to the specific age of the minor, the defendant

10   must have had knowledge that the material contains a visual

11   depiction of an actual minor engaging in sexually explicit

12   conduct.

13          Now, "interstate commerce" means commerce or travel

14   between a state, territory, or possession of the United

15   States -- no, let me back up.

16          "Interstate commerce" means commerce or travel

17   between one state, territory, or possession of the United

18   States and another state, territory, or possession of the

19   United States, including the District of Columbia.

20          "Foreign commerce" means commerce or travel between

21   any part of the United States, including its territorial

22   waters, and any other country, including territorial waters.

23   Commerce includes travel, trade, transportation, or

24   communication.

25          Now, you will note that the indictment charges that

 1    the offense was committed on or about a specified date as to

 2    each of the counts.  The government does not have to prove

 3    that the offense charged by the count was committed on that

 4    exact date, so long as the government proves beyond a

 5    reasonable doubt that the defendant committed the crime on a

 6    date reasonably near the date stated in the indictment.

 7         You have been instructed that your verdict, whether

 8    it is guilty or not guilty, must be unanimous.  The following

 9    instruction applies to the unanimity requirement as to Count

10    1.

11         Count 1 of the indictment accuses the defendant of

12    committing the crime of knowing possession of material that

13    contains an image of child pornography.  Count 1 of the

14    indictment accuses the defendant of possessing material that

15    contains six images of child pornography.

16         You are again instructed that the government is only

17    required to prove that the defendant possessed material

18    containing a single image of child pornography for Count 1.

19    The government does not have to prove all of those images are

20    child pornography for you to return a guilty verdict on this

21    charge.  Proof beyond a reasonable doubt on one is enough, but

22    in order to return a guilty verdict, all of you must agree

23    that the same one or ones have been proved.

24         You are here to decide whether the government has

25    proved beyond a reasonable doubt that the defendant is guilty

1    of the crime charged as to each count.  The defendant is not

2    on trial for any act, conduct, or offense not alleged in the

3    indictment, nor are you called upon to render -- return a

4    verdict as to the guilt of any other person or persons not on

5    trial as a defendant in this case.

6            Let me correct something here.

7            During the trial, you've heard evidence of acts of

8    the defendant which may be similar to those charged in the

9    indictment, but which were committed on other occasions.  You

10   must not consider any of this evidence in deciding whether the

11   defendant committed the acts charged in the indictment,

12   however, you may consider this evidence for other very limited

13   purposes.

14           For you to find beyond a reasonable doubt from other

15   evidence in this case -- let me start that sentence over.

16           If you find beyond a reasonable doubt from other

17   evidence in this case that the defendant did commit the acts

18   charged in the indictment, then you may consider evidence of

19   the similar acts allegedly committed on other occasions to

20   determine whether the defendant had the state of mind or

21   intent necessary to commit the crime charged in the

22   indictment; whether the defendant had the motive or

23   opportunity to commit the acts charged in the indictment; or

24   whether the defendant committed the acts for which he is on

25   trial by accident or mistake.  These are the limited purposes

1    for which any evidence of other similar acts may be

2    considered.

3         A separate crime is charged against the defendant in

4    each count of the indictment.  Each count, and the evidence

5    pertaining to it, should be considered separately as to the

6    defendant.  The fact that you may find the defendant guilty or

7    not guilty of one count -- one of the counts does not control

8    your verdict as to the other count.

9         If the defendant is found guilty, it will be my duty

10   to decide what the punishment would be.  You should not be

11   concerned with punishment in any way.  It should not enter

12   your consideration or discussion.

13        During your deliberations, you must not communicate

14   with or provide any information to anyone by any means about

15   this case.  You may not use any electronic device or media,

16   such as a telephone, a cell phone, smartphone, iPhone,

17   BlackBerry, computer, internet or internet service, any text

18   or instant messaging service, any internet chat room, blog, or

19   website, such as Facebook, MySpace, LinkedIn, YouTube, or

20   Twitter to communicate to anyone any information about this

21   case or to conduct any research about this case until I accept

22   your verdict.

23        In other words, you can't talk to anyone on the

24   telephone, correspond with anyone, or electrically --

25   electronically communicate with anyone about this case.  You

1    can only discuss the case in the jury room with your fellow

2    jurors during deliberations, and I will expect you will inform

3    me as soon as you become aware of another juror's violation of

4    these instructions.

5              You may not use these electronic means to

6    investigate or communicate about the case because it is

7    important that you decide this case based solely on the

8    evidence presented in the courtroom.  Information on the

9    internet or available through social media might be wrong,

10   incomplete, or inaccurate.

11             You are only permitted to discuss this case with

12   your fellow jurors during deliberations because you have seen

13   and heard the same evidence.  In our judicial system, it is

14   important that you not be influenced by anything or anyone

15   outside the courtroom.  Otherwise, your decision may be based

16   on information known only by you and not your fellow jurors or

17   the parties in the case.  This would unfairly and adversely

18   impact the judicial process.

19             Now, to reach a verdict, whether it is guilty or not

20   guilty, all of you must agree.  Your verdict must be unanimous

21   as to each count of the indictment.  Other than the

22   possibility that the Court could make an inquiry into whether

23   deliberations were conducted properly, your deliberations will

24   be secret, and you will never have to explain your verdict to

25   anyone.

1          It is your duty to consult with one another and to

2     deliberate in an effort to reach agreement, if you can do so.

3     You must individually decide the case for yourselves, but only

4     after an impartial consideration of the evidence with your

5     fellow jurors.

6          During your deliberations, do not hesitate to

7     reexamine your own opinions and change your mind if convinced

8     that you were wrong, but do not give up your honest beliefs as

9     to the weight or effect of the evidence solely because of the

10    opinion of your fellow jurors or for the mere purpose of

11    returning a verdict.

12         Remember at all times you are judges, judges of the

13    facts.  Your duty is to decide whether the government has

14    proved the defendant guilty beyond a reasonable doubt.

15         Now, the first thing you do when you go to the jury

16    room is to select one of your -- one of the members of the

17    jury as your foreperson, and the foreperson will help to guide

18    your deliberations and will speak for you here in the

19    courtroom.

20         A form of verdict has been prepared for your

21    convenience, and I'll explain that to you in a moment.

22         The foreperson will write the unanimous answer of

23    the jury in the space provided for each count of the

24    indictment, either guilty or not guilty.  At the conclusion of

25    your deliberations, the foreperson should date and sign the

1    verdict form.

2            If you need to communicate with me during your

3    deliberations, the foreperson should write the message and

4    give it to the court security officer.  The court security

5    officer will be outside the jury room door throughout your

6    deliberations if you need -- if the jury needs to communicate

7    with the Court in any respect, simply give him a written

8    message.  The foreperson would give him a written message, and

9    he'll bring it to the Court and we'll respond appropriately.

10   Either I will bring -- reply in writing or bring you back into

11   the court to answer your message.

12           Now, bear in mind you are never to reveal to any

13   person, not even to the Court, how the jury stands,

14   numerically or otherwise, on a count of the indictment -- on

15   either count of the indictment, until the jury has reached a

16   unanimous verdict.

17           Now, the things you'll have in the jury room with

18   you will be the verdict form that I mentioned, and it's -- the

19   verdict form, itself, is actually only a one-page document.

20   It has two sections, two sentences.  One of the sentences is:

21           We, the jury, find the defendant Christopher Robert

22   Weast, and then it has a blank space, and then it goes on to

23   say, as to Count 1 of the indictment.

24           And then the other sentence is:

25           We, the jury, find the defendant Christopher Robert

1    Weast, has a blank space, as to Count 2 of the indictment.

2              Each of those blank spaces is to be filled in by the

3    word "guilty" or the words "not guilty", depending on what the

4    unanimous verdict of the jury is.

5              If the jury unanimously finds that the government

6    has proved beyond a reasonable doubt that the defendant

7    committed the offense charged by Count 1 of the indictment,

8    then the foreperson will write the word "guilty" in that

9    blank.

10             If the jury unanimously concludes that the

11   government has failed to prove beyond a reasonable doubt that

12   the defendant committed the offense charged by Count 1 of the

13   indictment, then the foreperson will write the words "not

14   guilty" in that blank, and the same applies to the Count 2.

15             And once the jury has reached a unanimous verdict as

16   to each of the counts, then the foreperson will sign and date

17   that.

18             Now, attached to the verdict form is the exact

19   wording of the third superseding indictment, the two counts,

20   so you can see exactly what you're voting on, and I remind you

21   that that's not evidence.  I'm simply putting that there as a

22   reminder of what the indictment charges for those two counts.

23             Now, in addition to having -- and of course, when

24   the jury does reach a verdict, the foreperson will make known

25   to the court security officer that a verdict has been reached,

1    and you'll be brought into the courtroom and deliver the

2    verdict to the Court.

3           Now, you'll also have in the jury room all of the

4    exhibits that were received in evidence, and that includes in

5    the exhibits a disk -- and I believe it's Exhibit 48, if my

6    memory serves me -- a disk that relates to I believe it's

7    Count 2 of the indictment.

8           You will also have in the jury room a laptop

9    computer on which that disk can be played with some

10   instructions.  I'm sure that most, if not all of you, would

11   know how to operate it without instructions, but we're also

12   going to give you some instructions on how to use it, if you

13   want to view that disk, and I assume that you will since

14   that's the subject of Count 2 of the indictment.

15          I do caution you not to try to use that computer for

16   some other purpose.  I don't think there's anything else on it

17   that could be drawn up or whatever you -- uploaded or whatever

18   they call it, to look at, but if there were, don't -- if there

19   happened to be.  I don't think there's anything else on it,

20   but you'll have that laptop in there for that purpose, and

21   don't use it for anything other than to play the disk that is

22   in evidence, and I think it's Exhibit 48.

23          From this -- let me have the attorneys come up here

24   just a second.

25              *(Bench conference on the record, out of the hearing*

1              *of the jury, as follows:)*

2              THE COURT:  Does the government have any objection

3    to the Court's Charge or the verdict form as I've read and

4    explained them to the jury?

5              MS. SALEEM:  No, Your Honor.

6              THE COURT:  Does the defendant?

7              MS. SAAD:  None other than previously stated.

8              THE COURT:  Okay.  Well, we're going to have to

9    state them again because I can't recall everything that's been

10   previously stated.

11             What are your objections?

12             MS. SAAD:  One of the objections was to unanimity.

13             THE COURT:  Was what?

14             MS. SAAD:  The unanimity instruction that we had

15   requested during the jury charge conference.

16             THE COURT:  We haven't had a jury charge conference

17   and so --

18             MS. SAAD:  We had the teleconference call, Your

19   Honor, where you addressed the --

20             THE COURT:  Okay.  Look at the agreed Charge that

21   y'all filed on July 17 and tell me what you're referring to

22   now.

23             MS. SAAD:  Yes, Your Honor.

24             THE COURT:  You can refer to the page on it.

25             MS. SAAD:  Yes, Your Honor.

1            THE COURT:  Can you tell me what's left out that you

2    think ought to be in there?

3            MS. SAAD:  On page 16, the defense included a

4    specific instruction for the unanimity, and we would request

5    that.

6            THE COURT:  Let me see.  Well, what is there in that

7    that's different from what I gave?

8            MS. SAAD:  Just, specifically, that an image

9    must --

10           THE REPORTER:  I can't hear you.

11           THE COURT:  What?  You have to speak up so she can

12    hear you.

13           MS. SAAD:  That they would have to agree that the

14    image -- that the same image -- they have to agree on the

15    specific --

16           THE COURT:  You have to speak up.

17           MS. SAAD:  Proof beyond a reasonable doubt on one is

18    enough, but in order to return a guilty verdict, all of you

19    must agree that the same one has been proved.  All of you must

20    agree that the government proved beyond a reasonable doubt

21    that the defendant knowingly possessed a visual depiction of

22    an actual minor of the same image.

23           THE COURT:  Is the word "actual"?

24           MS. SAAD:  And the proof beyond a reasonable doubt

25    as to one image, Your Honor.

1          THE COURT:  I'm trying to find out what it is that

2    you've requested that's not included.

3          Is it the word "actual"?

4          MS. SAAD:  Actual, yes.

5          THE COURT:  Is that the only objection?

6          MS. SAAD:  Yes, Your Honor.

7          THE COURT:  Okay.  Any other objection to the

8    Charge?

9          MS. SAAD:  I guess we would just -- we had requested

10   that "minor" be defined as an actual minor.

11         THE COURT:  Anything else?

12         MS. SAAD:  No, Your Honor.

13         THE COURT:  Okay.  Those objections are overruled.

14         MS. SAAD:  Thank you, Your Honor.

15         (In the hearing of the jury, as follows:)

16         THE COURT:  Okay.  From this point forward, the jury

17   will decide its schedule.  If you're still working midmorning,

18   and it's almost midmorning, you'll decide whether you want to

19   take a recess, and if so, when you want to do it.  And if it's

20   a matter of leaving the jury room to take a recess, let the

21   court security officer know what you're doing, and how long

22   you'll be taking the recess, so we can -- we'll know we can be

23   at ease.  Because we hang around and wait for y'all to return

24   a verdict, and if y'all are going to take a recess, we'll take

25   a recess, too.

1        And if you happen to still be working at lunchtime,

2   you can decide when to go to lunch, and just let us know,

3   through the foreperson telling the court security officer,

4   when you're going and how long you'll plan to be gone.

5        Now, one of you -- Mr. ********, you're an alternate

6   juror.  The law contemplates that we'll select one or more

7   alternates in case something happens to one of the other

8   jurors where that other juror can't go forward.

9        Unfortunately -- and we've been fortunate in this

10  case that nothing has happened to anybody else, but,

11  unfortunately, the law is that the alternate cannot

12  participate in deliberations unless something does happen to

13  one of the other jurors.

14       Theoretically something -- they could start their

15  deliberations and something could happen where one of them

16  couldn't go forward, and then you would have to step in, and

17  then you could participate in the deliberations.

18       Everybody seems to be pretty healthy looking, so I

19  doubt if we're going to have that problem here, so I'm going

20  to let you leave when they start deliberating, with the

21  understanding that we might call you back.

22       Do you have a telephone number or telephone numbers

23  you can give to the court security officer where he can get in

24  touch with you on short notice and get you back up here?

25       *JUROR:*  Yes, sir.  Yes, sir.

1          THE COURT:  Okay.  If you would, you can leave and

2   go about your business when they start deliberating, but we

3   might call you.

4          JUROR:  Okay.

5          THE COURT:  So be sure and leave those phone

6   numbers.

7          Now, you're still subject to all those instructions

8   I've given you.  Even though you're not sitting in the jury

9   room with the other members, you're still a part of the jury

10  system, so you're still subject to all those instructions I've

11  given you about what to do and what not to do.

12         JUROR:  Yes, sir.

13         THE COURT:  So remember that.  If it turns out

14  that -- if it turns out that you're not called back, we'll let

15  you know when the jury returns a verdict, so you'll know that

16  you no longer are obligated to have the -- are at risk of

17  coming back, and, of course, we'll tell you what the verdict

18  is, if you're interested.

19         Now -- and this is applicable to all of the members

20  of the jury panel, what I'm getting ready to tell him.

21         Once the jury has returned a verdict, all of you

22  will be at liberty -- and I've accepted the verdict, all of

23  you will be at liberty to discuss the case with anyone you

24  want to discuss it with, with some exceptions:  No one

25  connected with the case, the attorneys, none of the witnesses,

1    no one connected with them, family members, or the defendant

2    should have any contact with you, nor should you have any

3    contact with any of them, and I don't think that will be a

4    problem because I've never had a problem with it before.  But

5    if it happened to occur, you should let the Court know

6    immediately, so we could take appropriate action.

7             Other than that -- and this applies to all of you --

8    other than that, you'll be at liberty to discuss the case with

9    anyone you want to discuss it with.

10            Okay.  Y'all can start your deliberations now, and

11   we'll get the verdict form and the exhibits into the jury room

12   with the laptop.

13            *COURT SECURITY OFFICER:*  All rise.

14            *(Jury recessed to begin deliberations)*

15            *THE COURT:*  Have the attorneys agreed on a set of

16   exhibits as being the ones that are actually in evidence?

17            *MR. CURTIS:*  We have, Your Honor.

18            *THE COURT:*  Okay.  Very good.

19            *MR. CURTIS:*  Your Honor, with permission of the

20   Court, James Joseph Smith, who is the person we've been

21   referring to and the Court has been referring to as

22   Christopher Weast and the defendant, is demanding to make an

23   offer of proof.  Edmund, in the clerk's office, is downstairs

24   available to turn the audio on, if the Court is willing to

25   allow him to do that, so --

1          THE COURT:  Well, find out what the offer of proof

2     is before we take the time to do that.  Have him tell you what

3     the offer of proof is, and then we'll decide whether or not

4     that's something we want to deal with.

5          Y'all can sit down while we're doing that.

6          MR. CURTIS:  Okay.

7          MS. SALEEM:  Your Honor, may I take the sanitized

8     laptop and place it next to the exhibits?

9          THE COURT:  Yes, you can.

10         MR. CURTIS:  Your Honor, while I'm waiting for a

11    reply, James Joseph Smith has requested to -- this morning,

12    requested to me to convey to Ms. Saleem, which I did do, that

13    Mr. Smith will plead Mr. Weast guilty, if the prosecutor will

14    provide the bid bond, payment bond, performance bond, right

15    now, so he can settle and discharge right now.

16         THE COURT:  Okay.

17         MR. CURTIS:  His trustee is sitting out there right

18    now, which is Angela.  This proffer -- this offer was made to

19    Ms. Saleem and was rejected this morning.

20         THE COURT:  Okay.  Let me know what his -- is that

21    the proffer he wished to make?

22         MR. CURTIS:  I think -- no, I think that's a

23    different matter, Your Honor.

24         THE COURT:  Okay.  Find out what his proffer is, so

25    we can decide whether it is something that we should waste our

1  time with.

2        MR. CURTIS:  The response was:  He wants to make it

3  on the record.

4        THE COURT:  Okay.  If you satisfy yourself, after

5  consulting with him, that it's an appropriate thing to do,

6  we'll consider that matter further.  As it is, we're in recess

7  while we're waiting for the jury.

8        I want at least one lawyer for each side to be in or

9  right outside the courtroom throughout the jury deliberations

10  in case there's a need to answer a note from the jury or in

11  case the jury returns a verdict.

12        Okay.  We're in recess until we hear from the jury.

13        (Recess for Deliberations)

14        (Jury not present)

15        COURT SECURITY OFFICER:  All rise.

16        (Judge enters)

17        COURT SECURITY OFFICER:  Please be seated.

18        THE COURT:  Okay.  The foreperson has advised the

19  court security officer that the jury has reached a verdict,

20  and has advised me that Ms. Saad wishes to present something

21  to the Court before the jury comes in.

22        MS. SAAD:  Yes, Your Honor.  As indicated

23  previously, Mr. Weast had an offer of proof.

24        As his attorney, I'm just conveying that Mr. Weast

25  objects to the jurisdiction, that he's not a resident of the

1   United States, he's not a ward or minor of the government

2   official in any capacity, and he's a natural man, a child of

3   the living God, and the Court does not -- is not lawfully

4   allowed to refer to him by a proper name and can be sued, if

5   that's done.  His name is James Joseph Smith.

6           THE COURT:  Let me suggest something.  I don't

7   think, as his attorneys, you're obligated to interrupt court

8   proceedings with his nonsense.

9           MS. SAAD:  Understood, Your Honor.

10          THE COURT:  So, is there anything you wish to convey

11  to me that's not his nonsense?

12          MS. SAAD:  One sole matter is the objection that he

13  indicated under Rule 43 about his presence in the courtroom.

14          THE COURT:  Does he want to be in the courtroom when

15  the jury returns the verdict?

16          MS. SAAD:  We can ask him, Judge.

17          THE COURT:  Okay.  Ask him.

18          (Pause in Proceedings)

19          MR. CURTIS:  They are typing, Your Honor.

20          THE COURT:  Pardon?

21          MR. CURTIS:  He did not answer.

22          THE COURT:  Okay.  We're going to proceed.  He can

23  hear what's going on through our arrangement, so we'll

24  proceed.

25          MR. CURTIS:  They are typing again, so perhaps there

1    is an answer.

2              He wants you to answer him, Your Honor.  That's what

3    he said.

4              THE COURT:  Okay.  We'll bring the jury in.

5              (Pause in Proceedings)

6              THE COURT:  How long do you think the forfeiture

7    evidence will take?

8              MS. SALEEM:  Your Honor, we just intend to reoffer

9    what was offered at trial, so --

10             THE COURT:  There won't be any additional evidence?

11             MS. SALEEM:  That's correct, Your Honor.

12             THE COURT:  Do either one of you want to make any

13   argument on the forfeiture issue?

14             MS. SALEEM:  Your Honor, will the Court instruct the

15   jury with respect to what the second -- the second nature --

16   or the forfeiture proceeding is?

17             If the Court does that, then --

18             THE COURT:  Will the Court instruct the jury on

19   what?  I'm going to give the forfeiture instructions y'all

20   have agreed on.

21             MS. SALEEM:  Yes.

22             MS. SAAD:  We have no argument, Your Honor.

23             THE COURT:  Is all you want me to do is give the

24   forfeiture instructions that you've agreed on?

25             MS. SALEEM:  Actually, Your Honor, if I may have

1   just two minutes?

2             *THE COURT:*  Okay.

3             *MS. SALEEM:*  Thanks.

4             *COURT SECURITY OFFICER:*  All rise.

5             *(Jury present)*

6             *COURT SECURITY OFFICER:*  Please be seated.

7             *THE COURT:*  Mr. *****, I understand you're the

8   foreperson?

9             *FOREPERSON:*  Yes, Your Honor.

10            *THE COURT:*  And I understand the jury has reached a

11  verdict?

12            *FOREPERSON:*  We have, Your Honor.

13            *THE COURT:*  Okay.  If you would, hand it to the

14  court security officer, so he can hand it forward.

15            Okay.  The verdict appears to be in proper form, and

16  so I'll have the courtroom deputy read the verdict aloud.

17            *COURTROOM DEPUTY:*  Verdict of the Jury:

18            We, the jury, find the defendant, Christopher Robert

19  Weast, guilty as to Count 1 of the third superseding

20  indictment.

21            We, the jury, find the defendant, Christopher Robert

22  Weast, guilty as to Count 2 --

23            *SPECTATOR PRENTICE MAYHALL:*  This is bullshit.

24            *COURTROOM DEPUTY:*  -- of the third superseding

25  indictment.

1          *SPECTATOR PRENTICE MAYHALL:*  This is bullshit.

2          *COURT SECURITY OFFICER:*  Let's go.

3          *SPECTATOR PRENTICE MAYHALL:*  Don't touch me, I'm

4    leaving.  It's bullshit.

5          *SPECTATOR MELANIE WEAST:*  Hope your family doesn't

6    ever have to be accused of something like this.

7          *SPECTATOR PRENTICE MAYHALL:*  Injustice.

8          *COURT SECURITY OFFICER:*  106.

9          (Multiple spectators exiting courtroom)

10          *THE COURT:*  Okay.  Since the -- the verdict is in

11    proper form.  Since the law contemplates that the verdict will

12    be the unanimous verdict of the jury, I always ask each juror,

13    if you would, when I call your name, indicate whether or not

14    the verdict of guilty as to each of the counts of the

15    indictment is your verdict.

16          Juror ****** *******, is the verdict of guilty as to

17    each count your verdict?

18          *JUROR:*  Yes, sir.

19          *THE COURT:*  Juror ********* *******, is the guilty

20    verdict as to each count your verdict?

21          *JUROR:*  Yes, Your Honor.

22          *THE COURT:*  Defendant ********* -- oh, pardon me.  I

23    said defendant.

24          (Laughter)

25          *THE COURT:*  ********** *******, is the verdict of

```
1    guilty as to each count your verdict?

2              JUROR:  Yes, Your Honor.

3              THE COURT:  I apologize.

4              **** ******, is the verdict of guilty as to each

5    count your verdict?

6              JUROR:  Yes, Your Honor.

7              THE COURT:  And I believe that's ******.

8              JUROR:  Yes, sir.

9              THE COURT:  I remembered now.

10             Okay.  And Juror *****, is the guilty verdict as to

11   each count your verdict?

12             JUROR:  Yes, Your Honor.

13             THE COURT:  And ******* ********, is the verdict of

14   guilty as to each count your verdict?

15             JUROR:  Yes, Your Honor.

16             THE COURT:  ******** *****, is the verdict of guilty

17   as to each count your verdict?

18             JUROR:  Yes, Your Honor.

19             THE COURT:  **** *****, is the verdict of guilty as

20   to each count your verdict?

21             JUROR:  Yes, Your Honor.

22             THE COURT:  ******* ******, is the verdict of guilty

23   as to each count your verdict?

24             JUROR:  Yes, Your Honor.

25             THE COURT:  ****** ****, is the verdict of guilty as
```

1    to each count your verdict?

2              JUROR:  Yes, Your Honor.

3              THE COURT:  ******* *********, is the verdict of

4    guilty as to each count your verdict?

5              JUROR:  Yes, Your Honor.

6              THE COURT:  ***** *****, is the verdict of guilty as

7    to each count your verdict?

8              JUROR:  Yes, Your Honor.

9              THE COURT:  Okay.  Thank you.

10             Okay.  I'm satisfied not only is the verdict in

11   proper form, it is the unanimous verdict of the jury, so I'm

12   signing the verdict to indicate the Court's accepted it, and

13   I'm ordering it filed as the verdict of the jury.

14             We've got one other little project for you before we

15   quit.  The government included a request for forfeiture of, I

16   guess, the laptop computer and the digital drive.

17             Is that what it is?

18             MS. SALEEM:  Yes, Your Honor.

19             THE COURT:  And that requires the verdict to answer

20   two questions -- I mean, the jury to answer two questions, and

21   I have some instructions that I'm going to give you on that

22   subject.  They are short, and I'm going to guess that this

23   whole procedure won't take more than 15 minutes, so you've got

24   a little bit more work ahead of you.

25             I'm going to read these forfeiture instructions to

1    you now.

2              Members of the Jury:

3              Now that you have decided that the defendant is

4    guilty of the crimes charged in Counts 1 and 2 of the

5    indictment, you must determine whether he must forfeit certain

6    property to the government.

7              The indictment includes notice that certain property

8    is subject to forfeiture of the government because of the

9    defendant's commission of the crimes charged in Count 1, a

10   violation of 18 United States Code Section 225A(a)(5) (sic),

11   possession of child pornography, and Count 2, a violation of

12   United States Code Section 2252(a)(2) -- A(a)(2), receipt of

13   child pornography.

14             Let me stop there a minute.  I just said the

15   indictment included that notice.  There was another page to

16   the indictment that was not attached to your verdict form,

17   that wasn't really relevant to what you were doing at that

18   time, that requested that those things be forfeited to the

19   government.  That's what that meant when I said that.

20             18 United States Code Section 225(a) (sic) provides

21   that any person convicted of a violation of 18 United States

22   Code 2252A shall forfeit to the United States of America and

23   any -- and any property, real or personal -- I think that word

24   "and" ought not to be there.  Shall forfeit to the United

25   States of America any property, real or personal, used or

1    intended to be used to commit or to promote the commission of

2    the offense and any property traceable to such property.

3         "Forfeiture" means to be divested or deprived of

4    ownership of something as a penalty for the commission of a

5    crime.  To be entitled to forfeiture of property as a result

6    of the defendant's conviction on Count 1, the government must

7    prove by a preponderance of the evidence that the property

8    sought to be forfeited was used or intended to be used to

9    commit or to promote the commission of that offense and any

10   property traceable to that property.

11        To be entitled to forfeiture of property as a result

12   of the defendant's conviction on Count 2, the government must

13   prove by a preponderance of the evidence that the property

14   sought to be forfeited was used or intended to be used to

15   commit or to promote the commission of that offense and any

16   property traceable to that property.

17        While deliberating on the forfeiture issue, you may

18   consider any evidence offered by the parties at any time

19   during the trial -- in other words, everything you've already

20   heard is evidence you'll consider in connection with this --

21   including testimony offered by the government or the defendant

22   before or after your previous deliberations.

23        However, you must reexamine your previous

24   verdict -- you must not reexamine your previous verdict

25   regarding guilt of the defendant in question.  Your previous

1    findings that the defendant is guilty of the offenses charged

2    by Counts 1 and 2 are final, conclusive, and binding.

3          Because you are bound by your previous findings that

4    the defendant is guilty, I direct you not to discuss in your

5    forfeiture deliberations whether the defendant is guilty or

6    not guilty of the crimes charged in Counts 1 and 2.

7          With an exception I will explain to you in a moment,

8    all of my previous instructions regarding direct and

9    circumstantial evidence, credibility of witnesses, and the

10   duty to deliberate, I will explain to you in a moment all of

11   my previous instructions apply with respect to your verdict

12   regarding forfeiture.  In other words, what I've instructed

13   you earlier about deliberating and how you judge the

14   credibility of witnesses and so on, that still applies.

15         My previous instructions concerning the government's

16   burden of proving the defendant's guilt beyond a reasonable

17   doubt do not apply, however, to your deliberations and verdict

18   regarding forfeiture.  In the forfeiture portion of this

19   trial, the government must prove by a preponderance of the

20   evidence that the property is subject to forfeiture, and the

21   government is not required to prove beyond a reasonable doubt

22   that the property is subject to forfeiture.

23         A "preponderance of the evidence", which is the

24   burden the government has now, means such evidence as, when

25   considered and compared with that opposed to it, has more

1    convincing force and produces in your minds a belief that what

2    is sought to be proved is more likely true than not true.

3            In other words, a "preponderance of the evidence"

4    means that the government's evidence, when considered and

5    compared with that opposed to it, has more convincing force

6    and produces in your minds a belief that the property was used

7    or intended to be used to commit or to promote the commission

8    of the offenses charged in Counts 1 and 2.  A preponderance of

9    the evidence is a lower standard of proof that -- and is

10   less -- a less strict standard than proof beyond a reasonable

11   doubt.

12           In determining whether any fact in issue has been

13   proved by a preponderance of the evidence, you may consider

14   the testimony of all witnesses, regardless of who may have

15   called them, and all exhibits received in the record,

16   regardless of who may have produced them.

17           You are instructed that what happens to any property

18   that is declared forfeited is exclusively a matter for the

19   court to decide.  You should consider what might happen to

20   the -- you should not consider what might happen to the

21   property in determining whether the property is subject to

22   forfeiture.  You must disregard any claims that any person may

23   have to the property.  The interest of any person -- the

24   interest that any other person may have in the property will

25   be taken into account by the court at a later time.

1          Additionally, you must reach a unanimous verdict as

2     to each question in the verdict form.  Each juror must agree

3     that the government has proved by a preponderance of the

4     evidence that the property to be forfeited was used or

5     intended to be used to commit or to promote the commission of

6     the crimes charged in Counts 1 and 2.

7          A verdict form has been prepared for your use.  The

8     form lists the property that the indictment states was used or

9     intended to be used to commit or promote the commission of the

10    crimes charged in Counts 1 and 2.

11         And that's the end of the instructions.

12         The verdict form on this part is just answering two

13    questions, and I'll read it:

14         We, the jury, in the above-entitled case -- and

15    that's this case -- find the following concerning the

16    forfeiture of the property.

17         And it has an instruction:  Answer yes or no in the

18    place provided below.  If the government has met its burden of

19    proof, and that is by a preponderance of the evidence, answer

20    yes; otherwise, answer no.

21         In Question Number 1:  Did the government prove by a

22    preponderance of the evidence that the HP laptop computer,

23    serial number -- and I'm not going to use the number -- seized

24    from the defendant's residence in White Settlement, Texas, on

25    July 10, 2012, was used or intended to be used to commit or to

1      promote the offense charged in Count 1 of the indictment?

2             And that's to be answered either with a yes or a no

3      by the foreperson putting -- it will be a unanimous answer, by

4      a preponderance of the evidence.  The foreperson will put the

5      answer.

6             And the Question Number 2:  Did the government prove

7      by a preponderance of the evidence that the Western Digital

8      external drive, serial number -- and it has the number --

9      seized from the defendant's residence in White Settlement,

10     Texas, on July 10, 2012, was used or intended to be used to

11     commit or to promote the offense charged by Count 1 of the

12     indictment?

13            And then there are identical questions as to the

14     Count 2 of the indictment.  I think they are identical as to

15     Count 1, except it says Count 2, so I'm not going to read

16     those.

17            There won't be any more evidence, so you don't have

18     to hear any more evidence.  You've heard all the evidence you

19     need to hear to decide that.

20            I'm going to give the attorneys an opportunity to,

21     if they want to make a statement in support of their position

22     on it.

23            Does the government wish to make a statement?

24            *MS. SALEEM:*  Yes, Your Honor, but may we approach

25     the bench very briefly?

1           *THE COURT:*  Yes.

2           *(Bench conference on the record, out of the hearing*

3           *of the jury, as follows:)*

4           *MR. CURTIS:*  He's not in the room on the third

5    floor, and I just thought you would want to know that.

6           *THE COURT:*  He what?

7           *MR. CURTIS:*  He's not in the room on the third

8    floor.

9           *THE COURT:*  What happened to him?

10          *MR. CURTIS:*  From what Pat tells me, he -- when the

11   verdict came back, he asked -- he wanted to leave and the

12   marshal -- I guess he got disruptive, and the marshal took him

13   out.

14          *THE COURT:*  What?

15          *MR. CURTIS:*  He got disruptive.

16          *THE COURT:*  In other words, they took him out?

17          *MR. CURTIS:*  They took him out.  But he said he

18   didn't want to be there anymore, so I just thought you needed

19   to know that, Your Honor.  I don't know what to do about it,

20   and I'm not making a suggestion.

21          *THE COURT:*  Well, I don't think it's necessary.  If

22   he doesn't want to participate in this proceeding, I guess

23   that's his business.

24          *MR. CURTIS:*  I just wanted to let you know, Your

25   Honor.

1              MS. SALEEM:  And, Your Honor, if -- I'm just not

2    sure if I technically have to just reoffer the evidence in

3    front of the jury, just so that you can say it's accepted and

4    received.

5              THE COURT:  If you have to what?

6              MS. SALEEM:  Specifically say in front of the jury

7    that we reoffer the evidence.

8              THE COURT:  You don't have to, because I've told

9    them they will consider it.

10             MS. SALEEM:  Okay.

11             THE COURT:  I've already told them that.

12             MS. SALEEM:  All right.

13             THE COURT:  Okay.

14             *(In the hearing of the jury, as follows:)*

15             THE COURT:  Okay.  Ms. Saleem wants to make a

16   statement or two before we -- before you deal with this.

17             MS. SALEEM:  I just wanted to give you just a

18   general road map.  This is simply more of a housekeeping type

19   of a procedure at this point.

20             We're talking about the laptop computer and the

21   Western Digital hard drive and whether the defendant should be

22   entitled to keep those items at this point.  We would submit

23   that he should have to surrender those things to the

24   government because they contain contraband, and, more

25   importantly, they were tools of the trade.

1              So that's why we're asking that you go back, and

2    that you answer yes to each of the questions, was the laptop

3    computer and the Western Digital hard drive, that we've been

4    talking about through the course of this trial, used to

5    further the commission of, used to hide, used to facilitate

6    the commission of both the possession of child pornography and

7    the receipt of child pornography.  Thank you.

8              THE COURT:  Okay.  I'm going to -- y'all will go

9    back and deliberate over this limited matter we're dealing

10   with now.

11             We'll have the first special verdict form brought

12   in.  Once you've reached a unanimous decision as to

13   these -- it's four questions -- the foreperson would write the

14   decision, either yes or no in each one, and then sign it and

15   date it, and let the court security officer know when that's

16   been done.

17             I think the exhibits are still in there, if you need

18   to look at them for something.

19             Okay.  Y'all go, if you would, deliberate on that.

20             COURT SECURITY OFFICER:  All rise.

21             (Jury not present)

22             THE COURT:  Ms. Saad, it just dawned on me, I didn't

23   invite you to speak.  I think I already understood you didn't

24   want to speak.

25             MS. SAAD:  That's correct, Your Honor.

```
1              THE COURT:  Okay.  Y'all can sit down.

2              Again, hang around while the jury is doing what it's

3    going to do, and I don't think it will take long, but we'll be

4    in -- I'll be in recess while that's happening.

5              Here's a copy for each side of that verdict, special

6    verdict form, if you need it.  It's exactly what you --

7    exactly what you had agreed on, and here's the forfeiture

8    instruction for each side.

9              MS. SAAD:  Your Honor, may I step out briefly?

10             THE COURT:  Yeah, you can step out.

11             MS. SAAD:  Thank you, Your Honor.

12             (Recess for deliberations)

13             (Defendant Weast present via video conference)

14             COURT SECURITY OFFICER:  All rise.

15             (Jury present)

16             COURT SECURITY OFFICER:  Please be seated.

17             (Pause in Proceedings)

18             COURT SECURITY OFFICER:  All rise.

19             (Judge enters)

20             COURT SECURITY OFFICER:  Please be seated.

21             THE COURT:  Okay.  Mr. *****, I understand the jury

22   has returned a verdict on the forfeiture part of the case?

23             FOREPERSON:  Yes, Your Honor.

24             THE COURT:  Okay.  If you would, hand it to the

25   court security officer.
```

```
1              Okay.  The special verdict form on the forfeiture

2    part of the case has an answer yes to Question 1, an answer

3    yes to Question 2, an answer yes to Question 3, and an answer

4    yes to Question 4.

5              I'll just ask everybody on the jury who agrees that

6    that is your -- that that is your verdict, the yes answer to

7    each question, raise your hand, all of you who agree to that.

8              (Jurors all raised their hands)

9              THE COURT:  Everybody raised their hand, so

10   everybody voted.  Thank you.  You can put your hand back down.

11             I'm accepting -- that's in proper form, and I'm

12   satisfied it's the unanimous verdict of the jury, so I'm

13   accepting that part of the verdict.

14             Okay.  You've done your jobs.  Sometimes jurors want

15   to know just a little bit about when the sentencing will be

16   and that sort of thing.  I'm not going to take much more of

17   your time because I know you're anxious to go, but some of you

18   might have an interest in knowing, very briefly, where we go

19   from here.

20             The sentencing in this case will be at 9:00 a.m. in

21   this courtroom on November 14, 2014.  I think I've indicated

22   earlier that the judge imposes the sentence, and it's so far

23   off in the future because a lot of things have to be done

24   between now and then.

25             Y'all have determined, by your verdict, that the
```

1    defendant is guilty of the two counts of the indictment.  Now,

2    a probation officer has to be assigned to the case, and the

3    probation officer does an investigation to get information

4    that would help me evaluate what kind of sentence, within the

5    statutory range of sentence, should be imposed.

6            There's a statute that tells me what the upper

7    sentence should be, the top sentence should be, for each of

8    these offenses, and then I have to have more information to

9    know what would be an advisable sentence, in this particular

10   case, within that statutory range.

11           And so we have a probation officer assigned to the

12   case who investigates and gets me background information,

13   other criminal history, if any, and things like that, and

14   then prepares a report for me and that -- each side has an

15   opportunity to object to that report, if they want to.  And if

16   they do object to it, the probation officer responds to those

17   objections.  It's a time-consuming process.

18           We're probably more careful in our sentencing in

19   federal court than maybe in the state courts because we don't

20   have parole in the federal system.  You'll read about somebody

21   in the state system that may be sentenced to 20 years in

22   prison, and they will be out after 3 or 4 years on parole.

23           We don't have any such thing as that.  If somebody

24   gets sentenced to a certain period of time, they serve that

25   period of time, except you get, I think it's a 55-day credit

1    per year, if you conduct yourself properly in prison, but

2    that's the only reduction there is, unless Congress comes

3    along and changes the law somehow or other, which has happened

4    from time to time.

5         I don't know that any of you would be interested in

6    coming to the sentencing, but it would be in this courtroom,

7    and the public is welcome to attend, if anybody should happen

8    to want to see what happens at the sentencing.

9         Remember the instructions I gave you about who

10   you're at liberty to talk to, and that's anybody, except

11   certain people, and I've told you who those are, and none of

12   those people are to have any contact with you.

13        I've never had a problem with that before, and I

14   don't think I will in this case, but if anybody that should

15   not be in contact with you were to contact you, let us know

16   immediately because that would be a serious matter that we

17   would deal with promptly.

18        Okay.  Thank you for your service, and you're

19   excused at this time.

20             COURT SECURITY OFFICER:  All rise.

21             (Jury not present)

22             THE COURT:  Mr. Weast, I'm going to give you some

23   explanations about the sentencing process.  I'm told that

24   you're back in the room and that the communication system is

25   working where you can hear everything I'm saying.

1              I'm signing an order now that fixes the time and

2      date for your sentencing at 9:00 a.m. on November 14 -- I

3      believe I said November -- yes, November 14, 2004 (sic).  It

4      will be before me in this courtroom.

5              Your attorneys will arrange a time when the

6      probation officer who will be assigned to your case can

7      interview you, and the purpose of that interview is so the

8      probation officer can obtain from you information relevant to

9      the sentencing process.

10             Of course, the probation officer will get

11     information on that subject from other sources.  Once the

12     probation officer has enough information to determine what

13     sentencing guidelines apply to your case and what the

14     sentencing ranges are in your case under those guidelines, the

15     probation officer will prepare a written document called a

16     presentence report, and will put in that document the

17     probation officer's opinions on those subjects, and will also

18     put in that document a recitation of the facts the probation

19     officer relied on in reaching those opinions.

20             The attorneys in your case will receive -- each

21     attorney will receive a copy of the report, and you'll receive

22     a copy.  I'll get the original.

23             I rely very heavily on those reports in determining

24     what sentence to impose, so they need to be as complete and as

25     accurate as possible.  When you receive a copy of your report,

1    study it very carefully, and if there's anything in it you

2    think is wrong, or if you think something is left out that

3    ought to be in it, you can tell your attorneys and they will

4    file whatever appropriate objections might be filed based on

5    what you tell them.

6          Then I'll rule on those objections at or before the

7    sentencing hearing.  Of course, you and your attorneys both

8    will be permitted to speak on your behalf in mitigation at the

9    sentencing hearing.

10          I'm signing an order today that fixes a timetable

11    for accomplishment of things that have to be accomplished

12    between now and the date of sentencing, and the attorneys will

13    get copies of the order, and your attorneys will see that you

14    receive a copy.

15          Okay.  The defendant's remanded to custody, and the

16    attorneys are excused.

17          MS. SALEEM:  Your Honor, if I may address just one

18    matter?

19          With respect to the physical evidence that was

20    introduced, the Exhibit 37, which was the laptop computer, and

21    38, which was the Western Digital hard drive, I guess for

22    purposes of, once the case is on appeal, if we may substitute

23    photographs and retain the original bulk evidence?

24          THE COURT:  That -- does the defendant have any

25    objection to that?

1          *MS. SAAD:*  No objection, Your Honor.

2          *THE COURT:*  Okay.  There are some other -- that DVD,

3     it would probably be a good idea if you kept possession of

4     that, Exhibit 48.

5          *MS. SALEEM:*  Yes, Your Honor.

6          *THE COURT:*  And so we'll -- and then there are those

7     photographs, exhibits -- let's see, Exhibits 44 through 47,

8     and then 49, the photographs of the children.  It might be a

9     good idea for you to keep possession of those, too, unless

10    there's some objection from the defense.

11         *MR. CURTIS:*  The only thing is I have no doubt that

12    we'll want those exhibits and images.  As opposed to the

13    laptop and the hard drive, I'm sure we'll want those images

14    and the video to go to the Fifth Circuit, Your Honor, so I

15    don't know if that makes it easier if it just -- they remain

16    in the custody.

17         And the DVD is just a copy of the video that's

18    actually on the computer, so I don't mind the Court and the

19    Fifth Circuit having that, so that they can look at it.

20         *THE COURT:*  Well, we'll keep Exhibits 44 through 47

21    and 49, and we'll keep them under seal.

22         *MR. CURTIS:*  Okay.  Thank you.

23         *MS. SALEEM:*  And, Your Honor, I believe it's 42

24    through 47 are the child pornography exhibits.

25         *THE COURT:*  Is it 42 through 47, instead of 44?

1          MS. SALEEM:  Yes, Your Honor, and then 49, you were

2     correct.

3          THE COURT:  Okay.  Well, we'll keep those, and we'll

4     keep them under seal.

5          MS. SALEEM:  Yes.

6          THE COURT:  The DVD, I don't know why we don't just

7     keep it and keep it under seal.

8          MR. CURTIS:  I agree, Your Honor.

9          THE COURT:  And then the government will keep the

10    laptop and the Western Digital external drive.

11         Let me ask Fleather something.

12         (Bench Conference with Courtroom Deputy)

13         THE COURT:  Okay.  I don't think there's anything

14    else we need to do.  I'm going to give back the government's

15    exhibit volume, our copy of it, the extra copy.

16         I believe that's all we need to do, so the attorneys

17    are excused.

18         MR. CURTIS:  Thank you, Your Honor.

19         (End of Proceedings)

20

21

22

23

24

25

1                    **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          I further certify that the transcript fees format

6     comply with those prescribed by the Court and the Judicial

7     Conference of the United States.

8          Signed this 21st day of January, 2015.

9

10                              /s/ Debra G. Saenz

11                              DEBRA G. SAENZ, CSR, RMR, CRR
                                Texas CSR No. 3158
12                              Official Court Reporter
                                The Northern District of Texas
13                              Fort Worth Division

14

15    CSR Expires:          12/31/15

16    Business Address:     501 W. 10th Street, Room 424
                            Fort Worth, Texas  76102
17

18    Telephone:            817.850.6661

19    E-Mail Address:       debbie.saenz@yahoo.com

20

21

22

23

24

25

**-**
-- A [1] 46/12
-- I [1] 7/6
-- oh [1] 43/22

**/**
/s [1] 63/10

**0**
04 [1] 3/3

**1**
10 [2] 50/25 51/10
106 [1] 43/8
10th [2] 2/5 63/16
11 [1] 3/4
12/31/15 [1] 63/15
14 [3] 1/9 56/21 59/3
15 [2] 45/23 63/15
15330 [1] 1/18
16 [2] 1/9 33/3
17 [1] 32/21
1700 [1] 1/15
177 [1] 1/17
18 [8] 18/16 18/17 20/8 20/9 21/17
46/10 46/20 46/21

**2**
20 [1] 57/21
2004 [1] 59/3
2012 [2] 50/25 51/10
2014 [3] 1/6 4/2 56/21
2015 [1] 63/8
21st [1] 63/8
225 [1] 46/20
2252 [1] 46/12
2252A [3] 20/9 20/10 46/22
225A [3] 18/17 18/18 46/10
29 [2] 1/6 4/2

**3**
3158 [1] 63/11
37 [2] 3/5 60/20
38 [1] 60/21

**4**
42 [3] 3/6 61/23 61/25
424 [2] 2/5 63/16
43 [1] 40/13
44 [3] 61/7 61/20 61/25
46 [1] 3/7
47 [4] 61/7 61/20 61/24 61/25
47797-177 [1] 1/17
48 [3] 31/5 31/22 61/4
49 [3] 61/8 61/21 62/1
4:14-CR-023-A [2] 1/4 4/9

**5**
501 [2] 2/5 63/16
53 [1] 3/8
55-day [1] 57/25
56 [1] 3/9
58 [1] 3/10

**6**
60 [1] 3/11
63 [1] 3/12
64 [1] 3/13
6882 [1] 1/15

**7**
76102 [4] 1/22 2/3 2/6 63/16
76102-6882 [1] 1/15

76119 [1] 1/19

**8**
8 -- if [1] 4/13
801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 2/6 63/18
817.978.2753 [2] 1/22 2/4
819 [2] 1/21 2/3
8:56 [2] 1/7 4/2

**9**
9:00 a.m [2] 56/20 59/2
9A10 [2] 1/21 2/3

**A**
a.m [4] 1/7 4/2 56/20 59/2
ability [1] 17/3
about [27] 7/25 8/7 9/14 12/13 12/16
15/19 16/15 17/2 17/8 20/5 24/1 26/14
26/20 26/21 26/25 27/6 36/2 36/11
40/13 48/13 52/19 53/20 54/4 56/15
57/20 58/9 58/23
above [1] 50/14
above-entitled [1] 50/14
abundance [1] 10/4
abuse [1] 22/9
accept [5] 16/10 18/2 18/4 21/7 26/21
accepted [4] 13/7 36/22 45/12 53/3
accepting [2] 56/11 56/13
accepting -- that's [1] 56/11
access [3] 7/7 7/22 9/2
accident [2] 23/3 25/25
accomplished [1] 60/11
accomplishment [1] 60/11
account [1] 49/25
accuracy [1] 14/19
accurate [2] 5/22 59/25
accurately [2] 6/2 6/20
accused [1] 43/6
accuses [2] 24/11 24/14
acquit [1] 13/22
act [3] 14/7 23/2 25/2
action [1] 37/6
activity [2] 22/19 22/23
acts [7] 25/7 25/11 25/17 25/19 25/23
25/24 26/1
actual [10] 15/23 21/15 22/6 23/7 23/11
33/22 33/23 34/3 34/4 34/10
actually [5] 12/19 29/19 37/16 41/25
61/18
add [2] 10/1 10/7
addition [1] 30/23
additional [1] 41/10
Additionally [1] 32/19
address [3] 60/17 63/16 63/19
addressed [1] 32/19
admissible [1] 15/6
adversely [1] 27/17
advisable [1] 57/9
advised [2] 39/18 39/20
affairs [1] 14/8
affecting [5] 18/22 19/11 19/25 20/12
20/24
after [6] 14/4 16/3 28/4 39/4 47/22
57/22
again [12] 6/12 9/14 9/16 9/17 9/22 10/8
10/9 20/17 24/16 32/9 40/25 55/2
again. [1] 19/16
again. These [1] 19/16
against [1] 13/6 13/10 13/16 26/3
age [3] 21/16 22/20 23/9
ago [2] 7/1 10/24

agree [9] 24/22 27/20 33/13 33/14
63/19 33/20 59/2 56/7 63/8
agreed [5] 32/20 97/15 41/20 41/24
55/7
agreement [1] 28/2
agrees [1] 56/5
ahead [4] 8/11 8/25 21/3 45/24
AISHA [1] 1/13
all [48] 4/5 8/14 10/9 10/10 10/12 10/15
11/16 12/20 13/14 13/25 14/5 15/21
16/3 16/9 16/11 16/17 18/7 24/19 24/22
27/20 28/12 31/3 31/10 33/18 33/19
36/7 36/10 36/19 36/21 36/22 37/7
37/13 39/15 41/23 42/4 48/8 48/10
49/14 49/15 51/18 53/12 54/20 55/14
55/18 56/7 56/8 58/20 62/16
alleged [4] 19/7 19/21 20/22 25/2
allegedly [1] 25/19
alleges [2] 18/15 20/7
allow [2] 9/2 37/25
allowed [1] 40/4
almost [1] 34/18
along [1] 58/3
aloud [1] 42/16
already [3] 47/19 53/11 54/23
also [8] 5/15 12/9 13/3 23/6 31/3 31/8
31/11 59/17
alt [1] 8/8
alternate [2] 35/5 35/11
alternates [1] 35/7
Although [1] 23/8
always [2] 17/15 43/12
am [1] 12/7
AMERICA [4] 1/4 4/10 46/22 46/25
anal [2] 22/7 22/7
anal-genital [1] 22/7
analysis [1] 14/19
ANGELA [4] 2/1 4/16 8/25 38/18
another [4] 23/18 27/3 28/1 46/15
answer [21] 14/25 17/4 28/22 29/11
39/10 40/21 41/1 41/2 45/19 45/20
50/17 50/19 50/20 51/3 51/5 54/2 56/2
56/2 56/3 56/3 56/6
answered [1] 51/2
answering [1] 50/12
anxious [1] 56/17
any [78]
anybody [4] 35/10 58/7 58/10 58/14
anymore [1] 52/18
anyone [9] 26/14 26/20 26/23 26/24
26/25 27/14 27/25 36/23 37/9
anything [15] 7/7 7/11 7/22 8/20 9/6
15/7 15/10 27/14 31/16 31/19 31/21
34/11 40/10 60/1 62/13
apologize [1] 44/3
Apparently [1] 10/24
appeal [1] 60/22
appears [1] 42/15
applicable [4] 5/2 11/23 18/12 36/19
applies [4] 24/9 30/14 37/7 48/14
apply [6] 12/11 12/13 13/1 48/11 48/17
59/13
approach [2] 8/3 51/24
appropriate [3] 37/6 39/5 60/4
appropriately [1] 29/9
any [56] 6/1 6/25 7/9 7/18 7/18 7/25
8/21 10/10 10/11 10/17 11/7 11/10
11/12 11/24 12/6 12/18 14/14 14/15
15/4 15/12 15/14 16/12 17/5 19/16 21/5
24/16 24/19 24/24 25/3 25/25 27/11
28/21 29/12 32/11 34/13 34/24 36/16
36/16 37/16 40/19 40/25 45/22 48/2
48/3 49/17 51/13 51/14 54/17 58/11

## A

are... [7] 58/12 59/14 60/16 61/2 61/6
 61/24 62/17
area [3] 22/10 22/12 22/17
areas [1] 4/12
aren't [1] 8/5
argument [3] 3/8 41/13 41/22
arguments [1] 14/14
arithmetic [1] 21/24
around [2] 34/23 55/2
arrange [1] 59/5
arrangement [1] 40/23
arrive [1] 7/2
arrived [1] 7/1
arriving [2] 12/11 15/11
as [87]
ask [6] 16/19 40/16 40/17 43/12 56/5
 62/11
asked [1] 52/11
asked -- he [1] 52/11
asking [1] 54/1
asserts [1] 15/23
assigned [3] 57/2 57/11 59/6
assist [1] 17/22
ASSISTANT [2] 1/20 2/2
associated [1] 22/18
assume [2] 15/7 31/13
attached [2] 30/13 46/16
attend [1] 37/16
attention [2] 12/23 14/17
attire [1] 22/20
attorney [2] 39/24 59/21
attorneys [13] 31/23 36/25 37/15 40/7
 51/20 59/5 59/20 60/3 60/7 60/12 60/13
 60/16 62/16
audio [1] 37/24
automated [1] 22/2
automatically [1] 9/22
available [2] 27/9 37/24
aware [1] 27/3

## B

back [15] 7/3 7/5 10/13 23/15 29/10
 35/21 35/24 36/14 36/17 52/11 54/1
 54/9 56/10 58/24 62/14
background [1] 57/12
base [1] 13/3
based [5] 14/3 15/5 27/7 27/15 60/4
be [119]
bear [2] 17/15 29/12
because [19] 5/2 17/11 17/13 18/1 23/3
 27/6 27/12 28/9 32/9 34/23 37/4 46/8
 48/3 53/8 53/24 56/17 56/23 57/19
 58/16
become [1] 27/3
been [27] 4/25 5/16 5/17 5/19 5/24
 13/15 15/2 15/17 18/21 19/10 19/24
 20/11 20/23 21/20 24/7 24/23 28/20
 30/25 32/9 33/19 35/9 37/20 37/21
 49/12 50/7 54/3 54/16
before [15] 1/10 10/16 11/2 11/3 16/5
 37/4 38/2 39/21 45/14 47/22 53/16
 53/16 58/13 59/4 60/6
begin [1] 37/14
behalf [1] 60/8
being [3] 13/7 23/1 37/16
belief [2] 49/1 49/6
beliefs [1] 28/8
believability [3] 12/14 16/13 18/9
believe [11] 5/22 9/17 9/20 16/16 17/9
 31/5 31/6 44/7 59/3 61/23 62/16
below [1] 50/18

## B (column 2)

bench [4] 31/25 51/25 52/2 62/12
bestiality [1] 32/9
better [1] 9/5
between [7] 16/1 22/8 23/14 23/17
 23/20 56/24 60/12
beyond [23] 13/21 13/25 14/5 16/5 16/8
 19/1 19/17 20/17 20/18 24/4 24/21
 24/25 25/14 25/16 28/14 30/6 30/11
 33/17 33/20 33/24 48/16 48/21 49/10
bid [1] 38/14
binding [2] 14/21 48/2
bit [2] 45/24 56/15
BlackBerry [1] 26/17
blank [5] 29/22 30/1 30/2 30/9 30/14
blog [1] 26/18
bond [3] 38/14 38/14 38/14
book [1] 18/19
BOP [1] 1/18
both [2] 54/6 60/7
bottom [2] 4/24 5/11
bound [1] 48/3
Box [1] 1/18
briefly [3] 51/25 55/9 56/18
bring [5] 11/3 29/9 29/10 29/10 41/4
brought [2] 31/1 54/11
bulk [1] 60/23
bullshit [3] 42/23 43/1 43/4
burden [8] 12/14 13/20 13/23 13/24
 17/16 48/16 48/24 50/18
business [3] 36/2 52/23 63/16
button [1] 9/21

## C

calculator [2] 9/1 22/3
call [6] 14/17 31/18 32/18 35/21 36/3
 43/13
called [4] 25/3 36/14 49/15 59/15
calling [1] 17/17
came [2] 7/2 52/11
can [44] 4/14 7/7 7/22 8/18 9/17 9/20
 10/3 10/3 10/4 11/7 11/8 11/9 16/5 27/1
 28/2 30/20 31/9 32/24 33/1 33/11 34/22
 34/22 35/2 35/23 35/23 36/1 37/10 38/5
 38/9 38/15 38/25 40/4 40/16 40/22
 42/14 53/3 55/1 55/10 56/10 58/25 59/6
 59/8 60/3 61/19
can -- we'll [1] 34/22
can't [8] 6/17 8/9 8/9 8/20 26/23 32/9
 33/10 35/8
cannot [1] 35/11
capable [1] 21/19
capacity [1] 40/2
careful [1] 44/18
carefully [1] 60/1
case [48] 1/4 4/9 11/23 12/13 12/16
 14/5 14/16 14/20 15/9 16/16 16/24
 17/16 18/7 18/12 25/5 25/15 25/17
 26/15 26/21 26/21 26/25 27/1 27/6 27/7
 27/11 27/17 28/3 35/7 35/10 36/23
 36/25 37/8 39/10 39/11 50/14 50/15
 55/22 56/2 56/20 57/2 57/10 57/12
 58/14 59/6 59/13 59/14 59/20 60/22
case -- let [1] 25/15
cause [1] 11/23
caution [2] 10/4 31/15
cautioned [1] 22/11
cell [1] 26/16
certain [9] 5/15 5/24 14/17 14/23 15/2
 46/5 46/7 57/24 58/11
Certificate [2] 3/12 63/1
certify [2] 63/2 63/5
chain [1] 15/24
change [3] 5/14 6/24 28/7

## C (column 3)

changed [2] 4/12 4/21
changes [2] 6/25 58/23
character [1] 14/6
charge [16] 3/3 3/4 3/7 4/11 4/14 4/17
 6/18 13/10 13/16 23/2 24/21 32/3 32/15
 32/16 32/20 34/8
charged [25] 13/15 18/25 19/4 19/19
 20/15 20/20 24/3 25/1 25/8 25/11 25/18
 25/21 25/23 26/3 30/7 30/12 46/4 46/9
 48/1 48/6 49/8 50/6 50/10 51/1 51/11
charges [2] 23/25 30/22
chat [1] 26/18
Cherry [1] 1/15
child [23] 18/20 19/7 19/14 19/21 20/3
 20/10 20/22 20/23 21/2 21/9 22/19
 22/20 22/21 24/13 24/15 24/18 24/20
 24/22 46/11 46/13 54/6 54/7 61/24
child's [1] 22/16
children [1] 9/8
CHRIS [1] 2/1
CHRISTOPHER [8] 1/6 1/17 4/10 29/21
 29/25 37/22 42/18 42/21
Circuit [2] 61/14 61/19
circumstances [1] 15/25
circumstantial [5] 15/20 15/24 16/2 16/4
 48/9
claimed [1] 4/25
claims [1] 49/22
clear [2] 7/13 8/4
clearly [2] 17/1 17/3
clerk's [1] 37/23
close [1] 4/24
closely [2] 12/2 12/5
Code [8] 18/16 18/17 20/8 20/9 46/10
 46/12 46/20 46/22
COLE [1] 1/13
Columbia [1] 23/19
come [2] 5/5 31/23
comes [2] 39/21 58/2
coming [2] 36/17 58/6
commerce [12] 18/23 19/11 19/25 20/12
 20/25 23/13 23/13 23/16 23/16 23/20
 23/20 23/23
commission [10] 46/9 47/1 47/4 47/9
 47/15 49/7 50/5 50/9 54/5 54/6
commit [11] 25/17 25/21 25/23 47/1
 47/9 47/15 49/7 50/5 50/9 50/25 51/11
committed [9] 24/1 24/3 24/5 25/9 25/11
 25/19 25/24 30/7 30/12
committing [1] 24/12
common [3] 14/4 15/14 15/16
communicate [6] 26/13 26/20 26/25
 27/6 29/2 29/6
communication [2] 23/24 58/24
communications [1] 21/25
compared [2] 48/25 49/5
comparing [1] 6/13
complete [1] 59/24
comply [1] 63/6
computer [20] 2/10 7/6 18/19 18/23
 19/12 20/1 20/13 20/25 21/11 21/19
 21/22 26/17 31/9 31/15 45/16 50/22
 53/20 54/3 60/20 61/18
concerned [2] 15/19 26/11
concerning [6] 14/2 15/8 17/19 17/25
 48/15 50/15
concludes [1] 30/10
conclusion [2] 17/13 28/24
conclusions [1] 15/16
conclusive [1] 48/2
conduct [7] 21/13 21/15 22/5 23/12 25/2
 26/21 58/1
conducted [1] 27/23

## C

conference [1] 117/3
31/25 32/15 32/16 52/2 55/13 62/12
63/7
confirm [1] 11/2
Congress [1] 58/2
conjunction [1] 22/1
connected [3] 10/18 36/25 37/1
connection [1] 47/20
consequences [1] 13/2
consider [22] 5/13 5/18 5/24 5/25 11/24
14/10 15/2 15/3 15/12 15/21 16/9 22/15
25/10 25/12 25/18 39/6 47/18 47/20
49/13 49/19 49/20 53/9
consideration [6] 5/19 12/9 14/4 22/14
26/12 28/4
considerations [1] 17/6
considered [4] 26/2 26/5 48/25 49/4
considering [3] 15/15 18/5 22/20
constitutes [2] 22/12 22/13
consult [1] 28/1
consulting [1] 39/5
consuming [1] 57/17
contact [5] 37/2 37/5 58/12 58/15 58/15
contain [1] 53/24
contained [2] 19/14 20/3
containing [1] 22/14
contains [6] 18/20 19/7 19/21 23/10
24/13 24/15
contemplates [2] 35/6 43/11
content [1] 22/14
contents [1] 15/1
contraband [1] 53/24
control [2] 8/8 26/7
controls [1] 14/20
convenience [1] 28/21
conversion [1] 21/20
convey [2] 38/12 40/10
conveying [1] 39/24
convicted [1] 46/21
conviction [2] 47/6 47/12
convinced [4] 16/4 18/25 20/16 28/7
convincing [3] 14/6 49/1 49/5
copies [1] 60/13
copy [11] 4/14 4/18 12/1 55/5 59/21
59/22 59/25 60/14 61/17 62/15 62/15
correct [6] 16/11 25/6 41/11 54/25 62/2
63/3
correctness [1] 12/24
correspond [1] 26/24
could [7] 9/21 27/22 31/17 35/14 35/15
35/17 37/6
couldn't [2] 9/1 35/16
count [54] 18/13 18/14 18/15 18/25 19/4
19/19 20/5 20/7 20/15 20/20 24/3 24/9
24/11 24/13 24/18 25/1 26/4 26/4 26/7
26/8 27/21 28/23 29/14 29/15 29/23
30/1 30/7 30/12 30/14 31/7 31/14 42/19
42/22 43/17 43/20 44/1 44/5 44/11
44/14 44/17 44/20 44/23 45/1 45/4 45/7
46/9 46/11 47/6 47/12 51/1 51/11 51/14
51/15 51/15
count -- one [1] 26/7
country [1] 23/22
counts [13] 24/2 26/7 30/16 30/19 30/22
43/14 46/4 48/2 48/6 49/8 50/6 50/10
57/1
course [5] 30/23 36/17 54/4 59/10 60/7
court [39] 1/1 1/10 2/5 7/9 9/10 13/5
13/8 27/22 29/4 29/4 29/7 29/9 29/11
29/13 30/25 31/2 34/21 35/3 35/23 37/5
37/20 37/21 37/24 39/19 39/21 40/3
40/7 41/14 41/17 41/18 42/14 49/19
49/25 54/15 55/25 61/19 61/18 63/6
63/12
Court's [2] 32/3 45/12
courtroom [16] 2/1 7/2 8/12 27/8 27/15
28/19 31/1 39/9 40/13 40/14 42/16 43/9
56/21 58/6 59/4 62/12
courts [1] 57/19
coyness [1] 22/22
CR [2] 1/4 4/9
credibility [3] 16/12 48/9 48/14
credit [1] 57/25
crime [12] 18/18 18/24 18/25 20/10
20/15 20/15 24/5 24/12 25/1 25/21 26/3
47/5
crimes [5] 46/4 46/9 48/6 50/6 50/10
criminal [2] 17/16 57/13
CRR [3] 2/5 63/2 63/11
CSR [3] 2/5 63/2 63/11 63/11 63/15
CURTIS [3] 2/1 4/19 8/7
custody [2] 60/15 61/16

## D

DAN [1] 1/13
data [3] 21/18 21/23 21/25
date [9] 24/1 24/4 24/6 24/6 28/25
30/16 54/15 59/2 60/12
dawned [1] 54/22
day [2] 57/25 63/8
deal [3] 38/4 53/16 58/17
dealing [1] 54/9
debbie.saenz [2] 2/7 63/19
DEBRA [4] 2/5 63/2 63/10 63/11
decide [17] 10/8 12/8 16/7 16/16 17/9
24/24 26/10 27/7 28/3 28/13 34/17
34/18 35/2 38/3 38/25 49/19 51/19
decided [1] 46/3
deciding [1] 25/10
decision [7] 5/20 12/20 16/19 17/11
27/15 54/12 54/14
declared [1] 49/18
deductions [1] 15/16
defendant [85]
defendant's [3] 13/24 14/2 46/9 47/6
47/12 48/16 50/24 51/9 60/15
Defendant/Offer [1] 3/5
DEFENDER [2] 1/20 2/2
defense [4] 5/9 16/25 33/3 61/10
defined [1] 34/10
delete [2] 8/8 8/10
deleted [1] 4/12
deliberate [5] 12/2 28/2 48/10 54/9
54/19
deliberating [4] 35/20 36/2 47/17 48/13
deliberations [23] 11/24 12/17 26/13
27/2 27/12 27/23 27/23 28/6 28/18
28/25 29/3 29/6 35/12 35/15 35/17
37/10 37/14 39/9 39/13 47/22 48/5
48/17 55/12
deliver [1] 31/1
demanding [1] 37/22
DEPARTMENT [1] 1/14
depending [1] 30/3
depicted [2] 22/19
depiction [11] 21/10 21/13 21/15 21/18
22/13 22/16 22/17 22/22 22/23 23/11
33/21
deprived [1] 47/3
deputy [2] 42/16 62/12
describe [1] 6/20
describes [1] 6/2
deserves [1] 18/5
designed [1] 22/24
determine [5] 14/9 17/6 25/20 46/5
58/12
determined [1] 50/25
determining [7] 4/24 5/11 12/19 17/23
49/12 49/21 59/23
device [4] 21/24 22/2 22/4 26/15
did [13] 16/21 16/21 16/22 16/24 16/25
17/1 17/2 17/4 25/17 38/12 40/21 50/21
51/6
didn't [3] 52/18 54/22 54/23
differ [1] 17/4
difference [2] 6/10 6/17
different [2] 33/7 38/23
digital [6] 45/16 51/7 53/21 54/3 60/21
62/10
direct [6] 15/20 15/22 16/2 16/4 48/4
48/8
directly [2] 17/4 22/1
directory [1] 7/21
disagreement [1] 5/6
discharge [1] 38/15
discuss [7] 27/1 27/11 36/23 36/24 37/8
37/9 48/4
discussion [1] 26/12
disk [9] 7/8 9/13 18/9 21/19 31/5 31/6
31/9 31/13 31/21
disk -- and [1] 31/5
dispositive [1] 22/25
disregard [5] 5/17 12/22 14/23 15/10
49/22
disruptive [2] 52/12 52/15
distinction [1] 16/1
DISTRICT [8] 1/1 1/2 1/10 1/14 1/21 2/2
23/19 63/12
divested [1] 47/3
DIVISION [2] 1/3 63/13
do [44] 5/18 6/11 6/12 7/24 8/9 8/9 8/14
9/10 9/14 9/15 9/19 9/23 10/3 10/4 10/5
10/22 12/3 13/21 14/24 15/7 17/11
17/12 28/2 28/6 28/8 28/15 31/15 34/19
35/22 36/11 36/11 37/25 38/2 38/12
39/5 41/6 41/12 41/23 48/17 52/19 55/3
57/16 62/14 62/16
document [4] 29/19 59/15 59/16 59/18
does [23] 6/4 6/8 6/20 7/6 9/2 13/12
16/10 18/2 21/8 22/2 24/2 24/19 26/7
30/24 32/2 32/6 35/12 40/3 40/14 41/17
51/23 57/3 60/24
doesn't [3] 6/19 43/5 52/22
doing [9] 8/23 9/15 14/10 14/17 16/9
34/21 38/5 46/17 55/2
don't [35] 5/2 5/2 5/8 5/22 6/11 7/7 7/12
7/19 7/21 8/3 8/17 9/7 10/12 12/1 31/16
31/18 31/19 31/21 37/3 40/6 43/3 51/17
52/19 52/21 53/8 55/3 57/19 57/23 58/5
58/14 61/15 61/18 62/6 62/6 62/13
don't -- if [1] 31/18
done [6] 15/7 23/2 40/5 54/16 56/14
56/23
door [1] 29/5
doubt [27] 13/21 14/2 14/3 14/3 14/6
16/5 16/9 19/2 19/18 20/17 20/19 24/5
24/21 24/25 25/14 25/16 28/14 30/6
30/11 33/17 33/20 33/24 35/19 48/17
48/21 49/11 61/11
doubt. [1] 13/25
doubt.  It [1] 13/25
down [5] 8/16 11/3 38/5 55/1 56/10
downstairs [1] 37/23
draw [2] 15/13 15/17
drawn [2] 13/18 31/17
drive [7] 45/16 51/8 53/21 54/3 60/21
61/13 62/10

**D**

during [15]  6/3 13/4 14/11 14/22 15/8
15/10 17/18 25/7 26/13 27/2 27/12 28/6
29/2 32/15 47/19
duty [11]  12/8 12/9 12/20 13/1 13/3 14/9
17/17 26/9 28/1 28/13 48/10
DVD [3]  61/2 61/17 62/6

**E**

E-Mail [2]  2/7 63/19
each [42]  4/13 4/21 16/13 16/17 17/7
17/8 17/10 19/1 20/16 24/2 25/1 26/4
26/4 27/21 28/23 30/2 30/16 39/8 43/12
43/14 43/17 43/20 44/1 44/4 44/11
44/14 44/17 44/20 44/23 45/1 45/4 45/7
50/2 50/2 54/2 54/14 55/5 55/8 56/7
57/7 57/14 59/20
earlier [3]  14/9 48/13 56/22
ease [1]  34/23
easier [1]  61/15
Edmund [1]  37/23
education [2]  17/24 18/6
effect [2]  12/6 28/9
effort [1]  28/2
either [9]  4/12 16/2 16/24 28/24 29/10
29/15 41/12 51/2 54/14
election [1]  13/19
electrically [1]  26/24
electrochemical [1]  21/23
electronic [5]  21/12 21/19 21/22 26/15
27/5
electronically [1]  26/25
elements [2]  19/17 21/4
elicit [1]  22/24
else [6]  4/18 31/16 31/19 34/11 35/10
62/14
end [3]  12/10 50/11 62/19
engage [1]  22/23
engaging [2]  21/14 23/11
enough [3]  24/21 33/18 59/12
enter [2]  8/13 26/11
enters [4]  4/6 11/18 39/16 55/19
entire [1]  5/12
entirely [1]  14/24
entitled [5]  47/5 47/11 50/14 53/22 63/4
escape [1]  14/18
established [1]  15/17
evaluate [2]  18/9 57/4
even [3]  8/9 29/13 36/8
events [1]  15/24
ever [1]  43/6
every [2]  12/13 22/11
everybody [4]  35/18 56/5 56/9 56/10
everything [3]  32/9 47/19 58/25
evidence [76]
exact [3]  20/18 24/4 30/18
exactly [3]  30/20 55/6 55/7
example [1]  12/13
except [4]  15/9 51/15 57/25 58/10
exception [1]  48/7
exceptions [1]  56/24
Exclamation [1]  8/13
exclude [1]  14/1
exclusively [1]  49/18
excused [3]  58/19 60/16 62/17
exhaustive [1]  22/25
exhibit [6]  15/1 31/5 31/22 60/20 61/4
62/15
exhibition [3]  22/10 22/12 22/13
exhibits [17]  3/11 14/12 14/23 14/24
15/14 31/4 31/5 37/11 37/16 38/8 49/15
54/17 61/7 61/7 61/12 61/20 61/24
exiting [1]  43/9
expost [3]  18/8 27/2
experience [2]  15/15 17/24 18/6
Expires [1]  63/15
explain [11]  11/23 12/2 12/10 12/16
12/21 13/2 21/3 27/24 28/21 48/7 48/10
explained [2]  13/5 32/4
explanations [1]  58/23
explicit [5]  21/12 21/14 22/5 23/5 23/11
exposure [1]  22/11
expressed [2]  17/19 18/1
external [2]  51/8 62/10
extra [1]  62/15
eyewitness [1]  15/23

**F**

Facebook [1]  26/19
facilitate [1]  54/5
facility [2]  21/25 22/1
fact [5]  15/23 15/25 17/23 26/6 49/12
factor [1]  22/25
factors [2]  11/24 22/15
facts [8]  12/18 12/20 14/10 14/17 15/11
15/17 28/13 59/18
failed [1]  30/11
fails [1]  13/21
fairly [1]  4/24
family [2]  17/3 43/5
far [2]  18/8 56/22
FCI [1]  1/18
federal [5]  1/20 2/2 13/16 57/19 57/20
feel [2]  9/5 15/14
fees [1]  63/5
fellow [5]  27/1 27/12 27/16 28/5 28/10
few [5]  7/1 10/24 10/24 16/20 17/5
Fifth [2]  61/14 61/19
figure [1]  6/9
file [1]  60/4
filed [3]  32/21 45/13 60/4
filled [1]  30/2
film [2]  18/19 21/10
final [2]  14/18 48/2
finally [1]  12/16
find [16]  10/16 16/5 18/13 18/24 20/14
25/14 25/16 26/6 29/21 29/25 34/1 38/1
38/24 42/18 42/21 59/16
findings [3]  15/11 48/1 48/3
finds [1]  10/5
first [7]  12/12 19/2 19/6 19/20 20/21
28/15 54/11
fixes [1]  59/1 60/10
Fleather [1]  62/11
FLEURY [1]  1/20
floor [2]  52/5 52/8
focal [1]  22/15
follow [7]  6/2 9/9 12/11 12/17 12/20
12/25 15/5
following [4]  19/1 20/17 24/8 50/15
follows [4]  32/1 34/15 52/3 53/14
force [2]  49/1 49/5
foregoing [2]  63/3 63/4
foreign [6]  18/22 19/11 19/25 20/12
20/24 23/20
foreperson [16]  28/17 28/17 28/22
28/25 29/3 29/8 30/8 30/13 30/16 30/24
35/3 39/18 42/8 51/3 51/4 54/13
forfeit [4]  46/5 46/22 46/24
forfeited [5]  46/18 47/8 47/14 49/18
50/4
forfeiture [25]  3/7 3/9 41/6 41/13 41/16
41/19 41/24 45/15 45/23 46/8 47/3 47/5
47/11 47/17 48/5 48/12 48/18 48/18
48/20 48/22 49/22 50/16 55/7 55/22

56/1
form [19]  28/20 29/1 29/18 30/19 30/18
32/3 37/11 42/1 43/17 45/11 46/16
50/2 50/7 50/8 50/12 54/11 55/6 56/1
56/11
formal [2]  13/10 13/16
format [2]  21/21 63/5
FORT [10]  1/3 1/5 1/15 1/18 1/19 1/22
2/3 2/6 63/13 63/16
fortunate [1]  35/9
forward [4]  34/16 35/8 35/16 42/14
found [4]  4/1 11/19 18/20 19/20 26/9
four [1]  54/13
front [3]  4/14 53/3 53/6
fully [1]  22/21
function [1]  14/14
functions [1]  21/24
further [3]  39/6 54/5 63/5
future [1]  56/23

**G**

gave [2]  33/7 58/9
general [3]  12/12 18/8 53/18
genital [4]  22/7 22/7 22/7
genital-genital [1]  22/7
genitalia [1]  22/16
genitals [2]  22/10 22/11
get [15]  4/13 8/18 8/20 9/1 9/13 10/12
11/13 35/23 35/24 37/11 57/3 57/25
59/10 59/22 60/13
gets [2]  57/12 57/24
getting [1]  36/20
give [19]  8/22 12/12 12/15 12/22 16/2
18/4 28/8 29/4 29/7 29/8 31/12 35/23
41/19 41/23 45/21 51/20 53/17 58/22
62/14
given [8]  5/14 5/23 13/4 16/13 18/6 18/8
36/8 36/11
giving [1]  18/11
go [25]  7/5 7/17 8/9 8/11 8/16 8/16 8/25
9/14 10/16 11/3 12/2 19/16 21/3 28/15
35/2 35/8 35/16 36/2 43/2 54/1 54/8
54/19 56/17 56/18 61/14
go -- before [1]  11/3
God [1]  40/3
goes [1]  29/22
going [31]  5/1 5/10 7/5 7/8 10/24 11/22
18/10 19/2 20/5 20/17 21/3 31/12 32/8
34/24 35/4 35/19 35/19 40/22 40/23
41/19 45/21 45/22 45/25 50/23 51/15
51/20 54/8 55/3 56/16 58/22 62/14
gone [1]  35/4
good [8]  7/19 8/15 8/23 11/20 17/1
17/8 18/1 61/3 61/9
got [4]  45/14 45/23 52/12 52/15
government [43]  1/4 1/13 5/7 6/4 13/20
16/8 16/25 18/12 19/1 19/3 19/17 20/16
20/18 23/4 23/6 24/2 24/4 24/16 24/19
24/24 28/13 30/5 30/11 32/2 33/20 40/1
45/15 46/6 46/8 46/19 47/6 47/12 47/21
48/19 48/21 48/24 50/3 50/18 50/21
51/6 51/23 53/24 62/9
government's [6]  3/11 13/23 14/1 48/15
49/4 62/14
guess [6]  34/9 45/16 45/22 52/12 52/22
60/21
guide [1]  28/17
guidelines [2]  59/13 59/14
guilt [9]  13/11 13/17 13/25 14/2 16/4
16/8 25/4 47/25 48/16
guilty [48]  13/20 16/6 18/13 18/24 19/4
19/18 20/14 20/19 24/8 24/8 24/20
24/22 24/25 26/6 26/7 26/9 27/19 27/20

## G

guilty... [30] 28/14 28/24 28/24 30/3
30/3 30/8 30/14 33/18 38/13 42/19
42/22 43/14 43/16 43/19 44/1 44/4
44/10 44/14 44/16 44/19 44/22 44/25
45/4 45/6 46/4 48/1 48/4 48/5 48/6 57/1

## H

had [21]  6/25 7/1 9/5 16/17 17/10 19/10
19/24 20/23 23/4 23/7 23/10 25/20
25/22 32/14 32/16 32/18 34/9 37/4
39/23 55/7 58/13
hand [6]  42/13 42/14 55/24 56/7 56/9
56/10
hands [1]  56/8
hang [2]  34/23 55/2
happen [6]  35/1 35/12 35/15 49/19
49/20 58/7
happened [7]  6/3 12/19 31/19 35/10
37/5 52/9 58/3
happening [1]  55/4
happens [3]  35/7 49/17 58/8
hard [4]  53/21 54/3 60/21 61/13
harmless [1]  9/4
has [51]  4/17 5/16 5/19 13/15 13/20
16/8 18/1 18/13 19/1 19/3 19/17 20/11
20/16 20/18 21/20 24/24 28/13 28/20
29/15 29/20 29/22 30/1 30/6 30/11
30/15 30/25 33/19 35/10 36/21 37/21
38/11 39/18 39/19 39/20 42/10 48/24
48/25 49/5 49/12 50/3 50/7 50/17 50/18
51/8 55/22 56/2 57/2 57/14 58/3 59/12
have [90]
have -- or [1]  12/3
haven't [1]  32/16
having [2]  30/23 61/19
having -- and [1]  30/23
he [29]  7/25 10/23 11/5 11/7 11/8 11/9
25/24 35/23 38/15 38/21 39/2 40/12
40/14 40/21 40/22 41/2 41/3 42/14 46/5
52/6 52/10 52/11 52/11 52/12 52/15
52/17 52/17 52/22 53/23
he -- when [1]  52/10
he'll [1]  29/9
he's [8]  10/25 11/1 11/2 39/25 40/1 40/2
52/4 52/7
healthy [1]  35/18
hear [9]  11/8 11/9 33/10 33/12 39/12
40/23 51/18 51/19 58/25
heard [6]  17/9 17/18 25/7 27/13 47/20
51/18
hearing [6]  31/25 34/15 52/2 53/14 60/7
60/9
heavily [1]  59/23
heavy [1]  13/24
held [1]  22/3
help [3]  17/6 28/17 57/4
helpful [1]  14/16
helping [1]  8/11
here [16]  4/8 6/15 7/14 8/9 8/16 8/25
10/10 10/11 10/12 24/24 25/6 28/18
31/23 35/19 35/24 56/19
here's [6]  4/14 4/18 4/18 4/21 55/5 55/7
hesitate [1]  28/6
hesitation [1]  14/8
hide [1]  54/5
high [1]  21/23
him [15]  16/6 29/7 29/8 36/20 37/25
38/2 39/5 40/4 40/16 40/17 41/2 52/9
52/12 52/16 52/17
his [12]  10/22 13/13 38/17 38/20 38/24
39/24 40/5 40/7 40/8 40/11 40/13 52/23

his -- is [1]  38/20
history [1]  57/13
hit [1]  9/17
honest [2]  16/21 28/8
Honor [71]
Honor. [1]  52/19
Honor.  I [1]  52/19
HONORABLE [1]  1/10
Hope [1]  43/5
housekeeping [1]  53/18
how [14]  9/14 9/23 10/8 12/14 16/18
17/9 18/9 29/13 31/11 31/12 34/21 35/4
41/6 48/13
however [6]  14/19 16/10 18/2 25/12
47/23 48/17
HP [1]  50/22

## I

I -- do [1]  6/11
I'd [2]  8/22 11/2
I'll [10]  9/11 10/13 12/2 28/21 42/16
50/13 55/4 56/5 59/22 60/6
I'm [47]  5/10 6/9 6/13 6/16 6/16 6/17 7/5
11/8 11/22 18/10 18/10 19/2 20/5 20/17
21/3 30/21 31/10 34/1 35/19 36/20
38/10 39/24 41/19 43/3 45/10 45/11
45/13 45/21 45/22 45/25 50/23 51/15
51/20 52/20 53/1 54/8 56/11 56/11
56/12 56/16 58/22 58/23 58/25 59/1
60/10 61/13 62/14
I've [17]  4/21 5/14 5/15 5/22 5/23 18/8
32/3 36/8 36/10 36/22 37/4 48/12 53/8
53/11 56/21 58/11 58/13
idea [2]  61/3 61/9
identical [2]  51/13 51/14
if -- I'm [1]  53/1
image [13]  18/20 19/7 19/21 21/11
21/20 23/7 24/13 24/18 33/8 33/14
33/14 33/22 33/25
image -- that [1]  33/14
image -- they [1]  33/14
images [4]  24/15 24/19 61/12 61/13
immediately [2]  37/6 58/16
impact [1]  27/18
impartial [2]  14/4 28/4
important [5]  14/8 16/14 16/18 27/7
27/14
importantly [1]  53/25
impose [1]  59/24
imposed [1]  57/5
imposes [2]  17/16 56/22
impress [1]  16/21
in -- I'll [1]  55/4
inaccurate [1]  27/10
inappropriate [1]  22/20
include [1]  22/2
included [4]  33/3 34/2 45/15 46/15
includes [5]  21/18 21/25 23/23 31/4
46/7
including [12]  14/11 18/23 19/11 19/25
20/13 20/25 21/10 22/6 23/19 23/21
23/22 47/21
incomplete [1]  27/10
Indeed [1]  13/11
Index [1]  3/13
indicate [2]  43/13 45/12
indicated [3]  39/22 40/13 56/21
indicating [1]  15/25
indictment [46]  13/10 13/16 18/15 19/5
19/8 19/19 19/22 20/6 20/7 20/15 20/22
23/25 24/6 24/11 24/14 25/3 25/9 25/11
25/18 25/22 25/23 26/4 27/21 28/24
29/14 29/15 29/23 30/1 30/7 30/13

30/19 30/22 31/7 31/14 42/20 42/25
43/15 46/5 46/7 46/14 46/16 46/20 51/1
51/12 51/14 57/14
indictment -- on [1]  29/14
individually [1]  28/3
inference [1]  13/18
inferences [2]  14/17 15/13
influenced [1]  27/14
inform [1]  27/2
information [11]  3/10 26/14 26/20 27/8
27/16 57/3 57/8 57/12 59/8 59/11 59/12
informed [1]  11/5
Injustice [1]  43/7
innocence [1]  13/13
innocent [2]  13/12 13/18
inquiry [1]  27/22
instant [1]  26/18
instead [1]  61/25
instruct [3]  7/9 41/14 41/18
instructed [8]  5/17 5/21 5/24 15/2 24/7
24/16 48/12 49/17
instructed not [1]  5/24
instruction [8]  9/5 9/10 12/23 24/9 32/14
33/4 50/17 55/8
instructions [29]  6/1 7/16 7/18 8/23 10/2
10/7 11/22 12/4 12/12 12/13 15/4 15/9
18/9 18/11 27/4 31/10 31/11 31/12 36/7
36/10 41/19 41/24 45/21 45/25 48/8
48/11 48/15 50/11 58/9
intend [1]  41/8
intended [8]  47/1 47/8 47/14 49/7 50/5
50/9 50/25 51/10
intent [1]  25/21
intentionally [1]  23/3
intercourse [1]  22/6
interest [4]  16/23 49/23 49/24 56/18
interested [2]  36/18 58/5
internet [4]  26/17 26/17 26/18 27/9
interpretation [1]  14/20
interrupt [1]  40/7
interstate [7]  18/22 19/11 19/25 20/12
20/24 23/13 23/16
interview [2]  59/7 59/7
introduced [1]  60/20
investigate [1]  27/6
investigates [1]  57/12
investigation [1]  57/3
invite [1]  54/23
involved [1]  23/7
involves [1]  21/14
involving [1]  17/20
iPhone [1]  26/16
is [166]
is -- Ms. Tovar [1]  10/17
issue [4]  17/23 41/13 47/17 49/12
issues [1]  15/9
it [117]
it's [23]  5/22 6/15 8/4 8/6 9/4 29/18 31/5
31/6 31/22 34/18 34/19 39/5 43/4 52/21
53/3 54/13 55/2 55/6 56/12 56/22 57/17
57/25 61/23
it's -- the [1]  29/18
item [6]  19/7 19/21 20/21 20/23 21/2
21/2
items [1]  53/22
its [5]  23/21 34/17 50/18
itself [1]  29/19

## J

James [3]  37/20 38/11 40/5
January [1]  63/8
job [3]  16/7 16/14 17/8
jobs [1]  56/14

## J

JOHN [7] 1/10
Joseph [3] 37/20 38/11 40/5
judge [11] 1/10 4/6 10/11 11/18 12/14
18/3 39/16 40/16 48/13 55/19 56/22
judges [6] 12/7 12/7 12/18 16/12 28/12
28/12
judgments [1] 16/15
judicial [3] 27/13 27/18 63/6
JULY [5] 1/6 4/2 32/21 50/25 51/10
July 10 [2] 50/25 51/10
July 17 [1] 32/21
jurisdiction [1] 39/25
juror [7] 35/6 35/8 43/12 43/16 43/19
44/10 50/2
juror's [1] 27/3
jurors [12] 7/1 12/18 13/7 27/2 27/12
27/16 28/5 28/10 35/8 35/13 56/8 56/14
jury [84]
just [38] 6/14 7/7 7/8 7/13 8/4 8/21 9/5
9/8 9/17 9/20 10/1 10/25 11/5 17/13
31/24 33/8 34/9 35/2 39/24 41/8 42/1
46/14 50/12 52/5 52/18 52/25 52/1 53/2
53/3 53/17 53/17 54/22 56/5 56/15
60/17 61/15 61/17 62/6
just -- we [1] 34/9
just -- when [1] 9/20
JUSTICE [1] 1/14
justified [1] 15/14

## K

keep [9] 53/22 61/9 61/20 61/21 62/3
62/4 62/7 62/7 62/9
kept [1] 61/3
kind [1] 57/4
knew [3] 19/14 20/3 21/2
know [23] 6/11 6/11 10/22 31/11 34/21
34/22 35/2 36/15 36/15 37/5 38/20 52/5
52/19 52/19 52/24 54/15 56/15 56/17
57/9 58/5 58/15 61/15 62/6
knowing [2] 24/12 56/18
knowingly [8] 18/18 19/6 19/20 20/10
20/21 21/7 23/1 33/21
knowledge [8] 15/23 17/21 17/22 17/24
23/4 23/7 23/9 23/11
known [2] 27/16 30/24

## L

language [1] 5/23
laptop [16] 7/5 7/10 7/11 7/14 7/24 31/8
31/20 37/12 38/8 45/16 50/22 53/20
54/2 60/20 61/13 62/10
lascivious [3] 22/9 22/12 22/13
later [1] 49/25
Laughter [1] 43/24
law [20] 11/23 12/10 12/15 12/21 13/1
13/1 13/4 13/12 13/12 13/16 13/18
15/10 16/1 16/3 17/15 18/11 35/6 35/11
43/11 58/3
lawfully [1] 40/3
lawyer [1] 39/8
lawyers [3] 14/14 14/15 14/21
leads [1] 15/17
least [1] 39/8
leave [4] 35/20 36/1 36/5 52/11
leaving [2] 34/20 43/4
left [2] 33/1 60/2
legally [1] 15/5
lengthy [1] 11/25
less [3] 13/9 49/10 49/10
less -- a [1] 49/10
let [21] 7/16 10/13 10/16 19/16 23/15

25/6 25/15 31/23 33/6 34/20 35/2 35/20
36/14 37/5 38/20 40/6 46/14 52/24
54/15 58/15 62/11
let's [6] 10/7 11/1 11/3 11/7 43/2 61/7
liberty [4] 36/22 36/23 37/8 58/10
liberty -- and [1] 36/22
light [1] 15/14
like [6] 7/6 9/3 11/2 18/3 43/6 57/13
like there [1] 7/6
likely [1] 49/2
limited [5] 5/25 15/3 25/12 25/25 54/9
LinkedIn [1] 26/19
list [2] 19/2 22/24
listen [2] 12/2 12/4
lists [1] 50/8
little [3] 45/14 45/24 56/15
living [1] 40/3
logical [1] 21/24
long [5] 24/4 34/21 35/4 41/6 55/3
longer [1] 36/16
look [7] 4/14 7/6 9/14 31/18 32/20 54/18
61/19
looking [3] 6/16 6/17 35/18
looking -- that's [1] 6/16
looks [1] 8/15
lot [1] 56/23
lower [1] 49/9
lunch [1] 35/2
lunchtime [1] 35/1

## M

made [7] 4/25 5/4 5/14 13/7 14/14
21/11 38/18
magazine [1] 18/19
magnetic [1] 21/22
Mail [2] 2/7 63/19
mailed [3] 18/21 19/10 19/24
make [13] 6/24 8/21 15/15 17/11 27/22
30/24 37/22 38/21 39/2 41/12 51/21
51/23 53/15
makes [4] 16/1 18/18 20/10 61/15
making [4] 16/15 16/19 17/10 52/20
man [1] 40/2
map [1] 53/18
marshal [2] 52/12 52/12
masochistic [1] 22/9
material [14] 18/20 18/21 19/9 19/14
19/14 19/23 20/3 20/3 22/14 23/5 23/10
24/12 24/14 24/17
materials [2] 19/10 19/24
matter [9] 34/20 38/23 39/6 40/12 49/18
54/9 58/16 60/18 63/4
matters [2] 17/20 17/25
may [34] 5/13 7/4 7/10 8/3 12/24 13/18
15/7 15/10 15/16 16/2 17/24 18/4 22/15
25/8 25/12 25/18 26/1 26/6 26/15 27/5
27/15 38/7 41/25 47/17 49/13 49/14
49/16 49/22 49/24 51/24 55/9 57/21
60/17 60/22
maybe [1] 57/19
McBRYDE [1] 1/10
me [35] 6/12 7/16 8/11 10/13 10/16
10/23 11/8 19/16 23/15 25/6 25/15 27/3
29/2 31/6 31/23 32/21 33/1 33/6 38/12
38/20 39/20 40/6 40/11 41/23 43/3
43/22 46/14 52/10 54/22 57/4 57/6
57/12 57/14 59/4 62/11
me -- a [1] 31/6
mean [5] 9/3 11/11 16/10 18/2 45/20
means [22] 18/23 20/12 20/25 20/25
21/6 21/9 21/12 21/16 21/19 21/21
21/22 22/5 23/2 23/13 23/16 23/20
26/14 27/5 47/3 48/24 49/4

means -- by [1] 20/25
meant [7] 46/19
mechanical [2] 2/9 21/12
media [2] 26/15 27/9
members [5] 28/16 36/9 36/19 37/1
46/2
memory [2] 17/1 31/6
mention [1] 7/4
mentioned [1] 29/18
mere [1] 28/10
Merely [1] 18/1
message [5] 3/5 29/3 29/8 29/8 29/11
messaging [1] 26/18
met [1] 50/18
Microsoft [1] 9/3
midmorning [2] 34/17 34/18
might [10] 14/18 17/22 27/9 35/21 36/3
49/19 49/20 56/18 60/4 61/8
mind [8] 7/12 9/7 17/10 17/15 25/20
28/7 29/12 61/18
minds [2] 49/1 49/6
minor [10] 21/14 21/15 21/16 23/8 23/9
23/11 33/22 34/10 34/10 40/1
minute [3] 11/4 12/3 46/14
minutes [4] 10/24 10/24 42/1 45/23
mistake [2] 23/3 25/25
mitigation [1] 60/8
moment [6] 10/14 28/21 48/7 48/10
moments [1] 7/1
more [6] 6/2 17/12 17/14 35/6 45/23
45/24 48/25 49/2 49/5 51/17 51/18
53/18 53/24 56/16 57/8 57/18
morning [5] 4/11 11/20 11/21 38/11
38/19
most [4] 14/8 14/15 14/16 31/10
motive [1] 25/22
MR [7] 1/13 1/17 1/20 2/1 35/5 42/7
55/21
Mr. [9] 4/19 8/7 11/7 11/10 38/13 38/13
39/23 39/24 58/22
Mr. Curtis [2] 4/19 8/7
Mr. Smith [1] 38/13
Mr. Weast [6] 11/7 11/10 38/13 39/23
39/24 58/22
MS [5] 1/13 1/23 2/1 2/5 3/8
Ms. [7] 10/17 10/20 38/12 38/19 39/20
53/15 54/22
Ms. Saad [2] 39/20 54/22
Ms. Saleem [3] 38/12 38/19 53/15
Ms. Tovar [1] 10/20
much [5] 17/9 18/4 56/16
Multiple [1] 43/9
must [35] 12/10 12/24 13/21 14/10
14/23 15/5 16/9 16/10 18/2 18/25 20/16
21/15 23/4 23/6 23/10 24/8 24/22 25/10
26/13 27/20 27/20 28/3 33/9 33/19
33/19 46/5 46/5 47/6 47/12 47/23 47/24
48/19 49/22 50/1 50/2
my [10] 5/5 6/19 8/19 12/8 12/9 26/9
31/5 48/8 48/11 48/15
myself [1] 7/6
MySpace [1] 26/19

## N

name [3] 40/4 40/5 43/13
natural [1] 40/2
nature [2] 23/5 41/15
near [2] 5/11 24/6
necessary [3] 13/24 25/21 52/21
need [12] 4/12 10/1 23/8 29/2 29/6
39/10 51/19 54/17 55/6 59/24 62/14
62/16
need -- if [1] 29/6

## N

needed [1] 52/18
needs [1] 29/6
never [5] 17/15 27/24 29/12 37/4 58/13
new [4] 5/23 6/5 6/7 6/20
next [2] 12/15 38/8
no [25] 1/4 5/9 6/7 6/21 6/23 10/6 12/22
13/18 16/1 22/25 23/15 32/5 34/12
36/16 36/24 37/1 38/22 41/22 50/17
50/20 51/2 54/14 61/1 61/11 63/11
none [6] 5/7 5/9 16/17 32/7 36/25 58/11
nonsense [2] 40/8 40/11
NORTHERN [5] 1/2 1/14 1/21 2/2 63/12
not [95]
not -- is [1] 40/3
note [2] 23/25 39/10
nothing [2] 13/8 35/10
notice [4] 14/18 35/24 46/7 46/15
notion [1] 12/25
November [4] 56/21 59/2 59/3 59/3
November 14 [2] 56/21 59/3
November 14 -- I [1] 59/2
now [38] 5/14 8/6 14/22 18/8 18/10 20/6
20/14 21/3 21/3 21/9 21/16 22/5 23/13
23/25 27/19 28/15 29/12 29/17 30/18
30/23 31/3 32/22 35/5 36/7 36/19 37/10
38/15 38/15 38/18 44/9 46/1 46/3 48/24
54/10 56/24 57/1 59/1 60/12
nude [1] 22/21
number [8] 4/9 35/22 50/21 50/23 50/23
51/6 51/8 51/8
numbers [2] 35/22 36/6
numerically [1] 29/14

## O

oath [1] 13/7
object [2] 57/15 57/16
objection [8] 6/4 32/2 34/5 34/7 40/12
60/25 61/1 61/10
objections [10] 6/21 6/23 14/13 14/22
32/11 32/12 34/13 57/17 60/4 60/6
objects [1] 39/25
obligated [2] 36/16 40/7
obligation [2] 6/1 15/4
obtain [1] 59/8
obvious [2] 9/23 9/24
occasions [2] 25/9 25/19
occur [1] 37/5
off [2] 9/1 56/23
offense [13] 19/4 19/19 20/20 24/1 24/3
25/2 30/7 30/12 47/2 47/9 47/15 51/1
51/11
offenses [3] 48/1 49/8 57/8
offer [6] 3/5 37/23 38/1 38/3 38/18
39/23
offered [3] 41/9 47/18 47/21
office [1] 37/23
officer [20] 29/4 29/5 30/25 34/21 35/3
35/23 39/19 42/14 54/15 55/25 57/2
57/3 57/11 57/16 59/6 59/8 59/10 59/12
59/15 59/19
officer's [1] 59/17
official [2] 40/2 63/12
oh [2] 6/16 43/22
Okay [52] 4/8 4/23 5/10 6/24 6/25 8/6
8/8 11/1 11/13 18/8 20/5 32/8 32/20
34/7 34/13 34/16 36/1 36/4 37/10 37/18
38/6 38/16 38/20 39/4 39/12 39/18
40/17 40/22 41/4 42/2 42/13 42/15
43/10 44/10 45/9 45/10 53/10 53/13
53/15 54/8 54/19 55/1 55/21 55/24 56/1
56/14 58/18 60/15 61/2 61/22 62/3

## O (continued top of column 2)

62/13
Okay. [1] 39/24
Okay. Find [1] 38/24
old [3] 6/5 6/12 6/19
once [5] 30/15 36/21 54/12 59/11 60/22
one [39] 5/23 6/5 6/6 6/12 6/15 6/19
6/20 12/7 12/23 15/22 17/12 17/14
23/17 24/21 24/23 26/7 26/7 28/1 28/16
28/16 29/19 29/20 32/12 33/17 33/19
33/25 35/5 35/6 35/7 35/13 35/15 36/24
37/1 39/8 40/12 41/12 45/14 54/14
60/17
one-page [1] 29/19
ones [2] 24/23 37/16
only [14] 6/25 13/25 14/10 15/12 24/16
27/1 27/11 27/16 28/3 29/19 34/5 45/10
58/2 61/11
open [2] 7/21 8/1
operate [1] 31/11
operating [1] 22/1
opinion [7] 12/25 15/8 17/25 18/2 18/3
18/7 28/10
opinions [4] 17/19 28/7 59/17 59/19
opportunity [4] 17/3 25/23 51/20 57/15
opposed [3] 48/25 49/5 61/12
opposite [1] 22/2
optical [1] 21/23
oral [2] 22/7 22/7
oral-anal [1] 22/7
oral-genital [1] 22/7
order [5] 24/22 33/18 59/1 60/10 60/13
ordered [1] 5/16
ordering [1] 45/13
original [2] 59/22 60/23
other [54] 5/14 5/16 5/18 5/25 7/7 7/11
7/20 8/1 9/2 12/7 15/3 17/5 17/12 17/12
17/20 17/21 18/3 18/7 18/20 21/12
21/23 22/4 23/22 25/4 25/9 25/12 25/14
25/16 25/19 26/1 26/8 26/23 27/21
29/24 31/16 31/21 32/7 34/7 35/7 35/8
35/13 36/9 37/7 37/8 45/14 47/19 48/12
49/3 49/24 52/16 57/13 58/3 59/11 61/2
other -- than [1] 17/12
other -- that [1] 7/12
otherwise [4] 14/18 27/15 29/14 50/20
ought [5] 5/5 13/1 33/2 46/24 60/3
our [7] 4/17 8/12 27/13 38/25 40/23
57/18 62/15
out [29] 3/5 3/10 3/11 5/5 5/11 5/15 6/9
9/16 10/3 10/12 10/13 10/16 14/15
31/25 33/1 34/1 36/13 36/14 38/1 38/17
38/24 52/2 52/13 52/16 52/17 55/9
52/10 57/22 60/2
outcome [1] 16/23
outside [3] 27/15 29/5 39/9
over [6] 9/16 10/9 12/8 19/16 25/15
54/9
overall [1] 22/14
overruled [1] 34/13
own [5] 12/25 14/8 14/19 15/11 28/7
ownership [2] 21/8 47/4

## P

P.O [1] 1/18
page [12] 3/2 4/21 4/24 5/1 5/2 5/12
5/12 5/15 29/19 32/24 33/3 46/15
pages [2] 4/13 4/23
panel [1] 36/20
paragraph [4] 4/23 5/1 5/12
paragraphs [1] 5/11
Paralegal [1] 1/23
pardon [3] 6/22 40/20 43/22
parole [2] 57/20 57/22

## P (continued column 3)

part [8] 16/14 16/17 23/21 36/9 50/12
55/22 56/2 56/13
partial [2] 22/19
partially [1] 22/9
participate [3] 35/12 35/17 52/22
particular [5] 12/16 16/22 17/13 18/12
57/9
parties [3] 13/8 27/17 47/18
password [1] 8/12
Pat [1] 52/10
PATRICIA [1] 1/23
Pause [2] 40/18 41/5 55/17
payment [1] 38/14
penalty [1] 47/4
people [2] 58/11 58/12
per [1] 58/1
perceive [1] 17/1
performance [1] 38/14
performing [1] 21/24
perhaps [1] 40/25
period [2] 57/24 57/25
periodical [1] 18/19
permanent [1] 21/21
permission [1] 37/19
permitted [4] 14/25 15/13 27/11 60/8
person [11] 16/17 16/21 21/16 22/10
25/4 29/13 37/20 46/21 49/22 49/23
49/24
person -- the [1] 49/23
personal [3] 16/23 46/23 46/25
personal -- I [1] 46/23
persons [2] 22/8 25/4
pertaining [1] 26/5
PETER [1] 1/20
phone [2] 26/16 36/5
photograph [1] 21/10
photographs [3] 60/23 61/7 61/8
physical [1] 60/19
picture [2] 21/10 21/11
place [3] 22/18 38/8 50/18
plan [1] 35/4
play [7] 8/14 9/6 9/17 9/21 9/22 10/8
31/21
played [1] 31/9
playing [1] 7/8
plead [1] 38/13
Please [6] 4/7 11/19 39/17 42/6 55/16
55/20
point [10] 6/19 8/13 14/15 17/13 17/15
18/10 22/16 34/16 53/19 53/22
pornography [19] 18/20 19/7 19/15
19/21 20/4 20/11 20/22 20/23 21/2 21/9
24/13 24/15 24/18 24/20 46/11 46/13
54/6 54/7 61/24
portable [1] 22/3
portion [1] 48/18
pose [2] 22/18 22/19
position [1] 51/21
possess [1] 18/18
possessed [6] 19/6 19/13 19/20 20/2
24/17 33/21
possessing [1] 24/14
possession [9] 21/7 23/14 23/17 23/18
24/12 46/11 54/6 61/3 61/9
possibility [1] 27/22
possible [2] 13/25 59/25
potential [1] 8/7
power [1] 8/2
prejudice [1] 13/5
prepare [1] 59/15
prepared [2] 28/20 50/7
prepares [1] 57/14
preponderance [12] 47/7 47/13 48/19
48/23 49/3 49/8 49/13 50/3 50/19 50/22

**P**

preponderance... [2] 51/4 51/7
prescribed [1] 63/6
presence [1] 40/13
present [12] 4/3 4/4 10/19 11/15 11/17
 39/14 39/20 42/5 54/21 55/13 55/15
 58/21
presented [3] 14/11 15/22 27/8
presentence [1] 59/16
preside [1] 12/8
presumed [2] 13/12 13/17
pretty [4] 7/18 7/19 9/24 35/18
pretty -- the [1] 7/18
previous [8] 47/22 47/23 47/24 47/25
 48/3 48/8 48/11 48/15
previously [3] 32/7 32/10 39/23
prison [2] 57/22 58/1
probably [2] 57/18 61/3
probation [11] 57/2 57/3 57/11 57/16
 59/6 59/8 59/10 59/12 59/15 59/17
 59/18
problem [9] 5/8 7/19 8/4 8/7 10/5 35/19
 37/4 37/4 58/13
procedure [2] 45/23 53/19
procedures [1] 12/17
proceed [2] 40/22 40/24
proceeding [3] 3/2 41/16 52/22
proceedings [7] 2/9 40/8 40/18 41/5
 55/17 62/19 63/4
process [4] 27/18 57/17 58/23 59/9
processing [1] 21/23
produce [1] 13/13
produced [6] 2/10 18/21 19/9 19/23
 21/11 49/16
produces [2] 49/1 49/6
producing [1] 17/17
production [1] 21/13
proffer [3] 38/18 38/21 38/24
proffer -- this [1] 38/18
programs [4] 7/20 8/1 8/17 9/3
project [1] 45/14
promise [1] 13/6
promote [8] 47/1 47/9 47/15 49/7 50/5
 50/9 51/1 51/11
promptly [1] 58/17
proof [18] 3/5 12/14 13/23 14/1 14/5
 14/6 15/24 21/8 24/21 33/17 33/24
 37/23 38/1 38/3 39/23 49/9 49/10 50/19
proper [6] 12/9 40/4 42/15 43/11 45/11
 56/11
properly [2] 27/23 58/1
property [25] 46/6 46/7 46/23 46/25
 47/2 47/2 47/5 47/7 47/10 47/10 47/11
 47/13 47/16 47/16 48/20 48/22 49/6
 49/17 49/21 49/21 49/23 49/24 50/4
 50/8 50/16
proposed [1] 4/14
prosecutor [1] 38/13
prove [16] 13/13 18/13 19/3 19/17
 20/18 23/6 24/2 24/17 24/19 30/1 47/7
 47/13 48/19 48/21 50/21 51/6
proved [14] 13/25 16/8 19/1 20/16 21/5
 24/23 24/25 28/14 30/6 33/19 33/20
 49/2 49/13 50/3
proves [1] 24/4
provide [2] 26/14 38/14
provided [2] 28/23 50/18
provides [1] 46/20
proving [3] 13/20 48/16
pubic [3] 22/10 22/12 22/17
public [3] 1/20 2/2 58/7
pull [1] 9/16

punishment [2] 26/10 26/11
purpose [4] 7/23 28/10 31/20 59/7
purpose -- [1] 31/16
purpose. I [1] 31/16
purposes [5] 5/25 15/3 25/13 25/25
 60/22
put [5] 6/5 51/4 56/10 59/16 59/18
putting [2] 30/21 51/3
putting -- it [1] 51/3

**Q**

qualified [1] 17/23
question [11] 12/23 14/25 47/25 50/2
 50/21 51/6 56/2 56/3 56/3 56/4 56/7
questions [4] 14/23 14/24 16/20 17/3
 45/20 45/20 50/13 51/13 54/2 54/13
questions -- I [1] 45/20
questions -- the [1] 54/13
quit [1] 45/15
quite [1] 5/22

**R**

raise [1] 56/7
raised [2] 56/8 56/9
range [2] 57/5 57/10
ranges [1] 59/14
rather [2] 8/22 11/24
Re [1] 3/11
reach [6] 15/16 17/13 27/19 28/2 30/24
 50/1
reached [6] 29/15 30/15 30/25 39/19
 42/10 54/12
reaching [4] 5/19 12/19 17/10 59/19
read [10] 3/4 3/7 6/12 11/22 32/3 42/16
 45/25 50/13 51/15 57/20
ready [1] 11/12 36/20
real [3] 7/6 46/23 46/25
really [1] 46/17
reason [4] 8/23 14/3 15/16 16/22
reasonable [25] 13/21 14/1 14/3 14/5
 15/13 16/5 16/9 19/2 19/18 20/17 20/19
 24/5 24/21 24/25 25/14 25/16 28/14
 30/6 30/11 33/17 33/20 33/24 48/16
 48/21 49/10
reasonably [1] 24/6
reasons [1] 18/6
recall [1] 32/9
receipt [3] 47/7 46/12 54/7
receive [7] 20/10 21/6 59/20 59/21
 59/21 59/25 60/14
receive -- each [1] 59/20
received [6] 13/4 20/21 21/1 31/4 49/15
 53/4
recess [11] 11/14 34/19 34/20 34/22
 34/24 34/25 39/6 39/12 39/13 55/4
 55/12
recessed [1] 37/14
recitation [1] 59/18
recollection [1] 14/19
record [6] 5/17 31/25 39/3 49/15 52/2
 63/3
reduction [1] 58/2
reexamine [3] 28/7 47/23 47/24
refer [2] 32/24 40/4
referring [3] 32/21 37/21 37/21
regard [1] 7/5
regarding [4] 47/25 48/8 48/12 48/18
regardless [3] 13/2 49/14 49/16
reject [1] 18/4
rejected [1] 38/19
related [1] 12/1
relates [1] 31/6
relationship [1] 16/24

relevant [2] 46/17 59/8
relied [1] 59/19
rely [2] 14/7 59/23
remain [1] 61/15
remanded [1] 60/15
remember [4] 14/13 28/12 36/13 58/9
remembered [1] 44/9
remind [2] 16/7 30/20
reminded [2] 6/1 15/4
reminder [1] 30/22
removed [2] 5/16 5/19
render [1] 25/3
render -- return [1] 25/3
reoffer [3] 41/8 53/2 53/7
replaced [1] 5/23
replay [1] 9/15
reply [2] 29/10 38/11
report [5] 57/14 57/15 59/16 59/21
 59/25
reported [1] 2/9
REPORTER [2] 2/5 63/12
Reporter's [2] 3/12 63/1
reports [1] 59/23
request [3] 7/8 33/4 45/15
requested [6] 32/15 34/2 34/9 38/11
 38/12 46/18
require [2] 13/12 21/8
required [3] 14/1 24/17 48/21
requirement [1] 24/9
requires [3] 16/3 22/13 45/19
research [1] 26/21
residence [2] 50/24 51/9
resident [1] 39/25
respect [4] 29/7 41/15 48/11 60/19
respond [1] 29/9
responds [1] 57/16
response [2] 22/24 39/2
result [2] 47/5 47/11
resumption [1] 4/8
retain [1] 60/23
return [5] 24/20 24/22 25/3 33/18 34/23
returned [2] 36/21 55/22
returning [1] 28/11
returns [3] 36/15 39/11 40/15
retyped [1] 5/15
reveal [1] 29/12
reviewing [1] 4/11
right [10] 7/23 8/8 8/14 12/22 13/8
 38/14 38/15 38/17 39/9 53/12
rise [10] 4/5 10/15 11/16 37/13 39/15
 42/4 54/20 55/14 55/18 58/20
risk [1] 36/16
RMR [3] 2/5 63/2 63/11
road [1] 53/18
ROBERT [7] 1/6 1/17 4/10 29/21 29/25
 42/18 42/21
room [21] 1/21 2/3 2/5 11/6 12/1 12/4
 12/6 26/18 27/1 28/16 29/5 29/17 31/3
 31/8 34/20 36/9 37/11 52/4 52/7 58/24
 63/16
rule [3] 12/24 40/13 60/6
rules [3] 12/10 12/15 12/21
run [1] 10/13

**S**

SAAD [3] 2/1 39/20 54/22
sadistic [1] 22/9
SAENZ [4] 2/5 63/2 63/10 63/11
said [11] 6/20 14/25 15/7 15/10 17/7
 41/3 43/23 46/14 46/19 52/17 59/3
SALEEM [5] 1/13 3/8 38/12 38/19 53/15
same [7] 22/8 24/23 27/13 30/14 33/14
 33/19 33/22

**S**

sanitized [1] 38/7
satisfied [2] 45/10 56/12
satisfy [1] 39/4
savvy [1] 7/6
say [6] 14/21 16/17 17/10 29/23 53/3
 53/6
saying [1] 58/25
says [3] 5/24 11/12 51/15
schedule [1] 34/17
scientific [2] 17/20 17/21
screen [1] 9/21
seal [3] 61/21 62/4 62/7
seated [6] 4/7 11/19 39/17 42/6 55/16
 55/20
second [8] 10/13 19/2 19/9 19/23 20/23
 31/24 41/15 41/15
second -- the [1] 41/15
secret [1] 27/24
Section [7] 18/16 18/17 20/9 20/9 46/10
 46/12 46/20
sections [1] 29/20
security [10] 29/4 29/4 30/25 34/21 35/3
 35/23 39/19 42/14 54/15 55/25
see [11] 5/8 7/16 8/17 9/14 10/19 11/7
 30/20 33/6 58/8 60/13 61/7
seem [1] 16/25
seems [1] 35/18
seen [1] 27/12
seized [2] 50/23 51/9
select [2] 28/16 35/6
sense [2] 14/4 15/16
sentence [10] 5/15 25/15 29/24 56/22
 57/4 57/5 57/7 57/7 57/9 59/24
sentenced [2] 57/21 57/24
sentences [2] 29/20 29/20
sentencing [14] 3/10 56/15 56/20 57/18
 58/6 58/8 58/23 59/2 59/9 59/13 59/14
 60/7 60/9 60/12
separate [1] 26/3
separately [2] 18/14 26/5
serial [2] 50/23 51/8
serious [1] 58/16
serve [1] 57/24
serves [1] 31/6
service [3] 26/17 26/18 58/18
session [1] 7/3
set [1] 37/15
setting [1] 22/17
settle [1] 38/15
Settlement [2] 50/24 51/9
sex [1] 22/8
sexual [5] 22/6 22/18 22/22 22/23 22/24
sexually [6] 21/12 21/14 22/5 22/17
 23/5 23/11
shall [2] 46/22 46/24
she [6] 10/18 11/5 11/6 11/11 11/12
 33/11
She's [1] 11/11
shipped [5] 18/22 19/10 19/24 20/11
 20/24
short [2] 35/24 45/22
should [28] 8/14 9/22 9/24 12/17 15/10
 15/12 15/19 15/21 16/16 18/3 26/5
 26/10 26/11 28/25 29/3 37/2 37/2 37/5
 38/25 49/19 49/20 53/21 53/23 57/5
 57/7 57/7 58/7 58/14
shouldn't [1] 7/10
show [3] 7/21 8/1 23/4
shows [2] 8/17 9/21
sic [6] 12/6 18/17 18/18 46/10 46/20
 59/3

side [7] 14/16 17/12 17/14 39/8 55/5
 55/8 57/14
sign [3] 28/25 30/16 54/14
Signed [1] 63/8
significant [1] 14/16
signing [3] 45/12 59/1 60/10
similar [4] 22/4 25/8 25/19 26/1
simply [4] 17/11 29/7 30/21 53/18
since [3] 31/13 43/10 43/11
single [2] 22/25 24/18
sir [6] 4/20 35/25 35/25 36/12 43/18
 44/8
sit [3] 11/3 38/5 55/1
sitting [2] 36/8 38/17
situation [1] 10/22
six [1] 24/15
skill [1] 17/24
smartphone [1] 26/16
Smith [4] 37/20 38/11 38/13 40/5
snipping [1] 8/17
so [56] 4/25 5/5 5/11 5/13 5/22 8/20
 11/3 12/2 12/4 13/21 14/10 14/17 16/9
 18/8 24/4 28/2 30/20 32/17 33/11 34/19
 34/22 35/18 35/19 36/5 36/10 36/13
 36/15 37/6 37/25 38/15 38/24 40/10
 40/23 40/25 41/9 42/14 42/16 45/11
 45/23 48/14 51/15 51/17 52/18 53/3
 54/1 56/9 56/12 56/22 57/11 59/7 59/24
 61/6 61/14 61/18 61/19 62/16
social [1] 27/9
sole [2] 16/12 40/12
solely [4] 13/3 15/25 27/7 28/9
some [19] 5/21 7/20 8/17 11/23 12/12
 12/15 16/17 18/8 18/11 21/3 31/9 31/12
 31/16 36/24 45/21 56/17 58/22 61/2
 61/10
somebody [3] 5/6 57/20 57/23
somehow [1] 58/3
something [20] 4/18 7/4 9/15 15/25 21/6
 21/7 25/6 35/7 35/12 35/14 35/15 38/4
 38/25 39/20 40/6 43/6 47/4 54/18 60/2
 62/11
something -- means [1] 21/6
something -- they [1] 35/14
Sometimes [1] 56/14
soon [2] 7/2 27/3
sorry [1] 6/16
sort [2] 18/10 56/16
sought [3] 47/8 47/14 49/2
soundness [1] 18/6
sources [1] 59/11
space [3] 28/23 29/22 30/1
spaces [1] 30/2
speak [6] 28/18 33/11 33/16 54/23
 54/24 60/8
special [5] 8/23 12/22 54/11 55/5 56/1
specialized [2] 17/20 17/21
specific [6] 12/15 18/11 23/8 23/9 33/4
 33/15
specifically [2] 33/8 53/6
specified [1] 24/1
spectators [1] 43/9
speculate [1] 14/24
speed [1] 21/23
standard [2] 49/9 49/10
stands [1] 29/13
start [7] 8/16 9/16 25/15 35/14 35/20
 36/2 37/10
starting [1] 10/9
starts [1] 4/23
state [9] 12/24 17/25 23/14 23/17 23/18
 25/20 32/9 57/19 57/21

stated [3] 24/6 32/7 32/10
statement [5] 4/25 5/2 5/21 51/23
 53/16
statements [1] 14/13
states [22] 1/1 1/4 1/10 1/14 4/9 18/16
 18/17 20/8 20/9 23/15 23/18 23/19
 23/21 40/1 46/10 46/12 46/20 46/21
 46/22 46/25 50/8 63/7
statute [1] 57/6
statutory [2] 57/5 57/10
stenography [1] 2/9
step [3] 35/16 55/9 55/10
still [9] 6/9 10/21 34/17 35/1 36/7 36/9
 36/10 48/14 54/17
stop [1] 46/14
storage [2] 21/24 21/25
stored [2] 21/18 21/21
Street [5] 1/15 1/21 2/3 2/5 63/16
strict [2] 13/23 49/10
study [1] 60/1
subject [9] 31/14 36/7 36/10 45/22 46/8
 48/20 48/22 49/21 59/11
subjects [1] 59/17
submit [1] 53/22
substitute [2] 12/25 60/22
substituting [1] 6/5
such [15] 14/6 15/23 17/25 18/1 18/3
 21/13 21/15 22/2 22/22 22/15 26/16
 26/19 47/2 48/24 57/23
sued [1] 40/4
suggest [2] 16/19 40/6
suggestion [1] 52/20
suggestive [12] 22/18
suggests [1] 22/22
Suite [1] 1/15
superseding [5] 18/15 20/7 30/19 42/19
 42/24
support [1] 51/21
supposed [1] 8/5
sure [6] 8/21 11/8 31/10 36/5 53/2
 61/13
surrender [1] 53/23
sustained [1] 14/22
sworn [2] 12/20 14/11
sympathy [1] 13/6
system [5] 27/13 36/10 57/20 57/21
 58/24

**T**

take [14] 5/10 8/14 21/7 34/19 34/20
 34/24 34/24 37/6 38/2 38/7 41/7 45/23
 55/3 56/16
taken [2] 5/15 49/25
taking [1] 34/22
talk [3] 20/5 26/23 58/10
talking [4] 7/25 8/7 53/20 54/4
Taylor [2] 1/21 2/3
technical [2] 17/20 17/21
technically [1] 53/2
teleconference [1] 32/18
telephone [9] 1/16 1/22 2/4 2/6 26/16
 26/24 35/22 35/22 63/18
tell [11] 6/17 9/11 16/22 20/18 32/21
 33/1 36/17 36/20 38/2 60/3 60/5
telling [4] 7/12 9/7 21/4 35/3
tells [2] 52/10 57/6
term [7] 21/9 21/16 21/18 21/22 22/2
 22/5 23/1
terms [1] 21/4
territorial [2] 23/21 23/22
territory [3] 23/14 23/17 23/18
testified [2] 16/16 17/2
testify [2] 13/19 17/25

# T

testifying [1] 17/19
testimony [17] 5/16 5/18 14/11 15/6
15/13 15/22 16/14 16/15 16/18 17/4
17/5 17/8 17/18 18/3 18/4 47/21 49/14
TEXAS [15] 1/2 1/5 1/14 1/15 1/19 1/21
1/22 2/2 2/3 2/6 50/24 51/10 63/11
63/12 63/16
text [1] 26/17
texting [1] 11/11
texting -- I [1] 11/11
than [12] 7/7 7/11 17/12 27/21 31/21
32/7 37/7 37/8 45/23 49/2 49/10 57/19
Thank [11] 4/16 8/11 9/12 34/14 45/9
54/7 55/11 56/10 58/18 61/22 62/18
Thanks [2] 8/11 42/3
that [287]
that -- a [1] 9/15
that -- and [1] 49/9
That -- does [1] 60/24
that -- each [1] 57/14
that -- if [1] 36/14
that to [1] 7/13
that's [30] 5/2 6/16 7/5 8/19 30/21 31/14
32/9 33/7 34/2 38/4 38/22 40/5 40/11
41/2 41/11 44/7 46/19 50/11 50/15 51/2
52/23 54/1 54/15 54/25 55/4 56/11 58/2
58/10 61/17 62/16
the -- are [1] 36/16
the -- you [1] 49/20
their [5] 14/16 35/14 51/21 56/8 56/9
them [25] 6/2 6/13 7/9 7/12 8/22 9/7
9/10 9/11 10/12 12/21 15/5 17/4 32/4
32/9 35/15 37/1 37/3 49/15 49/16 53/9
53/11 54/18 60/5 61/21 62/4
then [23] 8/12 18/14 25/18 29/22 29/22
29/24 30/8 30/13 30/16 35/16 35/17
38/3 41/17 51/13 54/14 56/24 57/8
57/14 60/6 61/6 61/8 62/1 62/9
Theoretically [1] 35/14
there [41] 5/3 6/25 7/5 7/6 7/10 7/25 9/1
9/13 9/15 10/13 10/17 10/20 10/21
10/23 10/24 11/2 11/2 11/10 12/6 17/11
17/14 30/21 31/18 31/18 31/20 33/2
33/6 38/17 40/10 40/25 41/10 46/14
46/15 46/24 51/13 51/17 52/18 54/17
58/2 61/2 61/6
there's [11] 7/7 7/20 8/23 9/21 31/16
31/19 39/10 57/6 60/1 61/10 62/13
therefore [1] 14/6
these [11] 8/18 12/1 12/4 17/5 19/16
25/25 27/4 27/5 45/25 54/13 57/8
these -- it's [1] 54/13
they [51] 7/2 7/7 7/9 7/10 7/18 7/19 7/22
8/4 8/14 8/18 8/21 8/21 9/5 9/13 9/14
9/15 9/17 9/20 9/21 9/23 10/8 10/8 10/8
10/10 10/11 10/23 11/24 31/18 33/13
33/14 35/14 35/20 36/2 40/19 40/25
45/22 51/14 51/21 52/16 52/17 53/9
53/24 53/25 57/15 57/16 57/22 57/24
59/24 60/3 61/15 61/19
thing [6] 18/10 28/15 39/5 56/16 57/23
61/11
things [14] 5/21 8/18 12/3 14/15 17/1
19/3 19/17 20/18 29/17 46/18 53/23
56/23 57/13 60/11
think [36] 4/16 5/2 5/3 6/2 7/7 7/10 7/19
7/21 7/22 8/4 8/17 9/4 11/2 17/8 18/5
31/16 31/19 31/22 33/2 37/3 38/22
38/22 40/7 41/6 46/23 51/14 52/21
54/17 54/23 55/3 56/21 57/25 58/14
60/2 60/2 62/13

think -- no [1] 38/22
third [11] 18/16 18/21 18/23 20/2 20/7
21/7 30/19 42/19 42/24 52/4 52/7
this [58] 4/11 5/17 6/15 8/16 12/16 15/9
16/10 16/16 18/12 18/24 20/14 22/24
23/2 24/20 25/5 25/10 25/12 25/15
25/17 26/15 26/20 26/21 26/25 27/7
27/11 27/17 31/23 34/16 35/9 36/19
37/7 38/11 38/18 38/18 38/19 42/23
43/1 43/6 45/22 47/20 48/18 50/12
50/15 52/22 53/16 53/18 53/19 53/22
54/4 54/9 56/20 56/21 57/9 58/6 58/14
58/19 59/4 63/8
this -- let [1] 31/23
those [33] 5/10 6/1 6/25 14/15 14/23
15/4 19/16 24/19 25/8 30/2 30/22 34/13
36/5 36/7 36/10 46/18 51/16 53/22
53/23 57/16 58/11 58/12 59/14 59/17
59/19 59/23 60/6 61/6 61/9 61/12 61/13
62/3 63/6
though [3] 15/4 59/4 59/9
thought [3] 5/5 52/5 52/18
three [2] 19/16 19/17
through [9] 5/1 27/9 35/3 40/23 54/4
61/7 61/20 61/24 61/25
throughout [2] 29/5 39/9
time [15] 7/2 38/22 39/1 46/18 47/18
49/25 56/17 57/17 57/24 57/25 58/4
58/4 58/19 59/1 59/5
time-consuming [1] 57/17
times [1] 28/12
timetable [1] 60/10
Title [3] 18/17 20/8 20/9
to -- this [1] 38/11
to -- y'all [1] 54/8
today [1] 60/10
told [7] 9/10 10/23 14/9 53/8 53/11
58/11 58/23
too [3] 7/24 34/25 61/9
took [4] 13/7 52/12 52/16 52/17
tools [1] 53/25
tools. [1] 8/17
tools. I [1] 8/17
top [4] 5/1 5/1 5/12 57/7
touch [2] 35/24 43/3
touches [1] 5/21
TOVAR [3] 1/23 10/17 10/20
traceable [3] 47/2 47/10 47/16
trade [2] 23/23 53/25
training [1] 17/24
transcript [4] 1/9 2/9 63/3 63/5
transmitted [1] 21/20
transportation [1] 23/23
transported [5] 18/22 19/10 19/24 20/11
20/24
travel [4] 23/13 23/16 23/20 23/23
trial [19] 1/9 4/9 6/3 12/8 12/10 13/4
14/11 14/22 15/8 15/11 17/18 25/2 25/5
25/7 25/25 41/9 47/19 48/19 54/4
true [4] 16/11 49/2 49/2 63/3
trust [7] 7/22 9/9
trustee [1] 23/2
truth [1] 16/22
try [1] 31/15
trying [2] 6/9 34/1
turn [1] 37/24
turns [2] 36/13 36/14
Twitter [1] 11/11
two [14] 4/11 5/10 7/1 12/6 29/20 29/20
30/19 30/22 42/1 45/20 45/20 50/12
53/16 57/1
type [1] 53/18
typesetter [1] 22/3

typewriter [1] 22/3
typing [3] 11/1 11/40/19 49/35

# U

unanimity [4] 24/9 32/12 32/14 33/4
unanimous [12] 24/8 27/20 28/22 29/16
30/4 30/15 43/12 45/11 50/1 51/3 54/12
56/12
unanimously [2] 30/5 30/10
under [6] 21/16 40/13 59/14 61/21 62/4
62/7
understand [5] 8/21 17/3 42/7 42/10
55/21
understanding [3] 8/19 17/22 35/21
understood [2] 40/9 54/23
unfairly [1] 27/17
unfortunately [2] 35/9 35/11
Unfortunately -- and [1] 35/9
UNITED [21] 1/1 1/4 1/10 1/14 4/9
18/16 18/17 20/8 20/9 23/14 23/17
23/19 23/21 40/1 46/10 46/12 46/20
46/21 46/22 46/24 63/7
unless [5] 5/5 8/23 35/12 58/2 61/9
unnatural [1] 22/19
until [4] 11/1 26/21 29/15 39/12
up [11] 7/21 8/1 9/21 17/10 23/15 28/8
31/17 31/23 33/11 33/16 35/24
uploaded [1] 31/17
upon [7] 13/3 13/7 14/3 14/7 14/21
17/16 25/3
upper [1] 57/6
us [4] 8/14 11/5 35/2 58/15
use [14] 7/9 7/10 7/22 8/5 9/5 21/14
23/7 26/15 27/5 31/12 31/15 31/21 50/7
50/23
used [21] 21/4 23/1 46/25 47/1 47/8
47/8 47/14 47/14 49/6 49/7 50/4 50/5
50/8 50/9 50/25 50/25 51/10 51/10 54/4
54/5 54/5
using [4] 7/19 18/21 19/9 19/23

# V

various [1] 17/19
verdict [95]
verdict -- you [1] 47/24
versus [2] 1/5 4/10
very [7] 12/4 25/12 37/18 51/25 56/18
59/23 60/1
via [4] 1/17 4/3 11/15 55/13
video [11] 1/17 4/3 7/8 7/11 8/15 9/6
11/15 21/10 55/13 61/14 61/17
videotape [1] 18/19
view [1] 31/13
viewer [1] 22/24
viewing [1] 7/11
violated [2] 18/16 20/8
violation [4] 27/3 46/10 46/11 46/21
violations [1] 13/15
visual [10] 21/9 21/13 21/15 21/18
21/20 22/13 22/16 22/22 23/10 33/21
volume [2] 1/9 62/15
voluntarily [1] 23/2
voted [1] 56/10
voting [1] 30/20

# W

wait [2] 11/1 34/23
waiting [3] 10/19 38/10 39/7
walking [1] 11/6
want [26] 6/12 7/13 7/24 8/21 9/14 10/8
31/13 34/18 34/19 36/24 37/9 38/4 39/8
40/14 41/12 41/23 51/21 52/5 52/18
52/22 54/24 56/14 57/15 58/8 61/12

# W

want... [1] 61/15
wanted [4]  8/4 52/11 52/24 53/17
wants [3]  39/2 41/2 53/15
ward [1]  40/1
was [36]  5/3 6/5 6/12 6/13 7/8 10/23
13/6 15/21 16/18 18/21 19/9 19/23 21/2
21/4 23/2 24/1 24/3 32/12 32/13 38/18
38/19 39/2 41/9 46/15 46/16 47/8 47/14
49/6 50/4 50/8 50/25 51/10 54/2 60/19
60/20 60/21
wasn't [1]  46/17
waste [1]  38/25
waters [2]  23/22 23/22
way [1]  26/11
we [49]  6/21 6/23 8/9 10/3 10/3 10/4
10/22 11/12 29/21 29/25 32/14 32/16
32/18 33/4 34/9 34/9 34/22 34/22 34/23
35/21 36/2 37/6 37/17 38/2 38/4 38/25
38/25 39/12 40/16 41/8 41/22 42/12
42/18 42/21 45/14 50/14 51/24 53/7
53/16 53/22 56/18 57/11 57/19 57/23
58/16 60/22 62/6 62/14 62/16
we'll [23]  6/24 7/3 11/13 29/9 34/22
34/24 35/6 36/14 36/17 37/11 38/3 39/6
40/23 41/4 54/11 55/3 61/6 61/12 61/13
61/20 61/21 62/3 62/3
we'll -- and [1]  61/6
we're [14]  4/8 10/18 31/11 32/8 35/19
38/5 39/6 39/7 39/12 40/22 53/20 54/1
54/9 57/18
we've [4]  35/9 37/20 45/14 54/3
WEAST [17]  1/6 1/17 4/3 4/10 11/7
11/10 11/15 29/22 30/1 37/22 38/13
39/23 39/24 42/19 42/22 55/13 58/22
website [1]  26/19
weigh [1]  15/21
weighing [1]  16/3
weight [4]  16/1 16/13 18/5 28/9
welcome [1]  58/7
Well [12]  5/10 6/11 6/24 8/22 9/7 11/1
32/8 33/6 38/1 52/21 61/20 62/3
were [12]  6/25 17/11 17/14 25/9 27/23
28/8 31/4 31/18 46/17 53/25 58/15 62/1
Western [5]  51/7 53/21 54/3 60/21
62/10
what [71]
what's [3]  6/9 33/1 40/23
whatever [4]  13/18 31/17 31/17 60/4
when [26]  7/21 8/1 9/20 12/1 19/13 20/2
21/1 21/4 28/15 30/23 34/19 35/2 35/4
35/20 36/2 36/15 40/14 43/13 46/19
48/24 49/4 52/10 54/15 56/15 59/5
59/25
where [10]  7/14 8/14 18/10 21/13 32/19
35/8 35/15 35/23 56/18 58/25
Where's [1]  8/9
whether [34]  4/24 5/11 15/19 16/4 16/7
16/16 21/11 21/21 22/8 22/12 22/15
22/17 22/19 22/21 22/21 22/23 24/7
24/24 25/10 25/20 25/22 25/24 27/19
27/22 28/13 34/18 38/3 38/25 43/13
46/5 48/5 49/12 49/21 53/21
which [19]  5/19 5/24 8/15 12/13 15/16
15/17 17/2 21/19 25/8 25/9 25/24 26/1
31/9 38/12 38/18 48/23 58/3 60/20
60/21
while [8]  13/23 15/12 38/5 38/10 39/7
47/17 55/2 55/4
White [2]  50/24 51/9
who [12]  15/22 16/15 17/19 37/20 49/14
49/16 56/5 56/7 57/12 58/9 58/11 59/6
whole [1]  45/23
why [4]  6/17 10/12 61/2 62/5
will [63]  7/15 12/3 12/4 12/12 12/15
12/16 16/14 17/6 17/15 23/25 26/9 27/2
27/2 27/23 27/24 28/17 28/18 28/22
29/5 29/10 29/18 30/8 30/13 30/16
30/24 31/8 31/13 34/17 36/22 36/23
37/3 38/13 38/13 41/7 41/14 41/18
43/11 48/7 48/10 49/24 51/3 51/4 53/9
54/8 55/3 56/15 56/20 57/22 58/14 59/4
59/5 59/6 59/10 59/15 59/16 59/17
59/20 59/21 60/3 60/8 60/12 60/13 62/9
willing [2]  14/7 37/24
willingness [1]  22/22
wisdom [1]  12/23
wish [2]  40/10 51/23
wished [1]  38/21
wishes [1]  39/20
within [2]  57/4 57/10
without [4]  10/8 13/5 14/7 31/11
witness [14]  14/25 16/13 16/22 16/23
16/24 16/25 17/1 17/2 17/2 17/7 17/9
17/10 17/23 18/1
witness's [3]  16/14 17/4 18/5
witnesses [13]  12/15 14/12 16/15 17/5
17/12 17/14 17/17 17/19 18/9 36/25
48/9 48/14 49/14
won't [3]  41/10 45/23 51/17
wondered [1]  10/1
word [9]  3/13 9/3 21/6 23/1 30/3 30/8
33/23 34/3 46/23
wording [1]  30/19
words [7]  26/23 30/3 30/13 47/19 48/12
49/3 52/16
work [1]  45/24
working [3]  34/17 35/1 58/25
WORTH [10]  1/3 1/5 1/15 1/18 1/19
1/22 2/3 2/6 63/13 63/16
would [29]  4/13 4/19 9/5 9/9 14/7 14/25
26/10 27/17 29/8 31/10 33/4 33/13 34/9
35/16 36/1 42/13 43/13 52/5 53/22
54/13 54/19 55/24 57/4 57/9 58/5 58/6
58/16 58/17 61/3
write [5]  28/22 29/3 30/8 30/13 54/13
writing [1]  29/10
written [3]  29/7 29/8 59/5
wrong [3]  27/9 28/8 60/2

# Y

y'all [10]  32/21 34/23 34/24 37/10 38/5
41/19 54/8 54/19 55/1 56/25
yahoo.com [2]  2/7 63/19
Yeah [1]  55/10
year [1]  58/1
years [3]  21/17 57/21 57/22
yes [44]  4/20 7/15 32/23 32/25 34/4
34/6 35/25 35/25 36/12 38/9 39/22
41/21 42/9 43/18 43/21 44/2 44/6 44/8
44/12 44/15 44/18 44/21 44/24 45/2
45/5 45/8 45/18 50/17 50/20 51/2 51/24
52/1 54/2 54/14 55/23 56/2 56/3 56/3
56/4 56/6 59/3 61/5 62/1 62/5
you [273]
you -- let's [1]  11/7
you -- Mr [1]  35/5
you -- uploaded [1]  31/17
you'll [12]  29/17 31/1 31/3 31/20 34/18
34/22 35/4 36/15 37/8 47/20 57/20
59/21
you're [19]  8/7 30/20 32/21 34/17 34/21
35/4 35/5 36/7 36/8 36/9 36/10 36/14
36/18 40/7 42/7 56/17 58/10 58/18
58/24
you've [8]  25/7 34/2 41/24 45/23 47/19
51/18 54/12 56/11
your [174]
your -- one [1]  28/16
your -- that [1]  56/6
yourself [3]  16/20 39/4 58/1
yourselves [1]  28/3
YouTube [1]  26/19