Clerk of the Court,          No. 4:14-CR-00023-A

I need you to send me the total amount of the Bid Bond, Payment Bond, and Performance Bond which needs to be discharged in order to secure my release as a private person. Thank you for your help.



Regards,
Christopher Robert Weast
Private Person



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 FEB 17  PM 1:52

CLERK OF COURT

OKLAHOMA CITY OK 730

13 FEB 2015 PM 3 L

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236416S

Christopher Robert Weast - Unit O
47797177
Federal Corrections Institution
P.O. Box 1500
El Reno, Oklahoma [73036]

Legal Mail