Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

Document Prepared by - Return to:
Society of the Sojourner
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas [9999]

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
- 1 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Original

## Writ of Precipe

Precipe /présəpiy/. Another form of the name of the written instructions to the clerk of court; also spelled "præcipe" (q.v.). Black's Law Dictionary, Fifth Edition, pg 1060

Failure to Execute the Commands contained within this Order shall constitute a violation of 18 USC 1506

Whoever feloniously steals, takes away, alters, falsifies, or otherwise avoids any record, writ, process, or other proceeding, in any court of the United States, whereby any judgment is reversed, made void, or does not take effect; or

Whoever acknowledges, or procures to be acknowledged in any such court, any recognizance, bail, or judgment, in the name of any other person not privy or consenting to the same —

Shall be fined under this title or imprisoned not more than five years, or both.

## Order

The Clerk of Court is Commanded to admit as Evidence the Motion to Show Cause Re: Conspiracy Against Rights, Deprivation of Rights Under Color of Law and serve Authorized Copies to each of the Defendants. [Re: 4:14-Cr-00023-A]

The Clerk of Court is Commanded to send a file stamped copy inside both of the enclosed self addressed envelopes.

Failure to comply with and Execute the foregoing Order shall result in the Clerk of Court being Indicted.

/s/ Christopher B_____
Estate Dignitar____ ___er-



Original

In the United State Court

1 of 3

United States

v.

THE UNITED STATES OF AMERICA INCORPORATED
AISHA SALEEM (CORPORATION COUNSEL)
DANIEL PRESTON COLE (CORPORATION COUNSEL)
MEGAN J FAHEY (CORPORATION COUNSEL)
ALEX LEWIS (CORPORATION COUNSEL)
ANGELA R SAAD
CHRISTOPHER A CURTIS
PETER MICHAEL FLEURY
FEDERAL BUREAU OF PRISONS
MATT WOMBLE
JAMES WINES
RANDY WATKINS
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
ANA P WARREN
DEBBIE SAENZ

Motion to Show Cause Re: Conspiracy Against Rights, Deprivation of Rights Under Color of Law

Comes now, CHRISTOPHER ROBERT WEAST, upon Motion to Show Cause Re: Conspiracy Against Rights, Deprivation of Rights Under Color of Law whereby in the United States District Court, THE UNITED STATES OF AMERICA INCORPORATED, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, FEDERAL BUREAU OF PRISONS, AISHA SALEEM, DANIEL PRESTON COLE, MEGAN J FAHEY, ALEX LEWIS, ANGELA R SAAD, CHRISTOPHER A CURTIS, PETER MICHAEL FLEURY, MATT WOMBLE, JAMES WINES, RANDY WATKINS, ANA P WARREN, and DEBBIE SAENZ, non-Sovereign entities has injured the united states, and CHRISTOPHER ROBERT WEAST, a Citizen/Franchise therein through false language, and action, whereby there is made implication of Implied Color, as Corporations, and Foreign Nations to the united states, within Sham Legal/Simulating Legal Process.

As per the Commerce Clause of the United States Constitution, the Restrictive Principle of Sovereign Immunity, and the Foreign Sovereign Immunities Act, the Corporations known as, THE UNITED STATES OF AMERICA INCORPORATED, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, and FEDERAL BUREAU OF PRISONS, and the Persons known as, AISHA SALEEM, DANIEL PRESTON COLE, MEGAN J FAHEY, ALEX LEWIS, ANGELA R SAAD, CHRISTOPHER A CURTIS, PETER MICHAEL

3 of 3

FLEURY, MATT WOMBLE, JAMES WINES, RANDY WATKINS, ANA P WARREN, and DEBBIE SAENZ, are acting according to Private Acts and Acts of Commerce, and is without sovereignty, and immunity.

/s/ Christopher Rol---
Estate Dignitary



The Society of the Sojourner
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 9999

Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent

To Whom it May Concern:

The attached legislation is to be distributed to all known agents, affiliates, associations, cosigns, et. al.

The Ordinance of Estates is a Public Law designed to allow you the opportunity to rectify, resolve, and cure any mis takes your agency has been involved in under Corporate Policy and agenda.

As you know, human trafficking is unlawful, however, Corporate Policy has allowed you by Private Acts and Acts of Commerce to kidnap human beings and bring them before Courts maintained by Banks, under Color of Law. This action is known as Privateering.

This is the only notice you will receive. Notice to Agent is Notice to Principle, Notice to Principle is Notice to Agent, meaning if you are not with Authorization to Cure you are required by Law to Notify your Superiors, and if you are in a position of Authority, and one of your agents shall unlawfully Kidnap a human being, you shall also be held accountable.

Ignorance of the Law is No Excuse.

If your Corporation/Foreign State is operating under Private Act and Acts of Commerce, you are without Sovereignty and Immunity, as per 28 U.S.C. Chapter 97 (Foreign Sovereign Immunities Act).

Commercial Crimes, are defined under 27 C.F.R. 72.11.

Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.

DATED this 21 day of M

Executor

Christopher Brown

Estate Dignitary

hristopher
17797177]
ederal Correctional Institution
.O. Box 1500
 Reno, Oklahoma [73036]



⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 MAY 29 PM 12: 40
CLERK OF COURT

Per minas