CTJ

Original

In the united states court                    1 of 7

united states

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 1 2015

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

V.

UNITED STATES OF AMERICA
AISHA SALEEM (Corporation Counsel)
DANIEL PRESTON COLE (CORPORATION COUNSEL)
MEGAN J FAHEY (CORPORATION COUNSEL)
ANA P WARREN (CORPORATION REPORTER)
ANGEL R SAAD (CORPORATION COUNSEL)
CHRISTOPHER A CURTIS (CORPORATION COUNSEL)
PETER MICHAEL FLEURY (CORPORATION COUNSEL)
DEBBIE SAENZ (CORPORATION COUNSEL)
ALEX LEWIS (CORPORATION COUNSEL)
FEDERAL BUREAU OF PRISONS
MATT WOMBLE
JAMES WINES
RANDY WATKINS
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Motion to Show Cause Re: Treason

Comes now, CHRISTOPHER ROBERT WEAST, upon
Motion to Show Cause Re: Treason whereby in
the United States District Court, the United

therein through false language, and action, whereby there is made implication of Implied Color, as a Corporation, and Foreign Nation to the united states, within Sham Legal/Simulating Legal Process.

As per the Commerce Clause of the United States Constitution, the Restictive Principle of Sovereign Immunity, and the Foreign Sovereign Immunities Act, the Corporation known as, The United State of America, and Federal Bureau of Prisons along with AISHA SALEEM, Daniel Preston Cole, Megan J Fahey, Ana P Warren, Angela R Saad, Christopher A Curtis, Peter Michael Fleury, Debbie Saenz, Alex Lewis, Matt Womble, James Wines, Randy Watkins and the Corporation known as, U.S. Department of Health and Human Services, are acting according to Private Acts and Acts of Commerce, and is without sovereignty, and immunity.

28 USC § 1605 - General exceptions to the jurisdictional immunity of a foreign state

(a) A foreign state shall not be immune from the jurisdiction of courts of the United States or of the States in any case —

withdrawal of the waiver which the foreign state may purport to effect except in accordance with the terms of the waiver;

(2) in which the action is based upon a commercial activity carried on in the United States by the foreign state; or upon an act performed in the United States in connection with a commercial activity of the foreign state elsewhere; or upon an act outside the territory of the United States in connection with a commercial activity of the foreign state elsewhere and that act causes a direct effect in the United States;

(3) in which rights in property taken in violation of international law are in issue and that property or any property exchanged for such property is present in the United States in connection with a commercial activity carried on in the United States by the foreign state; or that property or any property exchanged for such property is owned or operated by an agency or instrumentality of the foreign state and that agency or instrumentality is engaged in a commercial activity in the United States;

(4) in which rights in property in the United States acquired by succession or gift or rights in immovable

state for personal injury or death, or damage to or loss of property, occurring in the United States and caused by the tortious act or omission of that foreign state or of any official or employee of that foreign state while acting within the scope of his office or employment; except this paragraph shall not apply to—

(A) any claim based upon the exercise or performance or the failure to exercise or perform a discretionary function regardless of whether the discretion be abused, or

(B) any claim arising out of malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract rights; or

(6) in which the action is brought, either to enforce an agreement made by the foreign state with or for the benefit of a private party to submit to arbitration all or any differences which have arisen or which may arise between the parties with respect to a defined legal relationship, whether contractual or not, concerning a subject matter capable of settlement by arbitration under the laws of the United States, or to confirm an award made pursuant to such an agreement to arbitrate, if

(B) the agreement or award is or may be governed by a treaty or other international agreement in force for the United States calling for the recognition and enforcement of arbitral awards,

(c) the underlying claim, save for the agreement to arbitrate, could have been brought in a United States court under this section or section 1607, or (d) paragraph (1) of this subsection is otherwise applicable.

(b) A foreign state shall not be immune from the jurisdiction of the courts of the United States in any case in which a suit in admiralty is brought to enforce a maritime lien against a vessel or cargo against which the maritime lien is asserted; and if the vessel or cargo is arrested pursuant to process obtained on behalf of the party bringing the suit, the services of process of arrest shall be deemed to constitute valid delivery of such notice, but the party bringing the suit shall be liable for any damages sustained by the foreign state as a result of the arrest if the party bringing the suit had actual or constructive knowledge that the vessel or cargo of a foreign state was involved; and

(2) notice to the foreign state of the commencement of

or, in the case of a party who was unaware that the vessel or cargo of a foreign state was involved, of the date such party determined the existence of the foreign state's interest.

(c) Whenever notice is delivered under subsection (b)(1), the suit to enforce a maritime lien shall thereafter proceed and shall be heard and determined according to the principles of law and rules of practice of suits in rem whenever it appears that, had the vessel been privately owned and possessed, a suit in rem might have been maintained. A decree against the foreign state may include costs of the suit and, if the decree is for a money judgement against the foreign state in an amount greater than the value of the vessel or cargo upon which the maritime lien arose. Such value shall be determined as of the time notice is served under subsection (b)(1). Decrees shall be subject to appeal and revision as provided in other cases of admiralty and maritime jurisdiction. Nothing shall preclude the plaintiff in any proper case from seeking relief in personam in the same action brought to enforce a maritime lien as provided in this section.

(d) A foreign state shall not be immune from the

7 of 7

Such action shall be brought, heard, and determined in accordance with the provisions of chapter 313 of title 46 and in accordance with the principles of law and rules of practice of suits in rem, whenever it appears that had the vessel been privately owned and possessed a suit in rem might have been maintained.

[(e), (f) Repealed. Pub. L. 110-181, div. A, title X, § 1083(b)(1)(B), Jan. 28, 2008, 122 Stat. 341.]



May 20, 2015

Original

Document prepared by – Return to:                          1-2
The Society of the Sojourner
C/o temporary post location
833 Hallvale Drive
Fort Worth, Texas [9999]

## Writ of Precipe

Precipe /présəpiy/. Another form of the name of the
written instructions to the clerk of court; also spelled "præcipe"
Black's Law Dictionary, Fifth Edition, pg. 1060

Præcipe /présəpiy/. Lat. In practice, an original writ drawn up
in the alternative and includes an order to the clerk of court.

The Clerk of Court is Commanded to admit the Revelation of
Arrival document as Evidence onto the record of the court. Re:
[4:14-Cr-00023-A]

The Clerk of Court is Commanded to admit the Notice of Absolute
Forgiveness and Discharge Forever of All Known and Unknown Estate
Debts, Duties, Claims, and Liabilities as Evidence onto the record of
the court. Re: [4:14-Cr-00023-A]

The Clerk of Court is Commanded to admit the Notice of Appointment to
the Office of Executor for the Estate Named or Known as CHRISTOPHER

2-2

Should the Clerk of Court decide to steal, take away, falsify, or avoid this writ, the Clerk of Court is hereby given actual notice of 18 USC 1506 which states:

"Whoever feloniously steals, takes away, alters, falsifies, or otherwise avoids any record, writ, process, or other proceeding, in any court of the United States, whereby any judgment is reversed, made void, or does not take effect; or

Whoever acknowledges, or procures to be acknowledged in any such court, any recognizance, bail, or judgment, in the name of any other person not privy or consenting to the same –

Shall be fined under this title or imprisoned not more than five years, or both.

The Clerk of Court shall be indicted upon violation and further agrees to pay Executor's Filing of Indictment Fee of $100,000.00 in gold or silver coin or property of equal value.

Christopher
House of Weaver
Estate Dignitary Member
Society of the God of Israel

(raised seal)

Document prepared by - Return to:

The Society of the Sojourner
℅ temporary post location
   833 Hallvale Drive
   Fort Worth, Texas [9999]

Original

## Revelation of Arrival

On this Eighteenth Day of May in the Year
Two-Thousand and Fifteen, let the Book of Life
herein reveal I AM - now for then - arrived whole
in breath, body, and soul - of the soil of God's
earth and be liveing Son of Man - to the Family
of Man:

Christopher Robert - arrived be liveing - January 31, 1974;
Talya Gayle - arrived be liveing - November 14, 1994;
Destiny Renee - arrived be liveing - August 21, 1996;



Christopher Robert
House of Heas
Estate Dignit      ember -

State of Being
House of Weast

Raised Seal

*Original*

Document prepared by - Return to:
The Society of the Sojourner
C/o temporary post location
833 Hallvale Drive
Fort Worth, Texas [9999]


Notice of Absolute Forgiveness and Discharge Forever of All Known and Unknown Estate Debts, Duties, Claims, and Liabilities


Let it now be known and evident to all concerned persons or men worldwide through the announcement and notice of this perfect free will writing sealed by my own hand - in an offer to bring peace, harmony, and wholeness to all of the world - that I, the living soul manifest, known as Man, Estate Hæres, and Dignitary, who acknowledges all that is the complete Will and Testament of the Estate named, or known as, CHRISTOPHER ROBERT WEAST - created, birthed, or delivered on January 31, 1974, through the hand or water of my natural born mother or her person - NOW AND FOREVER ABSOLUTELY FORGIVE AND DISCHARGE ALL KNOWN AND UNKNOWN ESTATE DEBTS, DUTIES, CLAIMS, AND LIABILITIES.


This Absolute Forgiveness and Discharge includes, but is

legacy, judgment, order, warranty, attachment, hold, copy, custody, consideration, information, reservation, privilege, immunity, suit, prescription, responsibility, administration, management, term, or condition — thus freeing, liberating, and emancipating forever all persons, property, and sureties from any Estate related performance or burden for... I AM.

Additionally, through this Absolute Forgiveness and Discharge, all Estate res, remainder, or reversion, including, but not limited to, any subject, matter, issue, person, character, instrument, deed, will, title, certificate, benefit, insurance, policy, account, security, deposit, pension, fund, or retirement plan — be it dispositive, appointive, nominative, or other, is hereby consolidated, merged, and extinguished — ultimately returning said Estate to its complete original natural whole state of dignity and demesne for... I AM.

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand, this notice and free will writing by Christopher Robert on this Twenty-Fifth Day of May in the Year Two Thousand Fifteen.

Christopher

Estate Dignitary Member —
House of

Original

Office of Executor - Return to:
The Society of the Sojourner
C/o temporary post location
833 Hallvale Drive
Fort Worth, Texas [9999]


Notice of Appointment to the Office of Executor for the Estate Named or Known as CHRISTOPHER ROBERT WEAST


Let it now be known and evident to all concerned persons or men worldwide through the Evidence and notice of this perfect free will writing sealed by my own hand - in an offer to bring peace, harmony, and wholeness to all of the world - that I, the living soul manifest, known as Man, Estate Hæres, and Dignitary, who acknowledges all that is the complete Will and Testament of the Estate named, or known as, CHRISTOPHER ROBERT WEAST - created, birthed, or delivered on January 31, 1974, through the hand or water of my natural born mother or her person.
-

now appoint Christopher Robert to the Office of Executor, to act, should the need ever arise, within the commercial realm, for all intents and purposes, and with full and complete authority, regarding the Estate named, or known as, CHRISTOPHER ROBERT WEAST. Let it also be known to all concerned persons worldwide, through this EVIDENCE

emanating from the Office of Executor – will be considered
as the ONLY valid authorization for any and all
commercial or legal action(s) regarding said Estate.
CHRISTOPHER ROBERT WEAST

Christopher Robert – – – – –
House of Weast
Estate Digital        mber
Society of the Sojourner

⌡(raised seal)

I, a living soul Manifest, now bear witness with my
own eyes and attest through my own hand, this notice
and free will writing by Christopher Robert on this
Twenty-Fifth Day of May in the Year Two Thousand
Fifteen.



Christopher robert _____   147 14 11 1 1 1
Federal Correcti
P.O. Box 1506
El Reno, Oklahoma [73036]

[Legal Mail]

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 MAY 29

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

invitus

CLERK OF COURT

per minas