Original *Original of* Authorized Copy

Document Prepared by - Return to:
christopher robert - private citizen
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas state

6/22/2015

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 29 2015
CLERK, U.S. DISTRICT COURT
By ___TS___
Deputy

To: John McBryde          re: [4:14-CR-00023-A]

## Notice

I, Christopher Robert, AM the cestui que and I AM not waiving my cestui que rights, but let's start with creditor rights, and then we'll tack on cestui que rights, and I AM not waiving my cestui que rights, I AM just telling you I AM going to hold my rights.

Exclude the Public and Press

*Christopher R_____*
Private citizen

(raised seal)

*Monica Edward*
*Brandon Eugene*
*Bradley Paul*
*Steve Cuellar*

Christopher [illegible]
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

OKLAHOMA CITY OK 730
25 JUN 2015 PM 4 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 JUN 29  AM 11:29

CLERK OF COURT

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236485

Special And Private