ORIGINAL



United States District Court
Northern District of Texas
Fort Worth Division

UNITED STATES OF AMERICA

v.       File No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST

## Notice

I have a conflict with the rules of law. Whenever there is a conflict with the rules of law and the rules of equity over the same matter, the rules of equity will prevail.

Yes, my computer had child pornography on it, yes Randy Watkins downloaded it from my computer, you are right. I broke the letter of the law, but I did not break the substance of the law. I have a conflict with the letter of the law because the substance of the law was not broken. The laws are put into place, where the substance of the law,

the spirit of the law, is that I didn't hurt anybody, and I didn't damage any property. Lastly, there has to be a real party of interest, and there has to be a damaged party.

By: *Christopher Roberts* ___

Case 4:14-cr-00023-A   Document 326   Filed 06/29/15   Page 3 of 3   PageID 3040

Christopher robert west
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

⇔47797-177⇔
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
26 JUN 2015 PM 3 L



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2015 JUN 29 AM 11: 2
CLERK OF COURT