ORIGINAL

United States District Court
Northern District of Texas
Fort Worth Division

U.S. DISTRICT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 9 2015

CLERK, U.S. DISTRICT COURT
By _____TS_____
        Deputy

UNITED STATES OF AMERICA

v.                                    File No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST

## Admissions Statement

Comes now Christopher Robert Weast to Admit onto Evidence, as per Rules of Evidence, the Judicature Act 1873, whereby it states:

The Judicature Acts are a series of Acts of Parliament, beginning in the 1870s, which aimed to fuse the hitherto split system of courts in England and Wales. The first two Acts were the Supreme Court of Judicature Act 1873 (38 & 39 Vict c. 77), with a further series of amending acts (12 in all by 1899).

By the Act of 1873 (ss. 3,4) the Court of Chancery,

the Court of Queen's Bench (known as the King's Bench when there is a male Sovereign), the Court of Common Pleas, the Court of Exchequer, the High Court of Admiralty, the Court of Probate, and the Court of Divorce and Matrimonial Causes were consolidated into the Supreme Court of Judicature, subdivided into two courts: the "High Court of Justice" ("High Court"), with (broadly speaking) original jurisdiction, and the "Court of Appeal". Besides this restructuring, the objects of the Act were threefold:

to combine the historically seperate courts of common law and equity;
to establish for all divisions of the new Supreme Court a uniform system of pleading and procedure; and to provide for the enforcement of the same rule of law in those cases where equity and common law recognised different rules.

The enactment was bold and revolutionary. By one section the Queen's Bench, the Common Pleas (in which only serjeants formerly had the right of audience), and the Exchequer, and all their jurisdiction, whether criminal, legal, or equitable, were vested in the new court. The fusion of the systems of law and equity was not complete, however, as the Chancery (equity) division retained

a distinct existence within the new court from the *Queen's Bench* (common law) division, having a certain range of legal questions under its exclusive control, and possessing to a certain extent a peculiar machinery of its own for carrying its decrees into execution. Nevertheless, all actions could now for the first time be initiated in a single High Court, and (subject to such special assignments of business as mentioned) could be tried in any of its divisions.

By: Christopher Roberts
    Private Citizen

Christopher robert. weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal
Mail



⟷47797-177⟷
Eldon B Mahon
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
25 JUN 2015 PM 4 1

7610236418S

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 JUN 29  AM II: 29
CLERK OF COURT.