Original

United States Court of Appeals
For the Fifth Circuit

UNITED STATES OF AMERICA

v.

Appeal No. 14-11253
Case No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST

## Notice and Admissions

Comes now, Christopher Robert Weast to Admit onto Evidence, as per the Rules of Evidence, Notice of an interest in the private.

I, Christopher Robert Weast, hereby declare under the penalty of perjury that an interest in the private owns this entire case, and has extinguished the debts of the defendant in this matter, and the only way that can't happen is if another person, man or woman, has a superior prior or equal right to this case, and they must, in the next 40 days, state so on the face of the record, under penalty of perjury, otherwise the interest in the private holds unfettered, perfected title of the case, and per this notice, you are now trespassing on the trust res which is private property.

By Christopher

By Christopher robert: weast
47741177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

Legal Mail

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 JUL 16   AM 10:41

CLERK OF COURT

Clerk Of The Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
14 JUL 2015 PM 4 L

July 13, 2015