Original

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

JUL 2 3 2015

CLERK, U.S. DISTRICT COURT
By _____ TS _____
                Deputy

Authorized
Copy

Document Prepared by: Return to:
christopher robert - private Citizen
C/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

Addressed to: John McBryde, Clerk of Court

<u>Notice</u>        Exclude the Public and the Press

Re: Deed 4:14-CR-00023-A

I am returning this perfected deed which I have now
signed as grantee, thereby making the enclosed deed
number 4:14-CR-00023-A my private property along with
any property associated with said deed number. I am
demanding an extinguishment and full accounting, unless
you can show that someone has a superior claim to mine.
If you fail to respond to this notice then you accept.

Christopher Robert
Private Citizen

Brandon Eugene
Maurice Edward
Jeremy Seran
Bradley Paul

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2014 JUN 11   PM 4: 22

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER ROBERT WEAST (01)

No. 4:14-CR-023-A
(Supersedes Indictment returned
on May 14, 2014)

### SECOND SUPERSEDING INDICTMENT

The Grand Jury Charges:

#### Count One
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that has been shipped and transported using any means and facility of interstate and foreign commerce, and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

*Exclude the Public and the Press*

Second Superseding Indictment – Page 1

| File path | Description of the image |
|---|---|
| C\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy -Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252(b)(2).

Exclude the public and the Press

Second Superseding Indictment – Page 2

Count Two
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female wearing a hood performing sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

Exclude the Public and the Press

Second Superseding Indictment – Page 3

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

Exclude the Public and the Press

**Second Superseding Indictment – Page 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

Receipt of Child Pornography

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

FORT WORTH                                              FOREPERSON

Filed in open court this 11th day of June, A.D. 2014.

~~Defendant in Custody~~ *Grantee:*                    *Christopher Robert*

                         UNITED STATES MAGISTRATE JUDGE

                         *Exclude the Public
                         and the Press*

The above-referenced property subject to forfeiture from the defendant includes, but is not limited to, any interest of the defendant in the following:

1.   One HP laptop computer, serial number CNF8234HX7; and
2.   One Western Digital external drive, serial number WCAV5C309672

seized from **Weast's** residence in White Settlement, Texas, on July 10, 2012.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Aisha.Saleem@usdoj.gov

Second Superseding Indictment – Page 5



CERTIFIED MAIL

7013 0600 0000 0830 4602

◇47797-177◇
John Mcbryde
501 W 10TH ST
Suite 401
FORT Worth, TX 76102
United States

July 7, 2015

Legal Mail

Christopher robert: weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

CLERK OF COURT

Private

2015 JUL 23 PM 1:19

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION

Special
and
Private

7/20/15

Legal Mail
July 7, 2015