Original

# ORIGINAL

Document Prepared by - Return to:
christopher robert - private Citizen
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas state 76108

July 7, 2015

Authorized Copy

Addressed to: President Barack Obama, Attorney General, Jacob Lew, John McBryde, Aisha Saleem, Clerk of Court

## Notice of Status

Exclude the Public and the Press

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 24 2015
CLERK, U.S. DISTRICT COURT
By ___TS___
         Deputy
```

I, christopher robert, am a private Citizen as defined in the original document titled The Constitution for the united States of America which was a Citizen of the United States, and was subordinate only to one's state citizenship. As a Private Citizen, I AM a non-statutory, non-commercial, non-UCC, private Citizen.

Christopher

(raised seal)
The Great Seal
The House of Interest

Marino Edward
Brandon Eugene
Bradley Paul
Saul Jr.

by Christopher robert weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

⇔47797-177⇔
Clerk Of The Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Legal Mail

OKLAHOMA CITY OK 730
21 JUL 2015 PM 3 L

2015 JUL 24  AM 11:03
CLERK OF COURT
NORTHERN DIST OF TX



7/20/15

Special and Private

July 7, 2015

Legal Mail