Original

# ORIGINAL

Tracking # ~~586~~ USPS
7013 0600 0000 0830 4596

Document Prepared by - Return to:
christopher robert - Private Citizen
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas state

Authorized
Copy

Address to: Jacob Lew, Secretary of the Treasury

Private Order

I, christopher robert as private Citizen and the Grantor, hereby grant, convey, assign, discharge, settle, extinguish, pay such issues required to settle all liability of the defendant, CHRISTOPHER ROBERT WEAST in case number 4:14-CR-00023-A located at the United States District Court, Northern District of Texas, Fort Worth Division.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 4 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Christopher R. [SEAL]
Private Citizen
The Great Seal
The House of Weast

By Christopher Robert; Weast
47191177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special
and
Private

Legal
Mail

⇔47797-177⇔
Clerk Of The Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730

21 JUL 2015 PM 3 L

2015 JUL 24 AM 11:03
CLERK OF COURT
U.S. DISTRICT COURT

Legal
Mail

July 7, 2015

7/20/15

Special
and
Private