Original

ORIGINAL   Authorized Copy

7/15/15

United States District Court

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 24 2015
CLERK, U.S. DISTRICT COURT
By _____TS_____
        Deputy
```

UNITED STATES OF AMERICA

V.

Case no. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST

Motion to Show Cause Re: Order

Comes now, Christopher Robert Weast upon Motion to Show Cause: Re: Order whereas the Presenter, Aisha Saleem, on behalf of United States of America, presented this Claim and has failed to produce the Order that was issued for this charge against my account.

The Presenter's failure to produce said Order is Aisha Saleem's tacit acceptance that she did not have an Order for said charges to my account.

Relief Required Under Reserve:

1. I demand the bonds be extinguished completely; and/or

2. I demand a full accounting and extinguishment of said bonds and/or these charges; and

3. I demand that the bonds be released to the owner and interest in the private.

By: *Christopher* [thumbprint seal: "The Great Seal — House of ____"]

*Brandon Eugene*
*Donald Joseph*

*Maurice Edward*
*Steven Cuellar*

Certificate of Service

I Christopher Robert Weast declare under penalty of perjury of the laws of the United States that I sent a copy of defendant's Motion to Show Cause Re: Order to Aisha Saleem representative of United States of America, Inc. via the USPS postal mail via first class mail, on 7/20/2015.

Executed On July 15, 2015        By Christopher Robert

By: Christopher robert: weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

47797-177
Clerk Of The Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
21 JUL 2015 PM 3 L

2015 JUL 24 AM 11:03
CLERK OF COURT
NORTHERN DIST OF

