Original

Document Prepared by - Return to:
christopher robert weast - Private Citizen
℅ temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108



RECEIVED
AUG 10 2015
11:08 am
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Authorized Copy

To: Julie Harwell, John McBryde

Special and Private, Exclude the Public and the Press

in re: 4:14-CR-00023-A

## Notice

He who seeks equity must do, or offer to do, equity.

Equity delighteth in equality.

Equity aids the vigilant.

Equity is equality.

I, christopher robert weast, am the cestui que and I am not waiving my cestui que rights, but let's start with creditor rights, and then we'll

B1