Tracking #: 7013 0600 0000 0830 1473

Original

Document Prepared by - Return to:
christopher robert weast - Private Citizen
C/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

RECEIVED
AUG 10 2015
11:08am
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Authorized
Copy

To: John McBryde; Julie Harwell

in re: 4:14-CR-00023-A

Special and Private - Exclude the Public and Press

Equity aids the vigilant.

<u>Notice of Revelation of Arrival</u>

On this Second Day of August in the Year Two-
Thousand and Fifteen, let the Book of Life herein
reveal I AM - now for then - arrived whole in
breath, body, and soul - of the soil of God's
earth and be liveing Son of Man:

B1

christopher robert weast - arrived be liveing - January 31, 1974;
talya gayle miller - arrived be liveing - November 14, 1994;
destiny renee weast - arrived be liveing - August 21, 1996;



Christopher Bo........

Brandon Eugene

Bradley Paul

Maurice Edward