ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 17 2015
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA
        PLAINTIFF,

V.                                           File No. 4:14-CR-00023-A

CHRISTOPHER ROBERT WEAST
        DEFENDANT

_____/

## MOTION TO DISMISS
## MANDATORY JUDICIAL NOTICE

Comes now, Christopher Robert Weast upon Motion to Dismiss the Indictment, Mandatory Judicial Notice upon failure of Aisha Saleem, UNITED STATES, and/or UNITED STATES OF AMERICA to Show Cause why the Rules of Equity should not prevail in this case as follows:

### FACTS

1. The Judicature Act 1873 says: "When there is a conflict between the Rules of Law and the Rules of Equity, the Rules of Equity shall prevail.

2. In this case, there is a conflict with the Rules of Law and the Rules of Equity because the substance of the Law was not broken.

3. The letter of the law may have been broken but the substance of the law was not broken.

4. The substance of the Law which is the Spirit of the Law is that there was noone damaged nor hurt in this case; and

5. I did not damage any property in this case; and

6. There has to be a Real Party of Interest; and

7. There has been no substantive evidence produced of a damaged party in this case; and

8. The Judicature Acts are a series of Acts of Parliament, beginning in the 1870s, which aimed to fuse the hitherto split system of courts in England and Wales. The first two Acts were the Supreme Court of Judicature Act 1873 (36 & 37 Vict c. 66) and the Supreme Court of Judicature Act 1875 (38 & 39 Vict c. 77), with a further series of amending acts (12 in all by 1899).

By the Act of 1873 (ss. 3,4) the Court of Chancery, the Court of Queen's Bench (known as the King's Bench when there is a male Sovereign), the Court of Common Pleas, the Court of Exchequer, the High Court of Admiralty, the Court of Probate, and the Court of Divorce and Matrimonial Causes were consolidated into the Supreme Court of Judicature, subdivided into two courts: the "High Court of Justice" ("High Court"), with (broadly speaking) original jurisdiction, and the "Court of Appeal". Besides this restructuring, the objects of the Act were threefold:

> to combine the historically separate courts of common law and equity;
> to establish for all divisions of the new Supreme Court a uniform system of pleading and procedure; and
> to provide for the enforcement of the same rule of law in those cases where equity and common law recognised different rules.

The enactment was bold and revolutionary. By one section the Queen's Bench, the Common Pleas (in which only serjeants formerly had the right of audience), and the Exchequer, and all their jurisdiction, whether criminal, legal, or equitable, were vested in the new court. The fusion of the systems of law and equity was not complete, however, as the Chancery (equity) division retained a distinct existence within the new court from the Queen's Bench (common law) division, having a certain range of legal questions under its exclusive control, and possessing to a certain extent a peculiar machinery of its own for carrying its decrees into execution. nevertheless, all actions could now for the first time be initiated in a single High Court, and (subject to such special assignments of business as mentioned) could be tried in any of its divisions.

Unless Aisha Saleem, UNITED STATES, and/or UNITED STATES OF AMERICA respond with supported evidence to the contrary, the above facts stand as Agreement of the Parties and should become the Order of this Court to Dismiss the Indictment based on the fact that the parties are in agreement that there is a conflict with the Rules of Law and the Rules of Equity in this case and the Rules of Equity should prevail. Failure to respond to this Motion to Dismiss should act as equitable estoppel against Aisha Saleem, UNITED STATES, and UNITED STATES OF AMERICA since there is an obvious duty to speak in this matter in order to rebut the above facts.

Executed on: 8/12/2015

By: *Christopher Robert Weast* (signature)
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

*David D. Barr* (signature) cc/c
08/12/2015

DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016

## Certificate of Service

The undersigned certifies that he served the attached Motion to Dismiss Mandatory Judicial Notice upon the following:

Aisha Saleem
801 Cherry Street
Suite 4
Fort Worth, Texas 76102


Executed on: 8/12/2015   By: Christopher Robert Weast
%  temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108



RECEIVED
DISTRICT COURT
THERN DIST. OF TX.
WORTH DIVISION

2015 AUG 17 AM 10:54

CLERK OF COURT

OKLAHOMA CITY OK 730

14 AUG 2015 PM 4 L

By Christopher robert weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

◇47797-177◇
Eldon B Mahon — Judge
Judge Mcbryde
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States