ORIGINAL

*Court of Chancery*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP -3 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

Ex parte: Christopher Robert Weast

File No. 4:14-CR-00023-A    Special and Private Equitable Action

## Declaration of Status and Release

Equity acts in personam.

Equity looks upon that as done which ought to have been done.

I, Christopher Robert Weast am, one who, being a member of the political community who, in my associated capacity, has established or submitted myself to the dominion of a government for the promotion of His general welfare and the protection of His individual political Rights as a Private Citizen of the United States, without United States, as defined under the 14th amendment in section 1, possessing both Natural liberty as well as Political liberty as a Natural person

possessing Natural Rights which are those which grow out of nature of man and depend upon his personality and are distinguished from those which are created by positive laws and possessing Inalienable Rights.

Futhermore, I, Christopher Robert Weast, am a non-commercial, non-statutory and non-UCC private Citizen of the United States, without United States.

## Release

I, Christopher Robert Weast, as a private Citizen of the United States, without United States, hereby release John McBryde and Julie Harwell from all their duties and obligations as they relate to the enemy belligerent, CHRISTOPHER ROBERT WEAST.

August 29, 2015    *Christopher Robert Weast*
                   Private Signature
                   Special, Private and Restricted



# Court of Chancery

Ex parte: CHRISTOPHER ROBERT WEAST

File No. 4:14-CR-00023-A   Special and Private Equitable Action

## Certificate of Birth, File No. 709
## Special and Private Counter-Deed

I, Christopher Robert Weast, am a private Citizen of the United States, without United States, as defined in my Declaration of Status and Release filed upon the record.

I, Christopher Robert Weast, hereby claim equitable title by nature to all the property in or attached to the title Certificate of Birth, File No. 709, CHRISTOPHER ROBERT WEAST.

I, Christopher Robert Weast, hereby grant and convey legal title by nature to the private secretary of the court, as the trustee to this trust.

The possessory, use and enjoyment rights of CHRISTOPHER ROBERT WEAST are the sole, exclusive domain of the beneficiary of the trust.

The Beneficiary of said trust shall be Christopher Robert Weast for the duration of His life and upon His death, shall immediately be left to the benefit of Destiny Renee Weast and Talya Galye Miller who are Christopher Robert Weast's two living daughters at the time of the creation of said trust.

August 28, 2015        *Christopher Robert Weast*
                        private signature


(private seal)

# Court of Chancery

Ex Parte: CHRISTOPHER ROBERT WEAST

File No. 4:14-CR-00023-A          Special and Private Equitable Action

## Notice

I, Christopher Robert Weast, am a private Citizen of the United States, without United States, as defined in my Declaration of Status and Release upon the record.

I, Christopher Robert Weast, am the cestui que trust and cestui que use, and I am not waiving my cestui que rights, but let's start with creditor rights, and then we'll tack on cestui que rights, and I am not waiving my cestui que rights, I am just telling you I am going to hold my rights.

August 28, 2015

Christopher Robert Weast
Private Signature



By Christopher Robert Weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

Special and Private

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST   RM 310
FORT Worth, TX 76102
United States