ORIGINAL

Court of Chancery



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 3 2015
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

In re: Christopher Robert Weast

File No. 4:14-CR-00023-A          Private and Special Equitable Action

Special and Private Counter-deed
Certificate of Birth, File No. 709

For purposes of this document the following words shall be defined as follows:

Christopher Robert Weast shall mean an estate named or known as CHRISTOPHER ROBERT WEAST, to which said deed is filed in the public record as a Certificate of Birth, under file no. 709.

Private Citizen shall mean christopher robert weast as a private Citizen of the United States, without United States, as defined in section 1 of the 14th amendment as a person born or naturalized in the United States.

Grantee shall mean the "Private Citizen" as defined above.

Grantee hereby accepts title to Christopher Robert Weast, File no. 709, mentioned in the grant and conveyance, now for then [on August 27, 2015], which grant and conveyance was executed on the 31st day of January, 1974, by the state of Texas, to Grantee as a Private Citizen of the United States, without United States, granting and conveying all its right, title, and interest in and to said estate, and more particularly identified and described in said grant and conveyance. The title to said property is accepted by Grantee as stated in said grant and conveyance, namely, that

Grantee shall forever keep the said estate described in said deed during Grantee's life and shall vest in Destiny Renee Weast and Talya Galye Miller upon the death of Grantee.

Executed on August 26, 2015        Christopher Robert Weast
                                   Grantee

In witness whereof the said party has hereunto set his hand

August 26, 2015                    [signature]
Date                               Notary Public

09/05/2016                         DAVID D. BARR
My Commission Expires On:          Printed Name

(seal)

> DAVID D BARR
> Notary Public
> State of Oklahoma
> Commission # 12008378
> My Commission Expires Sep 5, 2016

# Court of Chancery

Ex parte: CHRISTOPHER ROBERT WEAST

File No. 4:14-CR-00023-A      Private and Special Equitable Action

## Private, Special and Restricted Conveyance

I, christopher robert weast, (Hereinafter "Grantor"), am a private Citizen of the United States, without United States, as person born or naturalized in the United States as defined in section 1 of the 14th amendment

Grantor hereby grants and conveys such issues required to settle and extinguish all liability of the defendant, CHRISTOPHER ROBERT WEAST in file no. 4:14-CR-00023-A.

Futhermore, Grantor hereby releases John McBryde and Julie Harwell from all their duties and obligations as they relate to the defendant, CHRISTOPHER

ROBERT WEAST.

Executed on: August 27, 2015

*Christopher Roberts Weast*
Grantor - Private, Special and Restricted Signature



By Christopher Robert Weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special And Private

Legal Mail

RECEIVED
SEP - 3 2015
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

7013 0890 0000 0830 4527



CERTIFIED MAIL

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST  RM 310
FORT Worth, TX 76102
United States