ORIGINAL

**Court of Chancery**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2015
CLERK, U.S. DISTRICT COURT
By _____ TS
      Deputy

Ex parte: Christopher Robert Weast

File no. 4:14-CR-00023-A   Special and Equitable Action
                          Special and Private Equitable Action

## Declaration of Private Citizen Status and Release

Equity acts on the person.

I AM a private Citizen of the United States, without United States, as defined in section 1 of the 14th amendment and Legatee to the Legacy of We the People as the Absolute Title holder of the Absolute Conveyance of the Estate named or known as CHRISTOPHER ROBERT WEAST as the cestui que of said Estate as a Legatee of the American Legacy.

I AM non-statutory, non-commercial, non-UCC private Citizen of the United States.

### Release

I hereby release John McBryde and Julie Harwell from all of their duties and obligations as they relate to the enemy belligerent, CHRISTOPHER ROBERT WEAST.

September 8, 2015          Chris Weast
                           *Private Signature*
                           853 Hallvale Drive
                           Fort Worth, Texas 76108



# Court of Chancery

Ex parte: Christopher Robert Weast

File no. 4:14-CR-00023-A   Special and Private Equitable Action

<u>Private and Special
Show Cause</u>

Equity acts in personam.

Equity imputes an intention to fulfil an obligation.

Equity looks to the intent rather than the form.

Equity will not suffer a wrong without a remedy.

Equity assists ignorance, but not carelessness.

I AM a private Citizen of the United States, without United States, as defined in section 1 of the 14th amendment, Legatee to the American Legacy of We the People as the Absolute Title holder of the

Absolute Conveyance of the Estate named or known as CHRISTOPHER ROBERT WEAST as the cestui que of said Estate.

I AM non-statutory, non-commercial, non-UCC private Citizen of the United States, without United States and possessing inalienable rights also known as Unalienable Rights.

## Conflicts

I AM a private Citizen of the United States therefore I AM unable to do martial law, at law; and I don't want to be co-mingled with Enemy Belligerents, Enemy Aliens, or Enemys known as Public Enemies. Therefore, the Chancellor or Clerk of the Chancery are required to Show Cause why my private Citizen status should be co-mingled with Enemy Belligerents, Enemy Aliens, and/or Public Enemies in the public domain and failure to Show Cause should cause the at law record of 4:14-CR-00023-A to be sealed and made Special and Private and Restricted from the Public and the Press.

There is no more concurrent jurisdiction unless the Chancellor or Clerk of the Chancery can Show Cause why the at law side should not be extinguished and annihilated through annihilation wherefore there is only exclusive equity jurisdiction, and if there is only exclusive equity, then any letters I write have to be acknowledged under exclusive equity. Failure of the Chancellor or Clerk of the Chancery to Show Cause why I should not receive exclusive equity jurisdiction as a private Citizen of the United States acts as tacit admission of the Chancellor and Clerk of the Chancery that I should receive exclusive equity jurisdiction.

In conclusion, failure of the Chancellor and/or Clerk of the Chancery to Show Cause why my private Citizen status should be co-mingled with Enemy Belligerents, Enemy Aliens, or Public Enemies serves as tacit admission of the Chancellor and the Clerk of the Chancery and therefore the Court is hereby required to make the record of file no. 4:14-CR-00023-A Special and Private and completely Seal the record, excluding both the Public and the Press from said record.

Furthermore, failure of the Chancellor or the Clerk of the Chancery to Show Cause why I should not receive exclusive equity jurisdiction shall stand as tacit admission of both the Chancellor and the Clerk of the Chancery that I should receive exclusive equity as my Rights are only cognizable in a Court of equity.

September 8, 2015        *Chris Weast*
                         Private Signature
                         833 Hallvale Drive
                         Fort Worth, Texas 76108


(private seal)

By Chris Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Legal Mail

Special and Private

OKLAHOMA CITY OK 730
10 SEP 2015 PM 3 L

RECEIVED
CLERK OF COURT
DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
15 SEP 14  PM 12: 52

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST   Rm 310
FORT Worth, TX 76102
United States

7610236431O