U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2015
CLERK, U.S. DISTRICT COURT
By _____TS_____
           Deputy

ORIGINAL    Court of Chancery

Ex parte: Christopher Robert Weast,

File no. 4:14-CR-00023-A    Special and Private Equitable Action

Private, Special and Restrict Counter-Deed Certificate of Birth, File No. 709

Equity acts in personam.

Equity looks to the substance rather than the form.

Equity assists ignorance but not complacency (or carelessness).

I AM a private Citizen of the United States, without United States, as defined in section 1 of the 14th amendment, Legatee to the Legacy of We the People as the Absolute Title holder of the Absolute Conveyance of the Estate named or known as CHRISTOPHER ROBERT WEAST as the cestui que

of said Estate as Legatee of the American Legacy.

I AM a non-statutory, non-commercial, non-UCC private Citizen of the United States.

I hereby accept title to the deed known as Certificate of Birth, File no. 709, CHRISTOPHER ROBERT WEAST, mentioned in the grant and conveyance, now for then [on September 8, 2015], which grant and conveyance was executed on the 31st day of January, 1974, by Grantor, granting and conveying all right, title, and interest in and to said estate, and more particulary identified and described in said grant and conveyance. The title to said property is accepted by me, as stated in said grant and conveyance, namely, that I AM and shall forever keep the said estate described in said Trust deed during my life.

As the title holder of said Trust deed, I AM claiming equitable title by nature to all property in the above Trust deed.

Furthermore, as the equitable title holder by nature of the above trust deed, I hereby convey legal title by nature to the private secretary of the Court for the possession, use, enjoyment and benefit of Christopher Robert Weast as the sole Beneficiary

I, Christopher Robert Weast, hereby indemnify the private secretary of the Court, as the trustee and give and grant the trustee broad authority and powers of the private Citizen to find the private side of the accounting and run the trust.

Executed On: September 8, 2015

*Chris Weast*
Private Citizen's Signature
Beneficiary
833 Hallvale Drive
Fort Worth, Texas 76108

By Chris Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

Legal Mail

OKLAHOMA CITY OK 730

11 SEP 2015 PM 4 L

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2015 SEP 14  PM 12: 52
CLERK OF COURT

⇔47797-177⇔
Private Secretary
510 W 10TH ST
Chancellor
FORT Worth, TX 76102
United States

76102364910