ORIGINAL

Court of Chancery

Ex parte: Christopher Robert Weast

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2015
CLERK, U.S. DISTRICT COURT
By ___TS___ Deputy

File no. 4:14-CR-00023-A   Special and Private Equitable Action

Declaration of Process

I AM hereby Admitting upon Evidence the attached Exhibit "A1" and Exhibit "A2" as Evidence of the original tracking numbers and service of process on each of the persons listed on said tracking numbers. I hereby Declare that I have served Process on each of the persons listed on each tracking number.

September 4, 2015          _Chris Weast_
                           Private Signature







## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4527

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: Clerk of the Chancery
Street, Apt. No.; or PO Box No.: 510 W 10th St Rm 310
City, State, ZIP+4: Fort Worth, Texas 76102

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4466

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Motion to Dismiss

Sent To: Edward Hebert Fifth Circuit Court
Street, Apt. No.; or PO Box No.: 600 S. Maestri Place
City, State, ZIP+4: New Orleans, LA 70130

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4343

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Special and Private Letter Rogatory

Sent To: Angela Saad
Street, Apt. No.; or PO Box No.: 819 W 10th St
City, State, ZIP+4: Fort Worth, TX 76102

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7012 3460 0002 4804 0045

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Release of Signature and Suretyship Notice / Extinguish

7/27/2015

Sent To: John McBryde
Street, Apt. No.; or PO Box No.: 501 W. 10th Street Suite 401
City, State, ZIP+4: Fort Worth, Texas 76102

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4541

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

August 28, 2015 Special and private Conveyance Record # 1536921

Sent To: Jacob Lew
Street, Apt. No.; or PO Box No.: 1500 Pennslyvania Ave NW
City, State, ZIP+4: Washington, DC 20220

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4473

| | |
|---|---|
| Postage | $ 1.00 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.50 |

Postmark Here

Julie Harwell B1 Docs

Sent To: Julie Harwell
Street, Apt. No.; or PO Box No.: 501 W 10th Street
City, State, ZIP+4: Fort Worth, Texas 76102

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4435

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: President Barack Obama
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave. NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7012 3460 0002 4804 0052

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

John McBryde

Sent To: John McBryde
Street, Apt. No.; or PO Box No.: 501 W 10th St Suite 401
City, State, ZIP+4: Fort Worth, Texas 76102

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4534

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: Jacob Lew - Secretary of Treasury
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania AVE NW
City, State, ZIP+4: Washington, DC 20220

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4497

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: Jacob Lew, Secretary of Treasury
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20220

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4459

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Private Order

Sent To: Jacob Lew
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20220

PS Form 3800, August 2006 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com
OFFICIAL USE

7013 0600 0000 0830 4336

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: Angela Saad
Street, Apt. No.; or PO Box No.:
City, State, ZIP+4:

PS Form 3800, August 2006 See Reverse for Instructions

Exhibit "A1"

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: Jacob Lew, D1 docs

Sent To: Jacob Lew
Street, Apt. No.; or PO Box No.: 1500 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20220
PS Form 3800, August 2006 — See Reverse for Instructions

7014 1200 0001 0514 8185

---

7013 0600 0000 0830 4633

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here

Sent To: Christopher A Curtis
Street, Apt. No.; or PO Box No.: 819 Taylor
City, State, ZIP+4: Fort Worth, Texas 76102
PS Form 3800, August 2006 — See Reverse for Instructions

---

7013 0600 0000 0830 46[illegible]

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here: Title Indictment signed as grantee.

Sent To: John McBryde
Street, Apt. No.; or PO Box No.: 501 W 10th St., Suite 401
City, State, ZIP+4: Fort Worth, Texas 76102
PS Form 3800, August 2006 — See Reverse for Instructions

---

7014 1200 0001 0514 4958

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.40 |
| Certified Fee | 2.85 |
| Return Receipt Fee (Endorsement Required) | 3.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.75 |

Postmark Here

Sent To: Clerk of Court
Street, Apt. No.; or PO Box No.: 200 Northwest Fourth Street NW/210
City, State, ZIP+4: Oklahoma City, Oklahoma 73102
PS Form 3800, August 2006 — See Reverse for Instructions

---

7013 0600 0000 0830 4619

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.50 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.00 |

Postmark Here: Notice of ownership in private of case # 4:14-CR-0023-

Sent To: Jerry V. Beard
Street, Apt. No.; or PO Box No.: 525 North Griffin Street 62
City, State, ZIP+4: Dallas, Texas 75202
PS Form 3800, August 2006 — See Reverse for Instructions

---

7014 1200 0001 0514 8178

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: Barack Obama, C1 docs

Sent To: Barack Obama
Street, Apt. No.; or PO Box No.: 1600 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530
PS Form 3800, August 2006 — See Reverse for Instructions

---

7013 0600 0000 0830 4626

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.00 |
| Certified Fee | 3.50 |
| Return Receipt Fee (Endorsement Required) | — |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.50 |

Postmark Here: A1 docs

Sent To: John McBryde
Street, Apt. No.; or PO Box No.: 501 W 10th Street Ste 401
City, State, ZIP+4: Fort Worth, Texas 76102
PS Form 3800, August 2006 — See Reverse for Instructions

Exhibit "A2"

By Chris Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

Legal Mail

OKLAHOMA CITY OK 730
10 SEP 2015 PM 3 L

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST  RM 310
FORT Worth, TX 76102
United States