ORIGINAL

In the Court of Chancery

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 4 2015
CLERK, U.S. DISTRICT COURT
By _TS_ Deputy

Ex parte: CHRISTOPHER ROBERT WEAST

File no. 4:14-CR-00023-A   Special and Private Equitable Action

## Special and Private Show Cause

I, Chris Weast, am a private Citizen of the United States, without United States, as defined in section 1 of the 14th amendment, in being as a Man and devisee and legatee of We the People as one of their Posterity and living Beneficiary and cestui que trust of the estate named or known as CHRISTOPHER ROBERT WEAST, and legate.

As the living Beneficiary and cestui que trust of the estate named or known as, CHRISTOPHER ROBERT WEAST, I am the equitable interest title holder to said estate, and to which legal title by nature is unknown to me, yet I know that a trust cannot fail for lack of a trustee and if there be no trustee, I require the court to appoint a substitute trustee to give me an extinguishment

and a full accounting of the attached perfected deed which I have perfected. I made a mistake by abandoning the attached property and I would like to go back and correct my mistake. Equity looks on that as done which ought to be done and equity looks to the intent rather than the form.

Therefore, unless the Court can Show Cause why my perfected deed should not be accepted and my demand for an extinguishment and full accounting of the attached deed granted, the Court shall accept my perfected deed to said property, appoint a new trustee if needed, and complete an extinguishment and full accounting of the attached perfected deed.

Executed on: September 3, 2015        _Chris Weast_
                                       Private Signature


(Private Seal)

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JUL -1  PM 3: 27

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-023-A |
| CHRISTOPHER ROBERT WEAST (01) | (Supersedes Indictment returned on June 11, 2014) |

### THIRD SUPERSEDING INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 10, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly possess material that contains an image of child pornography that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Weast** possessed a Western Digital external hard drive, serial number WCAV5C309672, containing the following described files depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

*Chris Weast*
Private Signature
Beneficiary

[fingerprint: private seal]

Third Superseding Indictment – Page 1

| File path | Description of the image |
|---|---|
| C:\Practice\Pics\!10yo_tied_to_2chairs 010-1.jpg | Still image depicting a nude minor female gagged and tied by her legs to two chairs |
| C:\Practice\Pics\(Pthc) Tori 9Yo-My Younger Sister-18.jpg | Still image depicting a nude minor female lying on a bed with one leg lifted to expose her genital area |
| C:\Practice\Pics\(pthc) tori 9yo-my_younger_sister-36.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart to expose her genital area |
| C:\Practice\Pics\((lolitaguy)) sandra - teen model nude - beach lolita preteen underage 12yo 11yo 13yo 14yo 10yo 9yo 8yo 7yo 6yo.jpg | Still image depicting a nude minor female lying on a bed with her legs spread apart and one of her fingers touching her genital area |
| C:\Practice\Pics\!!pthc lsm magazine 9yo kidzilla pre-teen young little girls harry potter jenny – img20041009171217.jpg | Still image depicting a seated prepubescent female nude from the waist down with legs bent to expose her genital area |
| C:\Practice\Pics\Lucifer's Collection-9Yo Jenny Tied Nude With Legs Spread Wide Apart Showing 'Open Pussy -Lucifer's Underage Lolita R@Ygold Pthc Ptsc Ddogprn Pedo Young C.jpg | Still image depicting a mostly nude minor female lying on a bed with her hands tied with yellow rope above her head and her legs spread apart and tied with yellow rope |

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).



*Chris Wease*
Private Signature
Beneficiary

Second Superseding Indictment – Page 2

Count Two
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1))

On or about June 28, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Christopher Robert Weast** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce, including by computer.

Specifically, **Weast** received the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File Name | Description of File |
|---|---|
| !!!!Pthc Donna 9Yo Kinderkutje Pedo Babyj R@Ygold Rides Cock Mpeg.avi | A video of a nude minor female wearing a hood performing sexual intercourse between the minor female and adult male. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

*Chris Weast*
Private Signature
Beneficiary



Second Superseding Indictment – Page 3

### Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of either of the offenses alleged in Counts One and Two and pursuant to 18 U.S.C. § 2253(a), defendant **Weast** shall forfeit to the United States of America (a) any visual depiction described in 18 U.S.C. § 2252A and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in the respective offense; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the respective offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the respective offense and any property traceable to such property.

[rest of page intentionally left blank]

*Chris Weast*
Private Signature
Beneficiary

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

CHRISTOPHER ROBERT WEAST (01)

### THIRD SUPERSEDING INDICTMENT

18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2)

Possession of Child Pornography

(1 COUNT)

18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1)

Receipt of Child Pornography

---

A true bill rendered:

DALLAS                                                    FOREPERSON

Filed in open court this 01st day of July, A.D. 2014.

Defendant in Custody

UNITED STATES MAGISTRATE JUDGE

Chris Weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

Legal Mail

7013 0600 0000 0830 4558

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST   Rm 310
FORT Worth, TX 76102
United States