I hereby invoke special and private exclusive equity jurisdiction.

## Court of Chancery



Ex parte: Christopher Robert Weast

File no. 4:14-CR-00023-A   Special and Private Equitable Acti[on]

### Amended Birth Certificate, File no. 709 and Perfected Deed

I AM hereby Admitting the attached Perfected Deed, Titled Certificate of Birth, File no. 709 which I have accepted as Grantee and thereby making me the Equitable Title holder by nature.

September 3, 2015         Chris Weast
                          Private Signature

(private seal)

# TARRANT COUNTY
## FORT WORTH, TEXAS

BR_709

**STATE OF TEXAS — CERTIFICATE OF BIRTH — BIRTH NO.**

| Field | Value |
|---|---|
| 1a. County | TARRANT |
| 1b. City or Town | FORT WORTH |
| 1c. Name of Hospital or Institution | NORTHWEST HOSPITAL, INC. |
| 1d. Is Place of Birth Inside City Limits? | YES [X] |
| 2a. State | TEXAS |
| 2b. County | TARRANT |
| 2c. City or Town | FORT WORTH |
| Zip Code | 76114 |
| 2d. Street Address | 2201 TRUE |
| 2e. Is Residence Inside City Limits? | YES [X] |
| 2f. Is Residence on a Farm? | NO [X] |
| 3. Name (Child) | CHRISTOPHER ROBERT WEAST |
| 4. Date of Birth | JANUARY 31, 1974 |
| 5. Sex | MALE |
| 6a. This Birth | SINGLE |
| 7. Name (Father) | LARRY DAVID WEAST |
| 8. Color or Race | CAUCASIAN |
| 9. Age | 23 YEARS |
| 10. Birthplace | TEXAS |
| 11a. Usual Occupation | MECHANIC |
| 11b. Kind of Business or Industry | AUTOMOTIVE COMPANY |
| 12. Maiden Name (Mother) | BOBBIE GWYN WILLIAMS |
| 13. Color or Race | CAUCASIAN |
| 14. Age | 20 YEARS |
| 15. Birthplace | TEXAS |
| 16. Children Previously Born — now living | 1 |
| — now dead | 0 |
| — fetal deaths | 0 |
| 17. Informant | BOBBIE WEAST |
| 19a. Attendant's Signature | ROGER MOORE, M.D. |
| 19b. Attendant at Birth | M.D. [X] |
| Time | 8:55 p.m. |
| 19c. Attendant's Address | 2100 HIWAY 183 N.W., FORT WORTH, TEXAS |
| 19d. Date Signed | JANUARY 31, 1974 |
| 20a. Registrar's File No. | 709 |
| 20b. Date Rec'd by Local Registrar | FEB 6 1974 |

acceptance by Grantee

Christopher Robert Weast
private signature

NW018794

This is to certify that this is a true and correct reproduction of the original record as recorded in this office, issued under authority of Sec. 191.051, Health and Safety Code.

July 10, 2015

ISSUED _____

Mary Louise Garcia, County Clerk
Tarrant County, Texas

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale: EP14B © U.S. Postal Service; July 2013; All rights reserved

U.S. POSTAGE PAID
FORT WORTH, TX
76108
SEP 28, 15
AMOUNT
$5.75
R2304E107368-12

76102
1022

PRIORITY MAIL★
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

McBryde

FROM: Williams
833 Hallvale Dr.
Fort Worth, TX 76108

TO: Clerks Office Rm# 310
510 W. 10th St. Rm #310
Fort Worth, TX 76102

FOR DOMESTIC AND INTERNATIONAL USE
★ ORDER FREE SUPPLIES ONLINE

Label 228, July 2013

PRESS FIRMLY TO SEAL

PRIORITY MAIL★
DATE OF DELIVERY SPECIFIED*
USPS TRACKING™ INCLUDED*
INSURANCE INCLUDED*
PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION

Expected Delivery Day: 09/30/2015

USPS TRACKING NUMBER

9505 5121 1857 5272 0873 43

This envelope is made from post-consumer waste

Judges Chambers
c/o Judge John McBryde  Rm # 401
501 W. 10th St.
Fort Worth, TX 76102