I hereby invoke special and private exclusive equity jurisdiction.

## Court of Chancery

Ex parte: Christopher Robert Weast

File no. 4:14-CR-00023-A   Special and Private Equitable Action

### Amended Birth Certificate, File no. 709 and Perfected Deed

I AM hereby Admitting the attached Perfected Deed, Titled Certificate of Birth, File no. 709 which I have accepted as Grantee and thereby making me the Equitable Title holder by nature.

September 3, 2015

Chris Weast
Private Signature

(private seal)

RECEIVED SEP 3 0 2015 10:55 am CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

BR_709

**CERTIFICATE OF BIRTH** — STATE OF TEXAS — BIRTH NO.

| Field | Value |
|---|---|
| 1. PLACE OF BIRTH — a. COUNTY | TARRANT |
| b. CITY OR TOWN | FORT WORTH |
| c. NAME OF HOSPITAL OR INSTITUTION | NORTHWEST HOSPITAL, INC. |
| d. IS PLACE OF BIRTH INSIDE CITY LIMITS? | YES [X] NO [ ] |
| 2. USUAL RESIDENCE OF MOTHER — a. STATE | TEXAS |
| b. COUNTY | TARRANT |
| c. CITY OR TOWN | FORT WORTH |
| ZIP CODE | 76114 |
| d. STREET ADDRESS | 2201 TRUE |
| e. IS RESIDENCE INSIDE CITY LIMITS? | YES [X] NO [ ] |
| f. IS RESIDENCE ON A FARM? | YES [ ] NO [X] |
| 3. NAME OF CHILD | CHRISTOPHER ROBERT WEAST |
| 4. DATE OF BIRTH | JANUARY 31, 1974 |
| 5. SEX | MALE |
| 6a. THIS BIRTH | SINGLE [X] TWIN [ ] TRIPLET [ ] |
| 6b. IF TWIN OR TRIPLET, WAS CHILD BORN | 1st [ ] 2nd [ ] 3rd [ ] |
| 7. NAME OF FATHER | LARRY DAVID WEAST |
| 8. COLOR OR RACE | CAUCASIAN |
| 9. AGE | 23 YEARS |
| 10. BIRTHPLACE | TEXAS |
| 11a. USUAL OCCUPATION | MECHANIC |
| 11b. KIND OF BUSINESS OR INDUSTRY | AUTOMOTIVE COMPANY |
| 12. MAIDEN NAME OF MOTHER | BOBBIE GWINN WILLIAMS |
| 13. COLOR OR RACE | CAUCASIAN |
| 14. AGE | 20 YEARS |
| 15. BIRTHPLACE | TEXAS |
| 16a. How many OTHER children are now living | 1 |
| 16b. How many OTHER children were born alive but are now dead | 0 |
| 16c. How many children were born dead | 0 |
| 17. INFORMANT | BOBBIE WEAST |
| 18. I hereby certify that this child was born alive on the date stated above at | 8:55 p.m. |
| 19a. ATTENDANT'S SIGNATURE | ROGER MOORE, M.D. |
| 19b. ATTENDANT AT BIRTH | M.D. [X] D.O. [ ] MIDWIFE [ ] OTHER [ ] |
| 19c. ATTENDANT'S ADDRESS | 2100 HIWAY 183 N.W. FORT WORTH, TEXAS |
| 19d. DATE SIGNED | JANUARY 31, 1974 |
| 20a. REGISTRAR'S FILE NO. | 709 |
| 20b. DATE REC'D BY LOCAL REGISTRAR | FEB 6 1974 |
| 20c. REGISTRAR'S SIGNATURE | Ruth S. Craddock |

*acceptance by Grantee*

*Christopher-Robert-Weast*

*private signature*

NW018794

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

ISSUED  July 10, 2015

*Mary Louise Garcia*
Mary Louise Garcia, County Clerk
Tarrant County, Texas

**WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.**



USPS Priority Mail envelope, Expected Delivery Day: 09/30/2015, USPS Tracking Number 9505 5121 1857 5272 0874 42.

FROM: Williams
833 Hallvale Dr
Ft Worth, TX 76108

TO: Judge Chambers Rm #401
510 W. 10th St.
Fort Worth, TX 76102

U.S. POSTAGE PAID, FORT WORTH, TX 76108, SEP 29, 15, $5.75