**ORIGINAL**  CTJ

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 1 3 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Deed no. 8174824

Exclusive Equity Jurisdiction

## Special and Private Counter Deed

Know All Men By These Presents that I, Christopher Robert Weast hereby alters Deed no. 709 filed in the City of Fort Worth, County of Tarrant and State of Texas in the Registrar's office under File no. 709, Certificate of Birth, to reflect that I, Christopher Robert Weast, am the Grantee of said conveyance in Deed no. 709.

Futhermore, that the signing of this deed shall be as effective as if Grantee's signature were directly on the said deed no. 709. Grantee acknowledges that He does not know what has been conveyed to Him in deed no. 709, however, Grantee hereby holds perfect title to all property connected with deed no. 709.

In testimony whereof I have hereunto set my hand and seal this __7th__ day of October, A.D. 2015.

October 7, 2015                    _Christopher Robert Weast_
Date                                Grantee

Signed, sealed, and delivered in the presence of —

10/07/2015                                   [signature] ec/e
Date                                         Notary Public

09/05/2016                                   DAVID D. BARR
My commission expires on:                    Notary Public Printed Name

```
DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016
```