Case 4:14-cr-00023-A   Document 358   Filed 10/13/15   Page 1 of 1   PageID 3166
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 13 2015
CLERK, U.S. DISTRICT COURT
By_____ Deputy

ORIGINAL

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

Special and Private
Exclusive Equity Jurisdiction

## Special and Private Show Cause Order

I, Christopher Robert Weast, hereby require that file no. 4:14-CR-00023-A be sealed and Special and Private, excluding the public and the press unless the Clerk of the Chancery or your Honor can Show Cause why file no. 4:14-CR-00023-A should not be sealed and made Special and Private, excluding the public and the press. Failure to Show Cause why this case should not be sealed, and made Special and Private shall render this Show Cause Order the decree of the Court.

Executed On: October 7, 2015

Christopher Robert Weast
Cestui Que Trust

Date: 10/07/2015

Notary Public: [signature] ec/c

Commission expires on: 9/05/2016

Printed Name: DAVID D. BARR

DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016