ORIGINAL

**FILED** OCT 1 3 2015
CLERK, U.S. DISTRICT COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

Exclusive Equity Jurisdiction

## Special and Private Acceptance Deed

Know All Men By These Presents, that I, Christopher Robert Weast, of the City of Fort Worth, County of Tarrant and State of Texas, accepts all property connected with deed no. 4:14-CR-00023 as the beneficiary of the same.

In testimony whereof I have hereunto set my hand and seal this __7__ day of October, A.D. 2015.

October 7, 2015
Date

_Christopher Robert Weast_
Signature of Beneficiary

Signed, seal, and delivered in the presence of -

10/07/2015
Date

_[signature]_
Notary Public

9/05/2016
My Commission Expires on:

DAVID D. BARR
Printed Name

> DAVID D BARR
> Notary Public
> State of Oklahoma
> Commission # 12008378
> My Commission Expires Sep 5, 2016