I, Christopher Robert Weast, hereby invoke Exclusive Equity Jurisdiction as a private Citizen of the United States.

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

Special and Private
Exclusive Equity Jurisdiction

<u>Special and Private
Show Cause Order</u>


RECEIVED
NOV - 6 2015
12:31 pm
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, Christopher Robert Weast, hereby require that file no. 4:14-CR-00023-A be sealed and Special and Private, excluding the public and the press unless the Clerk of the Chancery or your Honor can Show Cause why file no. 4:14-CR-00023-A should not be sealed and made Special and Private, excluding the public and the press. Failure to Show Cause why this case should not be sealed, and made Special and Private shall render this Show Cause Order the decree of the Court.

October 7, 2015
Executed On:

Christopher Robert Weast
Cestui Que Trust

10/07/2015
Date

[signature] c/c
Notary Public

9/05/2016
Commission expires on:

DAVID D. BARR
Printed Name

DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 NOV -6  PM 12: 34

CLERK OF COURT

By Christopher Robert Weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

⇨47797-177⇦
Julie Harwell
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

November 3, 2015

Special and Private Legal Mail!

3.4 oz $1.62

P.O. Box 1000
El Reno, Oklahoma 73036

Date __11/03/15__

The enclosed letter was processed through
special mailing procedures for forwarding
to you. The letter has been neither opened
nor inspected. If the writer raised a
question or problem over which this facility has
jurisdiction, you may wish to return this
material for further information and
clarification. If the writer enclosed
correspondence for forwarding to another
addressee, please return the enclosure to
the above address.