ORIGINAL

I, Christopher Robert Weast, hereby invoke exclusive equity jurisdiction as a private Citizen of the United States.

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

Exclusive Equity Jurisdiction

RECEIVED
NOV - 6 2015
12:34 pm
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Special and Private Acceptance Deed

Know All Men By These Presents, that I, Christopher Robert Weast, of the City of Fort Worth, County of Tarrant and State of Texas, accepts all property connected with deed no. 4:14-CR-00023 as the beneficiary of the same.

In testimony whereof I have hereunto set my hand and seal this __7__ day of October, A.D. 2015.

October 7, 2015                    *Christopher Robert Weast*
Date                               Signature of Beneficiary

Signed, seal, and delivered in the presence of -

10/07/2015                         *[signature]* cc/c
Date                               Notary Public

9/05/2016                          DAVID P. BARR
My Commission Expires on:          Printed Name

```
DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016
```



RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 NOV -6  PM 12:34

CLERK OF COURT

By Christopher Robert Weast
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Julie Harwell
⇦47797-177⇦
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

November 3, 2015

Special and
Private
Legal
Mail

3.4oz $1.62

P.O. Box 1000
El Reno, Oklahoma 73036

11/03/15

The above [letter] was processed through
special mail ... for forwarding
to you. The letter ... nor opened
nor inspected ...  a
question or problem ... facility has
jurisdiction, you may ... to return this
material for further information and
clarification. If ... writer enclosed
correspondence ... forwarding to another
addressee ... in the enclosure to
the above address