(I, Christopher Robert Weast, hereby invoke exclusive equity jurisdiction as a private citizen of the United States.

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas 76108

Deed no. 8174824

Exclusive ~~Equity Jurisdiction~~

NOV - 6 2015
12:34 pm
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## Special and Private Counter Deed

Know All Men By These Presents that I, Christopher Robert Weast hereby alters Deed no. 709 filed in the City of Fort Worth, County of Tarrant and State of Texas in the Registrar's office under File no. 709, Certificate of Birth, to reflect that I, Christopher Robert Weast, am the Grantee of said conveyance in Deed no. 709.

Futhermore, that the signing of this deed shall be as effective as if Grantee's signature were directly on the said deed no. 709. Grantee acknowledges that He does not know what has been conveyed to Him in deed no. 709, however, Grantee hereby holds perfect title to all property connected with deed no. 709.

In testimony whereof I have hereunto set my hand and seal this ___7th___ day of October, A.D. 2015.

October 7, 2015
Date

Christopher Robert Weast
Grantee

Signed, sealed, and delivered in the presence of —

10/07/2015                              [signature] e/e
Date                                    Notary Public

09/05/2016                              DAVID D. BARR
My commission expires on:               Notary Public Printed Name

```
DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016
```



By Christopher Robert Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

47797-177
Julie Harwell
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2015 NOV -5  PM 12: 34
CLERK OF COURT

November 3, 2015

Special and Private Legal Mail

3.4 oz $1.62

P.O. Box 1000
El Reno, Oklahoma 73036
Date: 11/03/15

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return this material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.