a TJ
ORIGINAL

Karen Mitchell's Copy

Original  Document Prepared by - Return to:
Christopher Robert Weast
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108



Respondents:

John H. McBryde
c/o temporary post location
In Judges chambers Room 401
Fort Worth, Texas 76102

Marjorie Panter
c/o temporary post location
Room 401
Fort Worth, Texas 76102

## Special, Private and Restricted Grant

I, Christopher Robert Weast, hereby grant, convey, assign, discharge, settle, and extinguish such issues as are required to settle and satisfy all liability of CHRISTOPHER ROBERT WEAST, the defendant in file no. 4:14-cr-00023-A.

January 4, 2016



Chris Weast
Grantor

Document Prepared by - Return to:                                     January 4, 2016
christopher robert weast
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

Re: Proof of Filing and Service of Process, Response Required

Marjorie Panter
c/o temporary post location
501 West 10th Street Room 401
Fort Worth, Texas 76102

I have provide one original and three certified copies of the Special, Private and Restricted Grant enclosed. Each copy is marked at the top lefthand side of the page to easily identify who the copy belongs to. Marjorie Panter's private signature on this document and/or christopher robert weast's file stamped copy of the Special, Private and Restricted Grant returned to me shall serve as Marjorie Panter's admission that she placed each copy in the corresponding pre-addressed stamped envelope and placed it in the mail to be delivered to Karen Mitchell as well as hand delivering John H. McBryde's copy and the file copy for file no. 4:14-cr-00023-A

Marjorie Panter further admits and certifies that she accepted her copy of said Special, Private and Restricted Grant.

_____
Date

Marjorie Panter
c/o temporary post location
501 West 10th St. Room 401
Fort Worth, Texas 76102

January 4, 2016
Date

*Chris Weast*
Christopher Robert Weast
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

Christopher Robert Weast - 47797-177
%Temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

Legal Mail

⇔47797-177⇔
Marjorie Panter
%Temporary post Location
501 W 10TH ST
FORT Worth, TX 76102
United States
United States Courthouse

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2016 JAN 11 PM 12:55
CLERK OF COUR.

P.O. Box 1500
El Reno, Oklahoma 73036
Date 01-06-2016

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information and clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.