


January 20, 2016

Document Prepared by-Return to:
Christopher Robert Weast - 47797177
c/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

private citizen of the united states,
without United States

Re: Proof of Filing, Response Required

I have provided (2) two copies of the Conveyance of Interest and Declaration of Trust in this envelope. One copy is to be filed upon the record of file no. 4:14-cr-00023-A and the other is to be file stamped and returned to me for proof of filing. This document was copied to John McBryde and Karen Mitchell

Chris Weast
Special and Private signature

Original

Document Prepared by - Return to:
Christopher Robert
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

1/19/2016

In the interest of: 4:14-CR-00023-A

I, christopher robert, hereby invoke a court of exclusive equity jurisdiction as a private citizen of the united States of America, The United States of America, and the united states, without United States.

Equity acts on the person.

Conveyance of Interest and
Declaration of Trust

I, christopher robert weast, am a private citizen of the united states, the united States of America and The United States of America, without United States.

I, christopher robert weast, hereby, convey all of my interest in File no. 4:14-CR-00023-A and all property connected with or linked to File no. 4:14-CR-00023-A, to Karen Mitchell c/o temporary post location 501 West 10th Street, Fort Worth,

Texas 76102 to hold as trustee for the sole benefit, use, and enjoyment of CHRISTOPHER ROBERT WEAST. If there are any liabilities which CHRISTOPHER ROBERT WEAST is responsible the trustee shall use the property which has been conveyed to settle and satisfy those liabilities on behalf of CHRISTOPHER ROBERT WEAST. I hereby indemnify Karen Mitchell and grant her, as the trustee, broad powers and authority to find the private side accounting and run the trust.

January 19, 2016

Private Seal

Chris Weast
private signature

Grantor

Original

Document Prepared by - Return to:
Christopher Robert
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

1/19/2016

In the ~~[illegible]~~ interest of: 4:14-CR-00023-A

I, christopher robert, hereby invoke a court of exclusive equity jurisdiction as a private citizen of the united States of America, The United States of America, and the united states, without United States.

Equity acts on the person.

Conveyance of Interest and
Declaration of Trust

I, christopher robert weast, am a private citizen of the united states, the united States of America and The United States of America, without United States.

I, christopher robert weast, hereby, convey all of my interest in File no. 4:14-CR-00023-A and all property connected with or linked to File no. 4:14-CR-00023-A, to Karen Mitchell c/o temporary post location 501 West 10th Street, Fort Worth,

Texas 76102 to hold as trustee for the sole benefit, use, and enjoyment of CHRISTOPHER ROBERT WEAST. If there are any liabilibies which CHRISTOPHER ROBERT WEAST is responsible the trustee shall use the property which has been conveyed to settle and satisfy those liabilities on behalf of CHRISTOPHER ROBERT WEAST. I hereby indemnify Karen Mitchell and grant her, as the trustee, broad powers and authority to find the private side accounting and run the trust.

January 19, 2016

Private seal

Chris Weast
Private signature

Grantor

⇔47797-177⇔
Marjorie Panter
℅ Temporary post Location
501 W 10TH ST
FORT Worth, TX 76102
United States



Christopher Robert Weast
47797177
℅ temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Christopher Robert Weast
47797177
℅ temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

OKLAHOMA CITY
21 JAN 2016

⇔47797-177⇔
Clerk Of The Chancery
Clerk of the Chancery
510 W 10TH ST
Room 310
FORT Worth, TX 76102
United States District Court

Special and Private Legal Mail

76102364910