CTJ

Original

RECEIVED
JAN 26 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Document Prepared by - Return to:     1/19/2016
Christopher Robert
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

In the *interest* of: 4:14-CR-00023-A

I, christopher robert, hereby invoke a court of exclusive equity jurisdiction as a private citizen of the united States of America, The United States of America, and the united states, without United States.

Equity acts on the person.

## Conveyance of Interest and Declaration of Trust

I, christopher robert weast, am a private citizen of the united states, the united States of America and The United States of America, without United States.

I, christopher robert weast, hereby, convey all of my interest in File no. 4:14-CR-00023-A and all property connected with or linked to File no. 4:14-CR-00023-A, to Karen Mitchell c/o temporary post location 501 West 10th Street, Fort Worth,

Texas 76102 to hold as trustee for the sole benefit, use, and enjoyment of CHRISTOPHER ROBERT WEAST. If there are any liabilities which CHRISTOPHER ROBERT WEAST is responsible the trustee shall use the property which has been conveyed to settle and satisfy those liabilities on behalf of CHRISTOPHER ROBERT WEAST. I hereby indemnify Karen Mitchell and grant her, as the trustee, broad powers and authority to find the private side accounting and run the trust.

January 19, 2016

_private signature_

Grantor

Christopher Robert Weast -47797177
% temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private Legal Mail

OKLAHOMA CITY OK 730
21 JAN 2016 PM 6 L

JAN 25 2016

⇔47797-177⇔
Karren Mitchell
% Temporary post Location
1100 Commerce ST
Dallas, TX 75242
United States District Court

75242102799