RECEIVED FEB -1 2016 1:13pm TS CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

Original

Document Prepared by - Return to:
christopher robert weast
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas 76108

in re 4:14-cr-00023-A

i hereby invoke a court of inherent equity jurisdiction as a private citizen of the united states.

Equity acts on the person.
No trust can fail for want of a trustee.

## Conveyance of Interest and Declaration of Trust

i hereby convey all of my legal interest in file no. 4:14-cr-00023-A and all property connected with or linked to file no. 4:14-cr-00023-A, to Marjorie Panter, as trustee, for the sole benefit, use, and enjoyment of CHRISTOPHER ROBERT WEAST. The trustee shall discharge, settle, and satisfy all liabilities of CHRISTOPHER ROBERT WEAST in connection with file no. 4:14-cr-00023-A. ; hereby indemnify Marjorie Panter and John McBryde. i grant Marjorie Panter, as the trustee, broad powers and authority to locate the private side accounting and to run the trust.

1/27/2016                                       Christopher Robert Weast

Signed, sealed and acknowledged in the presence of:

01/27/2016                                      _____
Date                                            Notary Public

> DAVID D BARR
> Notary Public
> State of Oklahoma
> Commission # 12008378
> My Commission Expires Sep 5, 2016

                                                DAVID D. BARR
My Commission Expires on:                       Printed Name

Christopher robert weast
47797177
c/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private

OKLAHOMA CITY OK 730
29 JAN 2016 PM 2 L



⇔47797-177⇔
Clerk Of Chancery
501 W 10TH ST
Room 301
FORT Worth, TX 76102
United States

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2016 FEB -1  PM 1:13
CLERK OF COURT

7610236676