CTJ

*Original*

Document Prepared by - Return to:   6/22/2015
christopher robert - private citizen
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas state


RECEIVED
FEB 11 2016
11:19a
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

To: John McBryde          re: [4:14-CR-00023-A]

## Notice

I, Christopher Robert, AM the cestui que and I AM not waiving my cestui que rights, but let's start with creditor rights, and then we'll back on cestui que rights, and I AM not waiving my cestui que rights, I AM just telling you I AM going to hold my rights.

Exclude the Public and the Press

Christopher R[SEAL]
Private citizen

*The Great Seal* / *The House of _____*

Maurice Edward
Brandon Eugene
Bradley Paul
Steve Cuellar

sent to: John McBryde, judge
Marjorie Panter, law clerk
John Parker, U.S. Attorney General



47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

Special and Private Legal Mail

⇔47797-177⇔
Marjorie Panter, law clerk
501 W 10TH ST
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
08 FEB 2016 PM 4 L

RECEIVED
2016 FEB 11 AM 11:19
CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION