4:14-CR-23-A

Document Prepared by - Return to:
Christopher Robert Weast
833 Hallvale Drive
Fort Worth, Texas ███
Non-Domestic, Non-Federal
without UNITED STATES

Equitable Action

RECEIVED
FEB 29 2016
1:29 pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Private, Special and Restricted Counter-Deed
Certificate of Birth, File No. 709

Christopher Robert Weast, a private citizen of the united states as defined in section 1 of the 14th amendment, without  United States, (Hereafter "Grantee") hereby accepts title to Certificate of Birth, File No. 709, CHRISTOPHER ROBERT WEAST, mentioned in the grant and conveyance, now for then [on August 26, 2015], which grant and conveyance was executed on the 31st day of January, 1974, by unknown Grantor, to Christopher Robert Weast, Grantee, granting and conveying all its right, title, and interest in and to said estate, and more particulary identified and described in said grant and conveyance. The title to said property is accepted by Grantee as stated in said grant and conveyance, namely, that

Grantee shall forever keep the said estate described in said deed during Grantee's life and shall vest in Destiny Renee Weast and Talya Galye Miller upon the death of Grantee.

Executed on August 26, 2015      Christopher Robert Weast
                                 Grantee/Grantor

In witness whereof the said party has hereunto set his hand

August 26, 2015                  [signature]
Date                             Notary Public

09/05/2016                       DAVID D. BARR
My Commission Expires On:        Printed Name

(seal)

```
DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016
```

By Christopher Robert Weast
47797-177
c/o Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
[73036]

Special and Private Legal Mail

7610236410S

⇨47797-177⇦
Clerk Of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

OKLAHOMA CITY OK 730
25 FEB 2016 PM 3 L

RECEIVED
2016 FEB 29 PM
CLERK OF
U.S. DISTRICT
NORTHERN DIST
FT WORTH DIV



P.O. Box 1500
El Reno
2/24/16