*Original*

ORIGINAL

Document Prepared by - Return to:
christopher robert - private citizen
c/o temporary post location
833 Hallvale Drive
Fort Worth, Texas state
Non Domestic without the U.S.
To: John McBryde

6/22/2015

RECEIVED
FEB 29 2016
1:30 pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:14-CR-023-A

## Notice

I, Christopher Robert, AM the cestui que and I AM not waiving my cestui que rights, but let's start with creditor rights, and then we'll tack on cestui que rights, and I AM not waiving my cestui que rights, I AM just telling you I AM going to hold my rights.

Exclude the Public and the Press

By *Christopher R*
Private citizen

*the Great Seal*
*The House of W___*

*Monica Edward*
*Brandon Eugene*
*Bradley Paul*
*Steve Cuellar*

By Christopher Robert Weast
47797-177
C/o Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
[73036]

Special and Private Legal Mail

OKLAHOMA CITY, OK 730
25 FEB 2016 PM 6 L

RECEIVED
FEB 29 2016
1:30 pm
CHAMBERS U.S. DISTRICT
JUDGE JOHN MCBRYDE

⇔47797-177⇔
John Mcbryde
Judge
501 W 10TH ST
in Judge's Chamber
FORT Worth, TX 76102
United States

7610236420I