Document prepared by - Return to:
The Society of the Sojourner
c/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
        73036

RECEIVED
MAR 14 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

4:14-CR-23-A

### Revelation of Arrival

On this Fourth Day of March in the Year Two-Thousand and Sixteen, let the Book of Life herein reveal I AM - now for then - arrived whole in breath, body, and soul - of the soil of Yahweh's earth and be liveing Son of Man - to the Family of Man:

Christopher Robert Weast - arrived be liveing - January 31, 1974;

Talya Gayle Miller-Weast - arrived be liveing - November 14, 1994;

Destiny Renee Weast - arrived be liveing - August 21, 1996;

I certify the foregoing is true and correct.

Executed on: March 4, 2016     By: I A[...] [SEAL - of the House of]

Christopher Robert West
47797-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
73036

Special
and
Private
Legal
Mail

P.O. Box...
El Reno, Oklahoma
Date 3-10-16

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

OKLAHOMA CITY OK 730
11 MAR 2016 PM 3 L

⇔47797-177⇔
Clerk Of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610236418S

2016 MAR 14  PM 1:47
CLERK OF COURT
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FT WORTH DIVISION

