Document prepared by - Return to:   Re: Bond #4:14-cr-00023-A
The House of Weast
c/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036


RECEIVED
MAR 2 1 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

The following enclosed bond of a special nature, was filed into case # 4:14-cr-00023-A in a good faith effort to discharge the case and release Christopher Robert Weast. Copies of this letter and bond were sent to the following:

Barack Obama
1600 Pennsylvania Ave NW
Washington, DC 20530

Jacob Joseph Lew
1500 Pennsylvania Ave NW
Washington, DC 20220

John Parker
1100 Commerce St
Third Floor
Dallas, Texas 75242

John McBryde
501 W. 10th St
Fort Worth, Texas 76102

Secretary of State
2201 C St NW
Washington, DC 20520

Clerk of the Court
501 W 10th St, Rm 310
Fort Worth, Texas 76102

I certify the foregoing is true and correct.

Executed on: March 16, 2016    By Chris Weast

BY SPECIAL APPEARANCE
ALL RIGHTS RESERVED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 4:14-CR-00023-A |
| vs. ) | |
| ) | JURY TRIAL DEMANDED PURSUANT TO THE |
| CHRISTOPHER ROBERT WEAST ) | CONSTITUTION FOR THE UNITED STATES |
| ) | OF AMERICA 7th AMENDMENT |
| By: Christopher Robert Weast, ) | |
| Real Party in Interest ) | |

## BOND

There appearing no bond of record to initiate the matter regarding case # 4:14-CR-00023-A and associated account(s), I, Christopher Robert Weast undertake as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of this case and associate accounts, I underwrite with my private exemption 636031074 for any and all obligations of performance/loss/costs sustained by the United States of America, thereof regarding said matter.

Done upon Canadian County, state of Oklahoma, this 14th Day of March, 2016.

By: /s/ Christopher Robert Weast
Christopher Robert Weast
Authorized Representative
Sui Juris
Heir to the Constitution for
the United States of America

(seal: "of the House of Weast SEAL")

-1974-

By Special Appearance
All Rights Reserved

This document certifies that on March 16, 2016, I sent copies of the following documents:

BONA

By Special Visitation

to the opposing party by First class mail.

The documents were addressed as follows:

John Parker
United States Attorney
1100 Commerce Street
Third Floor
Dallas, Texas
75242

Dated March 16, 2016    By: I Am
                            I AM



Certified Copy



This certifies that this is a true and correct copy of the original.

Christopher Robert Weast
47747-177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

7014 2120 0003 7447 1665

Special and Private Legal Mail

<>47797-177<>
Clerk Of The Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2016 MAR 21  PM 12:22
CLERK OF COURT

