Case 4:14-cr-00023-A Document 378 Filed 03/22/16 Page 1 of 2 PageID 3244
Case: 14-11253 Document: 00513432666 Page: 1 Date Filed: 01/26/2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 22 2016
CLERK, U.S. DISTRICT COURT
By _____
      Deputy

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-11253

United States Court of Appeals
Fifth Circuit
**FILED**
January 26, 2016
Lyle W. Cayce
Clerk

D.C. Docket No. 4:14-CR-23 - A

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHRISTOPHER ROBERT WEAST,

    Defendant - Appellant

Appeals from the United States District Court for the
Northern District of Texas, Fort Worth

Before HIGGINBOTHAM, OWEN, and ELROD, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.



Certified as a true copy and issued
as the mandate on Mar 22, 2016
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit



**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 22, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 14-11253    USA v. Christopher Weast
                      USDC No. 4:14-CR-23-1 — A

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Nancy F. Dolly, Deputy Clerk
                      504-310-7683

cc:
    Mr. Jerry Van Beard
    Mr. Christopher Allen Curtis
    Mr. James Wesley Hendrix
    Mr. Brian W. McKay
    Mr. Christopher Robert Weast