UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
USA                              §
              Plaintiff          §
                                 §
v.                               §    4:14-cr-023-A-1
                                 §    Civil/Criminal Action No.
Christopher Robert Weast         §
              Defendant          §
```

NORTHERN DISTRICT OF TEXAS
FILED
MAR 2 4 2016
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## RETURN/DISPOSITION OF EXHIBITS

**RETURN OF EXHIBITS:**

The offering party, __Aisha Saleem - USA__, has requested the return of the exhibits noted below. The clerk has determined that the case has reached final disposition or the presiding judge has entered an order authorizing the return of exhibits prior to final disposition.

Description of Exhibit(s):

Government Exhibits 1 - Admitted on 7/8/2014

A signature may be required by the presiding judge to claim exhibits. If a signature is required, please acknowledge your receipt of the items described.

_M. Thom_　　　　　　　　　　　　　03-24-2016
Signature　　　　　　　　　　　　　　Date

**DISPOSITION OF EXHIBITS (This section is for internal use only and is to be completed by the courtroom deputy prior to this form's entry on the docket.):**

Status of Admitted Exhibits:

☐ Although exhibits have been returned as indicated above, another party's exhibits remain in the custody of the clerk.

☑ With the claim of the exhibit(s) as indicated above, no exhibits remain in the custody of the clerk.

☐ Under LR 79.2 or LCrR 55.2, the clerk has destroyed unclaimed exhibits.

