IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 3 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | |
| | ) | |
| CHRISTOPHER ROBERT WEAST | ) | |

NOTICE OF APPEARANCE OF COUNSEL (PRO HAC VICE) FOR
CHRISTOPHER ROBERT WEAST

4-14CR- 23-A

Christopher Robert Weast hereby is assigned as counsel (pro hac vice) for the Defendant, CHRISTOPHER ROBERT WEAST.

The Clerk is asked to add the name of Christopher Robert Weast, as Authorized Agent for the Defenant, CHRISTOPHER ROBERT WEAST, as counsel (pro hac vice), for the Defendant to the docket.

His temporary address is listed below.

Respectfully Submitted,

CHRISTOPHER ROBERT WEAST

/s/ _Chris Weast_

Christopher Robert Weast
C/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

CERTIFICATE OF SERVICE

I certify that on June __9th__, 2016, I placed in the mails of the United States Post Office, addressed to the clerk of court for the U.S. District Court, Northern District of Texas, Fort Worth Division, and John R. Parker for the UNITED STATES using First Class Mail, a copy of the foregoing Notice of Appearance.

/s/ _Chris Weast_

Christopher Robert Weast
Authorized Agent

Christopher Robert Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
                    73036



OKLAHOMA CITY OK 730

10 JUN 2016 PM6 L

⇔47797-177⇔
        John Mcbryde
        Judge
        501 W 10TH ST
        in Judge's Chamber
        FORT Worth, TX 76102
        United States

RECEIVED

JUN 1 3 2016    12:20a

CHAMBERS U.S. DISTRICT
JUDGE JOHN MCBRYDE

76102-364201