Christopher Robert Weast's Copy
DATE: 06/09/2016 10:13:03 AM

**FILED**

**June 16, 2016**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) ) ) | 4:14cr23-A |
| CHRISTOPHER ROBERT WEAST | ) | |

NOTICE OF APPEARANCE OF COUNSEL (PRO HAC VICE) FOR
CHRISTOPHER ROBERT WEAST

Christopher Robert Weast hereby is assigned as counsel (pro hac vice) for the Defendant, CHRISTOPHER ROBERT WEAST.

The Clerk is asked to add the name of Christopher Robert Weast, as Authorized Agent for the Defenant, CHRISTOPHER ROBERT WEAST, as counsel (pro hac vice), for the Defendant to the docket.

His temporary address is listed below.

Respectfully Submitted,

CHRISTOPHER ROBERT WEAST

/s/ Chris Weast
Christopher Robert Weast
C/o temporary post location
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036

CERTIFICATE OF SERVICE

I certify that on June ___9th___, 2016, I placed in the mails of the United States Post Office, addressed to the clerk of court for the U.S. District Court, Northern District of Texas, Fort Worth Division, and John R. Parker for the UNITED STATES using First Class Mail, a copy of the foregoing Notice of Appearance.

/s/ Chris Weast
Christopher Robert Weast
Authorized Agent

Christopher Robert Weast
47797177
Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma
73036

RECEIVED
JUN 16 2016
U.S. PROBATION
DALLAS, TEXAS

OKLAHOMA CITY OK 730
10 JUN 2016 PM 3 L

⇔47797-177⇔
Karren Mitchell
1100 Commerce ST
Dallas, TX 75242
United States

75242-102799