December 11, 2017

Private Citizen
Return to: The House of Weast
     c/o 833 Hallvale Drive
        Fort Worth, Texas state.
        near [76108] under necessity

Private Intervenor



I am the cestui que, and I am not waiving my cestui que rights, but let's start with creditor rights, and then tack on cestui que rights, and I'm not waiving my cestui que rights. I'm just telling you that I am going to hold my rights. I am the private interest holder of case 4:14-CR-00023-A.

*State of Being*

*SEAL*

———— Estate Dignitary - Member ————

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand this private intervenor and free will writing by the Private Citizen on this 11th day of December in the Year 2017.



Christopher Robert: Weast
4797177
c/o temporary post location
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia 26525

Special Mail

John McBryde,
judge of the court of the united states
501 West Tenth Street, Room 401 in camera
Fort Worth, Texas 76102

7017 1000 0000 5403 6631

CERTIFIED MAIL