Confidential Document
December 17, 2017

Document Prepared By - Return to:
the House of Weast,
private Citizen
c/o tempoary post location
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, West Virginia state [26525]



in re: estate of Christopher Robert Weast

John McBryde,
chief judge of the court of the united states
in camera
501 West Tenth Street, Room 401
Fort Worth, Texas [76102]

               Deed of Conveyance

I, the grantor, hereby grant and convey all of my right, title and interest in account/case number 4:14-CR-00023-A to John McBryde, chief judge of the court of the united states for the release of Christopher Robert Weast, the defendant in said account/case 4:14-CR-00023-A.

                            state of Being

                              SEAL

                       -----House of Weast-----------

                             House of Weast

I, a living soul manifest, now bear witness with my own eyes and attest through my own hand this notice of deed of conveyance and free will writing by Christopher Robert of the House of Weast on this 17th Day of December in the Year 2017.

*[signatures]*