Special     Private     Priority     Proprietary     Urgent

**By Special Visitation**

In the Federal District Court of the United States
for the Northern District of Texas
Court of Chancery; Original Jurisdiction

**PRIVATE GRANT**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
     MAY - 7 2018
CLERK, U.S. DISTRICT COURT
By _____
           Deputy
```

    There appearing no bond of record to initiate the matter regarding case number 4:14-cr-00023-A and associated account(s), I, Christopher Robert of the family of Weast, Private Grantor as a pre-March 9, 1933; Private American National Citizen of the United States, and Private Beneficiary and Private Heir of the Constitution for the United States of America (Major); Privately residing outside of the UNITED STATES under military occupation and temporarily under emergency war powers military government since March 9, 1933; Privately residing outside of a "federal district" and/or a "federal territory" under emergency war powers military government since March 9, 1933; without the emergency war powers military jurisdiction of the UNITED STATES temporarily-imposed on April 25, 1938; without the military jurisdiction of the municipal corporation of Washington, D.C., presently under emergency war powers military government since March 9, 1933; non-statutory, private citizen of the Republic of Texas protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America; non-statutory, private resident of the Republic of Texas protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America; privately residing within the geographic boundaries of the Republic of Texas, on a non-militarily-occupied private estate; privately residing outside of the STATE OF TEXAS under military occupation and temporarily under emergency war powers military government since March 9, 1933; do hereby private grant as follows: in consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of case number 4:14-cr-00023-A and associated account(s), I, Christopher Robert of the family of Weast, privately grant and convey such issues from my private exemption for any and all liabilities and obligations of performance/loss/costs sustained by the United States of America, thereof regarding said matter and thereby discharging and releasing the Defendant, Christopher Robert Weast with regards to said matter, in full and complete satisfaction.

Done upon Preston county, West Virginia state, this fourteenth day of the fourth month of two-thousand eighteenth year of our Lord, Jesus, the Christ.

*Christopher Robert:*
Christopher Robert of the Family of Weast
Private Grantor
Private Beneficiary of the Constitution
for the united states of America, (Major)

Christopher Robert: weast
[47797177]
c/o temporary post location
Federal Correctional Institution
P.O. Box 5000
1640 Skyview Drive
Bruceton Mills, West Virginia 26525

2018 MAY -7 PM
CLERK OF COURT

Special Mail    Special Mail    Special Mail    Special Mail    Special Mail

7018 0040 0000 7790 9110

Karen Mitchell,
clerk of the court
c/o temporary post location
court of the United States
501 West Tenth Street, Room 301
Fort Worth, Texas 76102

76102-366676





U.S. POSTAGE PAID
FORT WORTH, TX 76108
MAY 03 18
AMOUNT $3.
R2304E147