October 7, 2018

Christopher Robert: Weast, Private Intervener
c/o temporary post location
Federal Correctional Institution
Sixteen Forty Sky View Drive
Bruceton Mills, West Virginia 26525



in re: Certified Bond Number for Criminal Case No. 4:14-cr-00023-A

Karen Mitchell,
clerk
district court of the United States
501 West Tenth Street
Fort Worth, Texas 76102

Dear Karen Mitchell,

    Enclosed is a copy of my status as a Private American National Citizen of the United States, and the Private Intervener. Private Intervener requests, that in consideration of one dollar lawful money of the United States of America, the clerk send Private Intervener the Bond Number or any other identification number which is needed or required, to find or locate said bond within the Securities and Stock Exchange or with Fidelity Advisor Emerging Markets Fund.

    Private Intervener requires your assistance in acquiring the bond number for criminal case number 4:14-cr-00023-A in order that he may exercise his primary right to equitable redemption and/or to exercise his primary private right of beneficial interest in said property.

    Thank you for your time and assistance in this matter.

Respectfully submitted,

Christopher robert: Weast
Private Intervener

Original

Ret:  cnw
Christopher Robert Weast
c/o Federal Correctional Institution
P.O. Box 1500
El Reno, Oklahoma 73036



Doc#:R 2016 16658
Bk&Pg:RB 4439 649-650
Filed:07-13-2016    KLJ
    11:30:08 AM     AF
Canadian County, OK

Affidavit of Fact /Ownership

1. On the day of my natural birth I became the original estate owner of the estate named or known as Christopher Robert Weast which was created and granted to me by my mother and father; and

2. I am in fact the liveing soul manifest in the flesh and blood; and

3. On the day of my natural birth I became a de jure Private National Citizen of the de jure United States of America (Major) and not the United States of America (Minor); and

4. On the day of my natural birth I became a de jure Private National Citizen of the de jure state of Texas; and

5. During the Civil War, there was a great number of people going missing, being killed or lost at sea; and

6. After the Civil War between the de jure United States and the Confederate States, it was impossible for either side to know which of the people had died in a battle, missing or lost at sea; and

7. Being left with the impossible task of determining who was missing, dead or lost at sea, the People of the United States were forced to presume that all had either died or were lost at sea; and

8. Each of the People of the United States, prior to the Civil War, had an estate wherein public servants of the government were the trustees; and

9. After the Civil War had ended, the public servants of the government were left to administer the estates of the People of the United States in the absence of the original estate owners who were presumed to dead, missing or lost at sea; and

10. Therefore, in accordance with the Roman civil law, a Spendthrift trust was created, wherein, all of the People of the United States who had been presumed to be dead, missing or lost at sea was placed as the trust res for safe keeping until the return of the original estate owners;

11. Who could then go to a scribe to obtain a decree which declared that the original estate owner was in fact living and capable of managing his own affairs;

12. Then the original estate owner could serve the decree on the Senate which would then prove that the owner was in fact living.

13. Barack Obama and Jacob Joseph Lew are the current trustees of the Spendthrift trust which was created using all of the People's property as the Trust Res wherein the estate named or known as Christopher Robert Weast is being held as one of those estates.

14. I am the original estate owner of the estate named or known as Christopher Robert Weast; and

15. I am not dead, missing or lost at sea; and

16. I am quite capable of managing my own affairs privately; and

17. I am one of the People of the United States as a Private National Citizen of the de jure geographic United States of America (Major); and

Original

18. I am the beneficiary of the estate named or known as Christopher Robert Weast; and

19. Appearance of the original estate owner and beneficiary voids all administration of the estate.

*The Prime Creator as my witness, I declare that the aforementioned is true and correct to the best of my knowledge.*

6/8/2016
Date

*Chris Weast*
Private Citizen

state of Oklahoma  )
                   ) ss.
County of Canadian )

On this __8__ day of __JUNE__, 2016, before me, the undersigned notary public, appeared Christopher Robert Weast, and proved to me through satisfactory evidence or identification, to be the person who signed on the proceeding or attached document in my presence.

_____ ack   06/08/2016
Notary Public

_____
Printed Name

My commission expires on:

DAVID D BARR
Notary Public
State of Oklahoma
Commission # 12008378
My Commission Expires Sep 5, 2016

Commission Number:

PITTSBURGH PA 150
09 OCT 2018 PM 7 L

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2018 OCT 12  AM 11: 30

DEPUTY CLERK_____

Karen Mitchell
district court of the United States
U.S. Courthouse
501 West Tenth Street
Fort Worth, Texas
76102

76102-364224

Christopher Robert: Weast
[17191177]
c/o temporary post location
Federal Correctional Institution Hazelton
1640 Sky View Drive / P.O. Box 5000
Bruceton Mills, West Virginia
26525

Special Mail

Christopher Robert: Weast
[47197177]
c/o temporary post location
Federal Correctional Institution Hazelton
1640 Sky View Drive / P.O. Box 5000
Bruceton Mills, West Virginia
26525

Special Mail

PITSBURGH PA 150
09 OCT 2018 PM 7 L



76102-364224

Karen Mitchell
district court of the United States
U.S. Courthouse
501 West Tenth Street
Fort Worth, Texas
76102

DEPUTY CLERK

2018 OCT 12  AM II: 30

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED